IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC., et al.<br><br>Defendants. | Case No. 3:18-cv-00966-MJR-DGW |

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF SERVICE ON DEFENDANT YUKE'S LA, INC.**

COMES NOW Plaintiff Catherine Alexander ("Plaintiff"), by and through her undersigned counsel, and files this Motion for Substitution of Service on Defendant Yuke's LA, Inc ("Yuke's LA"). Plaintiff requests that this Court issue an order allowing Plaintiff to substitute service on Yuke's LA by serving the California Secretary of State.

In support of this request, Plaintiff provides the following information:

1. Plaintiff filed her Complaint on April 17, 2018.

2. The Court issued summonses for service on all Defendants, including Yuke's LA, on April 18, 2018.

3. Yuke's LA is an active California corporation. Exhibit A.

4. A process server attempted to serve Mr. Hiromi Huruta, the registered agent for Yuke's LA, on April 20, 2018. Per the attached return of non-service, Yuke's LA moved from the 600 Corporate Pointe, Suite 1020, Culver City, California 90230 address in 2017 and did not leave a forwarding address. Exhibit B.

5. Per Yuke's LA's statement of information filed with the California Secretary of State on June 27, 2017, a new address has not been provided. Exhibit C.

1

6. In order for Plaintiff to substitute service on Defendant Yuke's LA through the California Secretary of State, an order from this Court is required per the instructions for substituted service provided on the California Secretary of State's website at http://www.sos.ca.gov/business-programs/business-entities/service-process/. Exhibit D.

WHEREFORE, Plaintiff respectfully requests that this Court issue an order allowing Plaintiff to substitute service on Defendant Yuke's LA, Inc. by serving the California Secretary of State.

Dated:  May 10, 2018                                         Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

 /s/ Anthony G. Simon
Anthony G. Simon, IL 6209056
Benjamin R. Askew, IL 6291366
Anthony R. Friedman, IL 6299795
800 Market Street, Suite 1700
St. Louis, Missouri  63101
Phone:  (314) 241-2929
Fax:  (314) 241-2029
asimon@simonlawpc.com
basekew@simonlawpc.com
afriedman@simonlawpc.com

R. Seth Crompton
**THE HOLLAND LAW FIRM**
300 N Tucker, Suite 801
St. Louis, Missouri 63101
scrompton@allfela.com
Phone: (314) 241-8111
Facsimile: (314) 241-5554

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 10th day of May 2018 via the Court's CM/ECF system.

*/s/ Anthony G. Simon*