| | | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Anthony Simon, IL 6209056<br>The Simon Law Firm, P.C.<br>800 Market Street, 1700<br>St. Louis, MO 63101<br>TELEPHONE NO.: 314-241-2929<br>ATTORNEY FOR *(Name)*: Plaintiff | | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States Bankruptcy Court, Southern District of Illinois<br><br>Washington, IL NA | | |
| PLAINTIFF/PETITIONER: Catherine Alexander<br>DEFENDANT/RESPONDENT: Yuke's LA Inc. | | CASE NUMBER:<br>3:18-cv-966 |
| PROOF OF SERVICE OF SUMMONS | | Ref. No. or File No.:<br>170529 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**
2. I served copies of: Complaint, Summons, Order Granting Substitution of Service

3. a. Party served: Yuke's LA, Inc.

   b. Person Served: Ernesto Resurreecion - Deputy Secretary of State - Person Authorized to Accept Service of Process

4. Address where the party was served: 1500 11th Street, 3rd Floor, 390
   Sacremento, CA 95814

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 05/22/2018    (2) at (time): 3:53PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   Yuke's LA, Inc.
   under: CCP 416.10 (corporation)

7. Person who served papers
   a. Name: Brandon Lee Ortiz
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone: 415-491-0606
   d. The fee for service was: $ 165.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2012-37
         (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 05/24/2018

Brandon Lee Ortiz
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] — **PROOF OF SERVICE OF SUMMONS** — Code of Civil Procedure, § 417.10<br>OL# 11997489

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| CATHERINE ALEXANDER, <br><br> *Plaintiff(s)* <br> v. <br><br> TAKE-TWO INTERACTIVE SOFTWARE, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:18-cv-966 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yuke's LA, Inc.
c/o: Hiromi Huruta
600 Corporate Pointe, Suite 1020
Culver City, California 90230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anthony G. Simon
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
(314) 241-2929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/18/18

*Signature of Clerk or Deputy Clerk*