# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHERINE ALEXANDER, | )<br>) |
| Plaintiff, | )<br>) |
| -vs- | )<br>) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br>2K GAMES, INC.; 2K SPORTS, INC.; WORLD<br>WRESTLING ENTERTAINMENT, INC.;<br>VISUAL CONCEPTS ENTERTAINMENT;<br>YUKE'S CO., LTD.; AND YUKE'S LA INC., | )<br>) Case No. 3:18-cv-966-MJR-DGW<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
## YUKE'S CO., LTD., AND YUKE'S LA, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Yuke's Co., Ltd., and Yuke's LA, Inc. submit the following disclosure statement:

1. Yuke's LA, Inc. is wholly-owned by the publicly held Yuke's Co., Ltd.

2. Yuke's Co., Ltd. has no parent corporation, and no publicly held corporation owns ten percent or more of Yuke's Co., Ltd.'s stock.

Dated: May 30, 2018                     Respectfully submitted,

/s/Dale M. Cendali
Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com

*Attorneys for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, Yuke's Co., Ltd., and Yuke's LA, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC.; 2K SPORTS, INC.; WORLD WRESTLING ENTERTAINMENT, INC.; VISUAL CONCEPTS ENTERTAINMENT; YUKE'S CO., LTD.; AND YUKE'S LA INC., | ) Case No. 3:18-cv-966-MJR-DGW |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 30, 2018, I electronically filed the foregoing **Corporate Disclosure Statement** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Benjamin R. Askew | baskew@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| R. Seth Crompton | scrimpton@allfela.com |

    */s/Dale M. Cendali*
Dale M. Cendali (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com

*Attorney for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, Yuke's Co., Ltd., and Yuke's LA, Inc.*