UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER,<br><br>*Plaintiff*,<br><br>vs.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC.; 2K GAMES, INC.; 2K SPORTS INC.; WORLD WRESTLING ENTERTAINMENT, INC.; VISUAL CONCEPTS ENTERTAINMENT; YUKE'S CO., LTD.; YUKES LA INC.,<br><br>*Defendants*. | Case No. 3:18-cv-00966 |

**WORLD WRESTLING ENTERTAINMENT, INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendant World Wrestling Entertainment, Inc. ("WWE") hereby moves this Court to dismiss this action for lack of personal jurisdiction over WWE. In support of this Motion, WWE submits the accompanying Memorandum of Law and the Declaration of Edward M. Kiang.

WHEREFORE, WWE respectfully requests that this Honorable Court grant WWE's Motion to Dismiss For Lack of Personal Jurisdiction, dismiss all claims asserted against WWE in this action with prejudice, and award WWE such other and further relief that this Court deems just and proper.

Dated: July 9, 2018                             Respectfully submitted,

                                                                  */s/ Curtis B. Krasik*
                                                                  Jerry S. McDevitt (pro hac vice)
                                                                  Curtis B. Krasik (pro hac vice)
                                                                  K&L GATES LLP
                                                                  K&L Gates Center

210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

Michael J. Nester (49410)
DONOVAN ROSE NESTER P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Phone: (618) 212-6500
Email: mnester@drnpc.com

*Attorneys for Defendant World Wrestling Entertainment, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I electronically filed the foregoing Motion to Dismiss for Lack of Personal Jurisdiction with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Benjamin R. Askew | baskew@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| R. Seth Crompton | scrimpton@allfela.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Dale M. Cendali | dale.cendali@kirkland.com |
| Joshua L. Simmons | joshua.simmons@kirkland.com |

*Attorneys for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, Yuke's Co. Ltd., and Yuke's LA, Inc.*

_/s/ Curtis B. Krasik_
Curtis B. Krasik (pro hac vice)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Email: curtis.krasik@klgates.com

*Attorney for Defendant World Wrestling Entertainment, Inc.*