UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TAKE-TWO INTERACTIVE SOFTWARE, )<br>INC.; 2K GAMES, INC.; 2K SPORTS INC.; )<br>WORLD WRESTLING ENTERTAINMENT, )<br>INC.; VISUAL CONCEPTS )<br>ENTERTAINMENT; YUKE'S CO., LTD.; )<br>YUKES LA INC., )<br>)<br>Defendants. )<br>) | Case No. 3:18-cv-00966 |

## DECLARATION OF EDWARD M. KIANG

I, Edward M. Kiang, do hereby declare and state as follows:

1. I am over eighteen (18) years of age. I have personal knowledge of the matters set forth herein and am competent to testify thereto.

2. I am employed as the Vice President of Interactive Media Licensing at World Wrestling Entertainment, Inc. ("WWE"). I have been employed as WWE's Vice President of Interactive Media Licensing since approximately June 2013.

3. I submit this declaration in support of WWE's motion to dismiss this lawsuit for lack of personal jurisdiction over WWE.

4. I understand that this lawsuit concerns the depiction of Randy Orton in WWE 2K16, WWE 2K17, and WWE 2K18 (the "Video Games").

5. WWE is incorporated under the laws of the State of Delaware and has its principal place of business in Stamford, Connecticut.

6. WWE has no role in the distribution or sale of the Video Games through retail outlets.

7. WWE has purchased limited quantities of the Video Games at wholesale and offered them for re-sale through WWE's website.

8. WWE does not specifically target its website toward Illinois or any other state in the United States.

9. WWE's contacts with Illinois are predominately limited to (i) the promotion of a handful of WWE live events held in Illinois each year — specifically, WWE promoted 13 shows in Illinois in 2016, 14 shows in 2017, and 11 shows in 2018; (ii) the availability of WWE programming, both through television and the WWE Network, to the same extent that such programming is available throughout the entire United States; and (iii) the accessibility of WWE's website, www.wwe.com, to the same extent that the website is accessible throughout the entire United States.

10. Prior to the filing of this lawsuit, I was not aware that Randy Orton was tattooed by Plaintiff.

11. Prior to the filing of this lawsuit, I was not aware that Plaintiff allegedly lives in Illinois.

12. During my tenure as WWE's Vice President of Interactive Media Licensing, the WWE consumer products group, including, in particular, the interactive licensing team that is responsible for the Video Games, was not informed that Randy Orton was tattooed by Plaintiff.

13. During my tenure as WWE's Vice President of Interactive Media Licensing, the WWE consumer products group, including, in particular, the interactive licensing team that is responsible for the Video Games, was not informed that Plaintiff allegedly lives in Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of July, 2018

_____
Edward M. Kiang