IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CATHERINE ALEXANDER, )
)
    Plaintiff, )
)
v. ) No: 3:18-cv-00966-MJR-DGW
)
)
TAKE-TWO INTERACTIVE SOFTWARE, INC.; )
2K GAMES, INC.; 2K SPORTS INC.; )
WORLD WRESTLING ENTERTAINMENT, )
INC.; VISUAL CONCEPTS ENTERTAINMENT; )
YUKE'S CO., LTD.; and YUKE'S LA INC., )
)
    Defendants. )

## DEFENDANTS', TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC., 2K SPORTS INC., VISUAL CONCEPTS ENTERTAINMENT, YUKE'S CO., LTD., YUKE'S LA INC., and WORLD WRESTING ENTERTAINMENT, INC., MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

COMES NOW the Defendants, Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports Inc., Visual Concepts Entertainment, Yuke's Co., Ltd., Yuke's LA Inc., and World Wrestling Entertainment, Inc., by and through their undersigned attorneys, Donovan Rose Nester, P.C., and for their Motion for Extension of Time to File Responsive Pleading, state as follows:

    1.    On October 2, 2018, this court entered its Order granting plaintiff leave to file her First Amended Complaint.

    2.    Accordingly, defendants' responsive pleadings are due on or before October 16, 2018.

    3.    Given prior commitments, defense counsel has not had ample time to thoroughly review plaintiffs' First Amended Complaint, confer with clients, and prepare appropriate responsive pleadings with reference to Plaintiff's First Amended Complaint.

4. As a result of the foregoing, Defendants respectfully request a one (1) week extension of time, to and including October 23, 2018, within which to respond to Plaintiff's First Amended Complaint.

5. Plaintiff's counsel has not responded to an overture from defense counsel in regard to whether plaintiff consents or objects to a one (1) week extension of time.

6. Defendants will be unduly prejudiced if this request for extension is disallowed.

WHERFORE, Defendants, Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports Inc., Visual Concepts Entertainment, Yuke's Co., Ltd., Yuke's LA Inc., and World Wrestling Entertainment, Inc., pray for an Order granting their Motion for Extension of Time to File a Responsive Pleading and for such further relief this Court deems necessary and proper.

DATED: October 12, 2018.

Respectfully Submitted,

/s/ Michael J. Nester
DONOVAN ROSE NESTER, P.C.
Michael J. Nester, #02037211
Brendan M. Nester, #6286953
Sean K. Cronin, #6292624
15 North 1st Street, Suite A
Belleville, IL 62220
Telephone: 618.212.6500
Facsimile: 618.212.6501
mnester@drnpc.com
bnester@drnpc.com
scronin@drnpc.com

ATTORNEYS FOR DEFENDANTS,
TAKE-TWO INTERACTIVE SOFTWARE, INC.,
2K GAMES, INC., 2K SPORTS INC., VISUAL
CONCEPTS ENTERTAINMENT, YUKE'S CO.,
LTD., YUKE'S LA INC., and WORLD
WRESTING ENTERTAINMENT, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I electronically filed the Motion for Extension of time to File Responsive Pleading with the Clerk using the CM/ECF system which will send notification of such filings to the following:

Mr. R. Seth Crompton
Holland Groves
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
scrompton@allfela.com
**Attorney for Plaintiff**

Mr. Anthony R. Friedman
Mr. Benjamin R. Askew
Mr. Anthony G. Simon
Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
afriedman@simonlawpc.com
baskew@simonlawpc.com
asimon@simonlawpc.com
**Attorneys for Plaintiff**

Mr. Dale M. Cendali
Mr. Joshua L. Simmons
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Dale.cendali@kirkland.com
Joshua.simmons@kirkland.com
**Attorneys for Defendants, Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports Inc., Visual Concepts Entertainment, Yuke's Co., Ltd., Yuke's LA Inc.**

Mr. Jerry S. McDevitt
Mr. Curtis B. Krasik
K & L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Jerry.mcdevitt@klgates.com
Curtis.krasik@klgates.com
**Attorneys for Defendant, World Wrestling Entertainment, Inc.**

BY  /S/MICHAEL J. NESTER
    MICHAEL J. NESTER, #02037211
    Donovan Rose Nester, P.C.
    15 North 1st Street, Suite A
    Belleville, Illinois 62220
    (618) 212-6500 (phone)
    (618) 212-6501 (fax)
    mnester@drnpc.com

    ATTORNEY FOR DEFENDANTS,
    TAKE-TWO INTERACTIVE SOFTWARE,
    INC., 2K GAMES, INC., 2K SPORTS INC.,
    VISUAL CONCEPTS ENTERTAINMENT
    YUKE-S CO., LTD., YUKE'S LA INC.,
    AND WORLD WRESTLING
    ENTERTAINMENT, INC.