IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) Case No. 3:18-cv-966-MJR-DGW |
| WRESTLING ENTERTAINMENT, INC.; | ) |
| VISUAL CONCEPTS ENTERTAINMENT; | ) |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC., 2K SPORTS, INC., VISUAL CONCEPTS ENTERTAINMENT, YUKE'S CO., LTD., AND YUKE'S LA, INC.'S MOTION TO DISMISS**

Defendants Take-Two Interactive Software, Inc. ("Take-Two"), 2K Games, Inc. ("2K Games"), 2K Sports, Inc. ("2K Sports"), Visual Concepts Entertainment ("Visual Concepts"), Yuke's Co. Ltd. ("Yuke's"), and Yuke's LA, Inc. ("Yuke's LA") (collectively, "Moving Defendants"), by and through their attorneys, hereby move this Court to dismiss Plaintiff Catherine Alexander's ("Plaintiff") Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(2). In support of this Motion, Moving Defendants state as follows:

1. Plaintiff, a tattooist, claims to hold copyrights in tattoos inked on professional wrestler Randy Orton, and alleges that Defendants' *WWE 2K* video game series infringes those copyrights by depicting Mr. Orton in the game as he would in real life, including with his tattoos.

2. Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(6) because Plaintiff fails to state a claim for direct, indirect, vicarious, and contributory copyright

infringement as a matter of law.  ***First***, Plaintiff has failed to satisfy 17 U.S.C. § 411(a)'s requirement that a plaintiff obtain certificates of registration or refusals from the Copyright Office for each of her works prior to bringing suit for copyright infringement.  As Plaintiff admits in the Amended Complaint, Plaintiff does not hold such certificates of registration.  Thus, the Amended Complaint must be dismissed for this reason alone.

3. ***Second***, Plaintiff's copyright infringement claim fails for the independent reason that her Amended Complaint does not satisfy Federal Rule 8(a)'s requirement that pleadings put defendants on notice of the claims lodged against them.  Plaintiff does not adequately describe the works allegedly infringed so as to put Defendants on notice of her purported rights. Plaintiff's allegations vaguely group together all seven Defendants, which fails to give each Defendant fair notice of its alleged infringing conduct.  And Plaintiff fails to plead facts supporting vicarious or contributory copyright infringement, including failing to indicate which Defendants are charged with committing which types of infringement.  The conclusory, vague allegations in Plaintiff's Amended Complaint do not meet the federal pleading requirements, and her copyright infringement claim thus fails as a matter of law.

4. Plaintiff's Amended Complaint also should be dismissed against Defendants Yuke's and Yuke's LA for lack of personal jurisdiction pursuant to Rule 12(b)(2), as Plaintiff has failed to allege any facts showing that these Defendants have contacts with Illinois sufficient to give rise to jurisdiction, despite having received jurisdictional discovery from Yuke's and Yuke's LA prior to filing the Amended Complaint.

WHEREFORE, for the reasons stated herein and addressed in more detail the accompanying Memorandum of Law, Moving Defendants respectfully request that this Court enter an Order dismissing Plaintiff's Amended Complaint in full and with prejudice.

Dated: October 23, 2018

Respectfully submitted,

*/s/ Dale M. Cendali*
Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com

Michael J. Nester (49410)
Donovan Rose Nester P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, Yuke's Co. Ltd., and Yuke's LA, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) Case No. 3:18-cv-966-MJR-DGW |
| WRESTLING ENTERTAINMENT, INC.; | ) |
| VISUAL CONCEPTS ENTERTAINMENT; | ) |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2018, I electronically filed the foregoing DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC., 2K SPORTS, INC., VISUAL CONCEPTS ENTERTAINMENT, YUKE'S CO., LTD., AND YUKE'S LA, INC.'S MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Benjamin R. Askew | baskew@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| Carrie L. Roseman | croseman@simonlawpc.com |
| R. Seth Crompton | scrompton@allfela.com |
| Tracey Blasa | tblasa@allfela.com |
| Jerry McDevitt | jerry.mcdevitt@klgates.com |
| Curtis Krasik | curtis.krasik@klgates.com |

*/s/ Dale M. Cendali*
Dale M. Cendali (admitted *pro hac vice*)
Kirkland & Ellis LLP

*Attorney for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, Yuke's Co., Ltd. and Yuke's LA, Inc.*