## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, | ) | Case No. 3:18-cv-00966-MJR-DGW |
| INC.; 2K GAMES, INC.; 2K SPORTS INC.; | ) | |
| WORLD WRESTLING ENTERTAINMENT, | ) | |
| INC.; VISUAL CONCEPTS | ) | |
| ENTERTAINMENT; YUKE'S CO., LTD.; | ) | |
| YUKES LA INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

## WORLD WRESTLING ENTERTAINMENT, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendant World Wrestling Entertainment, Inc. ("WWE") hereby moves this Court to dismiss all claims asserted against WWE in Plaintiff's First Amended Complaint for lack of personal jurisdiction over WWE.  In support of this Motion, WWE submits the accompanying Memorandum of Law and the Declaration of Edward M. Kiang.

WWE also moves to dismiss all claims asserted in Plaintiff's First Amended Complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in the Memorandum of Law in Support of Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., Visual Concepts Entertainment, Yuke's Co., Ltd., and Yuke's LA, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, which are adopted and incorporated by reference herein.

WHEREFORE, WWE respectfully requests that this Honorable Court grant WWE's

Motion to Dismiss, dismiss all claims asserted against WWE in Plaintiff's First Amended

Complaint with prejudice, and award WWE such other and further relief that this Court deems

just and proper.

Dated:  October 23, 2018                           Respectfully submitted,

                                                   _/s/  Curtis B. Krasik_____
                                                   Jerry S. McDevitt (pro hac vice)
                                                   Curtis B. Krasik (pro hac vice)
                                                   K&L GATES LLP
                                                   K&L Gates Center
                                                   210 Sixth Avenue
                                                   Pittsburgh, PA 15222
                                                   Phone: (412) 355-6500
                                                   Email: jerry.mcdevitt@klgates.com
                                                   Email: curtis.krasik@klgates.com

                                                   Michael J. Nester (49410)
                                                   DONOVAN ROSE NESTER P.C.
                                                   15 North 1st Street, Suite A
                                                   Belleville, Illinois 62220
                                                   Phone:  (618) 212-6500
                                                   Email:  mnester@drnpc.com

                                                   *Attorneys for Defendant World Wrestling
                                                   Entertainment, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2018, I electronically filed the foregoing Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Benjamin R. Askew | baskew@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| R. Seth Crompton | scrimpton@allfela.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Dale M. Cendali | dale.cendali@kirkland.com |
| Joshua L. Simmons | joshua.simmons@kirkland.com |

*Attorneys for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, Yuke's Co. Ltd., and Yuke's LA, Inc.*

_/s/  Curtis B. Krasik_____
Curtis B. Krasik (pro hac vice)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Email: curtis.krasik@klgates.com

*Attorney for Defendant World Wrestling Entertainment, Inc.*