IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) Case No. 3:18-cv-966-MJR-DGW |
| WRESTLING ENTERTAINMENT, INC.; | ) |
| VISUAL CONCEPTS ENTERTAINMENT; | ) |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Catherine Alexander ("Plaintiff") and Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment (collectively "Take-Two," and together with Plaintiff, the "Parties"), by and through their attorneys, hereby jointly move this Court for entry of the Proposed Stipulated Protective Order submitted herewith as **Exhibit A**. In support of this motion, the Parties state as follows:

1. The Parties agree that during discovery in this matter, certain documents that may be disclosed by the Parties may contain confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted.

2. Accordingly, to expedite the flow of discovery material, conserve judicial resources, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material deemed worthy of protection, the Parties conferred and agreed upon the

terms of the attached Proposed Stipulated Protective Order and respectfully request entry of the same.

3.   Under Federal Rule of Civil Procedure 26(c)(1), a court may issue a protective order "for good cause" where the moving party certifies that it has "in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action." The rule specifies that a court may issue an order "requiring that a trade secret of other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." *Id*. 26(c)(1)(G).

4.   Good cause exists for entry of the Proposed Stipulated Protective Order, as numerous discovery requests served in this case seek sensitive, nonpublic business information. Indeed, courts have found good cause for entry of a protective order where a case requires disclosure of this type of confidential business information. *See, e.g.*, *In re Yasmin & Yaz (Drospirenone) Mktg., Sales Practices & Prod. Liab. Litig.*, No. 3:09-MD-02100, 2011 WL 5507057, at *4–5 (S.D. Ill. Nov. 10, 2011) (finding protective order appropriate to govern disclosure of nonpublic research reports related to party's products, nonpublic marketing materials that would be "highly valuable" to competitors, and unpublished intellectual property).

WHEREFORE, for the reasons stated herein, the Parties respectfully request that this Court enter the Proposed Stipulated Protective Order, attached hereto as **Exhibit A**.

Dated: November 28, 2018

| **THE SIMON LAW FIRM, P.C.** | **KIRKLAND & ELLIS LLP** |
|---|---|

*/s/ R. Seth Crompton (with consent)*  
Anthony G. Simon, IL 6209056  
Benjamin R. Askew, IL 6291366  
Anthony R. Friedman, IL 6299795  
The Simon Law Group, P.C.  
800 Market Street, Suite 1700  
St. Louis, Missouri 63101  
Telephone: (314) 241-2929  
Fax: (314) 241-2029  
asimon@simonlawpc.com  
baskew@simonlawpc.com  
afriedman@simonlawpc.com  

R. Seth Crompton  
The Holland Law Firm  
300 N. Tucker, Suite 801  
St. Louis, Missouri 63101  
Telephone: (314) 241-8111  
Fax: (314) 241-5554  
scrompton@allfela.com  

*Attorneys for Plaintiff Catherine Alexander*

*/s/ Dale M. Cendali*  
Dale M. Cendali (admitted *pro hac vice*)  
Joshua L. Simmons (admitted *pro hac vice*)  
Kirkland & Ellis LLP  
601 Lexington Avenue  
New York, New York 10022  
Telephone: (212) 446-4800  
Fax: (212) 446-4900  
dale.cendali@kirkland.com  
joshua.simmons@kirkland.com  

Michael J. Nester (#02037211)  
Donovan Rose Nester P.C.  
15 North 1st Street, Suite A  
Belleville, Illinois 62220  
Telephone: (618) 212-6500  
mnester@drnpc.com  

*Attorneys for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., and Visual Concepts Entertainment*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) Case No. 3:18-cv-966-MJR-DGW |
| WRESTLING ENTERTAINMENT, INC.; | ) |
| VISUAL CONCEPTS ENTERTAINMENT; | ) |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2018, I electronically filed the foregoing **Joint Motion for Entry of Stipulated Protective Order** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Benjamin R. Askew | baskew@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| Carrie L. Roseman | croseman@simonlawpc.com |
| R. Seth Crompton | scrompton@allfela.com |
| Tracey Blasa | tblasa@allfela.com |
| Jerry McDevitt | jerry.mcdevitt@klgates.com |
| Curtis Krasik | curtis.krasik@klgates.com |

*/s/ Dale M. Cendali*
Dale M. Cendali (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com

*Attorney for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., and Visual Concepts Entertainment*