IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER, | |
| Plaintiff, | Case No. 3:18-cv-0966-MJR-DGW |
| v. | JURY TRIAL DEMANDED |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., et al., | |
| Defendants. | |

**PLAINTIFF CATHERINE ALEXANDER'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM YUKE'S CO., LTD., YUKE'S LA INC. AND WORLD WRESTLING ENTERTAINMENT, INC.**

PLEASE TAKE NOTICE THAT Plaintiff Catherine Alexander ("Plaintiff") by and through counsel, hereby withdraw Plaintiff's Motion to Compel Discovery Responses from Yuke's Co., Ltd., Yuke's LA Inc. (collectively "Yuke's Defendants") and World Wrestling Entertainment, Inc. filed on November 30, 2018 (Dkt. No. 100) without prejudice.

Dated: December 3, 2018

Respectfully submitted,

  */s/ Anthony G. Simon*
Anthony G. Simon, IL 6209056
Benjamin R. Askew, IL 6291366
Anthony R. Friedman, IL 6299795
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
basekew@simonlawpc.com
afriedman@simonlawpc.com

R. Seth Crompton
**THE HOLLAND LAW FIRM**
300 N Tucker, Suite 801
St. Louis, Missouri 63101
scrompton@allfela.com

1

>Phone: (314) 241-8111
>Facsimile: (314) 241-5554
>
>*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record this 3rd day of December 2018 via the Court's CM/ECF system.

>*/s/ Anthony G. Simon*