**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| CATHERINE ALEXANDER,               ) | |
|                             ) | |
|            Plaintiff,            ) | |
|                             ) | |
|     -vs-                         ) | |
|                             ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., ) | |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD   ) | Case No. 3:18-cv-966-MJR-DGW |
| WRESTLING ENTERTAINMENT, INC.;        ) | |
| VISUAL CONCEPTS ENTERTAINMENT;       ) | |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC.,    ) | |
|                             ) | |
|           Defendants.         ) | |

## <u>UNOPPOSED MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER</u>

Plaintiff Catherine Alexander ("Plaintiff") and Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., Visual Concepts Entertainment, World Wrestling Entertainment, Inc., Yuke's Co., Ltd., and Yuke's LA, Inc. (collectively "Defendants," and together with Plaintiff, the "Parties"), by and through their attorneys, hereby jointly move this Court for entry of the Proposed Amended Scheduling Order submitted herewith as **Exhibit A** and to adjourn the trial date in this litigation to a date of the Court's convenience after September 1, 2019.  In support of this motion, the Parties state as follows:

1.       On August 7, 2018, this Court entered a scheduling order in this case.  *See* Dkt. No. 54.

2.       In the scheduling order, the Court set the following dates:

(a)      Plaintiff's and Defendants' depositions shall be taken by November 1, 2018.  Dkt. No. 54, ¶ 3.

(b)	Disclosure of, and written reports by, Defendants' experts pursuant to Federal Rule of Civil Procedure 26(a)(2) shall occur by December 13, 2018. *Id*. ¶ 5.

(c)	Depositions of Plaintiff's expert witnesses must be taken by December 6, 2018. *Id*. ¶ 6.

(d)	Depositions of Defendants' experts must be taken by January 7, 2019. *Id*.

(e)	Discovery shall be completed by January 7, 2019. *Id*. ¶ 8.

(f)	All dispositive motions shall be filed by January 21, 2019. *Id*. ¶ 9.

3.	Due to certain discovery-related issues, as well as the Parties' pending motions, the Parties have not been able to conduct necessary depositions. In addition, the approach of the holidays over the next month adds difficulty to the Parties' ability to schedule those depositions by the January 7, 2019 close of discovery set in the scheduling order.

4.	Accordingly, the Parties respectfully request that the Court enter an order extending the above deadlines by approximately three months to allow for full and complete discovery. The Parties have met and conferred and agree to the dates set forth in the Proposed Amended Scheduling Order. Moreover, the Parties agree that this extension would be beneficial to all Parties, as there are numerous motions pending before the Court, the resolution of which may affect the course of discovery.

5.	The Parties are aware that the Local Court Rules require that discovery must be completed no later than 115 days before the first day of the month of the presumptive trial month, and all dispositive motions must be filed no later than 100 days before the first day of the month of the presumptive trial month. Under the Proposed Amended Scheduling Order, this would place the trial date on or after September 1, 2019. Thus, the Parties respectfully request

that the trial date in this litigation be adjourned to a date of the Court's convenience after September 1, 2019.

WHEREFORE, for the reasons stated herein, the Parties respectfully request that this Court enter the Proposed Amended Scheduling Order, attached hereto as **Exhibit A**, to adjourn the trial date in this litigation to a date of the Court's convenience after September 1, 2019.

Dated: December 5, 2018

**THE SIMON LAW FIRM, P.C.**

*/s/ Anthony G. Simon* (with consent)
Anthony G. Simon, IL 6209056
Benjamin R. Askew, IL 6291366
Anthony R. Friedman, IL 6299795
The Simon Law Group, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
afriedman@simonlawpc.com

R. Seth Crompton
The Holland Law Firm
300 N. Tucker, Suite 801
St. Louis, Missouri 63101
Telephone: (314) 241-8111
Fax: (314) 241-5554
scrompton@allfela.com

*Attorneys for Plaintiff Catherine Alexander*

**KIRKLAND & ELLIS LLP**

*/s/ Dale M. Cendali*
Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Fax: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com

Michael J. Nester (#02037211)
Donovan Rose Nester P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, Yuke's Co., Ltd., and Yuke's LA, Inc.*

**K&L GATES LLP**

*/s/ Jerry McDevitt* (with consent)
Jerry McDevitt (admitted *pro hac vice*)
Curtis Krasik (admitted *pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-8608
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com

Michael J. Nester (#02037211)
Donovan Rose Nester P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for Defendant World Wrestling*
*Entertainment, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) | |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) | Case No. 3:18-cv-966-MJR-DGW |
| WRESTLING ENTERTAINMENT, INC.; | ) | |
| VISUAL CONCEPTS ENTERTAINMENT; | ) | |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 5, 2018, I electronically filed the foregoing **Unopposed Motion for Entry of Amended Scheduling Order** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Benjamin R. Askew | baskew@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| Carrie L. Roseman | croseman@simonlawpc.com |
| R. Seth Crompton | scrompton@allfela.com |
| Tracey Blasa | tblasa@allfela.com |
| Jerry McDevitt | jerry.mcdevitt@klgates.com |
| Curtis Krasik | curtis.krasik@klgates.com |

*/s/ Dale M. Cendali*

Dale M. Cendali (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com

*Attorney for Defendants 2K Games, Inc., 2K Sports, Inc.,
Take-Two Interactive Software, Inc., Visual Concepts
Entertainment, Yuke's Co., Ltd., and Yuke's LA, Inc.*