IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHERINE ALEXANDER, <br><br> Plaintiff, <br><br> v. <br><br> TAKE-TWO INTERACTIVE SOFTWARE, INC., et al., <br><br> Defendants. | Case No. 3:18-cv-0966-MJR-MAB |

**PLAINTIFF CATHERINE ALEXANDER'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Catherine Alexander ("Plaintiff") respectfully submits Ms. Alexander's five copyright registrations and one rejection attached as Exhibits A - F as additional documents in support of Plaintiff's Opposition to Defendants' Motions to Dismiss (Doc. 97). Now that Plaintiff has registrations for 5 of her 6 copyrights, this moots one issue in Defendants' Motions to Dismiss for those copyrights. As to the "Bible Verse" tattoo, Plaintiff is reviewing the response from the copyright office. Also, attached as Exhibit G is *Fourth Estate Public Benefit Corp. v. Wall-Street.com, LLC, et al.*, No. 17-571 (U.S. Supreme Court March 4, 2019) (reported at 586 U.S. ___ (2019)), as additional authority related to this issue.

Dated: March 4, 2019

Respectfully submitted,

*/s/ Anthony G. Simon*
Anthony G. Simon, IL 6209056
Benjamin R. Askew, IL 6291366
Anthony R. Friedman, IL 6299795
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029

asimon@simonlawpc.com
basekew@simonlawpc.com
afriedman@simonlawpc.com

R. Seth Crompton
THE HOLLAND LAW FIRM
300 N Tucker, Suite 801
St. Louis, Missouri 63101
scrompton@allfela.com
Phone: (314) 241-8111
Facsimile: (314) 241-5554

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 4th day of March 2019 via the Court's CM/ECF system.

*/s/ Anthony G. Simon*