**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) | |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) | CASE NO. 3:18-CV-966-SMY-MAB |
| WRESTLING ENTERTAINMENT, INC.; | ) | |
| VISUAL CONCEPTS ENTERTAINMENT; | ) | |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S JOINDER IN TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC., 2K SPORTS, INC., AND VISUAL CONCEPTS ENTERTAINMENT'S MOTION FOR SUMMARY JUDGMENT**

On October 23, 2018, Defendant World Wrestling Entertainment, Inc. ("WWE") filed a motion to dismiss Plaintiff's First Amended Complaint (Doc. No. 91), along with a memorandum of law in support thereof (Doc. No. 92), because this Court lacks personal jurisdiction over WWE.  WWE files this joinder in the motion for summary judgment filed by Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment (the "Take-Two Defendants' Motion for Summary Judgment") intending to preserve all such arguments as set forth in WWE's pending motion to dismiss.  In the event that WWE's motion to dismiss is denied, WWE hereby moves this Court in the alternative for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure on all claims set forth in Plaintiff's First Amended Complaint by incorporating and joining in the Take-Two Defendants' Motion for Summary Judgment.

Dated: November 8, 2019                    Respectfully submitted,

                                            */s/ Curtis B. Krasik*
                                            Jerry S. McDevitt (admitted *pro hac vice*)
                                            Curtis B. Krasik (admitted *pro hac vice*)
                                            K&L GATES LLP
                                            K&L Gates Center
                                            210 Sixth Avenue
                                            Pittsburgh, PA 15222
                                            412.355.6500
                                            jerry.mcdevitt@klgates.com
                                            curtis.krasik@klgates.com


                                            Michael J. Nester (#02037211)
                                            Donovan Rose Nester P.C.
                                            15 North 1st Street, Suite A
                                            Belleville, Illinois 62220
                                            Telephone: (618) 212-6500
                                            mnester@drnpc.com

                                            *Attorneys for Defendant World Wrestling*
                                            *Entertainment, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019, I electronically filed the foregoing Joinder in Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Anthony G. Simon        asimon@simonlawpc.com
Anthony R. Friedman     afriedman@simonlawpc.com
R. Seth Crompton        scrimpton@allfela.com

*Attorneys for Plaintiff*

Dale M. Cendali         dale.cendali@kirkland.com
Joshua L. Simmons       joshua.simmons@kirkland.com

*Attorneys for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, Yuke's Co. Ltd., and Yuke's LA, Inc.*

_/s/ Curtis B. Krasik_____
Curtis B. Krasik (pro hac vice)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Email: curtis.krasik@klgates.com

*Attorney for Defendant World Wrestling Entertainment, Inc.*

3