IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER, ) ) ) Plaintiff, ) ) v. ) ) TAKE-TWO INTERACTIVE SOFTWARE, INC.; ) 2K GAMES, INC.; 2K SPORTS INC.; ) WORLD WRESTLING ENTERTAINMENT, ) INC.; VISUAL CONCEPTS ENTERTAINMENT; ) YUKE'S CO., LTD.; and YUKE'S LA INC., ) ) Defendants. ) | Case no: 3:18-cv-0966-SMY-MAB JURY TRIAL DEMANDED |

**PLAINTIFF CATHERINE ALEXANDER'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Catherine Alexander, by and through her undersigned counsel, respectfully moves the Court to grant partial summary judgment on the issue of copying. Because no genuine issue of material fact exists as to Defendants' copying of Plaintiff's original work, Plaintiff is entitled to a judgment as a matter of law on the issue of copying.

Plaintiff seeks summary judgment because Defendants admit to copying a copyrighted work without permissions. In support of this motion, Plaintiff submits the accompanying Memorandum of Law in Support of Partial Summary Judgment on the issue of copying.

1

Dated:  November 8, 2019                                        Respectfully submitted,

                                                                            */s/ Anthony G. Simon*
                                                    Anthony G. Simon, IL 6209056
                                                    Benjamin R. Askew, IL 6291366
                                                    Anthony R. Friedman, IL 6299795
                                                    **THE SIMON LAW FIRM, P.C.**
                                                    800 Market Street, Suite 1700
                                                    St. Louis, Missouri 63101
                                                    Phone: (314) 241-2929
                                                    Fax: (314) 241-2029
                                                    asimon@simonlawpc.com
                                                    basekew@simonlawpc.com
                                                    afriedman@simonlawpc.com

                                                    R. Seth Crompton
                                                    **THE HOLLAND LAW FIRM**
                                                    300 N Tucker, Suite 801
                                                    St. Louis, Missouri 63101
                                                    scrompton@allfela.com
                                                    Phone: (314) 241-8111
                                                    Facsimile: (314) 241-5554

                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 8th day of November, 2019 via the Court's CM/ECF system.

                                                    */s/ Anthony G. Simon*