# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| CATHERINE ALEXANDER,<br><br>Plaintiff,<br><br>-vs-<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC.; 2K SPORTS, INC.; WORLD WRESTLING ENTERTAINMENT, INC.; VISUAL CONCEPTS ENTERTAINMENT; YUKE'S CO., LTD.; AND YUKE'S LA, INC.,<br><br>Defendants. | ) | Case No. 3:18-cv-966-MJR-DGW |

**<u>EXPERT REPORT AND DECLARATION OF IAN BOGOST, PH.D.</u>**

## TABLE OF CONTENTS

I. SUMMARY OF OPINIONS ..... 1

II. BACKGROUND AND QUALIFICATIONS ..... 3

III. ANALYSIS ..... 7

A. Like Digital Photographs, Video Games Capture Realistic Portraits of their Subjects 7

B. Like Films and Television, Video Games Are Expressive ..... 9

i. Video Games Are Similar to Film and Television ..... 9

ii. Video Games Are Exceedingly Expressive ..... 11

iii. Due to Typical Screen Sizes, When People Appear in Video Games They Appear Smaller than in Real Life ..... 12

iv. Size in the Context of Video Games ..... 13

C. *WWE 2K* Is a Highly Expressive Video Game ..... 15

i. Simulation of Professional Wrestling ..... 17

ii. Interfaces ..... 20

iii. Game Modes ..... 21

iv. The Size of *WWE 2K* ..... 22

D. The Tattoos Are a Tiny Part of *WWE 2K* That Would Rarely Be Noticed During Ordinary Game Play ..... 23

i. The Tattoos Often Do Not Appear in the Average Playing of *WWE 2K* ..... 24

ii. The Tattoos Are Depicted Far Smaller than They Appear in Real Life ..... 26

iii. The Tattoos Are Depicted Next to a Plethora of Other Visual and Auditory Elements ..... 26

iv. The Tattoos Are Difficult to Observe in *WWE 2K* ..... 28

v. The Tattoos Are Not Part of the Plot of *WWE 2K* ..... 32

E. The Tattoos Are a Small Part of the *WWE 2K* Computer Program ..... 33

F. There Is No Market for the Tattoos in Video Games ..... 37

IV. RESERVATION OF RIGHTS ..... 39

I, Ian Bogost, Ph.D., declare as follows:

1. As discussed in greater detail in Part II below, I am the Ivan Allen College Distinguished Chair in Media Studies, Professor of Interactive Computing, and Professor of Business at the Georgia Institute of Technology. I hold a Ph.D. from the University of California, Los Angeles. My current curriculum vitae, including a list of my authored publications in the past 10 years, is attached hereto as **Exhibit 1**.

2. Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., Visual Concepts Entertainment, Yuke's Co., Ltd., and Yuke's LA, Inc. (collectively, "Take-Two") have asked me to provide my opinion on the following issues in this case:

(a) Is there any technical difference between reproducing the image of a person in a video game by comparison to a digital photograph, television program, or film;

(b) To what extent are the tattoos that Plaintiff Catherine Alexander ("Plaintiff") asserts that she inked on WWE professional wrestler Randy Orton ("Orton") and that Take-Two has infringed (the "Tattoos") observable in the *WWE 2K* series;

(c) How is *WWE 2K* generally played, and what would an average player see and hear in doing so; and

(d) Is there a market for licensing tattoos as they appear in real life for use in video games.

## I. SUMMARY OF OPINIONS

3. Based on my years of experience in the field of video games, as well as my review of the evidence in this case—including the parties' pleadings, briefing, exhibits, documents, and other materials identified in **Exhibit 2** and in the body of my report or attached thereto—it is my opinion that, among other things:

4. ***First***, there is essentially no difference between the replication of Mr. Orton's image with a digital camera, whether for a static or motion picture, and the rendering of Mr. Orton's likeness in *WWE 2K*. Both involve making a digital file of electronic information to reproduce an image of Mr. Orton. In fact, the creation of Mr. Orton's likeness in *WWE 2K* starts

with a series of digital photographs of Mr. Orton–his face, his body, his clothing, his tattoos. Like this series of photographs, the computerized depiction of Mr. Orton's likeness in *WWE 2K* has the ultimate goal of capturing a life-like image of Mr. Orton. In other words, there is no reason to distinguish video games from other forms of digitally capturing the appearance of a real-life subject for audio-visual presentation.

5. ***Second***, beyond digital photographs, video games have commonalities with other forms of audio-visual media, like films and television, such that many of the same factors that would be considered in determining whether something is observable in a film or show also would be considered in determining whether something is observable in a video game. Because video games are interactive computer programs, however, they contain many additional components that make any given element of the game even less likely to be observed.

6. ***Third***, *WWE 2K* is a highly expressive video game that simulates professional wrestling. As a result, an average player will see and hear a huge number of visual and auditory elements as he or she plays the game.

7. ***Fourth***, whether considered in terms of *WWE 2K*'s audio-visual display or the data contained in its computer program, *WWE 2K* is a massive video game. As a result, by any measure, the Tattoos are a fractional, fleeting part of *WWE 2K*. In fact, many times Mr. Orton will not be among the wrestlers selected for a game, meaning that the Tattoos will never appear. Even when the Tattoos do appear, because the typical computer or television screen is small compared to the actual size of a professional wrestler, the Tattoos will appear smaller than they appear in real life. Each Tattoo also is only one of a plethora of other visual and auditory elements (including other tattoos) in *WWE 2K*. And the Tattoos are hard to observe due to their

obstruction by other game elements, because they may appear out-of-focus, and because Mr. Orton moves quickly in the game, contorting as he performs various wrestling throws and holds.

8. ***Fifth***, using an extremely conservative methodology, at best, Mr. Orton's Tattoos would comprise 0.008% of the data in *WWE 2K*'s computer program.

9. ***Finally***, there is no market for licensing the Tattoos for use as Take-Two has done. This is clear from the fact that Plaintiff has not identified any video game that has ever licensed rights to tattoos, including from Plaintiff herself. It also is supported by the fact that Take-Two's use—incidental, fleeting use on Mr. Orton to increase *WWE 2K*'s realism—is not something that reasonably would be anticipated to be licensed for use in a video game. Moreover, based on my understanding of the times that Orton's image has been produced in photographs, television, or on merchandise, I am not aware of any instance in which he has licensed his tattoos separate from his image or likeness. This is also consistent with my understanding that he has tattoos inked by other tattooists on his body, none of whom have contended that reproducing his image or likeness in some audiovisual medium requires a license and payment to them.

## II. BACKGROUND AND QUALIFICATIONS

10. I am the Ivan Allen College Distinguished Chair in Media Studies, Professor of Interactive Computing, and Professor of Business at the Georgia Institute of Technology. My faculty appointments are in the Ivan Allen College of the Liberal Arts, the College of Computing, and the Scheller College of Business.

11. I am internationally recognized as a key figure in game studies, where my research has become canonical in the contexts of education, design, and criticism. I have published ten (10) books on the history, structure, design, and role of videogames and related

digital culture, including (1) *Unit Operations: An Approach to Videogame Criticism* (MIT Press, 2006); (2) *Persuasive Games: The Expressive Power of Videogames* (MIT Press, 2007); (3) *Racing the Beam: The Atari Video Computer System* (MIT Press, 2009, with Nick Montfort); (4) *Newsgames: Journalism at Play* (MIT Press, 2010, with my students Simon Ferrari and Bobby Schweizer); (5) *How to do Things with Videogames* (University of Minnesota Press, 2011); (6) *Alien Phenomenology, or What It's Like to Be a Thing* (University of Minnesota Press, 2012); (7) *10 PRINT CHR$(205.5+RND(1)); : GOTO 10* (MIT Press, 2012, with Nick Montfort, Patsy Baudoin, John Bell, Jeremy Douglass, Mark C. Marino, Michael Mateas , Casey Reas, Mark Sample, and Noah Vawter); (8) *The Geek's Chihuaha: Living With Apple* (University of Minnesota Press, 2015); (9) *How to Talk About Videogames* (University of Minnesota Press, 2015); and (10) *Play Anything: The Pleasure of Limits, the Uses of Boredom, and the Secret of Games* (Basic Books, 2016).

12.     In addition to these books, I have published over 200 journal publications, articles, book chapters, and conference papers on videogames and digital culture, delivered over 30 keynote presentations and over 130 invited presentations at major academic and industry conferences and events.  My students have gone on to work in leadership roles in the games industry, including at Electronic Arts, Microsoft, Pogo, Zynga, PopCap, Naughty Dog and others, and into faculty positions at institutions including American University, DePaul University, New York University, and others.  In relation to this influence, I have been named a Digital Games Research Association (DiGRA) Distinguished Scholar and a Higher Education Video Game Alliance (HEVGA) Lifetime Fellow.

13.     Today, any course on game studies (the scholarly study of games in general and video games in particular) includes my books, articles, and games.  A small sample of

institutions using them includes Brown, Carnegie Mellon, Concordia, Duke, Georgetown, IT

University Copenhagen, MIT, NYU, Parsons, Pomona College, SCAD, Stanford, Swarthmore,

Tufts, University of California, University of Exeter, University of Southern California, and

University of Technology Sydney.  In addition to scholarly adoption, this work has impacted the

interactive entertainment industry and the arts:  the games-related keynote presentations are often

directed to the games, technology, and design industries.

14.     I also serve as a leader within the areas of videogame education, events, history,

and preservation.  I have acted as a reviewer for journals, conferences, and agencies including

the National Endowment for the Humanities, Association for Computing Machinery, Games &

Culture, Political Studies, Persuasive Technology, and Foundations of Digital Games.  From

2005 to 2012 I co-organized the international Serious Games Summit at the Game Developers

Conference (the industry's major trade event, with over 25,000 attendees), which is focused on

the uses of games beyond entertainment, including in health and medicine.  I serve on the

editorial boards for Games & Culture, The Journal of e-Media Studies, The Journal of Digital

Culture & Education, Historical Studies of Digital Entertainment, and Eludamos.  I also serve or

have served as an advisor for the Strong National Museum of Play, the Preserving Virtual

Worlds project, the Romero Archives, and Games for Change.  I am also co-series editor of

Platform Studies, a book series at the MIT Press focused on the history of computer platforms

and the relationship between technical design and creativity.

15.     In addition to my academic role, I am a Contributing Editor at *The Atlantic*, a

print and online magazine that has been published since 1857.  In my role as Contributing Editor,

I write, edit, solicit, and publish material on games, technology, and culture.  As a part of this

role, I am co-editor of Object Lessons, which hosts an essay series at *The Atlantic* in addition to a

book series published by Bloomsbury. The majority of my writing for *The Atlantic*, in print and online, covers technology, culture, and business, including games. To date, I have written over 225 articles for *The Atlantic*, and more for general-readership and games-trade publications, including *The New Yorker*, *Fast Company*, *Edge*, and *Gamasutra.*

16. In addition to my expertise as a scholar and writer, I am the co-founder of Persuasive Games, an award-winning videogame studio that makes games about social and political issues. My games for the studio have been played by millions of people and exhibited internationally. In addition to my corporate development affiliation, I also work as an independent game developer, where my work has garnered multiple awards at independent game festivals, including as a finalist in the Nuovo category at the 2010 Independent Games Festival and as winner of the Vanguard and Virtuoso awards at the 2010 Indiecade festival. Together these two festivals are considered the primary venues for new, experimental work in the industry, the videogame equivalent of the Sundance and Cannes film festivals. My games have been exhibited at 38 juried and invited art exhibitions, including venues such as the San Francisco Museum of Contemporary Art (San Francisco), the Museum of Contemporary Art (Jacksonville, FL), the Ontario Science Center (Toronto), Laboral Centro de Arte (Madrid), Fournos Centre for Digital Culture (Athens), Eyebeam Center (New York), Slamdance Guerilla Game Festival (Park City), the Israeli Center for Digital Art (Holon), and The Australian Centre for the Moving Image (Melbourne).

17. My work as both a scholar and designer is regularly featured in the public media, including recognition in The Colbert Report, National Public Radio, the *New York Times*, the *Wall Street Journal*, the *Los Angeles Times*, the *Atlanta Journal-Constitution*, the Associated Press, Reuters, CNN, the BBC, *The Guardian*, *Wired*, *Forbes*, *Fortune*, *The New Scientist*,

*Travel & Leisure*, *Popular Science*, the *Toronto Star*, the *San Jose Mercury News*, G4 TV, *Slate*, and the *Chronicle of Higher Education*.

18. I am being compensated for my time at a consulting rate of $500 per hour. I have not testified as an expert at trial or by deposition in the last four years.

## III. ANALYSIS

### A. Like Digital Photographs, Video Games Capture Realistic Portraits of their Subjects

19. One of the most important aspects of modern sports entertainment video games is their realism. In fact, Plaintiff's expert, Jose Zagal, wrote in his original November 15, 2018 report (the "November 15th Zagal Report") that it is "important to the game playing public" that "games based on real-world people . . . achieve a certain standard of verisimilitude."[1] Zagal also wrote in his supplemental February 4, 2019 report that "a realistic portrayal of Randy Orton is important."[2] In other words, he agrees that real world accuracy is important in video games.

20. *WWE 2K*'s developers create this verisimilitude, or realism, by taking numerous detailed digital captures of each wrestler, including Mr. Orton, the digital information for which is compressed, assembled, and converted to create Mr. Orton's video game likeness.[3] The developers start by taking digital photographs of Mr. Orton from all different angles.[4] These digital photographs capture every aspect of Mr. Norton: his face, his hair, his body, his clothing, and his tattoos. Below are examples of digital captures that *WWE 2K*'s developers took of Mr. Orton:

---

1 November 15, 2018 Report of Jose Zagal, at 2.

2 February 4, 2019 Report of Jose Zagal, at 2.

3 Indeed, Plaintiff's expert acknowledges that WWE 2K's developers "obtained multiple high-quality photographs of Randy Orton's tattoos taken from different angles [and] used specialized software to create textures from their high quality photographs." February 4, 2019 Report of Jose Zagal, at 2.

4 TAKE-TWO_00000913; TAKE-TWO_00000914; TAKE-TWO_00000918 (attached as **Exhibit 3**).

  

21. The digital files for these photographs, combined with other information about his form, volume, and movements, are then converted by *WWE 2K*'s developers into information that creates Mr. Orton's video game likeness. The developers use computers and the available video game technology to assemble the digital information collected by the photos to make the most realistic and life-like 3-d depiction of Mr. Orton possible. Plaintiff's expert appears to agree that the use of this process is "consistent with Take-Two's desire for verisimilitude and realism."[5]

22. This is a similar process that Mr. Orton would undergo were he to be filmed using a digital camera to appear on TV or film. The digital camera, whether static or motion, captures the light bouncing off of Mr. Orton and the other elements of the image being captured by the lens. That information is then converted and adapted into the information that ultimately replicates the image of Mr. Orton. Whether that image is a static photograph or period of

[5] February 4, 2019 Report of Jose Zagal, at 2.

minutes or hours caught on camera, the process of filming Mr. Orton is largely the same where digital cameras are being used. The same is true of the reproduction of Mr. Orton's likeness in *WWE 2K*, in that it ultimately results in a depiction of Mr. Orton that depicts his likeness.

**Mr. Orton in a Photograph**[6]

**Mr. Orton in *WWE 2K***[7]

**B. Like Films and Television, Video Games Are Expressive**

i. Video Games Are Similar to Film and Television

23. In many ways, video games have commonalities with other forms of audio-visual expression, especially moving-image media like film, television, or animation. People look at TV, smartphone, or tablet screens when they play video games, just like they do when they watch shows or movies. Furthermore, video games look increasingly realistic these days, and sometimes it is hard to tell the difference between a game and a real, filmed scene. Indeed, Plaintiff admitted at her January 15, 2019 deposition that Mr. Orton's depiction in *WWE 2K* looks just like he looks in real life.[8] When asked what she thought of the graphics in *WWE 2K* after being told by a player of the game "that it looked like a movie," she answered that she

---

[6] *See* Exhibit 3.

[7] Randy Orton, The Smackdown Hotel, https://www.thesmackdownhotel.com/roster/wwe2k18/randy-orton#!WWE_2K18_Randy_Orton (attached as **Exhibit 4**).

[8] Pl.'s Deposition Transcript, at 21.

"couldn't believe the graphics in the game."[9] Even when games are more cartoon-like or stylized, they look good enough that it would be easy to mistake one for an animated film or show.

24. Further, video games increasingly are based on films or vice-versa. For example, the James Bond films frequently are adapted into video games, as were the *Lord of the Rings* films. Often these adaptations mirror each other closely:

**James Bond**

**Lord of the Rings**

Due to improvements in video game technology, video games based on the real world have become more and more realistic, including incorporating details that add to their realism.

25. Because of these similarities, many observations and conclusions about films and TV shows apply with equal force to video games. For instance, the same factors that would be considered in deciding whether something is observable in a film also would be relevant to whether something is observable in the audio-visual display of a video game. Such factors might include:

- The distance of an element from the camera (including whether it appears in close-up or background);
- Whether it is in focus;
- The duration that it appears on the screen;
- Whether it is moving while on screen and, if so, how quickly;

[9] *Id.*, at 20. Similarly, when asked, "when you saw Mr. Orton depicted very realistically in [*WWE 2K*], I take it you were impressed by the realism," Plaintiff answered, "Yes, I was." *Id.*, at 23; *see also*, *id.*, at 171.

- Whether it is obscured by other elements; and
- Whether it plays a role in the plot or gameplay.

ii. Video Games Are Exceedingly Expressive

26. It also cannot be overlooked that the video-game medium permits many opportunities for creative expression beyond those available to a film or television program. Video games combine the audio-visual experiences discussed above with creative computer software and hardware. That means that those that create games can push the envelope on developing visual elements that appear on screen, mechanisms for operating the game and moving characters, and a variety of other game elements.

27. In today's console games (like *Call of Duty*, the *WWE 2K* series, or many others), that process involves an enormous team of artists, designers, and developers, who create 3-d assets; capture, rig, and animate those assets so they appear to move in particular ways; compose scenes or levels; and create behaviors, visual effects, goals, and consequences for their interactions. Those elements must be incorporated into an underlying software system, often called an "engine," which does the work of assembling and presenting them to the player, and allowing that presentation to operate on various types of hardware platforms.

28. Games also are interactive, meaning that the players who use the games operate them. The simplest electronic games, like the classic puzzle Simon, just require pressing buttons at the right time. Interacting with a smartphone game like *Candy Crush* requires touching a capacitive screen similar to using any other app. A contemporary console game, such as one played on the PlayStation 4 or Xbox One, uses sequences of inputs on a dozen or more buttons attached to a large handheld controller. In addition to this controller, there are many other types of possible inputs for games, including more esoteric ones like microphones, cameras, motion-capture equipment, virtual reality goggles, or even brain-wave readers. No matter their form,

these inputs allow the player to intervene in the operation of the software system that runs the game.

29. In most cases, some such intervention is required—the game would just sit there without user input. But those inputs also vary in type. Some inputs are purely functional, like selecting an option from a menu. In other cases, the inputs operate a simulated device or character in the game. In still other cases, the inputs are expressive, allowing the player to perform physical actions with his or her body that the computer or console does not see or interpret directly (for example, a dancing game that listens for some user actions but allows flourishes and performances in between them).

30. Overall, creating a modern video game is a little like constructing a simulated world from the ground up. Years of effort, thousands of individual assets, and millions of lines of computer code go into this process. The resulting apparatus—the thing most people casually refer to as "a video game"—is exceedingly expressive and, while an individual session with such a game does indeed produce a sequential, audio-visual experience, the overall video game is comprised of so much more.

iii. Due to Typical Screen Sizes, When People Appear in Video Games They Appear Smaller than in Real Life

31. A typical user would play video games on a conventional laptop, computer monitor, or television. According to one survey, the vast majority of laptop screens are 15 inches, and the average desktop screen size is 22.1 inches.[10] Even on televisions, according to one survey, the plurality of global television screens are 40–49 inches.[11]

[10] *PC Monitor Display Sizes Continues to Grow*, Tech Talk, Jan. 16, 2017, https://techtalk.pcpitstop.com/2017/01/16/pc-monitor-display-size/ (attached as **Exhibit 5**).

[11] Felix Richter, *TV Screens Are Getting Bigger and Bigger*, STATISTA, Sept. 8, 2015, https://www.statista.com/chart/3780/tv-screen-size/ (attached as **Exhibit 6**).

32. At those sizes, it is obvious that any person depicted in a video game will appear significantly smaller than he or she appears in real life. The aspects of such a person's appearance would similarly appear smaller in the video game.

iv. Size in the Context of Video Games

33. If a video game is a machine that produces a large number of audio-visual outputs, then observing or measuring the total "size" of such a game becomes an exercise in describing all the possible outcomes the "machine" can produce. Even for the simplest computer programs, that size is very large, if not immeasurable.

34. There is a concept in complexity science known as "emergence." In complex systems like climate, biology, and economics, a small number of initial conditions, varied by permutations that then feedback on themselves, can produce enormously complex results over time. Common examples of emergence include snowflakes, flocks of birds, termite mounds, and hurricanes, but there are many others.

35. Most of these examples are natural phenomena. But man-made systems can also produce emergent behavior. Take traffic, for example. Individual people get in cars and drive them to destinations. But together, those individual choices combine to create flows and congestion.

36. Computers are particularly adept at creating emergent behavior. Very small, simple initial conditions, altered in similarly simple ways, can play out over time to create results that far exceed any expectation a human viewer or operator might have had when looking at the individual components.

37. Let's consider an example. First introduced in 1982, the Commodore 64 was a popular home computer. By today's standards, it is a relatively unimpressive machine. It operated with a 6502 CPU designed in the 1970s, running at 1MHz, and it boasted 64 KB of

memory to run programs. By comparison, the computer on which I am writing this report boasts a four-core processor running at 3.1 GHz—each about 3,000 times as fast as the 6502—and 16 GB of memory, or about 65,000 times as much as the Commodore 64. My hard drive can also store vastly more data than the floppy-disks—almost 1.5 million times as much, in fact. It would stand to reason that my computer is capable of more complex and meaningful output than a machine from 39 years ago.

38. But emergence shows that this simple conclusion doesn't hold up to scrutiny. Here's one such program for the Commodore 64, which is a single-line long:

10 PRINT CHR$(205.5+RND(1)); : GOTO 10

39. It doesn't look like much. But if you type that line into a Commodore 64 and run it, something surprising happens: The computer produces an endless, complex maze pattern, like this:

40. Admittedly, this kind of computer entertainment is hardly comparable to today's video games. But in its extreme simplicity, it shows how computer aesthetics are produced by software processes acting on data (in this case, a simple choice between two special characters that look like diagonal lines) to produce audio-visual output. The "maze" is the audio-visual result. A one-line computer instruction produces an endless, evocative pattern that could not

possibly be anticipated by reading that instruction on its own. In fact, this program is complex and meaningful enough that, along with nine of my colleagues, I co-wrote an entire, 300-page book on the subject, whose title is the program code above.[12]

41. How many such mazes are possible with such a simple program? Patterns do recur in the maze, and the many mazes different runs of the program create can look physically similar to one another. But the small variations in the output, at any given time and overall, produce a theoretically infinite number of patterns—no less uncountable than all the possible shapes of snowflakes that might fall from the winter sky.

* * *

42. In sum, there are numerous parallels to be drawn between movies and television, on the one hand, and video games, on the other hand. If anything, video games are an evolution of those media, permitting the massive number of people involved in a video game's creation the opportunity to create a work that is more expressive than any single film or television program is likely to be. That expression is only increased by the ability of video game players to impact the expression of each video game through their individual decisions during game play. Finally, video games generally are played on screens that make any individuals appearing in those games appear smaller than they do in real life.

### C. *WWE 2K* Is a Highly Expressive Video Game

43. In preparing this report, I reviewed the video game series at issue in this case: *WWE 2K*. The series is an excellent example of a work that, in many ways, mirrors the user experience of a film or television program, but which involves even more creative expression by

12 Nick Montfort, Patsy Baudoin, John Bell, Ian Bogost, Jeremy Douglass, Mark Marino, Michael Mateas, Casey Reas, Mark Sample, and Noah Vawter. *10 PRINT CHR $(205.5+RND(1)); : GOTO 10* (Cambridge, Mass: MIT Press), 2012.

the series' developers due to their need to account for the inevitable variation in user experience resulting from the interactive nature of video games.

44.    *WWE 2K* is a professional wrestling simulation video game.  In *WWE 2K*, the wrestlers look how they would look in the wrestling ring as viewed on a television screen or streamed on the internet on a computer screen.

45.    It is my view that the purpose of the *WWE 2K* title is to incorporate real-world professional wrestling into a virtual world that mirrors the real world as closely as possible, while giving players an immersive and entertaining experience.  That is the whole point of the simulation, that it looks like real, live wrestling.  To accomplish this, *WWE 2K* replicates the WWE wresters' physical features, including their tattoos.

46.    Of course, as explained above, most video games are played on computer or television screens that make individuals look smaller than they do in real life.  The same is true of the wrestlers in *WWE 2K*.  Thus, like watching professional wrestling on television, in the typical playing of *WWE 2K*, the wrestlers will appear smaller than they do in real life.

47.    *WWE 2K* creates its interactive, simulated wrestling experience through both the user's functional configuration of elements before and during play, and through the user's interactive participation in the course of play, by maneuvering simulated wrestlers on screen, making management or strategic choices, and so on.  The success and longevity of a game like *WWE 2K* relies on the depth of content and the resultant choices available to players (including current, historical, and even player-made wrestlers), along with the realistic and detailed simulation of professional wrestling, to offer many repeated plays of new, simulated WWE matches.

48.     As a result, the video game includes numerous elements that lead to its realistic look.  A partial list of the various components of the *WWE 2K* series follow.

    i.    Simulation of Professional Wrestling

49.     The ordinary player would mostly engage with *WWE 2K* to play action-oriented bouts of simulated wrestling, either alone against the computer or with other people in the same place or connected online.  In *WWE 2K18*, for example, users can interact with 173 WWE wrestlers.[13]

50.     While playing the game, the user utilizes the controller to operate the simulated wrestlers, including a regularly updated slate of "moves," comprised of entering, exiting, and moving around the ring; pinning, grappling, and carrying other wrestlers; and the other ordinary, moment-by-moment actions associated with professional wrestling, including moves made popular by specific professional wrestlers.[14]  In addition to these primary actions of simulated competition, the user also can enact activities associated with special scenarios, such as double team moves and tagging in and out in tag-team matches; using weapons, such as a chair, ladder, or table; and climbing the cage in a cage match.

51.     During this portion of play, the player's typical experience will involve looking at the wrestling ring in a manner similar to that of a television viewer or a fan watching the match from the stands.  As shown below, this view often is of the full ring, including WWE branding, the wrestlers moving rapidly around the ring as they grapple with each other, the referee moving between them, and the crowd cheering them on.  Because it simulates a real-life wrestling ring,

---

[13]   WWE 2K18 roster: Meet the Superstars joining the list of playable characters, https://www.wwe.com/section/wwe-2k18/article/wwe-2k18-roster-playable-character-list (attached hereto as **Exhibit 7**).

[14]   WWE 2K18 New Moves Pack Is Out Today, https://wwe.2k.com/news/wwe-2k18-new-moves-pack/ (attached hereto as **Exhibit 8**).

the view of the ring itself is partially obscured by the large red cords strung between four outer posts that form the boundaries of the match.  As you can see below, the ring depicted in *WWE 2K* looks just like it would if one of the spectators took a picture during the match.



52.     The view above also shows why, on a typical television or computer screen, the wrestlers will appear smaller than they appear in real life.  For example, in Paragraph 31, I explained that the average size of a desktop screen is 22.1 inches.  Those 22.1 inches are the diagonal length of the screen.  Thus, the height will be 10.8 inches if the screen uses a typical 16:9 aspect ratio.  In the example above, the wrestlers are about one-half of the screen size. Thus, a six-foot-five-inch wrestler, like Mr. Orton, appears 5.4 inches on a typical screen.  That is about 7% of Mr. Orton's height in real life, and similar to the way Mr. Orton might appear on an ordinary WWE television broadcast.

53.     As the wrestling match takes place—including grapples, throws, submissions, attacks, tag-ins, and other ordinary actions of professional wrestling—the camera view adjusts accordingly, in a manner similar to the way a televised broadcast might appear:

 

 

54.     As is common in televised professional wrestling, any given move may be difficult to see, as the wrestlers move as quickly as possible to grapple with each other, generally with the ropes of the ring between the user and wrestlers.

55.     In addition to the interactive, wrestle-oriented portions of the game, *WWE 2K* also depicts contextual events and situations associated with live and televised professional wrestling. These features include the movement and behavior of the crowd, other wrestlers, the referees, and so on.  In *WWE 2K*, the crowd is particularly detailed and vivid, featuring numerous individual non-playable spectators who are identifiable and distinguishable one from the other. In addition, announcers provide extensive introductions and in-match commentary to mimic the televised framing of real-world professional wrestling.

56. While playing the game, the sounds associated with professional wrestling are audible, including the sound of wrestler voices; the noise of the crowd, the ring of the wrestling bell; and generally the voices, noises, and soundtrack one would normally associate with televised, professional wrestling. In addition, *WWE 2K* includes an intermittent musical soundtrack.

ii. Interfaces

57. To operate *WWE 2K*, users operate a visual interface. A large number of such interfaces are presented by the game, including menus, loading screens, and complex interfaces for customizing characters. Over the course of use, the user might spend a great deal of time interacting with these interfaces and menus, even before they do any simulated wrestling. As shown below, these interfaces only infrequently contain the visual representation of WWE wrestlers, because the menus and choices work like a kind of control panel for configuring and operating the game.







     iii. Game Modes

58. *WWE 2K18* includes a plethora of modes, including Play (an action-oriented, standard wrestling mode for competitive exhibition matches), MyPlayer (a single-player mode where you can create a character), and WWE Universe (an interactive narrative mode by which players book matches and create their own storylines that can last for years), among others.[15] It also includes additional modes, including MyCareer (a narrative mode with interspersed action-oriented games) and Road to Glory (an online mode that allows different players to compete against each other).[16] Each of these modes provides a different experience of play, corresponding with a different aspect of professional wrestling.

59. Generally speaking, sports entertainment video-games like *WWE 2K* have first been simulations of televised sports entertainment, with the game presented in a manner and format corresponding with professional television broadcast. That effort corresponds with **Play** mode most directly.

60. Other game modes highlight the many more domains that intersect with professional wrestling. The **MyCareer** mode is the central story mode in *WWE 2K*. It allows users to experience a fictitious narrative where they follow their wrestler as he tries to become a star of the WWE.

61. This plot is interspersed with playable matches along the main character's progression through his wrestling career. In MyCareer mode, the player can configure the

---

15 WWE 2K18 Wiki Guide: Game Modes, https://www.ign.com/wikis/wwe-2k18/Game_Modes (attached hereto as **Exhibit 9**).

16 WWE 2K18: Review of MyCareer and Road to Glory Modes, https://bleacherreport.com/articles/2739153-wwe-2k18-review-of-mycareer-and-road-to-glory-modes (attached hereto as **Exhibit 10**).

appearance of a fictional character who appears in the narrative scenario central to that mode. In this mode, the character depicted is not a real-world professional wrestler.[17]

iv. The Size of *WWE 2K*

62. Whether considered from the perspective of the elements of its audiovisual display or the components of its computer program, *WWE 2K* is a large work. This is because the audiovisual display of a wrestling match incorporates much more than just two wrestlers in a ring. In fact, the visual depiction of those matches involve numerous elements, including (just to name a few):

- The physical ring, including the mat, the skirt, and the ropes;
- Numerous insignia, including those of the WWE and the specific match that is being played;
- The wrestlers (often two, but sometimes up to 8 in multi-player matches, each of whom wears outfits with different accessories and other features (such as tattoos);
- A referee;
- Spectators;
- The arena; and
- The game clock and scoring system.

63. To create a realistic simulated wrestling match, *WWE 2K* needed to include all of these elements in a playable, audio-visual experience. Overall, the appearance of a *WWE 2K* game is similar to that of televised professional wrestling in visual and auditory detail: a rapidly-moving skirmish of wrestlers' bodies moving around the ring as they grapple with each other, and as the various contextual sights and sounds of crowds, referees, and others perform their roles during the process. The visual and auditory detail is high enough, and the realism achieved

[17] Importantly, the Tattoos cannot be added to that character.

via today's video-game hardware and software is likewise high enough, that the complexity of a television broadcast of WWE wrestling offers a good approximation of the quantity and quality of audio-visual chaos of a session of *WWE 2K* gameplay.

64. In addition to incorporating all of these visual elements, *WWE 2K* also is a complex computer program. It must embrace wrestling's tendency to produce unexpected and unplanned outcomes from a series of predictable, pre-determined rules. In part, the reason people enjoy playing sports entertainment video-games like *WWE 2K* is that they want to partake in the creation of such unexpected outcomes even if they do not possess the physical prowess—not to mention access to the professional organizations and stadia—to do so themselves.

65. The 10 PRINT program discussed above is both simpler and different than a modern video game like *WWE 2K*. But the principle of the matter is the same. Instead of one line of code, *WWE 2K* contains many hundreds of thousands. Instead of a character map of letters and symbols, *WWE 2K* includes hundreds of models of real WWE wrestlers, data associated with those wrestlers, arenas and other environments, along with all the intricate detail inherent to all of those features—the way an outfit's fabric falls as it moves, the shape, color, and texture of an arena seat, the color and look of a wrestling ring, and many more. The creation of *WWE 2K* involved motion capture of the performances of wrestlers, along with the facial features and physical appearances of the professional wrestlers depicted in the game.

### D. The Tattoos Are a Tiny Part of *WWE 2K* That Would Rarely Be Noticed During Ordinary Game Play

66. In her Complaint,[18] Plaintiff claims that Take-Two infringed copyrights in tattoos that were inked on real-world professional wrestler Randy Orton.

---

[18] I understand that Plaintiff has amended her complaint. For the purposes of this report, I refer to Plaintiff's Amended Complaint as the Complaint.

67. With the foregoing background in mind, I have reached several conclusions about the Tattoos' appearance in *WWE 2K*, which I will elaborate on in the balance of this section of my report. ***First***, in the average game of *WWE 2K*, Mr. Orton (and by extension his Tattoos) will not appear. ***Second***, when Mr. Orton does appear, the Tattoos generally are depicted smaller than they appear in real life due to the size of the ordinary screen on which *WWE 2K* is played. ***Third***, when the Tattoos are depicted, they appear among a plethora of other visual and auditory elements, including other tattoos. In particular, the Tattoo that Plaintiff calls "Tribal Addition Design" merely involves a few accents on a pre-existing tattoo, making it difficult to notice. ***Fourth***, when the Tattoos are depicted, they are difficult to observe due to (a) their obstruction by other game elements, such as Mr. Orton's own body, the bodies of other wrestlers, the body of the referee, the wrestling ring, and other in-game elements; (b) their being out-of-focus; and (c) Mr. Orton's quick movements in the game as he grapples with other wrestlers. This is because *WWE 2K* is depicting Mr. Orton exactly as he would appear in a televised or filmed wrestling match, in which the Tattoos would be equally difficult to observe. ***Finally***, the Tattoos play no role in the plot of *WWE 2K's* MyCareer mode.

i. The Tattoos Often Do Not Appear in the Average Playing of *WWE 2K*

68. The fractional nature of the Tattoos' use in *WWE 2K* is clear from the total amount of time that the Tattoos would appear in the average game. In a film or television show, the clarity, visibility, proximity, and other factors of observability are fixed, as is the total amount of time any element appears in the film. The fact that video games are more adaptable than static films only amplifies the lack of observability of the Tattoos in *WWE 2K*.

69. As the Tattoos only appear in *WWE 2K* as they are inked on Mr. Orton,[19] when Mr. Orton is not selected as a wrestler to be played or with by the game user, the Tattoos do not appear. Thus, it is clear that the Tattoos do not appear every time that *WWE 2K* is played.

70. I have conducted an approximate calculation to determine how often Mr. Orton might appear in *WWE 2K*. The game facilitates the play of theoretically endless games, which need not contain the same wrestlers. For example, given the 149 past and current wrestling pros featured in *WWE 2K17* (inclusive of alternate characters), the possible combinations of those wrestlers into matches would be calculated as C(149,2) pairs of 2 in-ring players each = 149!/(2!(149−2)!) = 11,026 unique pairings of combinations of players. In the case of multi-wrestler matches of more than two competitors, the number of combinations rise astronomically. *WWE 2K18* includes 173 wrestlers and supports 8-wrestler matches C(173,8) = 16.9 trillion possible match groupings, and the associated audiovisual distinctiveness. And that doesn't account for audiovisual changes in venue, costume, and other customizable options provided by the game. The expressive audiovisual possibility space in these games are effectively infinite.

71. Given this approximate calculation, it would be absurd to conclude that occasional appearances of Mr. Orton constitute any more than a tiny speck of the overall expressive universe that *WWE 2K* makes possible. Even if Mr. Orton were a popular wrestler within the game, the possible outputs of *WWE 2K* are so enormous that they massively overshadow the occasional appearance of portions of Mr. Orton's body. Even when Mr. Orton does appear in the game, the Tattoos are often obstructed by other elements of gameplay, as further discussed below.

---

[19] Pl.'s RFA Resps. (Dkt. No 95), at Resp. 78 (admitting the "Tattoos on the Randy Orton character appear as they do on his body").

ii. The Tattoos Are Depicted Far Smaller than They Appear in Real Life

72. Even when the Tattoos do appear in *WWE 2K*, they appear far smaller than they appear in real life. As discussed above, the average screen on which *WWE 2K* is played likely ranges from 22.1 inches to 49 inches diagonal. At those sizes on a 16:9 ratio screen, the screen height will be 10.8 inches to 24 inches. It is obvious that the Tattoos will be significantly smaller than they appear in real life if displayed on such screens.

73. Randy Orton is 6'5". Based on my estimate that wrestlers generally will appear one-half the size of the screen, the wrestlers will appear 11.05 inches to 12 inches high. At those measurements, Mr. Orton would appear 14.35–15.58% of his ordinary height.

74. As the Tattoos in *WWE 2K* are proportional to the size that they appear on Mr. Orton in real life,[20] they also would be 14.35–15.58% the size that they appear in real life.

iii. The Tattoos Are Depicted Next to a Plethora of Other Visual and Auditory Elements

75. Even when the Tattoos do appear in the game, the game does not emphasize or draw attention to them, either implicitly or explicitly. This is not a "view athletes' tattoos" video game, but a wrestling video game, which foregrounds the competition of wrestlers in the ring above all else.

76. As discussed above, *WWE 2K* has numerous audio-visual elements. As a result, in the instances that Mr. Orton appears from among the selection of hundreds of available wrestlers, his Tattoos will not be particularly prominent when compared to the total quantity of audio-visual material therein. In fact, as established above, the total quantity of this material is so large as almost to be incalculable.

[20] Pl.'s RFA Resps. (Dkt. No. 95), at Resp. 76 (admitting that the "Tattoos appear the same size in proportion to Mr. Orton's body in real life"); *see also id.* at Resps. 77.

77. Visually, the Tattoos will appear on screen with the wrestlers, wearing various outfits with different accessories and other features (such as tattoos); the ring, including its skirt, logos, ropes, turnbuckles, and poles; the arena; referees; spectators; colorful signs held up by spectators close to the ring; and the game clock and scoring system.

78. The Tattoos also appear on Mr. Orton next to other tattoos that are not at issue in this case. For example, Plaintiff calls one of her Tattoos "Tribal Addition Design."[21] As shown below, that tattoo is only a few accents on a pre-existing tattoo. As a result, it would be very difficult for the ordinary player of *WWE 2K* to distinguish Plaintiff's Tattoo from the pre-existing tattoo that she did not ink.

**Pre-Existing**

**After**

[22]

[21] ALEXANDER000002 (attached hereto as **Exhibit 11**).

[22] ALEXANDER000004 (attached hereto as **Exhibit 12**).

79. Auditorially, the Tattoos appear with sounds of wrestler voices; the voices of the announcers; the voices of the referees; the noise of the crowd, the ring of the wrestling bell; and a musical soundtrack.

80. Taken together, these visual and auditory elements would overwhelm any average appearance of the Tattoos in *WWE 2K*, particularly given the Tattoos' small size.

iv. The Tattoos Are Difficult to Observe in *WWE 2K*

81. In addition to all of the other elements of *WWE 2K* that appear beside the Tattoos in the game, the Tattoos clearly are subordinated to the display of the arena and the wrestlers in competition, as an incidental feature of a particular wrestler appearing in a particular position at a particular moment in time. As a result, the Tattoos are hard to observe for three additional reasons.

82. ***First***, the Tattoos often are obscured from view by multiple aspects of the game, because you cannot see all sides of Mr. Orton at the same time. In other words, Mr. Orton's own body inevitably will block one or more of the Tattoos from view. Further, as shown below, Mr. Orton's clothes may block one or more of the Tattoos from view. In this particular example from *WWE 2K16*, Mr. Orton is wearing a short sleeve t-shirt, arm pads, and gloves, that make it essentially impossible to see any of the Tattoos.

83. In another example from *WWE 2K18*, Mr. Orton is wearing a vest that completely obscures his back tattoo from view. As this and the subsequent images show, contrary to Plaintiff's expert Jose Zagal's assertions in the November 15th Zagal Report, it is not always the case that "when Mr. Orton performs he does so bare-chested, with his tattoos clearly visible."[23]

84. In fact, even when the camera is more closely zoomed in on Mr. Orton when he is entering the ring, his back and upper arm tattoos are almost entirely obscured by that same vest.

23 November 15, 2018 Report of Jose Zagal, at 8.

85. Even when Mr. Orton enters the ring, the camera zooms in on him from the front, blocking a view of his upper back tattoos and only partially showing his upper arm tattoos.

86. Moreover, the Tattoos may be obscured by other wrestlers or the referee, or other in game elements such as control prompts to continue or end certain wrestling moves, as shown below.

87. ***Second***, the Tattoos sometimes appear out-of-focus during *WWE 2K* gameplay. This makes sense given that *WWE 2K* attempts to simulate a real-world wrestling match as it would appear on television—in some cases, televisual effects are explicitly added to make the experience feel more like a telecast. Such matches are shot with multiple cameras from multiple angles, and the viewer's overall perception of the match is a combination of the screen's flipping back and forth between these cameras and angles. This will inevitably lead to some lack of focus as the cameras readjust.

88. ***Third***, the Tattoos can be difficult to observe due to the quick movements of Mr. Orton's likeness in the game. In my review of the game, the wrestlers move very fast, particularly Mr. Orton (known as "The Viper"), making it difficult to see the Tattoos.

89. Overall, in ordinary play mode, no matter the camera configuration or zoom, the ordinary player will perceive the Tattoos as a kind of visual noise creating realism in the environment and the character. Just as the player is likely not to remark on the specifics of a simulated wrestler's nose shape or hairstyle, except to verify the impression that this is indeed Randy Orton, or any other wrestler in the game, so the player is unlikely to construe the in-game tattoos as more than environmental details in the setting.

90. As noted above, Plaintiff's expert Jose Zagal wrote in the November 15th Zagal Report that it is important that "games based on real-world people . . . achieve a certain standard of verisimilitude."[24] This is not because of any given element of an individual. Instead, it is because the combination of details add to a user's overall impression of realism created by the sum total of the complexity and detail of the environment—the wrestlers, the arena, the spectators, and so on. Any individual detail of that environment is likely to vanish into the background, particularly while the user is manipulating the wrestlers to operate the game. Indeed, the term that Zagal uses, verisimilitude, is a philosophical concept used in aesthetics. Although it is sometimes used as a synonym of realism in art, it is equally, and originally, used as a way to characterize the appearance of truth in a creative work or a situation. Verisimilitude is induced to produce an overall sense of resemblance to reality in a work, precisely because people perceive reality as a whole, not just as an individual set of pieces—arms, tattoos, moustaches, chairs.

[24] November 15, 2018 Report of Jose Zagal, at 2.

91. Zagal also notes in the November 15th Zagal Report that a "level of attention and concern to the realistic appearance of the video game Orton character is evident in the amount of meta-criticism and content that is dedicated to the very issue." Even if there are occasions when the public might note the appearance of Mr. Orton or other characters, the fact remains that *WWE 2K* players buy and play these games to make wrestlers compete, not to observe the details of their simulated physical forms in the abstract. This fact is most evident in fans' online queries about how to turn off the match entrances, when wrestlers like Mr. Orton approach the ring, displaying their bodies and clothing. "It's quite annoying, can it be turn [sic] off?" writes one player on Reddit.[25] Another, on the popular Steam community, asks, "Is there any way how to skip those annoying intros?"[26] At the end of the day, players do not want to look at Mr. Orton (or any other wrestler) as a figure on screen or as an animated character performing scripted behaviors. They want to play the game, controlling the characters as they perform wrestling moves, and in so doing obscuring specific features, like tattoos, from becoming the focus of attention.

v. <u>The Tattoos Are Not Part of the Plot of *WWE 2K*</u>

92. It also is worth noting that the Tattoos are not in any way a part of the plot of *WWE 2K*'s MyCareer mode. As a result, the game does not in any way guide users to see the Tattoos beyond their appearance as a matter of course in the traditional Play mode of the game.

* * *

[25] Skip show intros on WWE2K18 MyCareer, Reddit, https://www.reddit.com/r/WWEGames/comments/7opv65/skip_show_intros_on_wwe2k18_mycareer/ (attached hereto as **Exhibit 13**)

[26] WWE 2K17: Skipping intros?, Steam, https://steamcommunity.com/app/510510/discussions/0/1353742967815337734/ (attached hereto as **Exhibit 14**)

93.     In sum, the Tattoos rarely appear in the game and, when they do, they are not emphasized in the game's audio-visual display.  The appearance, duration, and significance of the Tattoos in *WWE 2K* are minimal by comparison to the total size of the game.  Moreover, the Tattoos are used in a fleeting way, in small size, out-of-focus, with a relative visual indistinctiveness, and overall character as an accessory for general realism.  It is difficult to ascertain whether or not any of the Tattoos are ever visible in their entirety during a single moment of the game's normal play, given that they often are obstructed by Mr. Orton himself, other wrestlers, referees, the ring, or any number of other game elements that share a naturally evolving scene in a simulated wrestling match with the incidental feature of a single wrestler's tattoos.  This is true even if a circumstance could be constructed using tools such as the instant replay mode, deployed against its intended function.  Even if it could, that scenario would constitute such a small portion of the game as a whole, and such an esoteric corner of the game's emergent possibility space, that it would be possible that no ordinary player would ever encounter it.

**E.     The Tattoos Are a Small Part of the *WWE 2K* Computer Program**

94.     In addition to the Tattoos' lack of observability in the video game's visual display, the Tattoos would be an infinitesimal portion of the overall computer program.  In today's current practice for video-game development, the appearance of a realistic, 3-d scene is created from several different components.  For the sake of this discussion, let us divide those components into two groups:

- The first group is the software code and instructions used to run the game—these are sometimes called *procedural* elements, after computers' ability to *process* data (i.e., to perform computational manipulation of information).  Procedural

elements include the core behavior of the game engine, along with any additional compiled or interpreted software code used to customize that behavior.

- The second group is the data upon which the procedural elements do their processing, sometimes called *instantial* elements. Those include, in part, 3-d models, which are constructed from polygonal geometry in a specialized authoring program; 3-d textures and related materials, like bump maps, which are like skins applied to the un-detailed 3-d models to make them appear to have realistic structure and surface; virtual lights that make a 3-d scene visible; character rigging and animations that make the models appear to move and behave in different ways, and so on.

95. It is worth noting that there is an overlap between procedural and instantial elements in games. For example, today's 3-d software systems offer complex methods for creating visual realism, among them elements called *shaders* that allow a 3-d rendering hardware to make adjustments to the appearance of a texture to create more realistic, fine-grained appearances, like the movement of fabrics or the surfaces of water. When we talk about the "computer software" as a distinct, creative output, that name encompasses all the procedural and instantial elements of the software, saved to disc in a format that can be accessed, manipulated, and used when the software is running.

96. I have established above that the size of a work of computer software is not easily calculable from the size of its code or constituent elements. The 10 PRINT example shows how a single line of computer code produces an aesthetic output that massively amplifies the individual character content of the program itself. But that idea notwithstanding, when saved to disc for later use by the program, all the procedural and instantial assets in a computer software

title also take up space physical on disk, as individual files—much like a word-processing or spreadsheet document would on an ordinary user's computer. In general, computer code—procedural assets—take up relatively less physical space than graphics, sounds, and other instantial ones. This is partly because computer code is either textual in the case of interpreted code—that is, code run on-demand—or else translated to machine instructions before loading onto disc, through a process known as compilation. Furthermore, code generally enacts common procedural behaviors on many instantial assets. For example, a particular software routine might initiate a body slam/clothesline/punch/kick. That code would be used to create a particular wrestling move no matter which wrestler was executing that move. The specific appearance and simulated behavior of the wrestler executing the move would be defined by 3-d models, rigging, animation, textures, and other instantial elements, which would be loaded and displayed by the engine, in response to the instructions enacted in the game's code.

97. The relatively high graphical resolution of modern high-definition displays has caused the physical space devoted to instantial assets to grow substantially. You can think about your own experience with computer images to help understand why. A digital photograph taken 15 or more years ago might have had a resolution of 1 megapixel (mp). Today's cameras regularly boast resolutions of 10, 20, 30 or more megapixels—even the resolution of a smartphone camera regularly exceeds 12mp today. That means that the storage space required to hold an individual photo is larger than what it was when 1mp cameras were standard. Similarly, when software and game developers create assets for use in software, they must create many more assets at much higher resolution than they once did.

98. As the visible resolution of displays increases, and as the power of computers to depict realistic 3-d scenes increases—that is, as the computer is capable of showing and

managing a larger number of individual elements in one view at a time, the quantity of models, textures, animations, and related elements required to make today's video games look as detailed and realistic as they do also increases.  For example, in the past, the appearance of the stands surrounding the wrestling ring might have been much less detailed—perhaps a flat surface, similar to a theatrical backdrop, adorned with a static image representing a crowd in their seats would have looked good enough given the overall detail and resolution of a game.  But today, hardware advances, television resolutions, and other factors demand greater detail—*WWE 2K* shows individual seats with individual fans, all modeled and animating as individuals.  That additional detail is everywhere—the stands are just one example.  And as a result, the quantity and size of instantial assets has increased.  High-resolution texture maps of everything in the game must be produced—for faces, clothes, the wrestling ring, and everything else in the game too.

99.     When taking the total quantity of instantial assets into account, the portion of those assets devoted to depicting Mr. Orton's tattoos are tiny in relation to the overall number and size of assets in the game at large.  Specifically, the *WWE 2K18* disc contains approximately 44.68 GB of data.  The majority of that data is taken up by all the assets—the graphics, sounds, and related support files that I have called instantial assets.  An individual set of textures for a wrestler's tattoos in the game, that is, for the asset that gives that wrestler a particular appearance (i.e., his tattoos) on screen is much smaller.  I understand that the texture files for Mr. Orton's arms and torso are 7.47 MB uncompressed.  Although the Tattoos appear on Mr. Orton's arms and torso, there is significant space on both his arms and torso where the Tattoos do not appear. That means that if we conservatively assume that half of Mr. Orton's arms and torso are covered

with the Tattoos, the *entire* visual display of Mr. Orton's tattoos in *WWE 2K* is 0.008% of the *WWE 2K18* computer program.

### F. There Is No Market for the Tattoos in Video Games

100. From a video game industry perspective, it also is my opinion that *WWE 2K* does not cause a negative effect on whatever market exists for the Tattoos.

101. As an initial matter, I am not familiar with any video game developer licensing the rights to tattoos for inclusion in a video game.

102. Neither is Plaintiff it appears as she admits that she has "never been in the video game business,"[27] and has "received no revenues from the use of the TATTOOS in video games."[28] Further, she admitted that she has "not licensed to another PERSON the ability to include the TATTOOS in a video game."[29] In fact, Plaintiff admits that that she "does not recall marketing her tattoo designs."[30] Nor does Plaintiff "recall any communications with Mr. Orton concerning his ability to display the TATTOOS," in a video game or otherwise.[31] At her deposition, she admitted that she has never told a client that they needed her permission, or to pay her, before they could appear in a video game showing tattoos she had inked.[32] Finally, she admitted at her deposition that she is not in competition with any of the defendants in this case.[33]

---

27 Pl.'s RFA Resps. (Dkt. No. 95), at Resp. 92; *see also id.* at Resp. 90 (admitting that Plaintiff's "business is inking tattoos on humans").

28 Pl.'s RFA Resps. (Dkt. No. 95), at Resp. 111; *see also id.* at Resp. 112 (admitting that Plaintiff has "received no revenues from the use of any tattoo inked or designed by [Plaintiff] in video games"); *see also*, Pl.'s Deposition Transcript, at 179.

29 Pl.'s RFA Resps. (Dkt. No. 95), at Resp. 98; *see also id.* at Resp. 97 (admitting that Plaintiff has "not licensed to another PERSON the ability to include the TATTOOS in another work"); *see also*, Pl.'s Deposition Transcript, at 179–180.

30 Pl.'s Interrogatory Resps. at Resp. 22.

31 Pl.'s Interrogatory Resps. at Resp. 21.

32 Pl.'s Deposition Transcript, at 66, 90–91.

33 *Id.*, at 176–177.

103. This is likely because, as discussed above, any video game that would include tattoos to enhance its realism is unlikely to focus on the tattoos in any meaningful way. In other words, although a game developer would include the Tattoos in realistically depicting Mr. Orton just like a nose, eyebrow, or other element of his likeness, they simply are not something to which it would make sense to license rights.[34] The video game industry would not reasonably anticipate licensing the Tattoos for inclusion in video games, as opposed to licensing rights to Mr. Orton's overall likeness, which necessarily would include the Tattoos.

104. I note that in the November 15th Zagal Report, Plaintiff's expert argues that the Tattoos are valuable to *WWE 2K* because, without them, "Orton's character in the Video Games would be perceived as phony or unrealistic and sales of the Video Games would suffer."[35] I disagree with Zagal. Although the Tattoos, like any other detail of Mr. Orton, are important to his realistic depiction, there is little value in any of those details standing alone. Thus, just as Mr. Orton would be expected to have certain facial features, there is little value in any individual eyelash or eyebrow.

105. Moreover, *WWE 2K* would never substitute for the Tattoos in any market. Indeed, Plaintiff admitted that "Take-Two's business and Plaintiff's business are not competing."[36] This makes sense given that the Tattoos are used in *WWE 2K* to realistically depict Mr. Orton whose actual likeness includes those tattoos. Even Plaintiff admits that "Defendants copied Mr. Orton's tattoos onto a character in [WWE 2K] in order to make the

[34] Given Take-Two's intent to create a realistic WWE simulation game, the use of the Tattoos was reasonable, if not indeed necessary, to depict Mr. Orton's likeness completely and accurately. As Plantiff's expert admits, "If Orton's appearance in games where [sic] to diverge significantly from his real-world appearance, fans would both be aware of this and there would be negative feedback." November 15, 2018 Report of Jose Zagal, at 2.

[35] November 15, 2018 Report of Jose Zagal, at 5.

[36] Pl.'s RFA Resps. (Dkt. No. 95), at Resp. 93.

character resemble Mr. Orton in real life."[37] Moreover, she admits that Take-Two succeeded as the "Tattoos on the Randy Orton character [in *WWE 2K*] appear as they do on his body."[38] When asked at her deposition whether she agreed "that part of what he looks like in real life is the tattoos that be bears on his person," she answered "Absolutely, yes, ma'am."[39]

106. It cannot be overemphasized in this context that the Tattoos are never depicted apart from Mr. Orton and his likeness and that the Tattoos are depicted along with Mr. Orton's various other tattoos in the correct proportions to each other and Mr. Orton. They cannot be depicted on another wrestler, nor can they be created independently on a fictional wrestler. And they are not sold as merchandise either in the game itself or on physical items associated with *WWE 2K*.[40]

107. Thus, Take-Two's use is nothing like the purpose for which the Tattoos originally were created.

108. Accordingly, the Tattoos are not something that a video game developer would reasonably anticipate licensing for including in a video game like *WWE 2K*.

## IV. RESERVATION OF RIGHTS

109. If called to testify at trial, I expect to refer to some or all of the information and opinions set forth in this report, and I expect to prepare exhibits to illustrate or summarize my testimony in accordance with the Court's rules. These exhibits and demonstratives may include the following: animations, models, equipment, drawings, charts, diagrams, photographs, enlarged

[37] Pl.'s RFA Resp. (Dkt. No. 95), at Resp. 38.

[38] Pl.'s RFA Resps. (Dkt. No 95), at Resp. 78

[39] Pl's Deposition Transcript, at 21.

[40] Pl.'s RFA Resps. (Dkt. No. 95), at Resp. 95.

photographs, and videos.  I also reserve the right to supplement or amend my opinions based on any additional information or evidence provided to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February, 2019.

Ian Bogost, Ph.D.

# EXHIBIT 1

# IAN BOGOST
# CURRICULUM VITAE

Ivan Allen College Distinguished Chair in Media Studies
Professor of Interactive Computing
Professor, Scheller College of Business
Georgia Institute of Technology

Founding Partner, Persuasive Games LLC
Contributing Editor, *The Atlantic*

## CONTACT

Georgia Institute of Technology
Digital Media / TSRB 318B
85 5th St. NW
Atlanta, GA 30308-1030
+1 (404) 894-1160
ibogost@gatech.edu
bogost.com

Persuasive Games LLC
1100 Peachtree St.
Suite 200
Atlanta, GA 30309
+1 (404) 907-3770
ian@persuasivegames.com
persuasivegames.com

## I. EARNED DEGREES

Ph.D., Comparative Literature, University of California, Los Angeles, 2004.
M.A., Comparative Literature, University of California, Los Angeles, 2001.
B.A., Philosophy & Comparative Literature, University of Southern California, 1998.
Magna Cum Laude, Phi Beta Kappa
Diplôme Approfondi de Langue Français, Centre International d'Etudes Pédagogiques, 1997.

## II. EMPLOYMENT

2013 –
Contributing Editor
*The Atlantic*

2012 –
Ivan Allen College Distinguished Chair in Media Studies
School of Literature, Media, and Communication, Ivan Allen College
Professor of Interactive Computing
School of Interactive Computing, College of Computing
Professor of Business (2014–)
Scheller College of Business
Professor of Architecture (2019–, pending administrative approval)
School of Architecture, College of Design
Georgia Institute of Technology
- Director, Center for Media Studies
- Affiliated Faculty, Graphics Visualization and Usability Center (GVU)

- Affiliated Faculty, Center for 21st Century Universities (C21U)
- Affiliated Faculty, Center for the Development and Application of Internet of Things Technologies (CDAIT)

2011 – 2012
Professor of Digital Media, School of Literature, Communication, and Culture
Adjunct Professor of Interactive Computing, College of Computing (2012)
Georgia Institute of Technology
- Director of the Graduate Program in Digital Media (2010–2012)
- Affiliated Faculty, Graphics Visualization and Usability Center (GVU)
- Affiliated Faculty, Center for 21st Century Universities (C21U)

2008 – 2011
Associate Professor
School of Literature, Communication, and Culture
Georgia Institute of Technology
- Affiliated Faculty, Graphics Visualization and Usability Center (GVU)

2009 (summer)
Visiting Professor
Faculty of Engineering and Information Technology
University of Technology Sydney

2004 – 2008
Assistant Professor
School of Literature, Communication, and Culture
Georgia Institute of Technology.
- Affiliated Faculty, Graphics Visualization and Usability Center (GVU)
- Director, Experimental Game Lab, 2005-2006

2003 – present
Founding Partner, Chief Designer
Persuasive Games LLC, Atlanta, GA (independent videogame developer)
- 2003 – 2010 Founding Partner, Persuasive Games Latin America SA

2002 – 2013 (when the company was successfully sold)
General Partner
Open Texture LLC, Highland Park, CO (educational and media publishing)

1999 – 2003
Vice President, Chief Technology Officer
Media Revolution LLC, Santa Monica, CA (eBusiness, games, and technology services)

1998 – 1999
Digital Media Consultant (specializing in advertising and eBusiness applications in the advertising, automotive, and entertainment industries)

1995 – 1998
Interactive Media Developer
Digital Evolution / US Interactive, Los Angeles, CA (Internet and interactive services, advertising, automotive, eBusiness)

## III. SCHOLARLY ACCOMPLISHMENTS

### A. PUBLISHED BOOKS AND PARTS OF BOOKS

#### A1. BOOKS

Bogost, Ian. *Play Anything: The Pleasure of Limits, the Uses of Boredom, and the Secret of Games.* New York: Basic Books, 2016.
—Translations: Chinese

Bogost, Ian. *How to Talk About Videogames.* Minneapolis: University of Minnesota Press, 2015.

Bogost, Ian. *The Geek's Chihuahua: Living with Apple.* Minneapolis: University of Minnesota Press, 2015.

Nick Montfort, Patsy Baudoin, John Bell, Ian Bogost, Jeremy Douglass, Mark Marino, Michael Mateas, Casey Reas, Mark Sample, and Noah Vawter. *10 PRINT CHR $(205.5+RND(1)); : GOTO 10*. Cambridge, Mass: MIT Press, 2012.

Bogost, Ian. *Alien Phenomenology, or What It's Like to Be a Thing*. Minneapolis: University of Minnesota Press, 2012.
—Translations: Russian (forthcoming)

Bogost, Ian. *A Slow Year: Game Poems*. Highlands Ranch, CO: Open Texture, 2011.

Bogost, Ian. *How To Do Things With Videogames*. Minneapolis: University of Minnesota Press, 2011.

Bogost, Ian, Simon Ferrari, and Bobby Schweizer. *Newsgames: Journalism at Play*. Cambridge, MA: MIT Press, 2010.
—Translations: Polish, *Gry inoformacyjne: Dziennikarstwo epoki cyfrowej*. Kraków: Wydawnictwo Uniwersytetu Jagiellońskiego, 2012.

Montfort, Nick and Ian Bogost. *Racing the Beam: The Atari Video Computer System*. Cambridge, MA: MIT Press, 2009.

Bogost, Ian. *Persuasive Games: The Expressive Power of Videogames*. Cambridge, MA: MIT Press, 2007.

Bogost, Ian. *Unit Operations: An Approach to Videogame Criticism*. Cambridge, MA: MIT Press, 2006.

#### A2. BOOK SERIES

Bogost, Ian and Nick Montfort, series editors. Platform Studies, MIT Press. 2008–.
- Series titles:
  - *Welcome to the Internet: The Minitel*, by Julien Mailland and Kevin Driscoll (2017)
  - *Super Power, Spoony Bards, And Silverware: The Super Nintendo Entertainment System*, by Dominic Arsenault (2017)

- *Now the Chips are Down: The BBC Micro*, by Alison Gazzard (2016)
- *Peripheral Vision: Bell Labs, the S-C 4020 and the Origins of Computer Art*, by Zabet Patterson (2015)
- *I Am Error: The Nintendo Entertainment System*, by Nathan Altice (2015)
- *Flash: Building the Interactive Web*, by Anastasia Salter and John Murray (2014)
- *The Future Was Here: The Commodore Amiga*, by Jimmy Maher (2012)
- *Codename Revolution: The Nintendo Wii Platform*, by Steven E. Jones and George K. Thiruvathukal (2012)
- *Racing the Beam: The Atari Video Computer System*, by Nick Montfort and Ian Bogost (2009)

Bogost, Ian and Christopher Schaberg, series editors. Object Lessons. Bloomsbury Publishing. 2013–.

- Series titles:
  - *Remote Control*, by Caetlin Benson-Allott
  - *Golf Ball* by Harry Brown
  - *Driver's License* by Meredith Castle
  - *Drone* by Adam Rothstein
  - *Silence*, by John Biguenet
  - *Glass* by John Garrison
  - *Phone Booth* by Ariana Kelly
  - *Refrigerator* by Jonathan Rees
  - *Waste* by Brian Thill
  - *Hotel* by Joanna Walsh
  - *Hood*, by Alison Kinney
  - *Dust* by Michael Marder
  - *Shipping Container* by Craig Martin
  - *Cigarette Lighter*, by Jack Pendarvis
  - *Bookshelf*, by Lydia Pyne
  - *Password*, by Martin Paul Eve
  - *Questionnaire* by Evan Kindley
  - *Hair* by Scott Lowe
  - *Bread*, by Scott Shershow
  - *Sock* by Kim Adrian
  - *Tree* by Matthew Battles
  - *Earth* by *Jeffrey Jerome Cohen and Lindy Elkins-Tanton*
  - *Eye Chart* by William Germano
  - *Shopping Mall* by Matthew Newton
  - *Blanket*, by Kara Thompson
  - *Veil*, by Rafia Zakaria
  - *Traffic*, by Paul Josephson
  - *Egg*, by Nicole Walker
  - *Tumor*, by Anna Leahy

- *Personal Stereo*, by Rebecca Tuhus-Dubrow
- *Jet Lag*, by Christopher J. Lee
- *High Heel*, by Summer Brennan
- *Whale Song*, by Margret Grebowicz
- *Burger*, by Carol J. Adams
- *Rust*, by Jean-Michel Rabaté
- *Toilet*, by Matthew Pearson
- *Souvenir*, by Rolf Potts
- *Luggage*, by Susan Harlan
- *Train*, by A.N. Devers
- *Pixel*, by Ian Epstein
- *Fog*, by Steven Sparks
- *Fat*, by Hanne Blank
- *Fake*, by Katherine Stevens
- *Doctor*, by Andrew Bomback
- *Bicycle*, by Jonathan Maskit
- *Email*, by Randy Malamud
- *Hashtag*, by Liz Losh
- *Axe*, by Jonny Diamond
- *Coffee*, by Dinah Lenney
- *Potato*, by Rebecca Earle
- *Coffee*, by Dinah Lenney
- *Wheelchair*, by Christopher R. Smit
- *Cell Tower*, by Steven Jones
- *Ocean*, by Steve Mentz
- *Office*, by Sheila Liming
- *Compact Disc*, by Robert Barry
- *Magnet*, by Eva Barbarossa
- *Snake*, by Erica Wright

- Chinese and Korean editions of many titles in print or forthcoming
- Companion essay series in *The Atlantic;* as of winter 2010, ~300+ essays have been published and/or are in production.
- All books and essays can be found at http://objectsobjectsobjects.com.

### A3. BOOK FOREWORDS AND AFTERWORDS

Bogost, Ian (afterword). *INTER/VENTION*. Jan Rune Holmevik. Cambridge, Mass: MIT Press, 2012.

Bogost, Ian (foreword). *Joystick Soldiers: The Politics of Play in Military Videogames*. Nina B. Huntemann and Matthew Thomas Payne, eds. New York & London: Routledge, 2009.

### A4. REFEREED BOOK CHAPTERS

Bogost, Ian. "Playing Debt." In *Hacking Finance*, vol 1, Leslie campisi, Erika Shepley, and Sarah J. Robbins, eds., 80–91.

Bogost, Ian. "Persuasive Games, Ten Years Later." In *Persuasive Gaming*, Teresa de la Hera and Joost Raessens, eds. Amsterdam: Amsterdam University Press, forthcoming.

Bogost, Ian. "Object-Oriented Ontology as a Design Philosophy." In *The Secret Lives of Buildings*, edited by Michael Benedikt and Kory Bieg.

Austin, Center for American Architecture and Design, 2018.

Bogost, Ian. "*Pelé Soccer* and Platform." In *How to Play Video Games*, edited by Nina Huntemann and Matthew Payne. New York: NYU Press, in press.

Bogost, Ian. "The Secret Lives of MOOCs." In *The MOOC Moment: Experiments in Scale and Access in Higher Education*, edited by Elizabeth Losh. Chicago: University of Chicago Press, 2017.

Bogost, Ian. "Dragon." In *Some Pigeons Are More Equal Than Others*, edited by Cassandra Edlefsen Lasch and Eric Ellingsen. Zürich: Lars Müller, 2015.

Bogost, Ian. "The Squalid Grace of Flappy Bird." In *The State of Play: Sixteen Voices on Video Games*, edited by Daniel Goldberg and Linus Larsson. New York: Seven Stories Press, 2015.

Богост Ян. Видеоигры — это бардак / Пер. с англ. М. М. Скоморох, А. Р. Латыповой; под ред. А. С. Ленкевича // Медиафилосфия X: Компьютерные игры: стратегии исследования / Под ред. В. В. Савчука. СПб.: Издательство Санкт-Петербургского философского общества, 2014. С. 292–319. (Bogost Ian. Videogames Are a Mess / Transl. from English by M. M. Skomorokh, A. R. Latypova; ed. A. S. Lenkevich // Media Philosophy X. Computer games: research strategies / Ed. V. V. Savchuk. St. Petersburg: St. Petersburg Philosophical Society, 2014. P. 292–319.)

Bogost, Ian. "The Aesthetics of Philosophical Carpentry." In *The Non-Human Turn*, edited by Richard Grusin. Minneapolis: University of Minnesota Press, 2015.

Bogost, Ian. "Beyond the Elbow-Patched Playground." In *Humanities and the Digital*, edited by David Goldberg and Patrick Svensson. Cambridge, Mass.: MIT Press, 2015.

Bogost, Ian. "Rhetoric and New Media." In *The Oxford Handbook of Rhetorical Studies*, edited by Michael MacDonald. Oxford: Oxford University Press, 2015.

Bogost, Ian. "Panexperientialism." In John Brockman, ed. *What to Think About Machines That Think* (New York: Harper Perennial, 2015), 467-470.

Bogost, Ian. "Inhuman." In *Inhuman Nature*, edited by Jeffrey Jerome Cohen. Brooklyn, NY: Punctum Press, 2014.

Bogost, Ian. "Why Gamification is Bullshit." In *The Gameful World: Approaches, Issues, Applications*, edited by Steffen P. Walz & Sebastian Deterding. Cambridge, MA: MIT Press, 2014.
　　—Also in Wendy Chun, ed. *Old Media, New Media*. New York & London: Routledge, 2015.

Bogost, Ian. "'Science.'" In John Brockman, ed. *This Idea Must Die* (New York: Harper Perennial, 2014), 132-134.

Bogost, Ian "What Are Sports Videogames?" In *Sports Videogames*, edited by Mia Consalvo, Konstantin Mitgutsch, and Abe Stein. NY/London: Routledge, 2013.

Bogost, Ian. "Exploitationware." In *Rhetoric/Composition/Play through Video Games: Reshaping Theory and Practice of Writing*, edited by Richard Colby, Matthew S. S. Johnson, and Rebekah Shultz Colby. London: Palgrave, 2013.

Bogost, Ian. "A Portrait of the Artist as a Game Studio." In *The Best Writing From The Atlantic's Technology Channel 2012*, edited by Megan Garber, Alexis C. Madrigal, and Rebecca J. Rosen. Washington, D.C.: Atlantic Media, 2012.

Bogost, Ian. "The Broken Beyond." In *The Best Writing From The Atlantic's Technology Channel 2012*, edited by Megan Garber, Alexis C. Madrigal, and Rebecca J. Rosen. Atlantic Media, 2012.

Bogost, Ian. "The Turtlenecked Hairshirt." In *Debates in the Digital Humanities*, edited by Matthew K. Gold. Minneapolis: University of Minnesota Press, 2012.

Bogost, Ian, Simon Ferrari, and Bobby Schweizer. "Newsgames." In *News Online: Transformation and Continuity*, edited by Graham Meikle and Guy Redden. London: Palgrave, 2011.

Bogost, Ian. "Ian became a fan of Marshall McLuhan on Facebook and thinks you should too." In *Facebook and Philosophy: What's on Your Mind?*, edited by D.E. Wittkower. Chicago: Open Court, 2010.

Bogost, Ian. "The Simulation of Everyday Life." In *Play and Politics: Games, Civic Engagement, and Social Activism*, edited by Douglas Thomas and Josh Fouts. Ann Arbor: Michigan University Press, 2010.

Bogost, Ian. "The Phenomenology of Videogames." In Espen Aarseth et al, eds. *The Philosophy of Computer Games.* Berlin: Springer, 2009.

Bogost, Ian, and Cindy Poremba. "Can Games Get Real? A Closer Look at "Documentary" Digital Games." In *Computer Games as a Sociocultural Phenomenon: Games without Frontiers, War without Tears* edited by Andreas Jahn-Sudmann and Ralf Stockmann. London: Palgrave Macmillan, 2008.

Bogost, Ian. "Persuasion and Gamespace." In *Space Time Play: On the Synergy Between Computer Games, Architecture, and Urbanism*, edited by Friedrich von Borries, Steffen P. Walz, and Matthias Böttger. Basel: Birkhäuser Publishing, 2007.

Bogost, Ian. "Game States: Power, Politics, and the Rhetorics of Play." In *The Ecology of Games (MacArthur Series on Digital Media and Learning*), edited by Katie Salen. Cambridge, MA: MIT Press, 2008.

Bogost, Ian. "Simulation and Bias." In Ted Nelson, *Computer Lib / Dream Machines*, edited by Noah Wardrip-Fruin and Jill Walker. Cambridge, MA: MIT Press, forthcoming (in press).

Bogost, Ian. "Persuasive Games on Mobile Devices" In *Mobile Persuasion: 20 Perspectives on the Future of Behavior Change*, edited by B.J. Fogg and Dean Eckles, Palo Alto: Stanford Captology Media, 2007.

Bogost, Ian, and Gonzalo Frasca. "Videogames Go to Washington: The Story Behind Howard Dean's Videogame Propaganda." In *Second Person: Roleplaying and Story in Games and Playable Media*, edited by Pat Harrigan and Noah Wardrip-Fruin. Cambridge, MA: MIT Press, 2007.

Bogost, Ian, and Daniel Klainbaum. "Experiencing Place in Los Santos and Vice City." In *The Culture and Meaning of Grand Theft Auto*, edited by Nathan Garrelts. Jefferson, NC: McFarland, 2006.

Bogost, Ian. "Frame and Metaphor in Political Games." In *Worlds in Play*, edited by Suzanne de Castell and Jen Jenson. Berlin & New York: Peter

Lang, 2006. Also in *Digra 2005 Selected Papers*, edited by Suzanne de Castell and Jen Jenson.
—Japanese Translation, Bogost, Ian. イアン・ボゴスト「ポリティカル・ゲームのフレームとメタファー」『InterCommunication』59 号、守岡桜訳、NTT 出版、二〇〇六年。[Bogost, Ian, “Frame and Metaphor in Political Games,” trans. by Sakura Morioka, *InterCommunication*, No.59, NTT Publishing Co., Ltd., Tokyo, 2006.]

Bogost, Ian. “Licensed Aesthetics: Implications of FPS Game Engining.” In *Doom: The First-Person Reader*, edited by Matteo Bittanti and Sue Morris. Milan: Costa & Nolan, 2005.

### A4. OTHER PARTS OF BOOKS

Bogost, Ian (interview). In Paul J. Ennis, *Post-Continental Voices: Selected Interviews*. Hampshire, UK: Zero Books, 2010.

Bogost, Ian. “Videogames and Ineffability.” In Brenda Brathwaite and Ian Schreiber. *Challenges for Game Designers*. Boston: Charles River Media, 2008.

Bogost, Ian. “Persuasive Games.” In Tracy Fullerton, *Game Design Workshop, Second Edition: A Playcentric Approach to Creating Innovative Games*. New York: Morgan Kaufman, 2008.

Bogost, Ian. “An Introduction to Persuasive Games.” In *Digital Think: An Anthology of New Media Thinkers*, edited by Nora Paul. Washington D.C.: American Press Institute, 2005.

## B. REFEREED PUBLICATIONS

### B.1. REFEREED JOURNAL PUBLICATIONS

Bogost, Ian. “Curiosity Journalism, or the First Decade of Newsgames.” *Convergence* (pending review).

Bogost, Ian. “A fenomenologia do videogame.” *Revista ECO-Pós* 21:2 (2018) “Realismo Especulativo.” A fenomenologia do videogame.

Montfort, Nick and Ian Bogost. “Random and Raster: Display Technologies and the Development of Video Games.” *IEEE Annals of the History of Computing* 31:3 (July-September 2009), 34-43.

Bogost, Ian. “Playing Politics: Videogames for Politics, Activism, and Advocacy.” *First Monday* 11:Special Issue Number 7 (September 2006), http://firstmonday.org/issues/special11_9/bogost/index.html.

Bogost, Ian. “Videogames and Ideological Frames.” *Popular Communication* 4, no. 2 (2006).

Murray, Janet, Ian Bogost, Michael Mateas, and Michael Nitsche. “Game Design Education: Integrating Computation and Culture.” *IEEE Computer Society* 39, no. 6 (2006): 43-51.

Bogost, Ian. “Comparative Videogame Studies.” *Games and Culture* 1, no. 1 (2006): 41 – 46.

Bogost, Ian. “Procedural Literacy: Problem Solving with Programming, Systems, and Play.” *Journal of Media Literacy* 52, no. 1-2 (2005): 32-36.

Bogost, Ian. “Videogames and the Future of Education.” *On the Horizon* 13, no. 2 (2005): 119-25.

Bogost, Ian, Janet Murray, Michael Mateas, and Michael Nitsche. "Asking What Is Possible: The Georgia Tech Approach to Game Research and Education." *International Digital Media & Arts Association Journal* 1, no. 2 (2005): 59-68.

**B.2. OTHER REFEREED PUBLICATIONS**

Jenkins, Tom and Ian Bogost. "Escaping the Sandbox: Making and Its Future." Proceedings of the Ninth International Conference on Tangible, Embedded, and Embodied Interaction (TEI '15), San Francisco, 2015.

Jenkins, Tom and Ian Bogost. "Designing for the Internet of Things: Prototyping Material Interactions." ACM Conference on Human Factors in Computing Systems (alt.chi 2014), Toronto, Canada, 2014.

Treanor, Mike, Bobby Schweizer, Ian Bogost, and Michael Mateas, "The Micro-Rhetorics of Cartoonist." 7th Foundations of Digital Games Conference. Raleigh, NC, May 29– June 1, 2012.

Treanor, Mike, Bobby Schweizer, Ian Bogost, and Michael Mateas. "Proceduralist Readings: How to Find Meaning in Games with Graphical Logics." 6th Foundations of Digital Games Conference. Bordeaux, France, June 28-July 1, 2011.

Petter Gratton. "Interview with Ian Bogost." Speculations 1:1 (2010), 110–117.

Bogost, Ian and Nick Montfort. "Platform Studies: Frequently Questioned Answers." Paper presented at the Digital Arts and Cultures Conference 2009, Irvine, California December 12 – 15, 2009.

Bogost, Ian. "You Played That? Game Studies Meets Game Criticism." Proceedings of the Digital Game Research Association Conference, 2009.

Bogost, Ian. "Fine Processing." Lecture Notes in Computer Science, Proceedings of the Third Annual Conference on Persuasive Technology.

Reese, Debbie, Ian Bogost, Will Hankinson, Matthew Gilbert, Debbie Reese, Charles Wood. "Selenology Exploration, Ludic Environments, Networked Education (SELENE)." Association for Educational Communications and Technology (AECT), Anaheim, CA, October 24-27, 2007.

Bogost, Ian and Nick Montfort. "Platform Studies: Computing and Creativity on the VCS, MPC, and Wii". Paper presented at the Digital Arts and Cultures Conference 2007, Melbourne, Australia September 14 – 18 2007.

Bogost, Ian. "Procedural Rhetoric: An Approach to Understanding Persuasion in Videogames and Software," Second Annual Persuasive Technology Conference, Stanford University, April 26-27, 2007.

Bogost, Ian. "The Rhetoric of Exergames." Paper presented at the Digital Arts and Cultures Conference 2005, Copenhagen, Denmark, December 1 – 3 2005.

Bogost, Ian. "Frame and Metaphor in Political Games." Paper presented at the Digital Games Research Association Annual Conference, Vancouver, BC, June 16 - 20 2005.

Bogost, Ian. "Asynchronous Multiplay: Futures for Casual Multiplayer Experience." Paper presented at the Other Players Conference on Multiplayer Phenomena, Copenhagen, Denmark, December 1 - 3 2004.

Bogost, Ian. "The Muse of the Video Game." *IGDA Ivory Tower*, March 2004 (2004), http://www.igda.org/columns/ivorytower/ivory_Apr04.php

Bogost, Ian. "Charles Bukowski at Home and Abroad." Paper presented at the UCLA Humanities Symposium, Los Angeles, CA, November 2000.

Bogost, Ian. "Mutable Marketing and Disoriented Design: Web Theory, Art, and Advertising." Paper presented at the Interactive Frictions, Los Angeles, CA, June 20 1999.

Bogost, Ian. "Relationships Seeking a Form: Internet Technology and the Global Village." Paper presented at The New Babel: Conference on the Idea of the Global, Los Angeles, CA, May 5, 1998.

## C. OTHER PUBLICATIONS

### C.1. ARTWORK IN INSTITUTIONAL COLLECTIONS

Bogost, Ian. *A Slow Year* (Videogame): Smithsonian American Art Museum (Washington, D.C.); Museum of Contemporary Art, Jacksonville (Jacksonville, Florida); Strong Museum of Play (Rochester, NewYork).

### C.2. JURIED SHOWS AND EXHIBITIONS OF ARTWORK

Bogost, Ian. *A Slow Year* (Videogame). International Literary Festival Ha!wangarda, Kraków, Poland, October 1-3, 2015.

Bogost, Ian. *Guru Meditation* (Videogame). "Ahhhcade," San Francisco Museum of Modern Art (SFMOMA), San Francisco, CA, March 28, 2013.

Bogost, Ian. *A Slow Year* (Videogame). Game On 2.0 Exhibition, Ontario Science Centre, Toronto, Ontario, Canada, March 9, 2013 – September 2, 2013.

Bogost, Ian. *Simony* (Videogame Installation). Museum of Contemporary Art, Jacksonville, Jacksonville, FL, November 17 2012 – March 10, 2013.

Bogost, Ian. *A Slow Year* (Videogame). Transbay Festival game exhibition, San Francisco, CA, October 2012.

Bogost, Ian. *A Slow Year* (Videogame). "Reset: Post-Consumer Gamer Culture" exhibition, Platform Centre for Photographic + Digital Arts, Winnipeg, Canada, June 21-July 28, 2012.

Bogost, Ian. *A Slow Year* (Videogame). "Level" exhibition, The Arts Center, Troy, NY, April 23-May 25, 2012.

Bogost, Ian. *A Slow Year* (Videogame). Morris Museum, Augusta, GA, April 10-May 1, 2012.

Bogost, Ian. *A Slow Year* (Videogame). "Game Change: Video Games as Art and Inspiration." Telfair Museum Jepson Center, Savannah, Georgia, February–April, 2012.

Bogost, Ian (designer, programmer). *Disaffected!* (Videogame). "Matrix City," IMPAKT Festival 2010, Utrecht, Netherlands, October 13-17 2010.

Bogost, Ian. *A Slow Year* (Videogame). PLAYFUL & Playable Exhibition, Amarika Aretoa, Vitoria, Spain, June 24, 2010–September 15, 2010.

Bogost, Ian. *A Slow Year* (Videogame). The Independent Game Festival (finalist), San Francisco, CA, March 11-13, 2010.

Bogost, Ian. *Guru Meditation* (Videogame). "The International New Media Art Festival Pixxelpoint," Kulturni Dom Nova Gorica, Nova Gorica Slovenia, December 4–11 2009.

Bogost, Ian. *A Slow Year* (Videogame). "The International New Media Art Festival Pixxelpoint," Kulturni Dom Nova Gorica, Nova Gorica Slovenia, December 4–11 2009.

Bogost, Ian. *Jetset: A Game for Airports* (designer, programmer), *Killer Flu* (designer) (Videogame). " Mediateca Expandida," LABoral Centro de Arte y Creación Industrial, Gijón-Asturias Spain, October 2 – December 7, 2009.

Bogost, Ian. *Guru Meditation* (Videogame). "Indiecade," Electronics Entertainment Expo, Los Angeles, CA, June 2–4, 2009.

Bogost, Ian (designer, programmer). *Airport Secruity*, *Disaffected!* (Videogames). "Play Cultures," Museum of Contemporary Art, Bratislava, Slovakia, April 14 2009.

Bogost, Ian (designer, programmer). *Airport Secruity*, *Disaffected!* (Videogames). "Play Cultures," Museum of Contemporary Art, Belgrade, March 7 - April 8, 2008.

Poster art by Ian Bogost published in *Envision in Depth* (New York: Pearson & Longman), 2008.

Bogost, Ian (designer, programmer). *Airport Secruity*, *Disaffected!* (Videogames). "Play Cultures," Museum of Contemporary Art Vojvodina, Novi Sad, Serbia, October 5 – 25, 2007.

McGonigal, Jane and Ian Bogost. *Cruel 2 B Kind* (Pervasive Game). "Indie Games Showcase," Electronic Entertainment Expo, Santa Monica, CA, July 11-13, 2007.

Bogost, Ian (designer, programmer). *The Arcade Wire* (Series of Four Videogames). "Indie Games Showcase," Electronic Entertainment Expo, Santa Monica, CA, July 11-13, 2007.

Bogost, Ian (designer, programmer), *Points of Immigration* (Videogame). *The New York Times*, June 22, 2007.

Bogost, Ian (designer, programmer). *Airport Security* (Videogame). "Games for Change Festival," New York, NY, June 11-12, 2007. Winner: Best Social Commentary/ Art Game**.**

Bogost, Ian (designer, programmer), *Food Import Folly* (Videogame). *The New York Times*, May 24, 2007.

Bogost, Ian (designer, programmer). *Arcade Wire* (Series of Four Videogames). "Gameworld," Laboral Centro del Arte, Madrid Spain, March 30 – June 30, 2007.

Bogost, Ian, and Calvin Ashmore. *Airport Insecurity* (Videogame). "Forbidden Games," Israeli Center for Digital Art, Holon Israel, December 2, 2006 – January 27, 2007.

Bogost, Ian. *Disaffected!* (Videogame). "Medi@terra," Fournos Centre for Digital Culture, Athens, Greece, October 4-8, 2006.

McGonigal, Jane and Ian Bogost. *Cruel 2 B Kind* (Pervasive Game). "Come Out and Play Festival," Eyebeam Center, New York, NY, September 22-24, 2006.

Bogost, Ian. *Disaffected!* (Videogame). “Games for Change Festival,” Parsons The New School for Design, New York, NY, July 21 – 25, 2006.

Bogost, Ian and Persuasive Games. *Disaffected!* (Videogame). “Slamdance Guerilla Game Festival,” Park City, Utah, January 21 – 25, 2006.

Bogost, Ian. *Sweaty Palms* (Videogame). *Independent Games*. Wayzata, MN: Moondance Games, 2005.

Bogost, Ian, and Calvin Ashmore. *Airport Insecurity* (Videogame). “Games for Change Exhibition,” City University of New York (CUNY), October 21 – 22, 2005.

Bogost, Ian, and Gonzalo Frasca. *The Howard Dean for Iowa Game* (Videogame). “State of Play: Games with an Agenda,” The Australian Centre for the Moving Image, Melbourne, Australia, March 22 – June 8, 2005.

Bogost, Ian, and T. Michael Keesey. *Horde of Directors* (Videogame). “State of Play: Games with an Agenda,” The Australian Centre for the Moving Image, Melbourne, Australia, March 22 – June 8, 2005.

Bogost, Ian, and T. Michael Keesey. *Horde of Directors* (Videogame). “State of Play: Games with an Agenda,” The Australian Centre for the Moving Image, Melbourne, Australia, March 22 – June 8, 2005.

Bogost, Ian. *Take Back Illinois* (Videogame). “State of Play: Games with an Agenda,” The Australian Centre for the Moving Image, Melbourne, Australia, March 22 – June 8, 2005.

Bogost, Ian. *Take Back Illinois* (Videogame). “Slamdance BIG C Game Festival,” Park City, Utah, January 23 – 26, 2005.

Bogost, Ian, and Gonzalo Frasca (Curators). “Videogames with an Agenda,” Curzon Soho, London, October 16 – November 7, 2004.

**C.3. BOOK REVIEWS**

Bogost, Ian. “Russian Invasion: On Dan Ackerman’s *The Tetris Effect*.” *Los Angeles Review of Books*, September 25, 2016, https://lareviewofbooks.org/article/russian-invasion-on-dan-ackermans-the-tetris-effect/.

Bogost, Ian. “In the Habit: Michael W. Clune’s *Gamelife*.” *Los Angeles Review of Books*, September 20, 2015, https://lareviewofbooks.org/review/in-the-habit/.

Bogost, Ian and Simon Ferrari. “Review of *Games of Empire*.” *Continent* 3.1 (2013), 50-52, http://www.continentcontinent.cc/index.php/continent/article/view/132.

Bogost, Ian. “Pretty Hate Machines: A Review of Gameplay Mode,” *Game Studies* 12:1 (2012), http://gamestudies.org/1201/articles/bogost_book_review.

Bogost, Ian. “Review of The Art of Video Games.” *American Journal of Play*, Fall 2011.

Bogost, Ian. “Review of *Understanding Video Games: The Essential Introduction*.” *New Media & Society* 11:5 (2009), 889-893.

**C.4. EDITED SERIES**

Bogost, Ian, editor. “Metropolis Now: Technology is transforming city life, for better and worse.” Special Project at *The Atlantic*.

http://theatlantic.com/projects/metropolis-now/. As of November/December, 2018, 50 pieces have been published in the series.

**C.5. OTHER WRITTEN PUBLICATIONS**

*Note: Some shorter pieces not listed here can be viewed on my author page at* The Atlantic*, http://theatlantic.com/author/ian-bogost.*

Bogost, Ian. "FaceTime Is Eroding Trust in Tech." *The Atlantic*, January 29, 2019, https://www.theatlantic.com/technology/archive/2019/01/apple-facetime-bug-you-cant-escape/581554/.

Bogost, Ian. "Stop Trusting Viral Videos." *The Atlantic*, January 21, 2019, https://www.theatlantic.com/technology/archive/2019/01/viral-clash-students-and-native-americans-explained/580906/.

Bogost, Ian. "Amazon Ruined Online Shopping." *The Atlantic*, January 17, 2019, https://www.theatlantic.com/technology/archive/2019/01/amazon-made-online-commerce-bewildering/580660/.

Bogost, Ian. "Trump Is Totally Cavalier About His Use of Personal Technology." *The Atlantic*, January 13, 2019, https://www.theatlantic.com/politics/archive/2019/01/trump-uses-mar-lago-top-secret-meeting/580090/.

Bogost, Ian. "Embracing Apple's Boring Future." *The Atlantic*, January 4, 2019, https://www.theatlantic.com/technology/archive/2019/01/apples-earnings-stumble-could-improve-iphone/579445/.

Bogost, Ian. "How Ted Lieu Became Google's Accidental Champion." *The Atlantic*, December 12, 2018, https://www.theatlantic.com/technology/archive/2018/12/ted-lieus-dangerous-endorsement-google/577990/.

Bogost, Ian. "What It Really Means to Be the Adult in the Room." *The Atlantic*, November 30, 2018, https://www.theatlantic.com/technology/archive/2018/11/facebook-sheryl-sandbergs-job-make-money/577084/.

Bogost, Ian. "Video Doesn't Capture Truth." *The Atlantic*, November 9, 2018, https://www.theatlantic.com/technology/archive/2018/11/acosta-video-shows-republicans-rhetorical-savvy/575416/.

Bogost, Ian. "Video games remind us that not everything in life has a computable answer." *Quartz*, October 31, 2018, https://qz.com/1433042/video-games-remind-us-that-not-everything-in-life-has-a-computable-answer/.

Bogost, Ian. "The Fetishization of Mr. Rogers's 'Look for the Helpers.'" *The Atlantic*, October 29, 2018, https://www.theatlantic.com/technology/archive/2018/10/look-for-the-helpers-mr-rogers-is-bad-for-adults/574210/.

Bogost, Ian. "The Myth of 'Dumbing Down." *The Atlantic*, October 26, 2018, https://www.theatlantic.com/science/archive/2018/10/scholars-shouldnt-fear-dumbing-down-public/573979/.

Bogost, Ian. "Desktop Telephone." *Project:Object 3, Fossils*. Joshua Glenn and Rob Walker, eds. http://hilobrow.com/2018/10/08/fossils-3/.

Bogost, Ian. "The Chinese Motherboard Hack Is a Crisis, Even If It Didn't Really Happen." *The Atlantic*, October 6, 2018,

https://www.theatlantic.com/technology/archive/2018/10/political-cost-chinese-hardware-hack/572383/.

Bogost, Ian. "Trump Is Not Texting You." *The Atlantic*, October 3, 2018, https://www.theatlantic.com/technology/archive/2018/10/femas-wireless-alert-test-testing-public-trust/571861/.

Bogost, Ian. "Elon Musk's Fait Accompli." *The Atlantic*, September 29, 2018, https://www.theatlantic.com/technology/archive/2018/09/elon-musk-and-tesla-reach-settlement-sec/571738/.

Bogost, Ian. "Another Day, Another Facebook Problem." *The Atlantic*, September 28, 2018, https://www.theatlantic.com/technology/archive/2018/09/facebook-data-breach-so-common-you-wont-even-notice/571687/.

Bogost, Ian. "Elon Musk Is His Own Worst Enemy." *The Atlantic*, September 28, 2018, https://www.theatlantic.com/technology/archive/2018/09/sec-might-push-elon-musk-out-tesla/571606/.

Bogost, Ian. "Amazon Is Invading Your Home With Micro-Convenience." *The Atlantic*, September 21, 2018, https://www.theatlantic.com/technology/archive/2018/09/amazon-is-invading-your-home-with-micro-convenience/571015/.

Bogost, Ian. "The New iPhones Are So Big So You Won't Put Them Down." *The Atlantic*, September 13, 2018, https://www.theatlantic.com/technology/archive/2018/09/the-new-iphones-are-too-big-to-put-down/570118/.

Bogost, Ian. "Why Comcast Sent Me Pizza." *The Atlantic*, October 2018, 32–33. Online as "Brands Are Not Our Friends," https://www.theatlantic.com/magazine/archive/2018/10/brands-on-social-media/568300/.

Bogost, Ian. "Alex Jones and Marco Rubio Explain the Internet." *The Atlantic*, September 6, 2018, https://www.theatlantic.com/technology/archive/2018/09/a-spat-between-alex-jones-and-marco-rubio-explains-the-internet/569467/.

Bogost, Ian. "The Irony of the Jacksonville Mass Shooting." *The Atlantic*, August 27, 2018, https://www.theatlantic.com/technology/archive/2018/08/jacksonville-shooting/568648/.

Bogost, Ian. "Welcome to the Age of Privacy Nihilism." *The Atlantic*, August 23, 2018, https://www.theatlantic.com/technology/archive/2018/08/the-age-of-privacy-nihilism-is-here/568198/.

Bogost, Ian. "Why It Feels So Terrible to Drop Your Kid at College." *The Atlantic*, August 20, 2018, https://www.theatlantic.com/family/archive/2018/08/why-it-feels-so-terrible-to-drop-your-at-kid-college/567847/.

Bogost, Ian. "More Bridges Will Collapse." *The Atlantic*, August 14, 2018, https://www.theatlantic.com/technology/archive/2018/08/the-age-of-precarious-infrastructure/567493/.

Bogost, Ian. "The Mopeds Are Coming." *The Atlantic*, August 9, 2018, https://www.theatlantic.com/technology/archive/2018/08/the-mopeds-are-coming/567125/.

Bogost, Ian. "Apple Is Worth One Trillion Dollars." *The Atlantic*, August 2, 2018, https://www.theatlantic.com/technology/archive/2018/08/apple-1-trillion-market-cap/566672/.

Bogost, Ian. "Facebook's Big Disinformation Bust Is Cold Comfort." *The Atlantic*, July 31, 2018, https://www.theatlantic.com/technology/archive/2018/07/can-you-trust-facebook-with-democracy/566486/.

Bogost, Ian. "Something Is Wrong at Facebook." *The Atlantic*, July 26, 2018, https://www.theatlantic.com/technology/archive/2018/07/facebook-is-fine-even-if-it-is-also-terrible/566162/.

Bogost, Ian. "Europe's Smack to Google May Only Be the Beginning." *The Atlantic*, July 18, 2018, https://www.theatlantic.com/technology/archive/2018/07/europe-google-antitrust-fine/565505/.

Bogost, Ian. "Driving Without a Smartphone." *The Atlantic*, July 10, 2018, https://www.theatlantic.com/technology/archive/2018/07/driving-without-a-smartphone/564644/.

Bogost, Ian. "The Way Police Identified the Capital Gazette Shooter Was Totally Normal." *The Atlantic*, June 29, 2018, https://www.theatlantic.com/technology/archive/2018/06/capital-gazette-shooting-face-recognition/564185/.

Bogost, Ian. "Why Is There a 'Gaming Disorder' But No 'Smartphone Disorder?'" *The Atlantic*, June 28, 2018, https://www.theatlantic.com/technology/archive/2018/06/whos-afraid-of-virginia-wolfenstein/563843/.

Bogost, Ian. "These Are the People in Your Neighborhood." *The Atlantic*, July/August 2018, 20–21. Online as "What Petty Nextdoor Posts Reveal About America," https://www.theatlantic.com/magazine/archive/2018/07/nextdoor-american-communities/561746/.

Bogost, Ian. "Apple's Airpods Are an Omen." *The Atlantic*, June 12, 2018, https://www.theatlantic.com/technology/archive/2018/06/apples-airpods-are-an-omen/554537/.

Bogost, Ian. "The Curse of an Open Floor Plan." *The Atlantic*, May 17, 2018, https://www.theatlantic.com/family/archive/2018/05/the-curse-of-an-open-floor-plan/560561/.

Bogost, Ian. "The Senate Votes Against the Net-Neutrality Rollback." *The Atlantic*, May 16, 2018, https://www.theatlantic.com/technology/archive/2018/05/the-senate-votes-to-disapprove-of-the-net-neutrality-rollback/560579/.

Bogost, Ian. "Why 'Stories' Took Over Your Smartphone." *The Atlantic*, May 3, 2018, https://www.theatlantic.com/technology/archive/2018/05/smartphone-stories-snapchat-instagram-facebook/559517/.

Bogost, Ian. "Why 'Stories' Took Over Your Smartphone." *The Atlantic*, May 3, 2018, https://www.theatlantic.com/technology/archive/2018/05/smartphone-stories-snapchat-instagram-facebook/559517/.

Bogost, Ian. "What Alexa Taught My Father." *The Atlantic*, May 2018, 28–29. Online as "Alexa Is a Revelation for the Blind," https://www.theatlantic.com/magazine/archive/2018/05/what-alexa-taught-my-father/556874/.

Bogost, Ian. "The Dot-Coms Were Better Than Facebook." *The Atlantic*, April 13, 2018, https://www.theatlantic.com/technology/archive/2018/04/dot-coms-were-better-than-facebook/557945/.

Bogost, Ian. "Silicon Valley 'Has No Words.'" *The Atlantic*, April 4, 2018, https://www.theatlantic.com/technology/archive/2018/04/silicon-valley-under-attack-no-words/557249/.

Bogost, Ian, Karen Yuan, and Abdallah Fayyad. "Autonomous Cars Are Alsmost Here. Are Cities Ready?" *The Atlantic*, April 2, 2018, https://www.theatlantic.com/membership/archive/2018/04/autonomous-cars-are-almost-here-are-cities-ready/557078/.

Bogost, Ian. "Enough With the Trolley Problem." *The Atlantic*, March 30, 2018, https://www.theatlantic.com/technology/archive/2018/03/got-99-problems-but-a-trolley-aint-one/556805/.

Bogost, Ian. "One of the Biggest and Most Boring Cyberattacks Against an American City Yet." *The Atlantic*, March 28, 2018, https://www.theatlantic.com/technology/archive/2018/03/atlantas-boring-ransomware-attack/556673/.

Bogost, Ian. "My Cow Game Extracted Your Facebook Data." *The Atlantic*, arch 22, 2018, https://www.theatlantic.com/technology/archive/2018/03/my-cow-game-extracted-your-facebook-data/556214/.

Bogost, Ian. "Can You Sue a Robocar?" *The Atlantic*, March 20, 2018, https://www.theatlantic.com/technology/archive/2018/03/can-you-sue-a-robocar/556007/.

Bogost, Ian. "The Cute Robot That Follows You Around the City." *The Atlantic*, February 28, 2018, https://www.theatlantic.com/technology/archive/2018/02/piaggio-gita-jeffrey-schnapp/554222/.

Bogost, Ian. "When Malls Saved the Suburbs From Despair." *The Atlantic*, February 18, 2018, https://www.theatlantic.com/technology/archive/2018/02/when-malls-saved-cities-from-capitalism/553610/.

Bogost, Ian. "All Followers Are Fake Followers." *The Atlantic*, January 30, 2018, https://www.theatlantic.com/technology/archive/2018/01/all-followers-are-fake-followers/551789/.

Bogost, Ian. "Sorry, Alexa Is Not a Feminist." *The Atlantic*, January 24, 2018, https://www.theatlantic.com/technology/archive/2018/01/sorry-alexa-is-not-a-feminist/551291/.

Bogost, Ian. "The Internet Broke Emergency Alerts." *The Atlantic*, January 13, 2018, https://www.theatlantic.com/technology/archive/2018/01/the-internet-broke-emergency-alerts/550520/.

Bogost, Ian. "HQ Trivia Is a Harbinger of Dystopia." *The Atlantic*, December 22, 2017, https://www.theatlantic.com/technology/archive/2017/12/hq-trivia-future-dystopia/549071/.

Bogost, Ian. “Net Neutrality Was Never Enough.” *The Atlantic*, December 15, 2017, https://www.theatlantic.com/technology/archive/2017/12/net-neutrality-was-never-enough/548549/.

Bogost, Ian. “Social Apps Are Now a Commodity.” *The Atlantic*, December 1, 2017, https://www.theatlantic.com/technology/archive/2017/12/old-man-yells-at-snapchat/547229/.

Bogost, Ian. “Network Neutrality Can't Fix the Internet.” *The Atlantic*, November 22, 2017, https://www.theatlantic.com/technology/archive/2017/11/network-neutrality-cant-fix-the-internet/546620/.

Bogost, Ian. “How Driverless Cars Will Change the Feel of Cities.” *The Atlantic*, November 15, 2017, https://www.theatlantic.com/technology/archive/2017/11/life-in-a-driverless-city/545822/.

Bogost, Ian. “Even Trump Is Vulnerable to Internet Chaos.” *The Atlantic*, November 3, 2017, https://www.theatlantic.com/technology/archive/2017/11/sorry-that-page-doesnt-exist/544934/.

Bogost, Ian. “Big Candy Bars Have No Place on Halloween.” *The Atlantic*, October 31, 2017, https://www.theatlantic.com/entertainment/archive/2017/10/big-candy-bars-have-no-place-on-halloween/544511/.

Bogost, Ian. “Why Computers Should Be Hidden.” *The Atlantic*, October 25, 2017, https://www.theatlantic.com/technology/archive/2017/10/why-computers-should-be-hidden/543903/.

Bogost, Ian. “You Are Already Living Inside a Computer.” *The Atlantic*, Sep 14, 2017, https://www.theatlantic.com/technology/archive/2017/09/you-are-already-living-inside-a-computer/539193/.

Bogost, Ian. “The Empire of Apple.” *The Atlantic*, Sep 12, 2017, https://www.theatlantic.com/technology/archive/2017/09/apple-iphone-x-face-id/539583/.

Bogost, Ian. “The Banality of the Equifax Breach.” *The Atlantic*, Sep 8, 2017, https://www.theatlantic.com/technology/archive/2017/09/the-equifax-breach-marks-the-end-of-shame-over-data-security/539202/.

Bogost, Ian. “Houston’s Flood is a Design Problem.” *The Atlantic*, August 28, 2017, https://www.theatlantic.com/technology/archive/2017/08/why-cities-flood/538251/.

Bogost, Ian. “A Googler's Would-Be Manifesto Reveals Tech's Rotten Core.” *The Atlantic*, August 6, 2017, https://www.theatlantic.com/technology/archive/2017/08/why-is-tech-so-awful/536052/.

Bogost, Ian. “Why Zuckerberg and Musk Are Fighting About the Robot Future.” *The Atlantic*, July 27, 2017, https://www.theatlantic.com/technology/archive/2017/07/musk-vs-zuck/535077/.

Bogost, Ian. “Why a Toaster Is a Design Triumph.” *The Atlantic*, July 20, 2017, https://www.theatlantic.com/technology/archive/2017/07/toaster-a-bit-more-button/534312/.

Bogost, Ian. "The iPhone Is Dead. Long Live the Rectangle." *The Atlantic*, June 29, 2017, https://www.theatlantic.com/technology/archive/2017/06/the-iphone-is-dead-long-live-the-rectangle/532017/.

Bogost, Ian. "For Google, Everything Is a Popularity Contest." *The Atlantic*, June 27, 2017, https://www.theatlantic.com/technology/archive/2017/06/for-google-everything-is-a-popularity-contest/531762/.

Bogost, Ian. "Did Climate Change Ground Flights in Phoenix?" *The Atlantic*, June 20, 2017, https://www.theatlantic.com/science/archive/2017/06/did-climate-change-ground-flights-in-phoenix/530976/.

Bogost, Ian. "The App that Does Nothing." *The Atlantic*, June 9, 2017, https://www.theatlantic.com/technology/archive/2017/06/the-app-that-does-nothing/529764/.

Bogost, Ian. "Cryptocurrency Might be a Path to Authoritarianism." *The Atlantic*, May 30, 2017, https://www.theatlantic.com/technology/archive/2017/05/blockchain-of-command/528543/.

Bogost, Ian. "The Nomad Who's Exploding the Internet Into Pieces." *The Atlantic*, May 22, 2017, https://www.theatlantic.com/technology/archive/2017/05/meet-the-counterantidisintermediationists/527553/.

Bogost, Ian. "The Fidget Spinner Explains the World." *The Atlantic*, May 12, 2017, https://www.theatlantic.com/technology/archive/2017/05/the-fidget-spinner-explains-the-world/526521/.

Bogost, Ian. "How Dove Ruined Its Body Image." *The Atlantic*, May 9, 2017, https://www.theatlantic.com/technology/archive/2017/05/dove-body-image/525867/.

Bogost, Ian. "The Real Chaos of Campus Gun Laws." *The Atlantic*, May 8, 2017, https://www.theatlantic.com/education/archive/2017/05/the-real-chaos-of-campus-gun-laws/525762/.

Bogost, Ian. "Video Games Are Better Without Stories." *The Atlantic*, April 25, 2017, https://www.theatlantic.com/technology/archive/2017/04/video-games-stories/524148/.

Bogost, Ian. "CRISPR Has a Terrible Name." *The Atlantic*, April 11, 2017, https://www.theatlantic.com/science/archive/2017/04/why-does-a-transformative-biotechnology-sound-like-a-cereal-bar/522639/.

Bogost, Ian. "Pepsi's New Ad Is a Total Success." *The Atlantic*, April 5, 2017, https://www.theatlantic.com/technology/archive/2017/04/pepsi-ad-success/522021/.

Bogost, Ian. "The Video Game That Claims Everything Is Connected." *The Atlantic*, March 23, 2017, https://www.theatlantic.com/technology/archive/2017/03/a-video-game-about-everything/520518/.

Bogost, Ian. "How Monopoly's New Tokens Betray Its History." *The Atlantic*, March 17, 2017, https://www.theatlantic.com/technology/archive/2017/03/the-forgotten-meaning-of-monopoly-tokens/519996/.

Bogost, Ian. "Tech Start-Ups Have Become Conceptual Art." *The Atlantic*, March 17, 2017, https://www.theatlantic.com/technology/archive/2017/03/tech-startups-conceptual-art/519924/.

Bogost, Ian. " 'Artificial Intelligence' Has Become Meaningless." *The Atlantic*, March 4, 2017, https://www.theatlantic.com/technology/archive/2017/03/what-is-artificial-intelligence/518547/.

Bogost, Ian. "The Wisdom of Nokia's Dumbphone." *The Atlantic*, February 28, 2017, https://www.theatlantic.com/technology/archive/2017/02/the-wisdom-of-the-dumbphone/518055/.

Bogost, Ian. "Why Nothing Works Anymore." *The Atlantic*, February 23, 2017, https://www.theatlantic.com/technology/archive/2017/02/the-singularity-in-the-toilet-stall/517551/.

Bogost, Ian. "How a Million-Dollar Superwatch is Fighting Back Against Computing." *The Atlantic*, February 16, 207, https://www.theatlantic.com/technology/archive/2017/02/wristwatches-are-the-last-defense-against-computers/516936/.

Bogost, Ian. "The Myth of Apple's Great Design." *The Atlantic*, February 9, 2017, https://www.theatlantic.com/technology/archive/2017/02/the-myth-of-apples-great-design/516093/.

Bogost, Ian. "Is #DeleteUber Good for Workers' Rights?" *The Atlantic*, January 6, 2017, https://www.theatlantic.com/technology/archive/2017/01/delete-uber-campaign/515112/.

Bogost, Ian. "Obama Was Too Good at Social Media." *The Atlantic*, January 31, 2017, https://www.theatlantic.com/technology/archive/2017/01/did-america-need-a-social-media-president/512405/.

Bogost, Ian. "Nintendo's Sad Struggle for Survival." *The Atlantic*, December 20, 2016, https://www.theatlantic.com/technology/archive/2016/12/super-marios-sorrow/511187/.

Bogost, Ian. "Will Trump Make Silicon Valley Kiss the Ring at His Tech Summit?" *The Atlantic*, December 12, 2016, https://www.theatlantic.com/technology/archive/2016/12/donald-trump-is-the-michael-bay-of-politics/510284/.

Bogost, Ian. "Why Silicon Valley May Warm to Trump." *The Atlantic*, November 18, 2016, https://www.theatlantic.com/technology/archive/2016/11/what-trump-means-for-silicon-valley/508091/.

Bogost, Ian. "Home Monitoring Will Soon Monitor You." *The Atlantic*, November 11, 2016, https://www.theatlantic.com/technology/archive/2016/11/home-monitoring-will-soon-monitor-you/507263/.

Bogost, Ian. "A Pocket Guide to the Robot Revolution." *The Atlantic*, November 2016.

Bogost, Ian. "Startups need to 'stop disrupting and start innovating." *Wired UK*, October, 2016 (also online at http://www.wired.co.uk/article/startups-disrupt-disruption).

Bogost, Ian. “More Evidence Cars Will Never Be Sexy Again.” *The Atlantic*, September 30, 2016, https://www.theatlantic.com/technology/archive/2016/09/learning-to-live-without-cars/502373/.

Bogost, Ian. “Play Anything.” *Design Blog*, September 29, 2016, https://design.blog/2016/09/29/ian-bogost-play-anything/.

Bogost, Ian. “The Line, the Circle, and the Helix.” *Primer Stories* (season 4), http://primerstories.com/4/line.

Bogost, Ian. “Why a Silicon Valley Founder Is Funding a Factory for Trump Memes.” *The Atlantic*, September 23, 2016, https://www.theatlantic.com/technology/archive/2016/09/revenge-of-the-nerds/501344/.

Bogost, Ian. “How to Turn Life’s Challenges Into Play.” *TIME*, September 9, 2016, http://time.com/4484454/life-challenges-play/.

Bogost, Ian. “How Apple Sells its Controlling Ways as Futurism.” *The Atlantic*, September 8, 2016, https://www.theatlantic.com/technology/archive/2016/09/living-in-apples-future/499214/.

Bogost, Ian. “This Wild Picture of Obama Wearing a VR Headset Explains Everything.” *The Atlantic*, August 26, 2016, https://www.theatlantic.com/technology/archive/2016/08/forty-thousand-years-of-seeing/497594/.

Bogost, Ian. “How Crystal Pepsi Anticipated Silicon Valley.” *The Atlantic*, August 12, 2016, https://www.theatlantic.com/technology/archive/2016/08/when-crystal-pepsi-saved-the-world/495506/.

Bogost, Ian. “Facebook Is Not a Technology Company.” *The Atlantic*, August 3, 2016, https://www.theatlantic.com/technology/archive/2016/08/facebook-is-not-a-technology-company/494183/.

Bogost, Ian. “Rest in Peace, VCR.” *The Atlantic*, July 26, 2016, http://www.theatlantic.com/technology/archive/2016/07/vrc-is-dead/492992/.

Bogost, Ian. “The Tragedy of Pokémon Go.” *The Atlantic*, July 11, 2016, http://www.theatlantic.com/technology/archive/2016/07/the-tragedy-of-pokemon-go/490793/.

Bogost, Ian. “Who Needs Convertible Slippers?” *The Atlantic*, July 11, 2016, http://www.theatlantic.com/technology/archive/2016/07/who-needs-convertible-slippers/490520/.

Bogost, Ian. “Will Robocars Kick Humans Off City Streets?” *The Atlantic*, June 23, 2016, http://www.theatlantic.com/technology/archive/2016/06/robocars-only/488129/.

Bogost, Ian. “*Ulysses* and the Lie of Technological Progress.” *The Atlantic*, June 16, 2016, http://www.theatlantic.com/technology/archive/2016/06/everyday-is-bloomsday/487313/.

Bogost, Ian. “Daniel Tiger is Secretly Teaching Kids to Love Uber.” *The Atlantic*, June 13, 2016,

http://www.theatlantic.com/technology/archive/2016/06/daniel-tiger-is-secretly-teaching-kids-to-love-uber/486800/.

Bogost, Ian. "I'm Retweeting Her." *The Atlantic*, June 9, 2016, http://www.theatlantic.com/politics/archive/2016/06/delete-your-account/486494/.

Bogost, Ian. "Elegy for the Capital-I Internet." *The Atlantic*, June 1, 2016, http://www.theatlantic.com/technology/archive/2016/06/elegy-for-the-capital-i-internet/485120/.

Bogost, Ian. "Peter Thiel vs Gawker: The Flame War's Logical Conclusion." *The Atlantic*, May 26, 2016, http://www.theatlantic.com/technology/archive/2016/05/the-billionaire-the-wrestler-the-tabloid-and-you/484382/.

Bogost, Ian. "The Future of Writing Looks Like the Past." *The Atlantic*, May 9, 2016, http://www.theatlantic.com/technology/archive/2016/05/freewrite/481566/.

Bogost, Ian. "Go Tweak Yourself, Facebook." *The Atlantic*, April 28, 2016, http://www.theatlantic.com/technology/archive/2016/04/go-tweak-yourself-facebook/480258/.

Bogost, Ian. "When Cars Fly." *The Atlantic*, May 2016, 34-35.

Bogost, Ian. "The Tesla Model 3 is Still a Rich Person's Car." *The Atlantic*, Apriul 7, 2016, http://www.theatlantic.com/technology/archive/2016/04/tesla-model-3-/477243/.

Bogost, Ian. "I Got Lumberrolled." *The Atlantic*, March 30, 2016, http://www.theatlantic.com/technology/archive/2016/03/i-got-lumberrolled/476043/.

Bogost, Ian. "Dystopian Virtual Reality is Finally Here." *The Atlantic*, March 28, 2016, http://www.theatlantic.com/technology/archive/2016/03/virtual-reality-is-just-television-for-the-computer-junkie/475632/.

Bogost, Ian. "The Art—and Absurdity—of Extreme Career Hopping." *The Atlantic*, March 21, 2016, http://www.theatlantic.com/business/archive/2016/03/prestige-career-switching/474180/.

Bogost, Ian. "The Armed Campus in the Anxiety Age." *The Atlantic*, March 9, 2016, http://www.theatlantic.com/education/archive/2016/03/campus-carry-anxiety-age/472920/.

Bogost, Ian. "Amazon Edges Closer to Fully Automated Retail." *The Atlantic*, March 3, 2016, http://www.theatlantic.com/technology/archive/2016/03/ether-commerce/471831/.

Bogost, Ian. "In Virtual Reality, Finally a World for Men." *The Atlantic*, February 22, 2016, http://www.theatlantic.com/technology/archive/2016/02/bonkers-zuckerberg/470400/.

Bogost, Ian. "Things You Can't Talk About in a Coca-Cola Ad." *The Atlantic*, January 28, 2016, http://www.theatlantic.com/technology/archive/2016/01/things-you-cant-talk-about-in-a-coca-cola-ad/431628/.

Bogost, Ian. "Corporations Want Love (and Free Marketing on Instagram)." *The Atlantic*, January 20, 2016, http://www.theatlantic.com/business/archive/2016/01/corporations-free-marketing-instagram/423465/.

Bogost, Ian. "The Sublime Beauty of Powerball." *The Atlantic*, January 11, 2016, http://www.theatlantic.com/business/archive/2016/01/powerball-math/423558/.

Bogost, Ian. "Stop Rebranding Months as Causes." *The Atlantic*, December 2, 2015, http://www.theatlantic.com/technology/archive/2015/12/cause-time/418464/.

Bogost, Ian. "The Deeper Meaning of Black Friday." *The Atlantic*, November 27, 2015, http://www.theatlantic.com/business/archive/2015/11/black-friday-meaning/417834/.

Bogost, Ian. "The Problem with Ketchup Leather." *The Atlantic*, November 19, 2015, http://www.theatlantic.com/technology/archive/2015/11/burgers-arent-broken/416727/.

Bogost, Ian. "The Value of Tenure." *The Atlantic*, November 17, 2015, http://www.theatlantic.com/notes/2015/11/whats-salaitas-six-figure-settlement-really-worth/416349/.

Bogost, Ian. "Engineering vs Programming: Your Responses." *The Atlantic*, November 11, 2015, http://www.theatlantic.com/notes/2015/11/reader-responses-engineering-vs-programming/415314/.

Bogost, Ian. "Mini Object Lesson: The Fonts People Love to Hate." *The Atlantic*, November 7, 2015, http://www.theatlantic.com/notes/all/2015/09/mini-object-lessons/407548/#note-414561.

Bogost, Ian. "Just Add Ethics." *The Atlantic*, November 5, 2015, http://www.theatlantic.com/notes/2015/11/just-add-ethics/414508/.

Bogost, Ian. "Programmers: Stop Calling Yourselves Engineers." *The Atlantic*, November 5, 2015, http://www.theatlantic.com/technology/archive/2015/11/programmers-should-not-call-themselves-engineers/414271/.

Bogost, Ian. "The Logic Behind the Sky-High Candy Crush Deal" *The Atlantic*, November 4, 2015, http://www.theatlantic.com/business/archive/2015/11/candy-crush-six-billion-deal/414217/.

Bogost, Ian. The Perfect Console. *Edge Magazine* 288. Difficulty Switch column.

Bogost, Ian. TurboExpress. *Edge Magazine* 287. Difficulty Switch column.

Bogost, Ian. Repetition. *Edge Magazine* 286. Difficulty Switch column.

Bogost, Ian. "Tacoween." *The Atlantic*, October 31, 2015, http://www.theatlantic.com/notes/2015/10/tacoween/413542/.

Bogost, Ian. "The Hidden Depths of Sandra Boynton's Board Books." *The New Yorker*, October 8, 2015, http://www.newyorker.com/books/page-turner/the-hidden-depths-of-sandra-boyntons-board-books.

Bogost, Ian. "Mini Object Lesson: Email Poetry." *The Atlantic*, October 17, 2015, http://www.theatlantic.com/notes/2015/10/mini-object-lesson-email-poetry/411130/.

Bogost, Ian. "Egg McNothin'." *The Atlantic*, October 8, 2015, "http://www.theatlantic.com/business/archive/2015/10/all-day-breakfast-anticipation-luxury/409552/.

Bogost, Ian. "Mini-Object Lesson: 'Uber for X'" *The Atlantic*, *October 3, 2015*, http://www.theatlantic.com/notes/2015/10/mini-object-lesson/408793/.

Bogost, Ian. "Inside Tesla's Inside Jokes." *The Atlantic*, *September 30, 2015*, http://www.theatlantic.com/notes/2015/09/easter-egg/408286/.

Bogost, Ian. "The Car that Killed Glamour: Tesla and the end of the automobile as an object of desire." *The Atlantic*, *September 29, 2015*, http://www.theatlantic.com/technology/archive/2015/09/the-car-that-killed-glamour/407248/.

Bogost, Ian. "Mini Object Lesson: Watermelon, Fruit of the Flesh." *The Atlantic, September 12, 2015*, http://www.theatlantic.com/notes/2015/09/mini-object-lesson-still-remember-the-seeds/404848/.

Bogost, Ian. Commerce. *Edge Magazine* 285. Difficulty Switch column.

Bogost, Ian. "No One Cares That You Quit Your Job." *The Atlantic, September 9, 2015*, http://www.theatlantic.com/notes/2015/09/no-one-cares-that-you-quit-your-job/404467/.

Bogost, Ian. "Comcast: Data Police." *The Atlantic*, *September 6, 2015*, http://www.theatlantic.com/notes/2015/09/comcast-data-police/403486/.

Bogost, Ian. "Mini Object Lesson: Makeover Your Keurig." *The Atlantic, September 5, 2015*, http://www.theatlantic.com/notes/2015/09/mini-object-lesson-hacking-your-keurig/402901/.

Bogost, Ian. Decorative Arts. *Edge Magazine* 284. Difficulty Switch column.

Bogost, Ian. "Why Cellphones Make Humans Sound Like the Speak & Spell Robot." *The Atlantic*, August 13, 2015, http://www.theatlantic.com/technology/archive/2015/08/why-cellphones-make-people-sound-like-the-speak-spell-robot/401252/

Bogost, Ian. "Don't Hate the Phone Call, Hate the Phone." *The Atlantic*, August 12, 2015, http://www.theatlantic.com/technology/archive/2015/08/why-people-hate-making-phone-calls/401114/

Bogost, Ian. Virtual Reality. *Edge Magazine* 283. Difficulty Switch column.

Bogost, Ian. The Silhouette of Games. *Edge Magazine* 282. Difficulty Switch column.

Bogost, Ian. "The Internet of Things You Don't Really Need." *The Atlantic*, June 23, 2015, http://www.theatlantic.com/technology/archive/2015/06/the-internet-of-things-you-dont-really-need/396485/.

Bogost, Ian. Toys-to-Life Genre. *Edge Magazine* 281. Difficulty Switch column.

Bogost, Ian. Spoilers. *Edge Magazine* 280. Difficulty Switch column.

Bogost, Ian. Data Metering. *Edge Magazine* 279. Difficulty Switch column.

Bogost, Ian. "A Master Key to the Ultimate Dumb Device." *The Atlantic*, April 22, 2015, http://www.theatlantic.com/technology/archive/2015/04/a-master-key-to-the-ultimate-dumb-device/391041/

Bogost, Ian. "Video Games Are Better Without Characters." *The Atlantic*, March 13, 2015, hhttp://www.theatlantic.com/technology/archive/2015/03/video-games-are-better-without-characters/387556/

Bogost, Ian. "The End of the Big Mac" *The Atlantic*, February 27, 2015, http://www.theatlantic.com/entertainment/archive/2015/02/the-end-of-the-big-mac/386129/.

Bogost, Ian. Game Genre. *Edge Magazine* 278. Difficulty Switch column.

Bogost, Ian. "'Thinking Machines' (response to Edge Annual Question." *Edge*, January 15 (2015), http://edge.org/response-detail/26211.

Bogost, Ian. "Introducing the Supertweet: This is what realpolitik looks like on the Internet." *The Atlantic*, January 28, 2015, http://www.theatlantic.com/technology/archive/2015/01/introducing-the-supertweet/384730/.

Bogost, Ian. "The Cathedral of Computation: We're not living in an algorithmic culture so much as a computational theocracy," *The Atlantic*, January 15, 2015, http://www.theatlantic.com/technology/archive/2015/01/the-cathedral-of-computation/384300/.

Bogost, Ian. Nintendo's Revolution. *Edge Magazine* 277. Difficulty Switch column.

Bogost, Ian. "Winning Isn't Everything," *The New York Review of Videogames / Medium/Matter*, December 19, 2014, https://medium.com/matter/winning-isnt-everything-255b3a26d1cf.

Bogost, Ian. "FYI, See Below: The purpose (and the sorrow) of the worst kind of email—the passive-aggressive forward," *The Atlantic*, November 24, 2014, http://www.theatlantic.com/technology/archive/2014/11/fyi-see-below/383096/.

Bogost, Ian. "The Secret History of the Robot Car." *The Atlantic*, November, 2014, 2.

Bogost, Ian. Gambling. *Edge Magazine* 276. Difficulty Switch column.

Bogost, Ian. Physics. *Edge Magazine* 275. Difficulty Switch column.

Bogost, Ian. "Future Ennui." *The Atlantic*, September 16 (2014), http://www.theatlantic.com/technology/archive/2014/09/future-ennui/380099/.

Bogost, Ian. Split Screen. *Edge Magazine* 274, Difficulty Switch column.

Bogost, Ian. "*Swing Copters*: The Randomness of the Universe, Captured in Pixels." *The Atlantic*, August 26 (2014), http://www.theatlantic.com/entertainment/archive/2014/08/swing-copters/379117/.

Garber, Megan, Adrienne LaFrance, and Ian Bogost. "The Evolution of Slang." *The Atlantic*, August 6 (2014), http://www.theatlantic.com/technology/archive/2014/08/the-evolution-of-slang/375104/.

Bogost, Ian. Games Retail. *Edge Magazine* 273, Difficulty Switch column.

Bogost, Ian. Esports and the Sports Space. *Edge Magazine* 272, Difficulty Switch column.

Bogost, Ian. The Pleasure of Ambiguity. *Edge Magazine* 271, Difficulty Switch column.

Bogost, Ian. "Welcome to Dataland: Design fiction at the most magical place on earth." *Medium*, July 29 (2014), https://medium.com/re-form/welcome-to-dataland-d8c06a5f3bc6.

Bogost, Ian. What is a simulator? *Edge Magazine* 270, Difficulty Switch column.

Bogost, Ian. "You Are Mountain." *The Atlantic*, July 17 (2014), http://www.theatlantic.com/entertainment/archive/2014/07/you-are-mountain/374543/.

Bogost, Ian. Fast-Burn Games. *Edge Magazine* 269, Difficulty Switch column.

Bogost, Ian. "Yo: Communication online is mostly meta-communication, but the loudest meta-communication is profit." *The Atlantic*, June 19 (2014), http://www.theatlantic.com/technology/archive/2014/06/yo/373072/.

Bogost, Ian. "Shaka, When the Walls Fell." *The Atlantic*, June 18 (2014), http://www.theatlantic.com/entertainment/archive/2014/06/star-trek-tng-and-the-limits-of-language-shaka-when-the-walls-fell/372107/.

Bogost, Ian. "Why do we relish Nintendo's crises so much?" *Edge Magazine 268*, Difficulty Switch column.

Bogost, Ian. "The Blue Shell and its Discontents." *Gamasutra*, May 30 (2014), http://www.gamasutra.com/view/feature/218696/the_blue_shell_and_its_discontents.php.

Bogost, Ian. "Google Car for Sale: Slightly Underequipped," *The Atlantic*, May 28 (2014), http://www.theatlantic.com/technology/archive/2014/05/google-car-slightly-underequipped/371726/

Bogost, Ian. "What Do We Save When We Save the Internet?" *The Atlantic*, May 15 (2014), http://www.theatlantic.com/technology/archive/2014/05/what-do-we-save-when-we-save-the-internet/370885/.

Bogost, Ian. "Xbox One and the endless, hopeless dream of convergence." *Edge Magazine 267*, Difficulty Switch column.

Bogost, Ian. "The Future of Luxury: Avoiding People." *The Atlantic*, April 24 (2014), http://www.theatlantic.com/technology/archive/2014/04/silvercar-luxury/361001/.

Bogost, Ian. "Kinect 2 brings the era of physical interfaces for active play to a definitive end." *Edge Magazine* 266, Difficulty Switch column.

Bogost, Ian. "Reading to Have Read." *The Atlantic*, March 24 (2014), http://www.theatlantic.com/technology/archive/2014/03/reading-to-have-read/284391/.

Bogost, Ian. "What Are Game Developers? A View From the Future." *The Atlantic*, March 24 (2014), http://www.theatlantic.com/business/archive/2014/03/what-are-game-developers-a-view-from-the-future/284600/.

Bogost, Ian. "The Squalid Grace of *Flappy Bird*." *The Atlantic*, February 3 (2014), http://www.theatlantic.com/technology/archive/2014/02/the-squalid-grace-of-flappy-bird/283526/.

Bogost, Ian. "Snowpocalypse in Atlanta and *The Walking Dead*." *The Atlantic*, January 30 (2014),

http://www.theatlantic.com/entertainment/archive/2014/01/snowpocalypse-in-atlanta-and-em-the-walking-dead-em/283450/.

Bogost, Ian. "'Science' (response to Edge Annual Question." *Edge*, January 14 (2014), http://www.edge.org/contributors/what-scientific-idea-is-ready-for-retirement.

Bogost, Ian. "The McRib: Enjoy Your Symptom." *The Atlantic*, November 13 (2013), http://www.theatlantic.com/technology/archive/2013/11/the-mcrib-enjoy-your-symptom/281413/.

Bogost, Ian. "Hyperemployment, or the Exhausting Work of the Technology User." *The Atlantic*, November 8 (2013), http://www.theatlantic.com/technology/archive/2013/11/hyperemployment-or-the-exhausting-work-of-the-technology-user/281149/.

Bogost, Ian. "What is Evil to Google?" *The Atlantic*, October 15 (2013), http://www.theatlantic.com/technology/archive/2013/10/what-is-evil-to-google/280573/.

Bogost, Ian. "Consumption and Naturalism in *Animal Crossing*." *Gamasutra*, September 5 (2013), http://www.gamasutra.com/view/feature/199599/animal_crossings_strange_.php.

Bogost, Ian. "The Rudeness of Importance." *The Atlanta Journal Constitution*, August 30 (2013), http://blogs.ajc.com/atlanta-forward/2013/08/30/cellphone-rudeness/?cxntfid=blogs_atlanta_forward.

Bogost, Ian. "The Condensed Classroom." *The Atlantic*, August 27 (2013), http://www.theatlantic.com/technology/archive/2013/08/the-condensed-classroom/279013/.

Bogost, Ian, Cathy N. Davidson, Al Filreis, and Ray Schroeder. "MOOCs and the Future of the Humanities." *LA Review of Books*, June 14-15, 2013, http://lareviewofbooks.org/essay/moocs-and-the-future-of-the-humanities-a-roundtable-part-1, https://lareviewofbooks.org/essay/moocs-and-the-future-of-the-humanities-a-roundtable-part-2.

Bogost, Ian. "Google Zombie: The Glass Wearers of Tomorrow." *The Atlantic*, May 20 (2013), http://www.theatlantic.com/technology/archive/2013/05/google-zombie-the-glass-wearers-of-tomorrow/276007/.

Bogost, Ian. "The End of the Hangup." *The Atlantic*, March 15 (2013), http://www.theatlantic.com/technology/archive/2013/03/the-end-of-the-hangup/274053/.

Bogost, Ian. "PlayStation 4: A Videogame Console." *The Atlantic*, February 22 (2013), http://www.theatlantic.com/technology/archive/2013/02/playstation-4-a-videogame- console/273404/.

Bogost, Ian. "Proteus: A Trio of Artisanal Game Reviews." *Gamasutra*, February 15 (2013), http://www.gamasutra.com/view/feature/186735/proteus_a_trio_of_artisanal_game_.php.

Bogost, Ian. "'Hundreds Is the Haute Couture of Video Games," *The Atlantic*, January 29 (2013),

http://www.theatlantic.com/entertainment/archive/2013/01/hundreds-is-the- haute-couture-of-video-games/272600/.

Bogost, Ian. "Inequality in American Education Will Not Be Solved Online," *The Atlantic*, January 16 (2013), http://www.theatlantic.com/technology/archive/2013/01/ inequality-in-american-education-will-not-be-solved-online/267189/.

Bogost, Ian. "How the Video-Game Industry Already Lost Out in the Gun-Control Debate," *The Atlantic*, January 11 (2013), http://www.theatlantic.com/entertainment/archive/ 2013/01/how-the-video-game-industry-already-lost-out-in-the-gun-control-debate/ 267052/

Bogost, Ian. "A Machine That Makes Cameras: The Aesthetics of the Lytro." *The Atlantic*, December 3 (2012), http://www.theatlantic.com/technology/archive/2012/12/a- machine-that-makes-cameras-the-aesthetics-of-the-lytro/265692/.

Bogost, Ian. "Wii Can't Go On, Wii'll Go On." *Gamasutra*, November 27 (2012), http://www.gamasutra.com/view/feature/182294/persuasive_games_wii_cant_go_on_.php.

Bogost, Ian. "Words with Friends Forever." *Gamasutra*, October 2 (2012), http:// www.gamasutra.com/view/feature/178658/persuasive_games_words_with_.php

Bogost, Ian. "The Broken Beyond: How Space Turned Into an Office Park." *The Atlantic*, September 25 (2012), http://www.theatlantic.com/technology/archive/2012/09/the- broken-beyond-how-space-turned-into-an-office-park/262801/.

Bogost, Ian. "Kickstarter: Crowdfunding Platform Or Reality Show?" *Fast Company*, July 18 (2012), http://www.fastcompany.com/1843007/kickstarter-fundraising-or-a-new-kind-of-entertainment.

Bogost, Ian. "The Great Pretender: Turing as a Philosopher of Imitation" *The Atlantic*, July 16 (2012), http://www.theatlantic.com/technology/archive/2012/07/the-great-pretender-turing-as-a-philosopher-of-imitation/259824/.

Bogost, Ian. "The Cigarette of this Century" *The Atlantic* June 6 (2012), http:// www.theatlantic.com/technology/archive/2012/06/the-cigarette-of-this-century/ 258092/.

Bogost, Ian. "Process Intensity and Social Experimentation" *Gamasutra*, May 23 (2012), http://www.gamasutra.com/view/feature/170806/persuasive_games_process_.php.

Bogost, Ian. "The New Aesthetic Needs to Get Weirder." *The Atlantic*, April 13 (2012), http://www.theatlantic.com/technology/archive/2012/04/the-new-aesthetic-needs-to- get-weirder/255838/.

Bogost, Ian. "A Portrait of the Artist as a Game Studio." *The Atlantic*, March 12 (2012), http://www.theatlantic.com/technology/archive/12/03/a-portrait-of-the-artist-as-a- game-studio/254494/.

Bogost, Ian. “What is a Game Bundle?” *Gamasutra*, January 19 (2012), http://www.gamasutra.com/view/feature/6595/persuasive_games_what_is_a_game_.php.

Bogost, Ian. “From Aberrance to Aesthetics.” *Gamasutra*, August 2 (2011), http://www.gamasutra.com/view/feature/6446/persuasive_games_from_aberrance_.php.

Bogost, Ian. “Why Debates about Video Games Aren’t Really About Video Games.” *Kotaku* August 1 (2011), http://www.bogost.com/writing/why_debates_about_video_games.shtml.

Bogost, Ian. “Exploitationware.” *Gamasutra*, May 3 (2011), http://www.gamasutra.com/view/feature/6366/persuasive_games_exploitationware.php.

Bogost, Ian (with Simon Ferrari, and Bobby Schweizer). “Storytelling 2.0: Exploring the news game.” *New Scientist*, November (2010), http://www.newscientist.com/blogs/ culturelab/2010/11/storytelling-20-exploring-the-news-game.html.

Bogost, Ian. “Free Speech is not a Marketing Plan.” *Gamasutra*, October 4 (2010), http://www.gamasutra.com/view/feature/6158/persuasive_games_free_speech_is_.php.

Bogost, Ian. “Plumbing the Depths.” *Gamasutra*, June 30 (2010), http://www.gamasutra.com/view/feature/5880/persuasive_games_plumbing_the_.php.

Bogost, Ian. “The Picnic Spoils the Rain.” *Gamasutra*, May 6 (2010), http://www.gamasutra.com/view/feature/4412/persuasive_games_the_picnic_.php.

Bogost, Ian. “Schell Games.” *Gamasutra*, March 3 (2010), http://www.gamasutra.com/view/feature/4294/persuasive_games_shell_games.php.

Bogost, Ian. “Check-Ins Check Out.” *Gamasutra*, February 10 (2010), http://www.gamasutra.com/view/feature/4269/persuasive_games_checkins_check_.php.

Bogost, Ian. “Puzzling the Sublime.” *Gamasutra*, December 24 (2009), http://www.gamasutra.com/view/feature/4225/persuasive_games_puzzling_the_.php.

Bogost, Ian. “The Legume, the Piston, and the Bearded Man.” *Speculative Heresy*, November 27 (2009), http://speculativeheresy.wordpress.com/2009/11/27/the-legume-the-piston-and-the-bearded-man/.

Bogost, Ian. “Little Black Sambo.” *Gamasutra*, September 21 (2009), http://www.gamasutra.com/view/feature/4140/persuasive_games_little_black_.php.

Bogost, Ian. “This is Only a Drill.” *Gamasutra*, July 28 (2009), http://www.gamasutra.com/view/feature/4090/persuasive_games_this_is_only_a_.php.

Bogost, Ian. “Gestures as Meaning.” *Gamasutra*, June 30 (2009), http://www.gamasutra.com/view/feature/4064/persuasive_games_gestures_as_.php.

Bogost, Ian. “I want my 99¢ back.” *Gamasutra*, May 28 (2009), http://www.gamasutra.com/view/feature/4038/persuasive_games_i_want_my_99_.php.

Bogost, Ian. “Familiarity, Habituation, Catchiness.” *Gamasutra*, April 2 (2009), http://www.gamasutra.com/view/feature/3977/persuasive_games_familiarity_.php.

Bogost, Ian. “Videogame Kitsch.” *Gamasutra*, February 17 (2009), http://www.gamasutra.com/view/feature/3933/persuasive_games_video_game_kitsch.php.

Bogost, Ian. “The Proceduralist Style.” *Gamasutra*, January 21 (2009), http://www.gamasutra.com/view/feature/3909/persuasive_games_the_.php.

Bogost, Ian. “Windows and Mirror’s Edge.” *Gamasutra*, December 23 (2008), http://www.gamasutra.com/view/feature/3890/persuasive_games_windows_and_.php.

Bogost, Ian. “Disjunctive Play.” *Gamasutra*, November 18 (2008), http://www.gamasutra.com/view/feature/3853/persuasive_games_disjunctive_play.php.

Bogost, Ian. “The Birth and Death of the Election Game.” *Gamasutra*, October 30 (2008), http://www.gamasutra.com/view/feature/3834/persuasive_games_the_birth_and_.php.

Bogost, Ian. “Videogame Snapshots.” *Gamasutra*, September 11 (2008), http://www.gamasutra.com/view/feature/3784/persuasive_games_video_game_.php.

Bogost, Ian. “The End of Gamers.” *Edge Magazine*, July 20 (2008).

Bogost, Ian. “Performative Play.” *Gamasutra*, June 25 (2008), http://www.gamasutra.com/view/feature/3703/persuasive_games_performative_play.php.

Bogost, Ian. “Texture.” *Gamasutra*, May 7 (2008), http://www.gamasutra.com/view/feature/3652/persuasive_games_texture.php.

Bogost, Ian. “Advertisers have yet to unlock the power of play.” *The Guardian*. April 30 (2008), http://www.guardian.co.uk/technology/2008/apr/30/games.advertising.

Bogost, Ian. “Is *Spore* for Everyone?” *Gamasutra*, March 31 (2008), http://www.gamasutra.com/php-bin/news_index.php?story=18029.

Bogost, Ian. “Columbine, Videogames, and Ineffability.” In Brathwaite, Brenda and Ian Schreiber. *Game Design Challenge.* New York: Charles River Media, 2008.

Bogost, Ian. “Videogame Pranks.” Persuasive Games column, *Gamasutra*, March 18 (2008), http://www.gamasutra.com/view/feature/3579/persuasive_games_video_game_pranks.php.

Bogost, Ian. “Sony, Global Infant.” Opinion. *Gamasutra*, February 15 (2008), http://www.gamasutra.com/php-bin/news_index.php?story=17431.

Bogost, Ian. “Videogame Vignette.” Persuasive Games column, *Gamasutra*, February 12 (2008),

http://www.gamasutra.com/view/feature/3537/persuasive_games_videogame_.php.

Bogost, Ian. "The Holly and the Ivy." Persuasive Games column, *Gamasutra*, December 20 (2007), http://www.gamasutra.com/view/feature/3183/persuasive_games_the_holly_and_.php.

Bogost, Ian. "Videogame Zen." Persuasive Games column, *Gamasutra*, November 2 (2007), http://www.gamasutra.com/view/feature/2585/persuasive_games_video_game_zen.php.

Bogost, Ian. "Casual as in Sex, not Casual as in Friday." Persuasive Games column, *Gamasutra*, October 9 (2007), http://www.gamasutra.com/view/feature/1937/persuasive_games_casual_as_in_.php.

Bogost, Ian. "The Reverence of Resistance." Persuasive Games column, *Gamasutra*, September 10 (2007), http://www.gamasutra.com/view/feature/1689/persuasive_games_the_reverence_of_.php.

Bogost, Ian. "Time for Games to Grow Up." *The Guardian*, August 8 (2007), http://www.guardian.co.uk/technology/2007/aug/08/comment.games.

Bogost, Ian. "Event Wrap-Up: Classic Gaming Expo 2007." *Gamasutra*, August 3 (2007), http://gamasutra.com/php-bin/news_index.php?story=14953.

Bogost, Ian. "How I Stopped Worrying About Gamers And Started Loving People Who Play Games." Persuasive Games column, *Gamasutra*, August 2 (2007), http://www.gamasutra.com/view/feature/1543/persuasive_games_how_i_stopped_.php.

Bogost, Ian. "Designing for Tragedy." Persuasive Games column, *Gamasutra*, June 13 (2007), http://www.gamasutra.com/view/feature/1468/persuasive_games_designing_for_.php.

Bogost, Ian. "Why We Need More Boring Games." Persuasive Games column, *Gamasutra*, May 21 (2007), http://www.gamasutra.com/view/feature/1417/persuasive_games_why_we.php.

Bogost, Ian. "Turning the Tables on In-Game Ads." Persuasive Games column, *Gamasutra*, April 3 (2007), http://www.gamasutra.com/php-bin/news_index.php?story=13377.

Bogost, Ian. "The Missing Rituals of Exergames." Persuasive Games column, *Gamasutra / Serious Games Source*, February 5 (2007), http://seriousgamessource.com/features/feature_013107_exergaming_1.php.

Bogost, Ian. "Promogames, Another Kind of Advertising Game." Persuasive Games column, *Gamasutra / Serious Games Source*, January 2 (2007), http://seriousgamessource.com/features/feature_010207_burger_king_1.php.

Bogost, Ian. "Wii's Revolution is in the Past." Persuasive Games column, *Gamasutra / Serious Games Source* November 28 (2006), http://seriousgamessource.com/features/feature_112806_wii_1.php.

Bogost, Ian. "Taking Bully Seriously." Persuasive Games column, *Gamasutra / Serious Games Source* November 2 (2006), http://seriousgamessource.com/features/feature_110206_bully_1.php.

Bogost, Ian. "Games Phone Home." Persuasive Games column, *Gamasutra / Serious Games Source*, October 11 (2006), http://seriousgamessource.com/features/feature_101106_darfur_1.php.

Bogost, Ian. "The Right to Bore Arms." Persuasive Games colum, *Gamasutra / Serious Games Source*, September 25 (2006), http://seriousgamessource.com/features/feature_092506_nra.php.

Bogost, Ian. "Event Wrap Up: Games for Health 2005." *Gamasutra*, September 24 (2005), http://www.gamasutra.com/php-bin/news_index.php?story=6646.

Bogost, Ian. "Building a Google Search Application with Macromedia Flash Mx Professional." MX Developer's Journal September 2005 (2005).

Bogost, Ian (contributor). *Difficult Questions about Videogames*. Eds. James Newman and Iain Simons. Nottingham, UK: Suppose Partners, 2004.

Bogost, Ian. "A Response to Critical Simulation." *Electronic Book Review* (2004), http://www.electronicbookreview.com/v3/servlet/ebr?command=view_essay&essay_id=bogostr1.

## D. PRESENTATIONS

### D.1. KEYNOTE PRESENTATIONS

Bogost, Ian. Keynote. CHI Play: the ACM SIGGCHI Annual Symposium on Human-Computer Interaction in Play. Amsterdam, Netherlands, October 15–18, 2017.

Bogost, Ian. Keynote. Southwest English Symposium, University of Arizona. Tempe, Arizona, February 20, 2016.

Bogost, Ian. "Can Games be Literary?" Ludic Literature: Literary Games. The British Library, London, England, December 7, 2015.

Bogost, Ian. "Gamification vs. Game Design: What's the Difference?" The International Conference on E-Learning in the Workplace, Columbia University, New York NY, June 8-9, 2015.

Bogost, Ian. "The Mistrust of Things." 25th Annual Louisiana State University English Department Mardi Gras Conference. Baton Rouge, LA, February 12-13, 2015.

Bogost, Ian. "The Real Power of Games for Learning." DevLearn 2013. Las Vegas, NV, October 23, 2013.

Bogost, Ian. Keynote Presentation. 10th Annual Games for Change Festival. New York, NY, June 17-19, 2013.

Bogost, Ian. "Inhuman." Ecologies of the Inhuman Symposium. Medieval and Early Modern Studies Institute, George Washington University, April 5, 2013.

Bogost, Ian. "What is Fun?" 2nd Annual IEEE Games Innovation Conference (2012). Strong Museum of Play, Rochester, NY, Sept 7-9, 2012.

Bogost, Ian. "The Aesthetics of Philosophical Carpentry." The Nonhuman Turn in 21st Century Studies. Center for 21st Century Studies (C21) University of Wisconsin- Milwaukee, May 3-5, 2012.

Bogost, Ian. "Shaka, When the Walls Fell: Appearance Versus Behavior in Computational Mimesis." Mimesis Now, University of Rochester, Rochester, NY, April 5–7, 2012.

Bogost, Ian. "The Pentad: McLuhan and Metaphysics." McLuhan 100 Then, Now Next International Conference, University of Toronto, Toronto, ON, Canada, November 7– 11, 2011.

Bogost, Ian. "Fun and Play: A Proceduralist Perspective." GAME Conference, Macquarie University, Sydney Australia, October 26-29, 2011.

Bogost, Ian. "Material and Computation." Tech Day, Tulane Innovative Learning Center, Tulane University, New Orleans, LA, September 30, 2011.

Bogost, Ian. "What is a Sports Videogame?" Keynote, 4th Annual Vienna Games Conference: Future and Reality of Games, Vienna, Austria, September 24-26, 2010.

Bogost, Ian. "The World is a Mess." Keynote, MoblEd, Pasadena Community College, Pasadena, CA, April 29, 2010.

Bogost, Ian. "How to Do Things with Videogames." Keynote, Exposicion de Videojuegos Argentina (EVA) 2009, Buenos Aires, Argentina, December 4-5, 2009.

Bogost, Ian. "Alien Phenomenology: Toward a Pragmatic Speculative Realism." Plenary, Society for Literature, Science, and the Arts annual conference, Atlanta, GA, November 5-7, 2009.

Bogost, Ian. "Videogames are a Mess." Keynote, Digital Games Research Association conference, Uxbridge, UK, September 2-5, 2009.

Bogost, Ian. "Serious Games." X Media Lab Sydney: Serious Games, Sydney, Australia, July 11, 2009.

Bogost, Ian. "Videogames and Learning." Keynote, 5th Annual NM Media MIX, Albuquerque, NM, January 17, 2009.

Bogost, Ian. "The Unknown Possibilities of Existence." Keynote, Meaningful Play Conference, Michigan State University, October 9, 2008.

Bogost, Ian. "Design: the Good, the Bad, and the Ugly." Plenary panel with Brenda Brathwaite and Daniel Greenberg. Southern Interactive Entertainment Expo 2008, Marietta, GA, October 4, 2008.

Bogost, Ian. "Fine Processing." Persuasive Technology 2008 Conference. Keynote, University of Oulu, Finland, June 4, 2008.

Bogost, Ian. "The Phenomenology of Videogames." Keynote, Philosophy of Computer Games Conference, Potsdam Germany, May 8, 2008.

Bogost, Ian. "Convergence As..." Keynote, Deutsche Gamestage Convergence Day, Berlin Germany, May 6, 2008.

Bogost, Ian. "Not Interdisciplinarity, but Love." Keynote, Game Developers Conference 2008, IGDA Education Summit, San Francisco, CA, February 18, 2008.

Bogost, Ian. "Videogames, Learning, Interdisciplinarity." Keynote, University of Arkansas Sim U 2007, Fayetteville AK, September 7, 2007.

Bogost, Ian. "Videogames Beyond Entertainment." Keynote, Colorado University Spring Symposium, Denver, CO, May 16, 2007.

Bogost, Ian. "Casual Games, a New Perspective." Keynote, Nokia Game Day, Helsinki, September 4, 2006.

Bogost, Ian. "Persuasive Games, or How to Resist Serious Games." Taking Games Seriously Symposium, Ohio University, May 19, 2006.

Bogost, Ian. "Anamorphic Nostalgia." Keynote, Playing the Past: Nostalgia in Videogames and Electronic Literature, University of Florida, February 2005.

**D.2. INVITED PRESENTATIONS**

Bogost, Ian. "How to Have Fun At Work, At Home, And Anywhere Else." Georgia Tech Research Institute, Atlanta, GA, October 26, 2018.

Bogost, Ian. Deep Vista: a series of panels on architecture and technology. Texas A&M University, April 27–28, 2018.

Bogost, Ian, Sonya Collins, Amy Stone, and David Terrasso. "The Bread and Butter Panel: Writing for Non-Technical Audiences." ComSciCon Atlanta, Atlanta, Georgia, March 2, 2018.

Bogost, Ian. "Have Persuasive Games Failed?" Persuasive Gaming Conference. Amsterdam, Netherlands, October 15, 2017.

Bogost, Ian. "Object-Oriented Ontology as a Design Philosophy." Baumer Lecture Series, Knowlton School of Architecture, Ohio State University, August 30, 2017.

Bogost, Ian, Steve Gaynor, Geoff Manaugh, and Liam Young. "Speculation," at Telling Traces: Moving through the City in Literature, Film and Art., Harvard Graduate School of Design/Harvard-Mellon Urbanism Initiative, Harvard University, February 25, 2017.

Bogost, Ian. Panel on Games and Politics. Wilton Park/Improbable Forum on Artificial realities: politics, persuasion and storytelling. Los Angeles, CA, February 23-24, 2017.

Bogost, Ian. "Object-Oriented Ontology and Architecture." MIT School of Architecture, December 2, 2016.

Bogost, Ian. "Play Anything." Google Talks, Google Cambridge, December 1, 2016.

Bogost, Ian and Max Temkin. "Play Anything." Chicago Humanities Festival, Chicago, IL, December 5, 2016.

Bogost, Ian. "Play Anything. Seattle Town Hall, Seattle, WA, September 15, 2016.

Bogost, Ian, Annie Eaton, Peter Stolmeier, Dale Adams, Gaspar Ferreiro, and Erick Lorenzo. "Ethics of VR." Terminus Festival 2016. Atlanta, Georgia, June 16–19, 2016.

Bogost, Ian. PLASMA Series (Performances, Lectures, and Screenings in Media Art), University of Buffalo Department of Media Study. Buffalo, New York, April 11, 2016.

Bogost, Ian. "Ironoia: The Mistrust of Things." Rocky Mountain College of Art and Design Visiting Artist and Designer Lecture Series. Denver, Colorado, November 9, 2015.

Bogost, Ian. "Smartwhatevers, or, Living Inside Computation." Sawyer Seminar Lecture. Rice University, Houston, Texas, September 17, 2015.

Bogost, Ian. “Fabrications: The Internet of Things.” The Terms of Media, Leuphana Centre for Digital Cultures, Lüneburg, Germany, June 17-29, 2015.
Bogost, Ian. “The Mistrust of Things.” Gilbert Lecture Series, Southern Methodist University, Dallas, TX, April 16, 2015.
Bogost, Ian. “Speculative Design as Speculative Philosophy.” Matter(ing) by Design Symposium, Parsons The New School for Design, New York, NY, April 10-11, 2015.
Bogost, Ian, Elizabeth LaPensée, Richard Lemarchand, Diana Santiago, Daphny David, Mattie Brice. “Why ______ Matters” (panel). Indiecade 2014, Los Angeles, CA, October 10-12, 2014.
Bogost, Ian. “The Design of Fun.” Wired by Design (Condé Nast/Wired Magazine), Marin, CA, September 30-October 1, 2014.
Bogost, Ian. “A Material World.” The English Institute 73rd Annual Meeting, Harvard University, September 19-21, 2014.
Bogost, Ian. “Technology and the Soul of Higher Education.” Critical Conversations and Bold Ideas, The Harvard Graduate School of Education, Harvard University, September 19, 2014.
Bogost, Ian. “Games and the End of Conceptual Art.” Visiting Artist Lecture Series, University of Nevada, Reno, May 5, 2014.
Bogost, Ian. “How Successful Videogames Explain Society.” Indiana University The College Arts & Humanities Institute Lecture & Workshop Series, Bloomington, IN, March 26, 2014.
Bogost, Ian. “Strange Games: Computer Gaming and Media Ecosystems.” University of South Carolina Future Knowledge Lecture Series. Columbia, SC, March 7, 2014.
Bogost, Ian. “Algorithmic Culture Does Not Exist.” LIFT Conference 2014, Geneva, Switzerland, February 5-7, 2014.
Bogost, Ian. “What Are Game Developers? A View From the Future.” Game Developers Conference 2014, San Francisco, CA, March 21-23, 2014.
Rutgers Center for Cultural Analysis Seminar, Rutgers University, New Brunswick, NJ, January 22, 2013.
Bogost, Ian. “Philosophical Carpentry” (workshop). Concordia University, Montréal, Canada, November 8, 2013.
Bogost, Ian. “Smithfield half hams, One Direction duct tape, and Cheeseburger Pringles.” Concordia University, Montréal, Canada, November 7, 2013.
Bogost, Ian. “Is Game Design R&D Even Possible?” Concordia University Hexagram Lab, Montréal, Canada, November 7, 2013.
Bogost, Ian, Brian Croxall, TyAnna Herrington, Stewart Varner, and Robin Wharton. “Open Access and the Digital Humanities” (panel). *Open Access Week 2013*, Georgia Tech, Atlanta, GA, October 25, 2013.
Bogost, Ian. “You gave me your mud and I've turned it to mud, or, the weird futility of game design R&D.” The New York Times R&D lecture series. New York, NY, September 19, 2013.
Bogost, Ian. “Fun.” UX Week 2013, San Francisco, CA, August 22-24, 2013.
Bogost, Ian. “I Kickstarted Your Project And I Didn't Even Get The Lousy T-Shirt.” Maryland Institute for Technology and the Humanities (MITH) Digital Dialogues. University of Maryland. April 30, 2013.

Bogost, Ian. "Living with Things." 2013 Winton Tolles Lecture. Hamilton College, Clinton, NY. April 18, 2013.

Bogost, Ian. "Games as Commentary." Panel at Indiecade East. New York, NY, February 15-17, 2013.

Bogost, Ian. "Simony: Artist's Lecture" Museum of Contemporary Art, Jacksonville. November 17, 2012.

Bogost, Ian. "Fun." Loyola University, New Orleans. November 29, 2012.

Bogost, Ian. "Making Games as Fast as You Can Think of Them." Adobe Educators Conference, Toronto, Canada. November 9, 2012.

Bogost, Ian. "Videogames and the Arts." The Pew Center for Arts & Heritage, Philadelpha, PA. October 18, 2012.

Bogost, Ian. "Persuasive Games: Or Drilling for Whale." American University, Washington, DC. October 17, 2012.

Bogost, Ian. "How to do things with videogames." World Knowledge Forum. Seoul, Korea, October 9-11, 2012.

Bogost, Ian. "Procedural Rhetoric." Media Systems Workshop, UC Santa Cruz, Santa Cruz, CA, August 26-29, 2012.

Bogost, Ian. "Graham Harman's *The Quadruple Object*." Pressses Universitaires de France (PUF) anniversary celebration, MaMa, Zagreb, Croatia, June 22-23, 2012.

Bogost, Ian. "Alien Phenomenology." WebVisions Forum. Portland, OR, July 17-19, 2012.

Bogost, Ian. "A Slow Year." Art Now Lecture Series. Morris Museum of Art. Augusta, GA, April 26, 2012.

Bogost, Ian. Turing @ Tech Panel Discussion. Georgia Institute of Technology, April 20, 2012.

Bogost, Ian. "Making Videogames Ordinary." Georgia Tech Computing Alumni Association. Georgia Institute of Technology, April 10, 2012.

Bogost, Ian. "Humility and Ordinariness, or the Future of Videogames." University of Texas, Dallas, March 28, 2012.

Bogost, Ian. "Humility and Ordinariness, or the Future of Videogames." Emory University, March 27, 2012.

Bogost, Ian. "A Selection of Artisanal Learning Games." Parsons The New School for Design, New York, NY, March 2, 2012.

Bogost, Ian. "A Slow Year." Game Change: Videogames as Medium and Inspiration artist's panel. Telfair Museum, Savannah, GA, March 1, 2012.

Bogost, Ian. *A Slow Year* reading, Electronic Literature Organization Reading, Modern Language Association Conference, Seattle, WA, January 6, 2012.

Bogost, Ian. "The Cartoonist and the Whaler: Notes on the Future of Journalism and Other Media." MIT, Cambridge, MA, December 12, 2011.

Bogost, Ian. "The Cartoonist and the Whaler: Two Tales of Journalism's Future." University of Virginia, Charlottesville, VA, December 8, 2011.

Bogost, Ian. "Newsgames." Oi Futuro, Rio de Janeiro, Brazil, November 16, 2011.

Bogost, Ian. "Words, Images, Computation, and Other Materials." University of California, Davis, October 10, 2011.

Bogost, Ian. "Rusty Machines and Fairy Tales." Technology, Globalization, and Culture series, Iowa State University, September 27, 2011.

Bogost, Ian. "How do Leaders Learn?" Annual Meeting of the New Champions, the World Economic Forum, Dalian China, September 13-16, 2011.

Bogost, Ian. "IdeaLab on Persuasive Games." Annual Meeting of the New Champions, the World Economic Forum, Dalian China, September 13-16, 2011.

Bogost, Ian. "Gamification is Bullshit." Wharton Gamification Symposium, Wharton School, University of Pennsylvania, August 9-10, 2011.

Bogost, Ian. "How to do things with videogames." TTI/Vanguard Serious Fun. Chicago, May 3-4, 2011.

Bogost, Ian. "Social Game Developers Rant Back." 2011 Game Developers Conference, San Francisco, CA, February 28-March 4, 2011.

Bogost, Ian. "Are Social Games Worthy?" Social and Online Game Summit, 2011 Game Developers Conference, San Francisco, CA, March 1, 2011.

Bogost, Ian. "Dark Horse: The Parimutuel Future of Procedural Rhetoric." DeRoy Lecture Series, Wayne State University, Detroit, MI, January 22, 2011.

Bogost, Ian. "Beyond Transmedia: Gamifying Major Media Properties." Gamification Summit, San Francisco, CA, January 21, 2011.

Bogost, Ian. "Process vs. Procedure." Metaphysics and Things: The Fourth International Conference of the Whitehead Research Project. Claremont Graduate School, Claremont, CA, December 2-4, 2010.

Bogost, Ian. "Object-Oriented Ontogeny." Hello, Everything: Speculative Realism and Object-Oriented Ontology. UCLA, Los Angeles, CA, December 1, 2010.

Bogost, Ian. "Newsgames: Journalism at Play." Journalism Director's Forum, USC Annenberg School for Communication. Los Angeles, CA, November 30, 2010.

Bogost, Ian. "Phosphor and Dust: Simulating the Cathode Ray Tube for Computer and Video Media." Digital Media in Cultural Heritage: New Preservation Technologies sessions, Eastern Analytical Symposium. Somerset, NJ, November 14-17, 2010.

Bogost, Ian, Simon Ferrari, and Bobby Schweizer. "Newsgames." Southern Interactive Entertainment and Gaming Expo. Atlanta, GA, October 1-3, 2010.

Bogost, Ian. "Project Next." Indiecade Conference. Culver City, CA, October 7-10, 2010. Bogost, Ian. "Ruminations on Cow Clicker." Game Developers Conference. Austin, TX, October 5-7, 2010.

Bogost, Ian. "Social Games on Trial," NYU Video Game Seminar Series, New York University, New York, NY, July 16, 2010.

Invited Expert, Humanities Gaming Institute (sponsored by the National Endowment for the Humanities), University of South Carolina, June 7–25, 2010.

Bogost, Ian. "We Live in Public." Time Will Tell, But Epistemology Won't: In Memory of Richard Rorty. UC Irvine, Irvine, CA, May 14, 2010.

Bogost, Ian. "The Flavors of Procedural Rhetoric." PRE/TEXT Games and Rhetoric Symposium, Clemson University, April 8, 2010.

Bogost, Ian. “A Slow Year.” Nuovo Sessions, 2010 Game Developers Conference, San Francisco, CA, March 12, 2010.

Bogost, Ian, and Nick Montfort. “Think Inside the Box: Platform Studies.” Center for Computer Games and Virtual Worlds Speaker Series, UC Irvine, Irvine, CA, December 11, 2009.

Bogost, Ian. “Mobile Games.” UCLA Mobile Media Symposium, Los Angeles, CA, November 13, 2009.

Bogost, Ian. “Gaming, Marketing, and Advertising.” American Marketing Association of Atlanta, Atlanta, GA, September 24, 2009.

Bogost, Ian and Clive Thompson. “ Games and the News.” Games for Change Annual Festival, New York, May 28-29, 2009.

Bogost, Ian, Gary Brubaker, Andrew Phelps, Walker White, Jim Whitehead, Michael Zyda. “ Creating and Managing an Academic Games Program.” Foundations of Digital Games Conference, April 26-30, 2009.

Bogost, Ian. “ Bone of My Bones and Flesh of My Flesh: The Genesis of Ms Pac-Man.” GDX Conference, Savannah College of Art and Design, April 16-17, 2009.

Bogost, Ian. “Interface and Platform Studies.” NC State University College of Design, April 3, 2009.

Bogost, Ian. “Models, Rhetoric, Platforms.” NYU Game Center Lecture Series. New York, March 5, 2009.

Bogost, Ian. “From Pac-Man to E.T.: Lessons in Family Play and Experience Design from the Atari VCS.” Interactive Ontario GTalk Seminar, St. Catherines, Ontario, December 10, 2008.

Bogost, Ian. “Games and Public Health.” Harvard School of Public Health, November 13, 2008.

Bogost, Ian. “Games and Politics.” Harvard Kennedy School of Government, November 13, 2008.

Bogost, Ian. “Students and Gaming.” University System of Georgia Vice Presidents for Academic Affairs and Student Affairs Annual Meeting, Lake Oconee, GA, July 14, 2008.

Bogost, Ian. “Games and Corporate Learning.” TAG Workplace Learning Society, Atlanta GA, June 24, 2008.

Bogost, Ian. “Persuasive Games.” Social Media Strategy Workshop, American Heart Association, Dallas, TX, June 19, 2008.

Bogost, Ian. “Platform Studies.” Software Studies Workshop, University of California San Diego, May 20, 2008.

Bogost, Ian. Plenary Panel. Game Developers eXchange 2008, Savannah College of Art and Design, Atlanta, GA, April 11, 2008.

Bogost, Ian. “News Games” International Symposium on Online Journalism. Austin, TX, April 3, 2008.

Bogost, Ian. “Can Advergaming Spur Creativity?” Interactive Content Exchange 2008, Toronto, Ontario, March 26, 2008.

Bogost, Ian. “Workshop on Wellness and Well-Being.” Institute for the Future, Palo Alto, CA, March 25, 2008.

Bogost, Ian. “Designing Outreach in Virtual Worlds.” Panel at the 2008 Politics Online Conference, Institute for Policy, Democracy, and the Internet, Washington DC, February 23, 2008.

Bogost, Ian. " Participant Journalism & Journalism Participation: Interacting & Authoring in New Media." Symposium on Computation and Journalism, The Georgia Institute of Technology, Atlanta, GA, February 22-23, 2008.

Bogost, Ian. "Platform Studies, Creative Computing and Constraint: the Atari VCS (1977) and beyond." HUMlab, Umeå University, Sweden, February 12, 2008.

Bogost, Ian. Seminar on Procedural Rhetoric. Concordia University, Montreal, QC, November 29, 2007.

Bogost, Ian. "Computers and Other Neglected Topics in Game Studies." New York University, New York City, November 13, 2007.

Bogost, Ian.  "Games and Civic Engagement." Knight Center Communications Forum, Massachusetts Institute of Technology, Boston, MA, November 8, 2007.

Bogost, Ian, Daniel Greenberg, and Ernest Adams. Plenary Panel, First Annual Southern Interactive Entertainment & Game Expo, Atlanta, GA, October 6, 2007.

Bogost, Ian. "Serious Games and Learning," LeapFrog Enterprises, Emeryville, CA, September 21, 2007.

Bogost, Ian. "Videogames, Learning, and Youth." The National Academies Standing Committee on Technology Insight-Gauge, Evaluate, and Review (TIGER), Washington, DC, August 22, 2007.

Bogost, Ian, "Persuasive Games: The Expressive Power of Videogames." Microsoft Research, June 21, 2007.

Bogost, Ian. "A Moment of Crisis! A Case Study of Airport Security." Games for Change 2007 Festival, New York, NY, June 11-12, 2007.

Bogost, Ian. "Health Games & Persuasion." The Institute for the Future, San Francisco, CA, May 23, 2007.

Bogost, Ian, "Building Powerful Online Communities: Best Practices." Personal Democracy Forum, New York, NY, May 18, 2007.

Bogost, Ian. "From Atari VCS to Nintendo Wii: Platform Studies as an Approach to Videogame Criticism and Design." UCLA, Los Angeles, CA, May 14, 2007.

Bogost, Ian. "Persuasive Games: Introduction to Procedural Rhetoric." UC Santa Cruz, Santa Cruz, CA, February 5, 2007.

Bogost, Ian. "Persuading with Mobile Games." Mobile Persuasion Conference, Stanford University, Palo Alto, CA, February 2, 2007.

Bogost, Ian. "Platform studies: computers and other neglected topics in game research." Playing the Field: An Interdisciplinary Game Researchers Summit. IT University Copenhagen, Copenhagen, Denmark, December 6, 2006.

Bogost, Ian. "Persuasive Games, or How Videogames Make Arguments and How Players Respond," University of California, San Diego, November 17, 2006.

Bogost, Ian. "Introduction to Platform Studies." Duke University, John Hope Franklin Humanities Institute Seminar, Durham, NC, November 15, 2006.

Bogost, Ian. "Political and Activist Gaming." Duke University, John Hope Franklin Humanities Institute, Durham, NC, November 13, 2006.

Bogost, Ian. "Introduction to Games for Health." The Centers for Disease Control and Prevention (CDC), Atlanta, GA, July 19, 2006.

Bogost, Ian. "Persuasive Games and Social Change." The Hollywood Hill, Los Angeles, CA, May 9, 2006.

Bogost, Ian. "How to Do Things with Videogames" *3rd Annual Game Festival and Symposium*. Rensselaer Polytechnic Institute, School of Humanities & Social Sciences, April 28-29, 2006.

Bogost, Ian. "What do Educational Games Teach?" *The Age of Simulation*. Ars Electronica, Linz Austria, January 2006.

Bogost, Ian. "The Future of Advertising in Games." *European Advertising in Games Forum*. London, England, November 2005.

Bogost, Ian. "Social Issues Games." *Games for Change Annual Conference*. New York, NY, October 2005.

Bogost, Ian. "Designing for Reproach." Baltimore, MD: University of Baltimore, September 2005.

Bogost, Ian. "Digital Gaming as Pedagogy and Activism." Middlebury, VT: Middlebury College, July 2005.

Bogost, Ian. "Virtual Worlds, Real Money." San Francisco, CA: Supernova 2005 Conference, June 2005.

Bogost, Ian. "Playing Politics: Videogames for Politics, Activism, and Advocacy." Paper presented at the Command Lines: The Emergence of Governance in Global Cyberspace, Milwaukee, WI, April 29 - 30 2005.

Bogost, Ian. "At This Moment: Representation of Events in Videogames." Maastricht, Netherlands: Innovative Game Design Symposium, Jan van Eyck Academie, February 2005.

Bogost, Ian. "Playing the News." Washington DC: American Press Institute, August 2004.

Bogost, Ian. "Digital Futures for Television." Los Angeles, CA: Writers Guild of America Symposium, March 2004.

Bogost, Ian. "Simulation Fever: An Approach for Game Criticism." Dallas, TX: University of Texas at Dallas, February 2004.

Bogost, Ian. "Simulation Fever: An Approach for Game Criticism." Atlanta, GA: The Georgia Institute of Technology, January 2004.

Bogost, Ian. "Persuasive Games: Advocacy and Activism in Electronic Games." Copenhagen, Denmark: IT University, November 2003.

**D.3. CONFERENCE PRESENTATIONS**

Bogost, Ian, Stephanie Boluk, Alenda Chan, Edward Chan, Heidi Coleman, Patrick Jagoda, Patrick Lemieux, Timothy Welsh. "Game Studies 1: Roundtable with Ian Bogost." Society for Science Literature and the Arts (SLSA) annual conference, Tempo, AZ, November 10, 2017.

Bogost, Ian, Susana Morris, Molly Wright Steenson, Whitney Trettien. "Speculation in Digital Humanities and Design." DH+Design Symposium. Atlanta, Georgia, May 4–5, 2017.

Bogost, Ian, David Theo Goldberg, Rebecca A. Lippmann. "Connected Academics: Humanists at Work." Modern Language Association Conference 2016. Austin, Texas, January 7–10, 2016.

Anthony, Jason, Ian Bogost, Gregory Grieve, Owen Gottlieb, Michael Houseman, Kerstin Radde-Antweiler, Michael Waltemathe, Rachel

Wagner, and Xenia Zeiler. Video Gaming and Religion Seminar: Crafting the Study of Religion and Video Games. American Academy of Religion Annual Conference, Atlanta GA, November 21-24, 2015.

Englehardt, Kirk, Ian Bogost, Daniel Goldman, and Mark Prausnitz. "Building Faculty Communication Plans." University Research Magazine Association Annual Meeting, Atlanta GA, June 7-9, 2015.

Bloom, Michael, Colin Dunn, and Ian Bogost. "Serious Games: Crafting Sustainable Solutions Through Play." American Institute of Architects Convention 2015, Atlanta, GA, May 15-17, 2015.

Jenkins, Tom, and Ian Bogost. "Tiny Tinkering Platforms." Open Hardware Summit, Boston, Massachusetts, 2013.

Bogost, Ian, Mattie Brice, Frank Lantz, and Tim Rogers. "Critical Condition" (panel). Indiecade 2013, Los Angeles, CA, October 4, 2013.

Bogost, Ian, Mia Consalvo, Michael Mateas, and Miguel Sicart. "Play and Procedurality" (panel). Digital Games Research Association Conference 2013, Atlanta, GA, August 25-29, 2013.

Bogost, Ian, Mike Capps, and Daniel Greenberg. "Scapegoats no More: Improving the Public Image of Games." Game Developers Conference 2013, San Francisco, CA, March 27-30, 2013.

Benson-Allott, Caetlin, Ian Bogost, Jonathan Sterne, Steven Jones, and Peter Krapp. "Platform Studies: Debating the Future of a Field." Panel at the Society for Cinema and Media Studies Conference 2013, Chicago, IL, March 5-9, 2013.

Bogost, Ian. "Beyond Screen Convergence." Respondent. Society for Cinema and Media Studies Conference 2013, Chicago, IL, March 5-9, 2013.

Bogost, Ian. "Philosophy vs. Carpentry: What's the Difference?" 26th Society for Science, Literature and the Arts (SLSA) Conference, Milwaukee, WI, September 27-30, 2012.

Bogost, Ian. "The Genesis of Ms. Pac-Man." 26th Society for Science, Literature and the Arts (SLSA) Conference, Milwaukee, WI, September 27-30, 2012.

Bogost, Ian. "Game-o-Matic: A Tool for Generating Journalistic Games on the Fly." 9th Annual Games for Change Festival. New York, NY, June 18-20, 2012.

Bogost, Ian. "Making Games as Fast as You Can Think of Them." 2012 Game Developers Conference, San Francisco, CA, March 5, 2012.

Bogost, Ian. "Game Educators Rant." 2012 Game Developers Conference, San Francisco, CA, March 6, 2012.

Bogost, Ian. "The Aesthetics of Procedural Content." Procedural Content Generation Workshop, 6th Foundations of Digital Games Conference. Bordeaux, France, June 28, 2011.

Bogost, Ian et al. "The Great Gamification Debate." Serious Games Summit, 2011 Game Developers Conference, San Francisco, CA, March 1, 2011.

Bogost, Ian (respondent). "Object-Oriented Feminism." Panel at 2010 Society for Literature Science and the Arts Conference, Indianapolis, IN, October 28-31, 2011.

Bogost, Ian. "Why We Should Stop Writing: Carpentry and the Future of Philosophy." The Rocky Mountain Modern Language Association Conference. Albuquerque, NM, October 14-16, 2010.

Bogost, Ian, Simon Ferrari, and Bobby Schweizer. "Newsgames." Southern Interactive Entertainment and Game Expo. Atlanta, GA, October 5-7, 2010.

Bogost, Ian. "The Fever for Flu Games." 6th Annual Games for Health Conference. Boston, MA, May 25-27, 2010.

Bogost, Ian and Michael Mateas. "Cartoonist." 2010 Future of News and Civic Media Conference, MIT Center for Future Civic Media, June 16-18, 2010.

Bogost, Ian. "Cakes, Chips, and Calculus." Object-Oriented Ontology Symposium, The Georgia Institute of Technology, Atlanta, GA, April 23, 2010.

Bogost, Ian, Mia Consalvo, Michael Mateas, Jane McGonigal. "Game Studies Download 5.0." 2010 Game Developers Conference, San Francisco, CA, March 13, 2010.

Bogost, Ian. "Microtalk: Play with Us." 2010 Game Developers Conference, San Francisco, CA, March 12, 2010.

Bogost, Ian, Paolo Pedercini, Jason Rohrer. "Seriously, Make YOUR Game!" Serious Games Summit, at the 2010 Game Developers Conference, San Francisco, CA, March 11, 2010.

Bogost, Ian, Barbara Chamberlin, Sheryl Flynn, Ernie Medina, Stephen Yang. "Over a Billion Dollars Can't Be Wrong: Is Exergaming Success a Victory for Serious Games?" Serious Games Summit, at the 2010 Game Developers Conference, San Francisco, CA, March 10, 2010.

Aarseth, Espen, Ian Bogost, Fox Harrell, and Janet Murray. "How to Think About Narrative and Interactivity." Panel Symposium, Georgia Tech, October 20, 2009.

Sharp, John, Ian Bogost, Michael Nitsche, and Peter Weishar. "The Art History of Games." Panel presented at SIGGRAPH 2009, August 2009.

Bogost, Ian, William Huber, Genivieve Yeo. "Fatal Frames." Panel presented at the Society for Cinema & Media Studies Annual Conference, May 2009.

Bogost, Ian, Gary Brubaker, Andrew Phelps, Walker White, Jim Whitehead, Mike Zyda. " Creating and Managing an Academic Games Program." Panel presented at the Foundations of Digital Games Conference, April 26, 2009.

Bogost, Ian. "Bone of My Bones, and Flesh of My Flesh: The Genesis of Ms. Pac-Man." Paper presented at the Game Developers Exchange (GDX), Savannah College of Art and Design, Savannah GA, April 16, 2009.

Bogost, Ian, Mia Consalvo, and Jane McGonigal. "The Game Studies Download." Panel presented at the Game Developers Conference, San Jose, CA, March, 2009.

Bogost, Ian. "Learning from Atari 2600." Paper presented at the Game Developers Conference, San Jose, CA, March, 2009.

Bogost, Ian. "Public Gaming." Integrated Media Association Conference, Atlanta GA, February 21, 2009.

Bogost, Ian. "The City as Gameboard." Living Game Worlds IV, Georgia Tech, December 1, 2008.

Bogost, Ian. "What Makes Social Gaming Fun?" Panel at the Social Gaming Summit, San Francisco, CA, June 13, 2008.

Bogost, Ian. "Designing Outreach in Virtual Worlds." Politics Online Conference. Washington, D.C., March 4, 2008.

Bogost, Ian. "Participant Journalism & Journalism Participation: Interacting & Authoring in New Media." Symposium on Computation and Journalism, Atlanta, GA, March 4, 2008.

Bogost, Ian. Meditation Games Panel. Game Developers Conference, Serious Games Summit, San Francisco, CA, February 17-18, 2008.

Bogost, Ian. "Introduction to Persuasive Games." Modern Language Association annual conference, Chicago, IL, December 27, 2007.

Bogost, Ian. "The Present and Future of Game Criticism," Montreal International Games Summit, Montreal, QB, November 29, 2007.

Bogost, Ian. "Procedural Rhetoric: Code as Argument," 21st Society for Science, Literature and the Arts (SLSA) Conference, Portland, ME, November 1-3, 2007.

Bogost, Ian and Eric Zimmerman. "Making Games Persuasive" (workshop), Games Learning and Society 2007, University of Wisconsin, Madison, WI, July 12-13, 2007.

Bogost, Ian, and Nick Montfort. "New Media as Material Constraint: An Introduction to Platform Studies." Paper presented at the First Annual HASTAC Conference, Durham, NC, April 19-21, 2007.

Bogost, Ian, Mia Consalvo, and Jane McGonigal. "Game Studies Download" Presentation at the Game Developers Conference, San Francisco, CA, March 7-9, 2007.

Bogost, Ian, "Persuasive Games: Introduction to Procedural Rhetoric." Paper presented at the Serious Games Summit, San Francisco, CA, March 5-6, 2007.

Bogost, Ian. "K-16 Education Group Gathering" Discussion led at the Serious Games Summit DC, Washington, D.C., October 30-31, 2006.

Bogost, Ian. "Celebration as Positive Dissent: Reclaiming the Commons with a Sense of Humor." Panel presented at the Bioneers Southeast Forum, Atlanta, GA, October 21, 2006.

Bogost, Ian. "Brave New Interactive World: The Art of the Game." Panel presented at the Atlanta Film Festival, Atlanta, GA, June 11, 2006.

Bogost, Ian. "Using Games to Deliver Key Health Messaging." Paper presented at the Games for Health Day, Los Angeles, CA, May 9, 2006.

Bogost, Ian and Michael Mateas. "Politics, Religion, and Ideology: New Approaches to Biased Games." Paper presented at the Serious Games Summit 2006, San Jose, CA, March 2006.

Bogost, Ian, Mary Flanagan, Caitlin Kelleher, John Maloney, and Ken Perlin. "Serious Play: At the Edge of Education Gaming." Panel presented at the Serious Games Summit 2006, San Jose, CA, March 2006.

Bogost, Ian. "Good Design for In-Game Advertising." Paper presented at the Game Developers Conference, San Jose, CA, March, 2006.

Bogost, Ian, Mia Consalvo, and Jane McGonigal. "The Game Studies Download." Panel presented at the Game Developers Conference, San Jose, CA, March, 2006.

Bogost, Ian. "Procedural Rhetoric as Experience Design for Technology-Mediated Politics." Paper presented at the Digital Arts and Cultures

Workshop on Experience Design, Copenhagen, Denmark, November 30, 2005.

Bogost, Ian. "Project Management for Serious Games: Avoiding Mistakes." Panel presentation at the Serious Games Summit DC, Washington, DC, October 31 – November 1, 2005.

Bogost, Ian. "Advocacy and Public Policy Games." Paper presented at the Game Developers Conference, San Francisco, CA, March 7 - 11 2005.

Bogost, Ian. "In-Game Advertising Workshop." Workshop presented at the Electronic Entertainment Expo (E3), Los Angeles, CA, May 17 - 20 2005.

Bogost, Ian. "Advergaming for Public and Private Interests." Paper presented at the Game Developers Conference, San Francisco, CA, March 7 - 11 2005.

Bogost, Ian. "Current Issues in Advergames." Paper presented at the Advertising in Games Forum, New York, NY, April 14 2005.

Bogost, Ian. "Decoction and Community in Games." Paper presented at the Living Game Worlds Symposium, Atlanta, GA, March 15 - 16 2005.

Bogost, Ian. "In-Game Advertising Workshop." Paper presented at the Electronic Entertainment Expo Conference, Los Angeles, CA, May 16 - 19 2005.

Bogost, Ian. "Political Videogames." Paper presented at the International Simulation and Gaming Association Annual Conference, Atlanta, GA, June 27 - July 1 2005.

Bogost, Ian. "Advergaming for Prescription Medicine." Paper presented at the Games for Health Annual Conference, Baltimore, MD, September 22 - 23 2005.

Bogost, Ian. "Simulation Fever: An Approach for Game Criticism." Paper presented at the Second Cyberspace @ UCLA Symposium on Playing, Gaming, and Learning, Los Angeles, CA, January 16 2004.

Bogost, Ian, and Gonzalo Frasca. "Political Games: A Case Study of the Howard Dean for Iowa Game." Paper presented at the Serious Games Summit, San Jose, CA, March 13 - 15 2004.

Bogost, Ian. "Videogames as Mass Media Dialogue Devices." Paper presented at the Serious Games Summit DC, Washington DC, October 30 - 31 2004.

Bogost, Ian. "Project Connect a to Z: Developing Educational Games." Paper presented at the Serious Games Summit DC, Washington, DC, October 2004 2004.

Bogost, Ian. "Persuasive Games: Play in Advocacy and Pedagogy." Paper presented at the Cyberspace @ UCLA Symposium on Playing, Gaming, and Learning, Los Angeles, CA, October 23 2003.

**E. OTHER SCHOLARLY ACCOMPLISHMENTS**

Bogost, Ian. "Designing and Developing Ben's Game." In *Game Design Complete*, by Patrick O'Luanaigh. Phoenix, AZ: Paraglyph Press, 2006.

Bogost, Ian (Reader), and Christine Gatchell. *Elementary Greek: Koine for Beginners, Year Two*. Albuquerque, NM: Open Texture, 2006.

Bogost, Ian (Reader), and Christine Gatchell. *Elementary Greek: Koine for Beginners, Year One*. Albuquerque, NM: Open Texture, 2005.

Bogost, Ian. Interview on Videogames. In *Difficult Questions about Videogames*. edited by James Newman and Iain Simons. Nottingham, UK: Suppose Partners, 2004.

Bogost, Ian and Gonzalo Frasca (co-editors). *Water Cooler Games*, popular website on "videogames with an agenda," http://www.watercoolergames.org, 2003-2007.

Bauer, Susan Wise, Barabara Alan Johnson (reader), Ian Bogost (producer). *The Story of the World, Volume 3: Early Modern Times* (audiobook). Albuquerque, NM: Open Texture, 2005.

Bauer, Susan Wise, Barabara Alan Johnson (reader), Ian Bogost (executive producer). *The Story of the World, Volume 2: Medieval Times* (audiobook). Albuquerque, NM: Open Texture, 2004.

Bauer, Susan Wise, Barabara Alan Johnson (reader), Ian Bogost (executive producer). *The Story of the World, Volume 1: Ancient Times* (audiobook). Albuquerque, NM: Open Texture, 2003.

## IV.  TEACHING

### A.  COURSES TAUGHT

LMC 6325 Game Design and Analysis, Fall 2018 (4 students)
LMC 4725 Game Design as a Cultural Practice, Fall 2018 (12 students)
LMC 4400 Game Design Capstone, Spring 2018 (12 students)
LMC 2700 Introduction to Computational Media, Fall 2017 (70 students)
LMC 6325 Game Design and Analysis, Spring 2017 (12 students)
LMC 8000 PhD Proseminar, Fall 2016 (3 students)
LMC 4400 Senior Seminar, Spring 2016 (9 students)
LMC 6316 Historical Approaches to Digital Media, Fall 2015 (5 students)
CS 4803/8803 (with Blair MacIntyre) Game Studio, Spring 2015 (8 students)
LMC 2813 Introduction to Game Design, Spring 2015 (8 students)
LMC 4725 Game Design as a Cultural Practice, Fall 2014 (15 students)
CS 4803/8803 (with Blair MacIntyre) Game Studio, Fall 2014 (12 students)
CS 4803/8803 (with Blair MacIntyre) Game Studio, Spring 2013 (11 students)
LMC 6316 Historical Approaches to Digital Media, Spring 2014 (8 students)
CS 4803/8803 (with Blair MacIntyre) Game Studio, Fall 2013 (6 students)
LMC 2700 Introduction to Computational Media, Fall 2013 (89 students)
LCC 6316 Historical Approaches to Digital Media, Spring 2012 (10 students)
LCC 6650 The Philosophy of Sports, Fall 2011 (10 students)
LCC 6650 Design of Newsgames, Spring 2011 (7 students)
LCC 3843 Special Topics in Communication, Spring 2010 (6 students)
LCC 8823 Special Topics in Game Design and Analysis, Spring 2010 (9 students)
LCC 6650 Project Studio, Spring 2010 (5 students)
LCC 2700 Introduction to Computational Media, Fall 2009 (90 students)
LCC 6650 Project Studio, Fall 2009 (7 students)
LCC 6325 Game Design and Analysis, Spring 2009 (5 students)
LCC 4725 Game Design as a Cultural Practice, Spring 2009 (20 students)
LCC 6650 Project Studio, Spring 2009 (7 students)

LCC 6650 Project Studio, Fall 2008 (10 students)
LCC 2700 Introduction to Computational Media, Fall 2007 (90 students)
LCC 6650 Project Studio, Fall 2007 (5 students)
LCC 6650 Project Studio, Spring 2007 (4 students)
LCC 3710 Interaction Design, Spring 2007 (11 students)
LCC 8823 Special Topics in Game Design and Analysis, Spring 2007 (10 students)
LCC 2700 Introduction to Computational Media, Fall 2006 (34 students)
LCC 6325 Game Design and Analysis, Fall 2006 (13 students)
LCC 4725 Game Design as a Cultural Practice, Fall 2006 (10 students)
LCC 4699 Undergraduate Research (CM Capstone), Fall 2006 (4 students)
LCC 6650 Project Studio, Fall 2006 (4 students)
LCC 2700 Introduction to Computational Media, Spring 2006 (24 students)
LCC 8910 Special Problems in Physical Interfaces, Spring 2006 (2 students)
LCC 6314 Design of Networked Media, Spring 2006 (7 students)
LCC 6650 Project Studio, Spring 2006 (1 students)
LCC 2700 Introduction to Computational Media, Fall 2005 (25 students)
LCC 8823 Special Topics in Game Design and Analysis, Fall 2005 (8 students)
LCC 6650 Project Studio, Fall 2005 (1 student)
LCC 6613 Principles of Information Design, Spring 2005 (26 students)
LCC 4402 Basics of Multimedia Design, Spring 2005 (21 students)
LCC 4402 Basics of Multimedia Design, Fall 2004 (19 students)

## B.   INDIVIDUAL STUDENT GUIDANCE (GEORGIA TECH)

Chair, Digital Media M.Sc. committee, Edward Zhang (2017–)
Chair, Digital Media HCI committee, Yichi (Lyric) Yu (2017–2018)
Chair, Digital Media M.Sc. committee, Hayden Russell (2016–2018)
Chair, Digital Media M.Sc. committee, Mariam Naziripour (2015–2018)
Chair, Digital Media Ph.D. committee, Devin Wilson (2014–)
Chair, Digital Media Ph.D. committee, Albith Delgado (2014–2016)
Chair, Digital Media Ph.D. committee, Sarah Shoemann (2013–)
Member, Digital Media Ph.D. committee, Thomas Lodato (2011-2015)
    Dissertation: "The Work of User Experience Design: Materiality and Cultures
    in Designing"
Chair, Digital Media M.Sc. committee, Michael Vogel (2013–2016)
Chair, Digital Media M.Sc. committee, Michael Madaio (2013–2015)
    Thesis: "Cybernetic Autonomy:  An Analysis and Critique of Adaptive
    Learning Systems"
    Accepted into CMU PhD program in HCI.
Member, Digital Media M.Sc. committee, Kristjen Kjems (2013–2015)
    Thesis: "Designing Through Research; Paranoia, Alternate Reality Games,
    Their Tropes And Mixed Reality"
Member, Digital Media M.Sc. committee, Jesse Shedd (2013–2015)
    Thesis: "Portrait of an Anonymous Image Board: The Board-tans of 4chan"
    Accepted job at Isobar, New York City.
Chair, Digital Media M.Sc. committee, William Tsikerdanos (2013–2015)
    Thesis: "Headmaster System: An Adaptive Approach to Ability Progression"
Chair, Digital Media M.Sc. committee, Joe Peters (2012–2014)
Member, Digital Media Ph.D. committee, Tom Jenkins (2012–)

Chair, Digital Media M.Sc. committee, Jeffrey Bryan (2011-2013)
Thesis: The Dynamics Of The Player Narrative How Choice Shapes Videogame Literature
Chair, Digital Media M.Sc. committee, Chris Deleon (2010-2011)
Thesis: Pinball and Arcade Game History
Accepted into Georgia Tech Ph.D. program in Digital Media.
Chair, Digital Media M.Sc. committee, Hank Whitson (2010-2011)
Thesis: “Iterative Interpretation”
Chair, Digital Media M.Sc. committee, Chris Sumsky (2010-2011)
Thesis: “Encouraging Participation through Context with the Location-based Game Overworld”
Accepted job at Turner/Cartoon Network.
Chair, Digital Media M.Sc. committee, Jing Li (2010-2011)
Thesis: “Playable Infographics for Recycling”
Member, Digital Media M.Sc. committee, Lauren Langley (2010-2011)
Thesis: “Environmental Science”
Member, Digital Media M.Sc. committee, Andrew Ho (2010-2011)
Thesis: “Social Interactions”
Accepted job at PopCap Games.
Chair, Digital Media M.Sc. committee, Don Fernandez (2010-2011)
Thesis: “JournAlert”
Chair, Digital Media Ph.D. committee, Simon Ferrari (2010–2016)
Member, Digital Media Ph.D. committee, Bobby Schweizer (2009–2014)
Thesis: “Videogame Cities in Motion”
Tenure-track faculty at Texas Tech
Chair, Digital Media M.Sc. committee, Jason Lee (2010-2011)
Thesis: “200 Deaths”
Chair, Digital Media M.Sc. committee, Thomas Gibes (2009-2011)
Thesis: “Rethinking the RPG”
Chair, Digital Media M.Sc. committee, Mariam Asad (2009-2011)
Thesis: “Game-Poems”
Member, Digital Media Ph.D. committee, Sergio Goldenberg (2009–)
Chair, Digital Media M.Sc. committee, Simon Ferrari (2008–2010)
Thesis: “The Judgment of Procedural Rhetoric”
Accepted into the Ph.D. program in Digital Media at Georgia Tech.
Member, Digital Media M.Sc. committee, Audrey Whitman (2009-2010)
Thesis: “MAST (Metaphoric Adventure-Scripting Tool): A User-Facing Tool for Creating Multiplayer MMO Narratives”
Advisor, Computer Science Capstone project “Stella for iPhone” (2009)
Advisor, Computer Science Capstone project “CRT Simulator” (2008-2009)
Advisor, Digital Media Ph.D. student, Douglas Wilson (2008)
Member, Digital Media M.Sc. committee, Evan Mandel (2008-2009)
Thesis: “The Ungrind: Softening Achievement-centric Gameplay Techniques”
Member, Digital Media M.Sc. committee, Bobby Schweizer (2008-2009)
Thesis: “Representations of the City in Video Games”
Accepted into the Ph.D. program in Digital Media at Georgia Tech.
Member, Digital Media M.Sc. committee, Veronica Peshterianu (2006)
Thesis: “Townbuilder: An Asynchronous Multiplayer Casual Game Site”
Accepted job at Microsoft Game Studios

Member, Digital Media M.Sc. committee, Will Riley (2006-2008)
Thesis: "We the Undersigned: Anonymous Dissent and the Struggle for Personal Identity in Online Petitions."
Accepted job at Center for History and New Media, George Mason University. Simultaneously, entered the Ph.D. program at the University of Michigan School of Information.
Chair, Digital Media M.Sc. committee, Walter Kim (2006-2008)
Attended law school.
Chair, Digital Media M.Sc. committee, Robert Fitzpatrick (2006-2007)
Founded technology start-up Fuzzwich.
Member, Digital Media M.Sc. committee, Nathan Olson (2006)
Member, Digital Media M.Sc. committee, Manu Kapoor (2006-2007)
Thesis: "Modeling causality and inferences in detective fiction"
Member, Human Computer Interaction M.Sc. committee, Judith Siegel (2005-2007)
Thesis: "I'd Rather Play 'Guitar Hero': User Responses to Content in Three Political Games."
Accepted job at VMWare
Chair, Digital Media M.Sc. committee, Dakota Brown (2005-2007)
Thesis: "Pervasive Games Are Not A Genre, they are a sub-genre: A theoretical model for the genre of appropriative games and a technical approach to a single- player appropriative gaming experience."; Accepted job as Senior User Experience Designer at Popular Front; founded game studio Pathfindr.
Member, Digital Media Ph.D. committee, David Jimison (began advisement 2005)
Chair, Information Design & Technology M.Sc. committee, Jeffrey Crouse (2006)
Thesis: "Switchboard: A Real Time Art Toolkit"; accepted digital art fellowship at Eyebeam, NYC
Chair, Information Design & Technology M.Sc. committee, Daniel Klainbaum (2006)
Thesis: "Representing Place in Digital Media"; accepted job at Disney Imagineering
Chair, Information Design & Technology M.Sc. committee, Natalie Funk (2006)
Thesis: "The Waste Land Tarot"
Member, Information Design & Technology M.Sc. committee, Benjamin Tomasetti (2006)
Thesis: "Analog Touchpad Controller: An Alternative Videogame Controller"
Member, Information Design & Technology M.Sc. committee, Katherine Compton (2006)
Thesis: "Procedural Generation of Platform Game Levels"
Accepted job as Technical Artist at Maxis/Electronic Arts
Member, Information Design & Technology M.Sc. committee, Calvin Ashmore (2006)
Thesis: "Key and Lock Puzzles in Procedural Gameplay"
Entered Ph.D. program in Digital Media at Georgia Tech
Research Advisor, Human Computer Interaction M.Sc. student Allison Sall (2006)
Thesis: "Lets get physical: in, out and around physical gaming in the home"
Accepted job as Interaction Designer at Moment (New York)

Chair, Information Design & Technology M.Sc. committee, Mayhew Seavey (2005)
Thesis: "Song Canvas"; accepted job as Associate Producer at Electronic Arts
Chair, Information Design & Technology M.Sc. committee, Engin Ergodan (2005)
Thesis: "An On-Demand Advertising Model for Digital Television"
Accepted job at IDEO
Chair, Information Design & Technology M.Sc. committee, Tom Banaszewski (2005)
Thesis: "Towards Digital Literacy: Implementing Digital Storytelling in Grades 4-12"
Middle school teacher in Massachusetts
Member, Information Design & Technology M.Sc. committee, Lakshmi Jayapalan (2005)
Thesis: "Wide-Ruled: A Generative, Interactive Story Authoring Environment"
Accepted job as Associate Producer at Electronic Arts
Member, Information Design & Technology M.Sc. committee, Alcides Velasquez (2005)
Thesis: "Graphic Tool for Literary Analysis from a Network Perspective of the Text"
Member, Information Design & Technology M.Sc. committee, Zuley Clarke (2005)
Thesis: "S.U.D.S.: Soap Opera Update System"
Accepted job as Interactive Producer at Schematic

## C. INDIVIDUAL STUDENT GUIDANCE (OTHER)

Ph.D. Adviser, Venus Torabi, Brock University, 2018–.
Ph.D. External Examiner, Tessa Leach, University of Melbourne, 2018.
Ph.D. Committee, Joshua Daniel-Wariya, Texas Christian University, 2013-2014.
Dissertation: Ludic Rhetoric and the Language of Play.
Ph.D. Defense Committee Member, Olivier Mauco, Université de Paris 1, La Sorbonne, 2012.
Ph.D. Committee, Aaron Pedinotti, New York University, 2011–2015.
Ph.D. Committee, Steven Pustay, Georgia State University, 2011–2015.
Opponent, Ph.D. defense, Petri Lankoski, Aalto University, Finland, 2010.
Topic Consultant, External Committee Member, MFA Committee, David McDonough, Savannah College of Art and Design, Savannah, GA, 2008-2009.
External Examiner, Ph.D. Committee, Pippin Barr, Victoria University, Wellington NZ, 2008.
Opponent, Ph.D. Committee, Miguel Sicart, IT University, Copenhagen, 2006.

## D. OTHER TEACHING ACTIVITIES

Led overhaul of Digital Media MS curriculum, 2011-2012.
Contributed to new curriculum, Computational Media B.S., 2004–2007.
Redesigned course curriculum, LCC 2700 Introduction to Computational Media
Developed new course curriculum, LCC 8803 Topics in Game Design and Analysis

Developed new course curriculum, LCC 8823 Advanced Topics in Game Design and Analysis
Contributed to revised curriculum, Information Design & Technology M.Sc., 2004 - 2005

## V. SERVICE

### A. PROFESSIONAL CONTRIBUTIONS

Reviewer, *The Sociological Review*.
Reviewer, DiGRA Nordic 2019.
Reviewer, CHI 2018.
Program Committee, Foundations of Digital Games 2017.
Program Committee, Digital Games Research Association 2017.
Editorial Advisory Board, *American Journal of Play*, 2007–.
External Academic Program Review committee, University of Central Florida School of Visual Arts and Design, 2016.
Advisory Board, University of Florida Department of English TRACE Innovation Initiative
Selection Committee, World Video Game Hall of Fame, Strong Museum of Play, Rochester, NY
Program Committee, Digital Games Research Association 2015.
Program Committee, Foundations of Digital Games 2015.
Advisory Board, Political Arts book series (Bloomsbury).
Program Co-Chair, Foundations of Digital Games 2014.
Advisory Council, Excelsior University Center for Game and Simulation-Based Learning
Program Co-Chair, Game Studies and Game Design, Foundations of Digital Games 2014.
Advisory Board, metaLAB projects (book series), Harvard University Press.
Editorial Board, *Configurations* (journal).
Editorial Board, *Informatics* (journal).
Member, White House Office of Science and Technology Policy (OSTP) Academic Consortium on Games for Impact
Editorial Board, *Rhetoric Review* (journal).
Program Committee, Foundations of Digital Games 2012 Procedural Content Generation Workshop.
Program Committee, Foundations of Digital Games 2012.
Panels Chair, Foundations of Digital Games 2012.
Advisory Board, Zobee, Inc. (social games), 2011–2015.
Advisory Board, Dygest, Inc. (mobile applications for news), 2011–.
Advisory Board, *O-Zone: A Journal of Object-Oriented Studies*, 2011–.
Advisory Board, Rhizome Digital Art Archive, 2011–.
University Press Reviewer, Harvard University Press, MIT Press, Routledge
Co-organizer, Serious Games Summit 2011 (Game Developers Conference).
Reviewer, International Journal of Communication.
Reviewer, Technical Communication Quarterly (journal).
Persuasive Technology Conference, Academic Advisory Board, 2010–2011.
Program Committee, Persuasive 2014.

Program Committee, Philosophy of Computer Games International Conference, 2010–2011.
International Advisory Board, *Eludamos* (peer-review open-access journal), 2010–.
Co-organizer, Serious Games Summit 2010.
Advisory Board, Romero Archives (videogame archive), 2010–.
Advisory Board, International Center for the History of Electronic Games, Strong National Museum of Play (Rochester, NY), 2010–.
Member, International Choice Awards Network (Game Developers Choice Awards jury).
Advisory Board, Preserving Virtual Worlds II project (Maryland Institute for Technology in the Humanities, the Rochester Institute of Technology, Stanford University Libraries, and the Graduate School of Library & Information Science at the University of Illinois), 2009-2010.
Advisory Board, The Landmark Video Games book series (University of Michigan Press).
Editorial Board, Speculations: The Journal of Object Oriented Ontology.
Reviewer, National Endowment for the Humanities.
Reviewer, Political Studies.
Panels Chair, Foundations of Digital Games Conference 2010.
Microsoft Imagine Cup 2009 (international student technology competition), official judge, gaming category.
Foundations of Digital Games Conference 2009 Doctoral Consortium mentor.
Jury, Jennifer Ann's Group Life Love Game Design Challenge, 2009.
Co-organizer, Serious Games Summit, 2009.
Program Committee, Foundations of Digital Games Conference 2009.
Program Committee, Persuasive Technology 2009.
Microsoft Imagine Cup 2008 (international student technology competition), official judge, gaming category.
Editorial, Board, Historical Studies of Digital Entertainment (journal), 2008–.
Program Committee, Fourth Annual Fundamentals of Digital Games Conference, 2009.
Reviewer, AIS journals, 2008.
Jury, Jennifer Ann's Group Life Love Game Design Challenge, 2008.
Program Committee, Persuasive Technology 2008.
Program Committee, Meaningful Play Conference, Michigan State University, 2008.
Co-organizer, Serious Games Summit, 2008.
Editorial Board, The Journal of Digital Culture & Education, 2008 –.
Editorial Board, The Journal of e-Media Studies, 2007 –.
Editorial Board, Games & Culture (journal), 2007 –.
Program Committee, Persuasive Technolgoy 2007.
Reviewer, Games and Culture (journal), 2006-2007.
Co-Series Editor, “Platform Studies,” MIT Press, 2006 –.
Program Committee, Cybergames 2007 Conference.
Reviewer, CHI 2006.
Editor, Game Studies (journal), 2006 –.
IEEE Computer Society Task Force on Gaming, 2006 –.
Advisory Panel, 7th Digital Arts and Culture Conference.
Official Judge, PoV Game Art Exhibit, DiGRA International Conference 2005.

Advisory Board, Games for Change, 2005–.
Advisory Board, Serious Games Summit, 2005–.
Official Judge, Independent Games Festival (IGF), 2003 – 2004.
Advisory Board, Macromedia Flash MX Pro (2002 – 2005).
Educational Advisor, Kellogg Creek Software.
Member, Board of Reviewers, Game Studies (journal) (2004 – 2006).
Member, Advisory Board, Games for Change Association.
Member, Gerson Lehrman Group Media Council.
Member, Advisory Board, Teamcomplete LLC.

## B. CAMPUS CONTRIBUTIONS

Faculty Senate, Georgia Tech, 2018–.
Chair, School of Literature Media and Communication RPT Committee , 2017-2018.
School of Interactive Computing Chair Search Committee, 2016–2017.
School of Literature Media and Communication MS Strategy Committee, 2015-2016.
School of Literature Media and Communication Executive Committee Chair, 2015-2016.
Chair, School of Literature Media and Communication Digital Media Hiring Committee, 2014-2015.
School of Literature Media and Communication Periodic Peer Review Committee, 2013-2014.
School of Literature Media and Communication Graduate Admissions Committee, 2013-2014.
Co-organizer, Computation + Journalism Symposium 2013.
Georgia Tech Council of the Arts, 2012–.
School of Literature Media and Communication Graduate Curriculum Committee, 2012-2013.
School of Literature Communication and Culture Chair Search Committee, 2011-2012.
School of Literature Communication and Culture Reorganization Task Force, 2011.
School of Literature Communication and Culture Director of Graduate Studies, 2010–.
Ivan Allen College Liberal Arts Committee, 2010-2011.
School of Literature Communication and Culture/Ivan Allen College LCC Task Force, 2011.
School of Literature Communication and Culture Executive Committee (ex officio), 2010-2011.
School of Literature Communication and Culture Search Committee, 2010-2011.
Organizer, Object-Oriented Ontology Symposium (2010).
Co-Organizer, The Art History of Games Symposium (2010).
Chair, School of Literature Communication and Culture Graduate Planning Committee, 2009-2010.
Chair, Ivan Allen College Review, Promotion, and Tenure Committee, 2009-2010.
School of Literature Communication and Culture Review, Promotion, and Tenure Committee, 2009-2010.

Chair, School of Literature Communication and Culture Executive Committee, 2009-2010.
Presentation to Georgia University System Board of Regents, August 2009, on the uses of videogames.
School of Literature Communication and Culture Ph.D. Admissions Committee, 2008-2009.
School of Literature Communication and Culture M.Sc. Admissions Committee, 2008-2009.
T-Square Priorities Committees, 2007–2008.
Organizer, Dwelling Machines Symposium, hosted by the James and Mary Wesley Center for New Media Research and Education, January 14, 2008.
Featured Speaker, Georgia Tech Advisory Board (GTAB), September 2007.
Featured Speaker, Georgia Tech President's Retreat, August 2007.
School of Literature Communication and Culture Faculty Search Committee, 2007 – 2008.
School of Literature Communication and Culture Executive Committee, 2006-2007.
School of Literature Communication and Culture Faculty Search Committee, 2006 – 2007.
Director, LCC Experimental Game Lab, 2006 – 2007.
School of Literature Communication and Culture M.Sc. Admissions Committee, 2005 – 2006.
School of Literature Communication and Culture Faculty Search Committee, 2005 – 2006.
Organizing Committee, Living Game Worlds Symposium (February 2006)
Ivan Allen College Technology Council, 2005 – 2006.
School of Literature Communication and Culture / College of Computing Computational Media Undergraduate Curriculum Committee, 2005 – .
Organizing Committee, Living Game Worlds Symposium (March 2005)
School of Literature Communication and Culture Graduate Strategic Planning Committee, 2004 – 2005.
School of Literature Communication and Culture Ph.D. Admissions Committee, 2004 – 2005.
Member, Georgia Tech Experimental Game Lab, 2004 -.

### C. OTHER CONTRIBUTIONS

Member, Institute of Electrical and Electronics Engineers (IEEE)
Member, National Council of Teachers of English
Member, Association of Internet Researchers
Member, Society for Literature Science and the Arts
Member, Digital Games Research Association
Member, International Game Developers Association
Member, Modern Language Association
Member, International Simulation and Gaming Association

## VI. GRANTS AND CONTRACTS

### A. AS PRINCIPAL AND CO-PRINCIPAL INVESTIGATOR

(with Meltem Alemdar, Kim Cobb, David Hu, Aaron Levine, and Philip Shapira) National Science Foundation, IGE, for "Creating Transformative STEM Communicators," $499,411 (under review).

(with Christopher Schaberg) National Endowment for the Humanities, for "Object Lessons: Current Topics for a General Readership," $249,680.

(with Blair MacIntyre) The Georgia Lottery, for "Lottery Game Design," $94,100.

(with Michael Mateas, UC Santa Cruz) The John S. and James L. Knight Foundation, for "Cartoonist," $378,941.

The John S. and James L. Knight Foundation, for "Understanding Newsgames," $142,165.

Humana, for "Health Game Infrastructures," $50,000.

(with Blair McIntyre), Microsoft Research, for "Playing With Game Education: XNA-Based Support For Game Development Throughout the Curriculum," $25,000 (not awarded).

NSF REESE, for "SELENE: Selenology Exploration – Ludic Environments – Networked Education," $91,480 (not awarded).

Intel Research, for "Serious Games: Game Based Application Innovation Roadmap, Roadmap Survey Effort for Serious Games and Related Game Innovation," $24,000.

Georgia Tech Foundation International Travel Grants, $3,000 (2004, 2006, 2008).

Ivan Allen College Curriculum Development Grant, $2,000.

### B. AS INVESTIGATOR

(with Carl DiSalvo, Chris LeDantec) Intel Science and Technology Center in Social Computing, $1,675,000.

NASA Classroom of the Future Project (subaward), for "Lunar Geography Game," $29,942.34.

## VII. HONORS AND AWARDS

Higher Education Video Game Alliance (HEVGA) Lifetime Fellow, 2016–.

DiGRA Distinguished Scholar, 2016.

Faculty Associate, Berkman Center, Harvard University, 2012–2013.

Time Magazine Best 50 Websites 2012, for persuasivegames.com.

Winner, Vanguard and Virtuoso Awards, Indiecade Festival 2010 (for *A Slow Year*).

Finalist, Indiecade Festival 2010 (for *A Slow Year*).

ELearners.com Mindshare Awards, first place, gaming category, for website bogost.com, 2010.

Finalist, Independent Game Festival 2010, Nuovo category.

Visiting Professor, 2009 (summer), Faculty of Engineering and Information Technology, University of Technology Sydney.

Finalist, 2009 Game Developer Front Line Award, book category, for Racing the Beam. NSF Science and Engineering Visualization Challenge, semifinalist for Selene, http://www.nsf.gov/news/special_reports/scivis/index.jsp?id=challenge.

ELearners.com Mindshare Awards, first place, gaming category, for website bogost.com.

NSF Science and Engineering Visualization Challenge, semifinalist for *Selene*, http://www.nsf.gov/news/special_reports/scivis/index.jsp?id=challenge.

# EXHIBIT 2

# MATERIALS CONSIDERED IN EXPERT REPORT OF IAN BOGOST, PH.D

In addition to the materials cited within and attached to my foregoing report, I was provided with the below materials for review:

## PLEADINGS

- 4/17/2018 Complaint, Dkt. No. 1
- 10/2/2018 First Amended Complaint, Dkt. No. 76
- 10/23/2018 Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., Visual concepts Entertainment, Yuke's Co., Ltd., and Yuke's LA, Inc.'s Motion to Dismiss, with memorandum, Dkt. No. 89
- 10/23/2018 World Wrestling Entertainment, Inc.'s Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction, with memorandum, Dkt. No. 91

## WRITTEN DISCOVERY

- 8/17/2018 World Wrestling Entertainment, Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Admission, Dkt. No. 58
- 8/17/2018 Defendant Yuke's LA, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 62
- 8/17/2018 Defendant Yuke's Co., Ltd.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 63
- 10/15/2018 Defendant World Wrestling Entertainment, Inc.'s Objections to Plaintiff's Second Set of Requests for Admission, Dkt. No. 81
- 10/15/2018 Defendant Take-Two Interactive Software, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 82
- 10/15/2018 Defendant 2K Games, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 83
- 10/15/2018 Defendant 2K Sports, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 84
- 10/15/2018 Defendant Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 85
- 10/15/2018 Defendant Yuke's Co., Ltd.'s Objections and Responses to Plaintiff Catherine Alexander's Second Set of Requests for Admission, Dkt. No. 86

- 10/15/2018 Defendant Yuke's LA, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's Second Set of Requests for Admission, Dkt. No. 87

- 11/5/2018 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Requests for Admissions to Plaintiff Catherine Alexander, Dkt. No. 95

- 1/7/2019 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Second Set of Requests for Admission to Plaintiff Catherine Alexander, Dkt. No. 108

- 10/15/2018 Plaintiff's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Requests for Production to Plaintiff Catherine Alexander

- 10/15/2018 Defendant's Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Production

- 10/15/2018 Defendant's Yuke's Co., Ltd., and Yuke's LA, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Production

- 10/15/2018 Defendant World Wrestling Entertainment, Inc.'s Objections to Plaintiff's First Set of Requests for Production

- 11/19/2018 Defendant's Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's Second Set of Requests for Production

- 11/19/2018 Defendant's Yuke's Co., Ltd., and Yuke's LA, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's Second Set of Requests for Production

- 11/19/2018 Defendant World Wrestling Entertainment, Inc.'s Objections to Plaintiff's Second Set of Requests for Production

- 1/10/2019 Plaintiff's Objections and Supplemental Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Requests for Production to Plaintiff Catherine Alexander

- 8/17/2018 Defendant's Yuke's Co., Ltd., and Yuke's LA, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Interrogatories

- 10/15/2018 Defendant's Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's First Set of Interrogatories

- 10/15/2018 Defendant's Yuke's Co., Ltd., and Yuke's LA, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's Second Set of Interrogatories
- 10/15/2018 Defendant World Wrestling Entertainment, Inc.'s Objections to Plaintiff's Second Set of Interrogatories
- 10/15/2018 Plaintiff's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Interrogatories to Plaintiff Catherine Alexander
- 1/7/2019 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Second Set of Interrogatories to Plaintiff Catherine Alexander
- 1/10/2019 Plaintiff's Objections and Supplemental Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Interrogatories to Plaintiff Catherine Alexander

**DEPOSITIONS**

- 1/15/2019 Transcript of Deposition of Catherine Alexander, and exhibits thereto

**ADDITIONAL MATERIALS**

- *WWE 2K16*
- *WWE 2K17*
- *WWE 2K18*
- 11/15/2018 Opening Expert Report of Jose Zagal on behalf of Catherine Alexander
- 2/4/2019 Supplemental Expert Report of Jose Zagal on behalf of Catherine Alexander

# EXHIBIT 3



CONFIDENTIAL TAKE-TWO_0000913



ORTON

CONFIDENTIAL TAKE-TWO_0000914



McDavid
McDavid

CONFIDENTIAL TAKE-TWO_0000918

# EXHIBIT 4

You are here: Home › WWE 2K18 › Roster › Randy Orton
SEARCH
THE SMACKDOWN HOTEL
HOME NEWS WWE 2K19 SUPERCARD WWE 2K18 GAMES DATABASE EVENTS DATABASE IMAGES COMMUNITY
W2K18
Overview
News
Game Info
Roster
Screenshots
Videos
Guides
Achievements
Arenas
DLC
Game Editions
Wallpapers
Cover Art
Soundtrack
Discussion
Randy Orton
WWE 2K18
SMACKDOWN
Tweet
PROFILE
Height: 6'5"
Weight: 250 lbs
From: St. Louis
Signature Moves: RKO; The Punt
First WWE Game: WWE SmackDown! Shut Your Mouth
OVERALL: 90
SCREENSHOTS
VIDEOS
Coming Soon.
PREVIOUS APPEARANCE
FIRST APPEARANCE
WWE 2K17
WWE SmackDown! Shut Your Mouth
R-Truth
Razor Ramon
Like 28
Tweet
MORE ARTICLES
WWE 2K19 Rising Stars DLC Pack Now Available - with Trailer
January 22, 2019
WWE 2K19 New Moves pack Available Today - with Trailer
December 18, 2018
WWE SuperCard Update: New Over The Limit Event & Quests!
December 11, 2018
W2K19 ROSTER PAGE
LATEST PPV & EVENTS
WWE WrestleMania 35
April 7, 2019
WWE Fastlane 2019
March 10, 2019
WWE Elimination Chamber 2019
February 17, 2019
WWE Halftime Heat (2019)
February 3, 2019
WWE Worlds Collide Tournament
February 2, 2019
ALL PPV & EVENTS »
SDH POLL
Which Edition of WWE 2K19 will you get?
Standard Edition
Deluxe Edition
Collector's Edition (Wooooo! Edition)
I won't buy it this year.
Vote
Result
Tweets by @TheSDHotel
20 Jan 2019
The SmackDown Hotel #WWE2K19 Retweeted
WWE 2K19
@WWEgames
Play as The One and Only @KingRicochet in #WWE2K19 on January 22 with the Rising Stars Pack!

IMMORTALS
WWE 2K19 Update 1.03 Now Available - Patch Notes (PS4, Xbox One, PC)
December 06, 2018
WWE 2K19 Moves Pack Coming Soon: Full List of New Moves & Screenshots
December 05, 2018
WWE Immortals support to be discontinued from December 31, 2018
December 01, 2018
4 Comments
Sort by Newest
Add a comment...
Gajendra Gaja
nandhini
gajendrA
Like · Reply · 37w
Tmac Owens
Why you guys haven't shown us the superstar ratings
Like · Reply · 1y
Joey Hernandez
Can't wait to see his realistic character & entrance
Like · Reply · 1y
Jaredcho Kappus
I can't wait for more news about this game
Like · Reply · 1 · 1y
Facebook Comments Plugin
Embed
View on Twitter
The SmackDown Hotel
43,624 likes
SMACKDOWN HOTEL
Like Page
Learn More
Be the first of your friends to like this
W 2K19
SUPERCARD
SEASON 5
W 2K18
W 2K17
CHAMPIONS
| Contact us | Privacy Policy & Cookies | Search | Support us on Patreon!
Copyright © 2019 TheSmackDownHotel - The Home of WWE 2K19, WWE 2K18 & all WWE Games. All Rights Reserved.

# EXHIBIT 5



# PC Monitor Display Sizes Continues to Grow

January 16, 2017 Lyle

Share

Our analysis shows that PC monitor display size continue to grow. The average desktop monitor diagonal size at the end of 2016 is 22.1 inches. While on the portable PC side, the average display diagonal size comes in at 16.1 inches. (Note: This analysis focuses on simple diagonal monitor display sizes. Obviously aspect ratio, the ratio of height and width, also plays a role in the viewing size of a given monitor.)

## Average Desktop and Portable PC Monitor Display Size

Average PC Monitor Display Sizes

## Popularity of Monitor Sizes

Over the pass seven years, larger desktop monitor sizes continues to be the trend. Our data shows that in 2016, over half of all desktop PCs are 20 inches or larger. Large screen LED and LCD monitor prices continue to decline. Another driving force of the larger monitor display size is a reflection of how PCs usage has become more focused on entertainment. Larger screens are often desired for tasks such as streaming video, displaying photographs and playing action games.





The portable PC display size landscape show a little different picture. Our analysis below reveals relatively flat display sizes over time. Obviously, the 18 inch and larger displays reflected in the chart below are likely due to external monitors being attached to portable PCs. The data shows that the 15 inch display size represents approximately 75% of the portable PCs in use today. In addition, approximately 15% of users prefer the larger 17 inch displays for their portable needs.

9,327 total views, 12 views today

(Visited 8,748 times, 5 visits today)
Research, The Pit Blog. permalink.

< PC Matic Frequently Asked Questions

PC Matic Receives Top Score From PC Magazine >

## One thought on "PC Monitor Display Sizes Continues to Grow"

1. *Jenie Litereca* says:
January 11, 2018 at 1:14 pm

Seems like soon we will have Monitors as big as a bed!

Reply

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Replies to my comments ▾ Notify me of followup comments via e-mail. You can also subscribe without commenting.

Post Comment

This site uses Akismet to reduce spam. Learn how your comment data is processed.

PC Pitstop TechTalk All rights reserved. Theme by Colorlib Powered by WordPress

# EXHIBIT 6

statista The Statistics Portal
Statistics and Studies from more than 22,500 Sources
Enter search term, e.g. social media
Prices & Access Statistics Reports Expert Tools Infographics Services Global Survey NEW Login

# TV Screens Are Getting Bigger and Bigger

by Felix Richter, Sep 8, 2015

Over the past decade and a half, television sets have undergone a radical transformation. The unbelievably heavy, bulky tube TV sets that used to be at the center of most living rooms until the early 2000s are (thankfully) a thing of the past, replaced by flat-panel TVs that are lighter, more energy efficient and allow for larger screen sizes.

Felix Richter
Data Journalist
felix.richter@statista.com
+49 (40) 284 841 557

15 NEWS

While CRT televisions are technically limited to screen diagonals of no more than 40 inches, LCD, plasma and OLED TVs allow for much larger screen sizes without adding too much bulk. Thankfully for TV manufacturers around the world, consumers have an appetite for larger TV screens. While the average screen size for tube TVs used to be around 28 inch, flat-panel TVs started off with an average size of 32 inches and became bigger and bigger over the years.

In 2014, 63 percent of TV sets sold around the world had a 40+ inch screen, up from just 32 percent in 2009. And that's not the end of it: according to estimates by IHS Technology, 40+ inch TVs will account for more than 80 percent of global TV sales by 2019.

TV Screens Are Getting Bigger and Bigger
Percentage of global television unit sales accounted for by 40+ inch TVs
40"–49"
>49"
90%
80%
70%
60%
50%
40%
30%
20%
10%
0
2009 2010 2011 2012 2013 2014 2015* 2016* 2017* 2018* 2019*
25 32 34 41 40 45 52 53 52 52 50
7 7 8 10 13 18 20 23 26 29 33
* estimates
@StatistaCharts
Source: IHS Technology
statista

DESCRIPTION

This chart shows the percentage of global television unit sales accounted for by 40+ inch TVs.

Report
Download Chart
f
in

URL TO BE USED AS REFERENCE LINK:

https://www.statista.com/chart/3780/tv-screen-size/

HTML CODE TO EMBED CHART

`<a href="https://www.statista.com/chart/3780/tv-screen-size/"`

Market share of TV set sales worldwide 2017-2018, by screen size

TV sets usage in homes in the United Kingdom (UK) 2017, by screen size

TV sets ownership at home in Spain 2015-2017, by screen size

Infographic Newsletter

Statista offers daily infographics about trending topics covering Media and Society.

Email Address
Subscribe

## Related Infographics




**Men Dominate News Across All Media Types**

Feb 1, 2019

**Super Bowl Can't Hold the Candle to the Biggest Game in Soccer**

Feb 1, 2019

**Super Bowl: Americans Will Spend $81 On Average**

Feb 1, 2019

**Most Irish want united Ireland rather than hard border**

Jan 29, 2019

**One Screen Is Not Enough!**

Jan 22, 2019

**Where Netflix is the Most Bang for Your Buck**

Jan 18, 2019

Show more

FAQ

⌄ Who may use the "Chart of the Day"?

The Statista "Chart of the Day", made available under the Creative Commons License CC BY-ND 3.0, may be used and displayed without charge by all commercial and non-commercial websites. Use is, however, only permitted with proper attribution to Statista. When publishing one of these graphics, please include a backlink to the respective infographic URL. More Information

^ Which topics are covered by the "Chart of the Day"?

^ Does Statista also create infographics in a customized design?

MORE STATISTICS ABOUT...

TV | television | screen size

Show more

Start your search for an infographic now | Statista Search

## Any more questions?

Get in touch with us quickly and easily. We are happy to help!

Do you still have questions?

Feel free to contact us anytime using our contact form or visit our FAQ page.

Your contact to the Infografik Newsroom

**Felix Richter**
Data Journalist
felix.richter@statista.com
+49 (40) 284 841 557



Statista Content & Information Design

Research, storytelling, infographics & presentation design on any topic in your corporate design.

More Information

# EXHIBIT 7



# WWE 2K18 roster: Meet the Superstars joining the list of playable characters

Presented by

Who's in WWE 2K18? In its now-completed roster reveal and DLC announcement, 2K confirmed which WWE and NXT Superstars will join the list of playable characters in what's sure to be the biggest WWE video game to date.

Did your favorite Superstar make the cut? Find out by reviewing the list below of Superstars who are joining what will be one of the largest-ever WWE video game rosters.

- Seth Rollins (this year's WWE 2K18 cover Superstar)



- Kurt Angle
- Mr. McMahon
- Bray Wyatt
- Dolph Ziggler
- Sami Zayn
- Dean Ambrose
- Baron Corbin
- Kalisto
- Akira Tozawa
- Sin Cara
- Hideo Itami
- Eric Young
- Jinder Mahal
- Bushwhacker Butch
- Bushwhacker Luke
- Konnor
- Viktor
- Cesaro
- Sheamus
- Karl Anderson
- Luke Gallows
- Nikki Cross
- Alundra Blayze
- Emma
- Lita
- Summer Rae
- Paige
- Brie Bella
- Nikki Bella
- British Bulldog
- Buddy Roberts
- Diamond Dallas Page
- Big Boss Man
- Mark Henry
- Bam Bam Bigelow

- Bret Hart
- Dusty Rhodes
- The Undertaker
- Big Show
- Andre the Giant
- Kane
- Diesel
- Luke Harper
- Erick Rowan
- Sawyer Fulton
- Alexander Wolfe
- Killian Dain
- Braun Strowman
- AJ Styles
- Bayley
- Becky Lynch
- Bobby Roode
- Brock Lesnar
- Brutus Beefcake
- Daniel Bryan
- Earthquake
- Eddie Guerrero
- Edge
- Ember Moon
- Goldberg
- Greg Valentine
- Ivory
- Jey Uso
- Jim "The Anvil" Neidhart
- Jimmy Uso
- John Cena
- Kerry Von Erich
- Kevin Von Erich
- Larry Zbyszko
- Maryse

- Mickie James
- Mojo Rawley
- Naomi
- Natalya
- Randy Orton
- Roman Reigns
- Sasha Banks
- Shinsuke Nakamura
- Tamina
- The Godfather
- The Miz
- The Rock
- Triple H
- Zack Ryder
- Akam
- Alexa Bliss
- Apollo Crews
- Asuka
- Big Cass
- Carmella
- Cedric Alexander
- Chad Gable
- Chris Jericho
- Dana Brooke
- Dash Wilder
- Finn Bálor
- Jason Jordan
- Jimmy Garvin
- Johnny Gargano
- Kevin Owens
- Lex Luger
- Michael Hayes
- Mick Foley
- Miss Jacqueline
- Mr. Perfect

- Neville
- Nia Jax
- Nick Miller
- Randy Savage
- Razor Ramon
- Rezar
- Ric Flair
- Rick Martel
- Rick Rude
- Ricky Steamboat
- Rikishi
- Roderick Strong
- Rusev
- Samoa Joe
- Scott Dawson
- Shane Thorne
- TJP
- Tommaso Ciampa
- Tye Dillinger
- Vader
- Aiden English
- Alicia Fox
- Batista
- Big E
- Billie Kay
- Bo Dallas
- Booker T
- Charlotte Flair
- Christian
- Curt Hawkins
- Curtis Axel
- Darren Young
- Enzo Amore
- Epico Colon
- Fandango

- Goldust
- Gran Metalik
- Heath Slater
- Jack Gallagher
- Jake Roberts
- JBL
- Kassius Ohno
- Kofi Kingston
- No Way Jose
- Noam Dar
- Peyton Royce
- Primo Colon
- Rhyno
- Rich Swann
- R-Truth
- Rob Van Dam
- Shane McMahon
- Shawn Michaels
- Stephanie McMahon
- "Stone Cold" Steve Austin
- Sting
- Sycho Sid
- Tatanka
- Tatsumi Fujinami
- The Brian Kendrick
- Titus O'Neil
- Trish Stratus
- Tyler Breeze
- Typhoon
- Tyson Kidd
- Ultimate Warrior
- Xavier Woods

**02:33**



**Who's in WWE 2K18? Find out who made the cut in this full roster art video featuring the complete list of playable characters, including DLC additions.**

---

The following Superstars will be available as playable characters as part of various WWE 2K18 DLC offerings:

- Beth Phoenix
- Aleister Black
- Drew McIntyre
- Elias
- Jeff Hardy
- Lars Sullivan
- Matt Hardy
- Ricky Morton
- Robert Gibson
- Ruby Riot

---

WWE 2K18 is rated "T" for Teen by the ESRB and is now available worldwide for PlayStation 4, Xbox One, PC and Nintendo Switch.

**Published on** January 16, 2018

Matthew Artus

Tagged in

WWE 2K18 2K





Full Results

View All Shows

# EXHIBIT 8



HOME / NEWS

# WWE 2K18 NEW MOVES PACK IS OUT TODAY



WWE 2K18 is loaded with tons of customization options, and now it's getting a
big boost with the New Moves Pack downloadable content!

big boost with the New Moves Pack downloadable content!

Over 50 new moves are included in the pack for players to add to established WWE Superstars and custom creations alike.

Below is just a sample of the moves included:

- Total Elimination
- Tequila Sunrise/Uso Splash
- Crash Landing
- X-Plex
- Tye Breaker 2
- La Magistral
- Bitter End
- Bop & Bang
- Apron Piledriver
- Running Leg Lariat
- Hammerlock DDT 2
- Dragon Sleeper 6
- Tiger Bomb 2

If you already own the WWE 2K18 Deluxe Edition, Cena (Nuff) Edition, or the Season Pass, the New Moves Pack is available to download at no additional charge!

WWE 2K18 New Moves Pack Available Today



## *WWE 2K18* Downloadable Content Offerings*

The complete ***WWE 2K18*** downloadable content offerings include the following:

### Kurt Angle Pack

- Formerly available only as a pre-order bonus.
- Includes two playable versions of Kurt Angle (WWE “American Hero” and ECW “Wrestling Machine”).
- The Kurt Angle Pack is **available now** for $4.99.

### Cena (Nuff) Pack

- Formerly available only in the WWE 2K18 Deluxe Edition or Cena (Nuff) Edition
- Includes two playable versions of John Cena (ECW One Night Stand and WrestleMania 26) and playable characters Batista and Rob Van Dam.
- The Cena (Nuff) Pack is **available now** for $7.99.

### Accelerator

- Players will gain access to all unlockable content available at launch in the game’s VC Purchasable section (excluding downloadable content);
- Players can also decide the overall rankings and attribute levels for all playable characters throughout the life of the product;
- The Accelerator is **available now** for $4.99.

### Enduring Icons Pack

- Playable WWE Superstars: The Hardy Boyz;
- Playable WWE Hall of Famers: Beth Phoenix and The Rock ‘n’ Roll Express;
- The Enduring Icons Pack will be available for $9.99.

### MyPlayer Kick Start

- Players will be able to unlock and boost MyPlayer ratings and attributes via a 50,000 VC starting bonus;
- Players will begin with 10 additional Attribute Points for MyPlayer and can boost any Attribute tower by 10 levels or spread the upgrades throughout multiple Attribute towers;
- MyPlayer Kick Start is **available now** for $9.99.

### New Moves Pack

- Explore a wide variety of new in-game moves, including the Tye Breaker 2 (made popular by WWE Superstar Tye Dillinger); the Crash Landing (made popular by NXT Superstar Kassius Ohno); the Pumphandle Death Valley Driver (made popular by NXT Superstar Akam); and the Swinging Sleeper Slam (made popular by WWE Hall of Famer Diamond Dallas Page).
- The New Moves Pack is **available now** for $3.99. †

## NXT Generation Pack

- Playable WWE and NXT Superstars: Aleister Black, Drew McIntyre, Elias, Lars Sullivan and Ruby Riot;
- The NXT Generation Pack is **available now** for $9.99.†

## About the *WWE 2K18* Season Pass

The following downloadable content is bundled in the Season Pass for $29.99, a savings of more than 20 percent versus individual content purchases. Players will receive the following items as they become available:

- Accelerator;
- Enduring Icons Pack;
- MyPlayer Kick Start;
- New Moves Pack;
- NXT Generation Pack.

** PlayStation™ Network, Xbox Live, or Nintendo account and Internet connection required. Copy of **WWE 2K18** required to play.*

*† Nintendo Switch DLC release coming at a later date.*

Buy WWE 2K18 today!

For the latest news on WWE 2K18, follow @WWEgames:

- Twitter
- Instagram
- Facebook
- YouTube

PREVIOUS NEXT

2K.COM

SUPPORT

2K FORUMS

NEWSLETTER

PRIVACY POLICY TERMS OF SERVICE COOKIE POLICY

© 2005-2018 Take-Two Interactive Software, Inc. and its subsidiaries. 2K and the 2K logo are trademarks of Take-Two Interactive Software, Inc. All Rights Reserved. All WWE programming, talent names, images, likenesses, slogans, wrestling moves, trademarks, logos and copyrights are the exclusive property of WWE and its subsidiaries. © 2018 WWE. All Rights Reserved. Developed by YUKE'S Co., Ltd. YUKE'S Co., Ltd. and its logo are trademarks and/or registered trademarks of YUKE'S Co., Ltd. The ratings icon is a trademark of the Entertainment Software Association. “PlayStation family mark” and “PS4 logo” are registered trademarks or trademarks of Sony Interactive Entertainment Inc. All other marks are property of their respective owners.

# EXHIBIT 9

 WWE 2K18 Wiki Guide

# Game Modes

**Last Edited:** October 21, 2017 at 2:40 PM

Page Tools

WWE 2K18 has a bunch of updated modes from the previous year's release. While you can immediately jump into a WWE match by going to PLAY and selecting your superstars and match options, you can also experience new modes like MyPlayer, WWE Creations, WWE Online, and WWE Universe.

For some game modes, you must have an internet connection in order to explore them, such as WWE Online and WWE Community Creations. Below are descriptions of every game mode that you can play in WWE2K18.

# PLAY

This is the quick play mode in WWE 2K18. Here you can partake in any kind of WWE matchup locally with either CPU opponents or additional players. You can choose from single matches, tag-team battles, a Royal Rumble, or partake in a tournament for the King of the Ring.

Matches that you complete will earn you VC to spend in the VC Shop for various unlockables. Anything you purchase in the VC Store can be used in any match you set in PLAY mode.

# MyPlayer

This is the new single-player career mode for WWE 2K18, where you can make a created superstar, upgrade them, and lead them through WWE events to the main event at Wrestlemania. You can also play in the Road to Glory mode, where you battle against other players online through various WWE events for extra rewards and loot cases.

# WWE Universe

In the new WWE universe mode, you can manage and simulate matches throughout a given year of WWE events. You can set matches, influence rivalries, change hands on titles, and create teams in your own WWE universe.

## WWE Creations



This is the creation mode for making custom superstars, matches, arenas, move-sets, and much more. Everything here can be shared online through WWE Community Creations, where you can download the creations from other players and modify them to your liking.

## WWE Online

Here is the online mode for WWE 2K18. You can jump into quick play matches against other players online, or set up private matches with your friends. You can play normal matches through matchmaking online, such as one-on-one, triple threat, or fatal 4-way matches.

## My WWE



In My WWE, you can adjust various settings for your superstars, custom title holders, as well as tag-teams and stables. You can also do the same for custom superstars that you have created or downloaded off WWE Community Creations.

Anything changed in MyWWE will be reflected in other modes of your game, such as championship matches and run-ins from other superstars, as well as your MyCareer mode in MyPlayer.

---

## Was this guide helpful?

YES NO

---

**NEXT**
WWE Universe →

PREVIOUS
Tag Teams and Stables

## Comments

**ALERT!** We're looking for new comment moderators. **Here's how to become a moderator.** Join uuuussssss.

Comment Guidelines: Have fun. Don't be mean. Feel free to criticize ideas, not people. Report bad behavior. **Read our community guidelines.**

Post a comment

Post



1 COMMENTS



Viewing Options

**AntKen** 1 YEAR AGO

Is there a Hall of Fame mode on WWE 2K18

Like Reply Share Report

© 1996 - 2019 Ziff Davis, LLC

Mashable | ExtremeTech | Geek | AskMen | Everyday Health | PCMag | Offers.com | Speedtest.net | TechBargains | Toolbox | What to Expect

# EXHIBIT 10

1/28/2019 Case 3:18-cv-00966-SMY Document 140-6 Filed 11/08/19 Page 143 of 153 Page ID #1595

B/R NFL CFB NBA World Football MLB NHL CBB MMA More Shows B/R Live Mag Get the App Tickets Sign Up Login

WWE

# WWE 2K18: Review of MyCareer and Road to Glory Modes

MIKE CHIARI 

OCTOBER 18, 2017

Adam Hunger/Associated Press

One of the biggest keys to the success of a video game is ensuring gamers want to continue playing it for months on end, and WWE 2K18 undoubtedly accomplishes that goal.

The primary reasons for that are the MyCareer and Road to Glory modes, which allow for the creation of a MyPlayer who can develop and improve over time while taking part in varying storylines and matches that change depending on certain decisions that are made.

MyCareer has been a popular mode in recent WWE 2K installments, but it is arguably deeper and better than ever before in WWE 2K18.

WWE 2K18 WWE2KDev Spotlight Episode 7: Creatio...
Watch later
Share
2K18
CREATION

RELATED
Roundup: Y2J Rips
Brock, Wyatt Update and

https://bleacherreport.com/articles/2739153-wwe-2k18-review-of-mycareer-and-road-to-glory-modes 1/3



WWE 2K18 MyCareer designer Ramelle Ballesca described some of the biggest additions to the mode in an article for the WWE 2K website.

Chief among them is the ability to choose between making your wrestler a "company man" or "fan favorite." That decision goes a long way toward shaping how MyCareer plays out.

A company man acts on behalf of the general managers and essentially sells their soul in order for upgrades and a favorable spot on the card.

By comparison, a fan favorite works only for themselves and the fans, focusing on cutting great promos, putting on entertaining matches and earning respect through their actions.

Having a choice is key since gamers can play through MyCareer multiple times and never have the same experience.

MyCareer also allows gamers to take their MyPlayer and roam the backstage area, which wasn't possible in last year's game.

That opens up more storyline avenues, and it gives gamers more control over their paths than in previous WWE 2K editions.

Although players should have no trouble immersing themselves in MyCareer, Road to Glory mode is an online offshoot that allows them to get even more mileage out of their MyPlayer.



Road to Glory mode is similar to MyCareer in that it allows players an opportunity to fine-tune and upgrade MyPlayers by accomplishing a series of tasks and competing in matches.

The biggest difference is Road to Glory allows gamers from across the globe to face each other with MyPlayer upgrades on the line.

There are also real-life elements in play, as earning enough victories can allow a gamer's MyPlayer to receive entry into a pay-per-view event.

The pay-per-view will feature Superstars and tasks that mimic what is occurring in real life, and winning a PPV match can lead to unlocking exclusive items that are only available as part of Road to Glory mode.

Road to Glory is a great concept since the fact it follows the actual WWE pay-per-view schedule means there will always be something for players to strive toward every two to four weeks.

While previous installments of WWE 2K games may have been easy to stop playing after several months, Road to Glory gives WWE 2K18 staying power as far as one year down the line, and that alone makes it a

power as far as one year down the line, and that alone makes it a worthwhile purchase for WWE fans and gamers alike.

*Listen to Ring Rust Radio for all of the hot wrestling topics. Catch the latest episode in the player below **(warning: some language NSFW)**.*

Link to Media

COMMENTS

Recommended by Outbrain

About • Advertise • Contact Us • Careers • Community Guidelines • Privacy
• Terms Of Use • Tickets • AdChoices
B/R
Copyright © 2019 Bleacher Report, Inc. Turner Broadcasting System, Inc. All Rights Reserved. BleacherReport.com is part of Bleacher Report – Turner Sports Network, part of the Turner Sports and Entertainment Network. Certain photos copyright © 2019 Getty Images. Any commercial use or distribution without the express written consent of Getty Images is strictly prohibited. AdChoices
turner

# EXHIBIT 11

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.**

# Form VA

**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA VAU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Tribal Addition Design

**NATURE OF THIS WORK ▼** See instructions
Tattoo

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
Alexander, Catherine Ann

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1974 Year Died ▼

**WAS THIS CONTRIBUTION TO THE WORK A "WORK MADE FOR HIRE"?**
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States / Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

**WAS THIS CONTRIBUTION TO THE WORK A "WORK MADE FOR HIRE"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States / Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
Year ▶ 2003
**This information must be given in all cases.**

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
**Complete this information ONLY if this work has been published.**
Month ▶ Day ▶ Year ▶
Nation ▶

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Catherine Alexander, 2451 Delmar Avenue, Granite City, Illinois 62040

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**

# EXHIBIT 12

**Pre-Existing**

**After**

ALEXANDER000004

# EXHIBIT 13

reddit
r/WWEGames
Search r/WWEGames
LOG IN
SIGN UP
r/WWEGames
Posts
Join the discussion
BECOME A REDDITOR
Posted by u/Zack_stylo 1 year ago
3
Skip show intros on WWE2K18 MyCareer
Its quite annoying,can it be turn off?
1 Comment Share Save
100% Upvoted
This thread is archived
New comments cannot be posted and votes cannot be cast
SORT BY BEST
DamnPen 9 points · 1 year ago
Yes, when you're backstage you can pause, there should be somewhere you can go to change the difficulty, and you can turn show intros off in there
Share Report Save
COMMUNITY DETAILS
r/WWEGames
32.2k
Subscribers
268
Online
A place for all wrestling related games!
SUBSCRIBE
CREATE POST
MODERATORS
u/Kiel297
u/pozzum
u/AdrianSimple
u/AutoModerator
u/W_T_D_
VIEW ALL MODERATORS
About
Careers
Press
Advertise
Blog
Help
The Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
Content Policy | Privacy Policy
User Agreement | Mod Policy
© 2018 Reddit, Inc. All rights reserved
BACK TO TOP

# EXHIBIT 14

Install Steam
login | language
STEAM
STORE COMMUNITY ABOUT SUPPORT
WWE 2K17
Store Page
All Discussions Screenshots Artwork Broadcasts Videos News Guides Reviews
WWE 2K17 > General Discussions > Topic Details
Peacemaker Jun 11, 2017 @ 12:03am
Skipping intros?
Hi guys. Is there any way how to skip those annoying intros? I mean intros like WWE Main event, WWE NXT, WWE Smackdown... It appeares everytime I have a match and its quite annoying. It was nice for first time to see it, but everytime? Really? Any chance to turn it off?
Last edited by Peacemaker; Jun 11, 2017 @ 12:03am
Date Posted: Jun 11, 2017 @ 12:03am
Posts: 3
Start a New Discussion
Search this topic
Discussions Rules and Guidelines
Showing 1-3 of 3 comments
Vinto Jun 11, 2017 @ 12:33am
From what i can tell the intros are loading screens. So they're better than regular loading screens with a red bar going from left to right.
#1
GC13 Jun 11, 2017 @ 8:08am
The part with the song is a loading screen, because if you quit mid-event and come back you'll have to sit through it. The part with the commentators talking while the camera shows crowd shots though isn't necessary, as the game will skip it once it's played it once for that event.
#2
steve Jun 11, 2017 @ 12:51pm
if you want to cut some of the animations short press the spacebar, if the background loading has finished pressing the spacebar cuts the animation short.
#3
Showing 1-3 of 3 comments
Per page: 15 30 50
WWE 2K17 > General Discussions > Topic Details
VALVE
© Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
Some geospatial data on this website is provided by geonames.org.
Privacy Policy | Legal | Steam Subscriber Agreement