# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) | |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) | Case No. 3:18-cv-966-MJR-DGW |
| WRESTLING ENTERTAINMENT, INC.; | ) | |
| VISUAL CONCEPTS ENTERTAINMENT; | ) | |
| YUKE'S CO., LTD.; AND YUKE'S LA INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>EXPERT REPORT AND DECLARATION OF NINA JABLONSKI, PH.D.</u>**

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

I, Nina Jablonski, Ph.D., declare as follows:

1.      As discussed in greater detail in Part II below, I am the Evan Pugh University Professor of Anthropology at The Pennsylvania State University.  I hold a Ph.D. in anthropology, and have been conducting research on the evolution and cultural meaning of human skin since 1990.  My current curriculum vitae, including a list of my authored publications in the past 10 years, is attached hereto as **Exhibit 1**.

2.      Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., Visual Concepts Entertainment, Yuke's Co., Ltd., and Yuke's LA, Inc. (collectively, "Take-Two") have asked me to provide my opinion on the following issues in this case:

(a)  What role do tattoos play in an individual's self-expression?

(b)  What are the customs and practices within the tattoo industry between tattooists and their clients about the tattooing process and how tattoos can be used after they are inked?

(c)  How do these customs and practices and tattoo industry norms impact tattoos and society as a whole?

(d)  Does a market exist for the depiction of athletes' tattoos in a video game as they appear in real life?

## I.      EXECUTIVE SUMMARY

3.      Based on my years of experience in the field of anthropology, as well as my review of the evidence in this case—including the parties' pleadings, briefing, exhibits, documents, and other materials identified in **Exhibit 2** and in the body of my Report or attached thereto—is my opinion that, among other things:

(a)      For thousands of years, tattoos have been used by individuals as vehicles of personal expression.  Individuals choose the information content of a tattoo to express something about themselves, such as an event of personal significance, a quality or trait, or some other concept.  The client then requests from the tattooist to ink that content onto his or her body.  In this case, WWE wrestler Randy Orton who bears the tattoos at issue chose the tattoos as a form of self-expression.

(b)      It is the custom and practice in the tattoo industry that tattooists and clients both expect and intend that after the inking session, the client will display his or her

2

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

tattoos and be depicted with his or her tattoos in any photographs or media. If this were not the case, it would harm individuals' abilities to express themselves, and the business structure of the tattoo industry, which depends on the visibility of tattooists' works.

(c)    Plaintiff's position that Take-Two needed a separate license from her represents a marked change from the customs and practices of the tattoo industry and the agreement between tattooist and client that a client is free to be depicted with his or her tattoos without further permission from the tattooist.

(d)    Because these are the established customs and practices of the tattoo industry, I am not aware of any evidence of a market for licensing tattoos to be used in video games on the individuals who bear them in real life. In addition, based on my knowledge of the customs and practices of the tattoo industry, such a market would not be reasonable or likely to be established.

## II.   QUALIFICATIONS

4.    I am a biological anthropologist and hold a tenured professorship as the Evan Pugh University Professor of Anthropology at The Pennsylvania State University. I received my undergraduate degree in Biology at Bryn Mawr College in 1975 and my Ph.D. in Anthropology at the University of Washington in 1981. Since the granting of my doctorate, I have held academic positions at the University of Hong Kong, the University of Western Australia, the California Academy of Sciences, and The Pennsylvania State University.

5.    Over the last twenty-five years, I have conducted research on the evolution of human skin, and am considered one of the world's leading experts in this field. My research program includes work on the evolution of the physical and physiological properties of skin, the implications of skin condition for individual and public health, and the importance of skin in human social interactions. I have published over 100 peer-reviewed scholarly contributions on these topics, along with two singled-authored books, *Skin: A Natural History* (University of California Press, 2006) and *Living Color: The Biological and Social Meaning of Skin Color* (University of California Press, 2012).

6.    In *Skin: A Natural History*, I address specifically the history and meaning of tattooing in humans. The background research I conducted on tattoos for this book explored

3

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

many phenomena associated with the development, dissemination, and meaning of tattooing. The topics I have investigated include the origins and early history of tattooing, the multiple independent origins of decorative tattooing, the development of prehistoric tattooing technology, and the spread of tattooing with the dispersal of people worldwide. I have researched the development of designs for decorative tattooing, the practice of tattooing, and the meaning of tattooing and tattoos for tattooists and people electing to be tattooed. For this research, I have reviewed many archaeological and historical sources, and have interviewed tattooists and people who have tattoos. Only a small fraction of the information I gathered was actually included in this book. Since the publication of that book, I have continued to conduct research on tattoos because the subject is so popular with students, the media, and the general public. In 2014, I began the co-supervision of a doctoral student at Penn State, who is investigating the subject of tattoos as art.

7.      The high quality of my scholarship has been recognized by my election to three prestigious scholarly societies: the American Association for the Advancement of Science (elected Fellow), the American Philosophical Society (elected Member), and the American Association of Arts and Sciences (elected Member). I am the recipient of an Alphonse Fletcher, Sr. Fellowship (2005) and a John Simon Guggenheim Fellowship (2012). I received an honorary doctorate from Stellenbosch University in South Africa in 2010.

8.      My status as a leader in the social sciences has been recognized by my appointment to two important national advisory bodies: The Advisory Committee for the Social, Behavioral and Economic Sciences of the National Science Foundation (2007–2013); and the Board on Behavioral, Cognitive, and Sensory Sciences of the National Research Council of the National Academy of Sciences (2009–2017).

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

9.     My expertise on a range of topics related to human skin (including tattoos) and society has been recognized by invitations to give prestigious invited lectures at institutions worldwide, and to appear in media interviews (for the *New York Times*, *The Colbert Report*, and NPR, among others), in public intellectual forums (TED), television documentaries (for the BBC, and PBS, among others), and public educational videos (HHMI Biointeractive).

10.     My specific expertise on the history and meaning of tattooing in human societies has been the focus of numerous media interviews (for the BBC, and National Post [Canada], among others).  In the last five years, I have been interviewed on the various aspects of tattooing and tattoos for four printed interviews: Two of these were with the *BBC News Magazine* in 2013 and 2014,[1] one in 2013 with the *National Post* (Canada),[2] and one in 2015 with the *Inlander*.[3]  In these interviews, I specifically addressed the popularity of text tattoos, the acceptability of tattoos in the business workplace, and popularity of very large tattoos, and the factors contributing to the still increasing popularity of tattoos among young adults.

11.     In numerous public lectures on the evolution of human skin, I have discussed the important role of naked human skin as a canvas for social expression in humans for thousands of years.  Tattoos epitomize this phenomenon because they are permanent, and because the degree to which a tattoo is voluntarily exposed changes the meaning of the message conveyed by the tattoo and tattooed person.  In the last five years, I have given five major lectures to national and international audiences on the evolution of human skin that emphasized skin decoration, including tattooing.  These are: "Human skin: Naked, sweaty, colorful, and decorated," Inaugural

---

[1]     http://www.bbc.com/news/magazine-24306141; http://www.bbc.com/news/magazine-25330947.

[2]     http://nationalpost.com/news/canada/why-this-red-hot-tattoo-boom-is-bound-to-end-with-regret-again.

[3]     https://www.inlander.com/spokane/peak-of-ink/Content?oid=2405964.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

Lecture for the Irish Skin Foundation, Dublin (2013); "The evolution of naked, sweaty, smelly, and colorful human skin," Monell Chemical Senses Center, University of Pennsylvania, Philadelphia (2014); "Naked, colorful skin and its role in human social interactions," Lecture in the CARTA Symposium, Unique Features of Human Skin, Salk Institute, La Jolla (2015); "The skin of *Homo sapiens*: The evolution of our interface with the world," Invited lecture in the series, Woher kommt der Mensch? Ein neuer Blick auf *Homo sapiens,* Senckenberg Institute and Museum, Frankfurt, Germany (2017); and "The real 'skin in the game': The history of naked, sweaty, and colorful skin in the human lineage," Charles M. and Martha Hitchcock Lectures, University of California at Berkeley (2017).

* * *

12.      In the prior four years, I have not testified as an expert at trial or by deposition.  In consideration of my work in this matter, I am being compensated in the amount of $600 per hour.

## III.      TATTOOS ARE PART OF AN INDIVIDUAL'S LIKENESS AND ARE USED FOR SELF-EXPRESSION

### A.      A Brief History of Tattooing as Self-Expression

13.      Tattoos have been a part of human expression for thousands of years and are found on the oldest pieces of preserved human skin in existence.  The oldest tattoos are from the frozen corpse of an approximately 5,300-year-old man discovered in the Tyrolean Alps between Austria and Italy.  The tattoos of this individual consist of a series of short parallel or crossed

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

lines on the back and lower limbs.[4]  These tattoos are important for historical purposes because they record the earliest preserved evidence of tattoos on the body.[5]

14.     Decorative tattooing in particular is also thousands of years old, and may have originated from and have co-occurred with medical tattooing.  The earliest well-dated evidence of decorative tattoos comes from mummies and figurines of the Middle Kingdom of Egypt, beginning about 2,000 years B.C.[6]  The illustration below shows, on the left, the tattooed designs from the mummified body of the Egyptian priestess Amunet dated from about 2,000 years B.C. along with the figurine of the same age, on the right, showing the same designs.

---

[4]     Samadelli, M. et al. (2015). "Complete mapping of the tattoos of the 5300-year-old Tyrolean Iceman." Journal of Cultural Heritage 16(5): 753–758.

[5]     Pabset M. A. et al. (2009). "The Tattoos of the Tyrolean Iceman: A Light Microscopical, Ultrastructural and Element Analytical Study." Journal of Archaeological Science 36(10):2335–2341; Viegas, J., "Oetzi Iceman's Tattoos Come from Fireplace", Discovery News, (July 17, 2009), http://www.nbcnews.com/id/31965532/ns/technology_and_science-science/t/oetzi-icemans-tattoos-came-fireplace/; Dorfer, L. et al. (1999). "A Medical Report from the Stone Age?" Lancet 18;354(9183):1023–1025.

[6]     Bianchi, R. S. (1986) "Tatowierung." Lexikon der Ägyptologie (VI) at  145–46 (W. Helck & E. Otto, VI ed., 1986); Pabset, at 2337.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -



15.     The earliest decorative tattoos probably relate to the social status or the group affiliation of the individuals bearing them.[7]  From about 2,000 years B.C. onward, examples of preserved (mummified or frozen) skin or of tattooing paraphernalia are found in archaeological and historical contexts on all inhabited land masses, including islands in Melanesia and Polynesia.[8]  Among the most important of these ancient tattoos are those found on the mummified partial corpses of people from the Pazyryk tribe who lived on the border of China and Russia from the sixth through the second centuries B.C.  The preserved bodies of the

---

[7]     Alvrus, A., D. Wright and C. F. Merbs (2001). "Examination of tattoos on mummified tissue using infra-red reflectography." <u>Journal of Archaeological Science</u> 28(4): 395–400.

[8]     Ambrose, W. (2012). "Oceanic tattooing and the implied Lapita ceramic connection." <u>Journal of Pacific Archaeology</u> 3(1): 1–21.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

nomadic Pazyryk preserve tattoos depicting abstract images of horses.  Designs featuring horses recur throughout Pazyryk material culture, notably on textiles and jewelry, suggesting the cultural and spiritual importance of the horse in Pazyryk culture.[9]  From even this early point in human history, tattoos were used to reflect concepts that were important to that individual and his or her community.  Below are images of the horse tattoo and tattoo design from the left shoulder of a female Pazyryk "princess":



[10]

16.     Many other examples of decorative tattooing in prehistory and early history exist in both the Old World and New World contexts.  Some of these are in the form of preserved skin, but most are in the form of figurines depicting individuals with tattooed skin.  Most of these examples depict people of high social status who appear to have been tattooed to signify their elevated social status.

---

[9]     Schildkrout, E. (2004). "Inscribing the body." Annual Review of Anthropology 33: 319–344.

[10]    https://d.ibtimes.co.uk/en/full/1396064/tattoo-horse-left-arm-princess-ukoks-mummy.jpg.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

17.     The above examples are evidence indicating that tattooing is a universal mode of self-expression, and has been for thousands of years.  The earliest decorative tattoos adorned high-ranking members of society and were depictions of mythical figures (gods or animals) that conferred protection or power to their bearers.  Tattoos befitted a person's social status and individuals chose designs that expressed their status and that conferred specific desirable properties or identities.  Throughout history, decorative tattoos have served as non-verbal "announcements," which convey unique and salient information about the identity and social status tattooed person.

18.     Tattoos have become significantly more popular, widespread, and mainstream since 1990.  This can be attributed at least in part to the "rediscovery" of traditional Maori tattooing in New Zealand beginning in 1990.  For many Maori people at that time, the public display of traditional decorative tattoos, including facial tattoos, signified their political activism and an acceptable form of resistance against the dominant New Zealand culture.  "Tribal" tattooing spread quickly into many cities and was adopted by people who had no original cultural connection to New Zealand or other traditional homes of tribal tattooing.

19.     Celebrity tattooing grew in popularity and visibility at the same time.  The public display by the celebrated actor Angelina Jolie of her many decorative tattoos beginning in the 1990's inspired many people, including many women, to get tattoos.  By 2005, the popularity of tattooing was such that the first popular television program dedicated to tattooing, *Miami Ink*, was aired.  This program and those that have followed it, such as *NY Ink, LA Ink,* and *Ink Master*, featured famous and charismatic tattooists and some of their clientele.

20.     Modern tattoos reflect the personal expression of the person bearing the tattoo and are created for that purpose.  Among all the different ways people adorn themselves in modern

society—whether by body paint, cosmetics, tattoos, or raiment—tattoos are considered the most salient. They signify the highest level of intentionality because they cannot be easily removed.

### B.    The Process of Being Tattooed

21.    The process of getting tattooed varies in terms of complexity and overall time spent. One of the most important recent trends in tattooing has been the increased involvement of clients in requesting and designing their own tattoos. People make careful and deliberate decisions to tattoo and, once decided, contemplate the nature of their tattoos with great care. This careful deliberation is generally true even when a client requests a ready-made tattoo design (called "flash"). Further, even flash designs are usually modified by clients to reflect individual preferences,[11] and increasingly clients come to tattooists with requests for the creation of personalized designs, including representations of photographs of loved ones, motivational quotations, real or fictional landscapes, or bespoke abstract or "tribal" designs.

22.    Clients requesting bespoke designs may have corresponded at length with a tattooist in advance, or may have visited the tattooist's studio, before work on the execution of the tattoo begins.

23.    The information content of a tattoo is chosen by the tattooed person to express something about himself or herself, whether it be their membership in a group, relationship to another person, social status, sympathy with a cause, wish for protection, a visualized memory, or some other aspect of his or her identity.

24.    Yet, whether ready-made or custom, there are certain themes and motifs that are typical of tattoos. For example, it is common for tattoos to include roses or birds. Birds, in

---

[11]    DeMello M., <u>Bodies of Inscription: A Cultural History of the Modern Tattoo Community</u> (Duke University Press Books) (2000); Sanders, C.R., <u>Customizing the Body: The Art and Culture of Tattooing</u> (Temple University Press, Revised Ed.) (2008).

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

particular, have been a popular subject of tattoos since ancient times.  It also is common for tattoos to include words, numbers, or dates with special meaning to the person being tattooed. Individuals often choose to have religious texts in particular memorialized as tattoos on their bodies.  As an example, the tattoo shown below is from the rear shoulder of Justin Bieber and recites the Bible verse Psalm 119:105:



¹²

25.     Whether the tattoo is pictorial or textual, it is the most highly intentional and highly personalized of any representation that an individual can choose to have on his or her body.  The information conveyed in the tattoo is, accordingly, the most personal and salient that the person wishes to express.  As another example of the personalization of tattoos, the image below of the hands of a married couple with the tattooed faces of a male and female lion on the ring fingers epitomize these concepts.

---

¹²     http://www.popstartats.com/justin-bieber-tattoos/shoulder-bible-psalm/.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -



13

26.     After the design and the placement of the tattoo have been requested by the client, the tattooist will wash his or her hands, put on surgical gloves, and carefully clean and shave the area of the client's skin to be tattooed.  The tattooist uses a stencil to transfer the design to the skin, or draws a portion or all of the design on the skin.  Large or complex designs are executed over the course of multiple visits.  Sterile packages of needles are opened in front of the client so that the client can be assured that hygienic procedures are being followed.  The process of getting tattooed involves the injection of indelible ink into the skin using a single needle or groups of needles soldered into a bar, which are attached via an armature to the oscillating arm of an electrical device called an electric tattoo machine or tattoo "gun."  The tattoo machine that

---

[13]    http://bestpickr.com/matching-couples-tattoos.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

repeatedly raises and lowers the needles in order to puncture the outer layer of the skin (the epidermis), and deliver the ink precisely into the underlying dermis.  In the dermis, the ink particles become surrounded by and effectively locked into connective tissue, where they permanently remain.

27.     Once on the body, tattoo designs cannot be separated from the person bearing them.  The tattoo design and tattoo ink on the specific body site of an individual create a unique and permanent mark on the body that cannot be reduced to its original constituents.  The process of tattooing permanently transforms the tattoo design into a unique entity, which is not only an image.  The tattoo is a union of multiple elements: the design, ink, body site, and an individual's skin (and skin physiology).  A tattoo does not exist until it becomes a part of a person's body, after which it cannot be recreated or reduced to its constituent elements.

28.     As a result, a tattoo is a physical part of the body of the person who has been tattooed.  It is an inextricable and inseparable part of his or her likeness.  Unless a tattoo is deliberately covered by clothing or other material, the visible tattoo as a part of the body cannot be claimed otherwise, and any captured image of a visible tattoo has no independent existence or ownership.  As discussed above, decorative tattoos are highly personal and are part of a person's identity.  The popularity of tattoos in recent decades can be attributed to the fact that tattoos are embodied announcements of membership or relationship, or amplifications of aspirations or ideals.  Tattoos are an inherent part of a person's identity and personality.  Tattoos are the embodied autobiography of a person.

## IV.   THOSE ON WHOM TATTOOS ARE INKED EXPECT TO HAVE THE RIGHT TO AUTHORIZE THE DISPLAY AND DEPICTION OF THEIR TATTOOS ON THEIR BODIES

29.     In the long history of decorative tattooing, the relationship between the client and the tattooist has been underlain by the mutual understanding that, during the process of tattooing,

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

the tattoo becomes an inherent part of the client's body.  This statement is based in part on my own conversations with tattooists and tattooed people, as well as more than twenty centuries of evidence that decorative tattooing has been performed to enhance or celebrate the identity or status of the tattooed person.[14]  In this way, a tattooist is the skilled technician who brings about a desired transformation of identity, but who cannot identify himself with the tattoo that he or she has created on another's body.  The tattoo is created at the specific request of the client to augment the client's personal identity.[15]  The tattooist may have created a design for a specific individual based upon that individual's request, but once the design is executed on the skin, it becomes an inherent part of the person being tattooed.

30.     Once a tattoo has been inked on to the client's skin, the tattooist exercises no control over it because the tattoo itself is part of the client's body.  In other words, clients and tattooists expect that a client's tattoo will be part of that person's body, image, likeness, and identity.  This is a part of the agreement that has existed between clients and tattooists since the beginning of decorative tattooing.

31.     After the client requests the tattoo, the tattooist, in turn, inks that tattoo with the expectation and intent that the client will then go display that tattoo and disseminate his or her image or likeness bearing the tattoo.  Tattooists, in fact, rely for their businesses and reputations

---

[14]   This is also based on the testimony of several tattooists who have inked professional basketball players, attached hereto as **Exhibits 3–5**.  *See* Ex. 4 (Morris Decl.) ¶ 10 (explaining that when he inked basketball player LeBron James, he "intended that these tattoos become a part of Mr. James's likeness and part of his image"); Ex. 5 (Wright Decl.) ¶ 6 (stating that when a person is tattooed, "[t]he tattoo becomes part of their person and literally becomes part of their body").

[15]   *See, e.g.*, Pl. Dep. Tr. at 51:19–23 (stating that "the client" always "choose[s] the subject" and the tattooist "only help[s] with the execution"); *see also* Ex. 3 (Cornett Decl.) ¶ 5 (stating that "the tattooist's role is to ink a tattoo that is faithful to the client's design for the tattoo, especially if the tattoo was a custom design for that client and was created at the client's request").

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

on the client's dissemination and display of the tattoo, as this is a common way for tattooists to generate new business.[16]

32.     Thus, both tattooist and client intend that the client will display the tattoo for purposes of photography or portraiture, and will have the image of the tattoo captured as part of the image of his or her body, for whatever purpose the image of the body is being captured to accomplish.  Both tattooist and client also understand that the client is free to expose or cover the tattoo or even have it removed or altered.[17]  Both parties also intend the client to be free to display the tattoo himself or herself and be permitted to license to others the ability to display the tattoo.[18]  The tattooist does not control the client's display of the tattoo under any circumstances or for any reason because the tattooist has no claim over the body of the tattooed client.[19]  The client is free to have his or her image, including the image of the exposed tattoo, captured for purposes of disseminating the client's image through whatever media he or she chooses, without the necessity of seeking permission from the tattooist.  By the same token, the client is free to

---

[16]     *See* Pl. Dep. Tr. at 82:18–21 (Plaintiff testifying that other clients she has done a good job tattooing are "[a]bsolutely" a good source of referrals for her business); *see also* Ex. 7 (Martin Decl.) ¶ 11 (explaining that in his experience as a professional basketball player, tattooists are eager to ink him because the "tattoos will have greater visibility, and [the tattooists] will gain more notoriety," which leads to "more people com[ing] to their tattoo parlors to be inked").

[17]     I understand that Plaintiff agrees that a tattooed person has the right to have his tattoos removed, or have a different tattooist alter the original tattoos, without obtaining permission from the original tattooist.  *See id.* at 63:6–19.  I understand that Plaintiff also said this is the general practice in the tattoo industry.  *See id.* at 63:16–24.  In fact, Plaintiff has started having several of her own tattoos removed.  *See id.* at 63:20–22.

[18]     *See, e.g.*, Ex. 3 (Cornett Decl.) ¶ 16, 22 (explaining that any athlete he tattoos "was and is free to use his likeness as he desires," which "includes the ability to let to let third parties depict him in various media, like video games")

[19]     I understand that the Plaintiff agreed that "when [a] client leaves [her] tattoo shop, . . . they're free to go about their life without needing to go back to [Plaintiff] for permission as to how they're depicted with their tattoos." *Id*. at 66:2–8.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

authorize the use or dissemination of his or her likeness in whatever way he or she sees fit without the necessity of seeking permission from the tattooist.[20]

33.     There has never existed any tacit or explicit expectation that the tattooist has rights over the display or dissemination of the image or depiction of the tattoo on the tattooed person's body after the tattoo is inked.  That would be a strange position to take, given that it would encumber the client to need to seek permission from the tattooist.  For a client—including a person in the public eye like a professional athlete—to not have the rights to display his or her body in the manner that he or she desires and authorizes would hamper the client's abilities to freely express himself or herself.  Tattooists understand that they have no rights over the body of their clients and no authority over their clients' use or deployment of any images or likenesses of their bodies, with or without the tattoos.  The tattoo industry does not recognize the idea that a client can be restricted by a tattooist from displaying the image or likeness of the client's body, including the image or likeness of the client's tattoo.[21]

34.     The agreement between the client and the tattooist about the client's freedom to display his or her body image or likeness with his or her tattoo has been one of the rules of tattooing culture throughout the long history of decorative tattooing.  In the early history of

---

[20]    Plaintiff's former employer Gary Glatstein—a tattoo shop owner and tattooist of over thirty years—stated this, too.  *See* Declaration of Gary Glatstein, attached hereto as **Exhibit 6**, at ¶ 11 ("The [tattooed] client is free to walk down that street with the tattoo on display, to have the tattoo photographed, or to permit it to be included when the client is depicted on television, in an advertisement, or in other media.  The tattoo becomes part of his person and literally becomes part of his body.  Because of this, the client has the tattooist's permission to permit his depiction in these ways."); *see also* Ex. 5 (Wright Decl.) ¶ 6 (explaining that after a client is tattooed "the client would be free to walk down the street with the tattoo on display, to have the tattoo photographed, or to have it be included when the client is depicted on television or in an advertisement or in a movie or any media" and "does not need permission from the tattooist to go about their life in this way").

[21]    *See* Ex. 6 (Glatstein Decl.) ¶ 12("I have never heard of a tattooist ever claiming that a client needs the tattooist's permission to be depicted in the media or elsewhere showing his tattoos.  Nor have I ever heard of a tattooist claiming to deserve a profit every time the client is depicted with his tattoos.  Tattoos are very personal, and making the client get the tattooist's permission or pay the tattooist each time the client is depicted would cut against the whole idea of tattoos.").

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

decorative tattooing, individuals of high status were tattooed expressly so that their status and identity could be easily recognized and respected through their tattoos.  Even in the centuries before painting, engraving, and photography were widespread, most tattoos were created for display in whatever ways the tattooed person deemed appropriate.

35.    This agreement constitutes a customary practice or norm, which has been handed down over many years.  In the roughly 150-year history of the photographic capture of the images of tattooed people, I am not aware of a tattooist other than Plaintiff ever asserting that a client could not display or be displayed with his or her tattoos in a video game.  No tattooist would reasonably expect that there would be a market to require a license for depicting the tattoos in that manner. [22]   These norms exist because tattooists through time have tacitly recognized that the tattoo is part of the client's body and that they have no claim over it.

## V.    IF THESE NORMS ARE DISRUPTED, IT WOULD SEVERELY COMPROMISE TATTOO CULTURE AND THE INDUSTRY

36.    The norm of allowing those that are tattooed free rein over the tattoos that appear on their bodies has been the accepted practice for as long as images of tattoos have been portrayed or photographically captured.  Any change in this practice would constitute a huge departure from the expectations of those who ink and bear tattoos, and this departure would seriously harm the tattoo industry and society at large for multiple reasons.

37.    *First*, it would greatly inhibit potential clients from getting tattooed because it would be a severe limitation on personal expression.  Potential clients, especially those in the public eye, would hesitate from being tattooed if they had to agree beforehand to seek permission

---

[22]    I understand that Plaintiff herself has never entered any licenses for any tattoos she has inked, including those at issue in this case, *see* Pl. Dep. Tr. at 179:2–11; nor is she aware of any other tattooist licensing tattoos to be included in video games, *see id.* at 181:6–9.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

to display or disseminate their tattoo in certain forms of media such as video games.  The impingement on personal freedom that such a requirement would entail is untenable, and would lead to the decline of the tattoo industry.  Indeed, the existence of any limitations placed upon a potential client by a tattooist concerning the display of a tattoo would, in most cases, dissuade the client from getting the tattoo.  If the client had to agree to display the tattoo under only specific conditions or in certain types of media, or to have images of the tattoo captured only under specific guidelines, the client would most certainly decline to enter into the agreement and would not get the tattoo.  This would curb a major form of self-expression.  It would deny individuals the right to express themselves through the medium of their tattoo, and would prevent individuals from disseminating their likenesses in the ways that they desire.

38.     **Second**, it would cause financial harm to tattooists because it is antithetical to the manner in which tattooists get new business: through people seeing the tattooist's work on other clients.  As mentioned above, this is a primary means by which tattooists, particularly those that create custom tattoos, market their services.[23]

39.     **Third**, it would depress others' freedom to speak beyond the individual clients bearing tattoos.  As mentioned above, tattoos are deeply rooted in expressing the beliefs of the bearer.  They, however, also are used in the expressions that others have created using those tattoos.  By way of example, since 2006, Shawn Barber has created a series of paintings that feature the display of tattooed bodies.[24]  As shown below, these pieces of art use individuals' tattoos as a way of understanding those depicted and revealing their inner selves through both tattoos and painting:

---

[23]   *See supra* note 16.

[24]   The Art of Shawn Barber, http://www.sdbarber.com/.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -





40.     As a practical point, because it is the established norm among tattooists and clients that a client is not limited in his or her ability to display or license the display of his or her tattoos, if the parties were to agree to any limitations, one would expect to see a writing signed by both parties.[25]  Without a signed writing to the contrary, the parties would expect that the customs and practices regarding a client's freedom were in place, meaning that the client requested a particular tattoo from the tattooist, and the tattooist intended that after inking, the client went out into the world displaying and being depicted with that tattoo wherever the image of that client is depicted.

## VI.     THE TATTOOS IN *WWE 2K*

41.     I have reviewed the tattoos that Plaintiff has asserted in this case (the "Tattoos" and each a "Tattoo"), as well as the video game series *WWE 2K*.  Based on my review, I understand that Randy Orton appears in W, including the Tattoos that appear on him in real life. I have reached several conclusions about the Tattoos and their use in *WWE 2K*.

42.     ***First***, the Tattoos appear to be a reflection of Mr. Orton's personal expression in that they depict things that are meaningful to him and his conscious choices about how to adorn

---

[25]   *See, e.g.*, Ex. 5 (Wright Decl.) ¶ 6 (explaining that because the principle that after a tattooist inks a client the client does not need permission to show the tattoo or have it depicted is "well understood, it would not be standard for anyone to feel that they needed to put these principles in writing").

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

his body.  Plaintiff has even recognized that Mr. Orton chose the subject matter for his tattoos, as well as their coloration and location on his body.[26]  As described above in Section III, an individual's choice to have a tattoo inked on his or her body is a reflection of the inked person's self-expression of a concept, whether that be an homage to one's hometown or an image meant to convey a part of that person's personality.  Tattoos are often selected to reflect personal experiences and memories.  Here, for example, the Tattoo titled "Rose" contains the name of Randy Orton's daughter, Alanna, and is the only color tattoo on Mr. Orton's body.[27]  Plaintiff recognized that this was intended to commemorate Mr. Orton's daughter.[28]  The tattoo titled "Bible verse design" contains the text of a Bible verse that Mr. Orton personally selected.[29]  Plaintiff testified that this verse was "meaningful to him due to his battle with substances, and he felt it would keep him on the straight and narrow if he had it tattooed on his arm."[30]  Similarly, for Mr. Orton's tribal tattoos, Plaintiff admitted that Mr. Orton selected these designs because he thought they "look[ed] cool."[31]  I understand that for each Tattoo, Mr. Orton came up with the subject matter, color scheme, and location where it would be inked on his body.[32]  Based on my

---

[26]   *See* Pl.'s Objs. & Suppl. Resps. to Defs.' First Set of Interrogs., at Suppl. Resp. No. 1.

[27]   ALEXANDER00018–ALEXANDER00019; *see also* Pl. Dep. Tr. at 139:13–18 (stating that Mr. Orton "expressed he wanted the only color tattoo to be the single red rose with [his daughter's] name underneath it and Roman numerals for the . . . birth date").

[28]   *See* Pl. Dep. Tr. at 140:14–141:4; *id*. at 144:12–16.

[29]   *See* Pl.'s Objs. & Suppl. Resps. to Defs.' First Set of Interrogs., at Suppl. Resp. No. 1 (noting that "Mr. Orton provided [Plaintiff with] the wording of the verse").

[30]   Pl. Dep. Tr. at 144:5–8.

[31]   *Id*. at 112:5–8, 145:4–6

[32]   *See* Dkt. No. 108 (Pl.'s Resps. & Objs. Defs. Second Set of Reqs. Admis.), at Req. No. 122 (admitting that "Mr. Orton suggested a type of tattoo he wanted"); *id*. at Req. No. 123 (admitting that "Mr. Orton selected the colors of ink"); *id*. at Req. No. 124 (admitting that Mr. Orton selected the location for each of the tattoos at issue).

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

review of the Tattoos and the discovery exchanged in this case, I can conclude that they, like most tattoos, were requested by Mr. Orton to reflect his self-expression.

43.     Moreover, the purpose for which the Tattoos appear in *WWE 2K* is far different from the purposes for which they were created.  In contrast to the self-expression of Mr. Orton, Take-Two included the Tattoos in its video game not to express part of Take-Two's individual personality, whatever that could be, but to accurately depict the physical likenesses of Mr. Orton's real-world appearance as realistically as possible.  Plaintiff agreed that the purpose of including the tattoos on Mr. Orton's depiction in *WWE 2K* is to make the depiction "resemble Mr. Orton in real life,"[33] and agreed with the statements that "Mr. Orton wouldn't look as much like Mr. Orton without his tattoos" and "part of what [Mr. Orton] looks like in real life is the tattoos that he bears on his person."[34]  Take-Two's endeavor for realism is not the same purpose as each wrestler's individual self-expression.

44.     ***Second***, the Tattoos include motifs and images that are typical of tattoos, particularly among athletes such as wrestlers.  For instance, as I noted above, it is common to have birds and roses in tattoos.[35]  It is also common to have tribal designs in tattoos.[36]  In my review of tattoos, wrestlers often have tattoos that incorporate tribal designs.  For example, the

---

[33]   Dkt. No. 95 (Pl.'s Resps. & Objs. Defs. First Set of Reqs. Admis.), at Req. No. 38.

[34]   Pl. Dep. Tr., at 21:17–20; id at 21:4–9.  Plaintiff's expert, Dr. Jose Zagal, also emphasized that it is "essential" to depict Mr. Orton with his Tattoos in *WWE 2K* "to achieve verisimilitude sufficient to meet consumer's demands for realism."  Opening Expert Report of Dr. Jose Zagal on Behalf of Catherine Alexander (Nov. 14, 2018), at.5.

[35]   Plaintiff admits to inking other "tattoos incorporating, or consisting of, doves" and other "tattoos incorporating, or consisting of, roses" on clients other than Mr. Orton.  *See* Dkt. No. 108, at Req. Nos. 133, 134; *see also*, *e.g.*, *Top 55 Best Rose Tattoos for Men*, IMPROB.COM, https://improb.com/best-rose-tattoos-for-men/.

[36]   Plaintiff admits to inking other "tattoos incorporating, or consisting of, tribal designs" on clients other than Mr. Orton.  *See* Dkt. No. 108, at Req. No. 136.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

following are images of tattoos that incorporate tribal designs on other current and former WWE wrestlers:

         

**Batista**                **Goldberg**         **Rey Mysterio**      **Kofi Kingston**

It is also common for wrestlers to have tattoos depicting skulls.  For example, the following are images of tattoos that incorporate skull designs on other current and former WWE wrestlers:

         

**The Godfather**          **Brock Lesnar**       **CM Punk**            **Umaga**

Moreover, depictions of Bible verses are common in tattoo designs.[37]

## VII.    THERE IS NO MARKET FOR LICENSING TATTOOS IN VIDEO GAMES

45.     As an initial matter, it is my opinion that by arguing that Take-Two needed a separate license to the Tattoos' copyrights to include them in *WWE 2K*, Plaintiff is trying to create a market in this case that has never existed before and would not be reasonable or likely to be developed based on the customs and practices of the tattoo industry.  It is illogical to conclude there would be a market for licensing an individual's tattoos as applied to the body for use in a

---

[37]    Brian Cornwall, *50 Bible Verse Tattoos For Men – Scripture Design Ideas*, NEXTLUXURY.COM, http://nextluxury.com/mens-style-and-fashion/bible-verse-tattoos-for-men/.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

video game.  As discussed above, I am not aware of any tattooist expecting or charging fees for clients to appear or be depicted in media, whether on television, in advertisements, or in video games or other media.  Plaintiff herself acknowledged that she has never received revenues from the depiction of a tattooed person appearing in the media bearing the person's tattoos.[38]  In essence, Plaintiff is attempting to change the entire tattoo industry.  Based upon my years of studying the customs and practices of the tattoo industry and the ways that humans use tattoos for self-expression, and as discussed in Section V, Plaintiff's proposal to monetize tattoos in this manner would be detrimental to all.

46.    I am not aware of any instance in which a license for a tattoo has been sought or issued for use in a video game, and Plaintiff has produced no such licenses in this litigation. Plaintiff has admitted that she has never licensed any tattoo to a video game, or to be used in any other media or on merchandise.[39]  She has not heard of other tattooists licensing tattoos to video games, either.[40]  This is because the norm of the tattoo industry is that tattooists do not seek to control their tattoos as they appear on their clients.  From the tattooist's perspective, once tattooed, he or she intends that the client goes out into the world displaying that tattoo and the tattooist relinquishes all rights over the display and reproduction of the tattoo as it appears in real life.[41]  And from the client's perspective, he or she does not expect to ever need to return to the

---

[38]   Dkt. No. 95, at Req. No. 110.

[39]   Dkt. No. 95, at Req. Nos. 97, 98, 103, 111, & 112; *see also* Pl. Dep. Tr. at 179:2–11, 180:22–24.

[40]   *See* Pl. Dep. Tr. at 181:6–9.  Plaintiff has also acknowledged that Mr. Orton has tattoos other than the ones she inked, and she is not aware of any of those other tattooists demanding payment for the depiction of Mr. Orton with his tattoos in the video games.  *See id.* at 40:15–24.

[41]   *See id.* at 66:2–8 (agreeing that tattooed clients are free to carry on with life without obtaining Plaintiff's permission regarding to how they are depicted with their tattoos); *see also* Ex. 6, Glatstein Decl., at ¶ 10 (explaining that "general industry practice" is that "the client comes in, pays for a tattoo, and leaves," and after that "the client can go about his life with no strings attached").

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

tattooist for permission to appear in media with his or her tattoos.  In fact, Plaintiff acknowledged that it is neither her practice nor general practice in the industry to tell clients that they need their tattooists' permission before they can license others to depict them bearing their tattoos.[42]

47.     It also is my opinion that the market that Plaintiff is trying to create for the first time is not reasonable or likely to be developed outside of the context of this litigation.  A tattooist would not want to encumber his or her clients by exerting continuing rights over the client's tattoo as it appears on the client's body.  As discussed above, tattooists are committed to serving their clients and rely on the trust of those clients in return.  Further, most success in this industry is based on referrals and word-of-mouth.  Were Plaintiff's position—that the tattooist's permission is necessary to depict a client's tattoo as it appears on the client's body in certain mediums[43]—correct, clients would be unable to have their portraits drawn or painted, or their likenesses portrayed on merchandise unless the publisher obtained permission from the tattooist. This would seriously inhibit individuals' abilities to enter endorsement deals or otherwise commercialize their likenesses, which is a significant means of earning income for many athletes.  Based on my studies, tattooists anticipate and welcome the idea that the tattoos they ink will appear in all manner of commercial products.[44]  This is particularly the case where, as here,

---

[42]   *See* Pl. Dep. Tr. at 90:4–91:13 (Plaintiff stating she has never communicated to any client that she needs to be paid before the clients share images of themselves with their tattoos, including on merchandise, television, social media, or video games); *id*. at 89:1–4 (stating that tattooists don't sign agreements with their clients regarding copyright issues).

[43]   *See* Pl. Dep. Tr. at 169:11–173:20.

[44]   In fact, numerous other tattooists who ink professional athletes have said that they know and intend at the time of inking that the client will be depicted in various mediums, including video games, with the tattoos.  *See* Ex. 5 (Wright Decl.) ¶ 8 ("At the time I inked these tattoos, I knew that [LeBron] James was a famous basketball player.  I also knew that he was likely going to appear in public, on television, in commercials, or in other forms of media, like video games, at some point in the future."); Ex. 3 (Cornett Decl.) ¶ 8.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

Mr. Orton is a well-known wrestler who, even at the time that he was tattooed, would be understood to be likely to appear in public in such a way that his tattoos are displayed.[45]

48.     Finally, even if some kind of permission were required to display the Tattoos, it is the client (here, Randy Orton) who would be able to permit others to reproduce and replicate the Tattoos in other media in connection with the client's image.[46]  I understand that individuals license their likenesses for commercialization, and that Take-Two has been given permission to depict the likenesses of the WWE wrestlers on whom the Tattoos are inked in *WWE 2K*.[47]  As discussed above, tattooists and those in the tattoo industry believe that tattoos are an inseparable part of a person's likeness, identity, and general physical appearance.[48]  Plaintiff testified that Mr. Orton's tattoos are "absolutely" part of what Mr. Orton looks like in real life and they are part of his persona.[49]  Thus, it makes sense based on the customs and practices of the tattoo industry that a license to an individual's likeness would include rights to that person's tattoos. This would be the default understanding of both tattooist and client.

49.     Requiring only the client's permission also makes sense from an economic perspective, as Plaintiff's position would greatly encumber companies who regularly license the

---

[45]   Plaintiff acknowledged that she knew Mr. Orton was becoming a professional wrestler when she first inked him, *see id.* at 96:10–15, and she knew that, as a professional wrestler, Mr. Orton would be depicted on television with his tattoos visible, *id.* at 97:1–7.

[46]   Mr. Glatstein recognized this norm, stating, "I do not believe that Mr. Orton has to get [Plaintiff's] permission to allow his tattoos to be depicted on his body in video games, or that [Plaintiff] should receive money each time Mr. Orton is depicted with his tattoos.  [Plaintiff's] lawsuit is very surprising."  Ex. 6, Glatstein Decl., at ¶ 15.  Other tattooists have stated this, as well.  *See, e.g.*, Ex. 3 (Cornett Decl.) ¶ 22 (explaining that "any individuals who are tattooed hold these rights and can authorize the display of their tattoos as part of their likenesses").

[47]   Take-Two's Resps. & Objs. Pl.'s First Set Interrogs., at Interrog. No. 6.

[48]   As a result, failing to include those tattoos in a depiction of that person changes their likeness, and makes that depiction less accurate.

[49]   *See* Pl. Dep. Tr. at 21:4–15.

- CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER -

likenesses of individuals.  To require a company or individual to obtain permission from every

tattooist who inked a tattoo upon that individual's body before that individual could appear in

media would be a drastic departure from current practices and would be a prohibitive burden on

those companies and individuals.  Such a position could result in companies choosing not to

work with individuals bearing tattoos, which would in turn harm the tattoo industry further.

50.     For these reasons, and based on my years of studying tattooists, tattoos, and the

tattoo industry, I simply do not believe that an established market exists for the use of the Tattoos

that Take-Two has made, nor would such a market be reasonable or likely to be established.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24 th day of January, 2019.

Nina Jablonski, Ph.D.

# EXHIBIT 1

*Curriculum vitae*:  Nina Grace JABLONSKI
(Revised 25 March 2018)

**Personal Information:**

| | |
|---|---|
| Office address | Department of Anthropology, The Pennsylvania State University, 409 Carpenter Building, University Park, Pennsylvania 16802, U.S.A. |
| Office telephone number | 1 (814) 865-2509 |
| Office fax number | 1 (814) 863-1474 |
| Cell phone number | 1 (814) 933-7719 |
| Electronic mail address | ngj2@psu.edu |
| Institutional web page | http://anth.la.psu.edu/research/jablonski-lab |
| Personal web page | http://www.personal.psu.edu/ngj2/blogs/nina_jablonski/ |
| Finding Your Roots Classroom | http://www.fyrclassroom.org/ |
| TED talk (over 1,000,000 views) | https://www.ted.com/talks/nina_jablonski_breaks_the_illusion_of_skin_color |

**Indexes of Scholarly Productivity (from Google Scholar):**

Total citations: 5853
h-index (total): 37
i10-index: 89

**Educational Background:**

| | |
|---|---|
| 1981 | Ph.D., University of Washington (Anthropology); Title of dissertation:  Functional Analysis of the Masticatory Apparatus of *Theropithecus gelada* (Primates: Cercopithecidae) |
| 1978 | Ph.C., University of Washington (Anthropology) |
| 1975 | A.B., Bryn Mawr College (Biology) |

**Language Competency:**

| | |
|---|---|
| Putonghua (Mandarin Chinese) | Written and conversational |
| German | Written |
| Latin | Written |

**Major Research Interests:**

- Primate, including human, evolution, especially in relation to environmental change
- Evolution of human skin, skin pigmentation, and touch
- Public education about human evolution, human diversity, and racism

**Academic Honors:**

| | |
|---|---|
| 2015 | Elected as Member, American Academy of Arts & Sciences |
| 2014 | Appointed as Permanent Visiting Fellow of the Stellenbosch Institute for Advanced Study (STIAS) |
| 2014 | Appointed Evan Pugh University Professsor of Anthropology at The Pennsylvania State University |
| 2014-2015 | Elected as Chair,  Section H (Anthropology), American Association for the Advancement of Science |
| 2012 | Recipient, John Simon Guggenheim Foundation Fellowship |
| 2011 | Elected as Fellow, Royal Society of Biology (U.K.) |
| 2010 | D. Phil. (*Honoris Causa*), Stellenbosch University, South Africa |

| | |
|---|---|
| 2010 | Elected Member-at-large for Section H (Anthropology), American Association for the Advancement of Science |
| 2009 | Elected as Member, American Philosophical Society |
| 2007 | W.W. Howells Award of the American Anthropological Association for best book in biological anthropology for 2007 for *Skin: A Natural History* |
| 2005 | Recipient, Alphonse Fletcher Sr. Fellowship |
| 2002 | Elected as Fellow, American Association for the Advancement of Science |
| 2001-2002 | Elected as President (2001-2002), Pacific Division, American Association for the Advancement of Science |
| 1996 | Elected as Fellow, California Academy of Sciences |
| 1994 | Appointed as Member, Primate Specialist Group for Asia, Species Survival Commission, IUCN |
| 1991 | Appointed as Honorary Researcher, Kunming Institute of Zoology, Chinese Academy of Sciences |

**Scholarships and Fellowships:**

| | |
|---|---|
| 2012 | Guggenheim Fellowship ($40,000 award), for the project, "Naturalistic Studies of the Dynamics of Vitamin D Status in Human Populations" |
| 2005 | Alphonse Fletcher Sr. Fellowship ($50,000 award), for the project "Improving the Public Understanding of the Biological and Social Meaning of Skin Color" |
| 1998 | J. William Fulbright Senior Scholarship (for research and teaching in Nepal) |
| 1978-1979 | Smithsonian Institution Predoctoral Fellowship |
| 1972-1975 | Bryn Mawr College Regional Scholarship |
| 1972-1974 | Buffalo Foundation Scholarship |

**Current Major Academic Positions:**

Evan Pugh University Professor of Anthropology, The Pennsylvania State University (University Park)
Director, Center for Human Evolution and Diversity, The Pennsylvania State University (University Park)
Associate Director, The Huck Institutes of the Life Sciences, The Pennsylvania State University (University Park)
Permanent Visiting Fellow, Stellenbosch Institute for Advanced Study (STIAS), Stellenbosch, South Africa
Convener, Stellenbosch Institute for Advanced Study (STIAS) Long-Term Initiative on "Being Human Today: The Effects of Race" (2013-2018) http://stias.ac.za/news/2013/09/stias-long-term-project-being-human-today-the-effects-of-race/

**Current Minor Academic Position:**

Member, Penn State Cancer Institute, Population Health and Cancer Control Program

**Current Major Advisory Board Positions:**

Member, Scientific Executive Committee, The Leakey Foundation (appointed 2016).
Member, Scientific Advisory Board, L'Oréal Research and Innovation (2013-2016 Term; renewed for 2016-2019).
Member, Scientific Advisory Committee for Skin Cancer Prevention, Klein Buendel, Inc. (appointed 2017)

**Current External Research Grant Supervisory Positions:**

Principal Investigator, "Using a personalized genetics and genealogy approach to improve learning outcomes in the health sciences in middle school-aged youth" (Robert Wood Johnson Foundation Grant 31469, July 2015 through June 2018)
Principal Investigator, "Variation in human hair morphology within and among human populations" (NSF BCS Grant 1453571; February 2015 through January 2016, extended to January 2019)
Convener, Stellenbosch Institute for Advanced Study (STIAS) Long-Term Initiative on "Being Human Today: The Effects of Race" (2013-2018)

Principal Investigator, "Paleobiogeography, paleoecology, and continued investigation of a diverse, terminal Miocene, primate-bearing fauna from southern China" (NSF BCS Grant 1227927; August 2012 through July 2015, extended to July 2018)

**Previous Academic Positions Held:**

*Major (regular salaried positions):*

| | |
|---|---|
| 2011-2014 | Distinguished Professor of Anthropology, The Pennsylvania State University (University Park) |
| 2006-2011 | Head, Department of Anthropology, The Pennsylvania State University (University Park) |
| 1998-2006 | Irvine Chair of Anthropology, Curator of Anthropology, and Head of the Department of Anthropology, California Academy of Sciences (since December, 1994) |
| 1995-1998: | Irvine Chair of Anthropology, Associate Curator of Anthropology, and Chair of the Department of Anthropology, California Academy of Sciences |
| 1990-1994: | Senior Lecturer, Department of Anatomy and Human Biology, The University of Western Australia (tenured 16 September 1993) |
| 1981-1990: | Lecturer, Department of Anatomy, University of Hong Kong, (substantive [tenured] contract awarded in 1983) |

*Minor:*

| | |
|---|---|
| 2011-2014 | Convener, Genetics and Geneaology Working Group (National Evolutionary Synthesis Center [NESCent], Durham, NC) |
| 1998-2006 | Consulting Professor, Department of Anthropological Sciences, Stanford University |
| 1997-2004 | Consulting Professor, Department of Biological Sciences, Stanford University |
| 1997-2006 | Research Professor, Department of Biological Sciences, San Francisco State University |
| 2003-2006 | Adjunct Faculty Member, Department of Anthropology, University of California at Santa Cruz |
| 1998 | Visiting Fulbright Professor, Department of Geology, Tribhuvan University, Kathmandu, Nepal |
| 1997-1998 | Consulting Associate Professor, Department of Biological Sciences, Stanford University |
| 1998-2002 | Consulting Associate Professor, Department of Anthropology Sciences, Stanford University |
| 1989-1990 | Research Associate, Oral Biology Unit, Prince Philip Dental Hospital, University of Hong Kong |
| 1989 | Instructor, Certificate Course in Sports and Health Sciences, Department of Extramural Studies, University of Hong Kong |
| 1988-1994 | Guest Researcher of the Academia Sinica, Joint Laboratory of Primatology of the Kunming Institute of Zoology and the Yunnan National Laboratory Primate Center of China |
| 1981-1990 | Internal Examiner for M.B., B.S. First and Second Examinations, University of Hong Kong |
| 1981-1990 | Internal Examiner for B.D.S. First Examination, University of Hong Kong |
| 1980-1981 | Teaching Assistant, Department of Biological Structure, University of Washington |
| 1980 | Instructor, Department of Anthropology, University of Washington |
| 1979-1980 | Honorary Research Associate, Department of Anatomy, University of Hong Kong |
| 1979 | Instructor, Department of Anthropology, University of Washington |
| 1979 | Teaching Assistant, Department of Biological Structure, University of Washington |
| 1978-1979 | Predoctoral Fellow, Division of Vertebrate Zoology, National Museum of Natural History, Smithsonian Institution |
| 1976-1978 | Teaching Assistant, Department of Anthropology, University of Washington |

**Memberships on External Award, Membership, and Advisory Committees and Advisory Boards:**

| | |
|---|---|
| 2017 onward | Member, Council (representing Class II, Biological Sciences), American Philosophical Society |
| 2017 onward | Member, Ethics Committee, American Association of Physical Anthropologists |
| 2016 onward | Member, Scientific Executive Committee, The Leakey Foundation |
| 2013-2014 | Member, Committee on Diversity, Steering Committee for the Women's Mentoring Workshop, American Association of Physical Anthropologists |
| 2011-2017 | Member, Class II (Biological Sciences) Membership Committee, American Philosophical Society |

| | |
|---|---|
| 2010-2016 | Member, Board of Behavioral, Cognitive and Social Sciences, National Research Council, National Academy of Sciences |
| 2008-2014 | Member, National Science Foundation Advisory Committee for the Social, Behavioral, and Economic Sciences; two terms served |
| 2013 | Member, *ad hoc* subcommittee on Youth Violence, National Science Foundation Advisory Committee for the Social, Behavioral, and Economic Sciences |
| 2012-13 | Chair, Committee of Visitors for the Division of Behavioral and Cognitive Sciences, National Science Foundation Advisory Committee for the Social, Behavioral, and Economic Sciences |
| 2013 | Member, *ad hoc* Advisory Committee on the Election of Members, American Philosophical Society |
| 2011 onward | Member, Membership Committee (Class 2, Biological Sciences), American Philosophical Society |
| 2007-2011 | Member, W.W. Howells Prize Committee for the Biological Anthropology Section of the American Antnhropological Association |
| 2002-2012 | Science Advisor, The Pinhead Institute, Telluride, CO (a non-profit, environmental education organization affiliated with the Smithsonian Institution) |
| 2001-2002 | Member, David Starr Jordan Prize Committee in Evolutionary Biology (convened by Stanford University, Cornell University, and Indiana University) |

**Competitive Grants:**

| | |
|---|---|
| 2015 | Rockefeller Foundation Grant (award number 2015 PRE 310, $167,676), "Finding your roots: using a personalized genetics and genealogy approach to foster interest and participation in the health sciences in middle school-aged youth" |
| 2015 | Robert Wood Johnson Foundation Grant (award number 31469, $343,752), "Using a personalized genetics and genealogy approach to improve learning outcomes in the health sciences in middle school-aged youth" |
| 2015 | NSF BCS Grant (award number 1453571, $82,400.00), "Variation in human hair morphology within and among human populations" (PI; Mark D. Shriver and Sandra Koch, Co-PI's) |
| 2013 | Knut and Alice Wallenberg Foundation and Riksbankens Jubileumsfond, Sweden (ZAR 3,000,000 to the Stellenbosch Institute for Advanced Study (STIAS) for the project "Being Human in a Post-modern World: The Effects of Race" (Co-PI); http://stias.ac.za/news/2013/09/stias-long-term-project-being-human-today-the-effects-of-race/ |
| 2012 | National Evolution Synthesis Center (NESCent) award to support three Workshops on, "Using Genetics and Genealogy to Teach Evolution and Human Diversity" (PI) |
| 2012 | NSF BCS Grant (award number 1227927, $89,019.00), "Collaborative Research: Paleobiogeography, paleoecology, and continued investigation of a diverse, terminal Miocene, primate-bearing fauna from southern China" (PI) |
| 2011 | National Evolution Synthesis Center (NESCent) award to support a Catalysis Meeting on, "Using Genetics and Genealogy to Teach Evolution and Human Diversity" (PI) |
| 2010 | NSF BCS Grant (award number 1035897, $25,000), "Emergency Recovery and Preliminary Study of Catarrhine Primate Fossils from the Yongle Lignite Mine, Zhaotong, Yunnan Province, China (Co-PI) |
| 2007 | NSF HOMINID grant (award no. 0725227, $212,553.00) in support of the five-year project, "Human Origins and the Molecular Genetic Basis of Craniofacial Evolution" (Co-PI) |
| 2005 | John D. and Catherine T. MacArthur Foundation Research Grant ($245,000) in support of the project, "Biodiversity of the Gaoligongshan" (Co-PI) |
| 2002-2007 | National Science Foundation ($2,430,000) in support of the project, "Biotic Survey of the Gaoligongshan, a Biodiversity Hotspot in Western Yunnan, China". (NSF Project Number 0103795; Co-PI) |
| 2004 | The Leakey Foundation Research Grant ($2,700) in support of the project, "The Cercopithecoidea of Koobi Fora: Project Completion" |
| 2001 | L.S.B. Leakey Foundation Research Grant ($2,440) in support of the project, "The Evolution of Old World Monkeys in the Lake Turkana Basin" |

| | |
|---|---|
| 2001 | ESRI Environmental Support Program International Mentorship Grant ($13,000 in kind donation of software, data products and books) in support of the establishment and development of GIS at the National Museums of Kenya |
| 2000 | ESRI Environmental Support Program Grant ($12,000 in kind donation of software, data products and books) in support of institutional GIS development |
| 1999 | American Philosophical Society Research Grant ($5,000) in support of the project, Vertebrate paleontological survey of the Miocene Siwalik deposits of Western Nepal" |
| 1998 | National Geographic Society Grant ($25,000) in support of the project, "Biodiversity Survey of the Gaoligong Mountains, Yunnan Province, China" |
| 1998 | L.S.B. Leakey Foundation Research Grant ($2,500) in support of the project", Paleontological and paleoenvironmental investigations in the Upper Siwaliks of Nepal" (with G. Corvinus) |
| 1998 | United States Educational Foundation ($50,000) in support of paleontological research and living expenses while in residence as a Fulbright Senior Scholar in Nepal |
| 1998 | Conservation Technology Support Program (Consortium of Hewlett-Packard and Environmental Systems Research Institute), in-kind award of computer software and GIS training, equivalent to $26,000 |
| 1995 | Australian Research Council (A$144,000) in support of the project, "The Distribution of Mammals in Asia from the Late Pliocene to the Present:  Geographical and Environmental Influences" |
| 1994-2006 | Numerous Competitive "In-house" Research Grants and Lindsay Fieldwork Grants from the California Academy of Sciences totaling over $60,000 |
| 1994 | Australian Primate Society (A$1,500) in support of the symposium, "The Biology of the Snub-nosed Langurs of China and Vietnam" to be held at the XVth Congress of the International Primatological Society |
| 1994 | Private donations (A$3,000) in support of the symposium, "The Biology of the Snub-nosed Langurs of China and Vietnam" to be held at the XVth Congress of the International Primatological Society |
| 1992 | Australian Academy of Sciences - Chinese Academy of Sciences Exchange Program (A$6,000) Funding included full cost of transportation to and from China, costs of internal transportation in China and all living costs in China for six weeks |
| 1992 | Bilateral Science and Technology Exchange Program, Australian Department of Industry, Technology and Commerce (A$7,300) in support of the project, "Functional Anatomy and Evolution of the Monkeys of China" |
| 1992 | Australian Research Council (A$150,000) in support of the project, "The Radiation of the Genus *Macaca*:  Geographical and Anatomical Correlates" |
| 1991 | L.S.B. Leakey Foundation (US$6,000) in support of the project "Survey and Comparative Study of the Plio-Pleistocene Monkeys of Yunnan Province, China" |
| 1991 | Development Assistance Committee of The University of Western Australia (A$1,600) to defray the costs of a visit by a Chinese scholar to Australia |
| 1991 | Australian Research Council (A$14,999) in support of the project, "The Impact of Geographical and Environmental Change on the Distribution of Hominids and other Mammals in Eurasia since the Pliocene" |
| 1989 | Wenner-Gren Foundation for Anthropological Research, Incorporated (US$10,000) in support of the international symposium, "*Theropithecus* as a Case Study in Primate Evolutionary Biology", held at King's College, University of Cambridge, April 1990) |
| 1989 | L.S.B. Leakey Foundation (US$6,500) in support of the project "The functional anatomy and evolution of the golden snub-nosed langurs of Yunnan Province, China" |
| 1989 | Beijing-Hong Kong Academic Exchange Centre Grant (approximately HK$10,000 to support the two-month visit to Hong Kong by Pan Ruliang of the Kunming Institute of Zoology, for the purposes of collaborative research) |
| 1988 | University of Hong Kong Conference Grant (HK$6,600) for travel to an international conference |
| 1988 | University of Hong Kong Leung Kau Kui Research and Teaching Endowment Fund (HK$5,994) for research-related equipment |

| 1988 | Beijing-Hong Kong Academic Exchange Centre Grant (approximately HK$3000) to support attendance at the Symposium of Asian Pacific Mammalogy, Huairou, P.R. China |
| 1987 | Beijing-Hong Kong Academic Exchange Centre Grant (approximately HK$5,000) to support the one-month visit to Hong Kong by Gu Yumin of the Institute of Vertebrate Paleontology and Paleoanthropology, Beijing, for the purposes of collaborative research |
| 1986 | University of Hong Kong Faculty of Dentistry Research Grant (HK$6,000) for research-related expenses |
| 1985 | University of Hong Kong Faculty of Dentistry Research Grant (HK$9,571) for research-related expenses |
| 1982 | University of Hong Kong Pauline Chan Medical Research Fund Grant (HK$20,176) for research equipment |
| | University of Hong Kong Conference Grant (HK$5,750) for travel to an international conference |
| 1979-1980 | University of Washington Graduate School Research Fund Student Travel Award (US$250) for conference expenses |
| 1979 | University of Washington, Department of Anthropology Graduate Student Travel Grant (US$2,300) to defray travel expenses associated with predoctoral research |
| 1979 | L.S.B. Leakey Foundation Research Grant (US$1,165) in support of predoctoral research |
| 1979 | Sigma Xi, The Scientific Research Society of North America, Grant-in-Aid-of-Research (US$300) in support of predoctoral research |

**Graduate Students Currently Under Supervision (All in the Department of Anthropology at The Pennsylvania State University, except as stated):**

Michael Hicks, Ph.D. candidate, Department of History. Supervisory role: Member of supervisory committee; expected date of completion: May 2021.

Lily Doershuk, Ph.D. candidate, Supervisory role: Member of the supervisory committee; expected date of completion May 2020

Oladuni Tina Lasisi, Ph.D. candidate, Supervisory role: Chair of the supervisory committee; expected date of completion: May 2020.

Kevin A. Rosenfield, Ph.D. candidate. Supervisory role: Member of supervisory committee; expected date of completion: May 2020.

Karly Etz, Ph.D. candidate, Department of Art History. Supervisory role: Member of supervisory committee; expected date of completion: May 2020.

Raining Wang, Ph.D. candidate. Supervisory role: Member of supervisory committee; expected date of completion: May 2020.

Richard Bankoff, Ph.D. candidate (in the dual degree program in Anthropology and Bioethics). Supervisory role: Member of supervisory committee; expected date of completion: May 2019.

**Graduate Degrees Supervised:**

Sandra Koch, Ph.D. (2018) Variation in Human Hair Morphology and Microstructure. Supervisory role: Chair of the supervisory committee.

Allison Machnicki, Ph.D. (2018) candidate. Evolution and Development of Hominoid Vertebral Transitions. Supervisory role: Co-advisor.

Tabitha C. Green, M.A. (2017) Department of Anthropology, Georgia State University. Supervisory role: Member of supervisory committee.

Hsin-Yu Chen, Ph.D. (2017) Women's Perceptions of Skin Color and Sun-Related Behaviors: A Cross-Cultural Study, Department of Recreation, Park and Tourism Management, Penn State (University Park), Supervisory role: Co-chair of supervisory committee.

Sukhdeo, Simone. Ph.D. (2017) Shape and Structural Variation in the Distal Femur of Catarrhine Primates, Supervisory role: Member of supervisory committee.

Kelsey Kjosness.  Ph.D. (2017) Evolutionary and developmental mechanisms of pisiform growth plate loss.
    Supervisory role:  Member of supervisory committee.
Vivek Venkataraman, Ph.D. (2016) Historical and functional ecology of rainforest foragers. Department of
    Biological Sciences, Dartmouth College.  Supervisory role:  External member of supervisory committee.
Amélie Beaudet, Ph.D. (2015) Caractérisation des structures crânio-dentaires internes des cercopithécoïdes et étude
    diachronique de leurs variations morphologiques dans la sequence Plio-Pléistocène sud-africaine, University
    of Toulouse III.  Supervisory role:  Member of supervisory committee.
Hill, Alexander.  Ph.D. (2013)  Sexual selection and vocalization in humans and nonhuman anthropoid primates.
    Supervisory role:  Member of supervisory committee.
Swiatoniowski, Anna., M.S. (2013) Comparing von Luschan skin color tiles and modern spectrophotometry for
    measuring human skin pigmentation. Supervisory role:  Chair of supervisory committee.
Swain, W. Jeffrey, Ph.D. (2013)  The impact of the social web on identity and community: An ethnographic study of
    a community of runners.  College of Education, The Pennsylvania State University. Supervisory role:
    Member of supervisory committee.
MacGill, Clayton, Ph.D. (2013)  High-resolution reconstruction of early human habitats at FLK Zinjanthropus,
    Olduvai Gorge, using lipid biomarker and isotope signatures.  (Geosciences and Biogeochemistry).
    Supervisory role: External member of supervisory committee.
Pearson, Laurel, Ph.D. (2012) Genetic contributions to disparities in preterm birth among African-American
    women.  Genetics Program, The Pennsylvania State University.   Supervisory role:  Member of supervisory
    committee.
Rogers, Megan, M.S. (2012)  Using genomic ancestry and demographic variables to study perception in human faces
    Genetics Program, The Pennsylvania State University.  Supervisory role:  Committee member.
Liberton, Denise, Ph.D. (2012)  An investigation into genes underlying normal variation in facial morphology in
    admixed populations. Department of Anthropology, The Pennsylvania State University. Supervisor role:
    Committee member.
Frazier, Brenda, Ph.D. (2011)  The cranial morphology of dwarf primate species.  Department of Anthropology, The
    Pennsylvania State University. Supervisor role:  Committee member.
Wagner, Jennifer, Ph.D. (2010)  Implications of DNA ancestry tests.  Ph.D., Department of Anthropology, The
    Pennsylvania State University. Supervisor role:  Committee member.
Quillen, Ellen, Ph.D. (2010)   Identifying genes related to indigenous American-Specific changes in skin pigmentation.
    Ph.D., Department of Anthropology, The Pennsylvania State University.  Supervisor role:  Committee
    member.
Jin, Joohyun, Ph.D. (2010)  Zooarchaeological and taphonomic analysis of the faunal assemblage from Tangzigou,
    Southwestern China.  Ph.D., Department of Anthropology, The Pennsylvania State University.  Supervisor
    role:  Primary supervisor.
Macharia, Anthony, M.S..  (2005)  Multivariate analysis of leaf shape patterns in the genus *Arctostaphylos*
    (Ericaceae).  M.Sc., Department of Biolgy, San Francisco State University.  Supervisor role:  Committee
    member.
Bolter, Debra, Ph.D. (2004)  Growth of the postcranial skeleton in colobine monkeys.  Ph.D., Department of
    Anthropology, University of California at Santa Cruz.  Supervisory role:  Outside committee member.
Hamburger, Lisa, M.A.  (2003)  The effect of a female alliance on male social behavior in captive chimpanzees (*Pan
    troglodytes*). M.A., Departments of Anthropology and Biological Sciences, San Francisco State University.
    Supervisor role:  Committee member.
Rentz, Erin, M.A.  (2003)  Effects of fire on plant anatomical structure in Native Californian basketry material.  M.S.,
    Department of Biological Sciences, San Francisco State University.  Supervisor role:  Committee member.
Brim, Susan, M.A.  (2003)  The relationship of degrees of anisognathy and lower molar elongation to levels of folivory
    in Old World monkeys (Family Cercopithecidae).  M.A., Department of Anthropological Sciences,  Stanford
    University.  Supervisory role:  Primary supervisor.
Jeansonne, Andrea, M.A.  (2002)  Conflict resolution in chimpanzees:  An observational study based on a
    chimpanzee population in the San Francisco Zoo.  M.S., , Department of Anthropology, San Francisco State
    University.  Supervisor role:  Committee member
Collins, Kelly, M.A.  (2001)  Bioacoustic investigations of the Mongolian gerbil.  M.S., Department of Biological
    Sciences , San Francisco State University.  Supervisor role:  Committee member

Buck, Alana, Ph.D.  (1999)  Analysis of the trabecular structure of the bodies of human vertebrae using the technique of fast Fourier transformations.  Ph.D. (co-supervisor with Prof. C.E. Oxnard), Department of Anatomy and Human Biology, The University of Western Australia.  Supervisor role:  Committee member.

Pan, Ru-Liang, Ph.D.  (1999)  Intra- and interspecific variation in cranial morphology in the Chinese macaques.  Ph.D. (co-supervisor with Prof. C.E. Oxnard and Dr. L. Freedman), Department of Anatomy and Human Biology, The University of Western Australia.  Supervisor role:  Committee member

Su, Denise, B.A. Honors.  (1999)  Postcranial adaptations to terrestrial locomotion in the Yunnan snub-nosed monkey, *Rhinopithecus bieti*.  B.A. (Honors), Department of Anthropology, University of California at Berkeley.  Supervisor role:  Committee member.

de Winter, Willem, Ph.D.  (1997)  The evolution of behavioural complexity in the Primates.  Ph.D. (co-supervisor with Prof. C.E. Oxnard), Department of Anatomy and Human Biology, The University of Western Australia.  Supervisor role:  Committee member.

Pollard, Elizabeth, B.Sc. (Honours).  (1994)  A comparison of mothering behaviour and infant development between three female orangutans and their offspring.  B.Sc. (Honours) [First Class], Department of Anatomy and Biology, The University of Western Australia.  Supervisory role:  Primary supervisor.

Samson, Helen, M.Sc..  (1994)  Methods of assessing and preventing dental treatment anxiety in children.  M.Sc., Department of Anatomy and Human Biology, The University of Western Australia.  Supervisory role:  Primary supervisor.

Suessenbach, Wilhelm, B.Sc. (Honours).  (1992)  *Piliocolobus badius* and *Procolobus verus:*  A study in cranial form and evolution.  B.Sc. (Honours) [First Class], Department of Anatomy and Human Biology, The University of Western Australia.  Supervisory role:  Primary supervisor.

Ottaviano, Paul A., B.Sc. (Honours)  (1991)  The anatomy of the long bones of *Rhinopithecus* and *Pygathrix* in relation to body size and locomotion.  B.Sc. (Honours) [Second Class], Department of Anatomy and Human Biology, The University of Western Australia.  Supervisory role:  Primary supervisor.

Murphy, Denise, B.Sc. (Honours)  (1991)  Concepts of health and disease in the Vietnamese community in Perth, Australia, B.Sc. (Honours) [First Class], Department of Anatomy and Human Biology, The University of Western Australia.  Supervisory role:  Primary supervisor.

McKenna, J.J.Iain, M.Phil.  (1986)  A qualitative and quantitative assessment of the anterior dentition visible in photographs and its aplication in frensic oontology.  M.Phil., Department of Anatomy, University of Hong Kong.  Supervisor role:  Committee member.

Chan, Lap-Ki, B.Sc. (Honours).  (1986)  The deuction of the level of the human larynx from bony landmarks and its relevance to the investigation of the evolution of human speech.  B.Sc. (Honours) [Second Class], Department of Anatomy, University of Hong Kong.  Primary supervisor.

**Undergraduate Teaching (Penn State only, since 2006):**

**ANTH 215, Skin: Evolution, Bology and Culture;** 3 credits; Exploration of the evolution and cultural significance of human skin, including skin color and body adornment.  SRTE (Spring 2010):  Mean course rating: 6.61, Mean instructor rating: 6.82, 82.4% responded out of 33 enrolled.

**ANTH 405, Primatology;** 3 credits; Exploration of the evolution, ecology, and behavior of Primates.  SRTE (Spring 2009):  Mean course rating: 6.62, Mean instructor rating: 6.69, 76.4% responded out of 17 enrolled; SRTE (Spring 2008): Mean course rating: 6.29, Mean instructor rating: 6.59, 73.9% responded out of 23 enrolled.; SRTE (Fall 2016): Mean course rating: 5.92, Mean instructor rating: 6.54, 43.3% responded out of 30 enrolled.

**ANTH 40-H, Biocultural Evolution;** 3 credits; Examination of evolutionary models of the development of the human capacity for culture, and of culture as an adaptive mechanism.  SRTE (Spring 2012):  Mean course rating: 6.75, Mean instructor rating: 7, 42.1% responded, Enrollment: 19; SRTE (Spring 2012):  Mean course rating: 6.67, Mean instructor rating: 6.89, 81.8% responded, Enrollment: 11; SRTE (Spring 2014):  Mean course rating: 7, Mean instructor rating: 6.75, 40% responded, Enrollment: 10; SRTE (Fall 2014): Mean course rating: 6.29, Mean instructor rating: 6.71,  44% responded, Enrollment:  16.

**Undergraduate Teaching (Priot to 2006):**

**1996-2006:**  Stanford University; While Curator at the California Academy of Sciences, taught courses in Primate Evolution and Ecology (Spring 2004, Spring 2005, and Spring 2006) and Principles and Practice of Biosystematics (Spring 1999, Spring 2003).

**1990-1994:**  The University of Western Australia, Faculty of Science:  Coordinated and taught courses in Human Structure and Function, Human Development, and Advanced Topics in Human Biology for human biology majors, and contributed to teaching of Introduction to Human Biology (all years)

**1981-1990:**  University of Hong Kong, Faculty of Medicine:  Coordinated and taught courses in Human Gross Anatomy for medical and dental students, Functional Human Anatomy for sports medicine students, and contributed to teaching of Human Embryology and Human Growth and Development for medical students (all years).

**Journal Editorial Appointments:**

*Current:*
2016 onward        Associate Editor, *Zoological Research*
2015 onward        Associate Editor, *Evolution, Medicine, and Public Health*
2014 onward        Associate Editor, *Primate Biology*
2000 onward        Associate Editor, *Folia Primatologica*
1999 onward        Editor and Academic Advisor, Cambridge University Press, Biological and Evolutionary Anthropology series
*Occasional:*
2007, 2013, 2014, 2015, 2017, 2018:  Guest Editor, *Proceedings of the National Academy of Sciences*

*Past:*
2003 – 2005:  Associate Editor, *Journal of Human Evolution*
1999 - 2001:  Associate Editor, *Journal of Human Evolution*
1986-2007: Board of Reviewing Editors, *Human Evolution*
1988 - 1997:  Editor-in-Chief, *East Asian Tertiary/Quaternary Newsletter*
1992 - 1994:  Associate Editor, *Perspectives in Human Biology*
1992 - 1994:  Editorial Board, *Australian Primatology*

*Special journal issues edited:*
2005        Special Issue Editor, *Proceedings of the California Academy of Sciences* (volume entitled *Biodiversity:  Past, Present and Future*)
2005        Special Issue Co-Editor (with Michael Ghiselin) *Proceedings of the California Academy of Sciences* (volume entitled *The Future of Taxonomy*)
2004        Special Issue Editor, *Quaternary International*
1991        Guest Editor of Special Double Issue on Chinese primates, *Folia Primatologica*

**Publications:**

***Articles in peer-reviewed journals or edited and peer-reviewed volumes:***

1.  **Jablonski, N.G.** (in press). An introduction to the Effects of Race Project and this volume. In:  Maré, P.G., ed. The Effects of Race Project, Volume 1, Racial Templates. SunMedia, Stellenbosch, South Africa.
2.  **Jablonski, N.G.**, Mauro, A., O'Sullivan, J., and Wilson, T.R. (in press). What do words really say?  Newspaper coverage of the Marikana and Michael Brown incidents and an inquiry into media reinforcement of templates of group identity. In:  Maré, P.G., ed. The Effects of Race Project, Volume 1, Racial Templates. SunMedia, Stellenbosch, South Africa.

3. Robinson, J.K. and Jablonski, N.G. (2018). Editorial: Sun protection and skin self-examination and the US Preventive Services Task Force recommendation on behavioral counseling for skin cancer prevention. *Journal of the American Medical Association*. 319:1101-1102. doi:10.1001/jama.2018.0163

4. Ryan, T., Carlson, K., Gordon, A., **Jablonski, N.G.**, Shaw, C., Stock, J. (2018) Human-like hip joint loading in *Australopithecus africanus* and *Paranthropus robustus*. *Journal of Human Evolution*.

5. Hlusko, L.J., Carlson, J.P., Chaplin, G., Elias, S.A., Hoffecker, J.F., Huffman, M., **Jablonski, N.G.,** Monson, T.A., O'Rourke, D.H., Pilloud, M.A., and Scott, G. R. (2018) *Proceedings of the National Academy of Sciences*. Environmental selection during the last ice age on the mother-to-infant transmission of vitamin D and fatty acids through breast milk

6. **Jablonski, N.G.** and G. Chaplin (2018) The roles of vitamin D and cutaneous vitamin D production in human evolution and health. *International Journal of Paleopathology*.

7. Jones, P., Lucock, M. Veysey, M., **Jablonski, N.G.**, Chaplin, G. and Beckett, E. (2017) Frequency of folate-related polymorphisms varies by skin pigmentation. *American Journal of Human Biology*. doi: 10.1002/ajhb.23079

8. Geller, A.C., **Jablonski, N,G,** Pagoto, S.L., Hay, J.L., Hillhouse, J., Buller, D.B., Kenney, W.L., Robinson, J.K., Weller, R.B., Moreno, M.A., Gilchrest, B.A., Sinclair, C., Arndt, J., Taber, J.M., Morris, K.L. Dwyer, L.A., Perna, F.M., Klein, W.M., and Suls, J.M. (2017). Expert Meeting on Sun Safety and Skin Cancer Risk: Interdisciplinary Perspectives, *JAMA Dermatology*, published online November 08, 2017. doi:10.1001/jamadermatol.2017.4201

9. Chen, H.Y., Yarnal, C., Chick, G., and **Jablonski, N.G**. (2017) Egg white or sun-kissed: A cross-cultural exploration of skin color and women's leisure behaviour. *Sex Roles*. DOI 10.1007/s11199-017-0785-4

10. Cuthill, I.C, Allen, W.L., Arbuckle, K., Caspers· B., Chaplin, G., Hauber, M.E., Hill· G.E., **Jablonski, N.G.**, Jiggins, C., Kelber, I., Mappes· J., Marshall, J., Merrill, M. Osorio, D., Prum· R., Roberts, N.W., Roulin, A., Rowland, H., Sherratt, T. N., Skelhorn, J., Speed, M.P., Stevens, M., Stoddard, M.C., Stuart-Fox, D., Talas· L., Tibbetts, E., Caro, T. (2017) The biology of color. *Science*. 357: 470; DOI: 10.1126/science.aan0221.

11. Robinson, J., Penedo, F., Hay, J., and **Jablonski, N.G.** (2017). Recognizing Latinos' range of skin pigment and phototypes to enhance skin cancer prevention. *Pigment Cell & Melanoma Research* 30:488-492.

12. **Jablonski, N.G.** (2017) Genes for the high life: New genetic variants point to positive selection for high altitude hypoxia in Tibetans. *Zoological Research* 38: 117. DOI 10.24272/j.issn.2095-8137.2017.031

13. Beckett, E., Jones, P., Veysey, Duesing, K., Martin, C., Furst, J., Yates, Z., **Jablonski, N.G.**, Chaplin, G., and Lucock, M.  (in press)  VDR gene methylation as a molecular adaption to light exposure: historic, recent and genetic influences. *Amer. J. Hum. Biol.*

14. **Jablonski, N.G.** (2018)  Eye color.  In: Trevathan, W., ed., *The International Encyclopedia of Biological Anthropology.*

15. **Jablonski, N.G.** (2018)  Hair color.  In: Trevathan, W., ed., *The International Encyclopedia of Biological Anthropology.*

16. **Jablonski, N.G.** (2018)  Skin color.  In: Trevathan, W., ed., *The International Encyclopedia of Biological Anthropology.*

17. **Jablonski, N.G.** (2017) The anthropology of skin colors:  An examination of the evolution of skin pigmentation and the concepts of race and skin of color.  In Vashi, N.A. and Maibach, H.I., *Dermatoanthropology of Ethnic Skin and Hair*, pp. 1-11. Springer.

18. Dadzie, O.E., Lasisi, T., and **Jablonski, N.G.** (2017) The anthropology of human scalp hair.  In Vashi, N.A. and Maibach, H.I., *Dermatoanthropology of Ethnic Skin and Hair*, pp. 315-330. Springer.

19. **Jablonski, N.G.** (in press)  Evolution of human skin color and vitamin D. Chapter 3 in Feldman, D., ed., *Vitamin D*, Fourth edition. Elsevier.

20. **Jablonski, N.G.** (in press)  Prologue:  An anthropological perspective on facial attractiveness and expressivity, In:  Benedetto, A. *Botulinum Toxins in Clinical Aesthetic Practice*, Third Edition. CRC Press.

21. **Jablonski, N.G.** and Chaplin, G. (2017) The colors of humanity: The evolution of pigmentation in the human lineage. *Phil. Trans. Royal Soc. B.* B 20160349. http://dx.doi.org/10.1098/rstb.2016.0349

22. **Jablonski, N.G.** (2017) Koobi Fora.  In:  Elton, S.E., ed., *International Encyclopedia of Primatology*.

23. Wang, X.M., Grohé, C., Su, D.F., White, S.C., Ji, X.P., Kelley, J., **Jablonski, N.G.**, Deng, T., You, Y.S., and Yang, X. (2017) A new giant otter, *Siamogale melalutra* (Lutrinae: Mustelidae: Carnivora), from the latest Miocene Shuitangba site in northeastern Yunnan, southwestern China and a total evidence phylogeny of lutrines. *J. Syst. Paleontol.* (published online January 2017).

24. Lucock, M., Beckett, E., Martin, C., Jones, P. Furst, J., Yates, Z., **Jablonski, N.G.**, Chaplin, G. and Veysey, M. (2016) UV-associated decline in systemic folate: Implications for human nutrigenetics, health, and evolutionary processes. *Amer. J. Hum. Biol.* DOI:10.1002/ajhb.22929

25. Eaaswarkhanth, M., Xu, D., Flanagan, C.. Rzhetskaya. M., Hayes, M.G., Blekhman, R., **Jablonski, N.G.**, and Gokcumen, O. (2016) Atopic dermatitis susceptibility variants in filaggrin hitchhike hornerin selective sweep. *Genome Biol. Evol.* doi: 10.1093/gbe/evw242.

26. Hubbard, T.D, Murray, I.A., Bisson, W.H. Sullivan, A.P., Sebastian, A., Perry, G.H., **Jablonski, N.G.**, and Perdew, G. H. (2016) Divergent Ah receptor ligand selectivity during hominin evolution. *Mol. Biol. Evol.;* published online August 2, 2016 doi:10.1093/molbev/msw143

27. Puts, D.A., Hill, A.K., Bailey, D.H. Walker, R.S., Rendall, D., Wheatley, J., Welling, L. J. Dawood, K., Cárdenas, R., Burriss, R., **Jablonski**, N.G., Shriver, M.D., Weiss, D., Lameira, A. R., Apicella, C.L., Owren, M.J., Barelli, M., Glenn, M., Ramos-Fernandez, G., Sexual selection on male vocal fundamental frequency in humans and other anthropoids, *Proc. Roy. Soc.*, Proc. B 283(1829). pii: 20152830. doi: 10.1098/rspb.2015.2830

28. Kelley, E.A., **Jablonski, N.G.**, Chaplin, G., Sussman, R.W. (2016) Behavioral thermoregulation in *Lemur catta*: The significance of sunning and huddling behaviors. *Amer. J. Primatol.* 78: 745-754. DOI: 10.1002/ajp.22538

29. Bushman, B.J., Newman, K., Calvert, S.L. , Downey, G., Dredze, M., Gottfredson, M., **Jablonski, N.G.,** Masten, A., Morrill, C., Neill, D.B., Romer, D. and Webster, D.  (2016) Youth violence: What we know and what we need to know. *Amer. Psychologist* 71:17-39. doi.org/10.1037/a0039687.

30. Wang, S.Q., Ji, X.P., **Jablonski, N.G.**, Su, D.F., Ge, J.Y., Ding, C.F., Yu, T.S., Li, W.Q. Drangkrayom, J. (2015) The oldest cranium of *Sinomastodon* (Proboscidea, Gomphotheriidae), Discovered in the uppermost Miocene of southwestern China: Implications for the origin and migration of this taxon. *J. Mammal. Evol.* DOI 10.1007/s10914-015-9311-z.

31. **Jablonski, N.G**. (2015).  Skin color:  A function of sun. In:  Durrenberger, E.P., and Erem, S., *Anthropology Unbound*, 3rd edition, Oxford University Press, p. 12.

32. Coussens, A.K., Naude, C. E., Goliath, R., Chaplin, G., Wilkinson, R.J. and **Jablonski, N.G.**  (2015)  High-dose vitamin D$_3$ reduces deficiency caused by low UVB exposure and limits HIV-1 replication in urban Southern Africans. *Proceedings of the National Academy of Sciences*.  112:8052-8057.

33. **Jablonski, N.G.** (2015)  The colour of our past and present:  The evolution of human skin pigmentation.  In: Mangcu, X., ed.  *The Colour of Our Future: Race and Identity in South Africa*, Johannesburg, University of the Witwatersrand Press, pp. 17-24.

34. Ji, X.P., **Jablonski, N.G.**, Tong, H.W., Su, D.F., Ebbestad, J.O.R., Liu, C.W., and Yu, T.S. (2015) *Tapirus yunnanensis* from Shuitangba, a terminal Miocene hominoid site in Zhaotong, Yunnan Province of China. *Vertebrata Palasiatica.* 53:177-192.

35. Aryiku, S., Salam, A., Dadzie, O.E., and **Jablonski, N.G.** (2015) Clinical and anthropological perspectives on chemical relaxing of Afro-textured hair. *Journal of the European Academy of Dermatology and Venereology*. doi: 10.1111/jdv.13028.

36. Dadzie, O.E., **Jablonski, N.G.** Mahalingam, M., Dupuy, A., and Petit, A., (2014)  Skin cancer, photoprotection and "skin of color." *Journal of the American Academy of Dermatology*. 71(3):586. doi: 10.1016/j.jaad.2014.04.071.

37. Lucock, M., Yates, Z., Martin, C., Choi, J.H., Boyde, L., Tang, S., Naumovski, N., Furst, J. Roach, P., **Jablonski, N.G.**, Chaplin, G. and Veysey, M. (2014)  Vitamin D, folate, and potential early lifecycle environmental origin of significant adult phenotypes. *Evolution, Medicine, and Public Health*.  2014:69–91 doi:10.1093/emph/eou01

38. Carbone, L. …. **Jablonski, N.G.** (41ST of 100 authors) (2014) Gibbon genome and the fast karyotype evolution of small apes.  *Nature*. 513:195-201. doi: 10.1038/nature1367.

39. Dong, W., Ji, X.P., **Jablonski, N.G.**, Su, D.F.S., and Li, W.Q. (2014) New materials of the Late Miocene *Muntiacus* from Zhaotong hominoid site in southern China. *Vertebrata Palasiatica* 52:316-327.

40. **Jablonski, N.G.** and Chaplin, G. (2014)  Skin cancer was not a potent selective force in the evolution of protective pigmentation in early hominins.  *Proceedings of the Royal Society B:  Biological Sciences*. 281:20140517. doi: 10.1098/rspb.2014.0517.

41. Frost, S.R., **Jablonski, N.G.**, and Haile-Selassie, Y.  (2014).  Early Pliocene Cercopithecidae from Woranso-Mille (Central Afar, Ethiopia) and the origins of the *Theropithecus oswaldi* lineage.  *Journal of Human Evolution*. doi: 10.1016/j.jhevol.2014.05.003.

42. **Jablonski, N.G.**, Su, D.F., Flynn, F.J., Ji, X., Deng, C., Kelley, J., Xhang, Y., Yin, J., You, Y. and Yang, X. (2014) An introduction to Shuitangba, a unique, terminal Miocene vertebrate fossil site in Yunnan, China. *Journal of Vertebrate Paleontology.* 34:1251-1257. **DOI:**10.1080/02724634.2014.843540.

43. **Jablonski, N.G.** (2014)  Is there a golden mean for sun exposure?  *Journal of Internal Medicine*. DOI: 10.1111/joim.12248.

44. **Jablonski, N.G.** and Chaplin, G. (2014) The evolution of skin color and hair texture in people of African ancestry, For:N. P. Khumalo, editor, *Dermatologic Clinics* Special Issue: *Skin and Hair Disorders in People of African Ancestry.* DOI: 10.1016/j.det.2013.11.003

45. Chaplin, G., **Jablonski, N.G.**, Sussman, R.W. and Kelley, E.A. (2014)  The role of piloerection in primate thermoregulation.  *Folia Primatologica*. 85:1-17.  DOI: 10.1159/000355007.

46. Chaplin, G. and **Jablonski, N.G**. 2013.  The human environment and the vitamin D compromise:  Scotland as a case study in human biocultural adaptation and disease susceptibility.  *Human Biology.* 85:529-552.  DOI: 10.1353/hub.2013.0028.

47. **Jablonski, N.G.** (2013). "Ethnic skin" and why the study of human cutaneous diversity is important.  *Brit. J. Dermatol.* 169 (Suppl. 3): v. DOI: 10.1111/bjd.12531.

48. Zhang, Y.G, Ji, X.P., **Jablonski, N.G.**, Su, D.F., Wang, X.B., Yang, X, Li, Z.H., and Fu, L.Y.  (2013)  Stratigraphic significance of the avian fauna from Late Miocene Zhaotong region, Yunnan Province.  *Acta Paleontologica Sinica*.  52: 281-287 (in Chinese with English abstract).

49. **Jablonski, N.G.**, and Chaplin, G.,  (2013)  Epidermal pigmentation in the human lineage is an adaptation to ultraviolet radiation, *Journal of Human Evolution.* 65:671-675.  DOI: 10.1016/j.jhevol.2013.06.004

50. Swiatoniowski, A.K., Quillen, E., Shriver, M.D., and **Jablonski, N.G.**  (2013)  Comparing von Luschan skin color tiles and modern spectrophotometry for measuring human skin pigmentation.  *American Journal of Phyiscal Anthropology***.** 151:325-330.  **DOI:** 10.1002/ajpa.22274.

51. Cerling, T.E., Chritz, K.L. **Jablonski, N..G.**, Leakey, M.G., and Manthi, F.K.  (2013)  Diet of Theropithecus from 4 to 1 Ma in Kenya.  *Proceedings of the National Academy of Sciences*. 110:10507-12.  www.pnas.org/cgi/doi/10.1073/pnas.1222571110

52. Ji, X., **Jablonski, N.G.**, Su, D.F., Flynn, L.J., You, Y., and Kelley, J.  (2013)  A new juvenile hominoid cranium from the terminal Miocene of Yunnan, China.  *China Science Bulletin.* doi: 10.1007/s11434-013-6021-x

53. **Jablonski, N.G.** (2012)  Skin: Its biology in black and white.  *Palaeontologica Africana*.  47:62-66.

54. **Jablonski, N.G.** (2012)  The evolution and meaning of human skin color variation, pp. 101-111 in:  Goodman, A., Moses, Y. and Jones, J. eds., *RACE:  Are We So Different?* New York, Wiley Blackwell.

55. Jin, J.H., **Jablonski, N.G.,** Flynn, L.J., Chaplin, G. Ji, X., Li, Z., Shi, X., and Li, G.  (2012)  Micromammals from an early Holocene archaeological site in southwest China: paleoenvironmental and taphonomic perspectives.  *Quaternary International.* 281:58-65. doi:10.1016/j.quaint.2012.04.012

56. **Jablonski, N.G.** (2012)  Human skin pigmentation as an example of adaptive evolution.  *Proceedings of the American Philosophical Society* 156:45-57.

57. Liedigk, R., Yang, M., **Jablonski N.G.**, Momberg, F., Geissmann, T, et al. (2012) Evolutionary History of the Odd-Nosed Monkeys and the Phylogenetic Position of the Newly Described Myanmar Snub-Nosed Monkey *Rhinopithecus strykeri*. *PLoS ONE* 7(5): e37418. doi: 10.1371/journal.pone.0037418

58. Beall, C.M., **Jablonski, N.G.**, and Steegman, T., Jr.  (2012)  Human adaptation to climate:  Temperature, ultraviolet radiation, and altitude.  Pp. 177-250 in:  Stinson, S., Bogin, B., and O"Rourke, D. (Ed.)  *Human Biology:  An Evolutionary and Biocultural Perspective*, 2nd Edition.  Hoboken (New Jersey), John Wiley & Sons.

59. **Jablonski, N.G.** (2012)  The evolution of human skin colouration and its relevance to health in the modern world.  *Journal of the Royal College of Physicians of Edinburgh*. 42:58–63; doi:10.4997/JRCPE.2012.114.

60. **Jablonski, N.G.** and Chaplin, G.  (2012)  Human skin pigmentation, migration, and disease susceptibility.  *Philosophical Transactions of the Royal Society* (B) 367:785-92.

61. Siegel, S.R., Mackenzie, J., Chaplin, G., **Jablonski, N.G.**  and Griffiths, L.. (2012)  Circulating microRNAs involved in multiple sclerosis.  *Molecular Biology Reports*  DOI: 10.1007/s11033-011-1441-7

62. **Jablonski, N.G.**, Ji, X., Liu, H., Li, Z., Flynn, L.J., and Li, Z. (2011)  Remains of Holocene giant pandas from Jiangdong Mountain (Yunnan, China) and their relevance to the evolution of quaternary environments in south-western China. *Historical Biology* **DOI:** 10.1080/08912963.2011.640400.

63. **Jablonski, N.G.** (2011)  Transforming "racial characteristics":  Is it an appropriate role for aesthetic surgery?  *Journal of Aesthetic Surgery*  31:352-353.

64. **Jablonski, N.G.** and Chaplin, G.  (2010)  Human skin pigmentation as an adaptation to UV radiation.  *Proceedings of the National Academy of Sciences*.  107(Suppl. 2):  8962-8968.

65. **Jablonski, N.G.**  (2010)  Chapter 12.  Skin coloration.  Pp. 192-213 in:  Muehlenbein, M.I. (Ed.)  *Human Evolutionary Biology*.  New York, Cambridge University Press.

66. **Jablonski, N.G.** and Frost, S.  (2010)  Cercopithecoidea.  Pp. 393-428 in: Werdelin, L. and Sanders, W. (Eds.)  *Cenozoic Mammals of Africa*.  Berkeley, University of California Press.

67. Yuen, A.W.C. and **Jablonski, N.G.**  (2010)  Vitamin D:  In the evolution of human skin colour.  *Med. Hypotheses*;74(1):39-44; Doi:10.1016/j.mehy.2009.08.007.

68. Su, D.F.-S. and **Jablonski, N.G.** (2009)  Locomotor behaviour and skeletal morphology and locomotor of the odd-nosed monkeys.  *Folia Primatol*.  80:189-219.

69. Chaplin, G. And **Jablonski, N.G.**  (2009)  Vitamin D and the evolution of human depigmentation.  *Am. J. Phys. Anthropol*.  139:451-461.

70. **Jablonski, N.G.** and Chaplin, G.  (2009)  The fossil record of gibbons. pp. 113-130 in: Lappan, S, and Whittaker, D. (Eds.)  *The Gibbons: New Perspectives on Small Ape Socioecology and Population Biology*. New York: Springer.

71. **Jablonski, N.G.**, Houghtaling, D., Hartman, R., and Anderson, J.  (2007)  A history of anthropology at the California Academy of Sciences.  *Proceedings of the California Academy of Sciences*.  58:135-154.

72. McBrearty, S. and **Jablonski, N.G.**  (2005)  First fossil chimpanzee.  *Nature*.  437:105-108. http://www.nature.com/nature/journal/v437/n7055/abs/nature04008.html

73. **Jablonski, N.G.**  (2005)  Primate homeland:  Forests and the evolution of primates during the Tertiary and Quaternary in Asia.  *Anthropological Sciences* (Japan)  113:117-122. http://www.jstage.jst.go.jp/article/ase/113/1/113_117/_article.

74. **Jablonski, N.G.**  (2005)  Primate diversity and environmental seasonality in historical perspective.  In:  D. Brockman and C. van Schaik, eds., *Primate Seasonality*, pp. 465-488, Cambridge: Cambridge University Press.

75. **Jablonski, N.G.**  (2005)  Introduction to the combined Biodiversity and Taxonomy Symposium Supplement:  Biodiversity and Taxonomy for the 21st Century.  In:  **Jablonski, N.G.** and Ghiselin, M.T.  (eds.), Proceedings of the Symposia Biodiversity:  Past, Present, and Future and The Future of Taxomomy Held on the Occasion of the 150th Anniversary of the California Academy of Sciences June 17-18, 2003 and Sponsored by the California Academy of Sciences and the Pacific Division of the American Association for the Advancement of Science.  Proceedings of the California Academy of Sciences, ser. 4, 56(Suppl. I[3 June]):5-6.

76. **Jablonski, N.G.**  (2005)  Exploring biodiviersity: Past, present, and future.  In:  **Jablonski, N.G.** and Ghiselin, M.T.  (eds.), Proceedings of the Symposia Biodiversity:  Past, Present, and Future and The Future of Taxomomy Held on the Occasion of the 150th Anniversary of the California Academy of Sciences June 17-18, 2003 and Sponsored by the California Academy of Sciences and the Pacific Division of the American Association for the Advancement of Science.  Proceedings of the California Academy of Sciences, ser. 4, 56(Suppl. I[3 June]):9-11.

77. **Jablonski, N.G.**  (2004)  The evolution of human skin and skin coloration.  *Annu. Rev. Anthropol*. 33:585-623. http://arjournals.annualreviews.org/doi/abs/10.1146/annurev.anthro.33.070203.143955

78. **Jablonski, N.G.** and Chaplin, G.  (2004)  Becoming bipedal:  How do theories of bipedalization stand up to anatomical scrutiny?  In:  Anapol, F., German, R.Z., and **Jablonski, N.G.**, eds.  *Shaping Primate Evolution:  Form, Function and Behavior*.  Cambridge, Cambridge University Press, pp. 281-296.

79. **Jablonski, N.G.**  (2004)  The hippo's tale:  How the anatomy, physiology and dietary preference of Late Neogene *Hexaprotodon* shed light on Late Neogene environmental change.  *Quat. Int*.  117:119-124.

80. **Jablonski, N.G.,** Ji, X.-P., Chaplin, G., Wang, L.-R., Yang, S.-Y., Li, Z.-C., and Li, G.-H.  (2003)  A preliminary report on new and previously known vertebrate paleontological sites in Baoshan Prefecture, Yunnan Province, China.  *Proc. Cal. Acad. Sci.*  54:209-224.

81. **Jablonski, N.G.**  (2003)  The evolution of the tarsiid niche.  In:  Wright, P.C., Simons, E.L., and Gursky, S., eds. *Tarsiers:  Past, Present and Future*.  New Brunswick, Rutgers University Press, pp. 35-49.

82. **Jablonski, N.G.,** Leakey, M.G., Kiarie, C. and Antón, M.  (2002)  A new skeleton of *Theropithecus brumpti* (Primates:  Cercopithecidae) from Lomekwi, West Turkana, Kenya.  *J. Hum. Evol*.  43:887-923.

83. **Jablonski, N.G.**  (2002) Changing perspectives of the first Americans:  Insights gained and paradigms lost.  In: Jablonski, N.G., ed.  *The First Americans:  The Pleistocene Colonization of the New World*.  Memoir 27, California Academy of Sciences, pp. 1-7.

84. **Jablonski, N.G.**, Chaplin, G., and McNamara, K.J. (2001) Natural selection and the evolution of hominid patterns of growth and development. In: Minugh-Purvis, N. and McNamara, K.J., eds. *Human Evolution through Developmental Change*. Baltimore, The Johns Hopkins University Press, pp. 189-206.

85. Delson, E., Terranova, C.J., Jungers, W.L., Sargis, E.J., **Jablonski, N.G.**, and Dechow, P.C. (2000) Body mass in Cercopithecidae (Primates, Mammalia): Estimation and scaling in extinct and extant taxa. *Anthropol. Pap. Am. Mus. Nat. Hist.*, Number 83, 159 pp.

86. **Jablonski, N.G.**, Whitfort, M. J., Roberts-Smith, N. and Xu, Q.-Q. (2000) The influence of life history and diet on the distribution of catarrhine primates during the Pleistocene in eastern Asia. *J. Hum. Evol.* 39:131-157.

87. **Jablonski, N.G.** and Chaplin, G. (2000) The evolution of human skin coloration. *J. Hum. Evol.* 39:57-106.

88. **Jablonski, N.G.**, Whitfort, M. and Roberts-Smith, N. (1999) Using GIS to examine trends in animal distributions through "deep time": The mammals of the Pleistocene of East Asia in relation to environmental change. In: Kesby, J. A., Stanley, J. M., McClean, R. F. and Olive, L. J., eds. *Geodiversity: Readings in Australian geography at the close of the 20th century*. School of Geography and Oceanography, University of New South Wales, Special Publication Series No. 6, pp. 243-250.

89. **Jablonski, N.G.** (1999) A possible link between neural tube defects and ultraviolet light exposure. *Med. Hypotheses* 52:581-582.

90. **Jablonski, N.G.** and Tyler, D. E. (1999) *Trachypithecus auratus sangiranensis*, A new fossil monkey from Sangiran, central Java, Indonesia. *Int. J. Primatol.* 20:319-326.

91. **Jablonski, N.G.** and Whitfort, M. J. (1999) Environmental change during the Quaternary in East Asia and its consequences for mammals. *Records of the Western Australian Museum*, Supplement No. 57, pp. 307-315.

92. **Jablonski, N.G.** (1999) Primate evolution – in and out of Africa. Comments from Nina G. Jablonski. *Current Biology* 9:119-122.

93. **Jablonski, N.G.** (1998) The evolution of the doucs and snub-nosed monkeys and the question of the phyletic unity of the odd-nosed monkeys. In: Jablonski, N.G. (ed.) *The Natural History of the Doucs and Snub-nosed Monkeys*, Singapore: World Scientific Publishing Co., pp. 13-52.

94. **Jablonski, N.G.** (1998) Ultraviolet light-induced neural tube defects in amphibian larvae and their implications for the evolution of melanized pigmentation and declines in amphibian populations. *J. Herpetology*, 32:455-457.

95. **Jablonski, N.G.** (1998) The response of catarrhine primates to Pleistocene environmental fluctuations in East Asia. *Primates* 39:29-37.

96. Pan, R.L., **Jablonski, N.G.**, Oxnard, C. E. and Freedman, L. (1998) Morphometric analysis of Macaca arctoides and M. thibetana in relation to other macaque species. *Primates* 39:519-537.

97. **Jablonski, N.G.**, Pan, R.-L., and Chaplin, G. (1998) Mandibular morphology of the doucs and snub-nosed monkeys in relation to diet. In: Jablonski, N.G. (ed.) *The Natural History of the Doucs and Snub-nosed Monkeys*, Singapore: World Scientific Publishing Co., pp. 105-128.

98. Chaplin, G. and **Jablonski, N.G.** (1998) The integument of the odd-nosed colobines. In: Jablonski, N.G. (ed.) *The Natural History of the Doucs and Snub-nosed Monkeys*, Singapore: World Scientific Publishing Co., pp. 79-104.

99. Chaplin, G. and **Jablonski, N.G.** (1998) Comment on hemispheric difference in skin color. *Am. J. Phys. Anthrop*. 107:221-224.

100. Ren, R. M., Kirkpatrick, R. C., **Jablonski, N.G.**, Bleisch, W. V., and Le, X. C. (1998) Conservation status and prospects of the snub-nosed langurs (Colobinae: *Rhinopithecus*). In: Jablonski, N.G. (ed.) *The Natural History of the Doucs and Snub-nosed Monkeys*, Singapore: World Scientific Publishing Co.. pp. 301-314. Reprinted in Primate Conservation (1996/1997), Number 17, pp. 152-159.

101. **Jablonski, N.G.** and Bowdler, S. (1997) A pre-contact human skull from Useless Loop, Western Australia. *J. Roy. Soc. West. Aus.* 80:137-142.

102. **Jablonski, N.G.** (1997) The relevance of environmental change and primate life histories to the problem of hominid evolution in east Asia. In: Jablonski, N.G. (Ed.), *The Changing Face of East Asia During the Tertiary and Quaternary*. Hong Kong, Centre of Asian Studies (The University of Hong Kong), Occasional Papers and Monograph No. .124, pp. 462-475.

103. **Jablonski, N.G.** and Kelley, J. (1997) Did a major immunological event shape the evolutionary histories of apes and Old World Monkeys? *J. Hum. Evol.* 33:513-520.

104. Gu, Y-M, Huang W-B, Chen D-Y, Guo X-F. and **Jablonski, N**.G. (1996) [Pleistocene fossil primates from Luoding, Guangdong.] *Gujizhui Dongwu Xuebao/Vertebrata PalAsiatica*. 34:235-250. (In Chinese with English abstract.)

105. Macho, G.A., Reid, D.J., Leakey, M.G., **Jablonski, N.G.** and Beynon, A.D. (1996). Climatic effects on dental development of *Theropithecus oswaldi* from Koobi Fora and Olorgesailie. *J. Hum. Evol.* 30:57-70.

106. **Jablonski, N.G.** (1995) The phyletic position and systematics of the douc langurs of southeast Asia. *Amer. J. Primatol.* 35:185-205.

107. **Jablonski, N.G.** and Pan, R.-L. (1995) Sexual dimorphism in the snub-nosed langurs (Colobinae: *Rhinopithecus*). *Amer. J. Phys. Anthropol.* 96:251-272.

108. **Jablonski, N.G.** (1994) Convergent evolution in the dentitions of grazing macropodine marsupials and the grass-eating cercopithecine primate *Theropithecus gelada*. *J. Roy. Soc. West. Aus.* 77:37-43.

109. **Jablonski, N.G.** (1994) New fossil cercopithecid remains from the Humpata Plateau, southern Angola. *Amer. J. Phys. Anthropol.* 94:435-464.

110. **Jablonski, N.G.**, Pan, Y.-R., and Zhang, X.-Y. (1994) New cercopithecid fossils from Yunnan province, People's Republic of China. In: B. Thierry, J.R. Anderson, J.R. Roeder and J.J. Herrenschmidt (Eds.), *Current Primatology* Volume I. Ecology & Evolution., Universite Louis Pasteur, Strasbourg, pp. 303-311.

111. Chaplin, G., **Jablonski, N.G.**, and Cable, N.T. (1994) Physiology, thermoregulation and bipedalism. *J. Hum. Evol.* 27:497-510.

112. **Jablonski, N.G.** and Chaplin, G. (1994) Avant les premiers pas: l'Origine de la bipédie. *La Recherche* 25:80-81.

113. **Jablonski, N.G.** and Crompton, R.H. (1994) Feeding behavior, mastication, and tooth wear in the western tarsier, *Tarsius bancanus*. *Int. J. Primatol.* 15:29-59.

114. **Jablonski, N.G.** (1993) Muzzle length and heat loss. *Nature* 66:216-217.

115. **Jablonski, N.G.** (1993) Introduction. In: Jablonski, N.G. (Ed.), *Theropithecus: The Rise and Fall of a Primate Genus.*, Cambridge, Cambridge University Press, pp. 1-12.

116. **Jablonski, N.G.** (1993) The evolution of the masticatory apparatus in *Theropithecus*. In: Jablonski, N.G. (Ed.), *Theropithecus: The Rise and Fall of a Primate Genus.*, Cambridge, Cambridge University Press, pp. 299-329.

117. **Jablonski, N.G.** (1993) The phylogeny of *Theropithecus*. In: Jablonski, N.G. (Ed.), *Theropithecus: The Rise and Fall of a Primate Genus.*, Cambridge, Cambridge University Press, pp. 209-224.

118. Delson, E., Eck, G. G., Leakey, M. G. and **Jablonski, N.G.** (1993) A partial catalogue of fossil remains of *Theropithecus*. In: Jablonski, N.G. (Ed.), *Theropithecus: The Rise and Fall of a Primate Genus*, Cambridge, Cambridge University Press, pp. 499-525.

119. **Jablonski, N.G.** (1993) Quaternary environments and the evolution of primates in Eurasia, with notes on two new specimens of fossil Cercopithecidae from China. *Fol. Primatol.* 60:118-132.

120. **Jablonski, N.G.** and Chaplin, G. (1993) Origin of habitual terrestrial bipedalism in the ancestor of the Hominidae. *J. Hum. Evol.* 24:259-280.

121. **Jablonski, N.G.** and Peng, Y.Z. (1993) The phylogeny and classification of the doucs and snub-nosed langurs of China and Vietnam. *Fol. Primatol.* 60:36-55.

122. Pan, R.-L. and **Jablonski, N.G.** (1993) Scaling of limb proportions and limb bone diameters in three species of Chinese snub-nosed langurs (Genus *Rhinopithecus*. *Fol. Primatol.* 60:56-62.

123. Yu, F.-H., Peng, Y.-Z., Pan, R.-L., Ye, Z.-Z., Wang, H. and **Jablonski, N.G.** (1993) A comparative study of the elbow joints in five species of Chinese macaques. *Fol. Primatol.* 60:18-27.

124. **Jablonski, N.G.** (1992) Dental agenesis as evidence of possible genetic isolation in the colobine monkey, *Rhinopithecus roxellana*. *Primates* 33:371-376.

125. **Jablonski, N.G.** (1992) Sun, skin and spina bifida: An exploration of the relationship between solar ultraviolet radiation, skin colour and neural tube defects. In: Bruce, N.W. (Ed.), *Proceedings of the Fifth Annual Conference of the Australasian Society for Human Biology.* Perth, Centre for Human Biology, pp. 455-462.

126. **Jablonski, N.G.** and Chaplin, G. (1992) The origin of hominid bipedalism re-examined. *Archaeol. Oceania* 29:115-125.

127. Ottaviano, P.A. and **Jablonski, N.G.** (1992) Relationships of body weight and locomotion to long bone dimensions in two genera of Asian colobine monkeys. In: N.W. Bruce, Ed. *Proceedings of the Fifth Annual Conference of the Australasian Society for Human Biology.* Perth, Centre for Human Biology, pp. 405-423.

128. **Jablonski, N.G.** and Bruce, N.W. (1991). Is menopause a reproductive paradox or an evolutionary breakthrough? In: O'Higgins, P. (Ed.), *Human Biology: An Integrative Science.* Proceedings of the Fourth Conference of the Australasian Society for Human Biology, Centre for Human Biology, The University of Western Australia. pp 223-237.

129. **Jablonski, N.G.** and Gu, Y.-M. (1991) A reassessment of *Megamacaca lantianensis*, a large monkey from the Pleistocene of north-central China. *J. Hum. Evol.* 20:51-66.

130. Xu, X.-H., Philipsen, H.P., **Jablonski, N.G.**, Weatherhead, B., Pang, K.M. and Zhu, J.-Z. (1991) Preliminary report on a new method of human age estimation from single adult teeth. *For. Sci. Int.* 51(1991):281-288.

131. **Jablonski, N.G.** (1990) A brief history of the fossil record of nonhuman primates in China. *Primate Report* 26:29-44.

132. **Jablonski, N.G.** and Shum, B.S.K. (1989) Identification of unknown human remains by comparison of antemortem and postmortem radiographs. *For. Sci. Int.* 42:221-230.

133. Gu, Y.-M. and **Jablonski, N.G.** (1989) A reassessment of *Megamacaca lantianensis* of Gongwangling, Shaanxi Province. *Acta Anthrop. Sin.* 8:343-346. (In Chinese with English abstract.)

134. Pan, R.-L., Wang, H. and **Jablonski, N.G.** 1989. Long bone and skeletal allometry in *Rhinopithecus*. *Zool. Res.* 10:23-30. (In Chinese with English abstract.)

135. McMillan, A.S. and **Jablonski, N.G.** (1987) The position and branching pattern of the facial nerve and their effect on transcutaneous electrical stimulation in the oro-facial region. *Oral Surg. Oral Med. Oral Pathol.* 63(5):539-541.

136. Pan, Y.-R. and **Jablonski, N.G.** (1987) Age and geographical distribution of fossil cercopithecids in China. *Hum. Evol.* 2:59-69.

137. **Jablonski, N.G.** (1986) The hand of *Theropithecus brumpti*. *Selected Proceedings of the Tenth Congress of the International Primatological Society*. Volume 1. *Primate Evolution*. Cambridge, Cambridge University Press, pp. 173-182.

138. **Jablonski, N.G.**, Quackenbush, L.E., Lee, S.L. Dimmer, A., McKenna, J.J.I, McDonald, D.F., Renson, C.E., and Fearnhead, R.W. (1986) Establishment of a large collection of extracted teeth for research. *J. Dent. Res.* 65:123-124.

139. **Jablonski, N.G.**, Cheng, C.M., Cheng, L.C., and Cheung, H.M. (1985) Unusual origins of the buccal and mylohyoid nerves. *Oral Surg. Oral Med., Oral Pathol.* 60:487-488.

140. Eck, G.G. and **Jablonski, N.G.** (1984) A reassessment of the taxonomic status and phyletic relationships of *Papio baringensis* and *Papio quadratirostris* (Primates: Cercopithecidae). *Am. J. Phys. Anthrop.* 65(2):109-134.

141. McKenna, J.J.I., **Jablonski, N.G.**, and Fearnhead, R.W. (1984) A method of matching skulls with photographic portraits using landmarks and measurements of the dentition. *J. For. Sci.* 29:787-797.

142. **Jablonski, N.G.** (1982) More on *Theropithecus* at Olorgesailie: age structure and mortality. *Curr. Anthrop.* 23(3):349-352.

143. **Jablonski, N.G.** (1982) Identifiable mammalian remains from Po Yue Wan. *J. Hong Kong Archaeol. Soc.* IX(1980-1981): 21-22.

**Chapters in edited volumes and other publications, which were not peer reviewed:**

1. **Jablonski, N.G.** (2018) Media richness. In: Brockman, J. Ed., *This Idea is Brilliant*. Harper Perennial.

2. **Jablonski, N.G.** (2017) Unsere unbekannte Haut. In: Oehler, R., Gehring, P., and Mosbrugger, V., eds. *Biologie und Ethik: Leben als Projekt*. Pp. 20-29. Senckenberg Books, Schweizerbart'sche, E. Publishers..

3. **Jablonski, N.G.** (2017) Bugs r us. In: Brockman, J., ed., *Know This: Today's Most Interesting Scientific Ideas, Discoveries, and Developments*. Harper Perennial, pp. 241-243.

4. **Jablonski, N.G.** (2015). The next phase of human evolution, In: Brockman, J., ed., *What to Think about Machines that Think*, Harper Perennial, pp. 399-402.

5. **Jablonski, N.G.** (2015) Race. In: Brockman, J., (ed.), *This Idea Must Die*. Harper Perennial, New York, pp. 80-83.

6. **Jablonski, N.G.** (2012) Darwin's birthday suit: New perspectives on the evolution of human skin and skin pigmentation. The David Skomp Distinguished Lecture Series in Anthropology. Text of a lecture delivered April 24, 2009. 15 pp.

7. **Jablonski, N.G.** and Leakey, M.G. (2008) Introduction. In: Jablonski, N.G. and Leakey, M.G. (eds.) *Koobi Fora Research Project*. Volume 6. *The Fossil Monkeys*. California Academy of Sciences, San Francisco, pp. 1-11.

8. **Jablonski, N.G.** and Leakey, M.G. (2008) Systematic paleontology of the small colobines. In: Jablonski, N.G. and Leakey, M.G. (eds.) *Koobi Fora Research Project*. Volume 6. *The Fossil Monkeys*. California Academy of Sciences, San Francisco, pp. 12-30.

9. **Jablonski, N.G.,** Leakey, M.G., Ward, C.V., and Antón, M.  (2008)  Systematic paleontology of the large colobines.  In:  Jablonski, N.G. and Leakey, M.G. (eds.)  *Koobi Fora Research Project*.  Volume 6.  *The Fossil Monkeys*.  California Academy of Sciences, San Francisco, pp. 31-102.

10. **Jablonski, N.G.,** Leakey, M.G., and Antón, M.  (2008)  Systematic paleontology of the cercopithecines.  In:  Jablonski, N.G. and Leakey, M.G. (eds.)  *Koobi Fora Research Project*.  Volume 6.  *The Fossil Monkeys*.  California Academy of Sciences, San Francisco, pp. 103-300.

11. **Jablonski, N.G.** and Chaplin, G.  (2008)  Natural language descriptions and keys of the Koobi Fora monkey fossil species using DELTA.  In:  Jablonski, N.G. and Leakey, M.G. (eds.)  *Koobi Fora Research Project*.  Volume 6.  *The Fossil Monkeys*.  California Academy of Sciences, San Francisco, pp. 301-336.

12. Leakey, M.G., Gathogo, P.N., and **Jablonski, N.G.**  (2008)  Geological background, geochronology, and stratigraphic analysis.  In:  Jablonski, N.G. and Leakey, M.G. (eds.)  *Koobi Fora Research Project*.  Volume 6.  *The Fossil Monkeys*.  California Academy of Sciences, San Francisco, pp. 359-398.

13. **Jablonski, N.G.** and Leakey, M.G..  (2008)  The importance of the Cercopithecoidea from the Koobi Fora Formation in the context of primate and mammalian evolution.  In:  Jablonski, N.G. and Leakey, M.G. (eds.)  *Koobi Fora Research Project*.  Volume 6.  *The Fossil Monkeys*.  California Academy of Sciences, San Francisco, pp. 399-418.

14. Ji, X.-P., **Jablonski, N.G.,** Chaplin, G., Liu, J.-W., Dong, W., Li, Z.-C., and Wang, L.-R.  (2004)  Preliminary report of mammals fossils recovered from the 2003 field seasons from Tangizgou, Yunnan.  In:  Dong, W. (ed.), *Proceedings of the Ninth Annual Symposium of the Chinese Society of Vertebrate Paleontology*.  China Ocean Press, Beijing, pp. 243-252.

15. **Jablonski, N.G.**  (2002)  The fossil record of Old World monkeys: The Late Neogene radiation.  In:  W. Hartwig, ed.  *The Primate Fossil Record*.  Cambridge University Press, pp. 255-299.

16.  Tyler, D. E., **Jablonski, N.G.** and Sartono, S.  (1995)  Earliest known monkey fossil from the Indonesian Archipelago: An announcement.  In:  Bower, J. R. F. and Sarton, S. (eds.)  Human Evolution in its Ecological Context.  Volume I Palaeo-anthropology.  *Pithecanthropus* Centennial Foundation, Leiden University, pp. 213-216.

17. **Jablonski, N.G.**  (1995)  Primate life histories and primate conservation.  In:  W.-P. Xia and Y.-Z. Zhang (eds.), *Primate Research and Conservation*.  China Forestry Publishing House, Beijing, pp. 113-117.

18. **Jablonski, N.G.**  (1991)  The evolution of primates in Asia:  Old debates and new dilemmas.  In:  Seth, P.K. and Seth, S. (eds.)  *Perspectives in Primate Biology*, Volume 4.  Today & Tomorrow's Printers and Publishers, Delhi, pp. 35-41.

19. **Jablonski, N.G.** and Pan, R.-L.  (1991)  Sexual dimorphism in *Rhinopithecus bieti* and other species of *Rhinopithecus*.  *Primatology Today*, Proceedings of the XIIIth Congress of the International Primatological Society.  Amsterdam, Elsevier.

20.  **Jablonski, N.G.** and Pan, Y.-R.  (1988)  The evolution and palaeobiogeography of monkeys in China.  In: Whyte, P. (ed.)  *The Palaeoenvironment of East Asia from the Mid-Tertiary*.  Volume II.  Hong Kong, Centre of Asian Studies, pp. 849-867.

21. **Jablonski, N.G.**  (1987).  The role of anthropology in forensic investigations.  *Hong Kong Anthropological Society Bulletin*  1:12-13.

22. Eck, G.G. and **Jablonski, N.G.**  (1987)  The skull of *Theropithecus brumpti* as compared with those of other species of the genus *Theropithecus*.  *Les Faunes Plio-Pleistocenes de la Basse Vallee de l'Omo (Ethiopie)*.  Tome 3.  *Cercopithecidae de la Formation de Shungura*.  Paris, Centre National de Recherche Scientifique, pp. 12-122.

23. **Jablonski, N.G.**  (1986)  A history of form and function in the primate masticatory apparatus from the ancestral primate through the strepsirhines.  In:  Swindler, D.R. (ed.)  *Comparative Primate Biology*.  Volume I. *Systematics, Anatomy, and Evolution*.  New York, Alan Liss, pp. 537-558.

24. **Jablonski, N.G.**  (1986)  Patterns of sexual dimorphism in *Theropithecus*.  In:  Pickford, M. and Chiarelli, A.B. (eds.)  *Sexual Dimorphism in Living and Fossil Primates*.  Firenze, Il Sedicesimo, pp. 172-182.

25. Crompton, R.H. and **Jablonski, N.G.**  (1984)  "Competitive efficiency" and Middle Pleistocene hominid radiations in East Asia.  In:  Whyte, R.O.  (ed.)  *The Evolution of the East Asian Environment*.  Volume II.  Hong Kong Centre of Asian Studies, pp. 864-876.

**Single- and co-authored Books:**

1. Magona, S. and **Jablonski, N.G.** (2018) *Skin We Are In*. New Africa Books.
2. **Jablonski, N.G.** (2018)  *Living Color:  The Biological and Social Meaning of Skin Color*. Berkeley, University of California Press.  Chinese translation.
3. **Jablonski, N.G.** (in press)  *Living Color:  The Biological and Social Meaning of Skin Color*. Berkeley, University of California Press.  Spanish translation, with printing exclusively for Cuban market.
4. **Jablonski, N.G.** (2012)  *Living Color:  The Biological and Social Meaning of Skin Color*. Berkeley, University of California Press.
5. ***Jablonski, N.G.*** (2006, 2013)  *Skin:  A Natural History*.  Berkeley, University of California Press.  (Translated into Korean in 2011.)

**Edited Volumes and Special (Peer-reviewed) Journal Issues:**

1. **Jablonski, N.G.** and Leakey, M.G., eds. (2008)  *Koobi Fora Research Project. Volume 6. The Fossil Monkeys*. Occasional Paper of the California Academy of Sciences, San Francisco.  467 pages, plus CDR with fully searchable complete text, and appendices with extra measurements and images.
2. **Jablonski, N.G.** and Ghiselin, M. G., eds. (2005) *Biodiversity and Taxonomy*.  *Proceedings of the California Academy of Sciences*.  Volume 56, Supplement I, 236 pages.
3. Anapol, F., German, R.Z., and **Jablonski, N.G.**, eds.  (2004)  *Shaping Primate Evolution:  Form, Function and Behavior*.  Cambridge University Press.
4. Rutter, N., **Jablonski, N.G.**, Ferguson, D.F., and Yim, W.Y.S., Guest Editors  (2004) CEAPE:  5th International Conference on the Cenozoic Evolution of the Asia-Pacific Environment.  *Quaternary International*, volume 117.
5. **Jablonski, N.G.**, ed. (2002)  *The First Americans:  The Pleistocene Colonization of the New World*, Memoirs of the California Academy of Sciences, No. 27.
6. **Jablonski, N.G.,** ed. (1998)  *The Natural History of the Doucs and Snub-nosed Monkeys*.  World Scientific Publishing Company.
7. **Jablonski, N.G.** and Aiello, L.E., eds. (1998)  *The Origin and Diversification of Language*. Memoirs of the California Academy of Sciences, No. 24.
8. *Conkey, M.W., Soffer, O., Stratmann, D. and **Jablonski, N.G.**, eds.  (1997)  Beyond Art:  Pleistocene Image and Symbol*. Memoirs of the California Academy of Sciences, No. 23.
9. **Jablonski, N.G.**, ed. (1997)  *The Changing Face of East Asia Since the Mid-Tertiary*.  Hong Kong, Centre of Asian Studies (The University of Hong Kong), Occasional Papers and Monographs No. 124.
10. Meikle, W.E., Howell, F.C. and **Jablonski, N.G.**  (1996)  *Contemporary Issues in Human Evolution*.  Memoirs of the California Academy of Sciences, No. 21.
11. Freedman, L., **Jablonski, N.G.** and Bruce, N.W. (1994)  *Perspectives in Human Biology,* No. 4.  University of Western Australia, Centre for Human Biology.
12. **Jablonski, N.G.**, ed. (1993)  *Theropithecus:  The Rise and Fall of a Primate Genus*.  Cambridge, Cambridge University Press.
13. **Jablonski, N.G.**, ed.  (1993)  *Evolving Landscapes and Evolving Biotas of East Asia Since the Mid-Tertiary. Proceedings of the Third International Conference on the Evolution of the East Asian Environment*, Hong Kong, Centre of Asian Studies (The University of Hong Kong), Occasional Papers and Monographs, No. 107.
14. **Jablonski, N.G.**  and Peng Y.-Z., Guest Eds.  (1993)  *Primatology in China.*  Double issue of *Folia Primatologica* devoted to Chinese primates.
15. Freedman, L., **Jablonski, N.G.** and Holst, R., eds.  (1992)  *Perspectives in Human Biology,* No. 3.  University of Western Australia, Centre for Human Biology.
16. Whyte, P., Aigner, J.S., **Jablonski, N.G.**, Taylor, G., Walker, D. and Wang, P.-X., eds.  (1988)  *The Palaeoenvironment of East Asia from the Mid-Tertiary*.  Hong Kong, Centre of Asian Studies (The University of Hong Kong), Occasional Papers and Monographs, No. 93.

**Full-length articles submitted:**

1. **Jablonski, N.G.** (submitted) The effects of racism on the human body. In: Maré, P.G., ed. The Effects of Race Project, Volume 2. SunMedia, Stellenbosch, South Africa.
2. Chaplin, G. and **Jablonski, N.G.** (submitted) Semantics in the philosophy or race. In: Maré, P.G., ed. The Effects of Race Project, Volume 2. SunMedia, Stellenbosch, South Africa.
3. **Jablonski, N.G.** (submitted) An unlikely turning point: Skin bleaching in 1950's South Africa. In: Maré, P.G., ed. The Effects of Race Project, Volume 2. SunMedia, Stellenbosch, South Africa.
4. Chen, H.Y., Robinson, J.K., and **Jablonski, N.G.** (submitted) A cross-cultural exploration on the psychological aspects of skin color aesthetics: Implications for sun-related behaviour. To: *Translational Behavioral Medicine*.
5. Chen, H.Y. and **Jablonski, N.G.** (submitted) From cultural value to face value: Makeup shade decisions in women of Chinese heritage. *Journal of Sex Research*.
6. Iliescu, F.M., Chaplin, G., Rai, N. Jacobs, G.S. Mallick, C.B., Mishra, A., Thangaraj, K., **Jablonski, N.G.** (submitted) The influences of genes, the environment, and social factors on the evolution of skin color diversity in India. To: *American Journal of Human Biology*.
7. Sheng, G.L., Hou, X.D., Cooper, A., Barlow, A., Ji, X.P., **Jablonski, N.G.**, Zhong, B.J., Liu, H., Flynn, L.J., Yuan, J.X., Wang, L.R., Hofreiter, M. and Lai, X.L.. Ancient DNA from giant panda (*Ailuropoda melanoleuca*) of Southwestern China reveals genetic diversity loss during the Holocene. To: *Genes*.

**Abstracts in peer-reviewed publications:**

1. **Jablonski, N.G.,** Wright, E. A., Pai, A., and Ogbunu, C. B. (2018). "Understanding your roots: STEM diversity and an evidence-based curriculum." *Published abstract of symposium.* http://https://aaas.confex.com/aaas/2018/meetingapp.cgi/Session/17595.
2. Koch, S., Liebowitz, C., **Jablonski, N.G.**, and Shriver, M. (2018). In Sciences, American Academy of Forensic (Eds.), "Microscopical discrimination of human head hairs sharing a mitochondrial haplogroup." *Published abstract.*, 24, (pp. 348). Other. http://https://www.aafs.org/resources/proceedings/.
3. Lasisi, T., **Jablonski, N. G.**, Shriver, M., Kenny, L., & Havenith, G. (2017). Thermoregulatory properties of hair: Is human hair morphology adaptive? *International Conference on Environmental Ergonomics.* (pp. 88). http://http://icee2017.h.kobe-u.ac.jp/ICEE2017_cp/Scientific_Program.html.
4. Lin, Y.-L., Eaaswarkhanth, M., Pajic, P., Xu, D., Rzhetskaya, M., Hayes, M. G., Blekhman, R., **Jablonski, N.G.**, and Gokcumen, O. (2017). "Complex adaptive forces shape skin barrier evolution in humans." *American Journal of Physical Anthropology.*, 162(S64), (pp. 264). http://https://onlinelibrary.wiley.com/doi/abs/10.1002/ajpa.23210.
5. Iliescu, F. M., Chaplin, G., Rai, N., Jacobs, G. S., Mallick, C. B., Mishra, A., Goto, R., Tamang, R., Chaubey, G., Romero, I. G., Crivellaro, F., Pitchappan, R., Singh, L., Mirazon-Lahr, M., Metspalu, M., thangaraj, K., Kivisild, T., and **Jablonski, N.G.** (2017). "The complicated genetic landscape of skin color in India." *American Journal of Physical Anthropology.*, 162(S64), (pp. 226). http://https://onlinelibrary.wiley.com/doi/abs/10.1002/ajpa.23210.
6. **Jablonski, N.G.,** Lasisi, T., Abhimanyu, A., Coussens, A. K., Naude, C. E., Chaplin, G., Pearson, L. N., Goliath, R., Shriver, M., & Wilkinson, R. J. (2017). "Variation in skin reflectance and pigmentation genes in young adults of Xhosa and Cape Mixed ancestry from the Western Cape, South Africa." *American Journal of Physical Anthropology.*, 162(S64), (pp. 228). http://https://onlinelibrary.wiley.com/doi/abs/10.1002/ajpa.23210.
7. Quillen, E. E., Foster, J., Sheldrake, A., **Jablonski, N.G.**, and Shriver, M. (2017). "The role of FZD6 in the evolution of tanning response in the Americas." *American Journal of Physical Anthropology.*, 162(S64), (pp. 323). http://https://onlinelibrary.wiley.com/doi/abs/10.1002/ajpa.23210.
8. Coussens, A., Naude, C., Chaplin, G., Noursadeghi, M., Martineau, A., **Jablonski, N.G.**, and Wilkinson, R. (2017). "Vitamin D for treatment and prevention of TB-HIV." *BMJ Global Health.*, 2(Suppl 2), (pp. A37-A38). http://http://gh.bmj.com/content/bmjgh/2/Suppl_2/A37.3.full.pdf.
9. Coussens, A.K.; Naude, C.; Goliath, R.; Chaplin, G.; **Jablonski, N;G** Wilkinson, R.J. (2014) The impact of seasonal vitamin D deficiency and vitamin D supplementation on the HIV-1 immune response. *Nutrients* 6:2766-2767.
10. **Jablonski, N.G.** (2014) The ecological roles of large-bodied monkeys in Plio-Pleistocene Africa. *Am. J. Phys. Anthrop.* Vol. 153, Suppl. 58, pp. 149-150.

11. **Jablonski, N.G.** (2014)  The evolution of scientific racism.  Program, 2014 Annual Meeting of the Association for the Advancement of Science (CD-ROM).

12. **Jablonski, N.G.** (2013)  Beyond color: How human skin interacts with our world.  Program, 2013 Annual Meeting of the Association for the Advancement of Science (CD-ROM).

13. **Jablonski, N.G.** (2013)  Beyond fur: Sweating and barrier features of human skin.  Program, Annual Meeting of the Association for the Advancement of Science (CD-ROM).

14. **Jablonski, N.G.** (2013)  The evolution and meanings of human skin color.  (Topical Lecture),  Program, Annual Meeting of the Association for the Advancement of Science (CD-ROM).

15. **Jablonski, N.G.**, Su, D., Kelley, J., Flynn, L.J., and Ji, X-P.  (2011)  The Mio-Pliocene colobine monkey, *Mesopithecus*, in China.  *Am. J. Phys. Anthrop*.  Suppl. 52, p. 174.

16. **Jablonski, N.G.**, Kelley, E.A., Sussman, R.W., and Chaplin, G.  (2009)  A framework for understanding thermoregulation in primates.  *Am. J. Phys. Anthrop*.  Suppl. 48, p. 156.

17. **Jablonski, N.G.** and McBrearty, S.  (2008)  Fossil Cercopithecoidea from the Kapthurin Formation, Baringo, Kenya.  *Am. J. Phys. Anthrop*.  Suppl. 46, pp. 123-124.

18. **Jablonski, N.G.** (2008)  The odd-nosed monkeys in the context of cercopithecid evolution.  *Primate Eye* 96(Sp CD-ROM iss - IPS 2008).  Pgs: Abst #797.

19. **Jablonski, N.G.** (2007)  Monkeys in the ecosystems of Koobi Fora through time.  *Am. J. Phys. Anthrop*.  Suppl. 44, p. 134.

20. Richtsmeier, J. T., Weiss, K. M.,  Buchanan, A., Walker, A ; **Jablonski, N. G.,** Frazier, B. C., Willmore, K. E., Lawson, H., Yan, P., Hill C. A.,  Roseman, C. C., Cheverud, J. M/, Falk, D., Hildebolt, C. F., and Rogers, J. (2007) Developmental genetic basis of primate craniofacial variation and human origins.  *Am. J. Phys. Anthrop* Suppl 44, p. 198.

21. **Jablonski, N.G.** (2004)  Age changes in the adult skulls of Old World monkeys.  *Am. J. Phys. Anthrop*.  Supple. 38, p. 136.

22. **Jablonski, N.G.** and Brockleman, W.  (2003)  Environmental change and the evolution of gibbons.  *Am. J. Phys. Anthrop*.  Supple. 36, p. 121.

23. **Jablonski, N.G.,** Leakey, M.G., Kiarie, C., and Antón, M.  (2002)  A new skeleton of *Theropithecus brumpti* (Primates:  Cercopithecidae) from Lomekwi, West Turkana. *Am. J. Phys. Anthrop*.  Supple. 34, p. 89.

24. Chaplin, G. and **Jablonski, N.G.**  (2002)  Environmental correlates of human skin color, revisited. *Am. J. Phys. Anthrop*.  Suppl. 34, p. 53.

25. **Jablonski, N.G.** and Chaplin, G.  (2000)  Do theories of bipedalization stand up to anatomical scrutiny? *Am. J. Phys. Anthrop*.  Suppl. 30, p. 187.

26. **Jablonski, N.G.** (1999)  The evolution of human skin pigmentation.  *Am. J. Phys. Anthrop*.  Suppl. 28, p. 159.

27. Su, D. and **Jablonski, N.G.**  (1998)  Locomotion and forelimb morphology in snub-nosed monkeys (Colobinae: Rhinopithecus)  *Am. J. Phys. Anthrop*.  Suppl. 25, p. 213.

28.  **Jablonski, N.G.**  (1996)  A diverse anthropoid fauna of probable Late Pleistocene age from Luoding, Guangdong, P.R. China.  *Am. J. Phys. Anthrop*.  Suppl. 22, p. 130.

29. **Jablonski, N.G.** (1995)  Life history parameters of apes and Old World monkeys and their implications for anthropoid evolution in seasonal environments. *Am. J. Phys. Anthrop*.  Suppl. 20, pp. 117-118.

30. **Jablonski, N.G.** (1994)  Primate natural histories, life histories and conservation.  *Australian Primatology* 8(2): 14.

31. **Jablonski, N.G.** (1994)  The evolution and classification of the snub-nosed langurs (Colobinae:  *Rhinopithecus*). *Congress of the International Primatological Society*.  15:281.

32. **Jablonski, N.G.** and Tyler, D.E.  (1994)  The oldest fossil monkey from southeast Asia.  *Am. J. Phys. Anthrop*.  Suppl. 18, pp. 113-114.

33. **Jablonski, N.G.** (1993)  New cercopithecid fossils from the Humpata Plateau, Angola.  *Am. J. Phys. Anthrop*.  Suppl. 16, pp. 115-116.

34. **Jablonski, N.G**. (1992)  A review of the taxonomy and systematics of the snub-nosed and douc langurs of China and Vietnam.  *Australian Primatology*  7(1):  5.

35. **Jablonski, N.G.** (1992)  Upper limb morphology and locomotion in the Yunnan snub-nosed langur, *Rhinopithecus bieti*.  *Am. J. Phys. Anthrop*.  Suppl. 14, p. 94.

36. Ottaviano, P.A. and **Jablonski, N.G.**  (1992)  Long bone dimensions in species of *Pygathrix* and *Rhinopithecus* and their relation to body mass and locomotion.  *Am. J. Phys. Anthrop*.  Suppl. 14, pp. 128-129.

37. **Jablonski, N.G.** (1991) Dental variations in species of *Rhinopithecus* and their relationship to the evolution of the genus. *Am. J. Phys. Anthrop.* Suppl.12, p. 98.
38. Pan, R.-L. and **Jablonski, N.G.** (1991) Scaling of limb proportions and long bone diameters in *Rhinopithecus*. *Am. J. Phys. Anthrop.* Suppl.12, p.140.
39. **Jablonski, N.G.**, Ting, J.W.-M., Green, R.M., Lee, S.L., and Fearnhead, R.W. (1989) The collection of modern human skulls at the University of Hong Kong. *J. Dent. Res..* 68(4): no. 46.
40. **Jablonski, N.G.** and Gu, Y.-M. (1988) A reassessment of *Megamacaca lantianensis* from the Pleistocene of Shaanxi Province, China. *Am. J. Phys. Anthrop.* 75:225.
41. **Jablonski, N.G.** and Crompton, R.H. (1987) Feeding and mastication in the Western Tarsier, *Tarsius bancanus*. *Am. J. Phys. Anthrop.* 72(2):215.
42. **Jablonski, N.G.** and Crompton, R.H. (1987) Mastication in the Western Tarsier, *Tarsius bancanus*. *J. Dent. Res.* 66(Special Issue):267.
43. Miller, W.A. and **Jablonski, N.G.** (1987) Tooth wear and accelerated mesial drift in the gelada monkey. *American Journal of Anatomy*.
44. **Jablonski, N.G.** (1986) The history of sexual dimorphism in *Theropithecus*. *Am. J. Phys. Anthrop.* 69(2):218.
45. **Jablonski, N.G.,** Crompton, R.H., and Andau, P.M. (1986) Mastication, food breakdown, and dental function in *Tarsius bancanus*. *Primate Report* 14:123.
46. Miller, W..A., **Jablonski, N.G.**, and Johnson, L.E. (1986) Periodontal and tooth effects of normal heavy occlusal function. *J. Dent Res.* 65(Special Issue):217.
47. Pan, Y.-R. and **Jablonski, N.G.** (1986) Age and geographical distribution of fossil cercopithecoids in China. *Primate Report* 14:51-52.
48. **Jablonski, N.G.** (1984) The hand of *Theropithecus brumpti*. *Int. J. Primatol.* 5:530.
49. **Jablonski, N.G.** (1983) Evolution of a novel masticatory apparatus in a lineage of cercopithecoid primates. *Am. Zool.* 24(4):1009.
50. **Jablonski, N.G.** (1980) The gelada baboon as a grazing primate. *Am. J. Phys. Anthrop.* 52(2):240.
51. **Jablonski, N.G.** (1979) Functional analysis of the masticatory apparatus of the gelada baboon, *Theropithecus gelada*. *Am. J. Phys. Anthrop.* 50(3):451.

**Abstracts in non-peer-reviewed publications:**

1. **Jablonski, N.G.** (2011) Human skin as an example of the action of natural selection. Abstracts of the Annual Meeting of the American Association for the Advancement of Science, p. 80.
2. **Jablonski, N.G.** and Chaplin, G. (2010) Evolution of the small ape niche. Presentation in the symposium, The Evolution of Gibbons: Molecular Genetics, Morphology, Behavior, and the Fossil Record. Abstracts of the XXXIIIrd Congress of the International Primatological Society.
3. **Jablonski, N.G.**, Zhang, X.-Y., Pan, Y.-R., and Peng, Y.-Z. (1992) New cercopithecid fossils from Yunnan Province, People's Republic of China. Abstracts of the XIVth Congress of the International Primatological Society, p. 71.
4. **Jablonski, N.G.** (1990) Interspecific differences in the anatomy of species of *Rhinopithecus* as possible consequences of geographical isolation. Abstracts of papers presented at the International Symposium on Primate Conservation in China, Kunming, Yunnan, China.
5. **Jablonski, N.G.** (1988) *Megamacaca lantianensis* and the evolution of the snub-nosed and douc langurs of China. Symposium of Asian Pacific Mammalogy, *Abstracts of Symposium*, p. 24.
6. **Jablonski, N.G.** (1988) Fossil evidence bearing on the evolution of the golden monkeys of China. 1st International Conference of China on Anatomical Sciences, *Abstracts of Presented Papers*.
7. Pan, R.-L., Wang, H., and **Jablonski, N.G.** (1988) Long bone and skeletal allometry in golden monkeys. Symposium of Asian Pacific Mammalogy, *Abstracts of Symposium*, p. 41.
8. Pan, R.-L., Wang, H. and **Jablonski, N.G.** (1988) Sexual dimorphism in the skulls of *Rhinopithecus*. Symposium of Asian Pacific Mammalogy, *Abstracts of Symposium*, p. 42.
9. Pan, Y.-R. and **Jablonski, N.G.** (1987) Evolution and palaeobiogeography of fossil cercopithecids in China. *Abstracts from the Second International Congress of the Palaeoenvironment of East Asia from the Mid-Tertiary*.

10. **Jablonski, N.G.** (1982) Cranial and postcranial elements of the feeding apparatus of *Theropithecus brumpti* (Primates: Cercopithecidae). *Jiepouxue Tongbao* 5(3):7-8.
11. **Jablonski, N.G.** (1982) Phyletic relationships within *Theropithecus* and the status of *Papio baringensis*. 1er Congrès International de Paleontologie Humaine. *Resumes des Communications*, p. 25.
12. **Jablonski, N.G.** (1979) The feeding complex of *Theropithecus gelada*: an ungulate-like feeding adaptation in a cercopithecoid primate. American Society of Mammalogists, *Abstracts of Technical Papers*, p. 42.

**Technical Report:**

1. **Jablonski, N.G.** (2007) The role of vitamin D in evolution. In: *Multiple Sclerosis: Epidemiology, Genetics and Environmental Factors*. Ebers, G. and Goodin, D. (eds.), pp. 17-21, Berlin, Parexel MMS Europe Ltd.

**Book reviews:**

1. **Jablonski, N.G.** (2013) Review of *Culture Evolves*, edited by A. Whiten, R. A. Hinde, C. B. Stringer and K. N. Laland. Folia Primatol 2013;84:115-117 (DOI: 10.1159/000350227)
   http://www.karger.com/DOI/10.1159/000350227.
2. **Jablonski, N.G.** (2010) Review of *Shades of Difference: Why Skin Color Matters,* edited by E. N. Glenn, *J. Anthropol.Res.* 66:261-262.
3. **Jablonski, N.G.** (2005) Review of *After the Ice Age* by Steven Mithen. For *Discover*.
4. **Jablonski, N.G.** Review of *The Hunt for the Dawn Monkey* by Chris Beard. For *California Wild,* Spring 2005. http://www.calacademy.org/calwild/2005spring/stories/reviews.html
5. **Jablonski, N.G.** (2003) Review of *A Brain for All Seasons*, by William H. Calvin. *California Wild*, Summer 2003. 56(3): 50-51.
6. **Jablonski, N.G.** (2002) Review of *Primate Encounters*, edited by S.C. Strum and L.M. Fedigan, *Isis* 93(1):168-169.
7. **Jablonski, N.G.** (2001) Review of *Old World Monkeys*, edited by P. Whitehead and C. J. Jolly, *J. Hum. Evol.* 41:247-248.
8. **Jablonski, N.G.** (1998) Review of *The Beginning and Meaning of Culture: The Cerebral Activity Underlying It* by Antonio Santagelo, Milan, La Pietro, 1993. Anthropological Forum VII(3):499-500.
9. **Jablonski, N.G.** (1996) Review of *Anthropoid Origins* by John Fleagle and Richard Kay, New York, Plenum Press, 1994. *Amer. J. Phys. Anthrop.* 99:501-505.
10. **Jablonski, N.G.** (1992) Review of *The Capped Langur in Bangladesh: Behavioral Ecology and Reproductive Tactics*, by Craig Stanford, *Contributions to Primatology*, Number 28, Basel, Karger, 1991. *Australian Primatology* 6(4):12-14.
11. Chaplin, G. and **Jablonski, N.G.** (1994) Ethnographers ignore morphology at their peril – A review and critique of of *The Egalitarians: A New Examination of Chimpanzee Social Organisation*, by Margaret Powers. Cambridge University Press, 1991, 290 pp. *Australian Primatology* 8(3):9-11.

**Peer-reviewed letters to editors:**

1. **Jablonski, N.G.** and Chaplin, G. (1999) Chimp cultural diversity. *Science* 285(5429): 836-7.

**Popular scientific articles (not peer-reviewed):**

1. **Jablonski, N.G.** (2014) Skin cancer is not the main reason for darker pigmentation. The Conversation. http://theconversation.com/skin-cancer-is-not-the-main-reason-for-darker-pigmentation-23931
2. **Jablonski, N.G.** (2014) What scientific idea is ready for retirement? Race. Edge (Edge.org): http://www.edge.org/response-detail/25534
3. **Jablonski, N.G.** (2013) Why racism doesn't go away. *DNA Summit Magazine*.
4. **Jablonski, N.G.** (2013) History's ugly linking of color and character. *Dallas Morning News*, 15 February 2013. http://www.dallasnews.com/opinion/sunday-commentary/20130215-nina-jablonski-historys-ugly-linking-of-color-and-character.ece

5. **Jablonski, N.G.** (2013) What is it about skin color? Essay for The Root, posted 6 February 2013. http://www.theroot.com/views/what-it-about-skin-color.
6. **Jablonski, N.G.** (2012) Paradoxes of pigmentation. Essay for Berfrois, posted 12 October 2012. http://www.berfrois.com/2012/10/nina-jablonski-skin-toning/.
7. **Jablonski, N.G.** (2012) The struggle to overcome racism. *New Scientist*. 1 September 2012, pp. 25-29.
8. **Jablonski, N.G.** (2012) What skin color means in 7 countries. Huffington Post. http://www.huffingtonpost.com/nina-g-jablonski/skin-color-meaning_b_1834461.html
9. **Jablonski, N.G.** (2012) Pigment of the imagination: No relation between skin and race. *Cape Times* 4 September 2012.
10. **Jablonski, N.**G. (2012) True colors. *The Scientist*. 26(10):66.
11. Douhi, S., Perrin, H. and **Jablonski, N. G**. (2011) The origin of skin color, under the African sun. *Biofutur* 323:26-28.
12. **Jablonski, N.G.** (2011) Why human skin comes in colors. *Anthronotes* (Museum of Natural History Publication for Educators) 32:7-10.
13. **Jablonski, N.G**. (2010) From Bardot to Beckham: The decline of celebrity tanning. *Skin Cancer Foundation Journal*. April 2010, pp. 42-44.
14. **Jablonski, N.G.** (2010) The naked truth. *Scientific American* 302(2):42-49.
15. **Jablonski, N.G.** (2008) The self-decorated ape. *Ark* (The Sto Journal for Architects) 03/2008, pp. 52-55.
16. **Jablonski, N.G.** and Chaplin, G. (2002) Skin deep. *Scientific American*. 287(4):50-55.
17. **Jablonski, N.G.** (2002) The three chimpanzees. *California Wild*, 55(3):12-17. http://www.calacademy.org/calwild/2002summer/stories/3chimps.html
18. **Jablonski, N.G.** (1999) Upright characters: What made us human. *California Wild,* Volume 54, No. 3 (Summer 1999). http://www.calacademy.org/calwild/sum99/human.htm

**Popular Scientific Articles Representing Jablonski's Research:**

1. Brits, E. (2018) Ras is snert en is kunsmatige konsep. *Die Burger*. 9 March 2018. https://www.pressreader.com/south-africa/die-burger/20180309/281616715879754
2. Brits, E. (2018) Velkeur ras mensgemaakte idees se kenner in boek. *Die Burger*. 6 March 2018.
3. Pacchioli, D. (2015) The sepia rainbow. *Research Penn State*. 35(2):12-17. http://news.psu.edu/story/381539/2015/11/18/research/sepia-rainbow
4. Gibbons, A. (2014) Shedding light on skin color. *Science*. 346:934-936. *DOI:* 10.1126/science.346.6212.934.
5. Brean, J. (2013) *The National Post* (Canada). From counter-culture to mainstream: Why the red-hot tattoo boom is bound to end. http://news.nationalpost.com/2013/08/16/why-this-red-hot-tattoo-boom-is-bound-to-end-with-regret-again/
6. *The Hindu Business Line*. Urbanisation cutting off adequate sunlight to people. 17 February 2013. http://www.thehindubusinessline.com/news/science/urbanisation-cutting-off-adequate-sunlight-to-people/article4425019.ece
7. *News Track India*. Urbanisation cuts people off adequate sunlight, 17 February 2013. http://www.newstrackindia.com/newsdetails/2013/02/17/35--Urbanisation-cuts-people-off-adequate-sunlight-.html
8. Brits, E. (2012) Ras le toe nie veldiep. *Die Burger* 15 August 2012 (reprinted in *Beeld* 17 August 2012).
9. Davis, R. (2012) Race ain't nothing but an illusion. *Daily Maverick*. 26 July 2012.
10. Douhi, S. (2011) Aux origines des couleurs de peau, sous le soleil d'Afrique. *Biofutur* 323:26-28.
11. Moskowitz, C. (2008) Why do people have different skin colors? *Wonder Time*. October 2008, p. 116.
12. **Jablonski, N.G.** (2007) Nina Jablonski. *Daylight and Architecture*. Spring 2007, No. 5, pp. 40-41.
13. Jones, R. (2007) Profile of Nina Jablonski. *The Penn Stater*. March/April 2007.
14. Dreifus, C. (2007) Always revealing: Human skin is an anthropologist's map. *New York Times* (Science Times, January 9, 2007)
15. Smaglik, P. (2005) Making the paper: Sally McBrearty and Nina Jablonski. *Nature*. 437:xiii.
16. Diamond, J. (2005) Geography and skin color. *Nature* 435:283-284. http://www.nature.com/nature/journal/v435/n7040/edsumm/e050519-04.html
17. Barnett, A. (2002) Fair enough. *New Scientist,* October 2002, vol. 176 issue 2364-12, p. 34.
18. Kirchweger, G. (2001) Black and white. *Discover,* February 2001. 22 (2):32-33.

19. Hickey, G.  (2001)  Sex in the Sun?  *Nature Australia*, Spring 2001, 27(2): 6-7.
20. Edgar, B.  (2000)  Why Skin Comes in Colors. *California Wild*, Volume 53, No. 1 (Winter 2000)
    http://www.calacademy.org/calwild/winter2000/html/horizons.html
21. Edgar, B. (1997) "Charting China's Monkeys (Here at the Academy)" *California Wild*, Volume 50, No. 1  (Winter
    1997) http://www.calacademy.org/calwild/pacdis/issues/winter97/jabw97.htm
22. Shreeve, J.  (1996)  Sunset on the savanna.  Discover.  July 1996, pp. 116-125.

**Field Experience:**

*Vertebrate paleontological surveys, excavations, and training:*

| | |
|---|---|
| 2007-2017 | Leader, Vertebrate paleontological survey of late Miocene and early Pliocene sites in northern Yunnan Province, China; Current research field site is Shuitangba, near Zhaotong, in northeastern Yunnan, funded by the NSF |
| 2006 | Leader, Vertebrate paleontological survey and excavation of the Tangzigou Holocene habitation site, western Yunnan Province, China |
| 2005 | Leader, Vertebrate paleontological survey and excavation of cave and sinkhole sites of Pleistocene and Holocene age in western Yunnan Province, China; responsibilities included overall coordination of a large team comprising paleontologists, professional cave explorers, local assistants, and retrieval of large and small vertebrate remains. |
| 2004 | Member, Vertebrate paleontological survey of Plio-Pleistocene localities at Koobi Fora, Lake Turkana Basin, northwestern Kenya, headed by Meave Leakey |
| 2003 | Leader, Vertebrate paleontological survey and excavation at three Pleistocene and Holocene sites in western Yunnan Province, China; including wet- and dry-sieving for micromammal fossils |
| 2002 | Leader, Vertebrate paleontological survey of four sites and excavation at three Pleistocene and Holocene sites in western Yunnan Province, China; including wet-sieving for micromammal fossils |
| 1999 | Leader, Vertebrate paleontological survey of Middle and Late Miocene Siwalik sites in western Nepal; including wet-sieving for micromammals |
| 1998 | Leader, Vertebrate paleontological survey of Middle and Late Miocene Siwalik sites in eastern and western Nepal |
| 1997 | Member, vertebrate paleontological survey of Late Miocene Siwalik sites in northern Pakistan, with team from Harvard University, headed by John Barry |
| 1996 | Member, vertebrate paleontological survey of Middle and Late Miocene Siwalik sites in northern Pakistan, with team from Harvard University, headed by John Barry |
| 1987 | Member, vertebrate paleontological survey of Pleistocene localities in Olduvai Gorge, northern Tanzania, with team from the Institute of Human Origins, headed by Gerald Eck |
| 1977-1981 | Member, vertebrate paleontological surveys of the Burke Museum of The University of Washington; included surveys of eastern Washington, western Montana, and western South Dakota, headed by James Martin |
| 1976 | Graduate student field assistant, vertebrate paleontological survey of the John Day Formation, central Oregon, with the Burke Museum of The University of Washington, headed by John Rensberger |

*Ecological and behavioral surveys:*

| | |
|---|---|
| 1985 | Member, study of the feeding and locomotor behavior of *Tarsius bancanus* in the Sepilok Nature Reserve, Sabah, Western Malaysia, headed by Robin Crompton |

**Conferences, Symposia and Lecture Series Organized:**

| | |
|---|---|
| 2018 | Symposium, "Understanding Your Roots: STEM Diversity and an Evidence-Based Curriculum," American Association for the Advancement of Science, Austin, TX. (Roles: Co-Organizer, moderator, and discussant). |

| | |
|---|---|
| 2018 | Work Meeting, "Reconstruction of the Paleoenvironment of the Terminal Miocene Site of Shuitangba, Yunnan," Funded by the National Science Foundation and held at the Cleveland Museum of Natural History; (Roles: Meeting chair and organizer). |
| 2017 | Symposium, "Here comes the sun: the genetics of solar exposure," American Association of Physical Anthropologists, New Orleans, LA. (Role: Co-organizer) |
| 2016 | National Cancer Institute Sponsored Sun Safety Expert Meeting, convened by the National Academy of Sciences Board on Behavioral, Cognitive and Sensory Sciences; Meeting co-chair. |
| 2015 | Symposium, "Unique Features of Human Skin," CARTA Symposium, Salk Institute, co-organized with Pascal Gagneux. |
| 2014 | Symposium, "Geography and Skin Pigmentation Disorders," International Pigment Cell Conference, 2014, Singapore (Role:  Co-organizer and Co-chair); symposium sponsored by L'Oréal Research and Innovation. |
| 2014 | Symposium, "Neoracism and Scientific Racism in "Post-Racial" Societies," Annual Meeting of the American Association for the Advancement of Science, Chicago, IL. (Role:  Primary organizer) |
| 2014 | Biennial Conference, International Primatological Society, Hanoi Vietnam; (Role: Member of program committee) |
| 2013 | Symposium, "Beyond Color: How Human Skin Interacts with Our World,"  Annual Meeting of the American Association for the Advancement of Science, Boston, MA. |
| 2007 | Symposium on, "What's New with Old Monkeys?  Systematics, Phylogeny, and Paleobiology of Fossil Cercopithecids", for the Annual Meeting of the American Association of Physical Anthropologists (Co-Organizer, with S. Frost and E. Delson) |
| 2005 | Symposium on, "Ice Age Peoples of the Pacific Northwest", for the Annual Meeting of the Pacific Division of the American Association of the Advancement of Science. |
| 2003 |  Symposium on, "Biogeography:  Past, Present and Future", for the 150th anniversary celebration of the California Academy of Sciences, in collaboration with the Pacific Division of the American Association of the Advancement of Science. |
| 2003 | Symposium on, "The Future of Taxonomy", for the 150th anniversary celebration of the California Academy of Sciences, in collaboration with the Pacific Division of the American Association of the Advancement of Science. |
| 2002 | Academy Fellows Day:  "New Views on Human Ethology", featuring Prof. I. Eibl-Eibesfeldt; events organized included a public lecture, reception, and half-day panel discussion |
| 2002 | Symposium on, "Island Biogeography, with a Pacific Flavor" for the annual meeting of the Pacific Division of the American Association of the Advancement of Science. |
| 2002 | Symposium on, "Peopling of the Pacific" for the annual meeting of the Pacific Division of the American Association of the Advancement of Science. |
| 2002 | Symposium for the annual meeting of the American Association of the Advancement of Science, "Solar UVR and its Effects on the Evolution of Life on Earth". |
| 2001 | Fifth International Conference on the Evolution of the East Asian Environment, Centre of Asian Studies, University of Hong Kong, November 2001 |
| 2000 | "Shaping Primate Evolution", an international symposium to honor the career of Charles E. Oxnard, for the annual meeting of the American Association of Physical Anthropologists, co-organized with R. German |
| 1999-2006 | Conversations at the Herbst Theatre, City Arts And Lectures, Member of the Selection Committee for choosing speakers to be part of the series sponsored by the California Academy of Sciences |
| 1999 | "Recent Developments in Studies Relating to Human Evolution" Pacific Division, American Association of the Advancement of Sciences, symposium for Annual Meeting (San Francisco, 22 June 1999) |
| 1999 | "Museums, Universities and the Science of Biodiversity," an international symposium organized jointly between the California Academy of Sciences and Stanford University (co-organized with Drs. T. Gosliner, California Academy of Sciences and W. Watt, Stanford University) |
| 1999 | Lecture Series associated with "Missing Links Alive", an exhibit on human evolution at the California Academy of Sciences |

| 1999 | The Fourth Wattis Symposium in Anthropology at the California Academy of Sciences, "The First Americans:  Pleistocene Colonization of the New World" (2 October 1999) |
| 1998 onward | "Human Origins Lecture Series", an internationally recognized series of  noted speakers, organized jointly with the Leakey Foundation |
| 1998 | Rietz Food Technology Endowment Symposium, "Food, Health and Healing" |
| 1997 | The Third Wattis Symposium in Anthropology at the California Academy of Sciences, "The Origin and Diversification of Language" |
| 1996 | Rietz Food Technology Endowment Symposium, "Bread, A Language of Life" |
| 1995 | The Second Wattis Symposium in Anthropology at the California Academy ofSciences, "Beyond Art:  Upper Paleolithic Image and Symbol" |
| 1994 | Symposium on "The Biology of the Snub-nosed Langurs" for the XVth International Congress of the International Primatological Society, Bali, August 1994 |
| 1991 | Third International Conference on the Evolution of the East Asian Environment, Kunming, Yunnan, China; Co-sponsored by the Centre of Asian Studies of the University of Hong Kong and the Academia Sinica of the People's Republic of China |
| 1990 | *Theropithecus* as a Case Study in Primate Evolutionary Biology, Kings College, University of Cambridge, 9-12 April; Supported by the Wenner-Gren Foundation |

**Professional Development Events Organized:**

| 2014 | American Association of Physical Anthropologists, Mid-Career Women's Mentoring Workshop, co-organizer |

**Major Invited Lectures:**

| 2017 | "Human skin color is an evolutionary adaptation, not a racial characteristic," ALLELE lecture, University of Alabama. |
| 2017 | "Social touch in primates," Keynote lecture for the The 2nd International Association For The Study Of Affective Touch, Liverpool, U.K. |
| 2017 | "Look up from your screens," First Year Student Convocation address, The Pennsylvania State University (University Park). |
| 2017 | **"**Being a scientist, 24/7," Commencement address for the Eberly College of Science, The Pennsylvania State University (University Park). |
| 2017 | "The cost of color: The health and social consequences of skin color for people today," Charles M. and Martha Hitchcock Lectures, University of California at Berkeley. |
| 2017 | "The real 'skin in the game': The history of naked, sweaty, and colorful skin in the human lineage," Charles M. and Martha Hitchcock Lectures, University of California at Berkeley. |
| 2017 | *"*The skin of *Homo sapiens*:  The evolution of our interface with the world,*"* Invited lecture in the series, Woher kommt der Mensch? Ein neuer Blick auf *Homo sapiens*, Senckenberg Institute and Museum, Frankfurt, Germany. |
| 2016 | "The evolution of skin as a sensory organ," Banquet Dinner Address, 65th Annual Montagna Symposium on the Biology of Skin, organized by the Oregon Health Sciences University and the Society for Investigative Dermatology. |
| 2016 | "Living color:  The biological and social meaning of skin color," Frontiers in Science Lecture, Ohio University, Athens. |
| 2016 | "Why skin color matters," J. James Wood Lecture, Butler University, Indianapolis. |
| 2016 | "Extreme bodies:  Humanity's journey from the savanna to the sofa and beyond," Chautauqua Institution, Chautauqua. |
| 2016 | "The evolution of human skin color and why it matter," Julia Booms Memorial Lecture, Harvard University. |
| 2016 | "The evolution and meanings of human skin color," Deans Advisory Council Interdisciplinary Lecture, Appalachian State University, Boone. |
| 2016 | "The evolution of human skin pigmentation, and its implications for health and social wellbeing," The Tracy and Ruth *Storer* Lectureship in the Life Sciences, University of California at Davis. |

2016    "The illusion of race," Keynote Address, Centenery Symposium in Honor of the Abolition of Cuban Slavery, Casa de las Americas, Havana, Cuba.

2016    "Evolution of human skin and skin pigmentation, and their ramifications for health, social interactions, and well-being," Department of Medical Genetics and Society of Human Genetics, Medical University of Havana, Cuba.

2015    "The evolution of human skin pigmentation and its relevance to human health," Evelyn Spritz Lecture, Department of Human Medical Genetics and Genomics, University of Colorado at Denver.

2015    "Naked, colorful skin and its role in human social interactions," Lecture in the CARTA Symposium, Unique Features of Human Skin, Salk Institute, La Jolla.

2015    "The evolution of skin colour and why it matters," Dean's Lecture, Faculty of Science, University of Cape Town

2015    "Paradoxes of pigmentation:  Human evolution sheds light on why cosmetic outcomes are at odds with human physiology," Keynote Address, Cosmetic Bootcamp 2015, Aspen.

2015    "The evolution of skin pigmentation and its consequences for health," 2015 James N. Gilliam Lecture, Universiity of Texas Southwestern Campus, Department of Dermatology, Dallas.

2015    "Human skin color:  Its evolution and relevance to health and human society," The 2345th meeting of The Philosophical Society of Washington, Washington, D.C.

2015    "Skin pigmentation is relevant to everything that physical anthropologists aspire to do," Luncheon address to the 84th annual meeting of the American Association of Physical Anthropologists, St. Louis.

2014    "Human skin pigmentation: Its evolution and relevance to health and human society," 13th Gustav Heinrich Ralph von Koenigswald Lecture, Senckenberg Forschungsinstitut and Naturmuseum, Frankfurt am Main

2014    "The colors of human skin," Penn Humanities Forum, University of Pennsylvania

2014    "Natural selection and the evolution of skin pigmentation phenotypes." Keynote lecture, International Pigment Cell Conference, Singapore.

2014    "The evolution of Asian primates: 55 million years of speciation, extinction, dispersal, isolation, and adaptation fueled by environmental change." Plenary lecture, International Primatological Society, Hanoi, Vietnam.

2014    "You're looking good! Evolutionary and anthropological perspectives on the importance of human facial appearance."  Keynote lecture, Cosmetic Bootcamp Summer Meeting 2014, Aspen.

2014    "Skin pigmentation: Its evolution and meanings in the modern world," Heidelberg Forum Science and Society, European Molecular Biology Laboratory, Heidelberg.

2014    "Vitamin D and human health: an evolutionary perspective," Vitamin D and Human Health, Queen Mary University, London.

2014    "The evolution of naked, sweaty, smelly, and colorful human skin," Monell Chemical Senses Center, Philadelphia.

2013    "Why human skin comes in colors and why it matters," Explorer Lecture Series, Cleveland Museum of Natural History.

2013    "The beauty of the human rainbow:  The evolution of human skin color," Featured keynote lecture, (XIth Annual) Festival of Science, Genoa, Italy.

2013    "Skin pigmentation and the vitamin D compromise:  Implications for life in an urbanized world," Director's Leadership Lecture Series, Institute of Social Research, University of Michigan.

2013    "Examining the biology of health and health disparities in South Africa:  New evidence for the role of vitamin D," invited guest lecture to caucus of the Members of Parliament of the Democratic Alliance Party, South Africa.

2013    "Beyond Skin," Keynote Lecture for the DNA Summit 2013, London.

2013    "The evolution of human skin pigmentation and its implications for health in the modern world," Keynote Lecture for the Sun Protection Conference 2013, London.

2013    "Human skin:  Naked, sweaty, colorful, and decorated," Inaugural Lecture for the Irish Skin Foundation, Dublin.

2013    "The evolution and meanings of skin pigmentation," Topical Lecture for the Annual Meeting of the American Association for the Advancement of Science.  Boston, MA.

2012    "The evolution of skin and skin color...and what it means to you," Exxon Mobil Research Club, Hampton, NJ.

2012    "Skin:  Its biology in black and white," First Annual Philip V. Tobias Memorial Lecture for the Palaeontological Scientific Trust (8th PAST/Standard Bank Lecture), Soweto Theatre, Johannesburg.

2012    "Skin pigmentation:  Its evolution and meaning in the modern world," Fourth Annual Darwin Seminar, University of Cape Town.

2012    "The evolution of human skin and skin color," Grand Rounds, Organogenesis, Inc., Canton, MA.

2012    "The evolution of skin," Leakey Foundation Lecture, A SciCafe Presentation, American Museum of Natural History, New York.

2012    "Exploring the biological and social meanings of skin color," Invited lecture for NYC area science educators, American Museum of Natural History (Gottesberg Center for Science Teaching and Learning), New York.

2012    "In living color: The evolution and meanings of human skin color," University Lecture, University of Iowa.

2012    "Living color: The biological and social meaning of skin color," Featured lecture in association with the exhibit, "RACE:  Are We So Different?," Science Museum of Virginia, Richmond.

2012    "The evolution of human skin pigmentation by natural selection," 10th Annual Darwin Day Lecture, Frankling & Marshall College, Lancaster (PA).

2011    "Skin color: Evolution and significance," Smithsonian Members Lecture in association with the exhibit, "RACE:  Are We So Different?", National Museum of Natural History, Smithsonian Institution.

2011    "Evolving skin: The remarkable history of our largest organ," Leakey Foundation Lecture Series, Field Museum of Natural History, Chicago.

2011    "The evolution of skin coloration", endowed Stanley Davidson Lecture of the Royal College of Physicians of Edinburgh (Scotland), Biennial Dermatology Symposium.

2011    "Why is our human skin so different from our hairy cousin, the chimp?"  Featured thematic lecture, British Science Festival, Bradford (England).

2011    "Why skin color matters: A look at the evolution and meaning of our most visible trait", Keynote address at the annual Student Scholar Day at Grand Valley State University, Allendale, Michigan.

2011    "The evolution and meaning of human skin pigmentation", Distinguished Scientist and visiting Woman in Science lecturer, Bard College.

2010    "The skin, a universal interface of colour", LVMH Recherche, 10th Symposium, Paris, France.

2010    "The evolution of naked skin in humans", A. Watson Armour Seminar Series, Field Museum, Chicago.

2010    "Vitamin D production as a driving force in the evolution of human skin pigmentation", Scottish Summit on Vitamin D and Multiple Sclerosis, Glasgow.

2010    "Human skin pigmentation as an example of adaptive evolution", American Philosophical Society, Philadelphia.

2010    "Why skin comes in colors", Annual Darwin Lecture, Stellenbosch Institute for Advanced Study, Stellenbosch, South Africa.

2010    "Natural selection and the evolution of skin pigmentation", Peter N. Horvath, M.D., Lecture, The Washington D.C. Dermatological Society.

2009    "The skin that makes us human".  In the Light of Evolution IV:  The Human Condition, Arthur M. Sackler Colloquium of the National Academy of Sciences, University of California at Irvine.

2009    "Darwin's birthday suit:  The evolution of human skin pigmentation". Distinguished Lecture in Evolutionary Anthropology, Duke University.

2009    "Darwin's birthday suit:  The evolution of human skin pigmentation".  Darwin Evolving Lecture Series, University of California, Los Angeles.

2009    "We are all connected".  Centennial Commencement Address to the 2009 Class of the College of Liberal Arts, The Pennsylvania State University.

2009    "Darwin's birthday suit: The evolution of human skin pigmentation".  Skomp Endowed Lecture in Anthropology, Indiana University, Bloomington, Indiana.

2009    "Darwin's birthday suit: The evolution of human skin pigmentation".  Darwinfest, Arizona State University.

2009    "Darwin's birthday suit:  The evolution of human skin pigmentation".  Darwin Bicentennial Keynote Address, Ohio University.

2009    "Darwin's birthday suit".  TED Conference, Long Beach, CA.

2008    "The evolution of human skin color", School of Advanced Research and Leakey Foundation Lecture, Santa Fe, NM.

2008    "The evolution of human skin color",  Annual Westbrook Lecture, Wagner Free Institute of Science, Philadelphia, PA.

2007    "Living in our skin:  The biological and social meaning of skin color", Annual Common Ground Keynote Address, Skyline Community College, San Mateo, CA.

2007    "Primates in touch", presented as part of "The Body Reconsidered", Pop!Tech 2007, Camden, ME

2007    "The evolution of human skin and skin color", Keynote Address to the annual meeting of the Pan-American Society of Pigment Cell Research, Chicago, IL

2007    "The evolution of human skin and skin color", as part of the University of California at San Diego symposium, "Explaining the Origin of Humans"

2006    "The evolution of human skin color", Annual Marie Worthington Lecture, Denver Museum of Natural History

2006    "The evolution of human skin color:  Revisiting an old question with new evidence", invited lecture in the Seventh Annual W. K. Hamilton Symposium, "Human Evolution", University of California at San Francisco.

2006    "The evolution of human skin color", Ohio State University Invited Lecturer, Department of Evolution, Ecology, Organismal Biology, and Department of Anthropology.

2004    "Solar ultraviolet radiation and the evolution of human skin coloration", Keynote Address, 4th International Conference on Astrobiology, NASA Ames Laboratory, Mountain View, California, April, 2004

2004    "The evolution of human skin coloration", Leakey Foundation Human Origins Lecture Series, California Academy of Sciences, San Francisco, and California Institute of Technology, Pasadena, April and May, 2004

2003    "The evolution of human skin coloration", Keynote Address, Annual Fellows Dinner, California Academy of Sciences, October, 2003

2003    "Human skin color and natural selection", Keynote Address to the General Session, National Association of Biology Teachers annual conference, Portland, Oregon, October, 2003

2003    "Primate homeland:  The evolution of primates and tropical forests", invited lecture for the international symposium, "Evolution of the Tertiary Primates in Asia', Primate Research Institute, Kyoto University, Japan, January, 2003

2002    "Lessons from our relatives:  What the Old World monkeys can tell us about human evolution,"  Max Planck Institute of Evolutionary Anthropology, Leipzig, Germany, June, 2002

2002    "The evolution of human skin coloration", Annual Presidential Address, Pacific Division of the American Association of the Advancement of Science, June, 2002

2002    "Evolution in a nutshell", a presentation to the Second Global Forum, "Human Genome, Human Being", sponsored by the Global Forum and the California Academy of Sciences; also an invited panellist in the Second Global Forum, February 2002

2002    "Sepia rainbow:  New insights into why human skin comes in colors", Annual Marion Sulzberger Memorial Lecture, San Francisco Dermatological Society, January, 2002

2001    "Primates for all seasons?  Environmental seasonality and its effects on the evolution of old world primates", University of Zürich-Irchel, Switzerland, November, 2001

2000    "Nepal ten million years ago", Special Commemorative Lecture, Faculty of Science, Tribhuvan University, Kathmandu, Nepal, November, 2000

1996    "Heterochronic implications of the innovation of bipedalism in hominids", invited presentation in the symposium, "Heterochrony:  Implications for Paleobiology and Paleoanthropology", AMSIE '96 (AAAS Annual Conference), February, 1996

1995    Invited speaker and panelist, Women in Science Symposium, Dominican College, San Anselmo, October, 1995

1986    "The timing of the evolution of Old World monkeys in eastern Asia", invited lecture in the symposium, "Dating of the Cercopithecoid Fossil Record,"  XIth Congres of the International Primatological Society, Göttingen, West Germany, July, 1986

1986    "A new perspective on the evolution of primates in East Asia", invited keynote lecture in the international symposium entitled "Primates -- The New Revolution", December, 1986

**Other Invited Presentations:**

2017    "Land of beautiful blow-ins: Revisiting the natural and human history of Hawai'i," American Association for the Advancement of Science, Pacific Division, Annual Meeting.

2017    "Human skin color is an evolutionary adaptation," Spelman College, Genes and Genealogy Project at Spelman Lecture Series.

2017    "Evolution of sweating and human thermoregulation," Noll Physiological Research Seminar Series, College of Health and Human Development, Penn State.

2016    "The sepia rainbow:  The fascinating story of human skin," Webinar for Penn State Extension.

2016    "You, the liberal arts, and the human condition," Inaugural Liberal Arts First-year Lecture, Penn State.

2016    "The evolution of primates in Asia:  55 million years of speciation, extinction, dispersal, isolation, and adaptation fueled by environmental change," Research seminar, University of California at Davis, Department of Anthropology.

2015    "The evolution of human skin color and why it matters," Research seminar, Stony Brook University, Department of Ecology and Evolution.

2015    "Dermatologists and the social face," Research seminar, Universiity of Texas Southwestern Campus, Department of Dermatology, Dallas.

2014    "Skin pigmentation and evolution," Colloquium honouring Gustav Heinrich Ralph von Koenigswald, Werner Reimers Stiftung, Frankfurt

2014    "Why appearance matters:  Why looks always have been and still are important to people," University of Cape Town, Medical Faculty, Science Awareness Day presentation

2013    "Skin pigmentation and the evolution of the vitamin D compromise," Institute of Infectious Disease and Molecular Medicine, University of Cape Town.

2013    "The Evolution of Skin Pigmentation and its Implications for Dermatology and Health in the 21st Century," London Ethnic Skin Research Group.

2013    "Skin Pigmentation, Sunlight, and Vitamin D in the South African Context," STIAS Seminar Series, Stellenbosch.

2012    "Human skin pigmentation:  Evolution and implications for disease," Stellenbosch University Faculty of Medicine invited noontime lecture (co-authored with George Chaplin).

2012    "Human skin pigmentation:  Its evolution and meaning in the modern world," STIAS Lecture Series, Stellenbosch University.

2012    "Human Skin Pigmentation:  Evolution and Implications for Disease Susceptibility," Invited Lecture, Departments of Human Biology and Dermatology, University of Cape Town (co-authored with George Chaplin).

2012    "The Mio-Pliocene Colobine Monkey, *Mesopithecus,* in China," New York Consortium on Evolutionary Primatology, Seminar, CUNY.

2012    "Why skin color evolved and why it matters," University of Iowa Public Education Series.

2012    "Geomorphology, environmental change, and the fate of Yunnan's biotas in the Tertiary and Quaternary" U.S.-China Workshop on Critical Transitions, sponsored by the National Science Foundation, Los Angeles County Natural History Museum.

2011    "The Evolution and Meaning of our Most Noticeable Trait, Skin Colour," Joint meeting of the Kenya Museum Society and Nairobi National Museum, Nairobi, Kenya.

2011    "Living Color: Exploring the Evolution and Meanings of Human Skin Color," The Birla Institute of Technology & Science, BITS Pilani Campus, Lecture delivered online.

2011    "The Biological and Social Meanings of Human Skin Pigmentation," Lecture to the Board on Behavioral, Cognitive, and Sensory Sciences, National Research Council, National Academy of Sciences, Washington, D.C.

2010    "What did they look like?  Investigating the physical appearance of people in the ancient circum-Mediterranean and Egypt", Archaeological Institute of America, Central Pennsylvania Chapter.

2009    "The Evolution of Monkeys and Apes in Relation to the Changing Landscapes and Environments of the Late Tertiary and Quaternary", Earthtalks Seminar Series, Department of Geosciences, Penn State University.

2009    "Skin as Interface:  The Evolution of Human Skin and Skin Pigmentation", Seminar, Department of Biology, University of Rome (Tor Vergata Campus)

2009   "Skin as Interface:  The Biological and Social Signficance of Human Skin", Fall Lecture Series, Center for the Family in Diverse Contexts, Penn State University.

2009   "The Evolution and Significance of Human Nakedness", Behavior, Evolution, and Culture Program Seminar Series, University of California, Los Angeles.

2009   "My Life as a Primate", Invited keynote address, Graduate Women in Science, Penn State Chapter.

2008   "The Monkey's Tale:  Why Old World Monkeys Succeeded When Apes Failed", Department of Anatomical Sciences, Stony Brook University, Stony Brook, NY.

2008   "The Evolution of Human Skin and Skin Color", invited lecture, Department of Anthropology, Stony Brook University, Stony Brook, NY.

2008   "The Evolution of Human Skin and Skin Color", invited lecture, Department of Anthropology, Washington University, St. Louis.

2008   "The Evolution of Human Skin and Skin Color", invited lecture, Department of Anthropology, University of Buffalo.

2007   "The Evolution of Human Skin and Skin Color", invited lecture, Department of Neurobiology, The Pennsylvania State University, Hershey, PA.

2007   "The Evolution of Human Skin Color:  Meeting Place of Geography and Physiology", invited "Coffee Hour" presentation to the Department of Geography, The Pennsylvania State University.

2007   "Your Skin, Warts and All", invited presentation for "Research Unplugged", an informal forum about research, The Pennsylvania State University

2007   "The Natural History of Human Skin", invited lecture in the 2007 Palaeo Speakers Series, National Museums of Kenya, Nairobi.

2006   "The Natural History of Human Skin", invited Leakey Foundation lecture, held at the California Academy of Sciences, San Francisco.

2006   "A Primate Studying Primates (and Other Things)", invited lecture to The Association of Women in Science San Francisco Chapter and Amgen Women's Interactive Center.

2005   "Setting the Stage:  Who were the First Ice Age People of the Pacific Northwest?", Symposium on "Ice Age Peoples of the Pacific Northwest", Annual Meeting of the Pacific Division of the American Association for the Advancement of Science, Ashland, OR, June, 2005.

2005   "Ice Age peoples of the Pacific Northwest and the Vitamin D Imperative", Annual Meeting of the Pacific Division of the American Association for the Advancement of Science, Ashland, OR, June, 2005.

2005   "The Role of Bipedal Displays in the Origin of Bipedalism in the Human Lineage", Department of Anthropological Sciences, Stanford University, June 2005.

2005   "The Evolution of Human Skin Color", Department of Biology, California State University East Bay (Hayward), April 2005.

2005   "The Evolution of Human Skin Color", Department of Biology, Kenyatta University, Nairobi, Kenya, March 2005

2005   "Extinctions and Survivals of Primates for the Last 50 Million Years", Department of Anthropological Sciences, Stanford University, February 2005.

2004   "Shedding New Light on an Old Problem:  The Evolution of Human Skin Color", Bridges to Baccalaureate Program, City College of San Francisco and San Francisco State University, November, 2004

2004   "The Evolution of Human Skin Coloration", Touro University, Mare Island, California, November, 2004

2004   "Highlights of Human Evolution", California Science Teachers Association annual conference, San Jose, September, 2004

2004   "The Evolution of Human Skin Coloration:  A Geographical Approach", ESRI User Conference, San Diego, August, 2004

2004   "Highlights of Human Evolution", ASSET Conference on Astrobiology Teaching, San Francisco, August, 2004

2004   "The Evolution of Human Skin Coloration", Kenya Museum Society, Nairobi, Kenya, September, 2004

2004   "Brown Skin, Pink Skin, Your Skin, My Skin:  The Evolution of Human Skin Color", Prehistory Club of Kenya, September, 2004

2004   "What Do Colobine Monkeys Really Tell Us About Environmental Evolution?"  Invited lecture at the NSF-funded East African Paleoenvironment Workshop, Washington, D.C., May, 2004

2004    Interview of Paul Ekman for the California Academy of Sciences Series, Conversations at the Herbst Theater, May, 2004; also aired nationally on NPR's City Arts and Lectures series

2004    "What Can Monkeys Tell Us About Human Evolution?"  Invited Lecture to Cabrillo College, Aptos, CA, April, 2004

2003    "Botox Nation:  How Human Faces Lose Their Humanity", Members Lecture for the California Academy of Sciences, June, 2003

2003    "Brown Skin, Pink Skin, Your Skin, My Skin", delivered to a general town meeting, Telluride, Colorado (sponsored by the Pinhead Institute)

2003    Interview of Steven Pinker for the California Academy of Sciences Series, Conversations at the Herbst Theater, January 2003; also aired nationally on NPR's City Arts and Lectures series

2002    "Lessons from our Relatives:  What Non-human Primates Can Tell us About Human Evolution", Fromm Institute for Lifelong Learning, San Francisco, May, 2002

2002    "The Three Chimpanzees:  Conflict Resolution and Reconciliation in Common Chimpanzees, Bonobos and Humans", Seminar Series, Department of Cognitive Sciences, Stanford University, May 2002

2002    "The Evolution of Human Skin Coloration", San Jose State University Department of Anthropology Seminar Series, May, 2002

2001    "Reverse Engineering: How the Physiological Requirements of Vertebrates Can be Used to Reconstruct the Mode and Tempo of Environmental Change", 5th International Conference on the Evolution of the East Asian Environment, Hong Kong, October, 2001

2001    "The Three Chimpanzees:  Conflict Resolution and Reconciliation in Common Chimpanzees, Bonobos and Humans", Annual Seminar Series, Department of Biological Sciences, San Francisco State University, September, 2001

2001    "The Three Chimpanzees", Members Lecture, California Academy of Sciences, July, 2001

2001    "The Evolution of Human Skin Coloration", Research Seminar Series, NASA Ames Laboratory, Mountain View, California, May, 2001

2001    "The Evolution of Human Skin Coloration", Department of Biological Anthropology, University of Cambridge, Cambridge, U.K., February, 2001

2001    "The Evolution of Human Skin Coloration", Research Seminar Series, California Academy of Sciences, San Francisco, January, 2001

2001    "The Evolution of Human Skin Coloration and its Ramifications for Human Health", Grand Rounds, Department of Dermatology, University of California at San Francisco, January, 2001

2000    "The Evolution of Human Skin Coloration," Departments of Biology and Anthropology, Sociology and Justice Studies Combined Seminar, University of Idaho, October, 2000

2000    "The Lichen-eating Monkeys of China", Lichen Society of California, Berkeley, California, May, 2000

2000    "Human Evolution is Everybody's Business", Featured Guest Speaker, Eighteenth Annual San Francisco Science Fair, Randall Museum, San Francisco, January, 2000

2000    "The Evolution of Human Skin Coloration," The New York Regional Primatology Colloquium, sponsored by the New York Consortium in Evolutionary Primatology (NYCEP), New York, January, 2000

2000    "Life as an Anthropologist", Anthropology Club, Skyline College, San Mateo County, California, January, 2000

2000    "The Steps to Becoming Human," Center for Learning in Retirement, University of California at Berkeley, January, 2000

1999    "The Evolution of Human Skin Coloration," Department of Anthropology Seminar Series, Harvard University, Cambridge, Massachusetts, November, 1999

1999    "What Determines the Responses of Mammals to Environmental Change?  Insights from the Pleistocene of China", Harvard University Herbaria Seminar Series, Harvard University, Cambridge, Massachusetts, November, 1999

1999    "The Evolution of Mammals in Eastern and Southern Asia During the Last 10 million Years,"  National Museum of Natural History, Swoyambhu, Kathmandu, Nepal, December, 1999

1999    "Probing the Geography and Biology of Extinctions:  Environmental Change and Primate Evolution in Asia During the Late Tertiary and Quaternary", University of California at Davis, Department of Anthropology Seminar Series, October, 1999

1999    "The Evolution of Human Skin Coloration",  Stanford University, Department of Anthropological Sciences Colloquium Series, May, 1999

1999    "The Evolution of Human Skin Coloration", University College London, Subdepartment of Evolutionary Anatomy Seminar Series, February, 1999

1999    "The Evolution of Human Skin Coloration",  San Francisco State University, Department of Biological Sciences Colloquium Series, January, 1999

1998    "Lucy's Lifestyle:  Reconstructing the Lives of our Ancient Ancestors", invited lecture for the Modesto Area Partners in Science series, November, 1998

1998    "Enjoying a Life in Science", Keynote Address for the "Reach for the Stars in Math and Science" Conference for Girls, Modesto, Stanislaus County, California, June, 1998

1998    "Letting the Bones Speak:  What Skeletons can Tell us about Lives and Lifestyles", invited lecture and workshop for the "Expanding Your Horizons" (in Math and Science Conference) for 6th through 12[th]grade young women, Skyline College, San Bruno, May, 1998

1998    "Fragile Animals in Fragile Ecosystems:  China's Snub-nosed Monkeys", invited seminar in the Department of Wildlife Studies and Environmental Biology Seminar Series, University of California at Berkeley, March, 1998

1998    "Environmental Change during the Pleistocene of East Asia, and its Effects on Mammals", Special Guest Lecture Series, Department of Biology, University of Tulsa, OK, May, 1998

1998    Member of 10th Anniversary Discussion Panel, "Museum Odyssey"  Social and Professional Directives for Cultural Institutions", San Francisco State University, Museum Studies Program, January, 1998

1997    "Environmental Change During the Pleistocene of East Asia and its Effect on Higher Primates", University of California at Santa Cruz, Bi-monthly Archaeology/Physical Anthropology Forum, May, 1997

1997    "The Response of Mammals to Environmental Changes during the East Asian Pleistocene", San Francisco State University, Analytical Biogeography Seminar, April, 1997

1997    "What's New in Human Evolution?", Modesto Area Partners in Science, January, 1997

1996    "The Use of GIS in Paleoenvironmental Reconstruction and the Study of Paleobiodiversity", Department of Geography Seminar Series, The University of Western Australia, November, 1996

1995    "A New Look at the Origin of Hominid Bipedalism", Institute of Human Origins, Berkeley, November, 1995

1995    "Biogeographical and Life History Perspectives on Mammalian and Human Evolution in Asia", invited seminar to the Department of Biological Sciences (Ecology and Evolution Group), Stanford University, November, 1995

1995    "Biogeographical Perspectives on Mammalian and Human Evolution in Asia:  An Example of the Application of Geographical Information Systems to Vertebrate Paleontology", University of California at Berkeley, Museum of Vertebrate Zoology Seminar Series, October, 1995

1994    "Primate Life Histories and their Implications for Primate Conservation and our Understanding of Human Evolution", The University of Western Australia, Centre for Human Biology,

1993    "Mammalian Responses to Quaternary Environmental Changes in East Asia:  Context and Consequences", Sixth International Theriological Congress, symposium on Mammalian Responses to Quaternary Climate Changes, Sydney, Australia, July, 1993

1993    "The Natural History of the Snub-nosed and Douc Langurs", Seminar Series of the Anthropological Institute, Universität Zürich-Irchel, Switzerland, October, 1993

1993    "Environmental Change, Mammalian Evolution and the Emergence of Modern Humans", Seventh Annual Conference of the Australasian Society for Human Biology, symposium on Human Evolution, December, 1993

1993    "The Role of the Forensic Anthropologist in Personal Identification:  A Decade of Experience in Hong Kong", symposium on forensic anthropology, 38th Annual Scientific Meeting of the Royal Society of Pathologists of Australasia, Perth, Australia, April, 1993

1993    "Primate Natural History, Primate Life Histories and Primate Conservation", Perth Zoo Docent's Association, April, 1993

1992    "China's rare treasures, the golden monkeys", Perth Zoo Docent's Association, August, 1992

1992    "The Distribution of Cercopithecid Fossils in Asia in Relation to Changing Landforms and Environments", Australian Association of Palaeontologists, Perth, Australia, June, 1992

| | |
|---|---|
| 1992 | "The Evolution of Hominid Bipedalism Revisited", Department of Anthropology, State University of New York at Buffalo, April, 1992 |
| 1992 | "Menopause:  New Insights from Reproductive and Evolutionary Biology", Western Australian Endocrine Sciences Symposium, Perth, Australia, November, 1992 |
| 1992 | "Primates:  It's All Relative", The University of Western Australia, Extramural Course, June, 1992 |
| 1992 | "Bipedalism and the Origin of the Hominidae", Royal Society of Western Australia, May, 1992 |
| 1992 | "New Insights in the Evolution of Hominid Bipedalism", Western Australia Evolutionary Biology Group, April, 1992 |
| 1991 | "What is a Primate?", Perth Zoo Docent's Association, November, 1991 |
| 1991 | "Early Hominids and their Lifestyles", Methodist Ladies College, Perth, Australia, November, 1991 |
| 1991 | "An Anthropologist Looks at Menopause", PIVET Medical Centre for Treatment of Reproductive Disorders, Perth, Australia, October, 1991 |
| 1991 | "What is a Primate?", Perth Zoo, In-service Course for Human Biology Teachers, June, 1991 |
| 1991 | "Monkeys, Mountains, and Human Evolution", Centre for Human Biology, The University of Western Australia, May, 1991 |
| 1990 | "Geography and the Evolution of Monkeys in China", University of Washington, Department of Anthropology, May, 1990 |
| 1990 | "Recent Advances in the Study of the Evolution of Asian primates, with Emphasis on the Cercopithecoidea", Department of Anthropology, University of Colorado, May, 1990 |
| 1990 | "The Golden Monkeys of China:  Evolution, Distribution and Conservation", University of New Mexico, Department of Anthropology, May, 1990 |
| 1989 | "The Golden Monkeys of China:  Evolution and Conservation", Hong Kong Anthropological Society, July, 1989 |
| 1989 | "Conducting Research in the Biological Sciences in China", San Francisco State University China Exchange Program, Hong Kong, July, 1989 |
| 1988 | "The East African Rift Valley and the Search for the Origins of Early Man", Hong Kong Association of University Women, November, 1988 |
| 1988 | "A Method of Personal Identification Based on the Matching of *ante mortem* and *post mortem* Photographs of the Skull and Dentition", Sun Yat Sen Medical University, Faculty of Forensic Medicine, Guangzhou, China, September, 1988 |
| 1987 | "Skeletons in the Closet and Other Places" (A lecture on forensic odontology and forensic anthropology in Hong Kong), Hong Kong Chapter, Institute of Biology, October, 1987 |
| 1987 | "Human Origins:  New Evidence and Interpretations", British Institute of Surgical Technologists (Hong Kong Chapter), September, 1987 |
| 1986 | "Bones, Teeth, and Odd Bods" (A lecture on forensic odontology and forensic anthropology in Hong Kong), Hong Kong Association of University Women, November, 1986 |
| 1985 | "Bones, Teeth, and Odd Bods:  Recent Developments in Forensic Odontology and Forensic Anthropology in Hong Kong", British Institute of Surgical Technologists (Hong Kong Chapter), November, 1985 |
| 1985 | "Patterns of sexual dimorphism in *Theropithecus*,"  Colloquium on "Sexual Dimorphism in Higher Primates" held in conjunction with the exhibition, "*Homo*, Four Million Years of History", Firenze, Italy; paper read *in absentia*, November, 1985 |
| 1984 | Lectures and seminars on methods of analysis in functional morphology, with particular reference to the locomotor and masticatory apparatuses of nonhuman primates, Kunming Institute of Zoology, Academia Sinica, November, 1984 |
| 1983 | "A method for matching human skulls with photographic portraits based on landmarks of the cranium and dentition", IXth International Congress of Anthropological and Ethnological Sciences, Vancouver, B.C., Symposium on Forensic Anthropology, August, 1983 |
| 1980 | "Cercopithecoid Evolution:  Monkey Business in Africa", Hong Kong Anthropological Society, February, 1980 |
| 1979 | "The Anatomy of the Masticatory Apparatus of the Gelada Baboon and its Relationship to the Feeding Adaptation of the Genus *Theropithecus*", Department of Anatomy Seminar Series, Howard University School of Medicine, Washington, D.C., March, 1979 |

*Media Appearances Related to Research:*

1.  The Root and Roots Show with Greg Rasheed, 30-minute interview about skin color and racism, "The meaning of skin color," http://www.blogtalkradio.com/rootandroots/2015/01/16/the-meaning-of-skin-color, 16 January 2015.

2.  Sunday Night Safran, Australian Broadcasting Corporation, 10-minute interview about human skin and skin color; http://player.fm/series/sunday-night-safran-13039/nina-jablonski-kate-forsyth-and-khaled-khalafalla. 3 April 2013.

3.  Life Matters, Australian Broadcasting Corporation, 15-minute interview about *Living Color:  The Biological and Social Meaning of Skin Color:*  http://www.abc.net.au/radionational/programs/lifematters/skin-colour/4560634. 11 March 2013.

4.  The Jefferson Exchange, Southern Oregon Public Radio, Two-hour interview about *Living Color:  The Biological and Social Meaning of Skin Color:* http://ec.libsyn.com/p/e/b/a/eba97a629c005c45/The_Jefferson_Exchange_03_14_2013_Hour_2.mp3?d13a76d516d9dec20c3d276ce028ed5089ab1ce3dae902ea1d01ce833fd2ce5d3757&c_id=5489579, 14 March 2013.

5.  WAMC Academic Minute, on "Evolution and skin color":  http://www.wamc.org/post/dr-nina-jablonski-penn-state-university-evolution-and-skin-color, 7 February 2013.

6.  Tonic with Dr. Norman Swan, Australian Broadcasting Corporation, 15-minute television interview on the biological and social meanings of skin color.  15 February 2013.

7.  National Institutes of Health, Office of Behavioral and Social Science Research, Interview on how lifestyle and skin color impact health and psychological wellbeing: http://obssr.od.nih.gov/video/jablonski/index.aspx, 4 February 2013.

8.  Culture Shocks (with Barry Lynn), Interview about *Living Color:  The Biological and Social Meaning of Skin Color*: http://www.cultureshocks.com/shows/2013/01/07/joe-mozingo-nina-jablonski/, 7 January 2013.

9.  The Roundtable/WAMC Radio, Northeast Public Radio, Interview about Living Color:  The Biological and Social Meaning of Skin Color:  http://wamc.org/post/living-color-biological-and-social-meaning-skin-color

10. Focus, WILL Radio, Interview about *Living Color:  The Biological and Social Meaning of Skin Color*: http://will.illinois.edu/focus/program/living-color-the-biological-and-social-meaning-of-skin-color, 2 November 2012.

11. THE GIST/Michelangelo Signorile (Sirius XM Radio), Interview about *Living Color:  The Biological and Social Meaning of Skin Color*, 17 October 2012.

12. Think with Krys Boyd, KERA, Interview about *Living Color:  The Biological and Social Meaning of Skin Color*: http://www.kera.org/2012/10/15/the-biological-and-social-meaning-of-skin-color/, 15 October 2012.

13. Joy Cardin Show, WPR, Madison, One-hour Interview about *Living Color:  The Biological and Social Meaning of Skin Color*: http://wpr.org/webcasting/audioarchives_display.cfm?Code=jca&StartRow=1&keyword=Jablonski&highlight=on, 15 October 2012.

14. Perspective, K-State Public Radio, Interview about *Living Color:  The Biological and Social Meaning of Skin Color*, 15 October 2012.

15. All Sides with Ann Fisher/WOSU, Columbus, Interview about *Living Color:  The Biological and Social Meaning of Skin Color*:  http://wosu.org/2012/allsides/living-color-impact-of-skin-color-on-social-interactions/, 4 October 2012

16. Tavis Smiley Show (NPR), 15-minute Interview about *Living Color:  The Biological and Social Meaning of Skin Color*: http://www.tavissmileyradio.com/nina-jablonski-living-color/, 28 September 2012.

17. 702 Talk Radio (Johannesburg, South Africa) with Jenny Crws-Williams, live broadcast one-hour interview aired on Monday 17 September 2012. http://www.702.co.za/podcast/podcast_bestofjenny.asp

18. 180 with Bob show (Johannesburg, South Africa), live broadcast of 10-minute interview on Tuesday 18 September 2012.

19. SAFM (Cape Town, South Africa), "Otherwise" show, live interview about skin color and race.

20. WGBH, Cally Crossley Show, live interview concerning evolution of skin pigmentation and significance of tanning, 6/20/11.

21. TED Lecture,  "Skin Color is an Illusion," filmed February 2009;
http://www.ted.com/talks/nina_jablonski_breaks_the_illusion_of_skin_color.html
22. NPR, Morning Edition, Krulwich on Science, "Your Family May Once Have Been A Different Color", 2/2/09;
http://www.npr.org/templates/story/story.php?storyId=100057939
23. SETI Institute Science Radio --- Are We Alone? --- 2/11/08 --- Senses Census (hosted by Dr. Seth Shostak)
http://radio.seti.org/past-shows.php
24. WPSU --- Take Note --- 12/23/07 --- Our Skin (interview by Patty Satalia)
http://www.wpsu.org/radio/takenote.php?view=3
25. New York Times --- 9/4/07 --- A Supple Casing, Prone to Damage (article by Natalie Angier)
http://www.nytimes.com/2007/09/04/science/04angi.html?_r=1&scp=3&sq=nina+jablonski&st=nyt&oref
=slogin
26. WHYY / NPR --- Morning Edition --- 8/28/07 --- King Tut Exhibit Prompts Debate on His Skin Color (report
by Joel Rose) http://www.npr.org/templates/story/story.php?storyId=13992421
27. Good Morning America --- 8/23/07 --- Science of Sweat (report by John Berman)
http://abcnews.go.com/GMA/Health/Story?id=3514398&page=1
28. WPR (Wisconsin Public Radio) --- Conversations with Joy Cardin ---5/11/07 --- 7 AM time slot (hosted by
Joy Cardin) http://www.wpr.org/ideas/programnotes.cfm (search by air date from this site)
29. New York Times ---4/17/07 --- Defy Another Day (article by Natasha Singer)
http://www.nytimes.com/2007/04/17/style/tmagazine/15taging.html?_r=1&oref=slogin
30. MPR (Minnesota Public Radio) --- Midmorning --- 4/9/07 ---Skin Deep (interview by Kerri Miller)
http://minnesota.publicradio.org/display/web/2007/04/09/midmorning2/
31. NPR --- Weekend Edition Saturday --- 3/3/07 --- Finding the Beauty in 'Skin: A Natural History' (interview
by Lynn Neary) http://www.npr.org/templates/story/story.php?storyId=7700603
32. The Colbert Report --- 2/28/07 (hosted by Stephen Colbert)
http://www.comedycentral.com/motherload/index.jhtml?ml_video=82918
33. New York Times --- 1/9/07 --- Always Revealing, Human Skin is an Anthropologist's Map (article by Claudia
Dreifus) http://www.nytimes.com/2007/01/09/science/09conv.html?scp=1&sq=nina+jablonski&st=nyt
34. WILL --- Afternoon Magazine ---11/21/06 --- Skin: A Natural History (interview by Celeste Quinn)
http://will.uiuc.edu/am/aftmag/archives/07/071224.htm
35. CBC Radio The Current --- 10/25/06 --- Part 3 (hosted by Anna Maria Tremonti)
http://www.cbc.ca/thecurrent/2006/200610/20061025.html
36. KQED --- Forum --- 10/5/06 --- Skin: A Natural History (hosted by Cynthia Gorney)
http://www.kqed.org/epArchive/R610051000
15. KVMR-FM --- Booktown --- 10/2/06 --- Skin: A Natural History (interview by Eric Tomb)
http://www.archive.org/details/NinaJablonskiInterview


***Public and Broadcast Interviews of Scientists:***

2006     John McPhee, *"City Arts and Lectures" Series of the City of San Francisco*
2005     Jared Diamond, *"City Arts and Lectures" Series of the City of San Francisco*
2003     Steven Pinker, *"City Arts and Lectures" Series of the City of San Francisco*
2002     Paul Ekman, *"City Arts and Lectures" Series of the City of San Francisco*

***Other Public Education and Service (including documentaries):***

2015          Primary scientific consultant and featured interviewee for BBC Documentary, "In Search of Colour:
              The Colours of Life", for release in late 2015:  http://www.bbc.co.uk/programmes/p02vmwbt
2015          Primary scientific consultant and featured interviewee for Howard Hughes Medical Institute,
              Biointeractive Short Video Series, "The Biology of Skin Color," downloadable in multiple formats,
              with supporting educational materials also available.  Root link:
              https://www.hhmi.org/biointeractive/biology-skin-color

| | |
|---|---|
| 2012 | National Insitutes of Health, Office of Behavioral and Social Sciences video interview on skin color and health, with full transcript:  https://obssr.od.nih.gov/video/; https://obssr.od.nih.gov/video/jablonski/index.aspx |
| 2009-10 | Primary scientific consultant and featured interviewee for "Skin Deep" (2010, Electric Pictures) One-hour documentary co-produced with DocLab (Italy) for SBS, Screen Australia, ScreenWest, ARTE (France), RAI (Italy), WDR (Germany), and UR Sweden http://www.electricpictures.com.au/view/Skin+Deep/122/ |
| 2008 | Scientific consultant and featured interviewee for episode on "Skin" for History Channel documentary 11-part series, "Evolution". |
| 2007 | Featured interview on the possible existence of "bigfoot" for the Discovery Channel Program, "Best Evidence:  Bigfoot". |
| 2004-2005 | Featured interviewee on the evolution of human skin coloration for the television series, "Bill Nye, the Science Guy" |
| 2004 | Featured interview on the evolution of human skin and skin color for the program, "Skin Revealed", Sunday Rounds with John Stupak, Consultation Radio Network |
| 2003 | Lecturer in "Scholars in the Schools" program, Pinhead Institute, Telluride, Colorado |
| 2002 | PBS Evolution Library, reprinted article from *Discover* (February 2001) by Gina Kirchweger on the "Biology of Skin Color:  Black and White": http://www.pbs.org/wgbh/evolution/library/07/3/text_pop/l_073_04.html |
| 2002 | Featured interviewee in the National Geographic Society television production, "The Journey of Man", aired January 2003 |
| 2002 | Scientific Advisor and Contributor to the joint National Geographic Society and PBS Production, "Skin", aired November 2002 |
| 2002 | Contributor to "Science Update",  the AAAS popular science radio program, on the evolution of human skin coloration |
| 2001 | Contributor to CBC Radio Science Program, "Quirks and Quarks", on the evolution of human skin coloration |
| 2000 | Contributor to PBS production for 2001/2002, "Race:  Creation of an Illusion" |
| 2000 | Presenter of an online lecture on human evolution for EarthNews environmental science network |
| 1999 | Contributor to Antenna Theatre production on human evolution |
| 1998-2002 | Contributor to KQED Radio, "Science Interchange" Program, aired on PBS stations nationwide |
| 1996 | Contributor to RTHK (Hong Kong) Sunday Morning Show, "The Evolution of Hong Kong's Environment" |
| 1995-2003 | Lecturer in a variety of Adult Education courses offered by the California Academy of Sciences |
| 1995 | Contributor to Richard Otting's morning show on ABC Radio National, Perth, Australia |
| 1993 | Participant in an evening Extension Course on primates for The University of Western Australia |
| 1992 | Keynote lecturer and leader of "Meet a Scientist" sessions for the First Summer Science School of the Australian Scientific Industry Association for Year 10 students |
| 1992 | Consultant to Australian Telecom Mobile workshop on stress management.  Lecturer on "Humans and Stress" |
| 1992 | Participant in an evening Extension Course on primates for The University of Western Australia |
| 1991-1994 | Consultant in forensic anthropology to the city of Perth and the State of Western Australia. Responsibilities include involvement with Government forensic pathologists in criminal and civil cases involving personal identification of unknown human remains. |
| 1991-1994 | Consultant in human osteology to archaeologists in Western Australia  Responsibilities include study of human skeletal remains *in situ* throughout the state and the eventual identification and description of such remains |
| 1989 | Professional Adviser to "The Human Story" Exhibition, Hong Kong Museum of History. |
| 1983-1990 | Member of the Forensic Odontological Group of the Prince Philip Dental Hospital, Faculty of Dentistry, University of Hong Kong  Responsibilities included regular involvement with the Royal Hong Kong Police and Hong Kong Government forensic pathologists in criminal and civil cases involving personal identification of unknown human remains and appearances in court as an expert witness as required.  Educational responsibilities included acting as Instructor to the |

|  | Detective Training Wing of the Royal Hong Kong Police on techniques of personal identification of human remains |
|---|---|
| 1983-1984 | Contributor of scientific presentations for "Cabbage Hall", a radio program for children on Radio Television Hong Kong |
| 1983 | Hong Kong Urban Council, Popular Science Lecture:  "The search for human origins" |

**Museum Exhibit Development:**

| 2006-09 | Curator and developer of the John G. and Catherine T. MacArthur Foundation-funded exhibit, "The Evolution of Humans and their Environment in the Gaoligongshan", for the Baoshan Cultural Museum, Baoshan Prefecture, Yunnan, China |
|---|---|
| 2007 | Contributor to exhibit, "Race:  Are We so Different?"  American Anthropological Association in collaboration with the Science Museum of Minnesota. |
| 2004 | Advisor and co-developer of exhibit on the evolution of human skin color and the relationship between skin color and race for the Curious Kids Museum, St. Joseph, Michigan |
| 1996-2006 | Supervisor of virtual exhibit content for the web presence of the Department of Anthropology; includes an on-line collections catalog with images, object descriptions, and and other relevant data: http://www.calacademy.org/research/anthropology/acollection.html http://www.calacademy.org/research/anthropology/collection/collintro.htm and virtual educational exhibits featuring some of the Department of Anthropology's collections: http://www.calacademy.org/research/anthropology/Exhibits/index.htm |
| 2001-05 | Internal Director of the Creative Design Team for all terrestrial and anthropological exhibits for the new California Academy of Sciences currently under construction in Golden Gate Park |
| 1995-2003 | Development and management of rotating anthropological displays in Wattis Gallery, California Academy of Sciences; exhibits included items from the Rietz Food Technology Collection, Masai spears and shields, the native arts of Australia, and folk toys of Japan |
| 2002 | Scientific Content Provider for the exhibit, "Powers of Ten" (June-December 2002) |
| 2001-2002 | Lead Curator and Main Scientific Content Advisor for the exhibit entitled, "Skulls" (March 2002— Aug 2004):  Work involved development of exhibit themes and content, and acquisition of specimen loans from the UCMP and the University of the Pacific |
| 2000 | Chair of Creative Design Team for the exhibit, "Vanuatu:  At Home in the Western Pacific" (October 2000 – March 2001) |
| 1999 | Chair of Program Content in connection with the traveling exhibit, "Missing Links Alive", on human evolution:  Work involved development of an accompanying lecture series, educational programming, and a marketing strategy for the exhibit |
| 1998-1999 | Co-chair of the Creative Design Team for the exhibit, "The Elkus Collection:  Changing Traditions in Native American Arts" (on the floor at the Academy from 1999-2004) |
| 1997 | Arranged for the long-term loan and exhibit of the W. Barclay Stevens Clock Collection to the National Association of Watch and Clock Collectors Museum |
| 1997 | Co-chair of the Creative Design Team for the exhibit, "Teec Nos Pos:  Jewels of the Navaho Loom" |
| 1995 | Organizer and Chair, Native American Art Fair and Sale, staged at the California Academy of Sciences |

**Museum Collections Founded and/or Curated:**

| 1994-2006 | Department of Anthropology, California Academy of Sciences; collection comprises approximately 18,000 ethnographic and archaeological artifacts, representing mostly Native American and oceanic cultures |
|---|---|
| 1981-1990 | Created and curated the collection of over 10,000 extracted teeth of from individuals of known age, sex and medical history at the Prince Philip Dental Hospital of the University of Hong Kong; |

work included design of the protocol for tooth collection and development of its computerized catalog

1981-1990    Created and curated the collection of over 800 modern human skulls and 200 postcranial remains from individuals of known age, sex, race and cause of death in the Department of Anatomy of the University of Hong Kong; as co-founder of the collection, supervised the excavation, cleaning and cataloguing of the collection, which is today one of the best anthropological collections of human remains in Asia; collection consists entirely of "unclaimed" human skeletal remains that would have otherwise been cremated

**Paid Consultancies:**

2015    RCSR Productions (for the Howard Hughes Medical Institute), scientific consultant and presenter for short documentary film on the evolution and health implications of skin pigmentation, HHMI BioInteractive Short Films.

2009-2010    Skin Deep Pty Ltd., a subsidiary of Electric Films Ltd., scientific consultant and presenter for full length documentary film on the evolution and meaning of skin color; project funded by UNESCO, and the governments of France and Australia.

2003-2006    University of Chicago Press, reviewer of book-length manuscripts and journal compilations

2002 onward    University of California Press, book-length manuscript reviewer.

2001    Web-site design and content consultant for the Institute of Human Origins, "Becoming Human" web site, sponsored by the Albert P. Sloan Foundation

2000-2002    Consultant in forensic osteology and anthropology for the Office of the Sheriff and Coroner, Mendocino County, California

1999-2002    Senior Content Advisor for the human evolution module of "Voyages Through Time", an interactive curriculum on evolution for high school students, done in collaboration with the NASA Ames Laboratory and the SETI Institute

1996-2000    Bay Area Classic Learning (Elderhostel)

**Administrative Experience:**

2015 onward    Associate Director, The Huck Institutes of the Life Sciences, The Pennsylvania State University, with responsibilities for facilitating collaboration between the life sciences and the social and behavioral sciences, and for enhancing integration of the social and behavior sciences and basic biomedical research into medical education.

2013 onward    Convener, STIAS Long-term Project, "Being Human Today:  The Effects of Race" (for 2013-2018); advising on the disbursement of approximately ZAR 3,000,000 provided by the Knut and Alice Wallenberg Foundation and Riksbankens Jubileumsfond, Sweden.  Responsibilities include coordinating the activities of a 10-member team of international senior scholars and administering a grant solicitation for junior investigators, working on issues of race and public policy in South Africa and throughout Africa.

2012 onward    Convener, Genetics and Genealogy Working Group (National Evolutionary Synthesis Center [NESCent], Durham, NC).  Responsibilities include leading a team of 31 scholars and professionals in the development of curricula in genetics and genealogy for middle school, high school and undergraduate students, especially from traditionally underrepresented minorities.

2011 onward    Director, The Pennsylvania State University cross-college Center for Human Evolution and Diversity (CHED)

2006-2011    Head, Department of Anthropology, The Pennsylvania State University.  Responsibilties included establishment and maintenance of the intellectual direction and day-to-day running of a department with 20 tenure-line faculty, 6 staff, and over 30 graduate students.

1994-2006    Chair, Department of Anthropology, California Academy of Sciences.  Responsibilities include: Direct supervision of full- and part-time staff, interns, and volunteers; setting the goals and supervision of all departmental research activities; oversight of the acquisition and management of all collections (including cataloguing and the use of modern information technology to analyse and

serve collections data to the public via the Academy's web portal); development of floor and virtual exhibits; development of scholarly international symposia and two major public lectures series; oversight of the Academy's Traditional Arts Program; involvement in development activities for the Academy; and development of and participation in the Academy's international travel program.

| | |
|---|---|
| 2001-2005 | Internal Director of the Creative Design Team for the new California Academy of Sciences natural history museum, emphasizing overall design of all content related to terrestrial and cultural themes.  Work involved extensive collaboration with all internal museum constituencies (researchers, educationalists, collections staff, and administrators) and five external commercial design and architectural firms for the $392,000,000 project. |
| 2003 | Acting Director of Research, California Academy of Sciences:  As needed, during periods of absence of the Director |
| 2002 | Chair, Search Committee for new Curator in the Department of Ornithology and Mammalogy, California Academy of Sciences. |
| 2001-2006 | Member, Internal Communications Team ("I-Team") of the California Academy of Sciences:  Work involves liaison between all museum constituencies to insure constructive communication during the phases of new Academy planning and building. |
| 2000-2005 | Member, Staff Advisory Council of the California Academy of Sciences:  Work involves liaison with all levels of museum staff and museum administration on all workplace issues. |
| 2000-2002 | Acting Chair, Department of Ornithology and Mammalogy, California Academy of Sciences:  Work involved supervision of full- and part-time staff, and 6-8 volunteers. |
| 2000 | Chair, Temporary Committee to Make Recommendations on the Future of the Curatorial Position in Ornithology and Mammalogy, California Academy of Sciences |
| 1999-2000 | Chair, Committee to Make Recommendations on Curatorial Study Leaves, California Academy of Sciences |
| 1998 | Chair, Committee to Make Recommendations on the Terms of Curatorial Appointments |
| 1990-1994 | Co-coordinator of 2nd and 3rd year undergraduate curriculum in Human Biology,  Department of Anatomy and Human Biology, The University of Western Australia. |
| 1984-1990 | Coordinator of 1st and 2nd year medical and dental school curricula in Head and Neck Anatomy, Department of Anatomy, Schools of Medicine and Dentistry, University of Hong Kong. |

**Development Experience:**

| | |
|---|---|
| 2015 | Invited professor and speaker at two alumni interest-raising dinners in Florida for the College of the Liberal Arts, Penn State |
| 2011 | Penn State Alumni Association City Lights cultural and educational program held at The Academy of Natural Sciences, Philadelphia, "The Naked Truth: Why Humans Have No Fur" |
| 2009 | Penn State College of Liberal Arts Alumni Weekend Presentation co-organizer and participant, "Exploring the Mechanisms of Human Evolution: From Fossils to Genes" |
| 2007 | Keynote Speaker, "Huddle with the Faculty Series" to promote Penn State faculty research  to an audience of alumni, and fans during football season |
| | Featured Speaker, The Pennsylvania State University, College of Liberal Arts Alumni Luncheon, May 2007 |
| 2005 | Keynote Speaker, California Academy of Sciences, Friends of the Academy Evening |
| 2004 | Prehistory Club of Kenya:  Wrote supporting materials that led to a sustaining donation for the Club for 2005 |
| 2003 | Keynote Speaker, California Academy of Sciences, Academy Explorers Evening |
| 2003 | Featured Speaker, California Academy of Sciences, China Natural History Project Dinner |
| 2003-2004 | Speaker, Development Booth, at various California Academy of Sciences outreach events |
| 1996-2003 | Featured scientific speaker, three meetings of the California Academy of Sciences Board of Trustees |
| 1998-onward | Member, Oversight Committee, China Natural History Project, California Academy of Sciences:  Work involves development of a donor base in the local Chinese-American community, in support |

| | |
|---|---|
| | of institutional biodiversity research in China; extensive liaison with the Chinese government through the office of the Chinese Consulate in San Francisco required;  >$75,000 raised to date |
| 1995-2002 | Liaison with Mrs. Phyllis Wattis, in connection with growth of institutional programming related to Anthropology and to the California Academy of Sciences in general; work has resulted in >$60,000 direct donations to the Traditional Arts Program of the Department of Anthropology in 1997, 1999 and 2000, and contributed to the $10 million donation for a new building initiative in 1997 |
| 2000 | Keynote Speaker, Friends of the Academy Annual Appreciation Dinner, speech given entitled "Biodiversity in China":  Work involved cultivation of high-level donors through discussions of the importance of institutional research |
| 1996-2004 | Leader of six international tours for the California Academy of Sciences:  Work involves long-term cultivation of donors during the course of lengthy international natural and cultural history tours to Africa, East Asia, and South Asia |

**Grant Reviewer for:**

The Leakey Foundation
National Environmental Research Council (U.K.)
National Geographical Society
National Research Foundation of South Africa
National Science Foundation
Natural Sciences and Engineering Research Council of Canada
Primate Conservation International
Wildlife Conservation Society

**Journal Article Reviewer for:**

*American Anthropologist*
*American Journal of Human Biology*
*American Journal of Physical Anthropology*
*American Journal of Primatology*
*BASE (Biotechnology, Agronomy, Society and Environment)*
*Biological Conservation*
*Biological Journal of the Linnaean Society*
*BMC Evolutionary Biology*
*BMC Genetics*
*British Journal of Dermatology*
*Current Anthropology*
*Current Biology*
*Evolutionary Anthropology*
*Folia Primatologica*
*Human Biology*
*Human Nature*
*International Journal of Human Biology*
*International Journal of Primatology*
*International Journal of Radiation Biology*
*Journal of Bioeconomics*
*Journal of Human Evolution*
*Journal of Radiation Biology*
*Molecular Biology and Evolution*
*Nature*
*Nature Communications*
*Nutrition Reviews*
*Photochemistry, Photobiology, and Photomedicine*

*Pigment Cell and Melanoma Research*
*PLoS One*
*Proceedings of the National Academy of Sciences*
*Science*
*Social Science Research Journal*
*Zoological Research*

**Current Memberships in Professional Societies**

American Association for the Advancement of Science
        1998-2002:  Member of the Executive Council of the Pacific Division
        2001-2002:  President of the Pacific Division
        2002-2003:  Retiring President of the Pacific Division
        2010-2013:  Member-at-Large, Section H
        2013:  Chair-Elect, Section H
        2014:  Chair, Section H
        2015:  Retiring Chair, Section H
American Association of Physical Anthropologists
American Philosophical Society
International Primatological Society
Paleoanthropology Society
Pan-American Society for Pigment Cell Research
Society of Vertebrate Paleontology
The Philosophical Society of Washington

# EXHIBIT 2

## MATERIALS CONSIDERED IN EXPERT REPORT OF NINA JABLONSKI, PH.D

In addition to the materials cited within and attached to my foregoing report, I was provided with the below materials for review:

## PLEADINGS

- 10/2/2018 First Amended Complaint, Dkt. No. 76

- 10/23/2018 Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., Visual Concepts Entertainment, Yuke's Co., Ltd., and Yuke's LA, Inc.'s Motion to Dismiss, with memorandum, Dkt. No. 89

## WRITTEN DISCOVERY

- 07/18/2018 Plaintiff Catherine Alexander's First Set of Requests for Admission to Defendant Yuke's LA, Inc.

- 07/18/2018 Plaintiff Catherine Alexander's First Set of Requests for Admission to Defendant Yuke's Co., Ltd.

- 8/17/2018 Defendant Yuke's LA, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 62

- 8/17/2018 Defendant Yuke's Co., Ltd.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 63

- 9/14/2018 Plaintiff Catherine Alexander's First Set of Requests for Admission to Defendant Take-Two Interactive Software, Inc., Dkt. No. 66

- 9/14/2018 Plaintiff Catherine Alexander's First Set of Requests for Admission to Defendant 2K Games, Inc., Dkt. No. 67

- 9/14/2018 Plaintiff Catherine Alexander's First Set of Requests for Admission to Defendant 2K Sports, Inc., Dkt. No. 68

- 9/14/2018 Plaintiff Catherine Alexander's First Set of Requests for Admission to Defendant Visual Concepts Entertainment, Dkt. No. 69

- 9/14/2018 Plaintiff Catherine Alexander's Second Set of Requests for Admission to Defendant Yuke's Co., Ltd., Dkt. No. 71

- 9/14/2018 Plaintiff Catherine Alexander's Second Set of Requests for Admission to Defendant Yuke's LA, Inc., Dkt. No. 72

- 10/15/2018 Defendant Take-Two Interactive Software, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 82

1

- 10/15/2018 Defendant 2K Games, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 83

- 10/15/2018 Defendant 2K Sports, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 84

- 10/15/2018 Defendant Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission, Dkt. No. 85

- 10/15/2018 Defendant Yuke's Co., Ltd.'s Objections and Responses to Plaintiff Catherine Alexander's Second Set of Requests for Admission, Dkt. No. 86

- 10/15/2018 Defendant Yuke's LA, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's Second Set of Requests for Admission, Dkt. No. 87

- 11/5/2018 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Requests for Admissions to Plaintiff Catherine Alexander, Dkt. No. 95

- 1/7/2019 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Second Set of Requests for Admission to Plaintiff Catherine Alexander, Dkt. No. 108

- 07/18/2018 Plaintiff Catherine Alexander's First Set of Interrogatories to Defendant Yuke's LA, Inc.

- 07/18/2018 Plaintiff Catherine Alexander's First Set of Interrogatories to Defendant Yuke's Co., Ltd.

- 8/17/2018 Defendant's Yuke's Co., Ltd., and Yuke's LA, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Interrogatories

- 9/14/2018 Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Interrogatories to Plaintiff Catherine Alexander

- 10/15/2018 Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's First Set of Interrogatories

- 10/15/2018 Defendant's Yuke's Co., Ltd., and Yuke's LA, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's Second Set of Interrogatories

- 10/15/2018 Plaintiff's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Interrogatories to Plaintiff Catherine Alexander

- 1/7/2019 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Second Set of Interrogatories to Plaintiff Catherine Alexander

- 1/10/2019 Plaintiff's Objections and Supplemental Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Interrogatories to Plaintiff Catherine Alexander

### DEPOSITIONS

- 1/15/2019 Transcript of Deposition of Catherine Alexander and exhibits thereto

### EXPERT REPORTS

- 11/15/2018 Expert Report of Jose Zagal on Behalf of Plaintiff Catherine Alexander

### CORRESPONDENCE

- 11/19/2018 Letter from Anthony Simon regarding Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories and Plaintiff's Objections and Responses to Defendants' First Set of Requests for Production

### PRODUCED DOCUMENTS

- ALEXANDER000001

- ALEXANDER000005

- ALEXANDER000009

- ALEXANDER000015

- ALEXANDER000020

- ALEXANDER000025

# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SOLID OAK SKETCHES, LLC<br><br>        Plaintiff-<br>        Counterdefendant,<br><br>   v.<br><br>2K GAMES, INC. and TAKE-TWO<br>INTERACTIVE SOFTWARE, INC.,<br><br>        Defendants-<br>        Counterclaimants. | CASE NO. 1:15-cv-724-LTS-SDA<br><br>   ECF Case |

## DECLARATION OF THOMAS RAY CORNETT

I, Thomas Ray Cornett, declare as follows:

**I.**     **Introduction**

1.      I submit this declaration in support of Take-Two Interactive Software, Inc. and 2K Games, Inc. (collectively, "Take-Two"), and to clarify the facts for the court and all parties involved.  I learned of this lawsuit through my own investigation and from parties unrelated to the litigation.  I am adamantly against Solid Oak Sketches, LLC ("Solid Oak") using my name in connection with its claims in this lawsuit.  The position Solid Oak has taken is completely inconsistent with how I feel my work should be used, and quite candidly, I feel that Solid Oak's claims are ridiculous.

**II.**     **My Background**

2.      I am a tattooist currently living in Louisville, Kentucky, though I began my tattooing career in Cincinnati, Ohio.  I currently own and am employed at a tattoo parlor named Bleed Blue Tattoo located at 527 South Upper Street in Lexington, Kentucky.  Before working at Bleed Blue Tattoo, I was employed at a tattoo parlor named Big Tom's Uptown Tattoo ("Uptown Tattoo"), which to the best of my recollection was located at 2629 Vine Street in Cincinnati, Ohio.

3.      While employed at Uptown Tattoo, I was paid a regular salary and taxes were withheld from that salary.  Clients paid Uptown Tattoo for my services, rather than paying me directly.  I used Uptown Tattoo's equipment to ink my tattoos.

**III.**     **The Tattoo Industry**

4.      From my experience as a tattooist for over twenty years, most tattoo parlors conduct their business in the same manner as Uptown Tattoo, and have the same employment relationship with their tattooists.

5.     Moreover, there are certain practices in inking tattoos on clients that have become "standard" in the tattoo industry.  For example, the tattooist's role is to ink a tattoo that is faithful to the client's design for the tattoo, especially if the tattoo was a custom design for that client and was created at the client's request.

6.     More importantly, the tattooist and client both understand that upon inking, the tattoo becomes a part of the client's body and likeness.  The client does not need permission from the tattooist to display the tattoo, to have the tattoo photographed, or include the tattoo in any depiction of the client's likeness.  Essentially, the client is free after the inking session to go about his or her business with the tattoo as just another part of his or her body.  In addition, and as happens fairly frequently, clients can have tattoos changed or removed at any point if they want.  These points are so commonly understood in the industry that it would not be standard to make a client sign any sort of agreement to this effect.

7.     As discussed below, I tattooed Kenyon Martin and Eric Bledsoe before they were professional basketball players in the NBA.  I have tattooed numerous other athletes, in part because my business is located near the University of Kentucky, where many professional athletes attend and have attended college.

8.     I would never tell an athlete that he or she needs my permission to display their tattoos when they appear in any media.  That is just not in my moral code as a tattooist.  In my opinion, the athletes and any other clients pay for that right fair and square when they pay for their tattoo.

9.     Because I have tattooed several basketball players, I have learned that some designs are commonly requested from basketball players—praying hands, basketballs, stars, and crowns are examples of those common elements.

IV.    **Kenyon Martin's Tattoo**

10.    In the mid- to late-1990s, while employed at Uptown Tattoo, I inked a tattoo on Kenyon Martin.  At that time, Mr. Martin was a freshman at the University of Cincinnati, and he had other tattoos when he came to Uptown Tattoo.  It is my understanding that Mr. Martin has since obtained additional tattoos from other tattooists.

11.    At the time that I inked the tattoo, I knew that Mr. Martin played basketball for the University of Cincinnati.  I also knew that it was likely that Mr. Martin was going to appear in public, on television, in commercials, or in other forms of media, like video games, at some point in the future, especially if he was successful in his basketball career.

12.    One of the tattoos that I inked on Mr. Martin, specifically on his shoulder, was a grim reaper holding a basketball.  I understand that Solid Oak named the tattoo "Wizard" in the copyright registrations it filed with the Copyright Office and in this lawsuit, but I do not know why and that is not the name that I have used for the tattoo.  Mr. Martin requested this tattoo to cover up a tattoo that previously had been inked on his shoulder while he was in high school.  This tattoo was one of the very first tattoos that I inked in my career.

13.    While I was the individual who inked the tattoo onto Mr. Martin, I did not design the tattoo.  It was copied from what we refer to in the tattoo industry as a "flash" (*i.e.*, pre-existing) design.  Clients can browse the tattoo parlor's selection of flash, often located in a binder or on the walls, and select a design.  A tattooist then inks the flash onto the client.

14.    In Mr. Martin's case, he selected the grim reaper design from flash.  To the best of my recollection, the grim reaper in the flash design was originally holding a moon, sun, star, or something similar.  Mr. Martin asked me to change it to a basketball.

15.    When I inked the tattoo on Mr. Martin's shoulder according to Mr. Martin's request, I knew and intended that he would display the tattoo whenever he appeared in public.  I

also knew and intended that this tattoo would be displayed if Mr. Martin appeared in media, such as on television or in commercials. This was obvious to me as it was tattooed on his shoulder and I knew that basketball jerseys do not have sleeves. As discussed above, I also intended that the tattoo become a part of Mr. Martin's likeness and part of his image. I knew and intended that the tattoo would need to be included if anyone were to create a rendition of Mr. Martin's likeness, such as in art or video games. I think that a depiction of Mr. Martin's likeness would not be considered accurate if it did not include his tattoos.

16.    In my opinion, any athlete I tattoo, including Mr. Martin, was and is free to use his likeness as he desires. This includes the ability to let third parties depict him in various media, like video games. In my experience, any individuals who are tattooed hold these rights and can authorize the display of their tattoos as part of their likenesses.

17.    To the best of my knowledge, I have not inked the tattoo on any other individuals, though it is possible that other tattooists inked the underlying flash design of the grim reaper on other clients. I also have not sold any merchandise bearing the Wizard.

**V.    Eric Bledsoe's Tattoo**

18.    In approximately 2009 or 2010, while I was employed by Bleed Blue Tattoo, I inked a tattoo on Eric Bledsoe. At that time, Mr. Bledsoe was a freshman at the University of Kentucky. It is my understanding that Mr. Bledsoe has since obtained additional tattoos from other tattooists.

19.    At the time that I inked the tattoo, I knew that Mr. Bledsoe played basketball for the University of Kentucky. I also knew that it was likely that Mr. Bledsoe was going to appear in public, on television, in commercials, or in other forms of media, like video games, at some point in the future, especially if he was successful in his basketball career.

20.     One of the tattoos that I inked on Mr. Bledsoe, specifically on his shoulder, was a basketball with a scroll with writing on it, which I understand Solid Oak to have named "Basketball with Stars and Script." Mr. Bledsoe specifically requested the design of a basketball with stars and script, and I inked the custom design with his direction and input.

21.     When I inked Basketball with Stars and Script on Mr. Bledsoe's shoulder according to Mr. Bledsoe's request, I knew and intended that he would display the tattoo whenever he appeared in public. I also knew and intended that this tattoo would be displayed if Mr. Bledsoe appeared in media, such as on television or in commercials. This was obvious to me as it was tattooed on his shoulder and I knew that basketball jerseys do not have sleeves. As discussed above, I also intended that the tattoo become a part of Mr. Bledsoe's likeness and part of his image. I knew and intended that the tattoo would need to be included if anyone were to create a rendition of Mr. Bledsoe's likeness, such as in art or video games. I think that a depiction of Mr. Bledsoe's likeness would not be considered accurate if it did not include his tattoos.

22.     In my opinion, any athlete I tattoo, including Mr. Bledsoe, was and is free to use his likeness as he desires. This includes the ability to let third parties depict him in various media, like video games. In my experience, any individuals who are tattooed hold these rights and can authorize the display of their tattoos as part of their likenesses.

23.     I have not inked Basketball with Stars and Script on any other individuals because it was a custom tattoo designed for Mr. Bledsoe. I also have not sold any merchandise bearing Basketball with Stars and Script.

**VI.    Solid Oak**

24.     I initially was approached by Solid Oak in 2012. Matthew Siegler ("Siegler") represented to me that Solid Oak was interested in licensing my tattoo designs for use on

clothing. We entered into an agreement, and tt was my understanding that the agreement we entered into was for the purpose of providing me with approximately an eight percent royalty for any clothing that was sold displaying my particular tattoo designs.

25.    In 2013, Mr. Siegler contacted me saying that he had specific interest in Kenyon Martin's tattoos, because Mr. Martin's agent reached out with interest in purchasing the rights to the tattoos. I was confused because I thought that Mr. Siegler's plans were to make clothing with the tattoo designs, and our agreement had related to clothing. We did not discuss the use of my tattoo designs outside of that context. I responded to Mr. Siegler that I didn't understand why I would sell Mr. Martin any rights to the tattoos, because he already had paid to use the tattoos in any way he wanted fair and square when I tattooed him. Mr. Siegler didn't respond to me except to thank me for the information I provided about tattooing Mr. Martin.

26.    I have not received any royalties or other payments from Solid Oak. In fact, Solid Oak has not contacted me since this litigation commenced.

27.    Solid Oak did not inform me that it would be pursuing any legal claims involving my tattoos. When I first heard about this litigation, I was surprised and frustrated because, as stated above, I do not believe that Solid Oak has the right to prevent Take-Two from including the tattoos I inked in their games as part of Mr. Martin's and Mr. Bledsoe's likenesses. I feel misled by Mr. Siegler as he told me he was going to use my tattoos to make clothing, and instead he is using my name in connection with a lawsuit I am completely against.

28.    I believe it would hurt the tattoo industry and deter people from using tattoos as a way of expressing themselves if anyone thought that if he or she ever became successful or wanted to be displayed in any sort of media or advertising, they would be prevented from doing so without the tattooist's permission.

29.     I am concerned that Solid Oak's actions in pursuing this lawsuit and using my name this way has the potential to damage my reputation and harm my business.  I regularly tattoo athletes who attend the University of Kentucky, and I do not want them to associate my name with being prevented at some point in the future from using their likeness as they are entitled to.  If I was able to, I would tell Mr. Martin, Mr. Bledsoe, and the other athletes I have inked that I had nothing to do with this litigation, and they should be free to use their tattoos however they want, including permitting their tattoos to be depicted in a video game.


I declare under penalty of perjury that the foregoing is true and correct.


Executed this __23__ day of February, 2018.

_____
Thomas Ray Cornett

# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SOLID OAK SKETCHES, LLC

                Plaintiff-
                Counterdefendant,

    v.

2K GAMES, INC. and TAKE-TWO
INTERACTIVE SOFTWARE, INC.,

                Defendants-
                Counterclaimants.

CASE NO. 1:15-cv-724-LTS-SDA

ECF Case

## DECLARATION OF DESHAWN MORRIS

I, DeShawn Morris, AKA Shawn Rome, declare as follows:

## I.    <u>Introduction</u>

1.      I submit this declaration in support of Take-Two Interactive Software, Inc. and 2K Games, Inc. (collectively, "Take-Two"), and to clarify the facts for the court and all parties involved.  I learned of this lawsuit through my own investigation and from parties unrelated to the litigation.  As far as I am concerned, Solid Oak Sketches, LLC ("Solid Oak") and its founder Matthew Siegler never acquired the rights to my tattoos, and do not have my authorization to financially benefit from them.

2.      I am a tattooist currently living in Las Vegas, Nevada.

## II.   <u>LeBron James's Tattoos</u>

3.      I have inked multiple tattoos on LeBron James.  Two of the tattoos are part of this lawsuit.

4.      One of the tattoos that I inked for Mr. James was a "330" with flames.  The digits "330" were selected because it is the area code of Akron, Ohio, Mr. James's hometown. Mr. James already had the outline of these digits inked on his arm.  I inked over the existing tattoo, and added flames and shading in the digits.  Mr. James specifically requested that I add material to the existing digits, and so I added the flames and more shading.

5.      This tattoo was inked in approximately 2006.

6.      I also inked a tattoo on Mr. James that was a scroll with words and doves around it.  Mr. James saw this design in my sketchbook, and requested that I ink it on him.

7.      This tattoo was also inked in approximately 2006.

8.      I understand that Solid Oak has credited me with inking a lion's head tattoo on Mr. James.  I did not ink this tattoo on Mr. James.

9.      At the time that I inked these tattoos on Mr. James, I knew that Mr. James was a professional basketball player with the National Basketball Association.  I also knew that it was likely that Mr. James was going to appear in public, on television, in commercials, or in other forms of media, like video games, at some point in the future, especially if he was successful in his basketball career.

10.     When I inked these tattoos on Mr. James according to his requests, I knew and intended that he would display these tattoos whenever he appeared in public.  I also knew and intended that these tattoos would be displayed if Mr. James appeared in media, such as on television or in commercials.  This was obvious to me as they were tattooed on his arms and I knew that basketball jerseys do not have sleeves.  As discussed above, I also intended that these tattoos become a part of Mr. James's likeness and part of his image.

11.     When I inked these tattoos on Mr. James, we did not discuss any limitations on his use of the tattoos.

## III.    Solid Oak

12.     I initially was approached by Solid Oak in 2012.  Mr. Siegler represented to me that Solid Oak was interested in licensing my tattoo designs for use on clothing.

13.     I did not enter into an agreement with Solid Oak.

14.     I understand that Solid Oak has represented that I signed an agreement with it for this purpose.  I do not recall signing any such document.

15.     I have not received any royalties or other payments from Solid Oak.  In fact, Solid Oak has not contacted me since this litigation commenced.  Solid Oak did not inform me that it would be pursuing any legal claims involving my tattoos.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of MARCH, 2018.

Shawn Rome

# EXHIBIT 5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLID OAK SKETCHES, LLC | CASE NO. 1:15-cv-724-LTS-SDA |
| Plaintiff-<br>Counterdefendant, | ECF Case |
| v. | |
| 2K GAMES, INC. and TAKE-TWO<br>INTERACTIVE SOFTWARE, INC., | |
| Defendants-<br>Counterclaimants. | |

## DECLARATION OF JUSTIN WRIGHT

I, Justin Wright, declare as follows:

## I.    My Background

1.      I am a tattooist currently living in Akron, Ohio, which also is my hometown.

2.      I currently am employed at a tattoo parlor named 252 Tattoo located at 24525 Sprague Road, Columbia Station, Ohio.  Prior to working for 252 Tattoo, I was employed at a tattoo parlor named Tattoo Alley located at 1488 South Main Street, Akron, Ohio.

3.      While employed at Tattoo Alley, I was paid a regular salary, and taxes were withheld from that salary.  Clients paid Tattoo Alley for my services, rather than paying me directly.  I used Tattoo Alley's equipment to ink my tattoos.

## II.    The Tattoo Industry

4.      From my experience as a tattooist for over ten years, most tattoo parlors conduct their business in the same manner as Tattoo Alley, and have the same employment relationship with their tattooists.

5.      Moreover, there are certain practices in inking tattoos on clients that have become "standard" in the tattoo industry.  For example, if a client has a clear vision for what he or she wants for a tattoo, the tattooist's role is to create a tattoo that is as faithful to that design as possible.  This is especially true when the tattoo is a custom design created at the request of the client.

6.      When a client is tattooed, the understanding of both tattooist and client is that the client is free to go about their business with the tattoo being seen or depicted as just another part of their body.  In other words, the client would be free to walk down the street with the tattoo on display, to have the tattoo photographed, or to have it be included when the client is depicted on television or in an advertisement or in a movie or any media.  The tattoo becomes part of their person and literally becomes part of their body.  Because of this, the client does not need

- 1 -

permission from the tattooist to go about their life this way. Clients even have the right after being tattooed to remove the tattoo from their body or have it altered or overwritten over time or touched up if they grow tired of it. Because these principles are well understood, it would not be standard for anyone to feel that they needed to put these principles in writing.

**III.**   **LeBron James's Tattoos**

7.      In 2004, while employed at Tattoo Alley, I inked certain tattoos on LeBron James. When I met Mr. James, he already had other tattoos. It is my understanding that Mr. James has since obtained additional tattoos from other tattooists.

8.      At the time I inked these tattoos, I knew that Mr. James was a famous basketball player. I also knew that he likely was going to appear in public, on television, in commercials, or in other forms of media, like video games, at some point in the future.

9.      One of the tattoos that I inked on Mr. James was a portrait of his son on his left forearm (the "Child Portrait Tattoo"). I based this tattoo on a photograph of Mr. James's son, copying it as closely as possible. Mr. James specifically requested the Child Portrait Tattoo, and I inked the design with his direction and input.

10.     When I inked the Child Portrait Tattoo on Mr. James's forearm according to Mr. James's request, I knew and intended that when he appeared in public, on television, in commercials, or in other forms of media, he would display the Child Portrait Tattoo. I also intended that the tattoo become a part of Mr. James's likeness and part of his image. I knew and intended that if anyone were to create a rendition of Mr. James's likeness, such as in art or video games, that tattoo should be depicted as part of his likeness. If any reproduction or depiction of Mr. James did not include his tattoo, it would not be an accurate depiction of his likeness.

11.     In my opinion, Mr. James was and is free to use his likeness as he desires, including allowing others to depict it, such as in advertisements and video games. In my

experience, those on whom other custom tattoos are inked hold the same rights to permit the display of their tattoos as part of their likenesses.

12.     I have not inked the Child Portrait Tattoo on any other individuals, as it was a custom tattoo designed by and for Mr. James.  I also have not sold any merchandise bearing the Child Portrait Tattoo.

## IV.    Solid Oak

13.     I initially was approached by Solid Oak Sketches, LLC ("Solid Oak") approximately two years after I inked the Child Portrait Tattoo onto Mr. James.  Matthew Siegler represented to me that Solid Oak was interested in licensing my tattoo designs for use on clothing—specifically, t-shirts.  It was my understanding that the agreement we entered into was for the purpose of providing me with a five percent royalty for any clothing that was sold displaying my particular tattoo designs.

14.     I have not received any royalties or other payments from Solid Oak.

15.     During my negotiations with Solid Oak regarding this clothing licensing agreement, Solid Oak represented that it needed to obtain permission from athletes like Mr. James to use tattoos inked on their bodies in any way.  This matched my own understanding of Mr. James's right to use and control his likeness, including his tattoos.  I do not know whether Mr. James granted any type of permission to Solid Oak, but, based on my own personal interactions with Mr. James, I was skeptical that such permission would be granted.

16.     I first heard that Solid Oak was taking legal action using my tattoo from seeing press coverage about this litigation on the Internet.  Solid Oak did not inform me that it would be pursuing any legal claims involving the Child Portrait Tattoo.  When I first heard about this litigation, I was surprised and frustrated because I do not believe that Solid Oak has the right to

prevent Take-Two Interactive Software, Inc. of 2K Games, Inc. from including the Child Portrait

Tattoo in their games as part of Mr. James' likeness.

     17.    Solid Oak has not contacted me since this litigation commenced.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ 7th day of February, 2018.

                                    Justin Wright

# EXHIBIT 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) | Case No. 3:18-cv-966-MJR-DGW |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) | |
| WRESTLING ENTERTAINMENT, INC.; | ) | |
| VISUAL CONCEPTS ENTERTAINMENT; | ) | |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF GARY GLATSTEIN

TAKE-TWO_0001327

I, Gary Glatstein, declare as follows:

1.     I submit this declaration in support of Take-Two Interactive Software, Inc., 2K

Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment (collectively, "Take-Two").

## I.     My Tattoo Designs for Randy Orton

2.     I am a tattooist and live in St. Louis, Missouri, which is also my hometown.

3.     Catherine Alexander, who I understand to be the plaintiff in this case, worked at

my St. Louis tattoo shop Goldenlands Tattoos ("Goldenlands") for several years during the mid-

2000s. I have co-owned and operated Goldenlands since 1988 and have worked with many

tattooists over the years.

4.     I understand that Ms. Alexander is saying that the tattoos inked on the WWE

wrestler Randy Orton were all her work and her original creations. This is not true.

5.     One of my original tattoo designs—a distinctive tribal design—is inked on

Mr. Orton's upper back. Mr. Orton requested this tattoo, and he and I both thought that the point

of the tattoo was to reflect his personal expression. Another St. Louis tattooist, Daniel Daley,

inked the design onto Mr. Orton when Mr. Daley worked at Goldenlands. The following image

depicts my original tribal design as it was inked on Mr. Orton:



6.     I understand that Ms. Alexander is claiming to hold a copyright in changes she

claims to have made using my design, as well as five other tattoos she claims to have inked on

Mr. Orton.

- 1 -

TAKE-TWO_0001328

7.     I have seen an image of the modified upper back tribal tattoo.  In my review, I can see that much of my original tribal tattoo design is still visible and the new material is a copy of my pre-existing design, as depicted in the following images:

**My Original Tribal Tattoo Design on Mr. Orton**



**My Original Tribal Tattoo Design with Ms. Alexander's Alterations**



8.     Ms. Alexander did not seek my permission before using my design for Mr. Orton's modified tattoo.  This is probably because the accepted practice in the tattoo industry is that once a tattoo is inked on a person, the person is free to do what he wants with it, including depicting or modifying the tattoo or authorizing others to do so.  I find Ms. Alexander stance—that she can complain about Mr. Orton's depiction without her permission yet doesn't need permission to use tattoo designs other tattooists inked on clients—inconsistent.

9.     In addition, I understand that Ms. Alexander claims to hold copyrights in several of Mr. Orton's other tattoos, including tattoos of other tribal designs, a rose, skulls, a Bible verse, and a dove.  Based on my experience in the tattoo business, these types of designs are very common in tattoos.

2

TAKE-TWO_0001329

## II.     The Tattoo Industry and Clients' Ability to Display Their Tattoos

10.     From my experience as a tattooist and tattoo shop owner for over thirty years, there are certain practices in inking tattoos on clients that have become standard in the tattoo industry.  For example, at my shop Goldenlands, the practice is that the client comes in, pays for a tattoo, and leaves when the tattoo is finished.  Once that transaction ends, the client can go about his life with no strings attached.  This was the practice when Ms. Alexander worked at Goldenlands, and this is the general industry practice, as well.

11.     In other words, both at Goldenlands and across the tattoo industry, when a client is tattooed, the understanding of both tattooist and client is that the client can go about his business with the tattoo being seen or depicted as just another part of his body.  The client is free to walk down the street with the tattoo on display, to have the tattoo photographed, or to permit it to be included when the client is depicted on television, in an advertisement, or in other media.  The tattoo becomes part of his person and literally becomes part of his body.  Because of this, the client has the tattooist's permission to permit his depiction in these ways.

12.     In my years in the business and as the owner of Goldenlands, I have never heard of a tattooist ever claiming that a client needs the tattooist's permission to be depicted in the media or elsewhere showing his tattoos.  Nor have I ever heard of a tattooist claiming to deserve a profit every time the client is depicted with his tattoos.  Tattoos are very personal, and making the client get the tattooist's permission or pay the tattooist each time the client is depicted would cut against the whole idea of tattoos.

13.     Because this is accepted practice in the tattoo industry, and was certainly the practice at Goldenlands when Ms. Alexander tattooed Mr. Orton, I do not believe Ms. Alexander has the right to profit from Mr. Orton being depicted bearing his tattoos.

3

TAKE-TWO_0001330

14.     Because these principles are well understood, it would not be standard for anyone to put them in writing or to go back and find the tattooist to get additional permission.

15.     Given these industry norms, I do not believe that Mr. Orton has to get Ms. Alexander's permission to allow his tattoos to be depicted on his body in a video game, or that Ms. Alexander should receive money each time Mr. Orton is depicted with his tattoos. Ms. Alexander's lawsuit is very surprising.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 27 day of November 2018.          _Gary Gladstein_
                                                Gary Gladstein


4