



Consumer

Argentina l Austria l  Belgium
Chile l China l Czech Republic
Greece l Hong Kong l Hungary
Indonesia l  Ireland l Japan
Malaysia l  New Zealand
Poland l Portugal l Singapore
South Korea l Taiwan
Thailand l Turkey



Healthcare
Professionals,
Patients
& Consumer
Ailments

Canada
France
Germany
Italy
Spain
United Kingdom
United States



## Data Collection

Data quality is at the forefront of Research Now's role as the leading provider of digital data. Our recruitment methodologies ensure our panels are comprised of real people who are giving considered, accurate responses.

### We Know Who Our Panelists Are and We Keep Them Safe

Research Now tracks and stores all panel member activity and assigns a unique ID number which stays with the panelist throughout their entire panel membership. These tracking records consist of profile information provided during enrollment, profile updates, survey screeners, past survey participation, and client feedback. In addition to this, our member privacy policies ensure respondents' identities are protected when supplying data to our clients.

## Data Cleaning & Analysis

Research Now monitors the quality of our data through various quality checks, as part of the Total Research Quality system, to save you time and give you confidence in data accuracy. These quality checks include participation limits, screening questions, digital fingerprinting, random and illogical responding, capturing and removing flatliners and speeders, and more.

We also regularly measure panelist satisfaction on elements such as frequency of invitations, value and diversity of incentives and redemption choices, their willingness to complete various lengths of surveys, and our level of responsiveness to any questions or concerns they share with our Member Services team.

# Selected Panel Attributes

Research Now maintains over 1,100 attributes collected across our B2B and B2C panels.

## Business



**Basic Attributes**
- Business Type
- Industry Segment
- Annual Revenue
- Number of Employees at All Locations
- Number of Employees at Local Location



**Business Professional**
- Title
- Occupation
- Functional Role
- Purchase Decision Makers
- Primary Role
- Human Resources Role



**Expanded Business Variables by Industry**
- Business Services
- Computer Hardware
- Computer Software
- Consulting
- Consumer Products
- Consumer Services
- Entertainment / Sports
- Energy & Utilities / Oil & Gas
- Food / Beverages / Restaurant
- Media / Publishing
- Non-Profit
- Retail
- Telecommunications
- Equipment
- Travel / Hospitality / Leisure



**Legal Services**
- Legal Occupation
- Legal Role



**Real Estate**
- Type of Business
- Primary Real Estate Role



**Banking / Financial Services / Insurance**
- Type of Business
- Primary Role



**Transport & Logistics**
- Type of Business
- Professional Driver Work Type



**Education**
- Educator Role
- Educator – Education Level Type
- Educator – Educational Institute



**Government / Military**
- Law Enforcement / Emergency Service Types
- Military Branch of Part-Time Service
- Military Branch Service Served
- National Guard Service Branch
- Military Service Status
- Government Level of Employment



**Business Owner**
- Type of Business Owned / Operated
- Type of Personal Service



**Healthcare**
- Healthcare / Medical Professionals
- Nursing
- Physician Primary Specialty



**ITDM / IT Roles**
- Type of IT Professional
- Developer Roles
- Primary IT Functions/Responsibility
- Roles in Various IT Areas Including:
  - PCs, Tablets, or Client Devices
  - Mobile Technology/Applications
  - Servers
  - Data Center
  - Cloud Computing
  - Network/Data Technology
  - Voice Technology
  - Business Applications & Process
  - Software
  - Business Intelligence, Big Data,
  - Analytics
  - Virtualization Software
  - Unified Communications



## Consumer



**Basic Demographics**
- Gender
- Age
- Marital Status
- Language
- Number in Household
- Children
- Education
- Household Income
- Employment Status
- Own or Rent
- Region
- Sexual Orientation
- Religious Affiliation
- Ethnicity or Race
- Hispanic Origin
- Registered Voter
- Political Party Affiliation
- Voter History



**Automotive**
- Vehicles in Household
- Type of Automobile
- Primary Make, Model, Year
- Secondary Make, Model, Year
- DIY Maintenance
- Intent to Buy



**Home Features / Improvements**
- Home Improvement/ Upkeep / Repair
- Role in Decision Making
- Lawn Equipment Used



**Utilities**
- Service Provider
- Role in Decision



**Travel for Leisure**
- Travel Websites Used
- Car Rentals
- Airlines
- Hotels



**Interests / Hobbies**
- General
- Health / Fitness / Wellness
- Hobbies / Leisure
- Outdoor Activities
- Sports Activities



## Electronics / Gadgets
- Electronic Devices Owned (32 types)
- Desktop & Notebook Computer (19 brands)
- Printer (14 brands)
- Tablet or e-Reader (49 brands)
- Online Activities
- Internet (30 Providers)
- Video Game Accessories
- Video Game System (13 brands)



## Mobile Phone
- Mobile Phone Use
- Type of Mobile Phone
- Mobile Only Phone User
- Operating Systems
- Network Providers (16 providers)
- Average Monthly Billing
- Contract Type
- Plan Type
- Role in Decision
- Phone Brand (22 brands)



## Tobacco Products
- Products Used
- Cigarettes by Brand (37 brands)
- Smoking Habits & History
- Smoking Cessation or Alternatives Used



## Department Stores
- Shopping Frequency
- Items Purchased



## Dining Out
- Frequency
- Amount Spent Per Person
- Type of Restaurant
- Considerations



## Insurance
- Auto Insurance Provider (152 providers)
- Home Insurance Provider (152 providers)
- Health Insurance Provider (66 providers)
- Health Insurance Coverage



## Consumer Banking
- Interest
- Financial Advice (11 services)
- Online Trading Accounts
- Financial Advisor
- Investment Account Types (13 types)
- Investment Account Firm
- Primary Brokerage Firm
- Type of Checking Account
- Primary Mutual Fund Firm (61 firms)
- Retirement Firm (26 firms)
- Total Investable Assets
- Type of Investment
- Financial Products
- Credit Cards
- Financial Institutions (134 banks)



## Groceries
- Primary Shopper
- Stores Shopped (56 stores)
- Amount Spent Per Week



## Beer, Wine, Liquor
- Beverage Consumption
- Beer Consumption
- Domestic / Import / Craft Beer Brands (76 brands)
- Wine Purchases
- Liquor Type & Brands



## Entertainment
- Television
- Books
- Movies
- Music
- Magazine Readership (40 genres, 270 titles)
- Radio Stations (39 markets)



## General Household
- Pets or Animals
- Recreational Vehicles

## Ailments and Health Conditions
- Allergy / Asthma / Respiratory
- Arthritis / Joint Ailments
- Autoimmune / Blood
- Cancer
- Cardiovascular / Heart
- Diabetes / Thyroid / Obesity
- Gastric / Digestive / Urinary
- Male / Female Health
- Mental Health
- Neurologic / Nervous
- Pain
- Skin / Dermatologic
- Sleep Disorders
- Vision / Hearing Impairments



**Panel Demographics for Americas Selected Countries**

# Canada



**Gender:**

Female 56%
Male 44%

**Education:**

- 18% Some Secondary Education
- 22% Secondary Education
- 1% University Degree
- 17% Postgraduate Degree
- 12% Some College or Further Education
- 27% Vocational or Technical Degree
- 3% Doctoral or Professional Degree



**Income:**

| < $15K | $15K-$25K | $25K-$49K | $50K-$74K | $75K-$99K | $100K-$149K | $150K-$199K | >$200K |
|--------|-----------|-----------|-----------|-----------|-------------|-------------|--------|
| 16% | 12% | 20% | 17% | 13% | 12% | 5% | 5% |



**Age:**

- 55-64: 10%
- 65+: 6%
- 18-24: 29%
- 25-34: 27%
- 35-44: 16%
- 45-54: 12%

# United States



**Gender:**

Female 62%
Male 38%

**Education:**

- 10% Some Secondary Education
- 16% Secondary Education
- 5% University Degree
- 25% Postgraduate Degree
- 14% Some College or Further Education
- 26% Vocational or Technical Degree
- 2% Doctoral or Professional Degree
- 2%



**Income:**

| < $25K | $25K-$49K | $50K-$74K | $75K-$99K | $100K-$149K | $150K-$199K | >$200K |
|--------|-----------|-----------|-----------|-------------|-------------|--------|
| 29% | 21% | 17% | 12% | 12% | 4% | 5% |



**Age:**

- 45-54: 14%
- 55-64: 11%
- 65+: 7%
- 13-24: 23%
- 25-34: 27%
- 35-44: 18%



# Panel Demographics for Europe Selected Countries

# Austria



### Gender:

Female 57%
Male 43%

### Education:

Some Secondary Education 2%
Secondary Education 32%
University Degree 8%
Postgraduate Degree 5%
Some College or Further Education 9%
Vocational or Technical Degree 43%
Doctoral or Professional Degree 1%



### Income:

< €20K 29%
€20K-€39K 34%
€40K-€59K 17%
€60K-€79K 9%
€80K-€119K 5%
€120K-€199K 4%
>€200K 1%

### Age:



45-54 13%
55-64 7%
65+ 3%
13-17 5%
18-24 28%
25-34 28%
35-44 17%

# Belgium

### Gender:

Female 61%
Male 39%

### Education:

Some Secondary Education 17%
Secondary Education 37%
University Degree 16%
Postgraduate Degree 6%
Some College or Further Education 13%
Vocational or Technical Degree 10%
Doctoral or Professional Degree 1%



### Income:

< €20K 32%
€20K-€39K 38%
€40K-€59K 16%
€60K-€79K 7%
€80K-€119K 4%
€120K-€199K 2%
>€200K 1%

### Age:



45-54 18%
55-64 13%
65+ 7%
13-17 2%
18-24 18%
25-34 22%
35-44 20%

# Czech Republic



**Gender:**
- Female 68%
- Male 32%

**Education:**
- Some Secondary Education 13%
- Secondary Education 62%
- University Degree 15%
- Postgraduate Degree 0%
- Some College or Further Education 4%
- Vocational or Technical Degree 4%
- Doctoral or Professional Degree 1%



**Income:**
- < 120K Kč: 20%
- 120K Kč–239K Kč: 21%
- 240K Kč–359K Kč: 20%
- 360K Kč–599K Kč: 25%
- 600K Kč–839K Kč: 9%
- 840K Kč–1.79M Kč: 3%
- >1.80M Kč: 2%

**Age:**
- 45-54: 15%
- 55-64: 9%
- 65+: 4%
- 13-17: 3%
- 18-24: 21%
- 25-34: 26%
- 35-44: 22%

# Denmark



**Gender:**
- Female 56%
- Male 44%

**Education:**
- Some Secondary Education 21%
- Secondary Education 35%
- University Degree 10%
- Postgraduate Degree 13%
- Some College or Further Education 8%
- Vocational or Technical Degree 12%
- Doctoral or Professional Degree 1%

**Income:**



- < 110K kr: 17%
- 110K kr–219K kr: 20%
- 220K kr–329K kr: 17%
- 330K kr–549K kr: 23%
- 550K kr–769K kr: 13%
- 770K kr–989K kr: 6%
- >990K kr: 4%

**Age:**



- 45-54: 14%
- 55-64: 12%
- 65+: 8%
- 13-17: 5%
- 18-24: 31%
- 25-34: 18%
- 35-44: 13%

## Finland

### Gender:

### Education:

### Income:

### Age:

## France

### Gender:

### Education:

### Income:

### Age:



# Germany



## Gender:
Female **49%**   Male **51%**

## Education:
- Some Secondary Education **7%**
- Secondary Education **36%**
- University Degree **14%**
- Postgraduate Degree **3%**
- Some College or Further Education **8%**
- Vocational or Technical Degree **29%**
- Doctoral or Professional Degree **3%**

## Income:


| < €20K | €20K-€39K | €40K-€59K | €60K-€79K | €80K-€119K | €120K-€159K | >€160K |
|---|---|---|---|---|---|---|
| 32% | 30% | 15% | 8% | 5% | 3% | 7% |

## Age:


- 35-44 **16%**
- 45-54 **12%**
- 55-64 **6%**
- 65+ **3%**
- 13-17 **4%**
- 18-24 **29%**
- 25-34 **30%**

# Ireland

## Gender:
Female **68%**   Male **32%**

## Education:
- Some Secondary Education **12%**
- Secondary Education **32%**
- University Degree **24%**
- Postgraduate Degree **15%**
- Some College or Further Education **2%**
- Vocational or Technical Degree **15%**

## Income:


| < €20K | €20K-€39K | €40K-€59K | €60K-€79K | €80K-€99K | €100K-€149K | >€150K |
|---|---|---|---|---|---|---|
| 40% | 40% | 9% | 6% | 3% | 2% | 1% |

## Age:


- 45-54 **15%**
- 55-64 **8%**
- 65+ **2%**
- 15-17 **2%**
- 18-24 **22%**
- 25-34 **27%**
- 35-44 **24%**



## Gender:

Female 48%
Male 52%

## Education:

Some Secondary Education 13%
Secondary Education 48%
University Degree 13%
Postgraduate Degree 14%
Some College or Further Education 3%
Vocational or Technical Degree 6%
Doctoral or Professional Degree 3%





## Income:

| < €20K | €20K–€39K | €40K–€59K | €60K–€79K | €80K–€99K | >€100K |
|--------|-----------|-----------|-----------|-----------|--------|
| 39% | 35% | 12% | 5% | 3% | 6% |

## Age:

45-54 14%
55-64 6%
65+ 2%
18-24 25%
25-34 29%
35-44 24%



## Gender:

Female 43%
Male 57%

## Education:

Some Secondary Education 14%
Secondary Education 17%
University Degree 12%
Postgraduate Degree 3%
Some College or Further Education 16%
Vocational or Technical Degree 35%
Doctoral or Professional Degree 3%





## Income:

| < 20K ƒ | 20K ƒ–39K ƒ | 40K ƒ–59K ƒ | 60K ƒ–79K ƒ | 80K ƒ–99K ƒ | 100K ƒ–299K ƒ | >300K ƒ |
|---------|-------------|-------------|-------------|-------------|---------------|---------|
| 28% | 34% | 18% | 10% | 5% | 5% | 1% |

## Age:

55-64 11%
45-54 13%
65+ 8%
13-17 5%
35-44 13%
18-24 29%
25-34 22%

# Norway

**Gender:**

57% Female

43% Male

**Education:**

27% Some Secondary Education

32% Secondary Education

17% University Degree

0% Postgraduate Degree

12% Some College or Further Education

11% Vocational or Technical Degree

1% Doctoral or Professional Degree

**Income:**

kr

| 21% < 100K kr | 11% 100K kr- 199K kr | 14% 200K kr- 299K kr | 24% 300K kr- 499K kr | 13% 500K kr- 699K kr | 8% 700K kr- 899K kr | 8% >900K kr |

**Age:**

45-54 9%
55-64 5%
65+ 4%
13-17 8%
18-24 39%
25-34 21%
35-44 14%



# Poland

**Gender:**

61% Female

39% Male

**Education:**

9% Some Secondary Education

31% Secondary Education

16% University Degree

16% Postgraduate Degree

7% Some College or Further Education

20% Vocational or Technical Degree

1% Doctoral or Professional Degree

**Income:**

zł

| 12% <20K zł | 14% 20K zł- 39K zł | 14% 40K zł- 59K zł | 24% 60K zł- 99K zł | 17% 100K zł- 139Kzł | 11% 140K zł- 179K zł | 9% >180K zł |

**Age:**

45-54 11%
55-64 7%
65+ 3%
18-24 22%
25-34 34%
35-44 22%





## Spain

### Gender:

### Education:

### Income:

### Age:

## Sweden

### Gender:

### Education:

### Income:

### Age:







# Switzerland



## Gender:

**55%** Female    **45%** Male

## Education:

- 9% Some Secondary Education
- 21% Secondary Education
- 9% University Degree
- 7% Postgraduate Degree
- 9% Some College or Further Education
- 43% Vocational or Technical Degree
- 2% Doctoral or Professional Degree

## Income:



CHF

| < CHF20K | CHF20K–CHF39K | CHF40K–CHF59K | CHF60K–CHF99K | CHF100K–CHF139K | CHF140K–CHF179K | >CHF180K |
|---|---|---|---|---|---|---|
| 15% | 14% | 18% | 31% | 14% | 5% | 3% |

## Age:



- 55-64: 9%
- 65+: 6%
- 13-17: 3%
- 18-24: 25%
- 25-34: 23%
- 35-44: 18%
- 45-54: 16%

# United Kingdom

## Gender:

**58%** Female    **42%** Male

## Education:

- 9% Some Secondary Education
- 36% Secondary Education
- 23% University Degree
- 11% Postgraduate Degree
- 11% Some College or Further Education
- 8% Vocational or Technical Degree
- 2% Doctoral or Professional Degree

## Income:



£

| < £10K | £10K–£19K | £20K–£29K | £30K–£39K | £40K–£59K | £60K–£89K | >£90K |
|---|---|---|---|---|---|---|
| 16% | 19% | 17% | 13% | 17% | 10% | 7% |

## Age:



- 45-54: 14%
- 55-64: 10%
- 65+: 6%
- 13-17: 2%
- 18-24: 25%
- 25-34: 26%
- 35-44: 17%



**Panel Demographics for Asia Pacific Selected Countries**

## Australia

### Gender:

### Education:

### Income:

### Age:

## China

### Gender:

### Education:

### Income:

### Age:



## Hong Kong

### Gender:

### Education:

### Income:

### Age:

## India

### Gender:

### Education:

### Income:

### Age:





# Japan

**Gender:**
Female 43%
Male 57%

**Education:**
Some Secondary Education 4%
Secondary Education 22%
University Degree 37%
Postgraduate Degree 4%
Some College or Further Education 18%
Vocational or Technical Degree 13%
Doctoral or Professional Degree 1%

**Income:**
< ¥3M 18%
¥3M-¥4M 11%
¥4M-¥5M 14%
¥5M-¥6M 13%
¥6M-¥9M 26%
¥9K-¥12M 11%
>¥112M 8%

**Age:**
55-64 10%
65+ 6%
45-54 19%
15-17 2%
18-24 12%
35-44 24%
25-34 26%

# New Zealand

**Gender:**
Female 65%
Male 35%

**Education:**
Some Secondary Education 28%
Secondary Education 13%
University Degree 32%
Postgraduate Degree 12%
Some College or Further Education 8%
Vocational or Technical Degree 6%
Doctoral or Professional Degree 1%

**Income:**
< $21K 16%
$21K-$40K 20%
$41K-$60K 19%
$61K-$80K 15%
$81K-$90K 12%
>$100K 18%

**Age:**
55-64 12%
65+ 10%
45-54 19%
15-17 4%
18-24 16%
35-44 18%
25-34 21%

# Singapore

## Gender:



**42%** Female

**58%** Male

## Education:



**5%** Some Secondary Education

**19%** Secondary Education

**33%** University Degree



**9%** Postgraduate Degree

**13%** Some College or Further Education

**21%** Vocational or Technical Degree

**1%** Doctoral or Professional Degree

## Income:



| < S$25K | S$26K-S$34K | S$35K-S$54K | S$55K-S$74K | S$75K-S$99K | S$100K-S$149K | >S$150K |
|---------|-------------|-------------|-------------|-------------|---------------|---------|
| 29% | 14% | 16% | 12% | 11% | 10% | 8% |

## Age:



- 45-54: 12%
- 55-64: 5%
- 65+: 2%
- 15-17: 2%
- 18-24: 22%
- 25-34: 33%
- 35-44: 24%

# South Korea

## Gender:



**45%** Female

**55%** Male

## Education:



**2%** Some Secondary Education

**31%** Secondary Education

**43%** University Degree



**5%** Postgraduate Degree

**14%** Some College or Further Education

**3%** Vocational or Technical Degree

**2%** Doctoral or Professional Degree

## Income:



| < ₩20M | ₩20M-₩29M | ₩30M-₩39M | ₩40M-₩49M | ₩50M-₩69M | ₩70M-₩99M | >₩100M |
|--------|-----------|-----------|-----------|-----------|-----------|--------|
| 24% | 16% | 15% | 12% | 17% | 11% | 5% |

## Age:



- 45-54: 8%
- 55-64: 2%
- 65+: 1%
- 13-17: 1%
- 18-24: 40%
- 25-34: 32%
- 35-44: 16%

**Dallas**
United States

+1 214 365 5000

info@researchnow.com



Better Decisions. Better Results.

ResearchNow.com

| **London** | **Sydney** | **Athens** | **Auckland** | **Hamburg** |
|---|---|---|---|---|
| United Kingdom | Australia | Greece | New Zealand | Germany |
| +44 (0) 20 7084 3000 | +61 2 9273 7800 | +30 211 180 8200 | +64 (9) 486 5740 | +49 40 3980676-0 |
| infoUK@researchnow.com | infoAU@researchnow.com | info@researchnow.com | infoNZ@researchnow.com | infoDE@researchnow.com |

| **Houten** | **Los Angeles** | **Melbourne** | **Milan** | **Munich** |
|---|---|---|---|---|
| Netherlands | United States | Australia | Italy | Germany |
| +31 30 877 42 01 | +1 323 993 4400 | +61 3 9626 4700 | +39 02 9157 5607 | +49(0)811 9987768-0 |
| infoNL@researchnow.com | info@researchnow.com | infoAU@researchnow.com | infoIT@researchnow.com | infoDE@researchnow.com |

| **New Delhi** | **New York** | **Paris** | **San Francisco** | **Singapore** |
|---|---|---|---|---|
| India | United States | France | United States | |
| +91 124 480 7840 | +1 212 805 2800 | +33 (0)1 42 97 55 64 | +1 415-948-2266 | +65 6513 9366 |
| infoIN@researchnow.com | info@researchnow.com | infoFR@researchnow.com | info@researchnow.com | infoSG@researchnow.com |

| **Tokyo** | **Toronto** |
|---|---|
| Japan | Canada |
| +81 3 4580 2767 | +1 800 599 7938 |
| infoJP@researchnow.com | infoCA@researchnow.com |

© 2017 Research Now Group, Inc. All rights reserved.

Talk to a salesperson: (214) 365-3460   or   1-800-669-SMYG

Client Login

research now ◆▶ SSI

Solutions and Services ⌄    Industries We Serve ⌄    Why Us?    Our Work    About ⌄    Careers    Blog

⌂  ›  ESOMAR 28

# ESOMAR 28

## Panel Quality: Our Values–Answers to ESOMAR's 28 Questions

**Introduction**

Research Now SSI is a proud member of the ESOMAR community and is pleased to provide our responses to the ESOMAR 28 Questions. The primary aim of these 28 Questions is to increase transparency and raise awareness of key issues when considering online sampling. A related aim is to ensure that what clients receive meets their expectations.

**Company Profile**

**01** What experience does your company have in providing online samples for market research?

With almost 60 years of combined leadership experience and innovation, the Research Now SSI corporate family ("RN SSI") is uniquely positioned to deliver world class market research sample and data services. RN SSI was the first to make random sample available to researchers and were the inventors of online and B2B panels with the advent of online research. RN SSI is the only provider to offer sample across the full range of modes and can therefore recommend the best methodology for each research project. We are an independent single-source for permission-based data collection across the globe. We manage thousands of projects each month for which we provide sample, survey programming, data processing and other field services. These are executed by industry-leading programming and project management teams. We are experienced, research-literate, multi-lingual data collection specialists, servicing clients from across 41 offices worldwide. RN SSI uses proprietary technology to deliver consistent data, products and services no matter how complex the project or where in the world clients choose to do business with us. Research Now SSI adheres to the highest standards of sampling science across every aspect of every project and sponsors extensive "research on research" revealing critical insights into better sampling and survey design. We are active contributors to 24 market research associations around the world.

**02** Please describe and explain the type(s) of online sample sources from which you get respondents. Are these databases? Actively managed research panels? Direct marketing lists? Social networks? Web intercept (also known as river) samples?

Research Now SSI has a variety of sample sources such as panel, web intercept sample, and specialty lists available to meet our clients' unique project requirements. All panels are actively managed, online access panels built from two decades of experience. All our panels are localized – not just translated – with native language panel support and country-specific reward choices. We run "open enrollment" and "by-invitation-only" * recruitment campaigns, via direct email and through online marketing channels, utilizing hundreds of diverse, online affiliate partners and targeted websites. "By-Invitation-Only" is a proprietary method of exclusively inviting pre-validated individuals, or individuals who share known characteristics, to enroll into our market research panels. We achieve "By-Invitation-Only" by partnering with a diverse set of globally recognized consumer and business-facing brands.

**Sample sources and recruitment**

**03** If you provide more than one type of sample source: How are the different sample sources blended together to ensure validity? How can this be replicated over time to provide reliability? How do you deal with the possibility of duplication of respondents across sources?

Research Now SSI works to optimally blend our proprietary sample sources by conducting comparability tests and modeling the blend that will achieve the closest match to census and social benchmarks. To ensure reliability over time, we control the blend of multiple sample sources based upon our client's research requirements. We ensure full transparency with our clients regarding sample sources used, including times when an external panel partner may be required. To prevent duplication, we use third-party digital fingerprint technology.

**04** Are your sample source(s) used solely for market research? If not, what other purposes are they used for?

No marketing action is directed at any panelists by Research Now SSI as a result of their participation in research activities.

**05** How do you source groups that may be hard to reach on the internet?

We design recruitment campaigns, applying detailed knowledge of the specifics of panelists, and applying tailored campaigns. To guarantee detailed knowledge of the specifics of panelists, we employ hundreds of profiling attributes on our panels. Due to the size of our panels, low incidence groups are accessible. To facilitate this process, we deeply target our panels and deploy pre-screeners to collect information for niche sample targets such as finance, IT decision-makers and health ailments. Research Now SSI recognizes that online may not be the only solution to reach rare groups and can assist clients in understanding the tradeoffs of different data collection modes and recommend the best methodology to achieve the research goal.

**06** If, on a particular project, you need to supplement your samples with samples from other providers, how do you select those partners? Is it your policy to notify a client in advance when using a third-party provider?

If we need to supplement sample and we need another provider an external, non-API, panel partner be required, we operate a policy of complete transparency with our clients. We only use trusted panel partners and maintain a preferred supplier list. We always communicate to our clients in the event of using a non-proprietary source. Our dedicated panel partner team has built, and maintains, an extensive global database of quality panel suppliers. Before employing third-party sample, external providers must comply with a pre-identified set of questions and provide credentials. For example, we would ask them whether they have specialty panels, which countries they can cover, what targets their panels include, whether they have a set minimum incidence or a maximum length of interview, etc.

**07** What steps do you take to achieve a representative sample of the target population?

Sample selection is based on the sample needs and client requirements for each individual survey, driven by a study's research objectives. Where possible, pre-targeted sample is used to minimize screen-outs and provide a better quality panelist experience. Customized sampling, e.g. nationally representative, is also available. Research Now SSI can balance sample on outbound invitations, surveys starts or completed interviews. We do this using a wide range of targeting criteria, from simple demographics to more complex behavioral and attitudinal targeting.

**Sampling and project management**

**08** Do you employ a survey router?

Yes, Research Now SSI uses routing technology. Research Now SSI's next generation technology has been carefully designed to improve both the research participant experience and feasibility while maintaining sampling quality. The amount of sample sourced through our routing technology can be customized per project to meet our clients' unique research requirements.

**09** If you use a router: Please describe the allocation process within your router. How do you decide which surveys might be considered for a respondent? On what priority basis are respondents allocated to surveys?

Research Now SSI's routing technology uses weighted randomization to assign surveys to participants. Upon entry into the system, panelists are checked to ensure they have not exceeded survey participation limits. A list of potential survey matches is determined for each panelist based upon the information we know about them. Panelists may be asked additional screening questions within the system to ensure they meet the project criteria. Priority may be given to surveys that are behind schedule; however, this is kept to a minimum as survey randomization must remain in place as a key element for preventing bias.

**10** If you use a router: What measures do you take to guard against, or mitigate, any bias arising from employing a router? How do you measure and report any bias?

From the outset, Research Now SSI's routing technology was designed to ensure high–quality sampling and minimize bias. In the development of our technology, we believed an element of randomization was essential to minimize the risk of assignment bias. Research Now SSI has tested its technology settings using multiple data points to ensure that bias is limited. Research Now SSI has also partnered with external consultants to review and validate its routing technology design. Finally, we review reports of system statistics and conversion rates to ensure consistency.

**11** If you use a router: Who in your company sets the parameters of the router? Is it a dedicated team or individual project managers?

No single person at Research Now SSI is authorized to unilaterally change technology settings. Our Research Science team is responsible for routing practices, configuration and settings. This team establishes, tests, and measures all aspects of system performance, including sampling rules, router settings, data quality, and panelist participation limits and guidelines, and works together to propose and approve any needed changes. Research Science leaders head a global team of sampling and research experts who assist with thought leadership and research on research best practices and methodologies.

**12** What profiling data is held on respondents? How is it done? How does this differ across sample sources? How is it kept up-to-date? If no relevant profiling data is held, how are low incidence projects dealt with?

The collection and updating of information about our panelists is managed and controlled through various approaches. Basic demographic information (e.g. age, gender, region, household demographic) is collected at registration. A verification message and short survey are immediately sent to collect further information. Panelists also have the option to enter information about themselves via their member page at any point. Specific screener surveys are run when Research Now SSI is building a particular sub-group (e.g. automotive, mobile phone habits, financial services) or for a particular project. If the data collected as part of this process is reusable it becomes part of the member profile. Profiling data is consistently updated through Dynamic Profile Enrichment™ solution. Panelists are periodically re-asked profile questions both to qualify them for surveys and to refresh data as appropriate. For screening and targeting needs that are not part of our global profile library, questions are asked as part of the survey flow either through in-router refinement or as part of the programmed survey.