**13** Please describe your process of introducing individual surveys? What information about the project itself is given in the process? Apart from direct invitations to specific surveys (or to a router), what other means of invitation to surveys are respondents exposed to? You should note that not all invitations to participate take the form of emails.

Research Now SSI uses invitations of all types including e-mail invitations, phone alerts, banners and messaging on panel community sites to include people with a diversity of motivations to take part in research. At the time of enrollment, new panelists are asked to join an online market research panel. At this point it is made clear that it is not part of a sales process. Our survey invitations provide only basic links and information that is non-leading. Panelists are rewarded for taking part in surveys according to a structured incentive scheme, with the incentive amount offered for a survey determined by the length and content of the survey, the type of data being collected, the nature of the task and the sample characteristics. Panelists are supported by a dedicated team and have the option to unsubscribe at any time. Our panel management is compliant with market research industry standards, data protection and privacy laws.

**14** Please describe the (various) incentives that respondents are offered for taking part in your surveys. How does this differ by sample source, by interview length, by respondent characteristics?

Research Now SSI uses an incentive scale which is based on set time increments and panelist characteristics. For example, a medical practitioner would generally be paid a significantly higher incentive per completed survey than the average consumer. The incentives to be awarded for these "specialist" opinions are discussed with the client so that they are attractive enough for time-poor/money-rich individuals to want to participate. All incentives are awarded only once the survey has been completed. The incentive options allow panelists to redeem from a large range of gift cards, points programs, charitable contributions, and partner products or services.

**15** What information about a project do you need in order to give an accurate estimate of feasibility using your own resources?

We will need to know:

1. Who you wish to speak to;
2. What you will ask of them;
3. What other types of data you will be collecting (for example, cookies, behavioral data etc.)
4. How much time is available to gather the data.

The first item incorporates geography, demographics, incidence, quotas and the number of interviews required; the second covers the length of the survey, any special tasks required, the questionnaire design and completion difficulty for the participant; the third defines the data gathered, and the fourth the fielding period.

**16** Do you measure respondent satisfaction? Is this made available to clients?

Yes, we conduct member satisfaction surveys and project feedback studies. We regularly measure panelist satisfaction on elements such as frequency of invitations, value and diversity of incentives and redemption choices, their willingness to complete various lengths of surveys, and our level of responsiveness to any questions or concerns they share with our Member Services team. Additionally, at the end of completed surveys, we gather feedback from participants on their experience. This data is available to clients in aggregate as a benchmark and for each of the surveys they run. Research Now SSI's Engagement Team is dedicated to providing a positive participant experience. The team responds quickly to participant inquiries and takes immediate action to resolve any issues or dissatisfaction.

**17** What information do you provide to debrief your client after the project has finished?

For projects where Research Now SSI provides programming and hosting services, we capture all participation history, the date of entry and panel recruitment source for each member. Provided it does not involve the disclosure of personally identifiable information, we can provide this to clients as a report upon request. For projects where Research Now SSI hosts the survey, it is also possible to see a full survey activity report for each project. The key statistics from such a report include:

- Fieldwork dates
- Total number of survey invitations sent
- Number of surveys started
- Number of screen-outs/quota-fulls and survey drop-outs
- Number of completes

Additionally, we collect our panelists' feedback about their survey experience to measure their satisfaction. We can provide this data on demand. It can be helpful to spot strong points and weaknesses in the research design itself.

**Data quality and validation**

**18** Who is responsible for data quality checks?If it is you, do you have in place procedures to reduce or eliminate undesired within survey behaviors, such as (a) random responding, (b) illogical or inconsistent responding, (c) overuse of item non-response (e.g. "Don't Know"), or (d) speeding (too rapid survey completion).

Please describe these procedures.

Research Now SSI believes that data quality is a shared responsibility, and that a well-designed survey is the best way to reduce data quality issues and reduce the chance of error from removing too much data. Research Now SSI can help clients and provide feedback based on our rich experience and industry best practices. Data quality is at the forefront of Research Now SSI's role as a provider of digital data, so for surveys where Research Now SSI provides the hosting and programming, we will run a series of quality checks on the data collected. We monitor the quality of our data via the use of:

a. Random responding: Review of the data to ensure that answers are logical; we also have additional logic checks that can be built into the script to ensure participants cannot continue if they try to submit an illogical answer.

b. Illogical or inconsistent responding: This is monitored and detected by use of logic checks that can be programmed into the script. To ensure that these are fully activated, the project manager completes the survey and attempts to bypass the logic. The project team will also re-check the link to ensure that the programmed logic is operating correctly, prior to the survey going live.

c. Overuse of item non-response (e.g. 'Don't Know'): Research Now SSI refers to these participants as flat-liners, who can be identified and removed from the final data during our quality checks.

Responses where the completion time is less than 30% of the median length of the survey are identified across the entire sample. The project manager checks the route that the participant followed to ensure they have not bypassed a significant section of the survey, and completes a sense check of any verbatim. Based on these checks, fast responders are classified as speeders and are removed from the final data. We work closely with our clients to reduce occurrences of survey offending and monitor offenders, employing different techniques to address the behavior of participants who regularly provide poor quality data.

**19** How often can any individual be contacted to take part in a survey whether they respond to the contact or not? How does this vary across your sample sources?

Each panelist is assigned an individual ID, so we can record their entire survey participation history. This means we can carefully select panel members for each survey to ensure that they are not only relevant, but also are not being over-contacted. We therefore have limits on how many survey invitations panelists are sent. These limits vary depending on country and sample source. Upon request, we can exclude re-invites to participants who have participated in either a survey of the same topic or for the same client. The timeframe on these limits can be stipulated by the client.

**20** How often can any individual take part in a survey? How does this vary across your sample sources? How do you manage this within categories and/or time periods?

Participation limits vary across Research Now SSI's sources. Some restrictions are hard limits, others soft guidelines. Diversity of participation level increases the diversity of the sample and improves its ability to reflect the target population. Restricting participation must be weighed against the risk of excluding certain people from a survey solely based on their previous participation.

**21** Do you maintain individual level data, such as recent participation history, date of entry, source, etc., on your survey respondents?Are you able to supply your client with a project analysis of such individual level data?

We hold the complete survey participation history of every participant on our panel. Each panelist is assigned an individual ID number which stays with them throughout their entire panel membership and allows us to track their history, date of entry, source, etc. We can also provide a per-job analysis to clients.

**22** Do you have a confirmation of respondent identity procedure? Do you have procedures to detect fraudulent respondents?Please describe these procedures as they are implemented at sample source registration or at the point of entry to a survey or router. If you offer B2B samples what are the procedures there, if any?

Yes, we have a series of defined processes in place to ensure the high quality of our participants. It includes checking for duplicate participants by evaluating variables such as email address, matches across several demographic data, and device-related data through our use of digital fingerprint technology. Additionally, the nature of our "By-Invitation Only"™ panelist recruitment allows us to be confident that real people with valid identities are enrolling in our program. Research Now SSI supports a wide variety of other techniques to ensure sample quality such as external list matching.

**Policies and compliance**

**23** Please describe the 'opt-in for market research' processes for all your online sample sources.

All our research activities are opt-in and permission-based. Initial enrollment messaging is clear about the purpose of their membership, with complete and detailed information provided at the time of enrollment. New panelists who click through an invitation to join our panels must complete enrollment at the panel registration website and opt-in to all terms and conditions

**24** Please provide a link to your Privacy Policy. How is your Privacy Policy provided to your respondents?

We follow all national, regional and local laws with respect to privacy and data protection. As such, the privacy policy for each panel adheres to local law. We ensure our panels comply with all applicable industry standards set by ESOMAR, MRS (UK), AMSRS (Australia), BVM (Germany), Insights Association (U.S.), etc. Among others, this includes observing the following guidelines:

- Voluntary co-operation of panelists
- Protection of researchers' and participants' identities
- Terms & conditions and privacy policies compliant with local laws

- State-of-the-art data security policies and measures
- Reliable and validated data procedures
- Strict adherence to rules governing the interviewing of children and young people.

For examples of our privacy policies in individual markets, please refer to:

EU privacy policy:

http://www.opinionoutpost.co.uk/en-gb/policies/privacy

All other countries privacy policy:

https://www.surveyspot.com/policies/privacy

**25** Please describe the measures you take to ensure data protection and data security.

Research Now SSI follows all local data protection regulations. Our training teams conduct extensive trainings on Data Protection with client-facing staff highlighting industry (ESOMAR, Insights Association, etc.) guidelines and legal recommendations. We have secure servers to carry out the collection of survey data. Sampling is undertaken with highly encrypted links to the database servers. Personal information is fully protected and can only be communicated following a strict procedure. We also use randomization procedures to ensure there is no preferential treatment of certain parts of the database. Our sampling teams do not have direct access to the database to reveal the identity of users. Survey data is linked to the panel database using numeric IDs so the identity of the end-user (panelist) is always protected. As a company with extensive panel data assets based on recruitment and a "permissioned" approach, we understand the importance of having a mutually beneficial relationship with our research participants – whether consumers or business professionals – and the value which such a relationship brings to enriching marketing and communications. To protect our respondents' valuable personal information, RN SSI has a team dedicated to privacy law compliance, including the GDPR.

**26** What practices do you follow to decide whether online research should be used to present commercially sensitive client data or materials to survey respondents?

Upon the commission of fieldwork, we will make sure the client is comfortable with any commercially-sensitive material being presented or discussed in the course of the project. During sign-up, our panelists agree that they will treat the information they come across in confidence. There are two levels of security features for scripting. Standard security is available by default on all projects, while premium security is only enabled on request and may incur an additional charge. For example, among the solutions developed by our scripting teams, we have tools to disable screenshots and copy-pasting on a computer and we use streaming video to circumvent video buffering and web browser storage of files. We can also watermark an image with the participant's ID number.

**27** Are you certified to any specific quality system ? If so, which one(s)?

Research Now SSI has established a defined project management process and associated systems for each of the thousands of projects managed each month globally. Research Now SSI routinely reviews quality metrics to maintain high quality. Our Australian offices are certified and comply with ISO 20252 standards.

**28** Do you conduct online surveys with children and young people? If so, do you adhere to the standards that ESOMAR provides? What other rules or standards, for example COPPA in the United States, do you comply with?

Yes, we conduct online surveys with children and young adults. In these instances, we adhere to ESOMAR standards and all applicable local regulatory and legal requirements, including COPPA in the U.S.



CONTACT US

Ad Measurement and Effectiveness

Global Audiences and Panel

Integrated Data

SmartAR™: Automated Market Research

Industries We Serve

Banking

Consumer Packaged Goods (CPG)

Healthcare

Blog

Careers

Privacy Policy

Terms and Conditions

Cookie Policy

**Search**





Mobile Research Score®

Research Services

Samplify®

Shopper Intelligence

Hedge Funds

Management Consulting

AdChoices

Market Research Agencies

Media and Advertising

Private Equity

Retail

Technology

© 2018 Research Now Group, Inc. All rights reserved. Research Now® is a registered trademark of Research Now Group, Inc.

# Appendix H[*]

# Main Reasons and Other Reasons
# for Buying a WWE 2K Video Game
# (Questions A1 and A2)

---

> A1.   *What was the <u>main reason</u> why you bought the following WWE 2K video games:*
> **WWE 2K16, WWE 2K17, and/or WWE 2K18**?
>
> A2.   *What were the <u>other reasons</u>, if any, why you bought the following WWE 2K video games:* **WWE 2K16, WWE 2K17, and/or WWE 2K18**?

---

[*]   *All survey respondents were asked Question A1. Only those survey respondents who did not say "Don't know" in response to Question A1 were asked Question A2.*

| ID | A1. | A2. |
|---|---|---|
| 419320535 | My 10-year-old son is a huge fan. | My ten-year-old son is a huge fan. |
| 419481106 | I enjoy watching WWE's programming, and I enjoy playing the games and recreating moments from watching it on television. | The graphics, gameplay, character selection, overall fun and value. |
| 419688272 | It is a challenging game. | Don't know. |
| 419699535 | Don't know. | Not applicable. |
| 419821185 | For the entertainment and enjoyment of my children and my family is why I bought the video, as such. | It was A-list rated. In the last example and answer, I already told you why I bought the video. |
| 419825634 | I played it at a friend's house and wanted to play it for myself. | Don't know. |
| 419826183 | I'm a WWE fan, and the story modes and gameplay quality were more than enough to make paying for the game worth it. | Exclusive playable characters and modes. |
| 419833432 | It's fun. | Don't know. |
| 419833691 | I grew up watching pro wrestling and I have a son who likes it. | I wanted to wrestle with my favorite wrestlers. |
| 419834160 | My teenage nephew visits me and really loves the game. | For fun and entertainment. |
| 419841938 | For a child in the house who enjoys playing them. | Don't know. |
| 419842326 | I am a fan of WWE and love the games. | Don't know. |
| 419846915 | They are fun and exciting. | Don't know. |
| 419848576 | Casual play. | I'm a wrestling fan. |
| 419849111 | The action and life-like figures. | My favorite WWE stars. |
| 419849443 | Fun, entertaining, and exciting. | A good price for the game, and it is a lot of fun. |
| 419854693 | I like WWE. | Don't know. |
| 419855385 | To create a character. | The game mechanics, character variety, and return of story mode. |
| 419860510 | None. | Don't know. |
| 419860950 | On sale. | Don't know. |
| 419864405 | Because they're very exciting, educational games. | Easy to play. |
| 419870155 | To play with a friend. | Don't know. |

| ID | A1. | A2. |
|---|---|---|
| 419876673 | We bought a PlayStation 3. It's from the Microsoft Windows brand, and its cover was striking. | We bought a PlayStation 3. It's from the Microsoft Windows brand, and its cover was striking. |
| 419887125 | I love the game genre. | The feeling of watching a real fight with good graphics. |
| 419887557 | They're awesome. | The characters. |
| 419891722 | I have two boys. | They enjoy playing. |
| 419900172 | Don't know. | Not applicable. |
| 419911905 | I'm a massive wrestling fan. | I've bought almost every wrestling game that's come out since I was a child. |
| 419922475 | I like wrestling games. | Any other specific reason. |
| 419926172 | I have loved past versions of the game. | Found them at the store I most normally shop at. |
| 419933328 | The challenging moments. | Don't know. |
| 420010667 | I saw someone playing it and thought it would be a great addition to my collection, so I bought it. | None. |
| 420040331 | My husband and son enjoy playing these types of games. | Don't know. |
| 420041050 | Undertaker. | Don't know. |
| 420043844 | I watch wrestling. | Don't know. |
| 420046995 | I like them. | Don't know. |
| 420177800 | I wanted to try it out and play it to see what it's about. | It was a good price. |
| 420189332 | My husband and sons love wrestling. | None. |
| 420208009 | I saw an advertisement for it, so I decided to buy it. | No other. |
| 420217634 | I really enjoy watching wrestling and follow it weekly on TV, so I wanted to play the game. | I also liked the wrestlers they were including in each year. |
| 420220929 | I liked the showcase modes, and playing the career modes with my custom character. | I liked the additions of wrestling legends each game made to the roster. |
| 420233260 | They're great to play. | Great weekend game. |
| 420243108 | It looked fun. | It looked different. |
| 420246857 | Don't know. | Not applicable. |
| 420287122 | I love games. | Don't know. |
| 420346395 | Don't know. | Not applicable. |

| ID | A1. | A2. |
|---|---|---|
| 420356294 | Because it's fun to play wrestling games, and I hoped Hulk Hogan would be in them. | To play with my family. |
| 420356820 | I like creating myself as a wrestler and fighting in my career mode. | The showcase modes were fun as well. |
| 420368557 | My boyfriend wanted it. | None. |
| 420378035 | Because I am a huge fan of WWE. | Don't know. |
| 420401943 | I wanted it. | A good price. |
| 420403695 | For my kid. | No other. |
| 420407799 | I'm a wrestling fan and the game is a must-have. | I just like the game. It can be played with other people. |
| 420420582 | It was on sale. | Don't know. |
| 420428977 | I've always loved wrestling, and I'm a pro wrestler myself. | To see if they improve, the new characters, and seeing if it beats the last year, or the old ones for that matter. |
| 420440236 | My son wanted it. | No other reasons. |
| 420595762 | For my nephew. | We like WWE. |
| 420602628 | I like wrestling. | Don't know. |
| 420662610 | I am a huge fan of WWE and wanted to play the games at home. | I like being able to build my own characters and wrestle against living legends. |
| 420666700 | The main reason is, I'm a WWE fan, a really big one. I always loved playing the games, also. I get much enjoyment from the games. | I love the brand, and the new characters and features that are always added. |
| 420673644 | Don't know. | Not applicable. |
| 420728806 | For my youngest son. | N/A. |
| 420730909 | Fun and exciting. | It was a good price. |
| 420740201 | I like WWE. | Don't know. |
| 420780950 | The video quality and enjoyment. | I enjoy the WWE. |
| 420784874 | I'm a fan of pro wrestling. | Don't know. |
| 420794060 | As a present. | To play with my brother. |
| 420800826 | I am an avid fan of the franchise and I own all of the previous installments. | I want to see the upgrade done to the series. |
| 420805914 | My son likes wrestling. | He wanted it. |
| 420818857 | I love wrestling. | I keep up-to-date with the new WWE games. |
| 420818862 | I like watching WWE. | Don't know. |

| ID | A1. | A2. |
|---|---|---|
| 420827287 | Don't know. | Not applicable. |
| 420841792 | It was good. | Don't know. |
| 420849376 | I love wrestling. | Don't know. |
| 420850016 | I like wrestling. | Don't know. |
| 420864019 | Don't know. | Not applicable. |
| 420870171 | The visuals and physics are great, but above all the WWE stars. | Great gameplay. |
| 420922984 | I like wrestling games in general. | Don't know. |
| 420950718 | Because I want to play wrestling. | Trying to see what improvements it has. |
| 420955965 | I always buy WWE's yearly games. | Multiplayer with friends. |
| 420961733 | It's essentially the only wrestling game available. | I'm a fan of WWE. |
| 420962538 | For my son and husband. | They wanted it. |
| 420966455 | Don't know. | Not applicable. |
| 420969190 | AJ Styles is the best!!!!! | Shinsuke Nakamura can't speak English!! |
| 420985180 | My brother came home on leave and bought my son a PS3 for his birthday, and he loves wrestling so I thought it was perfect. | There wasn't really any other reason I bought this game. It was cheap and he loves it. |
| 421010768 | Because it's cool. | It's cool. |
| 421011875 | I am a wrestling fan and wanted to try out a modern game in the series. | Don't know. |
| 421012009 | Because I hadn't had a wrestling game in a minute. I wanted to see what it was about. | To wrestle with all of my favorite legendary wrestling champs, like Stone Cold Steve Austin. |
| 421086774 | To play with my family and friends. | To know how to fight through playing. |
| 421091720 | I like to play action sports. | I like the characters in WWE sports. |
| 421102302 | I enjoyed wrestling games growing up, and figured the newer ones were just as much fun if not better, because all of the extra moves you can do to people and a lot of new wrestlers to use. | Don't know. |
| 421103901 | For my son, a big WWE fan. | My son is a big WWE fan. |
| 421104345 | I like WWE. | Because I wanted it to go with the rest of the WWE games I have. |
| 421107615 | I was a WWE fan. | It's fun. |

| ID | A1. | A2. |
| --- | --- | --- |
| 421109095 | Wrestling is a favorite sport of mine, and my family and I love to see what they come out with every year with the game. | Don't know. |
| 421116042 | The kids. | Don't know. |
| 421122692 | I like the WWE show and like the game to play on the PS and Xbox. | I like it. |
| 421135407 | Because I love playing games like that. It's closest to the real thing. | The characters. |
| 421137255 | For my son. | Don't know. |
| 421141576 | My son and I enjoy wrestling. | They are fun to play. |
| 421149130 | Because I like them and think they're fun. | Because I like the characters. |
| 421149176 | I like wrestling games. | I like them. |
| 421149649 | Because I've always been a fan. | None other. |
| 421152647 | My son wanted it. We also went to WWE in Vegas. | That was it. |
| 421154436 | I like WWE and the characters in wrestling, and wanted to play others. | Because I had all the previous versions. My son likes them. |
| 421156048 | I am a big wrestling fan since an early age. | I am a big fan of wrestling since an early age. |
| 421156212 | I'm a fan of WWE. | None. |
| 421157606 | For the emotion of winning. | I like to compete. |
| 421158214 | It was very cheap during a sale, and a stream made it look fun. | I'm tangentially interested in wrestling. |
| 421161898 | Because it's a pretty bad-ass game. | No other special reasons. |
| 421162528 | I am a wrestling fan. | I like to edit. |
| 421168794 | I am a fan of WWE and love the games. | It was on sale. |
| 421174020 | Very interesting. | Don't know. |
| 421185438 | I love this series. It has online play, is really fun, and added new favorite wrestlers. | I wanted to complete my collection for this series of games. |
| 421195816 | I like WWE. | Don't know. |
| 421208369 | My 3 sons love wrestling. | Fun to play with each other. |
| 421228847 | For me and my children to play. We all enjoy WWE. | The price was good. It was on sale. |
| 421234603 | I love WWE. | WWE is one of my favorite things. |
| 421242425 | It looked fun. | My wife wanted it. |

| ID | A1. | A2. |
|---|---|---|
| 421248225 | To test it out and try something new. | It's a free downloadable game off of Xbox Live that's available for Gold Members. |
| 421266499 | I love this type of game. | I love to watch it on TV. |
| 421268263 | I love WWE. The collector's edition had cool features. | The collector's edition value. |
| 421277355 | I love those games. | They are very entertaining, and I love competing with my children and partner. |
| 421277979 | Don't know. | Not applicable. |
| 421283465 | I'm a fan of wrestling, and wanted to try the games. | Don't know. |
| 421288481 | I'm a professional wrestling fan. | To create my own character. |
| 421300682 | Don't know. | Not applicable. |
| 421340699 | I saw an attractive advertisement. | Don't know. |
| 421351999 | I love watching, and the characters. | The same. |
| 421371316 | I've always loved playing wrestling games since I was a kid. | Good graphics and new characters. |
| 421372683 | My kids like playing it. They like WWE. | I play with them sometimes. Their dad likes WWE. |
| 421381431 | It was for my son. | No other reason. |
| 421408623 | I love the WWE. | Don't know. |
| 421412347 | I bought it for my son and nephew. | Because I like the realness of it. The characters are so realistic. |
| 421419200 | It was cheap on the PC. | None. |
| 421422999 | Video games based on the American professional wrestling promotion WWE. | Video games based on the American professional wrestling promotion WWE. |
| 421459581 | I enjoy WWE, and the features and roster looked pretty good. | It was on a Black Friday sale. |
| 421463011 | I had played previous games in the series and they were a lot of fun. | Don't know. |
| 421557142 | Don't know. | Not applicable. |
| 421567313 | I like watching WWE very much. | I like watching WWE very much. |
| 421583295 | My daughter watches WWE. | Fun. |
| 421599691 | I like wrestling. | Don't know. |

| ID | A1. | A2. |
|---|---|---|
| 421629679 | I have been a wrestling fan my entire life. I am also a video game enthusiast, especially of wrestling games. I have been enjoying and playing wrestling games since the SmackDown games first came out. I love these video games. | I love these games. I also follow the franchise closely, and my children love the games as well. |
| 421650159 | I've been a fan of the series since it began. | The updated roster. |
| 421698215 | I love the characters and new cut scenes. | Don't know. |
| 421700435 | Wrestling. | Don't know. |
| 421708677 | On sale. | A gift. |
| 421714683 | To keep up with my collection. I'm a big wrestling fan. | Just to get them so I could say I got them. |
| 421718342 | Don't know. | Not applicable. |
| 421751136 | We watch wrestling on TV, and my son and husband play it together. | It was on sale, too. |
| 421758731 | For a diversion. | I like fighting games. |
| 421782045 | I love wrestling. | The best wrestling. |
| 421786410 | I wanted to see the new wrestlers! | I'm a fan of wrestling. |
| 421800688 | The cover athletes. | The career mode. |
| 421805565 | Because they brought all the wrestlers I grew up on back into it. | I like action games a lot. |
| 421806311 | Just wanted to get it. | It's all good to me. Nothing bad to say. |
| 421812247 | I'm a huge wrestling fan, and I have been playing wrestling games since I was a kid. I enjoy the franchise. | To play with my buddies, and to explore the rosters and story. |
| 421817777 | It is fun to play with your favorite characters. | Don't know. |
| 421823503 | I wanted something different. I was getting tired of first-person shooters. | I had a coupon. |
| 421850409 | My son loves it. | Don't know. |
| 421857431 | One of my favorite games. | I bought it to play, of course. |
| 421912084 | I love wrestling. | It's fun to play. |
| 421929474 | I love it. | Don't know. |
| 421942172 | A birthday gift for my son. | Don't know. |
| 421954761 | I've always liked these kind of games. | I've always liked this kind of game. |
| 422223830 | I'm a huge fan of WWE. | Can't recall. |

| ID | A1. | A2. |
|---|---|---|
| 422233345 | Don't know. | Not applicable. |
| 422285492 | I love to play sports video games. | I love to compete. |
| 422297497 | Don't know. | Not applicable. |
| 422306211 | I'm a big wrestling fan. | I'm a big wrestling fan. |
| 422326912 | Don't know. | Not applicable. |
| 422333039 | I like the characters and the fights. | Don't know. |
| 422334950 | Because I love WWE and WWE games. | Fun, great graphics, entertaining. |
| 422363760 | My kids wanted it. | It's a much better choice than many other games they wanted. |
| 422396406 | I like to follow the antics of the characters. It's like a good soap opera. | I got a good deal on their prices. |
| 422402505 | I like WWE. It was a bit nostalgic for me. It also has online compatibility, so my friend and I can play together with some of our favorite wrestlers, like The Undertaker or Kurt Angle or The Rock or even Stone Cold Steve Austin or my personal favorite, Andre The Giant. | Don't know. |
| 422407629 | I bought these games because I enjoy the sport of wrestling. | It has great gameplay. Will have you playing the game for hours. Very entertaining to me. |
| 422412994 | I've been playing them for 20 years. | Fun. |
| 422427452 | I love wrestling and getting into the game as if it's real life. | I love wrestling and love watching fights. |
| 422447688 | To play with my friends on a party night. | Umm, because I like the 2017 fighters. |
| 422462897 | My son. | A good gift. |
| 422479864 | I like watching the storytelling of wrestling. I saw an ad and wanted the game to play as my favorite wrestler. | Great graphics, fun gameplay, story mode. |
| 422515712 | As a gift. | None. |
| 422577718 | Don't know. | Not applicable. |
| 422610750 | I really like WWE and their video games. | I got it on sale at GameStop. |
| 422623305 | I love WWE. | It's fun to play. |

| ID | A1. | A2. |
|---|---|---|
| 422637499 | I used to watch wrestling, and the game was on sale. I bought it and never really played it, reaffirming to me that I have no current interest in wrestling. I regret my purchase thoroughly. | Nostalgia. |
| 422657778 | I've bought every game in the series since WWF SmackDown! was released in 1999. I primarily obtain the games so that I can play online with friends. Also, as a gamer on the Xbox 1 / 360 consoles, I like to collect achievements in the games. | I said all the reasons in the last question. |
| 422659939 | I simply love WWE. | Don't know. |
| 422661840 | To play them, of course. | No other reason. |
| 422667151 | My kids wanted it. | It looked entertaining. |
| 422674955 | The challenge and the characters. | Fun, action-packed. |
| 422684886 | Because I'm into wrestling. | Nothing comes to mind. |
| 422687990 | I am a fan of WWE. | Curious of the gameplay. |
| 422694349 | I enjoy watching wrestling, and I also enjoy playing video games. So it makes sense for me to buy wrestling games, because I get to play as my favorite wrestlers and compete against other people. I also like the creation mode in these games and the different wrestling moves I can do. | I also bought these games because they are just fun to play through as different wrestlers and see them perform different moves. I also like the different modes that you can play through, along with having a lot of different match types. |
| 422713469 | I liked the moves and graphics. | To play with my son on the Xbox One. |
| 422714562 | I have 9-year-old twins who are interested in wrestling, but I hate to watch it on TV, so we compromised and they play it on their PlayStation. | Don't know. |
| 422744026 | I was able to unlock Goldberg. | Just a wrestling fan in general. |
| 422758887 | I've loved wrestling since I was a kid. | They are always fun. |
| 422814569 | I love wrestling, and I like being able to play as my favorite wrestlers. | Great graphics. |
| 422816146 | To play it. | To have fun. |
| 422820276 | I like this type of game. | I am a fan of sport games. |
| 422836076 | I'm a WWE fan. | It has all the characters. |
| 422845349 | Don't know. | Not applicable. |

| ID | A1. | A2. |
|---|---|---|
| 422948028 | Recommended by a friend. | I've been a fan, and the game was on sale. |
| 422949964 | My son. | None. Just gifts. |
| 422958258 | John Cena. | John Cena. |
| 422961613 | I was following wrestling and I hadn't bought a WWE video game in a while. | Don't know. |
| 422972954 | I like wrestling. | Don't know. |
| 423001144 | It's fun. | It looked entertaining. |
| 423006927 | Change of pace, different kind of game. | To give my kids some entertainment. |
| 423026402 | I like it. | None. |
| 423042105 | Because I have favorite wrestlers that I like, and it's fun to play. | Don't know. |
| 423045122 | It's fun. | Don't know. |
| 423053421 | I liked the package. | I overheard someone talking about it at the store. |
| 423055103 | I am a fan of wrestling, so simulating it though video games is intriguing for me. | To play online against my friends. |
| 423057589 | Don't know. | Not applicable. |
| 423058514 | I enjoy wrestling. | It was on sale. |
| 423063787 | Because I loved WWE 2K13 so much, and I saw 2K16 was on sale not long after it came out during the Christmas season that year, so I got it. | More character creation spaces, and I was looking for more customization. |
| 423066214 | Because of team management. | Because of better graphics and a lot of female power. |
| 423076067 | I love wrestling games, going all the way back to the games on N64. Good times. | I have fun playing them. |
| 423084849 | It's very pretty. | I like the Terminator. |
| 423093453 | I am a big wrestling fan, and liked the graphics on the game. | I enjoyed the last game. |
| 423099249 | Realistic graphics. | The vast roster. |
| 423128529 | For my husband and kids. | Good graphics. |
| 423130694 | Because I had enough money. | Don't know. |
| 423131723 | 2K17 had the Steve Austin portion. 2K18 had a pretty good career mode. | Don't know. |

| ID | A1. | A2. |
|---|---|---|
| 423135602 | I am a big fan of WWE, and think the games are great to play. | I like to play dream matches that are not seen on TV. |
| 423141896 | I really like the WWE. | Don't know. |
| 423142473 | It's very entertaining. | Nice. |
| 423191404 | I love the ever-changing gameplay. | The soundtracks are amazing. |
| 423201256 | I am a big fan of WWE wrestling sports. | I wanted to play them and have an experience. Plus, I am a fan of WWE wrestling sports. |
| 423229214 | I love WWE, and playing the games is cool. | I played it once, and it was cool. |
| 423233676 | It's a very cool game. | Yes, it sounds fun. |
| 423235310 | Fun to play. | The action. |
| 423247995 | I like pro wrestling and WWE. | Don't know. |
| 423252524 | My son loves WWE. | Don't know. |
| 423257810 | Because I like the game and I wanted to get it. | So that me and my son can play, and I can play when my friends would. |
| 423258606 | Just an impulse buy. | Don't know. |
| 423265946 | Don't know. | Not applicable. |
| 423276688 | I like wrestling. | Don't know. |
| 423284790 | It seemed interesting with realistic graphics. | Don't know. |
| 423289206 | For fun. | Don't know. |
| 423295335 | I like WWE and NXT. I also think 2K could do a much better job. | The addition of superstars, titles and arenas. |
| 423297140 | The reality of the way the wrestlers do their moves, and the action of it all. | I love to see my grandchildren happy. Plus, it's fun to get out of yourself sometimes. |
| 423298383 | Good wrestling year. | Cheap price. |
| 423305245 | To play and have fun with. | To learn the moves. |
| 423316279 | Wrestling fan. | I like wrestling games. |
| 423316661 | I bought the game because I love wrestling, and over the graphics of the game. | I love the competition that it brings when playing other people. |
| 423339482 | My son loves WWE and wanted the game. | None. |

| ID | A1. | A2. |
|---|---|---|
| 423346536 | Because I am a wrestling fan. I have been playing the games since the early days of the NES. I also love using the Create-a-Wrestler to be creative. It's also fun to play matches that will never happen thanks to deaths and other impossible odds. | I am a wrestling fan, and also love sports games. |
| 423364298 | I like to watch WWE, so that's why I bought these video games. I love to play WWE wrestling games with my personal favorite characters. | I love the gameplay and characters in the game. |
| 423367216 | The WWE 2K is a series with more than 15 videos of professional wrestling games. The WWE 2K18 is the same but more real. | You can play single player, multiplayer and multiplayer online. |
| 423371559 | Just wanting to try it out. | Just wanting to try it out. |
| 423392795 | John Cena. | Paige. |
| 423415973 | I love wrestling. | I'm a huge fan. |
| 423429694 | The graphics were nice. The features in the game were improved from before, and I liked the character base. | I was always interested in WWE since I was little, and I figured I would play the game as well. |
| 423437345 | I'm a fan of the wrestlers featured. | For the whole family to enjoy. |
| 423449872 | I love the series. | Don't know. |
| 423454372 | I thought that the career mode looked interesting. | Don't know. |
| 423461928 | The Nintendo Switch port. | To play with friends. |
| 423463271 | To play with our son. | Fun and entertaining. |
| 423463575 | To play with friends. | No. |
| 423471726 | The main reason that I bought those games because I like WWE. | I love to collect video games. |
| 423476292 | Because I love wrestling games. | Don't know. |
| 423508482 | It is fun to play. | Don't know. |
| 423544507 | Big fan of wrestling. | I enjoy wrestling games. |
| 423588690 | I like wrestling games and creating my own character. | Don't know. |
| 423643709 | It's very entertaining. | I like much. |
| 423688744 | Don't know. | Not applicable. |
| 423725096 | It's very easy. | Good music. |
| 423758789 | My son wanted the game. | A gift for my son. |

| ID | A1. | A2. |
|---|---|---|
| 423771943 | For the legendary wrestlers. | It's a game I use when I have just a few minutes to kill. |
| 423789264 | Don't know. | Not applicable. |
| 423798822 | After reading the description and seeing the cover of the game, it looked interesting, so I wanted to buy it and check it out. | Don't know. |
| 423840620 | I enjoy playing, and I always keep updated on WWE, my favorite game to play. | Able to pick and customize my own player, and the graphics. |
| 423862657 | My husband loves playing it. | The music is nice and all that. |
| 423883704 | I liked the other WWE games, and thought this one would be even better. | Don't know. |
| 423897527 | I really like the game. | I really like the game. |
| 423901700 | Story mode. | Don't know. |
| 423916079 | Because of its great beach. It is a good game and has excellent settings. | For his career in videogames. |
| 423926181 | I like this type of game very much. I love WWE. | It is an excellent video game. |
| 423962488 | I enjoy professional wrestling, and like the ability to control an entire wrestling universe. | The gameplay is a lot of fun, and it's a good way to pass time and ease anxiety. |
| 423969264 | Don't know. | Not applicable. |
| 423970641 | I am a fan of watching WWE on TV. | I like the competition online. |
| 423996819 | The great game action. | The cool play. I enjoy watching wrestling on TV. |
| 424001369 | It was a popular game. | On sale. |
| 424012102 | I had not played a wrestling game on the current generation of console, and I wanted to play with old superstars. | Don't know. |
| 424019100 | Good video game. | I liked it very much. |
| 424025209 | It is an exciting game, challenging the time and enemies. | Building the character. |
| 424026061 | I am a huge wrestling fan, and I like the experience of playing with the superstars. | The graphics and gameplay. |
| 424035024 | For my child. | Don't know. |
| 424062892 | Because of the graphics, and it was cool as a game. | Again, the graphics, storyline, and it's cool as a game. |

| ID | A1. | A2. |
|---|---|---|
| 424110198 | I thought they'd be fun. | On EA Access. |
| 424114860 | The new roster. | Career mode. |
| 424115356 | I am a fan of the video game series and of WWE. | I love pro wrestling video games. |
| 424118381 | My husband loves the WWE games. | Don't know. |
| 424119959 | I like it. | No. |
| 424124792 | I used to love and follow WWE/WWF for most of my life. I've played almost every game that WWE has put out at one time or another. I like all the creation you can do. And the stories that are possible to create. | Just to keep playing the series and hope that they made some improvements year after year. |
| 424127109 | Because I wanted a fun multiplayer game for me and my boyfriend. | None. |
| 424130425 | I like WWE, and the games can be entertaining. | They were on sale at the time of purchase. |
| 424146337 | I like the sport. I've always been a fan since I was little. | My son also wanted it. |
| 424156355 | I love wrestling. | Don't know. |
| 424158258 | It looked like a fun game. | A friend loved it. |
| 424160021 | My daughter wanted these, and I love WWE also. | To get a special edition of the game, like the Ric Flair Wooooo! edition. |
| 424162508 | My kids requested this game. | Don't know. |
| 424170840 | A fan. | A fan. |
| 424175780 | I've always loved wrestling. | N/A. |
| 424184024 | It's the game my kids wanted that was within their preset budget. | None. |
| 424186886 | I'm a big fan of WWE. | Don't know. |
| 424187499 | It looked fun. | None. |
| 424188013 | I love wrestling. | Fun. |
| 424190507 | Because I like to play games and I love watching WWE, so I decided to try the games and I love them. | That's about it. |
| 424201472 | I'm a fan of this video game and my son loves it. | Don't know. |
| 424209799 | I bought them because I love wrestling. | I also brought it to act as myself in WWE. |

| ID | A1. | A2. |
|---|---|---|
| 424212229 | I bought them because me and my family love getting together and playing wrestling games. | Because it's fun to play and pass time with nothing better to do. |
| 424212901 | This game, I like the most. This is best of all. | I like this episode most. I like this so much. |
| 424229672 | For my son. | Don't know. |
| 424230615 | Because my daughter and boyfriend like wrestling. | Don't know. |
| 424233642 | I love wrestling. | I love playing wrestling games. |
| 424258251 | Great characters and better graphics. | The updated cast. |
| 424260688 | The most realistic WWE video game ever! I got the game for my son and we really enjoy it. It's a fun game that all the kids can play. The graphics are really good, and I enjoy it. I haven't tried all the features out yet, such as creating my own wrestler, but it's fun playing as one of the superstars. Currently, it's in heavy rotation on the Xbox! | Awesome game. I love unlocking WWE superstars. It's like the WWE 2K17. Easy to control. |
| 424261764 | I am very competitive. | For being a winner. |
| 424273204 | This game is very real and exciting. | This game is very real and exciting. |
| 424279791 | FIFA 18. | For its great platform and great technology. |
| 424292859 | The kids. | I like WWE. |
| 424317564 | I wanted to play a wrestling video game. | Don't know. |
| 424323851 | For my son. | He wanted it. |
| 424327175 | I bought it due to my like of WWE at the time, and the ability to make my own wrestler. | I didn't have a wrestling game with an updated roster. |
| 424332880 | None. | None. |
| 424335592 | I like wrestling. | Don't know. |
| 424341548 | Don't know. | Not applicable. |
| 424347376 | I've been a fan of wrestling since I was younger. | I try to collect all the WWE games. |
| 424364474 | I'm a wrestling fan. | They are good games. |
| 424367129 | It was the last one that had downloadable content for Xbox 360, and I love creating my own wrestlers. | To create my own original wrestlers. |

| ID | A1. | A2. |
|---|---|---|
| 424370841 | It is fun and I love WWE. | Don't know. |
| 424378705 | Because I like wrestling. | Don't know. |
| 424419597 | Big wrestling fan, and have for the most part liked their games. | Don't know. |
| 424427357 | For my 10-year-old. | He wanted it. |
| 424435737 | Highly spoken of in social media. | Cheap price. |
| 424445771 | Its new. | I loved it. |
| 424449617 | I sort of love the aesthetic that allows you to create a character vividly well. Other game engines lack it. | The design aesthetics. |
| 424460846 | Don't know. | Not applicable. |
| 424464760 | This is an awesome game, and this is what everyone is playing. I like to customize my own characters and the game. | Great graphics and good entertainment. |
| 424467170 | I've been a fan a long time, and buy the new game every year. | Don't know. |
| 424501672 | I'm a fan of WWE and wrestling. I wanted to play as my favorites. | A fan of WWE. |
| 424502745 | New. | Cheap. |
| 424523854 | Because I'm a big wrestling fan. | I love the sport and the storylines. The graphics are amazing. |
| 424528747 | My kids love WWE. | None. |
| 424531724 | A fun game. | Throwing people off. |
| 424532058 | I used to do independent professional wrestling. | I just liked it. |
| 424543074 | To get the feel for WWE. I usually play UFC. | A different type of game to play. |
| 424543683 | I am a huge WWE fan, so I wanted to play as the characters on TV. | I wanted something to do when WWE didn't come on TV. |
| 424548106 | I needed a wrestling game. | Stone Cold on the cover. |
| 424569633 | The gameplay. | The look. |
| 424577122 | Because I like the WWE. | Because I am a fan. |
| 424577470 | I love the sport. It offers great graphics and gameplay. | My friends have it, so I can play with them online. |
| 424577615 | The creation suite. | That's about it. |
| 424583536 | It's really cool and different. | None. |
| 424587884 | I love watching WWE and playing the videos. | It was on promotion and I had to get it. |

| ID | A1. | A2. |
|---|---|---|
| 424601353 | I've been buying every WWE game since SmackDown! vs. Raw because I'm a diehard wrestling fan. | The gameplay of who's going to be in the game. |
| 424602599 | I love the entertainment. | Don't know. |
| 424611375 | This game is very exciting. | I like exciting games. |
| 424611459 | I love the series. | Wrestling is fun in video games. |
| 424615071 | I love wrestling videos games. I've played them all my life. | I like the game. |
| 424621059 | Don't know. | Not applicable. |
| 424627821 | My son. | No. |
| 424638824 | I love wrestling. | The same. |
| 424661469 | For my son. | For my son is the only reason. |
| 424675352 | My kids love it. | My kids and I love it. |
| 424687562 | I enjoyed watching wrestling growing up and it has stuck with me through adulthood, so I like to play the game. | It's multiplayer, for my family to join in on the fun. |
| 424698937 | For a Christmas gift for my son. | None. |
| 424703514 | It's fun. My family and I play it. | Just wanted to have it. I like wrestling. |
| 424717484 | A huge wrestling fan. | I love the graphics. |
| 424719469 | Fun. | I love it. |
| 424733516 | Longtime buyers of the series. | Fans of the product. |
| 424744491 | I remembered times playing 2K02. | None, really. |
| 424763959 | I like wrestling. | It's a good game. |
| 424789339 | Because I like wrestling games. | Don't know. |
| 424836139 | Stone Cold, career story mode, and Goldberg being a pre-order character. | I enjoyed wrestling in the '90s, and the rosters had a lot of those wrestlers. |
| 424858387 | I like it very much. | It's great. |
| 424868673 | The game looked interesting. | A fellow friend requested to play. |
| 424908266 | For fun. | Entertaining. |
| 424916312 | The features and DLC. | N/A. |
| 424937527 | New. | Cheap. |
| 424939828 | The game is real. | This game excites me. |
| 424945227 | I like to watch WWE, and I like the game. | I like to play it. |
| 425006269 | I wanted to play as my favorite wrestlers. | A huge roster of wrestlers. |
| 425006529 | My son wanted the game. | My son loves wrestling. |

| ID | A1. | A2. |
|---|---|---|
| 425062178 | My brother was into those types of games, so I bought it for him. | My boyfriend also enjoys playing WWE games, so I figured it was a good way for them to bond. |
| 425066918 | My children wanted it. | I wanted to play, too. |
| 425070992 | I like wrestling. | Each game started to get better each year, so I took a chance. |
| 425073051 | My son enjoys the game. | Don't know. |
| 425074311 | Because I love WWE, and I find it very entertaining. | I find their graphics to be very good. |
| 425074853 | I always watched WWE as a kid, so I'm a big fan of the games. | Don't know. |
| 425090108 | I love it. It is great. | I love it. |
| 425092357 | WWE 2K17. | None. |
| 425092702 | I'm a WWE fan and I enjoy playing the games. Some of the characters are memorable, and the fights are generally pretty fun. | They were on sale for a few dollars, so I figured I'd grab them. I've been buying them since the SmackDown! vs. Raw series. |
| 425093317 | My kids like wrestling. | Don't know. |
| 425096137 | It looked fun to play. | A friend recommended it. |
| 425097673 | I enjoy the sport and wanted to get the game to play as my favorite wrestlers. | I really enjoy those types of games. |
| 425133967 | It's one of my favorite sports. | Don't know. |
| 425173544 | I always do. | Don't know. |
| 425198763 | I love wrestling. | Good value, great game. |
| 425203510 | I enjoy this very much. | It's a good game. |
| 425207179 | To play as the latest wrestlers. | To create my own storylines. |
| 425267305 | For my children. | My children recommended it to me. |
| 425267748 | I love wrestling. | The characters. |
| 425279291 | Because I wanted to play it for the first time. | Don't know. |
| 425301178 | I enjoy playing the games competitively and others in my household like wrestling and wrestling games also. | I enjoy watching the sport, and playing as my favorite characters in the game in general. |
| 425405475 | For playing with my son. | Don't know. |
| 425659770 | Newer and better. | It's just a fun game. |

| ID | A1. | A2. |
|---|---|---|
| 425718573 | Chris Jericho. If he is not in it, I will not buy it, I will not be purchasing WWE 2K19. | Wrestling games are fun to play couch co-op with friends and family. |
| 425746435 | I'm not sure at this time. | I'm not sure at this time. |
| 425747878 | I like Luger, and it's fun, and I follow the series. I'm a fan. | I'm a fan of the series. I like fighting video games. I really enjoy fighting against others in the game. It's fun. |
| 425752993 | I like the characters and the action. | The fun and the arena. |
| 425763467 | Don't know. | Not applicable. |
| 425765020 | One of the kids wanted the game as a gift. | Don't know. |

# Appendix I[*+^]

# Which Wrestlers Were a Reason for Buying a WWE 2K Video Game and What Features or Aspects of Their Appearance Were Important to Depict (Questions C2 and C4)

C2.   Which wrestler or wrestlers' depiction was a reason why you bought the following WWE 2K video games: **WWE 2K16, WWE 2K17, and/or WWE 2K18**?

C4.   What features or aspects were important to depict of the following wrestler or wrestlers' appearance: **[WRESTLERS IDENTIFIED IN C2]**?

---

[*]   *Only those survey respondents who said the depiction of the appearance of particular wrestlers was a reason why they bought a WWE 2K game were asked Question C2. Only those survey respondents who did not say "Don't know" when asked Question C2, and who also said there were particular features or aspects of the appearance of the wrestlers they identified that were important to depict were asked Question C4.*

[+]   *A plus sign indicates that this survey respondent mentioned "Randy Orton."*

[^]   *A caret indicates that this survey respondent mentioned "tattoos."*

| ID | C2. | C4. |
|---|---|---|
| 419320535 | Daniel Bryan, Kane, Cena. | Daniel Bryan's beard and his "Yes!" arm movements. Kane with red mask, and Cena's jean shorts and dimples. |
| 419481106 | I enjoy all of the wrestlers and selections. | Not applicable. |
| 419842326[+] | Randy Orton Jr. | Not applicable. |
| 419855385 | Asuka, Finn Balor, Jake Roberts. | All. |
| 419887557 | Don't know. | Not applicable. |
| 419891722 | All of them, but I liked the graphics. | The design of the face and body. |
| 419926172 | It is very realistic, and makes for awesome gameplay. | Not applicable. |
| 419933328 | Don't know. | Not applicable. |
| 420043844[^] | All of them. | Their facial expressions and tattoos. |
| 420046995 | All of them. | All features. |
| 420217634 | Don't know. | Not applicable. |
| 420368557 | My boyfriend wanted it for wrestlers he likes. | Not applicable. |
| 420666700 | The one that stood out to me is Stone Cold Steve Austin. | Facial features. |
| 420818857 | The Undertaker. | Flames during his entrance. His hat and jacket. |
| 420870171 | Kurt Angle. | Even his hair and face they got right. |
| 420922984 | All of them. | Not applicable. |
| 420966455 | Don't know. | Not applicable. |
| 420969190 | Roman Reigns, please come back!!! | Don't know. |
| 421012009 | Stone Cold Steve Austin. | When he walked out and grabbed the cooler, cracked the beer cans, and went in. |
| 421086774 | Their faces when I fight. | Their bodies and muscles. |
| 421109095 | John Cena. | Not applicable. |
| 421149130 | John Cena, the Undertaker and Triple H. | Not applicable. |
| 421156048 | Sting, Goldberg and Steve Austin. | I am a big fan of these wrestlers. |
| 421162528 | All of them. | The realism. |
| 421351999 | The Undertaker. | His clothes and demeanor. |
| 421463011 | John Cena. | His wrestling style. |

| ID | C2. | C4. |
|---|---|---|
| 421629679 | John Cena is one of my favorites. He and the Undertaker are the reasons why I purchased the games. | The features of the wrestlers were so lifelike. It is amazing. The graphics are fantastic. |
| 421700435 | AJ Styles. | Don't know. |
| 421751136[+] | John Cena, Randy Orton, HHH. | Not applicable. |
| 421786410 | Carlito and John Cena. | The faces and designs. |
| 421800688 | John Cena. | His movements. |
| 421805565 | Stone Cold Steve Austin. | He came in drinking beers and kicking butt! |
| 421929474 | The look and style. | Don't know. |
| 421954761 | It has a new lighting engine capable of bathing the whole scene, giving it a much more realistic visual section. | It has a new lighting engine capable of bathing the whole scene, giving it a much more realistic visual section. |
| 422334950 | The Undertaker, Big Show, Rey, Kane, John Cena. | Not applicable. |
| 422396406 | Rowdy Roddy Piper. | Not applicable. |
| 422407629 | John Cena. | The graphics on these games is great. He looks very realistic. |
| 422427452 | I wanted it because my favorite wrestler was a wrestler. | I love it so much. |
| 422659939 | Jeff Hardy. | All. |
| 422684886 | John Cena, AJ Styles. | These are some of my favorite major wrestlers. |
| 422694349 | Rey Mysterio, Ronda Rousey, Adam Cole, Johnny Gargano, Kurt Angle, Velveteen Dream, Kairi Sane, Asuka, Becky Lynch, Aleister Black. | Making sure their appearances were as accurate as possible, along with them having the same wrestling moves that they do in real life. |
| 422958258 | Don't know. | Not applicable. |
| 423066214 | Females. | A lot more are getting added. |
| 423084849 | All. | Not applicable. |
| 423135602 | A.J. Styles, Stone Cold Steve Austin, Dean Ambrose, Charlotte, Paige. | They actually look like the real people. |
| 423201256 | The ability to customize those depictions to your liking. | The features of their face and body mass, as well as their skin color/pigmentation. |
| 423247995 | Sami Zayn, Dusty Rhodes. | Not applicable. |
| 423295335 | Sting. | Not applicable. |
| 423297140 | All of them! | Not applicable. |

| ID | C2. | C4. |
|---|---|---|
| 423298383[+] | Randy Orton. | His finishing move. |
| 423316279 | Legends. | Not applicable. |
| 423339482 | Roman Reigns. | Not applicable. |
| 423346536 | Finn Balor and Shinsuke Nakamura. I have been a fan of theirs since the days of NJPW. | The Demon. |
| 423364298 | I like the animated figures within the WWE 2K17 and WWE 2K18 games. | I like Khali, John Cena. |
| 423415973 | John Cena. | Not applicable. |
| 423463271 | Don't know. | Not applicable. |
| 423643709 | Don't know. | Not applicable. |
| 423688744 | Don't know. | Not applicable. |
| 423798822 | Don't know. | Not applicable. |
| 424019100 | A friend taught me. | All are important. |
| 424025209 | Don't know. | Not applicable. |
| 424115356 | The Undertaker. | Not applicable. |
| 424186886 | Innovate. | Don't know. |
| 424190507 | A.J. Styles and others. | Not applicable. |
| 424260688 | Although at first it was hard to figure out how to get the characters to do what you wanted, once we figured it out my kids LOVE this game! We do keep the volume down, just in case there's something they shouldn't hear. | Dynamic Creation Suite customizes WWE like never before, with an even deeper set of customization tools and the new Custom Match option! The robust Creation Suite also offers even more detailed features for Create-a-Superstar, Create-a-Video and Create-an-Arena. |
| 424273204 | Steve Bordon. | He wears weird makeup. |
| 424378705 | A.J. Styles. | Don't know. |
| 424449617 | Sasha Banks, A.J. Styles, Cedric Alexander. | Their apparel. |
| 424569633[+] | Randy Orton. | His moves. |
| 424577615 | Paige, Naomi, and The Bella Twins. | Not applicable. |
| 424601353 | A.J. Styles and Eddie Guerrero. | A.J. Styles looks fruity, and Eddie didn't have a low rider in his entrance. |
| 424611459 | It adds more value to the game. | Facial expressions. |
| 424615071^ | Brock Lesnar. | How his sword tattoo and his back tattoo was gonna be. |
| 424763959 | Roman Reigns. | His moves. |

| ID | C2. | C4. |
|---|---|---|
| 424789339 | John Cena. | Not applicable. |
| 425066918 | All of them. | Facial impressions for each wrestler. |
| 425074853 | The Rock, Stone Cold, Kurt Angle, The Undertaker, Kane. | Don't know. |
| 425097673 | Becky Lynch. | The accurate look of her character. |
| 425267748 | Seth Rollins. | Cool. |
| 425747878^ | Brock Lesnar, WWE and IWGP champion. | The tattoo on the shoulders and chest, the corpulence of the fighter, the haircut. |
| 425752993 | It is fun, and the characters. | It was the right place and time. |
| 425765020 | The Rock. | Lookalike. |