# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC.; 2K SPORTS, INC.; WORLD WRESTLING ENTERTAINMENT, INC.; VISUAL CONCEPTS ENTERTAINMENT; YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) ) ) Case No. 3:18-cv-966-SMY-MAB ) ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC., 2K SPORTS, INC., AND VISUAL CONCEPTS ENTERTAINMENT'S MOTION TO EXCLUDE THE TESTIMONY OF RYAN CLARK

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of this motion and exhibits thereto, Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment (collectively, "Take-Two") will move before the Honorable Staci M. Yandle, Judge of the United States District Court for the Southern District of Illinois, at the United States District Courthouse, located at 301 West Main Street, Benton, IL 62812, at a time and place to be scheduled by this Court, to exclude any testimony, argument or evidence regarding the expert report and opinions of Plaintiff Catherine Alexander's expert, Ryan Clark, pursuant to Federal Rule of Evidence 702 and Federal Rule of Civil Procedure 26(a)(2).

Defendants reserve their right to file a reply in support of this motion.

Dated: November 8, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Dale M. Cendali*
　　　　　　　　　　　　　　　　　　　Dale M. Cendali (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Joshua L. Simmons (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Christopher T. Ilardi (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Miranda D. Means (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　Telephone: (212) 446-4800
　　　　　　　　　　　　　　　　　　　dale.cendali@kirkland.com
　　　　　　　　　　　　　　　　　　　joshua.simmons@kirkland.com
　　　　　　　　　　　　　　　　　　　chris.ilardi@kirkland.com
　　　　　　　　　　　　　　　　　　　miranda.means@kirkland.com

　　　　　　　　　　　　　　　　　　　Michael J. Nester (#02037211)
　　　　　　　　　　　　　　　　　　　Donovan Rose Nester P.C.
　　　　　　　　　　　　　　　　　　　15 North 1st Street, Suite A
　　　　　　　　　　　　　　　　　　　Belleville, Illinois 62220
　　　　　　　　　　　　　　　　　　　Telephone: (618) 212-6500
　　　　　　　　　　　　　　　　　　　mnester@drnpc.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) Case No. 3:18-cv-966-SMY-MAB |
| WRESTLING ENTERTAINMENT, INC.; | ) |
| VISUAL CONCEPTS ENTERTAINMENT; | ) |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019, I electronically filed the foregoing **Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Motion to Exclude the Testimony of Ryan Clark** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Benjamin R. Askew | baskew@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| Carrie L. Roseman | croseman@simonlawpc.com |
| R. Seth Crompton | scrompton@allfela.com |
| Tracey Blasa | tblasa@allfela.com |
| Jerry McDevitt | jerry.mcdevitt@klgates.com |
| Curtis Krasik | curtis.krasik@klgates.com |

*/s/ Dale M. Cendali*
Dale M. Cendali (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022

*Attorney for Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment*