# EXHIBIT 2

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

EAST ST. LOUIS DIVISION

CATHERINE ALEXANDER,

    Plaintiff,

vs.                            No. 3:18-cv-966-MJR-DGW

TAKE-TWO INTERACTIVE SOFTWARE, INC.,
2K GAMES, INC.; 2K SPORTS, INC.; WORLD
WRESTLING ENTERTAINMENT, INC.;
VISUAL CONCEPTS ENTERTAINMENT;
YUKE'S CO., LTD.; AND YUKE'S LA, INC.,

    Defendants.

VIDEOTAPED DEPOSITION OF JOSE ZAGAL

August 1, 2019; 8:02 a.m.

St. Louis, Missouri

Reported by:

Kelli Ann Willis

Job no: 25723

```
 1          on a specific study that was done.  If someone
 2          else were to have my same knowledge and
 3          experience and they read the same things as me,
 4          would they have the same opinion?  That's what
 5          I --
 6     BY MR. SIMMONS:
 7          Q.   Just for the record, that is no, right?
 8     Would they have the same opinion?  No, not
 9     necessarily?
10          A.   I don't know.
11          Q.   Because there isn't something that was
12     done that could be redone again, right?
13               MR. FRIEDMAN:  Objection, form.  Asked and
14          answered.
15               THE WITNESS:  I would say no, because we
16          don't have the methods to be able to answer
17          that question at the moment.
18     BY MR. SIMMONS:
19          Q.   Okay.  You believe that the Defendants in
20     this case expected that use of tattoos on Mr. Orton
21     in the WWE 2K games at issue in this case would
22     drive sales and increase profits to some extent,
23     right?
24          A.   I believe that they expected that the
25     inclusion of Randy Orton in the games the way he
```

1    looks in real life would drive sales, yes, to a
2    certain degree or extent.
3         Q.   But you don't reach the issue of whether
4    the use of the tattoos was part of that, right?
5         A.   I believe if the tattoos were wrong, that
6    would -- I believe in my report, I state that if his
7    tattoos were wrong, as in not the way they look on
8    Randy Orton, the person, then that would have a
9    negative effect on sales.
10        Q.   But your -- just to be clear, your
11   opinions don't extend to whether the tattoos alone,
12   leaving aside this overarching verisimilitudenous
13   question, drives sales or increases profits in the
14   games at issue in this case, right?
15        A.   You're asking if I comment on that in my
16   report?
17        Q.   I'm asking if you reached an opinion on
18   it.
19        A.   In the sense that the tattoos are part of
20   Randy Orton's character, I think they matter.
21        Q.   But leaving aside the verisimilitudenous
22   issue of their being the same as what exists in the
23   real world, you didn't reach a conclusion about the
24   tattoos as works of art and whether they drive sales
25   or lead to profits of the games at issue in this

1    case, right?
2         A.   I don't believe I commented in my report
3    on whether or not tattoos specifically, only by
4    themselves, devoid of any context, drives sales.
5         Q.   You believe that video game fans and
6    prospective buyers of WWE 2K games care about
7    Mr. Orton's appearance in the games at issue, right?
8         A.   Broadly speaking, yes.
9         Q.   What is your basis for that opinion?
10        A.   Again, my broad knowledge of the industry,
11   and specifically, in the report, I think I provide
12   some examples of fans caring about Mr. Orton's
13   appearance in the game specifically.
14        Q.   So other than the examples cited in your
15   report, you didn't conduct a larger study, right?
16        A.   No, I did not conduct a large-scale study.
17        Q.   And do you remember that the number of
18   instances discussed in your report is about less
19   than 10?
20        A.   I would have to look at the report to
21   answer that specifically.
22        Q.   But it is not -- it is not a high volume,
23   right?
24        A.   What do you mean by "high"?
25        Q.   Well, you understand that to draw