# EXHIBIT 3

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

EAST ST. LOUIS DIVISION


CATHERINE ALEXANDER,

     Plaintiff,

vs.                                    No. 3:18-cv-966-MJR-DGW

TAKE-TWO INTERACTIVE SOFTWARE, INC.,
2K GAMES, INC.; 2K SPORTS, INC.; WORLD
WRESTLING ENTERTAINMENT, INC.;
VISUAL CONCEPTS ENTERTAINMENT;
YUKE'S CO., LTD.; AND YUKE'S LA, INC.,

     Defendants.


HIGHLY CONFIDENTIAL


VIDEOTAPED DEPOSITION OF RYAN CLARK

September 12, 2019

St. Louis, Missouri


Reported by:

Pamela Watson Harrison

Job no: 26039

HIGHLY CONFIDENTIAL

Page 41

1        Q.   Have you ever worked on a case involving

2    tattoos?

3        A.   No.

4        Q.   Are you familiar with the -- or familiar

5    at all with the video game design process?

6        A.   Just generally from -- just generally,

7    yes.

8        Q.   I mean, and how are you generally

9    familiar with the video game design process?

10       A.   Just from what I've read from the other

11   experts involved in this case and very briefly

12   recall seeing -- I don't know where it was, but

13   how they -- video game industry is able to mimic

14   the movement of particular players, characters

15   by -- you know, they hook them up and a 3D imaging

16   is the general idea or sense of how it's done.

17       Q.   Have you ever -- prior to this lawsuit,

18   have you ever studied the video game industry?

19       A.   No.

20       Q.   Have you ever studied the video game

21   design process?

22       A.   No.

23       Q.   Have you ever researched the video game

24   design process?

25       A.   No.

HIGHLY CONFIDENTIAL

Page 42

1      Q.    Have you ever researched design choices

2   that video game developers make?

3      A.    No.

4      Q.    Have you ever researched the reasons for

5   making one design choice versus another?

6      A.    No.

7      Q.    Do you have any experience in -- do you

8   have any experience with the video game design

9   process?

10      A.    No.

11      Q.    So to be clear, you do not have any

12   experience in designing video games?

13      A.    That's correct.

14      Q.    You do not have any experience -- you do

15   not have any -- prior to this lawsuit, you do not

16   have any familiarity with the video game design

17   process other than playing them and watching them?

18      A.    And the one -- the mention -- or the

19   reference I had of seeing -- I don't know if it

20   was a special or whatever, where they showed how

21   the characters, the athletes, how they mimic their

22   moves.  And I don't remember -- I just remember

23   seeing a particular athlete hooked up on a

24   treadmill, and they had, like, things stuck to

25   them and they were -- they had a big screen.  But

HIGHLY CONFIDENTIAL

Page 46

1        THE VIDEOGRAPHER:  This ends media

2    number 1.  We're off the record.  It is 9:56 a.m.

3                   (Off the record from 9:56 a.m.

4                   until 10:05 a.m.)

5        THE VIDEOGRAPHER:  This begins media

6    number 2.  We're back on the record.  It is

7    10:05 a.m.

8    QUESTIONS BY MR. ILARDI:

9        Q.   Mr. Clark, before we broke, we were

10   talking earlier this morning about the fact that

11   you have played video games before?

12       A.   Correct.

13       Q.   And do you enjoy playing them?

14       A.   Yes.

15       Q.   Are video games a form of art?

16       A.   I don't have an opinion on that.  I

17   don't know what you mean by that.

18       Q.   You do have opinions on whether or not

19   realism is important to consumers of video games;

20   is that correct?

21       A.   Based off of Dr. Zagal's report.  And in

22   realism being a driver of consumer demand and

23   essentially based off of what Dr. Zagal has opined

24   to.

25       Q.   You're not offering any of your own

HIGHLY CONFIDENTIAL

Page 47

1    opinion on whether realism drives consumer

2    demands?

3         A.   No.

4         Q.   And do you offer any opinions beyond

5    what Mr. Zagal talks about, about the video game

6    industry?

7         A.   Well, my opinions are separate from

8    Dr. Zagal's opinions, and I believe where it is --

9    there's some overlap is on the tattoos and

10   Mr. Malackowski's opinion that zero profits and

11   sales are attributable to, you know, the tattoos.

12        Q.   You do offer opinions on the concept of

13   whether the profits are attributable to the

14   tattoos?

15        A.   Yes.

16        Q.   To be clear, when I say "the," I mean

17   you offer opinions on whether Take-Two's profits

18   are attributable to the tattoos?

19        A.   That's correct.  I agree with

20   Mr. Malackowski that zero -- or zero contribution

21   of the accused tattoos.

22        Q.   In your opinion, there is some

23   contribution of the accused tattoos to Take-Two's

24   profits in selling WWE 2K?

25        A.   Yes.

HIGHLY CONFIDENTIAL

Page 171

1       A.    Correct.

2       Q.    And here you have declined to provide

3   any percentage?

4       A.    I have not, that's correct.  I have not

5   provided -- I haven't declined.  I have disagreed

6   with Mr. Malackowski that it is zero percent.

7       Q.    That means, in your opinion, if

8   Mr. Orton's character was shown without his

9   tattoos, that would negatively impact Take-Two's

10  profits?

11      A.    Yes.

12      Q.    And people would buy -- people would

13  buy -- let me rephrase that.

14            There would be less sales of the accused

15  video games if Mr. Orton was shown without the

16  tattoos in the accused video games?

17      A.    That's not my opinion.  That's

18  Dr. Zagal's opinion that there would be less

19  sales.  But it seems like a reasonable opinion and

20  a reasonable basis for that, I believe.

21      Q.    There's some number of consumers who

22  otherwise would have purchased WWE 2K who now

23  would not purchase it if Mr. Orton was not shown

24  with his tattoos?

25      A.    I think that is a true statement

HIGHLY CONFIDENTIAL

Page 172

1    because, essentially, what is being quantified

2    is -- what the other experts are trying to

3    quantify is what that profit contribution

4    percentage is.  And if it's something greater than

5    zero, then what's been concluded is that there

6    is -- copyrighted work is contributing to the

7    profits of the company and if -- you know, profits

8    of company of sales and expenses.  I think that's

9    an accurate statement.

10       Q.   Are there some people who buy WWE 2K

11   because of the tattoos that appear on Mr. Orton?

12       A.   So, again, you're getting outside of my

13   area of my opinions.

14       Q.   Well, the way I read your opinions, I

15   don't think we are -- unless you're not going to

16   offer the opinions in Section 3D, you do offer

17   opinions that the design choices, including the

18   tattoos, had an impact on profits, don't you?

19       A.   Yes, based off of the expert in the

20   video game industry, based off of some survey data

21   from Take-Two's video game surveyor.  There was

22   some percentage of the consumers that valued, you

23   know, the realism of characters; and that's

24   something that I'll leave to those experts to talk

25   about.

HIGHLY CONFIDENTIAL

Page 188

1    Orton's tattoos?

2         A.   It's not my opinion.  It's in the survey

3    that nearly 1 percent of respondents identified

4    the depiction of Mr. Orton's appearance as one of

5    the reasons they bought the WWE 2K game.

6         Q.   Your opinion was that the profits

7    attributable are not zero?

8         A.   That's correct.

9         Q.   My question is:  Does that mean there's

10   at least -- at least one person who has bought the

11   game who did so because of Mr. Orton's tattoos?

12        A.   I don't have that information.  And my

13   opinion is also based off of Dr. Zagal's opinion

14   related to the need for increased realism of the

15   game to avoid negative criticisms from the

16   consumers, and that's a real deal that there's

17   online platforms that the consumers can voice

18   their opinions about the lack of realism of the

19   games.  And so that's his area of expertise.  I'm

20   simply pointing out that -- I simply disagree with

21   Mr. Malackowski that there's zero contribution of

22   the accused tattoos to the 2K's profits.

23        Q.   So I'm just trying to understand.  Does

24   that mean in your opinion there's at least one

25   person that purchased the game because of