# EXHIBIT 4

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF ILLINOIS
 3      ------------------------------  x
 4    CATHERINE ALEXANDER,              :
 5         Plaintiff,                   :
 6    v.                                :
 7    TAKE-TWO INTERACTIVE SOFTWARE,    :  Cause No.
 8    INC., 2K GAMES, INC., 2K          :  3:18-CV-0966-SMY
 9    SPORTS, INC., WORLD WRESTLING     :
10    ENTERTAINMENT, INC., and          :
11    VISUAL CONCEPTS ENTERTAINMENT,    :
12         Defendants.                  :
13    ------------------------------  X
14
15                Zoom Video Deposition of
16                    EDWARD M. KIANG
17                Tuesday, August 4, 2020
18             9:04 a.m. CST to 12:24 p.m. CST
19
20
21
22     Job No.: 311575
23     Pages: 1 - 122
24     Reported by: Melody Stephenson
25     BBA, FCRR, CRR, CRC, RPR, RSA, MO CCR #406
```

Transcript of Edward M. Kiang
Conducted on August 4, 2020

68

| | | |
|---|---|---|
| 1 | If there was historical context for an earlier | 10:36:33 |
| 2 | period in his life when he didn't have said | 10:36:36 |
| 3 | tattoos, it might've been approved. | 10:36:38 |
| 4 |     Q  (By Mr. Friedman)  Looking at the way in | 10:36:40 |
| 5 | which the Orton character exists in the WWE 2K | 10:36:42 |
| 6 | Games, that Orton character contains tattoos, | 10:36:49 |
| 7 | isn't that right? | 10:36:53 |
| 8 |     A  That's correct. | 10:36:54 |
| 9 |     Q  So had that Orton talent model been | 10:36:54 |
| 10 | submitted to the WWE without any tattoos, would | 10:36:59 |
| 11 | WWE have approved it? | 10:37:04 |
| 12 |     MR. KRASIK:  Objection.  Calls for | 10:37:07 |
| 13 | speculation, and now asked and answered. | 10:37:08 |
| 14 |     You can answer it one more time. | 10:37:11 |
| 15 |     A  No, it would not have been approved for | 10:37:13 |
| 16 | the uses that are, you know, within the standard | 10:37:15 |
| 17 | play of the game. | 10:37:20 |
| 18 |     Q  (By Mr. Friedman)  All right.  Thank you. | 10:37:20 |
| 19 |     Had the Orton talent model been submitted | 10:37:22 |
| 20 | with tattoos that were different from the tattoos | 10:37:26 |
| 21 | that Mr. Orton has in real life, would the WWE | 10:37:29 |
| 22 | have approved that talent model? | 10:37:34 |
| 23 |     MR. KRASIK:  Objection.  Calls for | 10:37:36 |
| 24 | speculation. | 10:37:39 |
| 25 |     A  Again, without further context, we | 10:37:40 |

| | | |
|---|---|---|
| 1 | would've flagged it for further comment and tried | 10:37:43 |
| 2 | to ascertain why they would've made that change. | 10:37:45 |
| 3 |     Q   (By Mr. Friedman)   All right.   Given the | 10:37:48 |
| 4 | way in which the Orton character appears in the | 10:37:51 |
| 5 | WWE 2K Games, had that Orton character talent | 10:37:55 |
| 6 | model been submitted with tattoos that were | 10:38:00 |
| 7 | different from the tattoos Mr. Orton has in real | 10:38:02 |
| 8 | life, would the WWE have rejected that talent | 10:38:04 |
| 9 | model? | 10:38:07 |
| 10 |     A   That's correct. | 10:38:08 |
| 11 |     MR. KRASIK:   Objection.   Calls for | 10:38:09 |
| 12 | speculation. | 10:38:12 |
| 13 |     You can answer. | 10:38:13 |
| 14 |     A   That's correct. | 10:38:13 |
| 15 |     Q   (By Mr. Friedman)   Had Take-Two submitted | 10:38:13 |
| 16 | a Randy Orton talent model in which his tattoos | 10:38:21 |
| 17 | were all blurred out, do you think WWE would've | 10:38:28 |
| 18 | approved that talent model? | 10:38:31 |
| 19 |     MR. KRASIK:   Objection.   Calls for | 10:38:35 |
| 20 | speculation. | 10:38:37 |
| 21 |     A   I -- we would not have approved it unless | 10:38:37 |
| 22 | we had a reason to approve it. | 10:38:40 |
| 23 |     Q   (By Mr. Friedman)   Now, given those | 10:38:45 |
| 24 | scenarios that we just discussed, why is it that | 10:38:46 |
| 25 | the WWE would not have approved a Orton talent | 10:38:52 |

| | | |
|---|---|---|
| 1 | A   Again, I think realistic is a little | 10:40:18 |
| 2 | subjective.  For us, it's -- it -- you know, we | 10:40:21 |
| 3 | want to maintain that there's a -- a level of | 10:40:26 |
| 4 | accuracy to the brand.  Inclusive of that could be | 10:40:28 |
| 5 | Randy Orton's tattoos on Randy Orton's body. | 10:40:34 |
| 6 | Q   Okay.  And that was an important | 10:40:37 |
| 7 | consideration for the WWE, is that right? | 10:40:39 |
| 8 | A   I wouldn't -- I wouldn't characterize it | 10:40:45 |
| 9 | as saying that his tattoos are an important | 10:40:49 |
| 10 | decision within our approval process, but it | 10:40:52 |
| 11 | would, you know, wholistically, it would be | 10:40:55 |
| 12 | something that would be noticed. | 10:40:59 |
| 13 | Q   Okay.  But the tattoos on Randy Orton were | 10:40:59 |
| 14 | important enough that without accurate | 10:41:02 |
| 15 | representation of the tattoos, the Orton talent | 10:41:04 |
| 16 | model would not have been approved, isn't that | 10:41:08 |
| 17 | right? | 10:41:14 |
| 18 | A   Presumably.  Again, it -- it's hard -- | 10:41:14 |
| 19 | it's hard to speculate unless we know the | 10:41:17 |
| 20 | difference that we're talking about.  Some things | 10:41:19 |
| 21 | might go unnoticed depending on the resolution | 10:41:22 |
| 22 | and -- and type of change but -- | 10:41:25 |
| 23 | Q   In order to approve the Randy Orton talent | 10:41:28 |
| 24 | model, does -- did the WWE need to make a | 10:41:31 |
| 25 | determination that his tattoos were an accurate | 10:41:36 |