# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE SOUTHERN DISTRICT OF ILLINOIS
 3    CATHERINE ALEXANDER,
 4             Plaintiff,
 5    vs.                      Case No. 3:18-cv-0966-MJR-MAB
 6    TAKE-TWO INTERACTIVE SOFTWARE,
 7    INC., 2K GAMES, INC., 2K SPORTS,
 8    INC., WORLD WRESTLING ENTERTAINMENT,
 9    INC., VISUAL CONCEPTS ENTERTAINMENT,
10    YUKE'S CO., LTD., and YUKE'S LA, INC.,
11             Defendants.
12    ----------------------------------------/
13
14                    ** CONFIDENTIAL **
15           Videotaped deposition of MARK LITTLE
16                    Novato, California
17                Wednesday, August, 14, 2019
18                        9:21 a.m.
19
20
21    Job No.:  257052
22    Pages:  1 - 180
23    Stenographically reported by:
24           Lorrie L. Marchant, CA CSR No. 10523
25           RMR, CRR, CCRR, CLR
```

| | | |
|---|---|---|
| 1 | what was the role of Visual Concepts in developing | 10:42:18 |
| 2 | the WWE 2K16 game? | 10:42:19 |
| 3 | A.   Sure.  So for WWE 2K16, Visual Concepts was | 10:42:25 |
| 4 | essentially running as the creative team for the | 10:42:32 |
| 5 | game.  We would also -- we were co-developing the | 10:42:34 |
| 6 | game with YUKE'S, so YUKE'S had been the historic | 10:42:37 |
| 7 | developer.  They've been developing the game for | 10:42:41 |
| 8 | over 20 years.  So they were the primary developers. | 10:42:43 |
| 9 | So they owned -- have the game engine, they have the | 10:42:47 |
| 10 | largest amount of the developers on the project. | 10:42:49 |
| 11 | But the Visual Concepts team would provide | 10:42:52 |
| 12 | ancillary support, creative direction.  And then | 10:42:57 |
| 13 | what we did is we also brought some of the | 10:42:59 |
| 14 | technologies that we use on NBA and some of the | 10:43:02 |
| 15 | advanced technologies we know from building modern | 10:43:05 |
| 16 | games to help promote the WWE game and make it move | 10:43:08 |
| 17 | forward. | 10:43:12 |
| 18 | Q.   Okay.  But at the time that WWE 2K was | 10:43:12 |
| 19 | developed, YUKE'S had a game engine in place for the | 10:43:16 |
| 20 | WWE games; right? | 10:43:18 |
| 21 | A.   Yes. | 10:43:20 |
| 22 | Q.   Okay.  Did Visual Concepts provide | 10:43:20 |
| 23 | technology that was later incorporated in the YUKE'S | 10:43:22 |
| 24 | game engine? | 10:43:24 |
| 25 | MS. CENDALI:  Objection to form. | 10:43:26 |

CONFIDENTIAL

Transcript of Mark Little
Conducted on August 14, 2019          77

| | | |
|---|---|---|
| 1 | as he shows in the game they're not involved with. | 10:52:32 |
| 2 | Their involvement would be mostly limited | 10:52:35 |
| 3 | to the publish -- publishing, marketing, promotion | 10:52:38 |
| 4 | of the game, however they might have been involved. | 10:52:41 |
| 5 | That would be the best of my knowledge. | 10:52:44 |
| 6 | Q.   Okay.  What was the role of 2K Sports | 10:52:48 |
| 7 | Incorporated in the depiction of Mr. Orton in the | 10:52:49 |
| 8 | WWE games? | 10:52:52 |
| 9 | A.   As I just stated, they're not involved -- | 10:52:56 |
| 10 | 2K Sports is not involved in the development.  So | 10:52:59 |
| 11 | how he appears in the game is more on the | 10:53:02 |
| 12 | development side.  So that would be more of a Visual | 10:53:03 |
| 13 | Concepts-YUKE'S activity. | 10:53:06 |
| 14 | Q.   I understand. | 10:53:10 |
| 15 | A.   2K Sports would be publishing and marketing | 10:53:11 |
| 16 | and anything that we did promotional materials of, | 10:53:13 |
| 17 | which I don't recall when we have used them. | 10:53:15 |
| 18 | Q.   Understood. | 10:53:18 |
| 19 | So is it accurate to say that neither | 10:53:19 |
| 20 | 2K Games nor 2K Sports had any role in the depiction | 10:53:21 |
| 21 | of Mr. Orton in the video games? | 10:53:24 |
| 22 | A.   I mean, I would -- I would say that they | 10:53:34 |
| 23 | didn't have any direct role. | 10:53:42 |
| 24 | Q.   Did they have an indirect role? | 10:53:43 |
| 25 | A.   I was trying to think if they did have an | 10:53:45 |

CONFIDENTIAL

Transcript of Mark Little
Conducted on August 14, 2019

99

| | | |
|---|---|---|
| 1 | So in the motion capture studio, we will -- | 11:17:17 |
| 2 | for instance, with Randy Orton's entrance, we will | 11:17:20 |
| 3 | have someone come in and perform the entrance in the | 11:17:23 |
| 4 | exact same way and style as Randy Orton so that we | 11:17:26 |
| 5 | can transfer it into the game. | 11:17:28 |
| 6 | BY MR. FRIEDMAN: | 11:17:29 |
| 7 | Q. I see. Thank you. | 11:17:29 |
| 8 | So -- so with Mr. Orton specifically, you | 11:17:32 |
| 9 | did not use motion capture to get things like his | 11:17:34 |
| 10 | gait or walk; correct? | 11:17:37 |
| 11 | A. We use -- I would not characterize it that | 11:17:40 |
| 12 | way. We use motion capture to capture how he moves. | 11:17:42 |
| 13 | We just don't have Randy Orton himself do it due to | 11:17:46 |
| 14 | accessibility. | 11:17:49 |
| 15 | Q. So there is an actor who is impersonating | 11:17:51 |
| 16 | Randy Orton, and that actor is motion captured by | 11:17:54 |
| 17 | Take-Two and later depicted as if he were | 11:17:58 |
| 18 | Randy Orton; is that accurate? | 11:18:01 |
| 19 | A. Yes, that would be more accurate. And just | 11:18:03 |
| 20 | to clarify, these are actual wrestlers too, so it's | 11:18:05 |
| 21 | not like Hollywood actors. They're wrestlers as | 11:18:08 |
| 22 | well. | 11:18:12 |
| 23 | Q. Sure. Well, and that makes sense because | 11:18:12 |
| 24 | you're going for realism; right? | 11:18:14 |
| 25 | A. "Authenticity" is generally the word I | 11:18:16 |

CONFIDENTIAL

Transcript of Mark Little
Conducted on August 14, 2019

100

| | | |
|---|---|---|
| 1 | would use. | 11:18:17 |
| 2 | Q. Authenticity. Okay. | 11:18:17 |
| 3 | All right. So following the topology stage | 11:18:19 |
| 4 | of photogrammetry, what's the next step? | 11:18:21 |
| 5 | A. At a high level, it involves the extraction | 11:18:28 |
| 6 | of the skin detail from the photographs. So that -- | 11:18:31 |
| 7 | Q. I'm sorry to cut you off because I am | 11:18:37 |
| 8 | trying to understand this process. | 11:18:40 |
| 9 | A. M-hm. | 11:18:44 |
| 10 | Q. Okay. So let me get this straight. You | 11:18:44 |
| 11 | take all the photographs; right? From that single | 11:18:46 |
| 12 | set of a thousand photographs, approximately, you | 11:18:49 |
| 13 | extract topology data and create a mesh; right? | 11:18:52 |
| 14 | A. M-hm. | 11:18:56 |
| 15 | Q. Okay. Now, from that same set of | 11:18:56 |
| 16 | photographs, you're extracting something else, and I | 11:18:58 |
| 17 | think that's what you're starting to talking about; | 11:19:00 |
| 18 | is that right? | 11:19:03 |
| 19 | A. That is correct. | 11:19:03 |
| 20 | Q. Okay. Now, what is the step after | 11:19:04 |
| 21 | topology, then? | 11:19:06 |
| 22 | A. The -- this next step. In general terms, | 11:19:08 |
| 23 | there's actually quite a few technical steps that | 11:19:10 |
| 24 | I'm not an expert on. The next step is the | 11:19:12 |
| 25 | extraction of the detail on the skin for the | 11:19:17 |

CONFIDENTIAL
Transcript of Mark Little
Conducted on August 14, 2019

149

| | | |
|---|---|---|
| 1 | In the photo reference process, you start | 12:27:40 |
| 2 | with a photograph, and then you go through a | 12:27:42 |
| 3 | modeling process; right?  Correct? | 12:27:44 |
| 4 |     A.   Yes.  That is generally the steps. | 12:27:48 |
| 5 |     Q.   In that modeling process, there is artistic | 12:27:50 |
| 6 | input; is that accurate? | 12:27:55 |
| 7 |          MS. CENDALI:  Objection to form. | 12:27:57 |
| 8 | Mischaracterizes his testimony. | 12:27:58 |
| 9 |          THE WITNESS:  The goal, just as we've said | 12:28:00 |
| 10 | before, is that we try and re-create these as | 12:28:03 |
| 11 | authentically as possible.  So the process of doing | 12:28:06 |
| 12 | the modeling is the goal, and the objective is to | 12:28:10 |
| 13 | re-create it as authentically as we can. | 12:28:13 |
| 14 |          So, in fact, it's not a wildly creative | 12:28:16 |
| 15 | process.  It's more of a rote function of trying to | 12:28:19 |
| 16 | re-create what you see, to the best of our | 12:28:22 |
| 17 | abilities.  And obviously there are limitations on | 12:28:26 |
| 18 | what we can do in games. | 12:28:28 |
| 19 |          BY MR. FRIEDMAN: | 12:28:29 |
| 20 |     Q.   Okay. So -- okay.  All right.  That's | 12:28:30 |
| 21 | fine. | 12:28:32 |
| 22 |          MR. FRIEDMAN:  We can go off the record for | 12:28:48 |
| 23 | a moment. | 12:28:48 |
| 24 |          THE VIDEOGRAPHER:  Please stand by. | 12:28:50 |
| 25 |          We are off the record.  The time is 12:29. | 12:28:51 |

CONFIDENTIAL

Transcript of Mark Little
Conducted on August 14, 2019

159

| | | |
|---|---|---|
| 1 | TV. | 01:12:10 |
| 2 |     Q.   Understood. | 01:12:12 |
| 3 |         Okay.  My question, though, is did | 01:12:12 |
| 4 | reproducing Mr. Orton's tattoos as they appear in | 01:12:14 |
| 5 | real life contribute to the authenticity of the WWE | 01:12:18 |
| 6 | video games? | 01:12:22 |
| 7 |     A.   I don't know that you could separate out | 01:12:23 |
| 8 | tattoos.  It's Randy Orton as a person, his entire | 01:12:25 |
| 9 | appearance, his persona, and the person that he is | 01:12:29 |
| 10 | inside of the WWE.  That's the important part.  And | 01:12:33 |
| 11 | there's obviously many elements to that. | 01:12:36 |
| 12 |     Q.   Is one of those elements Randy Orton's | 01:12:39 |
| 13 | tattoos? | 01:12:41 |
| 14 |     A.   I think the way I would say it is it's his | 01:12:44 |
| 15 | physical appearance, whatever that may comprise. | 01:12:47 |
| 16 |     Q.   Okay.  In your mind, does his physical | 01:12:50 |
| 17 | appearance comprise his tattoos? | 01:12:52 |
| 18 |     A.   Yes, you can see his tattoos. | 01:12:54 |
| 19 |     Q.   Okay.  So then going back a couple of | 01:12:55 |
| 20 | questions, then, would you say that the reproduction | 01:12:57 |
| 21 | of Randy Orton's tattoos as they appear in real life | 01:12:59 |
| 22 | contributed to the realism of the WWE video games? | 01:13:02 |
| 23 |     A.   I mean, I think -- I think I said this many | 01:13:06 |
| 24 | times.  I tend to use the word "authentic." | 01:13:09 |
| 25 |     Q.   And I said "realism."  So I'll reask the | 01:13:12 |

CONFIDENTIAL

Transcript of Mark Little
Conducted on August 14, 2019

160

| | | |
|---|---|---|
| 1 | question.  And I said earlier I was going to start | 01:13:15 |
| 2 | using "authenticity," and I haven't.  Okay.  So | 01:13:17 |
| 3 | strike that previous question. | 01:13:19 |
| 4 | Did the -- does the reproduction by | 01:13:22 |
| 5 | Take-Two of Mr. Orton's tattoos, as they appear in | 01:13:25 |
| 6 | real life, contribute to the authenticity of the WWE | 01:13:29 |
| 7 | video games? | 01:13:31 |
| 8 | A.   I think that his -- the appearance of | 01:13:32 |
| 9 | Randy Orton as Randy Orton is the important part, to | 01:13:36 |
| 10 | the best of our ability, in all aspects that are | 01:13:40 |
| 11 | Randy Orton. | 01:13:42 |
| 12 | Q.   Is one of those aspects his tattoos? | 01:13:42 |
| 13 | A.   I mean, Randy Orton has tattoos on his | 01:13:51 |
| 14 | body. | 01:13:54 |
| 15 | Q.   Right.  And you said that a bunch of | 01:13:54 |
| 16 | aspects contribute to the authenticity of | 01:13:56 |
| 17 | Randy Orton in the WWE games.  Okay?  So -- and now | 01:13:58 |
| 18 | you're saying that one of those aspects includes his | 01:14:02 |
| 19 | tattoos. | 01:14:04 |
| 20 | Am I following you so far? | 01:14:05 |
| 21 | A.   I'm saying that our goal with him being | 01:14:06 |
| 22 | authentic is for him to look exactly like he does on | 01:14:08 |
| 23 | programming.  So however he looks on programming, | 01:14:10 |
| 24 | that's what I'm trying to make him look like in the | 01:14:13 |
| 25 | game. | 01:14:15 |

CONFIDENTIAL
Transcript of Mark Little
Conducted on August 14, 2019

164

| | | |
|---|---|---|
| 1 | or as authentic as they can, right. And so the | 01:17:30 |
| 2 | technique we use obviously captures everything | 01:17:34 |
| 3 | that's on their skin. | 01:17:37 |
| 4 | Q. Right. And one aspect of Mr. Orton's | 01:17:38 |
| 5 | authenticity in real life is his tattoo of his | 01:17:41 |
| 6 | current wife, Kim; right? | 01:17:43 |
| 7 | A. That is how he appears. | 01:17:47 |
| 8 | Q. Okay. And if I told you that Mr. Orton has | 01:17:48 |
| 9 | done interviews with media and discussed the | 01:17:53 |
| 10 | importance of his Kim tattoo, would you have any | 01:17:57 |
| 11 | reason to think that that didn't occur? | 01:18:00 |
| 12 | MS. CENDALI: Outside the scope. | 01:18:04 |
| 13 | But you may answer. | 01:18:04 |
| 14 | THE WITNESS: I wouldn't believe that you | 01:18:06 |
| 15 | would make that story up to me, but I have no actual | 01:18:07 |
| 16 | information on it. | 01:18:09 |
| 17 | BY MR. FRIEDMAN: | 01:18:10 |
| 18 | Q. So -- so then one aspect -- well, strike | 01:18:11 |
| 19 | that. | 01:18:15 |
| 20 | So now let's look at the other tattoos. | 01:18:15 |
| 21 | Right. And we'll get back to my original question, | 01:18:17 |
| 22 | and I'll just reask it again. Okay. | 01:18:19 |
| 23 | Was the reproduction of Mr. Orton's tattoos | 01:18:22 |
| 24 | as they appear in real life, did that contribute to | 01:18:25 |
| 25 | the authenticity of the WWE video games? | 01:18:29 |

| | | |
|---|---|---|
| 1 | A. I think that the fact that we reproduce | 01:18:40 |
| 2 | them as you see on TV is -- is the important part as | 01:18:44 |
| 3 | he is, to be authentic. | 01:18:47 |
| 4 | Q. Understood. And one aspect of that | 01:18:49 |
| 5 | authenticity is his real life tattoos. | 01:18:51 |
| 6 | Do you agree? | 01:18:53 |
| 7 | MS. CENDALI: Okay. Asked and answered. | 01:18:54 |
| 8 | THE WITNESS: I think the part I'm having | 01:18:57 |
| 9 | trouble separating out in my head is that we take | 01:18:58 |
| 10 | photos of their bodies and their skin, and however | 01:19:02 |
| 11 | they look is what goes on there. I don't think I've | 01:19:04 |
| 12 | ever heard anyone tell me that a specific tattoo | 01:19:07 |
| 13 | will make or break authenticity because it's an | 01:19:12 |
| 14 | overall package. | 01:19:15 |
| 15 | So, you know, there are little details, | 01:19:16 |
| 16 | depending on the superstar or the wrestler from year | 01:19:19 |
| 17 | to year, that might not be 100 percent correct. And | 01:19:23 |
| 18 | the overall goal is that we get the majority of it | 01:19:26 |
| 19 | correct. | 01:19:29 |
| 20 | BY MR. FRIEDMAN: | 01:19:30 |
| 21 | Q. Okay. | 01:19:30 |
| 22 | A. If that makes sense. | 01:19:30 |
| 23 | Q. That does make a lot of sense. | 01:19:31 |
| 24 | But my question wasn't about whether his | 01:19:33 |
| 25 | reproduction of his tattoos would make or break the | 01:19:35 |