# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## Plaintiff's Initial Trial Exhibit List

**Style:** Catherine Alexander v. Take Two Interactive Software, Inc., et al.

**Case Number:** 3:18-cv-0966-SMY

| Presiding Judge:<br>STACI M. YANDLE | Plaintiff's Attorneys:<br>Anthony G. Simon<br>Anthony R. Friedman<br>THE SIMON LAW FIRM, P.C.<br><br>R. Seth Crompton<br>THE HOLLAND LAW FIRM | Defendants' Attorneys:<br>Dale M. Cendali<br>Joshua L. Simmons<br>KIRKLAND & ELLIS LLP<br><br>Jerry McDevitt<br>Curtis Krasik<br>K&L GATES LLP<br><br>Michael J. Nester<br>DONOVAN ROSE NESTER P.C. |
|---|---|---|
| **Trial Date:**<br>October 19, 2020 | **Court Reporter:**<br>Chris Dohack LaBuwi | **Courtroom Deputy:**<br>Stacie Hurst |

| Pltf No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | | | Certificate of Registration from the U.S. Copyright Office –Dove [ALEXANDER000060-61] | | |
| 2 | | | Certificate of Registration from the U.S. Copyright Office – Rose [ALEXANDER000062] | | |
| 3 | | | Certificate of Registration from the U.S. Copyright Office – Skulls [ALEXANDER000063-64] | | |
| 4 | | | Certificate of Registration from the U.S. Copyright Office – Tribal Addition [ALEXANDER000065-66] | | |
| 5 | | | Certificate of Registration from the U.S. Copyright Office – Tribal Design [ALEXANDER000070-71] | | |
| 6 | | | Copyright registration application for Tribal Addition design [ALEXANDER000001-4, Alexander Depo Exh 3] | | |
| 7 | | | Copyright registration application for Dove design [ALEXANDER000009-14, Alexander Depo Exh 16] | | |

| Pltf No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 8 | | | Copyright registration application for Rose design [ALEXANDER000015-19, Alexander Depo Exh 17] | | |
| 9 | | | Copyright registration application for Skulls design [ALEXANDER000020-24, Alexander Depo Exh 18] | | |
| 10 | | | Copyright registration application for Tribal design [ALEXANDER000025-28, Alexander Depo Exh 7] | | |
| 11 | | | Photograph of Plaintiff and Mr. Orton [ALEXANDER000036] | | |
| 12 | | | Sketch of Plaintiff's dove tattoo design [ALEXANDER000037, Alexander Depo Exh 12] | | |
| 13 | | | Sketch of Plaintiff's tribal addition tattoo design [ALEXANDER000038, Alexander Depo Exh 5] | | |
| 14 | | | Sketch of Plaintiff's tribal addition tattoo design [ALEXANDER000039, Alexander Depo Exh 6] | | |
| 15 | | | Sketch of Plaintiff's tribal addition tattoo design [ALEXANDER000040, Alexander Depo Exh 4] | | |
| 16 | | | Sketch of Plaintiff's tribal design addition for Mr. Orton's tattoos arm(s) [ALEXANDER000041, Alexander Depo Exh 8] | | |
| 17 | | | Photograph of Mr. Orton with tattoos on arms [ALEXANDER000043, Alexander Depo Exh 11] | | |
| 18 | | | Photograph of Mr. Orton's arm tattoos [ALEXANDER000044, Alexander Depo Exh 10] | | |
| 19 | | | Photograph of Mr. Orton's upper arm tribal design and partial view of back tribal addition [ALEXANDER000045, Alexander Depo Exh 14] | | |
| 20 | | | Photograph of Mr. Orton's tattoos on arms [ALEXANDER000046] | | |
| 21 | | | Photograph of Mr. Orton's upper arm and upper back tribal tattoos [ALEXANDER000047] | | |
| 22 | | | Photograph of Mr. Orton's Rose arm tattoos [ALEXANDER000048, Alexander Depo Exh 13] | | |
| 23 | | | Photograph of Mr. Orton's skull arm tattoos [ALEXANDER000049] | | |
| 24 | | | George Lopez show, interview of Mr. Orton [ALEXANDER000050] | | |
| 25 | | | Article: The 20 Coolest Tattoos in WWE History [Zagal Depo Exh 3] | | |

| Pltf No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 26 | | | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0000982, Snyder Depo Exh 9] | | |
| 27 | | | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0000983, Snyder Depo Exh 10] | | |
| 28 | | | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0001332, Snyder Depo Exh 11] | | |
| 29 | | | License between Take-Two Interactive Software, Inc. and World Wrestling Entertainment [TAKE-TWO_0000498-542, Little Depo Exh 2] | | |
| 30 | | | Amendment 1 to License between Take-Two Interactive Software, Inc. and World Wrestling Entertainment [TAKE-TWO_0000543-559, Little Depo Exh 3] | | |
| 31 | | | Master Development Agreement between Yuke's Co., Ltd. and World Wrestling Entertainment [TAKE-TWO_0000560-609, Little Depo Exh 4] | | |
| 32 | | | Images of Mr. Orton [TAKE-TWO_0000798-822, Little Depo Exh 5] | | |
| 33 | | | Images of Mr. Orton [TAKE-TWO_0000909-929, Little Depo Exh 6] | | |
| 34 | | | Screenshot of WWE 2K16 video of Mr. Orton's tattoos [TAKE-TWO_0000481, Little Depo Exh 7] | | |
| 35 | | | IndianVideoGamer.com Interview: WWE 2K18 Executive Producer Mark Little [Little Depo Exh 8] | | |
| 36 | | | United States Securities and Exchange Commission – Form 10-K for Take-Two Interactive Software, Inc. for the fiscal year ended March 31, 2018 [Clark Depo Exh 4] | | |
| 37 | | | Opening Expert Report of Jose Zagal dated November 15, 2018 | | |
| 38 | | | Exhibit A to Opening Expert Report of Jose Zagal | | |
| 39 | | | Supplemental Expert Report of Jose Zagal dated February 4, 2019 | | |
| 40 | | | Responding Expert Report of Jose Zagal dated February 21, 2019 | | |
| 41 | | | Expert Rebuttal Report of Ryan J. Clark dated February 21, 2019 | | |
| 42 | | | Physical copy of WWE 2K16, XBOX ONE format [M. Little's Declaration, Doc 142-1] | | |
| 43 | | | Packaging and insert of WWE 2K16 XBOX ONE format [M. Little's Declaration, Doc 142-1] | | |

| Pltf No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 44 | | | Physical copy of WWE 2K17, XBOX ONE format [M. Little's Declaration, Doc 142-1] | | |
| 45 | | | Packaging and insert of WWE 2K17 XBOX One format [M. Little's Declaration, Doc 142-1] | | |
| 46 | | | Physical copy of WWE 2K18, XBOX ONE format [M. Little's Declaration, Doc 142-1] | | |
| 47 | | | Packaging and insert of WWE 2K18 XBOX One format [M. Little's Declaration, Doc 142-1] | | |
| 48 | | | Physical copy of WWE 2K16, Sony PlayStation 4 format [TAKE-TWO_0000001] | | |
| 49 | | | Packaging and Insert of WWE 2K16 Sony PlayStation 4 format [TAKE-TWO_0000001] | | |
| 50 | | | Physical copy of WWE 2K17, Sony PlayStation 4 format [TAKE-TWO_0000002] | | |
| 51 | | | Packaging and Insert of WWE 2K17 Sony PlayStation 4 format [TAKE-TWO_0000002] | | |
| 52 | | | Physical copy of WWE 2K18, Sony PlayStation 4 format [TAKE-TWO_0000003] | | |
| 53 | | | Packaging and Insert of WWE 2K18 Sony Play Station 4 format [TAKE-TWO_0000003] | | |
| 54 | | | WWE Source Product Submission #3540 [Kiang Depo Exh 4; WWE_Alexander0000109] | | |
| 55 | | | WWE Source Product Submission #17984 [Kiang Depo Exh 5; WWE_Alexander0000207] | | |
| 56 | | | WWE Source Product Submission #4073 [Kiang Depo Exh 6; WWE_Alexander0000112] | | |
| 57 | | | Bryce Yang's 8-6-14 Email Chain [Kiang depo Exh 7; WWE_Alexander0000094] | | |
| 58 | | | Screenshot of WWE 2K15 video of Mr. Orton's tattoos [WWE_Alexander_0000098] | | |
| 59 | | | Screenshot of WWE 2K17 video of Mr. Orton's tattoos [WWE_Alexander_0000166] | | |
| 60 | | | Video of Mr. Orton's videogame character [TAKE-TWO_0000823.M4V] | | |
| 61 | | | Video of Mr. Orton from WWE 2K Game [WWE_Alexander0000172.m4v] | | |
| 62 | | | Video of Mr. Orton from WWE 2K Game [WWE_Alexander0000180.m4v] | | |
| 63 | | | Trailer for WWE 2K17 containing Mr. Orton [WWE_Alexander0000200.mp4] | | |
| 64 | | | Trailer for WWE 2K16 containing Mr. Orton [TAKE-TWO_0000481.mp4] | | |

| Pltf No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 65 | | | Capture from the videogame WWE 2K16 depicting the infringing Rose tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000001] | | |
| 66 | | | Capture from the videogame WWE 2K16 depicting the infringing dove tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000001] | | |
| 67 | | | Capture from the videogame WWE 2K16 depicting the infringing skulls tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000001] | | |
| 68 | | | Capture from the videogame WWE 2K16 depicting the infringing tribal tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000001] | | |
| 69 | | | Capture from the videogame WWE 2K16 depicting the infringing tribal addition tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000001] | | |
| 70 | | | Capture from the videogame WWE 2K17 depicting the infringing Rose tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000002] | | |
| 71 | | | Capture from the videogame WWE 2K17 depicting the infringing dove tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000002] | | |
| 72 | | | Capture from the videogame WWE 2K17 depicting the infringing skulls tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000002] | | |
| 73 | | | Capture from the videogame WWE 2K17 depicting the infringing tribal tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000002] | | |
| 74 | | | Capture from the videogame WWE 2K17 depicting the infringing tribal addition tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000002] | | |

| Pltf No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 75 | | | Capture from the videogame WWE 2K18 depicting the infringing Rose tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000003] | | |
| 76 | | | Capture from the videogame WWE 2K18 depicting the infringing dove tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000003] | | |
| 77 | | | Capture from the videogame WWE 2K18 depicting the infringing skulls tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000003] | | |
| 78 | | | Capture from the videogame WWE 2K18 depicting the infringing tribal tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000003] | | |
| 79 | | | Capture from the videogame WWE 2K18 depicting the infringing tribal addition tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-1; TAKE-TWO_0000003] | | |
| 80 | | | Photographs of the rose tattoo on Randy Orton [ALEXANDER000018-19] | | |
| 81 | | | Photographs of the dove tattoo on Randy Orton [ALEXANDER000012-14] | | |
| 82 | | | Photographs of the skulls tattoo on Randy Orton [ALEXANDER000023-24] | | |
| 83 | | | Photographs of the tribal tattoo on Randy Orton [ALEXANDER000028] | | |
| 84 | | | Photographs of the tribal addition tattoo on Randy Orton [ALEXANDER000004] | | |
| 85 | | | World Wrestling Entertainment, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories dated August 17, 2018 | | |
| 86 | | | World Wrestling Entertainment, Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Admission dated August 17, 2018 | | |
| 87 | | | Defendant World Wrestling Entertainment, Inc.'s Objections to Plaintiff's Second Set of Requests for Admission dated October 15, 2018 | | |
| 88 | | | Defendant World Wrestling Entertainment, Inc.'s | | |

| Pltf No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| | | | Objections to Plaintiff's First Set of Requests for Production dated October 15, 2018 | | |
| 89 | | | Defendant World Wrestling Entertainment, Inc.'s Objections to Plaintiff's Second Set of Interrogatories dated October 15, 2018 | | |
| 90 | | | Defendant World Wrestling Entertainment, Inc.'s Objections To Plaintiff's Second Set of Requests for Production dated November 19, 2018 | | |
| 91 | | | Defendant World Wrestling Entertainment, Inc.'s Supplemental Objections and Responses to Plaintiff's First Set of Requests for Production dated May 15, 2020 | | |
| 92 | | | Defendant World Wrestling Entertainment, Inc.'s Supplemental Objections and Responses to Plaintiff's Second Set of Interrogatories dated May 15, 2020 | | |
| 93 | | | Defendant World Wrestling Entertainment, Inc.'s Supplemental Objections and Responses to Plaintiff's Second Set of Requests for Admission dated May 15, 2020 | | |
| 94 | | | Defendant Take-Two Interactive Software, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission dated October 15, 2018 | | |
| 95 | | | Defendant 2K Games, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission dated October 15, 2018 | | |
| 96 | | | Defendant 2K Sports, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission dated October 15, 2018 | | |
| 97 | | | Defendant Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission dated October 15, 2018 | | |
| 98 | | | Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Production dated October 15, 2018 | | |

| Pltf No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 99 | | | Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's First Set of Interrogatories dated October 15, 2018 | | |
| 100 | | | Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's Second Set of Requests for Production dated November 19, 2018 | | |
| 101 | | | Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's Third Set of Requests for Production dated October 11, 2019 | | |
| 102 | | | Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's Second Set of Requests for Admissions dated October 11, 2019 | | |
| 103 | | | Cover art for WWE 2K12 depicting Randy Orton | | |
| 104 | | | WWE 2K16 video [TAKE-TWO_0000177.mp4] | | |
| 105 | | | WWE 2K16 video [TAKE-TWO_0000178.mp4] | | |
| 106 | | | WWE 2K17 video [TAKE-TWO_0000179.mp4] | | |
| 107 | | | WWE 2K17 video [TAKE-TWO_0000180.mp4] | | |
| 108 | | | WWE 2K18 video [TAKE-TWO_0000181.mp4] | | |
| 109 | | | WWE 2K18 video [TAKE-TWO_0000182.mp4] | | |
| 110 | | | WWE 2K17 video [TAKE-TWO_0000471.mp4] | | |
| 111 | | | WWE 2K18 video [TAKE-TWO_0000472.mp4] | | |
| 112 | | | WWE 2K18 video [TAKE-TWO_0000473.mp4] | | |
| 113 | | | WWE 2K16 video [TAKE-TWO_0000474.mp4] | | |
| 114 | | | WWE 2K18 video [TAKE-TWO_0000475.mp4] | | |
| 115 | | | WWE 2K17 video [TAKE-TWO_0000476.mp4] | | |
| 116 | | | WWE 2K17 video [TAKE-TWO_0000477.mp4] | | |
| 117 | | | WWE 2K16 video [TAKE-TWO_0000478.mp4] | | |
| 118 | | | WWE 2K16 video [TAKE-TWO_0000479.mp4] | | |
| 119 | | | WWE 2K17 video [TAKE-TWO_0000480.mp4] | | |
| 120 | | | WWE 2K17 video [TAKE-TWO_0000482.mp4] | | |
| 121 | | | WWE 2K16 video [TAKE-TWO_0000483.mp4] | | |

| Pltf No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 122 | | | WWE 2K17 video [TAKE-TWO_0000484.mp4] | | |
| 123 | | | WWE 2K18 video [TAKE-TWO_0000485.mp4] | | |
| 124 | | | WWE 2K17 video [TAKE-TWO_0000486.mp4] | | |
| 125 | | | WWE 2K17 video [TAKE-TWO_0000487.mp4] | | |
| 126 | | | WWE 2K17 video [TAKE-TWO_0000488.mp4] | | |
| 127 | | | WWE 2K17 video [TAKE-TWO_0000489.mp4] | | |
| 128 | | | WWE 2K16 video [TAKE-TWO_0000490.mp4] | | |
| 129 | | | WWE 2K18 video [TAKE-TWO_0000491.mp4] | | |
| 130 | | | WWE 2K17 video [TAKE-TWO_0000492.mp4] | | |
| 131 | | | WWE 2K18 video [TAKE-TWO_0000493.mp4] | | |
| 132 | | | WWE 2K18 video [TAKE-TWO_0000494.mp4] | | |
| 133 | | | WWE 2K18 video [TAKE-TWO_0000495.mp4] | | |
| 134 | | | WWE 2K18 video [TAKE-TWO_0000496.mp4] | | |
| 135 | | | 360 video of Randy Orton character [TAKE-TWO_0000930.mp4] | | |
| 136 | | | 360 video of Randy Orton character [WWE_Alexander0000111.mp4] | | |
| 137 | | | 360 video of Randy Orton character [WWE_Alexander0000131.mp4] | | |
| 138 | | | 360 video of Randy Orton character [WWE_Alexander0000134.mp4] | | |
| 139 | | | WWE 2K16 walk out video of Randy Orton character [WWE_Alexander0000139.mp4] | | |
| 140 | | | WWE 2K16 video [WWE_Alexander0000147.mp4] | | |
| 141 | | | WWE 2K16 video [WWE_Alexander0000150.mp4] | | |
| 142 | | | 360 video of Randy Orton character [WWE_Alexander0000154.mp4] | | |
| 143 | | | 360 video of Randy Orton character [WWE_Alexander0000161.mp4] | | |
| 144 | | | 360 video of Randy Orton character [WWE_Alexander0000205.mp4] | | |
| 145 | | | 360 video of Randy Orton character [WWE_Alexander0000206.mp4] | | |
| 146 | | | Take-Two Defendants' Supplemental Responses to Plaintiff's Interrogatory Nos. 7 and 8 once produced by Take-Two Defendants | | |
| 147 | | | Take-Two Defendants' Supplemental Responses to Plaintiff's Requests for Production Nos. 10, 13 and 17 once produced by Take-Two Defendants | | |
| 148 | | | WWE's Supplemental Responses to Plaintiff's Interrogatory Nos. 2, 10 and 11 once produced by WWE | | |

| Pltf No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 149 | | | WWE's Supplemental Responses to Plaintiff's Requests for Production Nos. 13 and 17 once produced by WWE | | |

Dated: September 18, 2020

Respectfully submitted,

*/s/ Anthony G. Simon*
Anthony G. Simon, IL 6209056
Anthony R. Friedman, IL 6299795
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
afriedman@simonlawpc.com

R. Seth Crompton
**THE HOLLAND LAW FIRM**
300 N. Tucker, Suite 801
St. Louis, Missouri 63101
scrompton@allfela.com
Phone: (314) 241-8111
Facsimile: (314) 241-5554

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system on September 18, 2020.

*/s/ Anthony G. Simon*