January 20, 2021

VIA CM/ECF

Honorable Judge Staci M. Yandle
U.S. District Court - Southern District of Illinois
301 West Main Street
Benton, Illinois 62812

Re:  *Alexander v. Take-Two Interactive Software, Inc., et al.*
     Case No. 3:18-cv-966-SMY

Dear Judge Yandle:

Plaintiff Catherine Alexander ("Alexander") and Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., Visual Concepts Entertainment and World Wrestling Entertainment, Inc. ("Defendants") (together, "the Parties") write to inquire regarding the status of the jury trial scheduled to begin February 16, 2021.

The Court's Sixth Amended Administrative Order No. 266, concerning Court operations during the COVID-19 virus pandemic, is effective through February 18, 2021, and cancelled all civil jury trial.  Each judge, however, has the discretion to adjust her docket in the interests of safety and efficiency.  On December 15, 2020, the Court indicated that jury trials after February 1 remain as scheduled, subject to further order of the Court.  As the Parties prepare for trial, including making travel arrangements for counsel and witnesses, the Parties respectfully request confirmation whether the jury trial will proceed as scheduled or whether the trial will be rescheduled to a later date.

Respectfully,

| */s/ Anthony R. Friedman* | */s/ Joshua L. Simmons (with consent)* |
|---|---|
| Anthony G. Simon, IL 6209056 | Dale M. Cendali (admitted *pro hac vice*) |
| Anthony R. Friedman, IL 6299795 | Joshua L. Simmons (admitted *pro hac vice*) |
| The Simon Law Firm, P.C. | Christopher T. Ilardi (admitted *pro hac vice*) |
| 800 Market Street, Suite 1700 | Miranda D. Means (admitted *pro hac vice*) |
| St. Louis, Missouri 63101 | Kirkland & Ellis LLP |
| Telephone: (314) 241-2929 | 601 Lexington Avenue |
| Fax: (314) 241-2029 | New York, New York 10022 |
| asimon@simonlawpc.com | Telephone: (212) 446-4800 |
| afriedman@simonlawpc.com | dale.cendali@kirkland.com |
|  | joshua.simmons@kirkland.com |
| R. Seth Crompton | chris.ilardi@kirkland.com |
| The Holland Law Firm | miranda.means@kirkland.com |
| 300 N. Tucker, Suite 801 |  |
| St. Louis, Missouri 63101 | Michael J. Nester (#02037211) |
| Telephone: (314) 241-8111 | Donovan Rose Nester P.C. |

Honorable Judge Staci M. Yandle
U.S. District Court - Southern District of Illinois
January 20, 2021
Page 2

Fax: (314) 241-5554
scrompton@allfela.com

*Attorneys for Plaintiff Catherine Alexander*

15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc. and Visual Concepts Entertainment*

<u>/s/ Curtis Krasik (with consent)</u>
Jerry McDevitt (admitted *pro hac vice*)
Curtis Krasik (admitted *pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-8608
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com

Michael J. Nester (#02037211)
Donovan Rose Nester P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for World Wrestling Entertainment, Inc.*

cc:  All Counsel of Record