IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CATHERINE ALEXANDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -v- ) | Case No.  18-CV-966-SMY |
| ) | |
| **TAKE-TWO INTERACTIVE** ) | |
| **SOFTWARE, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## TELEPHONIC STATUS CONFERENCE MINUTES

**PRESIDING: Hon. Staci M. Yandle, US District Judge**

**DATE:**     February 3, 2021

**COURT REPORTER:**   Chris LaBuwi

**COURTROOM DEPUTY:**   Stacie Hurst

**COUNSEL FOR PLAINTIFF:** R. Seth Crompton, Anthony Friedman, Anthony Simon

**COUNSEL FOR DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC., 2K SPORTS INC., and VISUAL CONCEPTS ENTERTAINMENT:**   Dale Cendali, Michael Nester, Joshua Simmons

**COUNSEL FOR DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.:** Michael Nester, Curtis Krasik

**TIME:**   15 minutes

---

Counsel as noted above appear via telephone. This matter is called for a status hearing for the purpose of resetting the final pretrial and trial dates.

The Court sets Jury Trial for September 20, 2021 at 9:00 AM in Benton Courthouse before Judge Staci M. Yandle.

Final Pretrial Conference is set for September 1, 2021 at 1:30 PM via video conference before Judge Staci M. Yandle. Information regarding the video conference will be sent by email to all parties. Full access to this hearing is available remotely. Instructions for non-participants to join the hearing are as follows: Call toll free 877-873-8017, when prompted enter Access Code

4354777.

       A telephonic status conference is set for August 4, 2021 at 10:30 AM before Judge Staci M. Yandle. The instructions for joining the conference call are as follows: All parties should call toll free 877-873-8017 and enter the access code 4354777. Then when prompted, enter security code 0804.