IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER,<br><br>    Plaintiff,<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC., et al.,<br><br>    Defendants. | Case No. 3:18-cv-0966-SMY<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S FIRST AMENDED RULE 26(a)(3) PRETRIAL DISCLOSURES**

Plaintiff Catherine Alexander ("Plaintiff"), by counsel and in accordance with Federal Rule of Civil Procedure 26(a)(3) submits the following for its First Amended Pretrial Disclosures:

**I.  WITNESSES (LIVE AND THROUGH DEPOSITION DESIGNATION)**

Pursuant to the Court's Case Management Procedures and Fed. R. Civ. P. 26(a)(3), Plaintiff identifies the following list of witnesses she intends to call to testify at trial, either in person or by deposition designation.  Plaintiff reserves the right to call a witness listed by Defendants and to call any additional witnesses in rebuttal to those witnesses called by Defendants.

1. Catherine Alexander;
2. Dr. Jose Zagal, Plaintiff's Technical expert;
3. Ryan Clark, Plaintiff's Damages expert.

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii), Plaintiff designates testimony from the following depositions with designations attached as **Exhibit A**.

4. Take-Two Defendants via corporate representative deposition of Mark Little;

1

5.      Take-Two Defendants via corporate representative deposition of Chris Snyder;

6.      WWE via corporate representative deposition of Edward Kiang; and

7.      Any witness, employee, officer, or representative of any Defendant who is present in the courtroom at any point during trial.

## II.    EXHIBITS

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii), parties are to provide "an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises."

Plaintiff expects to offer or may offer, if the need arises, the documents and other exhibits identified in the amended exhibit list attached hereto as **Exhibit B**. Exhibits in this case include multimedia exhibits such as the subject video games (WWE 2K16, WWE 2K17 and WWE 2K18, "the WWE 2K Video Games") and recordings of playing sessions of the WWE 2K Video Games. Plaintiff intends to play live portions of the WWE 2K Video Games and offer recordings, selections of recordings, and/or screenshots of recorded playing sessions of the WWE 2K Video Games.

Plaintiff reserves the right to use discovery answers, pleadings, any other documents exchanged in discovery, and any and all exhibits designated by Defendants if the need arises. Plaintiff reserves the right to use any materials brought to the Court by any witness.

Plaintiff further reserves the right to utilize demonstrative exhibits, including without limitation illustrations, summaries, charts, models, computer animations, PowerPoint presentations, videos, and enlargements of portions of exhibits.

Plaintiff preserves all objections to any and all exhibits identified and/or offered by

Defendants. They are unaware at this time of any additional exhibits that they may offer if the need arises, but reserve the right to present rebuttal or impeachment evidence as necessary.

Dated: December 31, 2021

Respectfully submitted,

/s/ Anthony G. Simon
Anthony G. Simon, IL 6209056
Anthony R. Friedman, IL 6299795
Paul J. Tahan
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
afriedman@simonlawpc.com
ptahan@simonlawpc.com

R. Seth Crompton
**THE HOLLAND LAW FIRM**
300 N. Tucker, Suite 801
St. Louis, Missouri 63101
scrompton@allfela.com
Phone: (314) 241-8111
Facsimile: (314) 241-5554

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system on December 31, 2021.

/s/ Anthony G. Simon

## EXHIBIT A – PLAINTIFF'S DEPOSITION DESIGNATIONS

|  | | |
|---|---|---|
| **Mark Little – August 14, 2019** <br> **30(b)(6) of Take-Two Defendants** | | |
| # | Page:Line | Exhibits |
| 1 | 7:20-22 | |
| 2 | 8:17-20 | |
| 3 | 11:13-24 | |
| 4 | 19:18-20:10 | |
| 5 | 21:14-17 | |
| 6 | 21:24-22:8 | Exhibit 2 |
| 7 | 22:12-14 | |
| 8 | 22:25-23:12 | |
| 9 | 24:2-6 | |
| 10 | 24:8-14 | |
| 11 | 26:1-7 | |
| 12 | 27:10-18 | |
| 13 | 28:18-29:10 | |
| 14 | 29:19-21 | |
| 15 | 29:25-30:6 | |
| 16 | 30:8-9 | |
| 17 | 41:15-42:12 | Exhibit 3 |
| 18 | 42:23-44:2 | |
| 19 | 44:5-10 | |
| 20 | 45:20-46:9 | |
| 21 | 46:12-15 | |
| 22 | 49:6-8 | |
| 23 | 49:12-50:11 | |
| 24 | 56:19-57:7 | |
| 25 | 57:10-23 | |
| 26 | 58:1-9 | |
| 27 | 58:12-16 | |
| 28 | 61:13-62:3 | |
| 29 | 62:11-63:11 | |
| 30 | 64:12-19 | |
| 31 | 64:22-24 | |
| 32 | 65:2-11 | |
| 33 | 67:18-68:17 | |
| 34 | 69:13-70:22 | |
| 35 | 71:11-72:7 | |
| 36 | 80:17-81:1 | |
| 37 | 81:10-16 | |
| 38 | 81:20-25 | |
| 39 | 85:18-22 | |
| 40 | 86:22-88:18 | |

|  | | |
|---|---|---|
| **Mark Little – August 14, 2019** <br> **30(b)(6) of Take-Two Defendants** | | |
| # | Page:Line | Exhibits |
| 41 | 89:23-90:12 | |
| 42 | 90:22-23 | |
| 43 | 91:1-92:11 | |
| 44 | 95:11-18 | |
| 45 | 96:8-97:12 | |
| 46 | 100:10-101:17 | |
| 47 | 102:8-13 | |
| 48 | 103:9-10 | |
| 49 | 103:13-21 | |
| 50 | 103:24-104:18 | |
| 51 | 105:25-106:13 | |
| 52 | 106:17-107:11 | |
| 53 | 109:24-110:2 | |
| 54 | 110:4-8 | |
| 55 | 110:19-21 | |
| 56 | 110:23-25 | |
| 57 | 111:16-24 | |
| 58 | 118:12-119:4 | Exhibit 5 <br> Exhibit 6 |
| 59 | 124:17-125:21 | |
| 60 | 130:4-132:1 | |
| 61 | 137:6-24 | Exhibit 7 |
| 62 | 138:6-10 | |
| 63 | 138:12-13 | |
| 64 | 139:2-14 | |
| 65 | 139:16-140:6 | |
| 66 | 140:9-143:8 | |
| 67 | 143:11-23 | |
| 68 | 144:1-12 | |
| 69 | 146:25-147:19 | |
| 70 | 149:1-6 | |
| 71 | 149:9-18 | |
| 72 | 150:21-151:4 | |
| 73 | 151:18-152:15 | |
| 74 | 153:22-155:5 | |
| 75 | 155:15-20 | |
| 76 | 156:4-16 | Exhibit 8 |
| 77 | 157:8-23 | |
| 78 | 158:1-160:25 | |
| 79 | 161:2-8 | |
| 80 | 163:3-164:7 | |
| 81 | 164:23-165:3 | |

| Mark Little – August 14, 2019 30(b)(6) of Take-Two Defendants | | |
|---|---|---|
| # | Page:Line | Exhibits |
| 82 | 166:7-10 | |
| 83 | 166:12-20 | |
| 84 | 168:4-10 | |
| 85 | 169:7-8 | |
| 86 | 169:13-170:14 | |
| 87 | 170:24-172:5 | |
| 88 | 172:8-25 | |

| Chris Snyder – August 14, 2019 30(b)(6) of Take-Two Defendants | | |
|---|---|---|
| # | Page:Line | Exhibits |
| 1 | 6:15-17 | |
| 2 | 7:21-8:5 | |
| 3 | 8:15-9:9 | |
| 4 | 12:7-11 | |
| 5 | 12:21-13:8 | |
| 6 | 13:10 | |
| 7 | 13:14-14:13 | |
| 8 | 14:19-15:12 | |
| 9 | 15:15-18:2 | Exhibit 2 |
| 10 | 18:6-25 | |
| 11 | 20:13-21:5 | |
| 12 | 21:10-22:6 | |
| 13 | 24:10-20 | |
| 14 | 24:23-25:1 | |
| 15 | 25:4-7 | |
| 16 | 25:9-10 | |
| 17 | 25:17 | |
| 18 | 26:5-8 | |
| 19 | 26:10-28:3 | Exhibit 7 |
| 20 | 31:9-22 | |
| 21 | 33:17-23 | |
| 22 | 34:2-14 | |
| 23 | 34:19-21 | |
| 24 | 36:7-8 | |
| 25 | 36:19-20 | |
| 26 | 36:23-24 | |
| 27 | 37:3-4 | |
| 28 | 41:2-7 | |
| 29 | 42:16-25 | |
| 30 | 43:1-9 | |

| Chris Snyder – August 14, 2019<br>30(b)(6) of Take-Two Defendants |||
|---|---|---|
| # | Page:Line | Exhibits |
| 31 | 43:12-19 | Exhibit 10 |
| 32 | 44:1-8 | |
| 33 | 44:24-45:10 | |
| 34 | 47:10-48:5 | |
| 35 | 60:23-24 | |
| 36 | 61:6-7 | |

| Edward Kiang – August 4, 2020<br>30(b)(6) of World Wrestling Entertainment |||
|---|---|---|
| # | Page:Line | Exhibits |
| 1 | 7:7-24 | |
| 2 | 10:10-11:7 | |
| 3 | 13:15-18 | |
| 4 | 14:1-18 | |
| 5 | 15:8-11 | |
| 6 | 15:14-19 | |
| 7 | 15:22-24 | |
| 8 | 16:3-13 | |
| 9 | 16:18-21 | |
| 10 | 17:23-18:7 | Exhibit 2 |
| 11 | 18:17-20 | |
| 12 | 22:4-9 | Exhibit 3 |
| 13 | 23:11-24:7 | |
| 14 | 24:10-15 | |
| 15 | 24:19-25:6 | |
| 16 | 25:20-25 | |
| 17 | 26:2-10 | |
| 18 | 26:15-10 | |
| 19 | 26:15-18 | |
| 20 | 26:2-10 | |
| 21 | 26:15-18 | |
| 22 | 28:20-25 | |
| 23 | 30:18-31:9 | |
| 24 | 31:17-21 | |
| 25 | 32:15-33:2 | |
| 26 | 33:14-17 | |
| 27 | 33:21-34:6 | |
| 28 | 34:9-17 | |
| 29 | 35:7-22 | |
| 30 | 36:16-37:13 | |
| 31 | 39:6-40:3 | |

| Edward Kiang – August 4, 2020 30(b)(6) of World Wrestling Entertainment | | |
|---|---|---|
| # | Page:Line | Exhibits |
| 32 | 40:8-14 | |
| 33 | 40:17-21 | |
| 34 | 40:24-41:14 | |
| 35 | 41:18-21 | |
| 36 | 42:6-43:12 | |
| 37 | 43:15-20 | |
| 38 | 43:24-44:16 | |
| 39 | 45:8-25 | |
| 40 | 46:9-20 | |
| 41 | 46:23-47:16 | |
| 42 | 47:17-48:6 | |
| 43 | 49:23-50:2 | |
| 44 | 50:7-11 | |
| 45 | 50:18-51:24 | |
| 46 | 52:25-53:5 | |
| 47 | 53:9-12 | |
| 48 | 55:7-24 | |
| 49 | 56:23-57:24 | |
| 50 | 58:2-10 | |
| 51 | 60:17-23 | |
| 52 | 61:4-9 | |
| 53 | 61:13-24 | |
| 54 | 65:4-67:10 | |
| 55 | 67:15-18 | |
| 56 | 68:4-11 | |
| 57 | 68:15-22 | |
| 58 | 68:25-69:10 | |
| 59 | 69:15-18 | |
| 60 | 69:21-22 | |
| 61 | 70:6-71:5 | |
| 62 | 71:13-22 | |
| 63 | 72:9-12 | |
| 64 | 72:15-73:5 | |
| 65 | 74:2-16 | |
| 66 | 75:1-4 | |
| 67 | 75:21-24 | |
| 68 | 76:4-6 | |
| 69 | 76:10 | |
| 70 | 76:21-23 | |
| 71 | 77:1-2 | |
| 72 | 78:17-79:11 | Exhibit 4 |
| 73 | 80:21-81:2 | |

| \# | Page:Line | Exhibits |
|---|---|---|
| **Edward Kiang – August 4, 2020** <br> **30(b)(6) of World Wrestling Entertainment** | | |
| 74 | 81:11-16 | |
| 75 | 82:4-12 | |
| 76 | 88:17-89:2 | Exhibit 5 |
| 77 | 92:1-11 | |
| 78 | 93:3-10 | |
| 79 | 93:13-22 | |
| 80 | 95:8-22 | |
| 81 | 96:6-97:3 | Exhibit 6 |
| 82 | 97:10-14 | |
| 83 | 97:18-98:17 | |
| 84 | 98:20-25 | |
| 85 | 99:4-5 | |
| 86 | 104:6-10 | |
| 87 | 113:23-24 | |
| 88 | 114:6-10 | |
| 89 | 115:15-117:18 | Exhibit 7 |

### EXHIBIT B – PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST

| Plaintiff's Exhibit No. | Description |
|---|---|
| 1 | Certificate of Registration from the U.S. Copyright Office –Dove [ALEXANDER000060-61] |
| 2 | Certificate of Registration from the U.S. Copyright Office – Rose [ALEXANDER000062] |
| 3 | Certificate of Registration from the U.S. Copyright Office – Skulls [ALEXANDER000063-64] |
| 4 | Certificate of Registration from the U.S. Copyright Office – Tribal Addition [ALEXANDER000065-66] |
| 5 | Certificate of Registration from the U.S. Copyright Office – Tribal Design [ALEXANDER000070-71] |
| 6 | Copyright registration application for Tribal Addition design [ALEXANDER000001-4, Alexander Depo Exh 3] |
| 7 | Copyright registration application for Dove design [ALEXANDER000009-14, Alexander Depo Exh 16] |
| 8 | Copyright registration application for Rose design [ALEXANDER000015-19, Alexander Depo Exh 17] |
| 9 | Copyright registration application for Skulls design [ALEXANDER000020-24, Alexander Depo Exh 18] |
| 10 | Copyright registration application for Tribal design [ALEXANDER000025-28, Alexander Depo Exh 7] |
| 11 | Photograph of Plaintiff and Mr. Orton [ALEXANDER000036] |
| 12 | Sketch of Plaintiff's dove tattoo design [ALEXANDER000037, Alexander Depo Exh 12] |
| 13 | Sketch of Plaintiff's tribal addition tattoo design [ALEXANDER000038, Alexander Depo Exh 5] |
| 14 | Sketch of Plaintiff's tribal addition tattoo design [ALEXANDER000039, Alexander Depo Exh 6] |
| 15 | Sketch of Plaintiff's tribal addition tattoo design [ALEXANDER000040, Alexander Depo Exh 4] |
| 16 | Sketch of Plaintiff's tribal design addition for Mr. Orton's tattoos arm(s) [ALEXANDER000041, Alexander Depo Exh 8] |
| 17 | Photograph of Mr. Orton with tattoos on arms [ALEXANDER000043, Alexander Depo Exh 11] |
| 18 | Photograph of Mr. Orton's arm tattoos [ALEXANDER000044, Alexander Depo Exh 10] |
| 19 | Photograph of Mr. Orton's upper arm tribal design and partial view of back tribal addition [ALEXANDER000045, Alexander Depo Exh 14] |
| 20 | Photograph of Mr. Orton's tattoos on arms [ALEXANDER000046] |
| 21 | Photograph of Mr. Orton's upper arm and upper back tribal tattoos [ALEXANDER000047] |

| Plaintiff's Exhibit No. | Description |
|---|---|
| 22 | Photograph of Mr. Orton's Rose arm tattoos [ALEXANDER000048, Alexander Depo Exh 13] |
| 23 | Photograph of Mr. Orton's skull arm tattoos [ALEXANDER000049] |
| 24 | George Lopez show, interview of Mr. Orton [ALEXANDER000050] |
| 25 | Article: The 20 Coolest Tattoos in WWE History [Zagal Depo Exh 3] |
| 26 | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0000982, Snyder Depo Exh 9] |
| 27 | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0000983, Snyder Depo Exh 10] |
| 28 | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0001332, Snyder Depo Exh 11] |
| 29 | License between Take-Two Interactive Software, Inc. and World Wrestling Entertainment [TAKE-TWO_0000498-542, Little Depo Exh 2] |
| 30 | Amendment 1 to License between Take-Two Interactive Software, Inc. and World Wrestling Entertainment [TAKE-TWO_0000543-559, Little Depo Exh 3] |
| 31 | Master Development Agreement between Yuke's Co., Ltd. and World Wrestling Entertainment [TAKE-TWO_0000560-609, Little Depo Exh 4] |
| 32 | Images of Mr. Orton [TAKE-TWO_0000798-822, Little Depo Exh 5] |
| 33 | Images of Mr. Orton [TAKE-TWO_0000909-929, Little Depo Exh 6] |
| 34 | Screenshot of WWE 2K16 video of Mr. Orton's tattoos [TAKE-TWO_0000481, Little Depo Exh 7] |
| 35 | IndianVideoGamer.com Interview: WWE 2K18 Executive Producer Mark Little [Little Depo Exh 8] |
| 36 | United States Securities and Exchange Commission – Form 10-K for Take-Two Interactive Software, Inc. for the fiscal year ended March 31, 2018 [Clark Depo Exh 4] |
| 37 | Curriculum Vitae of José Zagal dated March 2018 |
| 38 | Curriculum Vitae of Ryan Clark dated February 19, 2019 |
| 39 | Take-Two Interactive Software, Inc. Consolidated Statements of Operations for the Fiscal Years ended March 31, 216 through 2018 [Exhibit C. to R. Clark's Rebuttal Report] |
| 40 | Reserved |
| 41 | Reserved |
| 42 | Physical copy of WWE 2K16, XBOX ONE format [M. Little's Declaration, Doc 142-1] |
| 43 | Packaging and insert of WWE 2K16 XBOX ONE format [M. Little's Declaration, Doc 142-1] |
| 44 | Physical copy of WWE 2K17, XBOX ONE format [M. Little's Declaration, Doc 142-1] |
| 45 | Packaging and insert of WWE 2K17 XBOX One format [M. Little's Declaration, Doc 142-1] |

| Plaintiff's Exhibit No. | Description |
|---|---|
| 46 | Physical copy of WWE 2K18, XBOX ONE format [M. Little's Declaration, Doc 142-1] |
| 47 | Packaging and insert of WWE 2K18 XBOX One format [M. Little's Declaration, Doc 142-1] |
| 48 | Physical copy of WWE 2K16, Sony PlayStation 4 format [TAKE-TWO_0000001] |
| 49 | Packaging and Insert of WWE 2K16 Sony PlayStation 4 format [TAKE-TWO_0000001] |
| 50 | Physical copy of WWE 2K17, Sony PlayStation 4 format [TAKE-TWO_0000002] |
| 51 | Packaging and Insert of WWE 2K17 Sony PlayStation 4 format [TAKE-TWO_0000002] |
| 52 | Physical copy of WWE 2K18, Sony PlayStation 4 format [TAKE-TWO_0000003] |
| 53 | Packaging and Insert of WWE 2K18 Sony Play Station 4 format [TAKE-TWO_0000003] |
| 54 | WWE Source Product Submission #3540 [Kiang Depo Exh 4; WWE_Alexander0000109] |
| 55 | WWE Source Product Submission #17984 [Kiang Depo Exh 5; WWE_Alexander0000207] |
| 56 | WWE Source Product Submission #4073 [Kiang Depo Exh 6; WWE_Alexander0000112] |
| 57 | Bryce Yang's 8-6-14 Email Chain [Kiang depo Exh 7; WWE_Alexander0000094] |
| 58 | Screenshot of WWE 2K15 video of Mr. Orton's tattoos [WWE_Alexander_0000098] |
| 59 | Screenshot of WWE 2K17 video of Mr. Orton's tattoos [WWE_Alexander_0000166] |
| 60 | Video of Mr. Orton's videogame character [TAKE-TWO_0000823.M4V] |
| 61 | Video of Mr. Orton from WWE 2K Game [WWE_Alexander0000172.m4v] |
| 62 | Video of Mr. Orton from WWE 2K Game [WWE_Alexander0000180.m4v] |
| 63 | Trailer for WWE 2K17 containing Mr. Orton [WWE_Alexander0000200.mp4] |
| 64 | Trailer for WWE 2K16 containing Mr. Orton [TAKE-TWO_0000481.mp4] |
| 65 | Capture from the videogame WWE 2K16 depicting the infringing Rose tattoo [M. Little's Declaration, Doc 142-24, WWE2K16 Xbox Game] |
| 66 | Capture from the videogame WWE 2K16 depicting the infringing dove tattoo [M. Little's Declaration, Doc 142-24, WWE2K16 Xbox Game] |
| 67 | Capture from the videogame WWE 2K16 depicting the infringing skulls tattoo [M. Little's Declaration, Doc 142-24, WWE2K16 Xbox Game] |
| 68 | Capture from the videogame WWE 2K16 depicting the infringing tribal tattoo [M. Little's Declaration, Doc 142-24, WWE2K16 Xbox Game] |

3

| Plaintiff's Exhibit No. | Description |
|---|---|
| 69 | Capture from the videogame WWE 2K16 depicting the infringing tribal addition tattoo [M. Little's Declaration, Doc 142-24, WWE2K16 Xbox Game] |
| 70 | Capture from the videogame WWE 2K17 depicting the infringing Rose tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-25, WWE2K17 Xbox Game] |
| 71 | Capture from the videogame WWE 2K17 depicting the infringing dove tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-25, WWE2K17 Xbox Game] |
| 72 | Capture from the videogame WWE 2K17 depicting the infringing skulls tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-25, WWE2K17 Xbox Game] |
| 73 | Capture from the videogame WWE 2K17 depicting the infringing tribal tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-25, WWE2K17 Xbox Game] |
| 74 | Capture from the videogame WWE 2K17 depicting the infringing tribal addition tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-25, WWE2K17 Xbox Game] |
| 75 | Capture from the videogame WWE 2K18 depicting the infringing Rose tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-26, WWE2K18 Xbox Game] |
| 76 | Capture from the videogame WWE 2K18 depicting the infringing dove tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-26, WWE2K18 Xbox Game] |
| 77 | Capture from the videogame WWE 2K18 depicting the infringing skulls tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-26, WWE2K18 Xbox Game] |
| 78 | Capture from the videogame WWE 2K18 depicting the infringing tribal tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-26, WWE2K18 Xbox Game] |
| 79 | Capture from the videogame WWE 2K18 depicting the infringing tribal addition tattoo on Randy Orton's in game character model [M. Little's Declaration, Doc 142-26, WWE2K18 Xbox Game] |
| 80 | Photographs of the rose tattoo on Randy Orton [ALEXANDER000018-19] |
| 81 | Photographs of the dove tattoo on Randy Orton [ALEXANDER000012-14] |
| 82 | Photographs of the skulls tattoo on Randy Orton [ALEXANDER000023-24] |
| 83 | Photographs of the tribal tattoo on Randy Orton [ALEXANDER000028] |
| 84 | Photographs of the tribal addition tattoo on Randy Orton [ALEXANDER000004] |
| 85 | World Wrestling Entertainment, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories dated August 17, 2018 |
| 86 | World Wrestling Entertainment, Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Admission dated August 17, 2018 |

| Plaintiff's Exhibit No. | Description |
|---|---|
| 87 | Defendant World Wrestling Entertainment, Inc.'s Objections to Plaintiff's Second Set of Requests for Admission dated October 15, 2018 |
| 88 | Defendant World Wrestling Entertainment, Inc.'s Objections to Plaintiff's First Set of Requests for Production dated October 15, 2018 |
| 89 | Defendant World Wrestling Entertainment, Inc.'s Objections to Plaintiff's Second Set of Interrogatories dated October 15, 2018 |
| 90 | Defendant World Wrestling Entertainment, Inc.'s Objections to Plaintiff's Second Set of Requests for Production dated November 19, 2018 |
| 91 | Defendant World Wrestling Entertainment, Inc.'s Supplemental Objections and Responses to Plaintiff's First Set of Requests for Production dated May 15, 2020 |
| 92 | Defendant World Wrestling Entertainment, Inc.'s Supplemental Objections and Responses to Plaintiff's Second Set of Interrogatories dated May 15, 2020 |
| 93 | Defendant World Wrestling Entertainment, Inc.'s Supplemental Objections and Responses to Plaintiff's Second of Requests for Admission dated May 15, 2020 |
| 94 | Defendant Take-Two Interactive Software, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission dated October 15, 2018 |
| 95 | Defendant 2K Games, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Admission dated October 15, 2018 |
| 96 | Defendant 2K Sports, Inc.'s Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests Admission dated October 15, 2018 |
| 97 | Defendant Visual Concepts Entertainment's Objections and Responses Plaintiff Catherine Alexander's First Set of Requests for Admission dated October 15, 2018 |
| 98 | Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's First Set of Requests for Production dated October 15, 2018 |
| 99 | Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's First Set of Interrogatories dated October 15, 2018 |
| 100 | Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's Second Set of Requests for Production dated November 19, 2018 |
| 101 | Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's Third Set of Requests for Production dated October 11, 2019 |

| Plaintiff's Exhibit No. | Description |
| --- | --- |
| 102 | Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Objections and Responses to Plaintiff Catherine Alexander's Second Set of Requests for Admissions dated October 11, 2019 |
| 103 | Cover art for WWE 2K12 depicting Randy Orton |
| 104 | WWE 2K16 video [TAKE-TWO_0000177.mp4] |
| 105 | WWE 2K16 video [TAKE-TWO_0000178.mp4] |
| 106 | WWE 2K17 video [TAKE-TWO_0000179.mp4] |
| 107 | WWE 2K17 video [TAKE-TWO_0000180.mp4] |
| 108 | WWE 2K18 video [TAKE-TWO_0000181.mp4] |
| 109 | WWE 2K18 video [TAKE-TWO_0000182.mp4] |
| 110 | WWE 2K17 video [TAKE-TWO_0000471.mp4] |
| 111 | WWE 2K18 video [TAKE-TWO_0000472.mp4] |
| 112 | WWE 2K18 video [TAKE-TWO_0000473.mp4] |
| 113 | WWE 2K16 video [TAKE-TWO_0000474.mp4] |
| 114 | WWE 2K18 video [TAKE-TWO_0000475.mp4] |
| 115 | WWE 2K17 video [TAKE-TWO_0000476.mp4] |
| 116 | WWE 2K17 video [TAKE-TWO_0000477.mp4] |
| 117 | WWE 2K16 video [TAKE-TWO_0000478.mp4] |
| 118 | WWE 2K16 video [TAKE-TWO_0000479.mp4] |
| 119 | WWE 2K17 video [TAKE-TWO_0000480.mp4] |
| 120 | WWE 2K17 video [TAKE-TWO_0000482.mp4] |
| 121 | WWE 2K16 video [TAKE-TWO_0000483.mp4] |
| 122 | WWE 2K17 video [TAKE-TWO_0000484.mp4] |
| 123 | WWE 2K18 video [TAKE-TWO_0000485.mp4] |
| 124 | WWE 2K17 video [TAKE-TWO_0000486.mp4] |
| 125 | WWE 2K17 video [TAKE-TWO_0000487.mp4] |
| 126 | WWE 2K17 video [TAKE-TWO_0000488.mp4] |
| 127 | WWE 2K17 video [TAKE-TWO_0000489.mp4] |
| 128 | WWE 2K16 video [TAKE-TWO_0000490.mp4] |
| 129 | WWE 2K18 video [TAKE-TWO_0000491.mp4] |
| 130 | WWE 2K17 video [TAKE-TWO_0000492.mp4] |
| 131 | WWE 2K18 video [TAKE-TWO_0000493.mp4] |
| 132 | WWE 2K18 video [TAKE-TWO_0000494.mp4] |
| 133 | WWE 2K18 video [TAKE-TWO_0000495.mp4] |
| 134 | WWE 2K18 video [TAKE-TWO_0000496.mp4] |
| 135 | 360 video of Randy Orton character [TAKE-TWO_0000930.mp4] |
| 136 | 360 video of Randy Orton character [WWE_Alexander0000111.mp4] |
| 137 | 360 video of Randy Orton character [WWE_Alexander0000131.mp4] |
| 138 | 360 video of Randy Orton character [WWE_Alexander0000134.mp4] |
| 139 | WWE 2K16 walk out video of Randy Orton character [WWE_Alexander0000139.mp4] |

| Plaintiff's Exhibit No. | Description |
|---|---|
| 140 | WWE 2K16 video [WWE_Alexander0000147.mp4] |
| 141 | WWE 2K16 video [WWE_Alexander0000150.mp4] |
| 142 | 360 video of Randy Orton character [WWE_Alexander0000154.mp4] |
| 143 | 360 video of Randy Orton character [WWE_Alexander0000161.mp4] |
| 144 | 360 video of Randy Orton character [WWE_Alexander0000205.mp4] |
| 145 | 360 video of Randy Orton character [WWE_Alexander0000206.mp4] |
| 146 | Reserved |
| 147 | Reserved |
| 148 | Defendant World Wrestling Entertainment, Inc.'s Second Supplemental Objections and Responses to Plaintiff's First and Second Sets of Interrogatories dated September 23, 2020. |
| 149 | Reserved |
| 150 | Video compilation of selected game play sessions from WWE 2K16. Plaintiff intends to introduce all or part of this video compilation and/or screenshots therefrom. [M. Little's Declaration, Doc 142-24, WWE2K16 Xbox Game] |
| 151 | Video compilation of selected game play sessions from WWE 2K17. Plaintiff intends to introduce all or part of this video compilation and/or screenshots therefrom. [M. Little's Declaration, Doc 142-25, WWE2K17 Xbox Game] |
| 152 | Video compilation of selected game play sessions from WWE 2K18. Plaintiff intends to introduce all or part of this video compilation and/or screenshots therefrom. [M. Little's Declaration, Doc 142-26, WWE2K18 Xbox Game] |
| 153 | Video compilation of selected game play sessions from WWE 2K16 (selections from Exhibit 150) |
| 154 | Video compilation of selected game play sessions from WWE 2K17 (selections from Exhibit 151) |
| 155 | Video compilation of selected game play sessions from WWE 2K18 (selections from Exhibit 152) |