IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CATHERNINE ALEXANDER,** | **CASE NO. 18-CV-966-SMY** |
| *Plaintiff,* | |
| vs. | |
| **TAKE-TWO INTERACTIVE SOFTWARE, INC., et al.,** | |
| *Defendants.* | |

## MINUTES OF COURT

DATE: January 24, 2022          LOCATION: Benton

**PRESENT: HONORABLE STACI M. YANDLE, U. S. DISTRICT JUDGE**

DEPUTY CLERK: Jamie Melson          COURT REPORTER: Chris LaBuwi

COUNSEL FOR PLAINTIFF:   Seth Crompton, Anthony Friedman, Paul Tahan, and Antony Simon

COUNSEL FOR DEFENDANTS:   Dale Cendali, Michael Nester, Patrick Arnett, Christopher Ilardi, Miranda Means, Joshua Simmons, Curtis Kraski

PROCEEDINGS:  Final Pretrial Conference

    All parties present via video as noted above.
    Final Pretrial Conference is reset for September 14, 2022 at 9:30 a.m. via video. Jury Trial is set for September 26, 2022 at 9:00 a.m. in East St. Louis.
    The Court issued rulings and gave instructions regarding submitting the proposed final pretrial order.
    Order to enter.