IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-966-SMY |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC. 2K GAMES, INC., 2K SPORTS INC., WORLD WRESTLING ENTERTAINMENT, INC., VISUAL CONCEPTS ENTERTAINMENT, YUKE'S CO., LTD, YUKES LA INC., | ) |
| | ) |
| Defendants. | ) |

# ORDER

**YANDLE, District Judge:**

As discussed on the record during the January 24, 2022 final pretrial conference, the Court makes the following rulings for case management purposes:

Due to the public health crisis presented by the COVID-19 pandemic, jury trial is **RESET** for September 26, 2022, at 9:00 a.m. in the East St. Louis Courthouse. The final pretrial conference is **CONTINUED** to September 14, 2022, at 9:30 a.m. via video conference. Information regarding the video conference will be sent by email to all parties.

### Rule 26(a)(3) Disclosures

Defendants' First Amended Rule 26(a)(3) disclosures (Doc. 243) is properly submitted as to form. Plaintiff requested leave to file objections to the disclosures on September 7, 2021 and attached the proposed objections as Exhibit 1 (*see* Doc. 248-1). The Court granted leave on

September 8, 2021 (Doc. 250); however, Plaintiff has not filed objections to date. Accordingly, Plaintiff is **DIRECTED** to file any objections to Defendants' First Amended Rule 26(a)(3) Disclosures (Doc. 243) *instanter*. For ease of reference on the Court's docket, Plaintiff is further **DIRECTED** to file the objections as "Plaintiff's Objections to Defendants' First Amended Rule 26(a)(3) Disclosures."

Plaintiff's First Amended Rule 26(a)(3) Disclosures (Doc. 253) is properly submitted as to form. Defendants' objections to the disclosures (Doc. 255) is **STRICKE**N. Defendants are **DIRECTED** to re-file their objections without the attachments – Exhibits 1-4. For ease of reference on the Court's docket, Defendants are further **DIRECTED** to file the document as "Defendants' Objections to Plaintiff's First Amended Rule 26(a)(3) Disclosures."

### Proposed Final Pretrial Order

The parties are directed to meet and confer and submit a joint proposed final pretrial order ("FPTO") by September 9, 2022. The parties shall utilize the Court's form FPTO without deviations. The parties are reminded that the proposed FPTO should succinctly address the various aspects of the trial and the parties' agreements regarding those areas.

### Deposition Designations

The parties shall meet, confer, and, after resolving all disputes possible, submit a single joint document setting forth the following for each relevant deposition: Defendants' designations, Plaintiff's objections (if any), Plaintiff's counter-designations, and Defendants' objections (if any). Objections should be brief and limited to legal objections (relevance, Rule 403, etc…). The designations along with full transcripts of the depositions shall be submitted to the Court via email by September 7, 2022.

**Motions *in Limine***

The motions *in limine* (Docs. 210, 212) are **STRICKEN**. The parties shall re-file any motion *in limine* by August 24, 2022. The parties are **DIRECTED** to review and comply with the undersigned's Case Management Procedures regarding motions *in limine*.

**IT IS SO ORDERED.**

**DATED: January 25, 2022**

**STACI M. YANDLE**
**United States District Judge**