IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC., et al.<br><br>Defendants. | Case No. 3:18-cv-0966-SMY<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' FIRST AMENDED RULE 26(a)(3) DISCLOSURES

COMES NOW, Plaintiff Catherine Alexander, by and through her attorneys, pursuant to Fed. R. Civ. P. 26(a)(3) makes the following objections to the Pre-Trial Disclosures served by Defendants:

**I.     OBJECTIONS TO TESTIMONY THROUGH DEPOSITION DESIGNATION**

Pursuant to the Court's Order (Doc. 258), the Parties, after meeting and conferring, shall submit a single joint statement to the Court setting forth their designations, counter-designations and objections by September 7, 2022.

**II.     OBJECTIONS TO EXHIBITS**

Plaintiff objects to any exhibit, or portion of any exhibit, that violates a granted motion in limine or any stipulations regarding evidence made by the parties, whether explicitly stated below or not.  Plaintiff's statements below that she has "no objection" to an exhibit is not a waiver of her right to object on the basis of any granted motion in limine or stipulations.

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 1 | Physical Exhibit: *WWE 2K16* for XBox One (Defendants' Summary Judgment Ex. 16) | |
| 2 | Physical Exhibit: *WWE 2K17* for XBox One (Defendants' Summary Judgment Ex. 17) | |
| 3 | Physical Exhibit: *WWE 2K18* for XBox One (Defendants' Summary Judgment Ex. 18) | |
| 4 | Webpage for *WWE 2K16*, Standard Edition, available at https://2k.com/en- US/game/wwe-2k16-standard-edition/ | |
| 5 | *WWE 2K16* Gameplay Image of Randy Orton (Bogost Rpt. at 28) | |
| 6 | Video Recording of *WWE 2K16* (Defendants' Summary Judgment Ex. 1, Appendix A) | |
| 7 | *WWE 2K16* Gameplay - Roman Reigns vs. Randy Orton | |
| 8 | *WWE 2K16* Gameplay - John Cena vs. Randy Orton | |
| 9 | *WWE 2K16* Gameplay - Royal Rumble | |
| 10 | *WWE 2K16* Gameplay - Randy Orton vs. John Cena | |
| 11 | *WWE 2K16* Gameplay - Seth Rollins vs. Stone Cold Steve Austin | |
| 12 | Webpage for *WWE 2K* 17, Standard Edition, *WWE 2K* 17, available at https://2k.com/en-US/game/wwe-2k17-standard-edition/ | |
| 13 | Video Recording of *WWE 2K17* (Defendants' Summary Judgment Ex. 1, Appendix B) | |
| 14 | *WWE 2K17* Gameplay - Randy Orton vs. Bubba Ray Dudley | |
| 15 | *WWE 2K17* Gameplay - Randy Orton vs. Kane | |
| 16 | *WWE 2K17* Gameplay - Royal Rumble | |
| 17 | *WWE 2K17* Gameplay - Randy Orton vs. John Cena | |
| 18 | *WWE 2K17* Gameplay - Roman Reigns vs. Brock Lesnar | |
| 19 | Webpage for *WWE 2K* 18, Standard Edition, *WWE 2K* 18, available at https://2k.com/en-US/game/wwe-2k18-standard-edition/ | |
| 20 | *WWE 2K18* Load Screen Image (Bogost Rpt. at 20) | |
| 21 | *WWE 2K18* Menu Options Image (Bogost Rpt. at 20) | |
| 22 | *WWE 2K18* Play / One-on-One Options Image (Bogost Rpt. at 20) | |
| 23 | *WWE 2K18* Store / Purchasable Options Image (Bogost Rpt. at 20) | |
| 24 | *WWE 2K18* Gameplay Image of Randy Orton (Bogost Rpt. at 29) | |
| 25 | Video Recording of *WWE 2K18* (Defendants' Summary Judgment Ex. 1, Appendix C) | |
| 26 | *WWE 2K18* Gameplay - Randy Orton vs. Dean Ambrose | |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 27 | *WWE 2K18* Gameplay - Roman Reigns vs. Randy Orton | |
| 28 | *WWE 2K18* Gameplay - Royal Rumble | |
| 29 | *WWE 2K18* Gameplay - Randy Orton vs. Seth Rollins | |
| 30 | *WWE 2K18* Gameplay - Brock Lesnar vs. Neville | |
| 31 | Webpage titled "WWE's history of video games" from WWE.com, available at https://www.wwe.com/article/wwe-video-games-history | R, H |
| 32 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000913 (Confidential) | |
| 33 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000914 (Confidential) | |
| 34 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000918 (Confidential) | |
| 35 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000909 (Confidential) | |
| 36 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000910 (Confidential) | |
| 37 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000911 (Confidential) | |
| 38 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000912 (Confidential) | |
| 39 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000915 (Confidential) | |
| 40 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000916 (Confidential) | |
| 41 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000917 (Confidential) | |
| 42 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000919 (Confidential) | |
| 43 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000920 (Confidential) | |
| 44 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000921 (Confidential) | |
| 45 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000922 (Confidential) | |
| 46 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000923 (Confidential) | |
| 47 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000924 (Confidential) | |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 48 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000925 (Confidential) | |
| 49 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000926 (Confidential) | |
| 50 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000927 (Confidential) | |
| 51 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000928 (Confidential) | |
| 52 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000929 (Confidential) | |
| 53 | Drawing of Tribal Tattoo, Bates stamped ALEXANDER000040 | |
| 54 | Photo of Back Tattoo with Drawing, Bates stamped ALEXANDER000038 | |
| 55 | Photo of Back Tattoo with Drawing (Alexander Dep. Ex. 6) | |
| 56 | Photo of Arm Tattoo, Bates stamped ALEXANDER000044 | |
| 57 | Photo of Randy Orton, front view, Bates stamped ALEXANDER000043 | |
| 58 | Photo of Arm Tattoo, Bates stamped ALEXANDER000048 | |
| 59 | Photo of Randy Orton, side view, Bates stamped ALEXANDER000045 | |
| 60 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000798 (Confidential) | |
| 61 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000799 (Confidential) | |
| 62 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000800 (Confidential) | |
| 63 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000801 (Confidential) | |
| 64 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000802 (Confidential) | |
| 65 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000803 (Confidential) | |
| 66 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000804 (Confidential) | |
| 67 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000805 (Confidential) | |
| 68 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000806 (Confidential) | |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 69 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000807 (Confidential) | |
| 70 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000808 (Confidential) | |
| 71 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000809 (Confidential) | |
| 72 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000810 (Confidential) | |
| 73 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000811 (Confidential) | |
| 74 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000812 (Confidential) | |
| 75 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000813 (Confidential) | |
| 76 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000814 (Confidential) | |
| 77 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000815 (Confidential) | |
| 78 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000816 (Confidential) | |
| 79 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000817 (Confidential) | |
| 80 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000818 (Confidential) | |
| 81 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000819 (Confidential) | |
| 82 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000820 (Confidential) | |
| 83 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000821 (Confidential) | |
| 84 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000822 (Confidential) | |
| 85 | September 1, 2009 Booking Contract between World Wrestling Entertainment, Inc. and Randal Orton, Bates stamped WWE_Alexander0000001– WWE_Alexander0000026 (Confidential) | |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 86 | February 11, 2013 Agreement between World Wrestling Entertainment, Inc. and Take-Two Interactive Software, Inc., Bates stamped TAKE- TWO_0000498–TAKE-TWO_0000542 (Confidential) | |
| 87 | Redacted February 11, 2013 Agreement between World Wrestling Entertainment, Inc. and Take-Two Interactive Software, Inc. | |
| 88 | January 6, 2016 Amendment One to Agreement between World Wrestling Entertainment, Inc. and Take-Two Interactive Software, Inc., Bates stamped TAKE-TWO_0000543–TAKE-TWO_0000559 (Confidential) | |
| 89 | Redacted January 6, 2016 Amendment One to Agreement between World Wrestling Entertainment, Inc. and Take-Two Interactive Software, Inc. | |
| 90 | February 12, 2013 Master Developer Agreement between Yuke's Co. Ltd. and 2K Sports, Inc., Bates stamped TAKE-TWO_0000560-TAKE–TWO_0000609 (Confidential) | |
| 91 | Chart of *WWE 2K* Franchise sales since Apr 2015, Bates stamped TAKE- TWO_0001332 (Highly Confidential) | |
| 92 | Chart of *WWE 2K* Franchise sales since Apr 2015, Bates stamped TAKE- TWO_0000983 (Highly Confidential) | |
| 93 | Schedules of *WWE 2K* Sales and Profits (Malackowski Rpt. App. C) (Highly Confidential) | |
| 94 | November 5, 2018 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Requests for Admissions to Plaintiff Catherine Alexander, Dkt. No. 95 | Disc. |
| 95 | October 15, 2018 Plaintiff's Objections and Responses to Defendants Take- Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Interrogatories to Plaintiff Catherine Alexander | Disc. |
| 96 | January 7, 2019 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Second Set of Requests for Admission to Plaintiff Catherine Alexander, Dkt. No. 108 | Disc. |
| 97 | November 19, 2018 Letter from Anthony Simon regarding Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories and Plaintiff's Objections and Responses to Defendants' First Set of Requests for Production | Disc. |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 98 | January 10, 2019 Plaintiff's Objections and Supplemental Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Interrogatories to Plaintiff Catherine Alexander | Disc. |
| 99 | January 7, 2019 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Second Set of Interrogatories to Plaintiff Catherine Alexander | Disc. |
| 100 | October 15, 2018 Plaintiff's Objections and Responses to Defendants Take- Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Requests for Production to Plaintiff Catherine Alexander | Disc. |
| 101 | January 10, 2019 Plaintiff's Objections and Supplemental Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Requests for Production to Plaintiff Catherine Alexander | Disc. |
| 102 | February 25, 2019 Letter United States Copyright Office to The Simon Law Firm re Bible Verse Design, Bates stamped ALEXANDER000067- ALEXANDER000069 | 403, R, ML |
| 103 | State of Missouri Patron Consent Form (Alexander Dep. Ex. 2) | R, F |
| 104 | November 4, 2019 Declaration of Randy Orton (Defendants' Summary Judgment Ex. 2) | ML, H, Expert Opinion |
| 105 | November 27, 2018 Declaration of Gary Glatstein, Bates stamped TAKE- TWO_0001327-TAKE-TWO_0001331 | ML, H, Expert Opinion |
| 106 | February 23, 2018 Declaration of Thomas Ray Cornett in *Solid Oak Sketches, LLC v. 2K Games, Inc. et al.*, 15-cv-724 (SDNY) (Jablonski Rpt. Ex. 3) | R, ML, H, Expert Opinion |
| 107 | March 13, 2018 Declaration of Deshawn Morris a/k/a Shawn Rome in *Solid Oak Sketches, LLC v. 2K Games, Inc. et al.*, 15-cv-724 (SDNY) (Jablonski Rpt. Ex. 4) | R, ML, H, Expert Opinion |
| 108 | February 7, 2018 Declaration of Justin Wright in *Solid Oak Sketches, LLC v. 2K Games, Inc. et al.*, 15-cv-724 (SDNY) (Jablonski Rpt. Ex. 5) | R, ML, H, Expert Opinion |
| 109 | **WITHDRAWN** | |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 110 | WITHDRAWN | |
| 111 | WITHDRAWN | |
| 112 | WITHDRAWN | |
| 113 | WITHDRAWN | |
| 114 | WITHDRAWN | |
| 115 | WITHDRAWN | |
| 116 | WITHDRAWN | |
| 117 | WITHDRAWN | |
| 118 | Webpage titled "31 World's Best Matching Tattoos for Couples" from BestPickr, available at http://bestpickr.com/matching-couples-tattoos | R, H, Expert Opinion |
| 119 | August 16, 2013 Article titled "From counter-culture to mainstream: Why the red-hot tattoo boom is bound to end" from National Post, available at https://nationalpost.com/news/canada/why-this-red-hot-tattoo-boom-is-boundto-end-with-regret-again | R, H, Expert Opinion |
| 120 | September 25, 2013 Article titled "Justin Bieber's Bible Psalm Tattoo on the Back of His Shoulder" from PopStarTats, available at www.popstartats.com/justin-bieber-tattoos/shoulder-bible-psalm/ | R, H, Expert Opinion |
| 121 | July 17, 2009 Article titled "Oetzi iceman's tattoos came from fireplace" from DiscoveryNews, available at http://www.nbcnews.com/id/31965532/ns/technology_and_science- science/t/oetzi-icemans-tattoos-came-fireplace/ | R, H, Expert Opinion |
| 122 | January 28, 2015 Article titled "Peak of Ink" from Inlander, available at https://www.inlander.com/spokane/peak-of-ink/Content?oid=2405964 | R, H, Expert Opinion |
| 123 | February 3, 2014 Article titled "People always say the same thing about tattoos" from BBC News, available at https://www.bbc.com/news/magazine-25330947 | R, H, Expert Opinion |
| 124 | August 26, 2014 Article titled "Siberian Mummy Burial Row" from International Business Times, available at https://www.ibtimes.co.uk/siberian- mummy-burial-row-villagers-want-princess-ukok-reburied-stop-natural- disasters-1462705 | R, H, Expert Opinion |
| 125 | September 30, 2013 Article titled "The rise of the text tattoo" from BBC News, available at https://www.bbc.com/news/magazine-24306141 | R, H, Expert Opinion |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 126 | Webpage titled "Top 43 Bible Verse Tattoo Ideas" from Next Luxury, available at https://nextluxury.com/mens-style-and-fashion/bible-verse-tattoos-for-men/ | R, H, Expert Opinion |
| 127 | Webpage titled "Top 55 Best Rose Tattoos for Men" from Improb.com, available at https://improb.com/best-rose-tattoos-for-men/ | R, H, Expert Opinion |
| 128 | December 10, 2012 Blog post titled "Tattooing in Ancient Egypt Part 2: The Mummy of Amunet", available at https://blogs.ucl.ac.uk/researchers-in- museums/tag/dr-daniel-fouquet/ | R, H, Expert Opinion |
| 129 | Tweet from Louvre Museum, available at https://twitter.com/MuseeLouvre/status/1245374207552258049/photo/1 | R, H, Expert Opinion |
| 130 | Louvre Webpage for "Figurine of a naked woman", available at https://www.louvre.fr/en/oeuvre-notices/figurine-naked-woman | R, H, Expert Opinion |
| 131 | June 26, 2014 British Museum Article titled "Tattoos in ancient Egypt and Sudan", available at https://blog.britishmuseum.org/tattoos-in-ancient-egypt- and-sudan/ | R, H, Expert Opinion |
| 132 | Archaeology.org Webpage titled "Faience Figuring and Bowl", available at https://www.archaeology.org/issues/107-features/tattoos/1352-faince-egypt- amunet-hathor-bes | R, H, Expert Opinion |
| 133 | Webpage displaying image titled "Vyvyn Lazonga's Hands" (2014) available at https://www.sdbarber.com/tattooed-portraits-2013-2014/ppicfvrd2pf8hm20tfyv2v1k3i246s | R, H, Expert Opinion |
| 134 | Webpage displaying image titled "Tattooed Self Portrait 4" (2008), available at https://www.sdbarber.com/tattooed-portraits-2008/2aaum9x6ons0wqguxlh2gvh74eyxp0 | R, H, Expert Opinion |
| 135 | Webpage displaying image titled "Portrait of the Artist, Luke Stewart, Head Study" (2009), available at https://www.sdbarber.com/tattooed-portraits-2009/e04fzyir2eusmwvoqbnyb96awh4u6q | R, H, Expert Opinion |
| 136 | Page titled "Randy Orton" on Smackdown Hotel (Bogost Rpt. Ex. 4) | R, H |
| 137 | January 15, 2017 Article titled "PC Monitor Display Sizes Continues to Grow" from TechTalk (Bogost Rpt. Ex. 5) | R, H |
| 138 | September 5, 2015 Article titled "TV Screens Are Getting Bigger and Bigger" from Statista (Bogost Rpt. Ex. 6) | R, H |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 139 | January 16, 2018 Article titled "*WWE 2K18* roster: Meet the Superstars joining the list of playable characters" from WWE (Bogost Rpt. Ex. 7) | R, H |
| 140 | Article titled "*WWE 2K18* New Moves Pack is Out Today" from WWE (Bogost Rpt. Ex. 8) | R, H |
| 141 | October 21, 2017 Wiki Entry titled "Game Modes" from IGN *WWE 2K18* Wiki Guide (Bogost Rpt. Ex. 9) | R, H |
| 142 | October 18, 2017 Article titled "*WWE 2K18*: Review of MyCareer and Road to Glory Modes" from the Bleacher Report (Bogost Rpt. Ex. 10) | R, H |
| 143 | Post on WWEGames Subreddit titled "Skip show intros on WWE2K18 MyCareer" (Bogost Rpt. Ex. 13) | R, H |
| 144 | Post on *WWE 2K17* Steam Community Board titled "Skipping intros?" (Bogost Rpt. Ex. 14) | R, H |
| 145 | Nick Montfort, *et al.*, "10 PRINT CHR$(205.5+RND(1)); : GOTO 10", available at https://10print.org/10_PRINT_121114.pdf | R, H |
| 146 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 18) | |
| 147 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 19) | |
| 148 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 19) | |
| 149 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 19) | |
| 150 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 19) | |
| 151 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 29) | |
| 152 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 29) | |
| 153 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 30) | |
| 154 | Questionnaire (Sample Web Screenshots) (Jay Report App. D) | F, H |
| 155 | Background Information on the YouGov Online Panel (Jay Report App. F) | F, H |
| 156 | Background Information on the Research Now/SSI Online Panel (Jay Report App. G) | F, H |
| 157 | Main Reasons and Other Reasons Survey Respondents Gave for Buying a *WWE 2K* Video Game (Jay Report App. H) | F, H |
| 158 | Which Wrestlers' Depiction Was a Reason for Buying a *WWE 2K* Video Game and What Features of Aspects of Their Appearance Were Important to Depict (Jay Report App. I) | F, H |
| 159 | **WITHDRAWN** | |
| 160 | **WITHDRAWN** | |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| **161** | Image of merchandise titled "WWE Wrestling Judgment Day 2008 T Shirt Triple H Shawn Michaels Undertaker XL," available at https://www.ebay.com/itm/WWE-Wrestling-Judgment-Day-2008-T-Shirt- Triple-H-Shawn-Michaels-Undertaker-XL/303408065564?hash=item46a487ac1c:g:ZA4AAOSwHv1d-rOO | R, H |
| **162** | Image of merchandise titled "WWE Wrestling Royal Rumble 2008 PPV T- Shirt 3XL Black Randy Orton Rey Mysterio," available at https://www.ebay.com/itm/WWE-Wrestling-Royal-Rumble-2008-PPV-T- Shirt-3XL-Black-Randy-Orton-Rey-Mysterio/283836587129?hash=item4215fa9c79:g:pdcAAOSwJrBehl-D | R, H |
| **163** | Webpage for April 2008 WWE Magazine via Prowrestling Fandom Wiki, available at https://prowrestling.fandom.com/wiki/WWE_Magazine_-_April_2008 | R, H |
| **164** | Image of merchandise titled "WWE Bragging Rights 2009 PPV Promo Poster, Undertaker, CM Punk, Excellent Cond," available at https://www.ebay.com/itm/WWE-Bragging-Rights-2009-PPV-Promo-Poster- Undertaker-CM-Punk-Excellent-Cond/173570690472?hash=item28699e8da8:g:3~YAAOSwnVRbtbUc | R, H |
| **165** | Image of merchandise titled "RANDY ORTON Med THE LEGEND Killer 2002 WWE WWF WRESTLING Tee Shirt New Deadstock," available at https://www.ebay.com/itm/RANDY-ORTON-Med-THE-LEGEND-Killer-2002-WWE-Wwf-WRESTLING-Tee-Shirt-New-Deadstock/353067731803?hash=item52347a0b5b:g:eaEAAOSw9~xerxug | R, H |
| **166** | Image of merchandise titled "2004 WWF UNFORGIVEN Promo T-SHIRT Triple H VS Randy Orton WWE Rare VTG RAW L," available at https://www.ebay.com/itm/2004-WWF-UNFORGIVEN-Promo-T-SHIRT- Triple-H-VS-Randy-Orton-WWE-Rare-VTG-RAW-L/263906290659?hash=item3d720a6be3:g:arcAAOSwKWxbh0Hd | R, H |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 167 | Image of merchandise titled "WWE Wrestling Armageddon 2007 PPV T-Shirt 3XL Black Randy Orton Undertaker Edge," available at https://www.ebay.com/itm/WWE-Wrestling-Armageddon-2007-PPV-T-Shirt-3XL-Black-Randy-Orton-Undertaker-Edge/283836586487?hash=item4215fa99f7:g:OucAAOSw0NZehl45 | R, H |
| 168 | Image of merchandise titled "2007 Royal Rumble Official Poster Rare!! 27x39 Blast Area PPV Poster WWF WWE," available at https://www.ebay.com/itm/2007-Royal-Rumble-Official-Poster-Rare-27x39- Blast-Area-PPV-Poster-WWF-WWE/133371986052?hash=item1f0d970084:g:xEgAAOSw1mdefCaZ | R, H |
| 169 | Image of merchandise titled "WWE RANDY ORTON NO MERCY CARDBOARD POSTER (NEW)," available at https://www.ebay.com/itm/WWE-RANDY-ORTON-NO-MERCY- CARDBOARD-POSTER-NEW/154051309241?hash=item23de2c6eb9:g:pNoAAOSwlGZfPGCU | R, H |
| 170 | Demonstratives for Use with Ian Bogost, Ph.D. | D, NP |
| 171 | Demonstratives for Use with Nina Jablonski, Ph.D. | D, NP |
| 172 | Demonstratives for Use with E. Deborah Jay, Ph.D. | D, NP |
| 173 | Demonstratives for Use with Edward Kiang | D, NP |
| 174 | Demonstratives for Use with Mark Little | D, NP |
| 175 | Demonstratives for Use with James Malackowski | D, NP |
| 176 | Demonstratives for Use with Randy Orton | D, NP |
| 177 | Demonstratives for Use with Chris Snyder | D, NP |
| 178 | February 17, 2018 Instagram post from schrockbrian (Alexander Depo. Ex. 1) | R, H |
| 179 | Photo of Arm Tattoo with Drawing, produced as ALEXANDER00042 (Alexander Dep. Ex. 9) | |
| 180 | Postal Confirmations for Library of Congress Submissions, produced as ALEXANDER000029-ALEXANDER000034 (Alexander Dep. Ex. 19) | R, H |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 181 | December 12, 2018 Email U.S. Copyright Office to The Simon Law Firm re Copyright Status Request, produced as ALEXANDER000056-ALEXANDER000058 (Alexander Dep. Ex. 20) | R, H |
| 182 | Spreadsheet titled "WWE 2K Franchise sales since Apr'2015", produced as TAKE-TWO_0000982 (Highly Confidential) | |
| 183 | Spreadsheet titled "WWE 2K Franchise sales since Apr'2015", produced as TAKE-TWO_0001447 (Highly Confidential) | |
| 184 | December 28, 2007, Game Log Post by Jose Zagal titled "Half-Life 2: Episode 1 (PC)" (Zagal Dep. Ex. 1) | R, H |
| 185 | November 3, 2008, Destructoid article by Nick Chester titled "WWE's Randy Orton talks videogames, violence, having his face in a game" (Zagal Dep. Ex. 2) | R, H |
| 186 | Sportskeeda slide "#6 Randy Orton" from slideshow titled "Top 10 coolest WWE Tattoos" (Zagal Dep. Ex. 4) | |
| 187 | Jose P. Zagal, Ludoliteracy: Defining, Understanding, and Supporting Games | |
| 188 | Physical Exhibit: WWE SmackDown!: Shut Your Mouth (PS2, 2002) | R |
| 189 | Physical Exhibit: WWE SmackDown!: Here Comes The Pain (PS2, 2003) | R |
| 190 | Physical Exhibit: WWE SmackDown! vs. Raw (PS2, 2004) | R |
| 191 | Physical Exhibit: WWE SmackDown! vs. Raw 2006 (PS2, 2005) | R |
| 192 | Physical Exhibit: WWE SmackDown vs. Raw 2007 (PS2, 2006) | R |
| 193 | Physical Exhibit: WWE SmackDown vs. Raw 2008 (PS2, 2007) | R |
| 194 | Physical Exhibit: WWE SmackDown vs. Raw 2009 (PS2, 2008) | R |
| 195 | Physical Exhibit: WWE SmackDown vs. Raw 2010 (PS2, 2009) | R |
| 196 | Physical Exhibit: WWE SmackDown vs. Raw 2011 (PS2, 2010) | R |
| 197 | WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane | R |
| 198 | WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay – Randy Orton vs. Batista | R |
| 199 | WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane | R |
| 200 | WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H | R |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 201 | WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H | R |
| 202 | WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane | R |
| 203 | WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker | R |
| 204 | WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane | R |
| 205 | WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena | R |
| 206 | Poster Advertising Pay-Per-View Event Titled WWE Vengeance | R |
| 207 | Poster Advertising Pay-Per-View Event Titled SmackDown Presents: No Way Out | R |
| 208 | Poster Advertising Pay-Per-View Event Titled WWE No Mercy | R |
| 209 | Poster Advertising Pay-Per-View Event Titled WWE Backlash | R |
| 210 | Poster Advertising Pay-Per-View Event Titled WWE Fatal 4 Way | R |
| 211 | Poster Advertising Pay-Per-View Event Titled Night of Champions | R |
| 212 | Poster Advertising Pay-Per-View Event Titled WWE Over the Limit | R |
| 213 | Poster Advertising Pay-Per-View Event Titled Payback | R |
| 214 | Poster Advertising Pay-Per-View Event Titled Payback | R |
| 215 | Poster Advertising Pay-Per-View Event Titled The Greatest Wrestling Match Ever: BackLash | R |
| 216 | Screenshot from WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane | R |
| 217 | Screenshot from WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane | R |
| 218 | Screenshot from WWE SmackDown!: Shut Your Mouth (PS2, 2002) | R |
| 219 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista | R |
| 220 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) | R |
| 221 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) | R |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 222 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) | R |
| 223 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay – Randy Orton vs. Kane | R |
| 224 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay – Randy Orton vs. Kane | R |
| 225 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay – Randy Orton vs. Kane | R |
| 226 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay – Randy Orton vs. Kane | R |
| 227 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H | R |
| 228 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H | R |
| 229 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H | R |
| 230 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H | R |
| 231 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H | R |
| 232 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H | R |
| 233 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H | R |
| 234 | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H | R |
| 235 | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H | R |
| 236 | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H | R |
| 237 | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H | R |
| 238 | Screenshot from WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane | R |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 239 | Screenshot from WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane | R |
| 240 | Screenshot from WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane | R |
| 241 | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker | R |
| 242 | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker | R |
| 243 | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker | R |
| 244 | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker | R |
| 245 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane | R |
| 246 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane | R |
| 247 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane | R |
| 248 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane | R |
| 249 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane | R |
| 250 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane | R |
| 251 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena | R |
| 252 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena | R |
| 253 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena | R |
| 254 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena | R |
| 255 | Photograph of Randy Orton (2002, forearms, front view) | 403, R |
| 256 | Photograph of Randy Orton (2002, biceps, arms crossed, front view) | 403, R |
| 257 | Photograph of Randy Orton (2002, biceps, back view) | 403, R |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 258 | Photograph of Randy Orton (2002, left bicep, front view) | 403, R |
| 259 | Photograph of Randy Orton (2003, biceps, shoulders, back view) | 403, R |
| 260 | Photograph of Randy Orton (2003, right bicep, back and zoomed-in view) | 403, R |
| 261 | Photograph of Randy Orton (2003, right shoulder, zoomed-in view) | 403, R |
| 262 | Photograph of Randy Orton (2004, left bicep, left forearm, side view) | 403, R |
| 263 | Photograph of Randy Orton (2004, left bicep, partial right bicep, back view) | 403, R |
| 264 | Photograph of Randy Orton (2005, left bicep, side view) | 403, R |
| 265 | Photograph of Randy Orton (2005, forearms, hands in air, front view) | 403, R |
| 266 | Photograph of Randy Orton (2005, forearms, hands in air, back view) | 403, R |
| 267 | Photograph of Randy Orton (2006, right bicep, partial right forearm, partial back, side view) | 403, R |
| 268 | Photograph of Randy Orton (2006, back, biceps, hands in air, back view) | 403, R |
| 269 | Photograph of Randy Orton (2007, back, partial biceps, back view) | 403, R |
| 270 | Photograph of Randy Orton (2007, right forearm, Samantha) | 403, R |
| 271 | Photograph of Randy Orton (2008, sleeves, front view) | |
| 272 | Photograph of Randy Orton (2008, sleeves, arms crossed, front view) | |
| 273 | Photograph of Randy Orton (2008, right sleeve, back view) | |
| 274 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) | |
| 275 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) | |
| 276 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) | |
| 277 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in front view) | |
| 278 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in front view) | |
| 279 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in side view) | |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 280 | Photograph of Randy Orton (2008, partial sleeve, Alanna) | |
| 281 | Photograph of Randy Orton (2008, partial sleeve, Alanna) | |
| 282 | Photograph of Randy Orton (2008, left partial sleeve) | |
| 283 | Photograph of Randy Orton (2008, partial sleeve, dove) | |
| 284 | Photograph of Randy Orton (2008, partial sleeve, dove) | |
| 285 | Photograph of Randy Orton (2008, left partial sleeve, dove, back view) | |
| 286 | Photograph of Randy Orton (2008, sleeves, front view) | |
| 287 | Photograph of Randy Orton (2008, right sleeve, side view) | |
| 288 | Photograph of Randy Orton (2008, left sleeve, side view) | |
| 289 | Photograph of Randy Orton (2008, sleeves, front view) | |
| 290 | Photograph of Randy Orton (2009, left sleeve, front view) | |
| 291 | Photograph of Randy Orton (2009, right sleeve, front view) | |
| 292 | Photograph of Randy Orton (2009, sleeves, back view) | |
| 293 | Photograph of Randy Orton (2010, sleeves, front view) | |
| 294 | Photograph of Randy Orton (2010, left sleeve, side view) | |
| 295 | Photograph of Randy Orton (2010, sleeves, arms crossed, side view) | |
| 296 | Photograph of Randy Orton (2011, sleeves, front view) | |
| 297 | Photograph of Randy Orton (2011, sleeves, back view) | |
| 298 | Photograph of Randy Orton (2011, sleeves, arms crossed, front view) | |
| 299 | Photograph of Randy Orton (2012, left sleeve, side view) | |
| 300 | Photograph of Randy Orton (2012, sleeves, back view) | |
| 301 | Photograph of Randy Orton (2012, right sleeve, side view) | |
| 302 | Photograph of Randy Orton (2013, right sleeve, side view) | |
| 303 | Photograph of Randy Orton (2013, sleeves, back view) | |
| 304 | Photograph of Randy Orton (2013, left sleeve, side view) | |
| 305 | Photograph of Randy Orton (2014, right sleeve, side view) | |
| 306 | Photograph of Randy Orton (2014, sleeves, back view) | |
| 307 | Photograph of Randy Orton (2014, left sleeve, side view) | |
| 308 | Photograph of Randy Orton (2014, sleeves, front view) | |

| Defendants' Exh. No. | Description | Plaintiff's Objections |
|---|---|---|
| 309 | Photograph of Randy Orton (2014, sleeves, front view) | |
| 310 | Photograph of Randy Orton (2014, sleeves, back view) | |
| 311 | Photograph of Randy Orton (2014, sleeves, arms crossed, zoomed-in front view) | |
| 312 | Photograph of Randy Orton (2015, sleeves, back view) | |
| 313 | Photograph of Randy Orton (2015, sleeves, wingspan, 3/4 view) | |
| 314 | Photograph of Randy Orton (2015, sleeves, front view) | |
| 315 | Photograph of Randy Orton (2016, sleeves, back view) | |
| 316 | Photograph of Randy Orton (2016, sleeves, front view, wearing sleeveless hoodie) | |
| 317 | Photograph of Randy Orton (2016, left sleeve, 3/4 view, wearing sleeveless hoodie) | |
| 318 | Photograph of Randy Orton (2016, right sleeve, 3/4 view, wearing sleeveless hoodie) | |
| 319 | Photograph of Randy Orton (2016, sleeves, front view, wearing sleeveless hoodie) | |
| 320 | Photograph of Randy Orton (2017, sleeves, front view) | |
| 321 | Photograph of Randy Orton (2017, sleeves, 3/4 view) | |
| 322 | Photograph of Randy Orton (2017, sleeves, 3/4 view) | |
| 323 | Photograph of Randy Orton (2017, sleeves, back view) | |
| 324 | Photograph of Randy Orton (2017, sleeves, back view) | |
| 325 | Photograph of Randy Orton (2018, sleeves, front view) | |
| 326 | Photograph of Randy Orton (2018, right sleeve, side view) | |
| 327 | Photograph of Randy Orton (2018, sleeves, back view) | |
| 328 | Photograph of Randy Orton (2018, left sleeve, side view) | |
| 329 | Photograph of Randy Orton (2018, sleeves, 3/4 view) | |

| Objection Key | |
|---|---|
| H | Hearsay |
| R | Relevance |
| ML | Subject to Motion in Limine |
| F | Foundation |
| 403 | Prejudicial |
| Expert Opinion | Undisclosed Expert Opinion |
| Disc. | Plaintiff objects to reading Plaintiff's objections to discovery requests to the jury.  Plaintiff further objects to the introduction of any answers in Plaintiff's responses to discovery that violate any granted motion in limine or any stipulations regarding evidence made by the parties. |
| D | Demonstrative |
| NP | Not produced to Plaintiff |

Dated: January 26, 2022                    Respectfully submitted,

                                          */s/ Paul J. Tahan*
                                          Anthony G. Simon, IL 6209056
                                          Anthony R. Friedman, IL 6299795
                                          Paul J. Tahan
                                          **THE SIMON LAW FIRM, P.C.**
                                          800 Market Street, Suite 1700
                                          St. Louis, Missouri 63101
                                          Phone: (314) 241-2929
                                          Fax: (314) 241-2029
                                          asimon@simonlawpc.com
                                          afriedman@simonlawpc.com
                                          ptahan@simonlawpc.com

                                          R. Seth Crompton
                                          **THE HOLLAND LAW FIRM**
                                          300 N. Tucker, Suite 801
                                          St. Louis, Missouri 63101
                                          scrompton@allfela.com
                                          Phone: (314) 241-8111
                                          Facsimile: (314) 241-5554

                                          *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system on January 26, 2022.

                                          */s/ Paul J. Tahan*