**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | )   Case No. 3:18-cv-966-SMY |
| WRESTLING ENTERTAINMENT, INC.; | ) |
| VISUAL CONCEPTS ENTERTAINMENT; | ) |
| YUKE'S CO., LTD.; AND YUKE'S LA INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**<u>DEFENDANTS' SECOND AMENDED RULE 26(a)(3) PRETRIAL DISCLOSURES</u>**

Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., Visual Concepts

Entertainment, and World Wrestling Entertainment, Inc. (collectively, "Defendants"), by

counsel, and in accordance with Federal Rule of Civil Procedure 26(a)(3) submit the following

for their Second Amended Pretrial Disclosures:

**I.    LIVE TESTIFYING WITNESSES**

Federal Rule of Civil Procedure 26(a)(3)(A)(i) calls for "the name, and if not previously

provided, address and telephone number of each witness—separately identifying those the party

expects to present and those it may call if the need arises."

Defendants expect to call the following witnesses:

| Name | Address | Telephone |
|---|---|---|
| Ian Bogost | Washington University<br>CB 1174<br>One Brookings Dr.<br>St. Louis, MO  63130 | (314) 935-4056 |

| Name | Address | Telephone |
|---|---|---|
| Nina Grace Jablonski | Department of Anthropology The Pennsylvania State University 409 Carpenter Building University Park, PA 16802 | (814) 865-2509 |
| E. Deborah Jay | 2000 Broadway St., Suite 143 Redwood City, CA 94063 | (415) 533-0020 |
| Edward Kiang | c/o Curtis Krasik K&L Gates LLP 210 Sixth Avenue Pittsburgh, PA 15222 | (412) 355-8608 |
| James E. Malackowski | c/o Ocean Tomo 200 West Madison St. 37th Floor Chicago, IL 60606 | (312) 327-4400 |
| Randy Orton | c/o Curtis Krasik K&L Gates LLP 210 Sixth Avenue Pittsburgh, PA 15222 | (412) 355-8608 |
| Alfredo Brody | c/o Dale Cendali Kirkland & Ellis LLP 601 Lexington Avenue New York, NY 11106 | (212) 446-4800 |

Defendants may call the following witnesses if the need arises:

| Name | Address | Telephone |
|---|---|---|
| Catherine Alexander | c/o Plaintiff Counsel | |
| Christopher Snyder | c/o Dale Cendali Kirkland & Ellis LLP 601 Lexington Avenue New York, NY 11106 | (212) 446-4800 |
| Mark Little | c/o Dale Cendali Kirkland & Ellis LLP 601 Lexington Avenue New York, NY 11106 | (212) 446-4800 |

Defendants may seek the Court's permission to present the testimony of any of the foregoing witnesses who suffer from elevated health risks via live videoconference.

## II.    TESTIMONY THROUGH DEPOSITION DESIGNATION

Federal Rule of Civil Procedure 26(a)(3)(A)(ii) calls for "the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition."

Defendants expect to offer or may offer, if the need arises, the deposition testimony identified in **Exhibit A**.  Defendants also reserve the right to designate any deposition testimony based upon any deposition designations offered by Plaintiff.  Pursuant to the Court's January 25, 2022, Case Management Order (Dkt. No. 258), Defendants will work with Plaintiff to jointly submit deposition designations and objections to the Court via email by September 7, 2022.

## III.   EXHIBITS

Federal Rule of Civil Procedure 26(a)(3)(A)(iii) calls for "an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises."

Defendants expect to offer or may offer, if the need arises, the documents and other exhibits identified in the exhibit list attached hereto as **Exhibit B**.

Defendants reserve the right to use discovery answers, pleadings, any other documents exchanged in discovery, and any and all exhibits designated by Plaintiff if the need arises. Defendants reserve the right to use any materials brought to Court by any witness.

Defendants further reserve the right to utilize demonstrative exhibits, including without limitation illustrations, summaries, charts, models, computer animations, PowerPoint presentations, videos, and enlargements of portions of exhibits.

Defendants preserve all objections to any and all exhibits identified and/or offered by Plaintiff.  They are unaware at this time of any additional exhibits that they may offer if the need arises, but reserve the right to present rebuttal or impeachment evidence as necessary.

Dated: August 26, 2022

Respectfully submitted,

*/s/ Dale M. Cendali*

Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Christopher T. Ilardi (admitted *pro hac vice*)
Miranda D. Means (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
christopher.ilardi@kirkland.com
miranda.means@kirkland.com

Michael J. Nester (#02037211)
Donovan Rose Nester P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., and Visual Concepts Entertainment*

*/s/ Jerry McDevitt* (with consent)

Jerry McDevitt (admitted *pro hac vice*)
Curtis Krasik (admitted *pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-8608
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com

Michael J. Nester (#02037211)
Donovan Rose Nester P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for World Wrestling Entertainment, Inc.*

## EXHIBIT A – DEFENDANTS' DEPOSITION DESIGNATIONS

### Catherine Alexander – January 15, 2019

| | | | |
|---|---|---|---|
| 12:11 - 12:13 | 65:23 - 65:23 | 105:4 - 105:6 | 149:15 - 150:12 |
| 18:3 - 18:13 | 66:2 - 66:6 | 105:8 - 105:8 | 150:19 - 150:24 |
| 18:16 - 18:17 | 66:8 - 66:8 | 105:18 - 106:2 | 151:13 - 151:15 |
| 18:19 - 21:3 | 75:19 - 76:4 | 106:4 - 109:7 | 151:19 - 151:24 |
| 21:4 - 21:6 | 76:20 - 76:21 | 109:11 - 109:11 | 152:23 - 153:5 |
| 21:9 - 21:9 | 76:23 - 76:23 | 109:14 - 109:18 | 153:10 - 153:16 |
| 21:11 - 21:12 | 77:2 - 77:5 | 109:20 - 110:10 | 154:24 - 155:5 |
| 21:15 - 21:15 | 77:15 - 78:2 | 110:12 - 110:12 | 155:10 - 156:3 |
| 21:17 - 21:18 | 78:12 - 78:15 | 110:14 - 110:19 | 159:3 - 159:10 |
| 21:20 - 21:20 | 82:12 - 82:21 | 111:1 - 111:14 | 159:15 - 159:17 |
| 22:13 - 22:17 | 83:1 - 83:6 | 112:7 - 112:19 | 159:19 - 159:19 |
| 22:22 - 22:22 | 83:10 - 83:13 | 113:2 - 113:6 | 160:6 - 160:7 |
| 22:24 - 23:1 | 86:22 - 86:24 | 113:18 - 114:24 | 160:9 - 160:9 |
| 23:5 - 23:5 | 87:4 - 87:22 | 116:17 - 116:20 | 160:11 - 160:13 |
| 23:7 - 23:14 | 87:24 - 88:1 | 119:4 - 120:1 | 161:4 - 162:14 |
| 23:15 - 23:19 | 88:3 - 89:7 | 120:19 - 121:24 | 166:22 - 167:3 |
| 23:22 - 23:22 | 89:9 - 89:9 | 124:14 - 124:16 | 167:15 - 167:15 |
| 24:20 - 24:24 | 89:11 - 89:15 | 124:22 - 125:10 | 171:2 - 171:8 |
| 25:9 - 26:2 * | 89:19 - 89:19 | 125:17 - 125:18 | 171:16 - 171:18 |
| 26:6 - 26:22 * | 89:21 - 90:10 | 125:20 - 125:20 | 171:21 - 171:21 |
| 36:19 - 36:23 | 90:13 - 90:13 | 125:22 - 126:23 | 171:23 - 172:1 |
| 36:24 - 37:9 | 90:17 - 90:20 | 126:24 - 127:3 | 172:3 - 172:3 |
| 37:12 - 37:12 | 90:21 - 90:23 | 127:6 - 127:15 | 172:5 - 172:7 |
| 37:14 - 37:16 | 90:24 - 91:4 | 128:7 - 129:8 | 172:9 - 172:16 |
| 37:17 - 37:24 | 91:5 - 91:11 | 129:10 - 129:11 | 172:18 - 172:18 |
| 38:2 - 38:3 | 91:13 - 91:13 | 129:17 - 130:13 | 172:20 - 172:21 |
| 40:15 - 40:20 | 93:10 - 93:13 | 131:17 - 131:23 | 172:23 - 173:7 |
| 40:21 - 40:24 | 93:22 - 94:13 | 132:9 - 132:13 | 173:11 - 173:17 |
| 42:2 - 43:5 | 94:16 - 94:16 | 132:20 - 133:11 | 173:19 - 173:20 |
| 43:6 - 43:19 | 94:22 - 95:19 | 136:16 - 136:20 | 176:24 - 177:5 |
| 51:14 - 51:20 | 96:20 - 97:3 | 137:13 - 138:17 | 177:19 - 177:20 |
| 51:21 - 51:21 | 97:7 - 97:7 | 139:13 - 139:22 | 177:23 - 178:5 |
| 51:23 - 51:23 | 97:9 - 97:21 | 140:2 - 140:13 | 179:2 - 179:11 |
| 52:3 - 52:17 | 97:23 - 98:1 | 140:24 - 141:4 | 180:22 - 180:24 |
| 56:13 - 57:8 | 98:7 - 99:1 | 141:12 - 142:24 | 181:6 - 181:9 |
| 61:18 - 64:2 | 99:5 - 99:15 | 144:12 - 144:14 | 182:24 - 183:4 |
| 64:4 - 64:22 | 99:19 - 100:23 | 144:16 - 144:16 | 183:13 - 183:15 |
| 64:24 - 64:24 | 103:16 - 103:24 | 148:1 - 148:5 | 183:18 - 183:19 |
| 65:2 - 65:8 | 104:14 - 104:17 | 148:18 - 148:21 | 183:21 - 184:4 |
| 65:12 - 65:12 | 104:19 - 104:24 | 149:2 - 149:11 | 184:6 - 184:9 |
| 65:14 - 65:21 | 105:2 - 105:2 | 149:13 - 149:13 | 184:11 - 184:16 |

\* These designations are conditional and Defendants will withdraw them in the event that Defendants' motion *in limine* to exclude Ms. Alexander's out of court statements to an unidentified WWE employee is granted.

| | | | |
|---|---|---|---|
| 186:3 - 187:4 | 197:6 - 197:24 | 199:14 - 199:15 | 199:21 - 201:6 |
| 188:7 - 188:21 | 198:3 - 199:3 | 199:17 - 199:18 | 201:8 - 201:8 |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 1 | Physical Exhibit: *WWE 2K16* for XBox One (Defendants' Summary Judgment Ex. 16)[1] |
| 2 | Physical Exhibit: *WWE 2K17* for XBox One (Defendants' Summary Judgment Ex. 17) |
| 3 | Physical Exhibit: *WWE 2K18* for XBox One (Defendants' Summary Judgment Ex. 18) |
| 4 | Webpage for *WWE 2K16*, Standard Edition, available at https://2k.com/en-US/game/wwe-2k16-standard-edition/ |
| 5 | *WWE 2K16* Gameplay Image of Randy Orton (Bogost Rpt. at 28) |
| 6 | Video Recording of *WWE 2K16* (Defendants' Summary Judgment Ex. 1, Appendix A) |
| 7 | *WWE 2K16* Gameplay - Roman Reigns vs. Randy Orton |
| 8 | *WWE 2K16* Gameplay - John Cena vs. Randy Orton |
| 9 | *WWE 2K16* Gameplay - Royal Rumble |
| 10 | *WWE 2K16* Gameplay - Randy Orton vs. John Cena |
| 11 | *WWE 2K16* Gameplay - Seth Rollins vs. Stone Cold Steve Austin |
| 12 | Webpage for *WWE 2K* 17, Standard Edition, *WWE 2K* 17, available at https://2k.com/en-US/game/wwe-2k17-standard-edition/ |
| 13 | Video Recording of *WWE 2K17* (Defendants' Summary Judgment Ex. 1, Appendix B) |
| 14 | *WWE 2K17* Gameplay - Randy Orton vs. Bubba Ray Dudley |
| 15 | *WWE 2K17* Gameplay - Randy Orton vs. Kane |
| 16 | *WWE 2K17* Gameplay - Royal Rumble |
| 17 | *WWE 2K17* Gameplay - Randy Orton vs. John Cena |
| 18 | *WWE 2K17* Gameplay - Roman Reigns vs. Brock Lesnar |
| 19 | Webpage for *WWE 2K* 18, Standard Edition, *WWE 2K* 18, available at https://2k.com/en-US/game/wwe-2k18-standard-edition/ |

---

[1]   Defendants intend to bring to Court an Xbox and/or other video game consoles on which the physical video game exhibits may be played by the parties, the Court, or the jury.

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 20 | *WWE 2K18* Load Screen Image (Bogost Rpt. at 20) |
| 21 | *WWE 2K18* Menu Options Image (Bogost Rpt. at 20) |
| 22 | *WWE 2K18* Play / One-on-One Options Image (Bogost Rpt. at 20) |
| 23 | *WWE 2K18* Store / Purchasables Options Image (Bogost Rpt. at 20) |
| 24 | *WWE 2K18* Gameplay Image of Randy Orton (Bogost Rpt. at 29) |
| 25 | Video Recording of *WWE 2K18* (Defendants' Summary Judgment Ex. 1, Appendix C) |
| 26 | *WWE 2K18* Gameplay - Randy Orton vs. Dean Ambrose |
| 27 | *WWE 2K18* Gameplay - Roman Reigns vs. Randy Orton |
| 28 | *WWE 2K18* Gameplay - Royal Rumble |
| 29 | *WWE 2K18* Gameplay - Randy Orton vs. Seth Rollins |
| 30 | *WWE 2K18* Gameplay - Brock Lesnar vs. Neville |
| 31 | Webpage titled "WWE's history of video games" from WWE.com, available at https://www.wwe.com/article/wwe-video-games-history |
| 32 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000913 (Confidential) |
| 33 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000914 (Confidential) |
| 34 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000918 (Confidential) |
| 35 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000909 (Confidential) |
| 36 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000910 (Confidential) |
| 37 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000911 (Confidential) |
| 38 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000912 (Confidential) |
| 39 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000915 (Confidential) |
| 40 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000916 (Confidential) |
| 41 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000917 (Confidential) |
| 42 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000919 (Confidential) |
| 43 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000920 (Confidential) |
| 44 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000921 (Confidential) |
| 45 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000922 (Confidential) |
| 46 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000923 (Confidential) |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 47 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000924 (Confidential) |
| 48 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000925 (Confidential) |
| 49 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000926 (Confidential) |
| 50 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000927 (Confidential) |
| 51 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000928 (Confidential) |
| 52 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000929 (Confidential) |
| 53 | Drawing of Tribal Tattoo, Bates stamped ALEXANDER000040 |
| 54 | Photo of Back Tattoo with Drawing, Bates stamped ALEXANDER000038 |
| 55 | Photo of Back Tattoo with Drawing (Alexander Dep. Ex. 6) |
| 56 | Photo of Arm Tattoo, Bates stamped ALEXANDER000044 |
| 57 | Photo of Randy Orton, front view, Bates stamped ALEXANDER000043 |
| 58 | Photo of Arm Tattoo, Bates stamped ALEXANDER000048 |
| 59 | Photo of Randy Orton, side view, Bates stamped ALEXANDER000045 |
| 60 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000798 (Confidential) |
| 61 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000799 (Confidential) |
| 62 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000800 (Confidential) |
| 63 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000801 (Confidential) |
| 64 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000802 (Confidential) |
| 65 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000803 (Confidential) |
| 66 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000804 (Confidential) |
| 67 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000805 (Confidential) |
| 68 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000806 (Confidential) |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 69 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000807 (Confidential) |
| 70 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000808 (Confidential) |
| 71 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000809 (Confidential) |
| 72 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000810 (Confidential) |
| 73 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000811 (Confidential) |
| 74 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000812 (Confidential) |
| 75 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000813 (Confidential) |
| 76 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000814 (Confidential) |
| 77 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000815 (Confidential) |
| 78 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000816 (Confidential) |
| 79 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000817 (Confidential) |
| 80 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000818 (Confidential) |
| 81 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000819 (Confidential) |
| 82 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000820 (Confidential) |
| 83 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000821 (Confidential) |
| 84 | Skin and Tattoo Image for Character, Bates stamped TAKE-TWO_0000822 (Confidential) |
| 85 | September 1, 2009 Booking Contract between World Wrestling Entertainment, Inc. and Randal Orton, Bates stamped WWE_Alexander0000001–WWE_Alexander0000026 (Confidential) |

**EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS**

| Defendants' Exhibit No. | Description |
|---|---|
| 86 | February 11, 2013 Agreement between World Wrestling Entertainment, Inc. and Take-Two Interactive Software, Inc., Bates stamped TAKE-TWO_0000498–TAKE-TWO_0000542 (Confidential) |
| 87 | Redacted February 11, 2013 Agreement between World Wrestling Entertainment, Inc. and Take-Two Interactive Software, Inc. |
| 88 | January 6, 2016 Amendment One to Agreement between World Wrestling Entertainment, Inc. and Take-Two Interactive Software, Inc., Bates stamped TAKE-TWO_0000543–TAKE-TWO_0000559 (Confidential) |
| 89 | Redacted January 6, 2016 Amendment One to Agreement between World Wrestling Entertainment, Inc. and Take-Two Interactive Software, Inc. |
| 90 | February 12, 2013 Master Developer Agreement between Yuke's Co. Ltd. and 2K Sports, Inc., Bates stamped TAKE-TWO_0000560-TAKE–TWO_0000609 (Confidential) |
| 91 | Chart of *WWE 2K* Franchise sales since Apr 2015, Bates stamped TAKE-TWO_0001332 (Highly Confidential) |
| 92 | Chart of *WWE 2K* Franchise sales since Apr 2015, Bates stamped TAKE-TWO_0000983 (Highly Confidential) |
| 93 | Schedules of *WWE 2K* Sales and Profits (Malackowski Rpt. App. C) (Highly Confidential) |
| 94 | November 5, 2018 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Requests for Admissions to Plaintiff Catherine Alexander, Dkt. No. 95 |
| 95 | October 15, 2018 Plaintiff's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Interrogatories to Plaintiff Catherine Alexander |
| 96 | January 7, 2019 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Second Set of Requests for Admission to Plaintiff Catherine Alexander, Dkt. No. 108 |
| 97 | November 19, 2018 Letter from Anthony Simon regarding Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories and Plaintiff's Objections and Responses to Defendants' First Set of Requests for Production |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 98 | January 10, 2019 Plaintiff's Objections and Supplemental Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Interrogatories to Plaintiff Catherine Alexander |
| 99 | January 7, 2019 Plaintiff Catherine Alexander's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's Second Set of Interrogatories to Plaintiff Catherine Alexander |
| 100 | October 15, 2018 Plaintiff's Objections and Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Requests for Production to Plaintiff Catherine Alexander |
| 101 | January 10, 2019 Plaintiff's Objections and Supplemental Responses to Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment's First Set of Requests for Production to Plaintiff Catherine Alexander |
| 102 | February 25, 2019 Letter United States Copyright Office to The Simon Law Firm re Bible Verse Design, Bates stamped ALEXANDER000067-ALEXANDER000069 |
| 103 | State of Missouri Patron Consent Form (Alexander Dep. Ex. 2) |
| 104 | November 4, 2019 Declaration of Randy Orton (Defendants' Summary Judgment Ex. 2) |
| 105 | November 27, 2018 Declaration of Gary Glatstein, Bates stamped TAKE-TWO_0001327-TAKE-TWO_0001331 |
| 106 | February 23, 2018 Declaration of Thomas Ray Cornett in *Solid Oak Sketches, LLC v. 2K Games, Inc. et al.*, 15-cv-724 (SDNY) (Jablonski Rpt. Ex. 3) |
| 107 | March 13, 2018 Declaration of Deshawn Morris a/k/a Shawn Rome in *Solid Oak Sketches, LLC v. 2K Games, Inc. et al.*, 15-cv-724 (SDNY) (Jablonski Rpt. Ex. 4) |
| 108 | February 7, 2018 Declaration of Justin Wright in *Solid Oak Sketches, LLC v. 2K Games, Inc. et al.*, 15-cv-724 (SDNY) (Jablonski Rpt. Ex. 5) |
| 109 | **WITHDRAWN** |
| 110 | **WITHDRAWN** |
| 111 | **WITHDRAWN** |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 112 | **WITHDRAWN** |
| 113 | **WITHDRAWN** |
| 114 | **WITHDRAWN** |
| 115 | **WITHDRAWN** |
| 116 | **WITHDRAWN** |
| 117 | **WITHDRAWN** |
| 118 | Webpage titled "31 World's Best Matching Tattoos for Couples" from BestPickr, available at http://bestpickr.com/matching-couples-tattoos |
| 119 | August 16, 2013 Article titled "From counter-culture to mainstream: Why the red-hot tattoo boom is bound to end" from National Post, available at https://nationalpost.com/news/canada/why-this-red-hot-tattoo-boom-is-bound-to-end-with-regret-again |
| 120 | September 25, 2013 Article titled "Justin Bieber's Bible Psalm Tattoo on the Back of His Shoulder" from PopStarTats, available at www.popstartats.com/justin-bieber-tattoos/shoulder-bible-psalm/ |
| 121 | July 17, 2009 Article titled "Oetzi iceman's tattoos came from fireplace" from DiscoveryNews, available at http://www.nbcnews.com/id/31965532/ns/technology_and_science-science/t/oetzi-icemans-tattoos-came-fireplace/ |
| 122 | January 28, 2015 Article titled "Peak of Ink" from Inlander, available at https://www.inlander.com/spokane/peak-of-ink/Content?oid=2405964 |
| 123 | February 3, 2014 Article titled "People always say the same thing about tattoos" from BBC News, available at https://www.bbc.com/news/magazine-25330947 |
| 124 | August 26, 2014 Article titled "Siberian Mummy Burial Row" from International Business Times, available at https://www.ibtimes.co.uk/siberian-mummy-burial-row-villagers-want-princess-ukok-reburied-stop-natural-disasters-1462705 |
| 125 | September 30, 2013 Article titled "The rise of the text tattoo" from BBC News, available at https://www.bbc.com/news/magazine-24306141 |
| 126 | Webpage titled "Top 43 Bible Verse Tattoo Ideas" from Next Luxury, available at https://nextluxury.com/mens-style-and-fashion/bible-verse-tattoos-for-men/ |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 127 | Webpage titled "Top 55 Best Rose Tattoos for Men" from Improb.com, available at https://improb.com/best-rose-tattoos-for-men/ |
| 128 | December 10, 2012 Blog post titled "Tattooing in Ancient Egypt Part 2: The Mummy of Amunet", available at https://blogs.ucl.ac.uk/researchers-in-museums/tag/dr-daniel-fouquet/ |
| 129 | Tweet from Louvre Museum, available at https://twitter.com/MuseeLouvre/status/1245374207552258049/photo/1 |
| 130 | Louvre Webpage for "Figurine of a naked woman", available at https://www.louvre.fr/en/oeuvre-notices/figurine-naked-woman |
| 131 | June 26, 2014 British Museum Article titled "Tattoos in ancient Egypt and Sudan", available at  https://blog.britishmuseum.org/tattoos-in-ancient-egypt-and-sudan/ |
| 132 | Archaeology.org Webpage titled "Faience Figuring and Bowl", available at https://www.archaeology.org/issues/107-features/tattoos/1352-faince-egypt-amunet-hathor-bes |
| 133 | Webpage displaying image titled "Vyvyn Lazonga's Hands" (2014) available at https://www.sdbarber.com/tattooed-portraits-2013-2014/ppicfvrd2pf8hm20tfyv2v1k3i246s |
| 134 | Webpage displaying image titled "Tattooed Self Portrait 4" (2008), available at https://www.sdbarber.com/tattooed-portraits-2008/2aaum9x6ons0wqguxlh2gvh74eyxp0 |
| 135 | Webpage displaying image titled "Portrait of the Artist, Luke Stewart, Head Study" (2009), available at https://www.sdbarber.com/tattooed-portraits-2009/e04fzyir2eusmwvoqbnyb96awh4u6q |
| 136 | Page titled "Randy Orton" on Smackdown Hotel (Bogost Rpt. Ex. 4) |
| 137 | January 16, 2017 Article titled "PC Monitor Display Sizes Continues to Grow" from TechTalk (Bogost Rpt. Ex. 5) |
| 138 | September 8, 2015 Article titled "TV Screens Are Getting Bigger and Bigger" from Statista (Bogost Rpt. Ex. 6) |
| 139 | January 16, 2018 Article titled "*WWE 2K18* roster: Meet the Superstars joining the list of playable characters" from WWE (Bogost Rpt. Ex. 7) |
| 140 | Article titled "*WWE 2K18* New Moves Pack is Out Today" from WWE (Bogost Rpt. Ex. 8) |
| 141 | October 21, 2017 Wiki Entry titled "Game Modes" from IGN *WWE 2K18* Wiki Guide (Bogost Rpt. Ex. 9) |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 142 | October 18, 2017 Article titled "*WWE 2K18*: Review of MyCareer and Road to Glory Modes" from the Bleacher Report (Bogost Rpt. Ex. 10) |
| 143 | Post on WWEGames Subreddit titled "Skip show intros on WWE2K18 MyCareer" (Bogost Rpt. Ex. 13) |
| 144 | Post on *WWE 2K17* Steam Community Board titled "Skipping intros?" (Bogost Rpt. Ex. 14) |
| 145 | Nick Montfort, *et al.*, "10 PRINT CHR$(205.5+RND(1)); : GOTO 10", available at https://10print.org/10_PRINT_121114.pdf |
| 146 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 18) |
| 147 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 19) |
| 148 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 19) |
| 149 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 19) |
| 150 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 19) |
| 151 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 29) |
| 152 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 29) |
| 153 | Photo of *WWE 2K* Gameplay (Bogost Rpt. at 30) |
| 154 | Questionnaire (Sample Web Screenshots) (Jay Report App. D) |
| 155 | Background Information on the YouGov Online Panel (Jay Report App. F) |
| 156 | Background Information on the Research Now/SSI Online Panel (Jay Report App. G) |
| 157 | Main Reasons and Other Reasons Survey Respondents Gave for Buying a *WWE 2K* Video Game (Jay Report App. H) |
| 158 | Which Wrestlers' Depiction Was a Reason for Buying a *WWE 2K* Video Game and What Features of Aspects of Their Appearance Were Important to Depict (Jay Report App. I) |
| 159 | **WITHDRAWN** |
| 160 | **WITHDRAWN** |
| 161 | Image of merchandise titled "WWE Wrestling Judgment Day 2008 T Shirt Triple H Shawn Michaels Undertaker XL," available at https://www.ebay.com/itm/WWE-Wrestling-Judgment-Day-2008-T-Shirt-Triple-H-Shawn-Michaels-Undertaker-XL/303408065564?hash=item46a487ac1c:g:ZA4AAOSwHv1d-rOO |

**EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS**

| Defendants' Exhibit No. | Description |
|---|---|
| 162 | Image of merchandise titled "WWE Wrestling Royal Rumble 2008 PPV T-Shirt 3XL Black Randy Orton Rey Mysterio," available at https://www.ebay.com/itm/WWE-Wrestling-Royal-Rumble-2008-PPV-T-Shirt-3XL-Black-Randy-Orton-Rey-Mysterio/283836587129?hash=item4215fa9c79:g:pdcAAOSwJrBehl-D |
| 163 | Webpage for April 2008 WWE Magazine via Prowrestling Fandom Wiki, available at https://prowrestling.fandom.com/wiki/WWE_Magazine_-_April_2008 |
| 164 | Image of merchandise titled "WWE Bragging Rights 2009 PPV Promo Poster, Undertaker, CM Punk, Excellent Cond," available at https://www.ebay.com/itm/WWE-Bragging-Rights-2009-PPV-Promo-Poster-Undertaker-CM-Punk-Excellent-Cond/173570690472?hash=item28699e8da8:g:3~YAAOSwnVRbtbUc |
| 165 | Image of merchandise titled "RANDY ORTON Med THE LEGEND Killer 2002 WWE Wwf WRESTLING Tee Shirt New Deadstock," available at https://www.ebay.com/itm/RANDY-ORTON-Med-THE-LEGEND-Killer-2002-WWE-Wwf-WRESTLING-Tee-Shirt-New-Deadstock/353067731803?hash=item52347a0b5b:g:eaEAAOSw9~xerxug |
| 166 | Image of merchandise titled "2004 WWF UNFORGIVEN Promo T-SHIRT Triple H VS Randy Orton WWE Rare VTG RAW L," available at https://www.ebay.com/itm/2004-WWF-UNFORGIVEN-Promo-T-SHIRT-Triple-H-VS-Randy-Orton-WWE-Rare-VTG-RAW-L/263906290659?hash=item3d720a6be3:g:arcAAOSwKWxbh0Hd |
| 167 | Image of merchandise titled "WWE Wrestling Armageddon 2007 PPV T-Shirt 3XL Black Randy Orton Undertaker Edge," available at https://www.ebay.com/itm/WWE-Wrestling-Armageddon-2007-PPV-T-Shirt-3XL-Black-Randy-Orton-Undertaker-Edge/283836586487?hash=item4215fa99f7:g:OucAAOSw0NZehl45 |
| 168 | Image of merchandise titled "2007 Royal Rumble Official Poster Rare!! 27x39 Blast Area PPV Poster WWF WWE," available at https://www.ebay.com/itm/2007-Royal-Rumble-Official-Poster-Rare-27x39-Blast-Area-PPV-Poster-WWF-WWE/133371986052?hash=item1f0d970084:g:xEgAAOSw1mdefCaZ |
| 169 | Image of merchandise titled "WWE RANDY ORTON NO MERCY CARDBOARD POSTER (NEW)," available at https://www.ebay.com/itm/WWE-RANDY-ORTON-NO-MERCY-CARDBOARD-POSTER-NEW/154051309241?hash=item23de2c6eb9:g:pNoAAOSwlGZfPGCU |
| 170 | Demonstratives for Use with Ian Bogost, Ph.D. |

**EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS**

| Defendants' Exhibit No. | Description |
|---|---|
| 171 | Demonstratives for Use with Nina Jablonski, Ph.D. |
| 172 | Demonstratives for Use with E. Deborah Jay, Ph.D. |
| 173 | Demonstratives for Use with Edward Kiang |
| 174 | Demonstratives for Use with Mark Little |
| 175 | Demonstratives for Use with James Malackowski |
| 176 | Demonstratives for Use with Randy Orton |
| 177 | Demonstratives for Use with Chris Snyder |
| 178 | February 17, 2018 Instagram post from schrockbrian (Alexander Dep. Ex. 1) |
| 179 | Photo of Arm Tattoo with Drawing, produced as ALEXANDER000042 (Alexander Dep. Ex. 9) |
| 180 | Postal Confirmations for Library of Congress Submissions, produced as ALEXANDER000029–ALEXANDER000034 (Alexander Dep. Ex. 19) |
| 181 | December 12, 2018 Email U.S. Copyright Office to The Simon Law Firm re Copyright Status Request, produced as ALEXANDER000056–ALEXANDER000058 (Alexander Dep. Ex. 20) |
| 182 | Spreadsheet titled "WWE 2K Franchise sales since Apr'2015", produced as TAKE-TWO_0000982 (Highly Confidential) |
| 183 | Spreadsheet titled "WWE 2K Franchise sales since Apr'2015", produced as TAKE-TWO_0001447 (Highly Confidential) |
| 184 | December 28, 2007, Game Log Post by Jose Zagal titled "Half-Life 2: Episode 1 (PC)" (Zagal Dep. Ex. 1) |
| 185 | November 3, 2008, Destructoid article by Nick Chester titled "WWE's Randy Orton talks videogames, violence, having his face in a game" (Zagal Dep. Ex. 2) |
| 186 | Sportskeeda slide "#6 Randy Orton" from slideshow titled "Top 10 coolest WWE Tattoos" (Zagal Dep. Ex. 4) |
| 187 | Jose P. Zagal, Ludoliteracy: Defining, Understanding, and Supporting Games Education (ETC Press 2010) |
| 188 | Physical Exhibit: WWE SmackDown!: Shut Your Mouth (PS2, 2002) |
| 189 | Physical Exhibit: WWE SmackDown!: Here Comes The Pain (PS2, 2003) |
| 190 | Physical Exhibit: WWE SmackDown! vs. Raw (PS2, 2004) |
| 191 | Physical Exhibit: WWE SmackDown! vs. Raw 2006 (PS2, 2005) |
| 192 | Physical Exhibit: WWE SmackDown vs. Raw 2007 (PS2, 2006) |

**EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS**

| Defendants' Exhibit No. | Description |
|---|---|
| 193 | Physical Exhibit: WWE SmackDown vs. Raw 2008 (PS2, 2007) |
| 194 | Physical Exhibit: WWE SmackDown vs. Raw 2009 (PS2, 2008) |
| 195 | Physical Exhibit: WWE SmackDown vs. Raw 2010 (PS2, 2009) |
| 196 | Physical Exhibit: WWE SmackDown vs. Raw 2011 (PS2, 2010) |
| 197 | WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane |
| 198 | WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista |
| 199 | WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane |
| 200 | WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 201 | WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H |
| 202 | WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane |
| 203 | WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker |
| 204 | WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| 205 | WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena |
| 206 | Poster Advertising Pay-Per-View Event Titled WWE Vengeance |
| 207 | Poster Advertising Pay-Per-View Event Titled SmackDown Presents: No Way Out |
| 208 | Poster Advertising Pay-Per-View Event Titled WWE No Mercy |
| 209 | Poster Advertising Pay-Per-View Event Titled WWE Backlash |
| 210 | Poster Advertising Pay-Per-View Event Titled WWE Fatal 4 Way |
| 211 | Poster Advertising Pay-Per-View Event Titled Night of Champions |
| 212 | Poster Advertising Pay-Per-View Event Titled WWE Over the Limit |
| 213 | Poster Advertising Pay-Per-View Event Titled Payback |
| 214 | Poster Advertising Pay-Per-View Event Titled Payback |
| 215 | Poster Advertising Pay-Per-View Event Titled The Greatest Wrestling Match Ever: BackLash |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 216 | Screenshot from WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane |
| 217 | Screenshot from WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane |
| 218 | Screenshot from WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane |
| 219 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista |
| 220 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista |
| 221 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista |
| 222 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista |
| 223 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane |
| 224 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane |
| 225 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane |
| 226 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane |
| 227 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 228 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 229 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 230 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 231 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 232 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| **233** | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| **234** | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H |
| **235** | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H |
| **236** | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H |
| **237** | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H |
| **238** | Screenshot from WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane |
| **239** | Screenshot from WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane |
| **240** | Screenshot from WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane |
| **241** | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker |
| **242** | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker |
| **243** | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker |
| **244** | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker |
| **245** | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| **246** | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| **247** | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| **248** | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| **249** | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |

**EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS**

| Defendants' Exhibit No. | Description |
|---|---|
| 250 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| 251 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena |
| 252 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena |
| 253 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena |
| 254 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena |
| 255 | Photograph of Randy Orton (2002, forearms, front view) |
| 256 | Photograph of Randy Orton (2002, biceps, arms crossed, front view) |
| 257 | Photograph of Randy Orton (2002, biceps, back view) |
| 258 | Photograph of Randy Orton (2002, left bicep, front view) |
| 259 | Photograph of Randy Orton (2003, biceps, shoulders, back view) |
| 260 | Photograph of Randy Orton (2003, right bicep, back and zoomed-in view) |
| 261 | Photograph of Randy Orton (2003, right shoulder, zoomed-in view) |
| 262 | Photograph of Randy Orton (2004, left bicep, left forearm, side view) |
| 263 | Photograph of Randy Orton (2004, left bicep, partial right bicep, back view) |
| 264 | Photograph of Randy Orton (2005, left bicep, side view) |
| 265 | Photograph of Randy Orton (2005, forearms, hands in air, front view) |
| 266 | Photograph of Randy Orton (2005, forearms, hands in air, back view) |
| 267 | Photograph of Randy Orton (2006, right bicep, partial right forearm, partial back, side view) |
| 268 | Photograph of Randy Orton (2006, back, biceps, hands in air, back view) |
| 269 | Photograph of Randy Orton (2007, back, partial biceps, back view) |
| 270 | Photograph of Randy Orton (2007, right forearm, Samantha) |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 271 | Photograph of Randy Orton (2008, sleeves, front view) |
| 272 | Photograph of Randy Orton (2008, sleeves, arms crossed, front view) |
| 273 | Photograph of Randy Orton (2008, right sleeve, back view) |
| 274 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) |
| 275 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) |
| 276 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) |
| 277 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in front view) |
| 278 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in front view) |
| 279 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in side view) |
| 280 | Photograph of Randy Orton (2008, partial sleeve, Alanna) |
| 281 | Photograph of Randy Orton (2008, partial sleeve, Alanna) |
| 282 | Photograph of Randy Orton (2008, left partial sleeve) |
| 283 | Photograph of Randy Orton (2008, partial sleeve, dove) |
| 284 | Photograph of Randy Orton (2008, partial sleeve, dove) |
| 285 | Photograph of Randy Orton (2008, left partial sleeve, dove, back view) |
| 286 | Photograph of Randy Orton (2008, sleeves, front view) |
| 287 | Photograph of Randy Orton (2008, right sleeve, side view) |
| 288 | Photograph of Randy Orton (2008, left sleeve, side view) |
| 289 | Photograph of Randy Orton (2008, sleeves, front view) |
| 290 | Photograph of Randy Orton (2009, left sleeve, front view) |
| 291 | Photograph of Randy Orton (2009, right sleeve, front view) |
| 292 | Photograph of Randy Orton (2009, sleeves, back view) |
| 293 | Photograph of Randy Orton (2010, sleeves, front view) |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 294 | Photograph of Randy Orton (2010, left sleeve, side view) |
| 295 | Photograph of Randy Orton (2010, sleeves, arms crossed, side view) |
| 296 | Photograph of Randy Orton (2011, sleeves, front view) |
| 297 | Photograph of Randy Orton (2011, sleeves, back view) |
| 298 | Photograph of Randy Orton (2011, sleeves, arms crossed, front view) |
| 299 | Photograph of Randy Orton (2012, left sleeve, side view) |
| 300 | Photograph of Randy Orton (2012, sleeves, back view) |
| 301 | Photograph of Randy Orton (2012, right sleeve, side view) |
| 302 | Photograph of Randy Orton (2013, right sleeve, side view) |
| 303 | Photograph of Randy Orton (2013, sleeves, back view) |
| 304 | Photograph of Randy Orton (2013, left sleeve, side view) |
| 305 | Photograph of Randy Orton (2014, right sleeve, side view) |
| 306 | Photograph of Randy Orton (2014, sleeves, back view) |
| 307 | Photograph of Randy Orton (2014, left sleeve, side view) |
| 308 | Photograph of Randy Orton (2014, sleeves, front view) |
| 309 | Photograph of Randy Orton (2014, sleeves, front view) |
| 310 | Photograph of Randy Orton (2014, sleeves, back view) |
| 311 | Photograph of Randy Orton (2014, sleeves, arms crossed, zoomed-in front view) |
| 312 | Photograph of Randy Orton (2015, sleeves, back view) |
| 313 | Photograph of Randy Orton (2015, sleeves, wingspan, 3/4 view) |
| 314 | Photograph of Randy Orton (2015, sleeves, front view) |
| 315 | Photograph of Randy Orton (2016, sleeves, back view) |

## EXHIBIT B – LIST OF DEFENDANTS' EXHIBITS

| Defendants' Exhibit No. | Description |
|---|---|
| 316 | Photograph of Randy Orton (2016, sleeves, front view, wearing sleeveless hoodie) |
| 317 | Photograph of Randy Orton (2016, left sleeve, 3/4 view, wearing sleeveless hoodie) |
| 318 | Photograph of Randy Orton (2016, right sleeve, 3/4 view, wearing sleeveless hoodie) |
| 319 | Photograph of Randy Orton (2016, sleeves, front view, wearing sleeveless hoodie) |
| 320 | Photograph of Randy Orton (2017, sleeves, front view) |
| 321 | Photograph of Randy Orton (2017, sleeves, 3/4 view) |
| 322 | Photograph of Randy Orton (2017, sleeves, 3/4 view) |
| 323 | Photograph of Randy Orton (2017, sleeves, back view) |
| 324 | Photograph of Randy Orton (2017, sleeves, back view) |
| 325 | Photograph of Randy Orton (2018, sleeves, front view) |
| 326 | Photograph of Randy Orton (2018, right sleeve, side view) |
| 327 | Photograph of Randy Orton (2018, sleeves, back view) |
| 328 | Photograph of Randy Orton (2018, left sleeve, side view) |
| 329 | Photograph of Randy Orton (2018, sleeves, 3/4 view) |
| 330 | Demonstratives for Use with Alfredo Brody |
| 331 | Video of *WWE 2K16*, produced as TAKE-TWO_0000178 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) | Case No. 3:18-cv-966- SMY |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) | |
| WRESTLING ENTERTAINMENT, INC.; | ) | |
| VISUAL CONCEPTS ENTERTAINMENT; | ) | |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2022, I caused the foregoing DEFENDANTS'
SECOND AMENDED RULE 26(a)(3) PRETRIAL DISCLOSURES to be electronically served
on the below individuals:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| Carrie L. Roseman | croseman@simonlawpc.com |
| Paul Joseph Tahan | ptahan@simonlawpc.com |
| R. Seth Crompton | scrompton@allfela.com |
| Bernadette Kennedy | bkennedy@allfela.com |

*/s/ Dale M. Cendali*

Dale M. Cendali (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022

*Attorney for Defendants 2K Games, Inc., 2K
Sports, Inc., Take-Two Interactive Software, Inc.,
and Visual Concepts Entertainment*