# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE SOUTHERN DISTRICT OF ILLINOIS
 3      ------------------------------   x
 4    CATHERINE ALEXANDER,               :
 5        Plaintiff,                     :
 6    v.                                 :
 7    TAKE-TWO INTERACTIVE SOFTWARE,     :  Cause No.
 8    INC., 2K GAMES, INC., 2K           :  3:18-CV-0966-SMY
 9    SPORTS, INC., WORLD WRESTLING      :
10    ENTERTAINMENT, INC., and           :
11    VISUAL CONCEPTS ENTERTAINMENT,     :
12        Defendants.                    :
13    ------------------------------   X
14
15               Zoom Video Deposition of
16                   EDWARD M. KIANG
17                Tuesday, August 4, 2020
18             9:04 a.m. CST to 12:24 p.m. CST
19
20
21
22    Job No.: 311575
23    Pages: 1 - 122
24    Reported by: Melody Stephenson
25    BBA, FCRR, CRR, CRC, RPR, RSA, MO CCR #406
```

Transcript of Edward M. Kiang
Conducted on August 4, 2020

49

| | | |
|---|---|---|
| 1 | pay-per-view posters.  But, again, trying to keep | 09:59:20 |
| 2 | it consistent with the overall theme of -- of how | 09:59:23 |
| 3 | we present our brand in our core products. | 09:59:27 |
| 4 |     Q  Okay.  Thank you. | 09:59:29 |
| 5 |     Let's just -- let's just talk about the | 09:59:30 |
| 6 | WWE 2 cames -- 2K Games, okay, and the WWE | 09:59:35 |
| 7 | approval process.  So in conducting the approval | 09:59:36 |
| 8 | processes for IP elements in the WWE 2K Games, was | 09:59:39 |
| 9 | the WWE looking for realism? | 09:59:52 |
| 10 |     A  I don't know that -- so realism isn't | 09:59:52 |
| 11 | really a criteria for us.  It's -- it is -- you | 09:59:56 |
| 12 | know, again, we -- we just try to ensure that | 09:59:59 |
| 13 | it -- it looks consistent with how we represent | 10:00:01 |
| 14 | the talent in our shows. | 10:00:05 |
| 15 |     Q  And when you say "shows" -- | 10:00:05 |
| 16 |     A  Realism is more of a function of, you | 10:00:14 |
| 17 | know, how good the technology is for any | 10:00:14 |
| 18 | particular year. | 10:00:16 |
| 19 |     Q  Sure.  Sure.  But when you say "how your | 10:00:17 |
| 20 | talent looks in the shows," are you referring to | 10:00:23 |
| 21 | the television programming? | 10:00:24 |
| 22 |     A  Correct, and pay per views. | 10:00:26 |
| 23 |     Q  Okay.  So is one of the goals that WWE is | 10:00:28 |
| 24 | trying to achieve in its approval process | 10:00:35 |
| 25 | attempting to achieve an accurate representation | 10:00:39 |

| | | |
|---|---|---|
| 1 | in comparison with the television programming?  Is | 10:00:44 |
| 2 | that right? | 10:00:44 |
| 3 |      MR. KRASIK:  Objection.  Misstates his | 10:00:44 |
| 4 | testimony. | 10:00:44 |
| 5 |      MR. SIMMONS:  Objection.  Mischaracterizes | 10:00:51 |
| 6 | the witness's testimony. | 10:00:54 |
| 7 |    A  With respect to these games, I think one | 10:00:56 |
| 8 | of the goals is -- is to try to, again, give -- | 10:00:58 |
| 9 | give the fans an authentic WWE experience that | 10:01:03 |
| 10 | represents what they're familiar with seeing in | 10:01:07 |
| 11 | our TV programming. | 10:01:09 |
| 12 |    Q  (By Mr. Friedman)  Okay.  So -- so -- | |
| 13 |    A  Ultimately, it still needs to be fun, | |
| 14 | though.  I mean, it's -- it's a game.  You know, | |
| 15 | we're -- we're -- we're not trying to create or | |
| 16 | you're not making a TV show.  You're playing a | |
| 17 | game. | 10:01:20 |
| 18 |    Q  Sure.  So it -- it's accurate to say, | 10:01:20 |
| 19 | though, that the WWE wanted the -- the video game | 10:01:23 |
| 20 | characters to look like they looked on television, | 10:01:28 |
| 21 | isn't that right? | 10:01:30 |
| 22 |    A  Yeah.  I mean, at -- at the end of the | 10:01:34 |
| 23 | day, I think, you know, 2- -- 2K will submit a -- | 10:01:36 |
| 24 | at least -- again, with respect to these games, | 10:01:39 |
| 25 | 2- -- 2K will submit models looking like what they | 10:01:43 |

| | | |
|---|---|---|
| 1 | want them to look like and -- and, you know, based | 10:01:47 |
| 2 | off of the art style and direction they're going | 10:01:49 |
| 3 | for, we try to look for, you know, whether or not | 10:01:51 |
| 4 | there are any inaccuracies with respect to how | 10:01:53 |
| 5 | they portray the talent.  But -- but, you know, | 10:01:56 |
| 6 | I -- I wouldn't say that -- WWE does not art | 10:01:58 |
| 7 | direct 2K.  2K decides what product they want to | 10:02:01 |
| 8 | produce, how it should look, and we provide them | 10:02:06 |
| 9 | guidance if we feel like it's incorrect in some | 10:02:09 |
| 10 | manner. | 10:02:12 |
| 11 |     Q   Okay.  And I think you touched upon this | 10:02:12 |
| 12 | before, but does that approval process for talent | 10:02:16 |
| 13 | models include reviewing the character's body | 10:02:21 |
| 14 | type? | 10:02:24 |
| 15 |     A   That's correct.  It could be -- it can be | 10:02:26 |
| 16 | inclusive of that. | 10:02:27 |
| 17 |     Q   Okay.  So -- so is it -- so the WWE was | 10:02:29 |
| 18 | looking to make sure that its talent models' | 10:02:34 |
| 19 | bodies look like they look on television, is that | 10:02:37 |
| 20 | right? | 10:02:41 |
| 21 |     A   Yeah.  So that they look the way that we | 10:02:41 |
| 22 | would want them portrayed in our programming -- | 10:02:44 |
| 23 |     Q   Okay. | 10:02:44 |
| 24 |     A   -- and in our other marketing collaterals. | 10:02:46 |
| 25 |     Q   So -- all right.  If, for instance, | 10:02:49 |

Transcript of Edward M. Kiang
Conducted on August 4, 2020

52

| | | |
|---|---|---|
| 1 | Take-Two had presented to WWE a talent model with | 10:02:53 |
| 2 | a body type that was much different than how that | 10:02:58 |
| 3 | talent model appeared on television, what would | 10:03:03 |
| 4 | WWE do? | 10:03:07 |
| 5 |     MR. KRASIK:  Objection.  Form. | 10:03:09 |
| 6 |     Go ahead and answer if you can. | 10:03:11 |
| 7 |   A  We -- we would probably have some | 10:03:13 |
| 8 | questions with the team.  You know, again, it | 10:03:15 |
| 9 | depends -- if we're talking specifically for this | 10:03:18 |
| 10 | product, we would tell them that it probably | 10:03:21 |
| 11 | looked inaccurate and would want to understand | 10:03:24 |
| 12 | their rationale for why they do that. | 10:03:26 |
| 13 |     There could be instances where, you know, | 10:03:29 |
| 14 | and -- and for certain games, there are story | 10:03:31 |
| 15 | modes where maybe it goes in a different | 10:03:34 |
| 16 | direction.  You know, for example, I don't believe | 10:03:36 |
| 17 | it was in one of the games in this round, but | 10:03:38 |
| 18 | it -- in one of our more recent games, the story | 10:03:41 |
| 19 | line went into the future and someone had a bionic | 10:03:44 |
| 20 | arm. | 10:03:48 |
| 21 |     You know, so that -- that's a conversation | 10:03:48 |
| 22 | of understanding, okay, well, this is not past | 10:03:49 |
| 23 | brand assurance, but in the context of the story | 10:03:52 |
| 24 | you're trying to create, we'll allow this. | 10:03:54 |
| 25 |   Q  (By Mr. Friedman)  Okay.  I think you used | 10:03:57 |

Transcript of Edward M. Kiang
Conducted on August 4, 2020

53

| | | |
|---|---|---|
| 1 | the phrase "accurate representation" earlier.  So | 10:03:58 |
| 2 | let's try and understand what -- what would WWE do | 10:04:05 |
| 3 | in the event that it received from Take-Two or 2K | 10:04:07 |
| 4 | a talent model product that was under review that | 10:04:11 |
| 5 | was not an accurate representation in WWE's view? | 10:04:17 |
| 6 |     MR. KRASIK:  Objection.  Mischaracterizes | 10:04:23 |
| 7 | prior testimony.  It involves a hypothetical to a | 10:04:25 |
| 8 | fact witness. | 10:04:31 |
| 9 |    A   If we received a submission that looked | 10:04:31 |
| 10 | inaccurate, we would -- again, assuming that we | 10:04:34 |
| 11 | noticed it, we would flag it for comment and -- | 10:04:36 |
| 12 | and -- and have to make an adjustment. | 10:04:45 |
| 13 |    Q   (By Mr. Friedman)  Okay.  Would WWE | 10:04:47 |
| 14 | approve a submission for the video games that was | 10:04:49 |
| 15 | not in WWE's view an accurate representation? | 10:04:52 |
| 16 |     MR. KRASIK:  Objection.  Calls for | 10:04:58 |
| 17 | speculation. | 10:05:00 |
| 18 |    A   Again, without knowing if there were | 10:05:02 |
| 19 | particular context or why they might make that | 10:05:06 |
| 20 | change, it's hard to say. | 10:05:10 |
| 21 |    Q   (By Mr. Friedman)  Okay.  All right.  Are | 10:05:11 |
| 22 | you familiar with Andre the Giant? | 10:05:18 |
| 23 |    A   I am. | 10:05:21 |
| 24 |    Q   Okay.  And Andre the Giant is a very tall | 10:05:22 |
| 25 | man, right? | 10:05:27 |

Transcript of Edward M. Kiang
Conducted on August 4, 2020

54

| | | |
|---|---|---|
| 1 | A    That's correct. | 10:05:28 |
| 2 | Q    Do you know how tall he was? | 10:05:29 |
| 3 | A    I -- I do not. | 10:05:33 |
| 4 | MR. KRASIK:  That's a closely guarded | 10:05:34 |
| 5 | secret. | 10:05:37 |
| 6 | Q    (By Mr. Friedman)  Now, An- -- Andre the | 10:05:39 |
| 7 | Giant has been a featured wrestler in the WWE 2K | 10:05:40 |
| 8 | Games, is that right? | 10:05:47 |
| 9 | A    He has been featured in the game, yes. | 10:05:47 |
| 10 | Q    Okay.  As one of the main WWE wrestlers | 10:05:51 |
| 11 | in -- in the roster of the video games, right? | 10:05:53 |
| 12 | A    That is correct. | 10:05:59 |
| 13 | Q    Let's use a specific example.  If Take-Two | 10:06:00 |
| 14 | had submitted a talent model of Andre the Giant | 10:06:03 |
| 15 | that appeared to be about 4 feet tall, what would | 10:06:08 |
| 16 | the WWE -- | 10:06:14 |
| 17 | MR. SIMMONS:  Objection.  Incomplete | 10:06:20 |
| 18 | hypothetical. | 10:06:21 |
| 19 | A    Yeah.  We would flag it saying that does | 10:06:24 |
| 20 | not look like an accurate -- you know, or An- -- | 10:06:26 |
| 21 | Andre the giant looks too small. | 10:06:29 |
| 22 | Q    (By Mr. Friedman)  Okay. | 10:06:29 |
| 23 | A    Understand why you would try to do that. | 10:06:35 |
| 24 | Q    And let's assume that the WWE would not | 10:06:37 |
| 25 | consider a 4-foot tall Andre the Giant to be an | 10:06:41 |

Transcript of Edward M. Kiang
Conducted on August 4, 2020

55

| | | |
|---|---|---|
| 1 | accurate representation of the WWE intellectual | 10:06:44 |
| 2 | property.  Is that fair to assume? | 10:06:47 |
| 3 |    A   Yes.  Without context, we would -- we | 10:06:50 |
| 4 | would probably reject that. | 10:06:54 |
| 5 |    Q   Okay.  All right.  That -- that was going | 10:06:55 |
| 6 | to be my next question. | 10:06:56 |
| 7 |       So but the WWE obviously has the right to | 10:06:58 |
| 8 | not approve or reject content that it finds in its | 10:07:02 |
| 9 | opinion is not an accurate representation, is that | 10:07:06 |
| 10 | right? | 10:07:10 |
| 11 |    A   If we feel that it does not properly | 10:07:10 |
| 12 | reflect the brand. | 10:07:14 |
| 13 |    Q   Okay.  And in those instances, WWE has the | 10:07:17 |
| 14 | decision to make whether to approve or not approve | 10:07:20 |
| 15 | a particular talent model or other submission, | 10:07:23 |
| 16 | right? | 10:07:27 |
| 17 |    A   That is correct. | 10:07:29 |
| 18 |    Q   Why is it that the WWE might withhold | 10:07:30 |
| 19 | approval from something that is not an accurate | 10:07:38 |
| 20 | representation of WWE intellectual property? | 10:07:41 |
| 21 |    A   Well, it -- we feel like it wouldn't | 10:07:45 |
| 22 | depict the brand in -- in the proper light in | 10:07:49 |
| 23 | terms of, you know, providing a -- a, you know, | 10:07:51 |
| 24 | WWE experience to our fans. | 10:07:56 |
| 25 |    Q   All right.  You mentioned not depicting | 10:08:01 |

| | | |
|---|---|---|
| 1 | model that lacked any tattoos? | 10:38:58 |
| 2 | MR. KRASIK:  Tony, you muffled on a word | 10:39:01 |
| 3 | in your question.  Would you mind restating it | 10:39:04 |
| 4 | please? | 10:39:07 |
| 5 | MR. FRIEDMAN:  Sure. | 10:39:09 |
| 6 | Q   (By Mr. Friedman)  Why is it that WWE | 10:39:09 |
| 7 | would not have approved an Orton talent model that | 10:39:10 |
| 8 | lacked any tattoos? | 10:39:14 |
| 9 | A   Because it would not have been an -- a | 10:39:21 |
| 10 | accurate depiction of Randy Orton the person. | 10:39:23 |
| 11 | Q   Why is it that the WWE would have rejected | 10:39:29 |
| 12 | a Randy Orton talent model that had tattoos that | 10:39:31 |
| 13 | were different from the tattoos that Randy Orton | 10:39:35 |
| 14 | has in real life? | 10:39:37 |
| 15 | A   Again, it -- it would not be an accurate | 10:39:42 |
| 16 | depiction of Randy Orton. | 10:39:45 |
| 17 | Q   Okay.  Thank you. | 10:39:47 |
| 18 | And similarly, why is it that the WWE | 10:39:49 |
| 19 | would have rejected a Randy Orton talent model in | 10:39:52 |
| 20 | which the character's tattoos were blurred out? | 10:39:55 |
| 21 | A   It would not have been an accurate | 10:40:01 |
| 22 | depiction of Randy Orton as he appears in our | 10:40:04 |
| 23 | program. | 10:40:07 |
| 24 | Q   Okay.  So was it important to the WWE that | 10:40:07 |
| 25 | the Randy Orton talent model be realistic? | 10:40:09 |

Transcript of Edward M. Kiang
Conducted on August 4, 2020

71

| | | |
|---|---|---|
| 1 | A  Again, I think realistic is a little | 10:40:18 |
| 2 | subjective.  For us, it's -- it -- you know, we | 10:40:21 |
| 3 | want to maintain that there's a -- a level of | 10:40:26 |
| 4 | accuracy to the brand.  Inclusive of that could be | 10:40:28 |
| 5 | Randy Orton's tattoos on Randy Orton's body. | 10:40:34 |
| 6 | Q  Okay.  And that was an important | 10:40:37 |
| 7 | consideration for the WWE, is that right? | 10:40:39 |
| 8 | A  I wouldn't -- I wouldn't characterize it | 10:40:45 |
| 9 | as saying that his tattoos are an important | 10:40:49 |
| 10 | decision within our approval process, but it | 10:40:52 |
| 11 | would, you know, wholistically, it would be | 10:40:55 |
| 12 | something that would be noticed. | 10:40:59 |
| 13 | Q  Okay.  But the tattoos on Randy Orton were | 10:40:59 |
| 14 | important enough that without accurate | 10:41:02 |
| 15 | representation of the tattoos, the Orton talent | 10:41:04 |
| 16 | model would not have been approved, isn't that | 10:41:08 |
| 17 | right? | 10:41:14 |
| 18 | A  Presumably.  Again, it -- it's hard -- | 10:41:14 |
| 19 | it's hard to speculate unless we know the | 10:41:17 |
| 20 | difference that we're talking about.  Some things | 10:41:19 |
| 21 | might go unnoticed depending on the resolution | 10:41:22 |
| 22 | and -- and type of change but -- | 10:41:25 |
| 23 | Q  In order to approve the Randy Orton talent | 10:41:28 |
| 24 | model, does -- did the WWE need to make a | 10:41:31 |
| 25 | determination that his tattoos were an accurate | 10:41:36 |

Transcript of Edward M. Kiang
Conducted on August 4, 2020

74

| | | |
|---|---|---|
| 1 | made available for the scans. | 10:44:13 |
| 2 | Q Okay. All right. Is it the case that in | 10:44:17 |
| 3 | order to create an accurate representation of | 10:44:24 |
| 4 | Mr. Orton's tattoos, those tattoos need to be | 10:44:30 |
| 5 | copied onto the Randy Orton talent model? | 10:44:34 |
| 6 | A I'm not sure what you mean by "copied." | 10:44:43 |
| 7 | I -- I -- you know, so they -- they -- they take | 10:44:48 |
| 8 | reference photos, and they, I guess, apply that | 10:44:49 |
| 9 | towards the model. | 10:44:52 |
| 10 | Q Okay. | 10:44:54 |
| 11 | A I -- I'm not certain the technical way, | 10:44:55 |
| 12 | if -- if that then gets hand drawn, if that's | 10:44:58 |
| 13 | scanned with a computer or, you know, from -- from | 10:45:01 |
| 14 | that I couldn't tell you. I -- I know that they | 10:45:03 |
| 15 | take scans and -- and then they submit models for | 10:45:05 |
| 16 | us to review. | 10:45:08 |
| 17 | Q Okay. Understood. Thank you. | 10:45:10 |
| 18 | Mr. Kiang, do you think that WWE fans | 10:45:18 |
| 19 | recognize their favorite wrestlers? | 10:45:25 |
| 20 | MR. KRASIK: Objection. Calls for | 10:45:27 |
| 21 | speculation. Outside the scope of the 30(b)(6) | 10:45:29 |
| 22 | notice. | 10:45:32 |
| 23 | A I -- I -- I believe it's fair to say that | 10:45:32 |
| 24 | fans would recognize who their favorite talents | 10:45:34 |
| 25 | are. | 10:45:37 |