## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

CATHERINE ALEXANDER,                            )
                                                )
        Plaintiff,                    )
                                                )
  -vs-                                      )
                                                )
TAKE-TWO INTERACTIVE SOFTWARE, INC.,            )
2K GAMES, INC.; 2K SPORTS, INC.; WORLD          )   Case No. 3:18-cv-966-SMY
WRESTLING ENTERTAINMENT, INC.;                  )
VISUAL CONCEPTS ENTERTAINMENT;                  )
YUKE'S CO., LTD.; AND YUKE'S LA INC.,           )
                                                )
                                                )
        Defendants.                   )
                                                )

**DEFENDANTS' NOTICE OF CORRECTED OBJECTIONS AND RESPONSES TO
PLAINTIFF'S SECOND AMENDED RULE 26(a)(3) PRETRIAL DISCLOSURES**

Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., Visual

Concepts Entertainment, and World Wrestling Entertainment, Inc. (collectively, "Defendants")

hereby submit the following corrected objections and responses to Plaintiff's Second Amended

Pretrial Disclosures.  Dkt. 264 ("Pl.'s 26(a)(3) Discl.").  Defendants objections, filed on

September 9, 2002 at Dkt. 269, inadvertently referenced an earlier version of Plaintiff's pretrial

disclosures on a single page regarding Plaintiff's Trial Exhibits ("PTX") 37, 38 and 39.

Attached here to as Exhibit A is a corrected copy of this page, with Exhibit B showing a redline

of these corrections.

Dated: September 19, 2022

Respectfully submitted,

*/s/ Dale M. Cendali*

Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Patrick K. Arnett (admitted *pro hac vice*)
Christopher T. Ilardi (admitted *pro hac vice*)
Miranda D. Means (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
patrick.arnett@kirkland.com
christopher.ilardi@kirkland.com
miranda.means@kirkland.com

Michael J. Nester (#02037211)
Donovan Rose Nester P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., and Visual Concepts Entertainment*

*/s/ Curtis Krasik (with consent)*

Jerry McDevitt (admitted *pro hac vice*)
Curtis Krasik (admitted *pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-8608
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com

Michael J. Nester (#02037211)
Donovan Rose Nester P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for World Wrestling Entertainment, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) Case No. 3:18-cv-966-SMY |
| WRESTLING ENTERTAINMENT, INC.; | ) |
| VISUAL CONCEPTS ENTERTAINMENT; | ) |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2022, I electronically filed the foregoing
DEFENDANTS' NOTICE OF CORRECTED OBJECTIONS TO PLAINTIFF'S SECOND
AMENDED RULE 26(a)(3) PRETRIAL DISCLOSURES with the Clerk of the Court using the
CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Benjamin R. Askew | baskew@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| R. Seth Crompton | scrompton@hollandtriallawyers.com |
| Paul Joseph Tahan | ptahan@simonlawpc.com |

*/s/ Dale M. Cendali*

Dale M. Cendali (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

*Attorney for Defendants 2K Games, Inc., 2K
Sports, Inc., Take-Two Interactive Software, Inc.,
and Visual Concepts Entertainment*