IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-966-SMY |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC., 2K SPORTS, INC., WORLD WRESTLING ENTERTAINMENT, INC., VISUAL CONCEPTS ENTERTAINMENT, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

# ORDER

**YANDLE, District Judge:**

This matter is before this Court for purposes of case management. The Court **ORDERS** the parties meet prior to trial for the purpose of expediting the instruction of the jury as to the law of the case. The Seventh Circuit Federal Jury Instructions – Civil ("7th Circuit Instructions") should be used when applicable; otherwise, the Illinois Pattern Jury Instructions ("IPI") should be used. If neither the 7th Circuit Instructions nor the IPI contain an instruction on a subject, the parties shall propose an instruction that is simple, brief, impartial, and free from judgment.

The Court will prepare and give the following 7th Circuit Instructions, which shall be referred to as Court's Instructions 1 through 13: 1.01, 1.04, 1.06, 1.07, 1.08, 1.11, 1.12, 1.13, 1.17, 1.27, 1.32, 1.33, and 1.34. It will also give Instruction 14 that forbids the jury from conducting outside investigation or engaging in outside communication about the case.

The Court **ORDERS** that, by September 22, 2022, the parties shall submit additional proposed jury instructions in Microsoft Word via electronic mail to SMYpd@ilsd.uscourts.gov.

<u>Hard copies are no longer required.</u>  All proposed instructions shall be double-spaced, pre-numbered and identified as to their source.

    **IT IS SO ORDERED.**

    **DATED: September 19, 2022**

                                  **STACI M. YANDLE**
                                  **United States District Judge**