IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-cv-966-SMY |
| ) | |
| TAKE-TWO INTERACTIVE ) | |
| SOFTWARE, INC. 2K GAMES, INC., ) | |
| 2K SPORTS INC., WORLD WRESTLING ) | |
| ENTERTAINMENT, INC., VISUAL ) | |
| CONCEPTS ENTERTAINMENT, ) | |
| YUKE'S CO., LTD, YUKES LA INC., ) | |
| ) | |
| Defendants. ) | |

## MINUTES OF FINAL PRETRIAL CONFERENCE

**PRESIDING:** Hon. Staci M. Yandle, US District Judge

**DATE:** September 19, 2022          **PLACE:**   Benton, Illinois (by video)

**COURT REPORTER:**   Chris LaBuwi

**COURTROOM DEPUTY:** Stacie Hurst

**COUNSEL FOR PLAINTIFF:**   Seth Crompton, Anthony Simon, Paul Tahan

**COUNSEL FOR DEFENDANTS, TAKE-TWO INTERACTIVE SOFTWARE, INC. 2K GAMES, INC., 2K SPORTS INC., VISUAL CONCEPTS ENTERTAINMENT:**   Dale Cendali, Patrick Arnett, Christopher Ilardi, Miranda Means, Michael Nester, Joshua Simmons

**COUNSEL FOR DEFENDANTS, WORLD WRESTLING ENTERTAINMENT, INC.:** Curtis Krasik, Michael Nester

                              **TIME:**   10:00 a.m. - 11:31 a.m.

Matter called for final pretrial conference by video.

Court rules on the parties' motions in limine. Order to enter.

The Court reviews the Case Management Procedures as they relate to Trials along with the Jury Trial Practices of this Court. Anticipated trial time is 5 days. Jury Trial will begin on Monday, September 26, 2022. Eight (8) jurors will be selected to try this case. Each side will have three (3) peremptory strikes.

Case 3:18-cv-00966-SMY   Document 279   Filed 09/19/22   Page 2 of 2   Page ID #5072