## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) | |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) | CASE NO. 3:18-CV-966-SMY |
| WRESTLING ENTERTAINMENT, INC.; | ) | |
| VISUAL CONCEPTS ENTERTAINMENT; | ) | |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STIPULATION ON ADMISSIBILITY OF TRIAL EXHIBITS

Plaintiff Catherine Alexander ("Plaintiff"); and Defendants Take-Two Interactive
Software, Inc., 2K Games, Inc., 2K Sports, Inc., Visual Concepts Entertainment, and World
Wrestling Entertainment, Inc. (collectively, "Defendants"), by and through their attorneys,
hereby jointly stipulate to the admissibility of the trial exhibits identified below.  Accordingly,
the parties respectfully move to admit the exhibits for use at trial and request that the Court issue
an order to that effect.  For any pre-admitted exhibits not used during trial, the parties will meet
and confer concerning which such exhibits should be provided to the jury during its
deliberations, and the parties reserve the right to object to the jury seeing exhibits that were not
used during trial.

**Plaintiff's Exhibits**

**Defendants do not object to the admissibility of the following exhibits offered by**

**Plaintiff:**

| Plt. Exh. No. | Description |
| --- | --- |
| 1 | Certificate of Registration from the U.S. Copyright Office –Dove [ALEXANDER000060-61] |
| 2 | Certificate of Registration from the U.S. Copyright Office – Rose [ALEXANDER000062] |
| 3 | Certificate of Registration from the U.S. Copyright Office – Skulls [ALEXANDER000063-64] |
| 4 | Certificate of Registration from the U.S. Copyright Office – Tribal Addition [ALEXANDER000065-66] |
| 5 | Certificate of Registration from the U.S. Copyright Office – Tribal Design [ALEXANDER000070-71] |
| 6 | Copyright registration application for Tribal Addition design [ALEXANDER000001-4, Alexander Depo Exh 3] |
| 7 | Copyright registration application for Dove design [ALEXANDER000009-14, Alexander Depo Exh 16] |
| 8 | Copyright registration application for Rose design [ALEXANDER000015-19, Alexander Depo Exh 17] |
| 9 | Copyright registration application for Skulls design [ALEXANDER000020-24, Alexander Depo Exh 18] |
| 10 | Copyright registration application for Tribal design [ALEXANDER000025-28, Alexander Depo Exh 7] |
| 11 | Photograph of Plaintiff and Mr. Orton [ALEXANDER000036] |
| 12 | Sketch of Plaintiff's dove tattoo design [ALEXANDER000037, Alexander Depo Exh 12] |
| 13 | Sketch of Plaintiff's tribal addition tattoo design [ALEXANDER000038, Alexander Depo Exh 5] |
| 14 | Sketch of Plaintiff's tribal addition tattoo design [ALEXANDER000039, Alexander Depo Exh 6] |

| Plt. Exh. No. | Description |
|---|---|
| 15 | Sketch of Plaintiff's tribal addition tattoo design [ALEXANDER000040, Alexander Depo Exh 4] |
| 16 | Sketch of Plaintiff's tribal design addition for Mr. Orton's tattoos arm(s) [ALEXANDER000041, Alexander Depo Exh 8] |
| 17 | Photograph of Mr. Orton with tattoos on arms [ALEXANDER000043, Alexander Depo Exh 11] |
| 18 | Photograph of Mr. Orton's arm tattoos [ALEXANDER000044, Alexander Depo Exh 10] |
| 19 | Photograph of Mr. Orton's upper arm tribal design and partial view of back tribal addition [ALEXANDER000045, Alexander Depo Exh 14] |
| 20 | Photograph of Mr. Orton's tattoos on arms [ALEXANDER000046] |
| 21 | Photograph of Mr. Orton's upper arm and upper back tribal tattoos [ALEXANDER000047] |
| 22 | Photograph of Mr. Orton's Rose arm tattoos [ALEXANDER000048, Alexander Depo Exh 13] |
| 23 | Photograph of Mr. Orton's skull arm tattoos [ALEXANDER000049] |
| 24 | George Lopez show, interview of Mr. Orton [ALEXANDER000050] |
| 25 | Article:  The 20 Coolest Tattoos in WWE History [Zagal Depo Exh 3] |
| 26 | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0000982, Snyder Depo Exh 9] |
| 27 | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0000983, Snyder Depo Exh 10] |
| 28 | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0001332, Snyder Depo Exh 11] |
| 29 | License between Take-Two Interactive Software, Inc. and World Wrestling Entertainment [TAKE-TWO_0000498-542, Little Depo Exh 2] |
| 30 | Amendment 1 to License between Take-Two Interactive Software, Inc. and World Wrestling Entertainment [TAKE-TWO_0000543-559, Little Depo Exh 3] |

| Plt. Exh. No. | Description |
|---|---|
| 31 | Master Developer Agreement between Yuke's Co., Ltd. and 2K Sports, Inc. [TAKE-TWO_0000560-609, Little Depo Exh 4] (Confidential) |
| 32 | Images of Mr. Orton [TAKE-TWO_0000798-822, Little Depo Exh 5] |
| 33 | Images of Mr. Orton [TAKE-TWO_0000909-929, Little Depo Exh 6] |
| 34 | Screenshot of WWE 2K16 video of Mr. Orton's tattoos [TAKE-TWO_0000481, Little Depo Exh 7] |
| 35 | IndianVideoGamer.com Interview:  WWE 2K18 Executive Producer Mark Little [Little Depo Exh 8] |
| 36 | United States Securities and Exchange Commission – Form 10-K for Take-Two Interactive Software, Inc. for the fiscal year ended March 31, 2018 [Clark Depo Exh 4] |
| 42 | Physical copy of WWE 2K16, XBOX ONE format [Doc 142-24] |
| 43 | Packaging and insert of WWE 2K16 XBOX ONE format [Doc 142-24] |
| 44 | Physical copy of WWE 2K17, XBOX ONE format [Doc 142-25] |
| 45 | Packaging and insert of WWE 2K17 XBOX One format [Doc 142-25] |
| 46 | Physical copy of WWE 2K18, XBOX ONE format [Doc 142-26] |
| 47 | Packaging and insert of WWE 2K18 XBOX One format [Doc 142-26] |
| 48 | Physical copy of WWE 2K16, Sony PlayStation 4 format [TAKE-TWO_0000001] |
| 49 | Packaging and Insert of WWE 2K16 Sony PlayStation 4 format [TAKE-TWO_0000001] |
| 50 | Physical copy of WWE 2K17, Sony PlayStation 4 format [TAKE-TWO_0000002] |
| 51 | Packaging and Insert of WWE 2K17 Sony PlayStation 4 format [TAKE-TWO_0000002] |
| 52 | Physical copy of WWE 2K18, Sony PlayStation 4 format [TAKE-TWO_0000003] |
| 53 | Packaging and Insert of WWE 2K18 Sony Play Station 4 format [TAKE-TWO_0000003] |

| Plt. Exh. No. | Description |
|---|---|
| 54 | WWE Source Product Submission #3540 [Kiang Depo Exh 4; WWE_Alexander0000109] |
| 55 | WWE Source Product Submission #17984 [Kiang Depo Exh 5; WWE_Alexander0000207] |
| 56 | WWE Source Product Submission #4073 [Kiang Depo Exh 6; WWE_Alexander0000112] |
| 59 | Screenshot of WWE 2K17 video of Mr. Orton's tattoos [WWE_Alexander_0000166] |
| 60 | Video of Mr. Orton's videogame character [TAKE-TWO_0000823.M4V] |
| 61 | Video of Mr. Orton from WWE 2K Game [WWE_Alexander0000172.m4v] |
| 62 | Video of Mr. Orton from WWE 2K Game [WWE_Alexander0000180.m4v] |
| 63 | Trailer for WWE 2K17 containing Mr. Orton [WWE_Alexander0000200.mp4] |
| 64 | Trailer for WWE 2K16 containing Mr. Orton [TAKE-TWO_0000481.mp4] |
| 80 | Photographs of the rose tattoo on Randy Orton [ALEXANDER000018-19] |
| 81 | Photographs of the dove tattoo on Randy Orton [ALEXANDER000012-14] |
| 82 | Photographs of the skulls tattoo on Randy Orton [ALEXANDER000023-24] |
| 83 | Photographs of the tribal tattoo on Randy Orton [ALEXANDER000028] |
| 84 | Photographs of the tribal addition tattoo on Randy Orton [ALEXANDER000004] |
| 104 | WWE 2K16 video [TAKE-TWO_0000177.mp4] |
| 105 | WWE 2K16 video [TAKE-TWO_0000178.mp4] |
| 106 | WWE 2K17 video [TAKE-TWO_0000179.mp4] |
| 107 | WWE 2K17 video [TAKE-TWO_0000180.mp4] |
| 108 | WWE 2K18 video [TAKE-TWO_0000181.mp4] |
| 109 | WWE 2K18 video [TAKE-TWO_0000182.mp4] |

| Plt. Exh. No. | Description |
|---|---|
| 110 | WWE 2K17 video [TAKE-TWO_0000471.mp4] |
| 111 | WWE 2K18 video [TAKE-TWO_0000472.mp4] |
| 112 | WWE 2K18 video [TAKE-TWO_0000473.mp4] |
| 113 | WWE 2K16 video [TAKE-TWO_0000474.mp4] |
| 114 | WWE 2K18 video [TAKE-TWO_0000475.mp4] |
| 115 | WWE 2K17 video [TAKE-TWO_0000476.mp4] |
| 116 | WWE 2K17 video [TAKE-TWO_0000477.mp4] |
| 117 | WWE 2K16 video [TAKE-TWO_0000478.mp4] |
| 118 | WWE 2K16 video [TAKE-TWO_0000479.mp4] |
| 119 | WWE 2K17 video [TAKE-TWO_0000480.mp4] |
| 120 | WWE 2K17 video [TAKE-TWO_0000482.mp4] |
| 121 | WWE 2K16 video [TAKE-TWO_0000483.mp4] |
| 122 | WWE 2K17 video [TAKE-TWO_0000484.mp4] |
| 123 | WWE 2K18 video [TAKE-TWO_0000485.mp4] |
| 124 | WWE 2K17 video [TAKE-TWO_0000486.mp4] |
| 125 | WWE 2K17 video [TAKE-TWO_0000487.mp4] |
| 126 | WWE 2K17 video [TAKE-TWO_0000488.mp4] |
| 127 | WWE 2K17 video [TAKE-TWO_0000489.mp4] |
| 128 | WWE 2K16 video [TAKE-TWO_0000490.mp4] |
| 129 | WWE 2K18 video [TAKE-TWO_0000491.mp4] |
| 130 | WWE 2K17 video [TAKE-TWO_0000492.mp4] |
| 131 | WWE 2K18 video [TAKE-TWO_0000493.mp4] |
| 132 | WWE 2K18 video [TAKE-TWO_0000494.mp4] |
| 133 | WWE 2K18 video [TAKE-TWO_0000495.mp4] |

| Plt. Exh. No. | Description |
|---|---|
| 134 | WWE 2K18 video [TAKE-TWO_0000496.mp4] |
| 135 | 360 video of Randy Orton character [TAKE-TWO_0000930.mp4] |
| 136 | 360 video of Randy Orton character [WWE_Alexander0000111.mp4] |
| 137 | 360 video of Randy Orton character [WWE_Alexander0000131.mp4] |
| 138 | 360 video of Randy Orton character [WWE_Alexander0000134.mp4] |
| 139 | WWE 2K16 walk out video of Randy Orton character [WWE_Alexander0000139.mp4] |
| 140 | WWE 2K16 video [WWE_Alexander0000147.mp4] |
| 141 | WWE 2K16 video [WWE_Alexander0000150.mp4] |
| 142 | 360 video of Randy Orton character [WWE_Alexander0000154.mp4] |
| 143 | 360 video of Randy Orton character [WWE_Alexander0000161.mp4] |
| 144 | 360 video of Randy Orton character [WWE_Alexander0000205.mp4] |
| 145 | 360 video of Randy Orton character [WWE_Alexander0000206.mp4] |
| 150 | Video compilation of selected game play sessions from WWE 2K16. Plaintiff intends to introduce all or part of this video compilation and/or screenshots therefrom. [M. Little's Declaration, Doc 142-24, WWE2K16 Xbox Game] |
| 151 | Video compilation of selected game play sessions from WWE 2K17. Plaintiff intends to introduce all or part of this video compilation and/or screenshots therefrom. [M. Little's Declaration, Doc 142-25, WWE2K17 Xbox Game] |
| 152 | Video compilation of selected game play sessions from WWE 2K18. Plaintiff intends to introduce all or part of this video compilation and/or screenshots therefrom. [M. Little's Declaration, Doc 142-26, WWE2K18 Xbox Game] |
| 153 | Video compilation of selected game play sessions from WWE 2K16 (selections from Exhibit 150) |
| 154 | Video compilation of selected game play sessions from WWE 2K17 (selections from Exhibit 151) |
| 155 | Video compilation of selected game play sessions from WWE 2K18 (selections from Exhibit 152) |

## Defendants' Exhibits

### Plaintiffs do not object to the admissibility of the following exhibits offered by Defendant:

| Def. Exh. No. | Description |
| --- | --- |
| 4 | Webpage for WWE 2K16, Standard Edition, available at https://2k.com/en-US/game/wwe-2k16-standard-edition/ |
| 5 | WWE 2K16 Gameplay Image of Randy Orton (Bogost Rpt. at 28) |
| 6 | Video Recording of WWE 2K16 (Defendants' Summary Judgment Ex. 1, Appendix A) |
| 7 | WWE 2K16 Gameplay - Roman Reigns vs. Randy Orton |
| 8 | WWE 2K16 Gameplay - John Cena vs. Randy Orton |
| 9 | WWE 2K16 Gameplay - Royal Rumble |
| 10 | WWE 2K16 Gameplay - Randy Orton vs. John Cena |
| 11 | WWE 2K16 Gameplay - Seth Rollins vs. Stone Cold Steve Austin |
| 12 | Webpage for WWE 2K 17, Standard Edition, WWE 2K 17, available at https://2k.com/en-US/game/wwe-2k17-standard-edition/ |
| 13 | Video Recording of WWE 2K17 (Defendants' Summary Judgment Ex. 1, Appendix B) |
| 14 | WWE 2K17 Gameplay - Randy Orton vs. Bubba Ray Dudley |
| 15 | WWE 2K17 Gameplay - Randy Orton vs. Kane |
| 16 | WWE 2K17 Gameplay - Royal Rumble |
| 17 | WWE 2K17 Gameplay - Randy Orton vs. John Cena |
| 18 | WWE 2K17 Gameplay - Roman Reigns vs. Brock Lesnar |
| 19 | Webpage for WWE 2K 18, Standard Edition, WWE 2K 18, available at https://2k.com/en-US/game/wwe-2k18-standard-edition/ |
| 20 | WWE 2K18 Load Screen Image (Bogost Rpt. at 20) |
| 21 | WWE 2K18 Menu Options Image (Bogost Rpt. at 20) |

| Def. Exh. No. | Description |
|---|---|
| 22 | WWE 2K18 Play / One-on-One Options Image (Bogost Rpt. at 20) |
| 23 | WWE 2K18 Store / Purchasables Options Image (Bogost Rpt. at 20) |
| 24 | WWE 2K18 Gameplay Image of Randy Orton (Bogost Rpt. at 29) |
| 25 | Video Recording of WWE 2K18 (Defendants' Summary Judgment Ex. 1, Appendix C) |
| 26 | WWE 2K18 Gameplay - Randy Orton vs. Dean Ambrose |
| 27 | WWE 2K18 Gameplay - Roman Reigns vs. Randy Orton |
| 28 | WWE 2K18 Gameplay - Royal Rumble |
| 29 | WWE 2K18 Gameplay - Randy Orton vs. Seth Rollins |
| 30 | WWE 2K18 Gameplay - Brock Lesnar vs. Neville |
| 32 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000913 (Confidential) |
| 33 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000914 (Confidential) |
| 34 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000918 (Confidential) |
| 35 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000909 (Confidential) |
| 36 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000910 (Confidential) |
| 37 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000911 (Confidential) |
| 38 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000912 (Confidential) |
| 39 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000915 (Confidential) |
| 40 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000916 (Confidential) |
| 41 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000917 (Confidential) |
| 42 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000919 (Confidential) |
| 43 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000920 (Confidential) |
| 44 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000921 (Confidential) |
| 45 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000922 (Confidential) |

| Def. Exh. No. | Description |
|---|---|
| 46 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000923 (Confidential) |
| 47 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000924 (Confidential) |
| 48 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000925 (Confidential) |
| 49 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000926 (Confidential) |
| 50 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000927 (Confidential) |
| 51 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000928 (Confidential) |
| 52 | Photo of Randy Orton, Bates stamped TAKE-TWO_0000929 (Confidential) |
| 60 | Image of Texture Map File, Bates stamped TAKE-TWO_0000798 (Confidential) |
| 61 | Image of Texture Map File, Bates stamped TAKE-TWO_0000799 (Confidential) |
| 62 | Image of Texture Map File, Bates stamped TAKE-TWO_0000800 (Confidential) |
| 63 | Image of Texture Map File, Bates stamped TAKE-TWO_0000801 (Confidential) |
| 64 | Image of Texture Map File, Bates stamped TAKE-TWO_0000802 (Confidential) |
| 65 | Image of Texture Map File, Bates stamped TAKE-TWO_0000803 (Confidential) |
| 66 | Image of Texture Map File, Bates stamped TAKE-TWO_0000804 (Confidential) |
| 67 | Image of Texture Map File, Bates stamped TAKE-TWO_0000805 (Confidential) |
| 68 | Image of Texture Map File, Bates stamped TAKE-TWO_0000806 (Confidential) |
| 69 | Image of Texture Map File, Bates stamped TAKE-TWO_0000807 (Confidential) |
| 70 | Image of Texture Map File, Bates stamped TAKE-TWO_0000808 (Confidential) |

| Def. Exh. No. | Description |
|---|---|
| 71 | Image of Texture Map File, Bates stamped TAKE-TWO_0000809 (Confidential) |
| 72 | Image of Texture Map File, Bates stamped TAKE-TWO_0000810 (Confidential) |
| 73 | Image of Texture Map File, Bates stamped TAKE-TWO_0000811 (Confidential) |
| 74 | Image of Texture Map File, Bates stamped TAKE-TWO_0000812 (Confidential) |
| 75 | Image of Texture Map File, Bates stamped TAKE-TWO_0000813 (Confidential) |
| 76 | Image of Texture Map File, Bates stamped TAKE-TWO_0000814 (Confidential) |
| 77 | Image of Texture Map File, Bates stamped TAKE-TWO_0000815 (Confidential) |
| 78 | Image of Texture Map File, Bates stamped TAKE-TWO_0000816 (Confidential) |
| 79 | Image of Texture Map File, Bates stamped TAKE-TWO_0000817 (Confidential) |
| 80 | Image of Texture Map File, Bates stamped TAKE-TWO_0000818 (Confidential) |
| 81 | Image of Texture Map File, Bates stamped TAKE-TWO_0000819 (Confidential) |
| 82 | Image of Texture Map File, Bates stamped TAKE-TWO_0000820 (Confidential) |
| 83 | Image of Texture Map File, Bates stamped TAKE-TWO_0000821 (Confidential) |
| 84 | Image of Texture Map File, Bates stamped TAKE-TWO_0000822 (Confidential) |
| 85 | September 1, 2009 Booking Contract between World Wrestling Entertainment, Inc. and Randal Orton, Bates stamped WWE_Alexander0000001–WWE_Alexander0000026 (Confidential) |

| Def. Exh. No. | Description |
|---|---|
| 87 | Redacted February 11, 2013 Agreement between World Wrestling Entertainment, Inc. and Take-Two Interactive Software, Inc. |
| 89 | Redacted January 6, 2016 Amendment One to Agreement between World Wrestling Entertainment, Inc. and Take-Two Interactive Software, Inc. |
| 91 | Chart of WWE 2K Franchise sales since Apr 2015, Bates stamped TAKE-TWO_0001332 (Highly Confidential) |
| 92 | Chart of WWE 2K Franchise sales since Apr 2015, Bates stamped TAKE-TWO_0000983 (Highly Confidential) |
| 93 | Schedules of WWE 2K Sales and Profits (Malackowski Rpt. App. C) (Highly Confidential) |
| 103 | State of Missouri Patron Consent Form (Alexander Dep. Ex. 2) |
| 136 | Page titled "Randy Orton" on Smackdown Hotel (Bogost Rpt. Ex. 4) |
| 137 | January 16, 2017 Article titled "PC Monitor Display Sizes Continues to Grow" from TechTalk (Bogost Rpt. Ex. 5) |
| 138 | September 8, 2015 Article titled "TV Screens Are Getting Bigger and Bigger" from Statista (Bogost Rpt. Ex. 6) |
| 146 | Photo of WWE 2K Gameplay (Bogost Rpt. at 18) |
| 147 | Photo of WWE 2K Gameplay (Bogost Rpt. at 19) |
| 148 | Photo of WWE 2K Gameplay (Bogost Rpt. at 19) |
| 149 | Photo of WWE 2K Gameplay (Bogost Rpt. at 19) |
| 150 | Photo of WWE 2K Gameplay (Bogost Rpt. at 19) |
| 151 | Photo of WWE 2K Gameplay (Bogost Rpt. at 29) |
| 152 | Photo of WWE 2K Gameplay (Bogost Rpt. at 29) |
| 153 | Photo of WWE 2K Gameplay (Bogost Rpt. at 30) |
| 164 | Image of merchandise titled "WWE Bragging Rights 2009 PPV Promo Poster, Undertaker, CM Punk, Excellent Cond," available at https://www.ebay.com/itm/WWE-Bragging-Rights-2009-PPV-Promo-Poster-Undertaker-CM-Punk-Excellent-Cond/173570690472?hash=item28699e8da8:g:3~YAAOSwnVRbtbUc |

| Def. Exh. No. | Description |
|---|---|
| 165 | Image of merchandise titled "RANDY ORTON Med THE LEGEND Killer 2002 WWE Wwf WRESTLING Tee Shirt New Deadstock," available at https://www.ebay.com/itm/RANDY-ORTON-Med-THE-LEGEND-Killer-2002-WWE-Wwf-WRESTLING-Tee-Shirt-New-Deadstock/353067731803?hash=item52347a0b5b:g:eaEAAOSw9~xerxug |
| 166 | Image of merchandise titled "2004 WWF UNFORGIVEN Promo T-SHIRT Triple H VS Randy Orton WWE Rare VTG RAW L," available at https://www.ebay.com/itm/2004-WWF-UNFORGIVEN-Promo-T-SHIRT-Triple-H-VS-Randy-Orton-WWE-Rare-VTG-RAW-L/263906290659?hash=item3d720a6be3:g:arcAAOSwKWxbh0Hd |
| 167 | Image of merchandise titled "WWE Wrestling Armageddon 2007 PPV T-Shirt 3XL Black Randy Orton Undertaker Edge," available at https://www.ebay.com/itm/WWE-Wrestling-Armageddon-2007-PPV-T-Shirt-3XL-Black-Randy-Orton-Undertaker-Edge/283836586487?hash=item4215fa99f7:g:OucAAOSw0NZehl45 |
| 168 | Image of merchandise titled "2007 Royal Rumble Official Poster Rare!! 27x39 Blast Area PPV Poster WWF WWE," available at https://www.ebay.com/itm/2007-Royal-Rumble-Official-Poster-Rare-27x39-Blast-Area-PPV-Poster-WWF-WWE/133371986052?hash=item1f0d970084:g:xEgAAOSw1mdefCaZ |
| 169 | Image of merchandise titled "WWE RANDY ORTON NO MERCY CARDBOARD POSTER (NEW)," available at https://www.ebay.com/itm/WWE-RANDY-ORTON-NO-MERCY-CARDBOARD-POSTER-NEW/154051309241?hash=item23de2c6eb9:g:pNoAAOSwlGZfPGCU |
| 178 | February 17, 2018 Instagram post from schrockbrian (Alexander Dep. Ex. 1) |
| 179 | Photo of Arm Tattoo with Drawing, produced as ALEXANDER000042 (Alexander Dep. Ex. 9) |
| 182 | Spreadsheet titled "WWE 2K Franchise sales since Apr'2015", produced as TAKE-TWO_0000982 (Highly Confidential) |
| 183 | Spreadsheet titled "WWE 2K Franchise sales since Apr'2015", produced as TAKE-TWO_0001447 (Highly Confidential) |
| 186 | Sportskeeda slide "#6 Randy Orton" from slideshow titled "Top 10 coolest WWE Tattoos" (Zagal Dep. Ex. 4) |

| Def. Exh. No. | Description |
|---|---|
| 197 | WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane |
| 198 | WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista |
| 199 | WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane |
| 200 | WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 201 | WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H |
| 202 | WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane |
| 203 | WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker |
| 204 | WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| 205 | WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena |
| 206 | Poster Advertising Pay-Per-View Event Titled WWE Vengeance |
| 207 | Poster Advertising Pay-Per-View Event Titled SmackDown Presents: No Way Out |
| 208 | Poster Advertising Pay-Per-View Event Titled WWE No Mercy |
| 209 | Poster Advertising Pay-Per-View Event Titled WWE Backlash |
| 210 | Poster Advertising Pay-Per-View Event Titled WWE Fatal 4 Way |
| 211 | Poster Advertising Pay-Per-View Event Titled Night of Champions |
| 212 | Poster Advertising Pay-Per-View Event Titled WWE Over the Limit |
| 213 | Poster Advertising Pay-Per-View Event Titled Payback |
| 214 | Poster Advertising Pay-Per-View Event Titled Payback |

| Def. Exh. No. | Description |
|---|---|
| 215 | Poster Advertising Pay-Per-View Event Titled The Greatest Wrestling Match Ever: BackLash |
| 216 | Screenshot from WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane |
| 217 | Screenshot from WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane |
| 218 | Screenshot from WWE SmackDown!: Shut Your Mouth (PS2, 2002) Gameplay - Randy Orton vs. Kane |
| 219 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista |
| 220 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista |
| 221 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista |
| 222 | Screenshot from WWE SmackDown!: Here Comes The Pain (PS2, 2003) Gameplay - Randy Orton vs. Batista |
| 223 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane |
| 224 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane |
| 225 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane |
| 226 | Screenshot from WWE SmackDown! vs. Raw (PS2, 2004) Gameplay - Randy Orton vs. Kane |
| 227 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 228 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 229 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |

| Def. Exh. No. | Description |
|---|---|
| 230 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 231 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 232 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 233 | Screenshot from WWE SmackDown! vs. Raw 2006 (PS2, 2005) Gameplay - Randy Orton vs. Triple H |
| 234 | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H |
| 235 | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H |
| 236 | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H |
| 237 | Screenshot from WWE SmackDown vs. Raw 2007 (PS2, 2006) Gameplay - Randy Orton vs. Triple H |
| 238 | Screenshot from WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane |
| 239 | Screenshot from WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane |
| 240 | Screenshot from WWE SmackDown vs. Raw 2008 (PS2, 2007) Gameplay - Randy Orton vs. Kane |
| 241 | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker |
| 242 | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker |
| 243 | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker |
| 244 | Screenshot from WWE SmackDown vs. Raw 2009 (PS2, 2008) Gameplay - Randy Orton vs. Undertaker |

| Def. Exh. No. | Description |
|---|---|
| 245 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| 246 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| 247 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| 248 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| 249 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| 250 | Screenshot from WWE SmackDown vs. Raw 2010 (PS2, 2009) Gameplay - Randy Orton vs. Kane |
| 251 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena |
| 252 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena |
| 253 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena |
| 254 | Screenshot from WWE SmackDown vs. Raw 2011 (PS2, 2010) Gameplay - Randy Orton vs. John Cena |
| 255 | Photograph of Randy Orton (2002, forearms, front view) |
| 256 | Photograph of Randy Orton (2002, biceps, arms crossed, front view) |
| 257 | Photograph of Randy Orton (2002, biceps, back view) |
| 258 | Photograph of Randy Orton (2002, left bicep, front view) |
| 259 | Photograph of Randy Orton (2003, biceps, shoulders, back view) |
| 260 | Photograph of Randy Orton (2003, right bicep, back and zoomed-in view) |
| 261 | Photograph of Randy Orton (2003, right shoulder, zoomed-in view) |
| 262 | Photograph of Randy Orton (2004, left bicep, left forearm, side view) |

| Def. Exh. No. | Description |
|---|---|
| 263 | Photograph of Randy Orton (2004, left bicep, partial right bicep, back view) |
| 264 | Photograph of Randy Orton (2005, left bicep, side view) |
| 265 | Photograph of Randy Orton (2005, forearms, hands in air, front view) |
| 266 | Photograph of Randy Orton (2005, forearms, hands in air, back view) |
| 267 | Photograph of Randy Orton (2006, right bicep, partial right forearm, partial back, side view) |
| 268 | Photograph of Randy Orton (2006, back, biceps, hands in air, back view) |
| 269 | Photograph of Randy Orton (2007, back, partial biceps, back view) |
| 270 | Photograph of Randy Orton (2007, right forearm, Samantha) |
| 271 | Photograph of Randy Orton (2008, sleeves, front view) |
| 272 | Photograph of Randy Orton (2008, sleeves, arms crossed, front view) |
| 273 | Photograph of Randy Orton (2008, right sleeve, back view) |
| 274 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) |
| 275 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) |
| 276 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) |
| 277 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in front view) |
| 278 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in front view) |
| 279 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in side view) |
| 280 | Photograph of Randy Orton (2008, partial sleeve, Alanna) |
| 281 | Photograph of Randy Orton (2008, partial sleeve, Alanna) |
| 282 | Photograph of Randy Orton (2008, left partial sleeve) |
| 283 | Photograph of Randy Orton (2008, partial sleeve, dove) |
| 284 | Photograph of Randy Orton (2008, partial sleeve, dove) |
| 285 | Photograph of Randy Orton (2008, left partial sleeve, dove, back view) |

| Def. Exh. No. | Description |
|---|---|
| 286 | Photograph of Randy Orton (2008, sleeves, front view) |
| 287 | Photograph of Randy Orton (2008, right sleeve, side view) |
| 288 | Photograph of Randy Orton (2008, left sleeve, side view) |
| 289 | Photograph of Randy Orton (2008, sleeves, front view) |
| 290 | Photograph of Randy Orton (2009, left sleeve, front view) |
| 291 | Photograph of Randy Orton (2009, right sleeve, front view) |
| 292 | Photograph of Randy Orton (2009, sleeves, back view) |
| 293 | Photograph of Randy Orton (2010, sleeves, front view) |
| 294 | Photograph of Randy Orton (2010, left sleeve, side view) |
| 295 | Photograph of Randy Orton (2010, sleeves, arms crossed, side view) |
| 296 | Photograph of Randy Orton (2011, sleeves, front view) |
| 297 | Photograph of Randy Orton (2011, sleeves, back view) |
| 298 | Photograph of Randy Orton (2011, sleeves, arms crossed, front view) |
| 299 | Photograph of Randy Orton (2012, left sleeve, side view) |
| 300 | Photograph of Randy Orton (2012, sleeves, back view) |
| 301 | Photograph of Randy Orton (2012, right sleeve, side view) |
| 302 | Photograph of Randy Orton (2013, right sleeve, side view) |
| 303 | Photograph of Randy Orton (2013, sleeves, back view) |
| 304 | Photograph of Randy Orton (2013, left sleeve, side view) |
| 305 | Photograph of Randy Orton (2014, right sleeve, side view) |
| 306 | Photograph of Randy Orton (2014, sleeves, back view) |
| 307 | Photograph of Randy Orton (2014, left sleeve, side view) |
| 308 | Photograph of Randy Orton (2014, sleeves, front view) |
| 309 | Photograph of Randy Orton (2014, sleeves, front view) |

| Def. Exh. No. | Description |
|---|---|
| 310 | Photograph of Randy Orton (2014, sleeves, back view) |
| 311 | Photograph of Randy Orton (2014, sleeves, arms crossed, zoomed-in front view) |
| 312 | Photograph of Randy Orton (2015, sleeves, back view) |
| 313 | Photograph of Randy Orton (2015, sleeves, wingspan, 3/4 view) |
| 314 | Photograph of Randy Orton (2015, sleeves, front view) |
| 315 | Photograph of Randy Orton (2016, sleeves, back view) |
| 316 | Photograph of Randy Orton (2016, sleeves, front view, wearing sleeveless hoodie) |
| 317 | Photograph of Randy Orton (2016, left sleeve, 3/4 view, wearing sleeveless hoodie) |
| 318 | Photograph of Randy Orton (2016, right sleeve, 3/4 view, wearing sleeveless hoodie) |
| 319 | Photograph of Randy Orton (2016, sleeves, front view, wearing sleeveless hoodie) |
| 320 | Photograph of Randy Orton (2017, sleeves, front view) |
| 321 | Photograph of Randy Orton (2017, sleeves, 3/4 view) |
| 322 | Photograph of Randy Orton (2017, sleeves, 3/4 view) |
| 323 | Photograph of Randy Orton (2017, sleeves, back view) |
| 324 | Photograph of Randy Orton (2017, sleeves, back view) |
| 325 | Photograph of Randy Orton (2018, sleeves, front view) |
| 326 | Photograph of Randy Orton (2018, right sleeve, side view) |
| 327 | Photograph of Randy Orton (2018, sleeves, back view) |
| 328 | Photograph of Randy Orton (2018, left sleeve, side view) |
| 329 | Photograph of Randy Orton (2018, sleeves, 3/4 view) |

IT IS SO STIPULATED.

| | |
|---|---|
| */s/ Anthony G. Simon* (with consent) | */s/ Dale M. Cendali* |
| Anthony G. Simon, IL 6209056 | Dale M. Cendali (admitted *pro hac vice*) |
| Anthony R. Friedman, IL 6299795 | Joshua L. Simmons (admitted *pro hac vice*) |
| The Simon Law Group, P.C. | Christopher T. Ilardi (admitted *pro hac vice*) |
| 800 Market Street, Suite 1700 | Miranda D. Means (admitted *pro hac vice*) |
| St. Louis, Missouri 63101 | Kirkland & Ellis LLP |
| Telephone: (314) 241-2929 | 601 Lexington Avenue |
| Fax: (314) 241-2029 | New York, New York 10022 |
| asimon@simonlawpc.com | Telephone: (212) 446-4800 |
| baskew@simonlawpc.com | dale.cendali@kirkland.com |
| afriedman@simonlawpc.com | joshua.simmons@kirkland.com |
| | chris.ilardi@kirkland.com |
| | miranda.means@kirkland.com |
| | |
| R. Seth Crompton | Michael J. Nester (#02037211) |
| The Holland Law Firm | Donovan Rose Nester P.C. |
| 300 N. Tucker, Suite 801 | 15 North 1st Street, Suite A |
| St. Louis, Missouri 63101 | Belleville, Illinois 62220 |
| Telephone: (314) 241-8111 | Telephone: (618) 212-6500 |
| Fax: (314) 241-5554 | mnester@drnpc.com |
| scrompton@allfela.com | |
| | *Attorneys for Defendants Take-Two* |
| *Attorneys for Plaintiff Catherine Alexander* | *Interactive Software, Inc., 2K Games, Inc.,* |
| | *2K Sports, Inc., and Visual Concepts* |
| | *Entertainment* |
| | |
| | */s/ Curt Krasik*  (with consent) |
| | Jerry McDevitt (admitted *pro hac vice*) |
| | Curtis Krasik (admitted *pro hac vice*) |
| | K&L Gates LLP |
| | 210 Sixth Avenue |
| | Pittsburgh, Pennsylvania 15222 |
| | Telephone: (412) 355-8608 |
| | jerry.mcdevitt@klgates.com |
| | curtis.krasik@klgates.com |
| | |
| | Michael J. Nester (#02037211) |
| | Donovan Rose Nester P.C. |
| | 15 North 1st Street, Suite A |
| | Belleville, Illinois 62220 |
| | Telephone: (618) 212-6500 |
| | mnester@drnpc.com |
| | *Attorneys for World Wrestling* |
| | *Entertainment, Inc.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) | |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) | Case No. 3:18-cv-966-SMY |
| WRESTLING ENTERTAINMENT, INC.; | ) | |
| VISUAL CONCEPTS ENTERTAINMENT; | ) | |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2022, I electronically filed the foregoing **Joint Stipulation Relating to Admissibility of Trial Exhbits** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Benjamin R. Askew | baskew@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| Carrie L. Roseman | croseman@simonlawpc.com |
| R. Seth Crompton | scrompton@allfela.com |
| Tracey Blasa | tblasa@allfela.com |
| Jerry McDevitt | jerry.mcdevitt@klgates.com |
| Curtis Krasik | curtis.krasik@klgates.com |

*/s/ Dale M. Cendali*

Dale M. Cendali (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
dale.cendali@kirkland.com

*Attorney for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment*