IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE:  September 26, 2022         DAY:  1        CASE NO.: 18-cv-966-SMY

PRESIDING:  HONORABLE STACI M. YANDLE

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | REPORTER:  Chris LaBuwi |
| | ) | COURTROOM DEPUTY:  Stacie Hurst |
| Plaintiff, | ) | |
| | ) | CIVIL:  X |
| v. | ) | |
| | ) | TIME: 8:43 a.m. – 4:28 p.m. |
| | ) | JURY PRESENT:  10:16 a.m. |
| TAKE-TWO INTERACTIVE | ) | |
| SOFTWARE, INC., et al., | ) | RECESS: 8:55 a.m. – 10:02 a.m.; 10:05 a.m. - 10:16 a.m.; 11:12 a.m. – 11:32 a.m.; 12:01 p.m. - 12:51 p.m.; 1:18 p.m. – 1:39 p.m.; 2:06 p.m. - 2:20 p.m. |
| Defendants. | ) | |

**APPEARANCES:**
**Counsel for Plaintiff**: Anthony Simon, Paul Tahan, Anthony Friedman, Seth Crompton

**Counsel for Defendants, Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports Inc., Visual Concepts Entertainment:** Dale Cendali, Michael Nester, Joshua Simmons, Miranda Means

**Counsel for Defendant, World Wrestling Entertainment, Inc.:** Curtis Krasik, Michael Nester

**Cause called for jury trial with parties and counsel present.**
**Voir Dire: 10:16 a.m.; number of jurors called: 40; number of jurors challenged: 33**
**Number of jurors selected and sworn: 8**

Opening statement by Anthony Friedman on behalf of Plaintiff.
Opening statement by Dale Cendali on behalf of Defendants, Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports Inc., Visual Concepts Entertainment.
Opening statement by Curtis Krasik on behalf of Defendant, World Wrestling Entertainment, Inc.

**The following stipulations were read by the Court:**

- **World Wrestling Entertainment or "WWE" is an entertainment company that creates and promotes entertainment related to professional wrestling.**

- **Randy Orton has been a professional wrestler for the WWE.**

- **Catherine Alexander has been a tattooist.**

- **Ms. Alexander inked five tattoos on Randy Orton.**

- **Catherine Alexander and Randy Orton did not discuss whether he had her permission to allow others to use the tattoos that Alexander inked on him in a video game.**

- **Take-Two Interactive publishes and markets video games.**

- **2K Games develops and publishes video games.**

- **2K Sports develops video games.**

- **Visual Concepts develops video games.**

- **WWE 2K16 was released on or around October 27, 2015.**

- **WWE 2K17 was released on or around October 11, 2016.**

- **WWE 2K18 was released on or around October 17, 2017.**

- **Alexander filed this copyright infringement lawsuit on April 17, 2018.**

**PLAINTIFF(S) WITNESSES:**
(1) Jose Zagal                          time: 3:45 p.m. – 4:26 p.m.

**PLAINTIFF'S ADMITTED EXHIBITS: 37, 42, 44, 46**

**Jury trial to reconvene September 27, 2022, at 9:00 a.m. Counsel to be present at 8:30 a.m.**