IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER,<br><br>            Plaintiff,<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC. ET AL.,<br><br>            Defendants. | Case No.  18-cv-966-SMY |

# ORDER

**YANDLE, District Judge:**

Because of the Court's congested calendar, it was necessary to schedule a short lunch break for jurors during this trial. The courthouse does not have a cafeteria, and there are no restaurants within safe walking distance of the courthouse. Since the jury was neither sequestered nor deliberating appropriated funds are not available to pay for juror meals. Nonetheless, the Court found it necessary to provide lunch for the jurors. This expense benefits both the bench and the bar, as it allowed trial to proceed and additional testimony to be presented as needed to comply with the time the Court set aside for trial of this case.

Accordingly, the jury impaneled and sworn in this case, consisting of (8) jurors, were furnished meals on September 27, 2022. Cost shall be paid from the District Court Fund.

**IT IS SO ORDERED.**

**DATED: 9/27/2022**

*s/Staci M. Yandle*
**United States District Judge**