# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: September 27, 2022     DAY: 2     CASE NO.: 18-cv-966-SMY

PRESIDING: HONORABLE STACI M. YANDLE

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | REPORTER: Chris LaBuwi |
| | ) | COURTROOM DEPUTY: Stacie Hurst |
| Plaintiff, | ) | |
| | ) | CIVIL: X |
| v. | ) | |
| | ) | TIME: 8:56 a.m. – 4:21 p.m. |
| TAKE-TWO INTERACTIVE | ) | |
| SOFTWARE, INC., et al., | ) | |
| | ) | RECESS: 10:44 – 11:06 a.m.; 11:55 a.m. - |
| Defendants. | ) | 12:36 p.m.; 1:25 – 1:49 p.m.; 3:00 – 3:15 p.m. |

**APPEARANCES:**
**COUNSEL FOR PLAINTIFF**: Anthony Simon, Paul Tahan, Anthony Friedman, Seth Crompton

**COUNSEL FOR DEFENDANTS, Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports Inc., Visual Concepts Entertainment:** Dale Cendali, Michael Nester, Joshua Simmons, Miranda Means, Chris Ilardi

**COUNSEL FOR DEFENDANTS, World Wrestling Entertainment, Inc.:** Curtis Krasik, Michael Nester

**This matter is called for day 2 of jury trial.**

**PLAINTIFF'S WITNESSES:**
(1) Jose Zagal (continued from 9/26/2022)     time:  9:02 a.m. – 11:10 a.m.
(2) Mark Little (video deposition)                    time:  11:10 a.m. – 11:50 a.m.
(3) Edward Kiang (video deposition)             time: 12:38 p.m. - 1:24 p.m.
(4) Catherine Alexander                                    time: 1:51 p.m. – 3:42 p.m.
(5) Chris Snyder (video deposition)               time: 3:43 p.m. – 4:00 p.m.
(6) Ryan Clark                                                      time: 4:01 p.m. – 4:18 p.m.

**PLAINTIFF'S ADMITTED EXHIBITS:**
25, 153, 154, 155, 29, 30, 31, 32, 33, 35, 57, 58, 55, 11, 4, 83, 80, 2, 5, 3, 81, 1, 82, 84, 26, 27, 28, 38

**DEFENDANTS' ADMITTED EXHIBITS:**
28, 16, 11, 10, 153, 5, 24, 85, 103

Evidence entered.

**Jury trial set to reconvene September 28, 2022, at 9:00 a.m. in the East St. Louis Courthouse before Judge Staci M. Yandle.**