IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: September 28, 2022      DAY: 3      CASE NO.: 18-cv-966-SMY

PRESIDING: HONORABLE STACI M. YANDLE

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | REPORTER: Chris LaBuwi |
| | ) | COURTROOM DEPUTY: Stacie Hurst |
| Plaintiff, | ) | |
| | ) | CIVIL: X |
| v. | ) | |
| | ) | TIME: 8:35 a.m. – 4:23 p.m. |
| TAKE-TWO INTERACTIVE | ) | |
| SOFTWARE, INC., et al., | ) | |
| | ) | RECESS: 8:42 – 9:07 a.m.; 9:46 – 10:07 a.m. - |
| Defendants. | ) | 11:13 – 11:20 a.m.; 11:54 a.m. – 12:49 p.m.; |
| | | 1:02 – 1:10 p.m.; 2:28 – 2:44 p.m.; 3:16 – 3:26 p.m. |

**APPEARANCES:**
**COUNSEL FOR PLAINTIFF**: Anthony Simon, Paul Tahan, Anthony Friedman, Seth Crompton

**COUNSEL FOR DEFENDANTS, Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports Inc., Visual Concepts Entertainment:** Dale Cendali, Patrick Arnett, Christopher Ilardi, Miranda Means, Michael Nester, Joshua Simmons

**COUNSEL FOR DEFENDANTS, World Wrestling Entertainment, Inc.:** Curtis Krasik, Michael Nester

**PLAINTIFF(S) WITNESSES:**
(6) Ryan Clark (continued from 9/27/2022)        time:  9:08 a.m. – 9:17 a.m.

**Plaintiff rests: 9:24 a.m.**

Out of the presence of the jury, Defendants made an oral motion for judgment as a matter of law at the close of plaintiff's case pursuant to Rule 50. Motion is DENIED.

**DEFENDANT(S) WITNESSES:**

(1) Randy Orton                              time: 10:17 a.m. – 1:21 p.m.
(2) Edward Kiang                             time: 1:22 p.m. – 2:07 p.m.
(3) Nina Jablonski                           time: 2:08 p.m. – 4:02 p.m.
(4) Alfredo (Alfie) Brody                    time: 4:03 p.m. – 4:21 p.m.

**DEFENDANTS' ADMITTED EXHIBITS:**

206, 208, 209, 214, 215, 165, 166, 255-329, 7, 9

**PLAINTIFF'S ADMITTED EXHIBITS:**

162, 163, 105

Evidence entered.

Jury trial set to reconvene September 29, 2022, at 9:00 a.m. in the East St. Louis Courthouse before Judge Staci M. Yandle.