IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: September 29, 2022             DAY: 4        CASE NO.: 18-cv-966-SMY

PRESIDING: HONORABLE STACI M. YANDLE

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | REPORTER: Chris LaBuwi |
| | ) | COURTROOM DEPUTY: Stacie Hurst |
| Plaintiff, | ) | |
| | ) | CIVIL: X |
| v. | ) | |
| | ) | TIME: 9:09 a.m. - 5:07 p.m. |
| TAKE-TWO INTERACTIVE | ) | |
| SOFTWARE, INC., et al., | ) | |
| | ) | RECESS: 10:08 – 10:15 a.m.; 12:00 - |
| Defendants. | ) | 1:12 p.m.; 2:56 – 3:54 p.m. |

**APPEARANCES:**
**COUNSEL FOR PLAINTIFF**: Anthony Simon, Paul Tahan, Anthony Friedman, Seth Crompton

**COUNSEL FOR DEFENDANTS, Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports Inc., Visual Concepts Entertainment:** Dale Cendali, Patrick Arnett, Christopher Ilardi, Miranda Means, Michael Nester, Joshua Simmons

**COUNSEL FOR DEFENDANTS, World Wrestling Entertainment, Inc.:** Curtis Krasik, Michael Nester

**DEFENDANTS' WITNESSES:**

(4) Alfredo (Alfie) Brody (continued from 9/28/2022)   time: 9:10 a.m. – 9:57 a.m.
(5) Ian Bogost                                         time: 10:19 a.m. – 10:46 a.m.
(6) Deborah Jay                                        time: 10:47 a.m. – 11:52 a.m.
(7) James Malackowski                                  time:  1:13 p.m. – 1:57 p.m.

**DEFENDANTS' ADMITTED EXHIBITS:**

183, 151, 154, 157, 158

**PLAINTIFF'S ADMITTED EXHIBITS:**

43, 164

**Defendants rest: 1:58 p.m.**

**PLAINTIFF'S REBUTTAL WITNESSES:**
      (1) Ryan Clark                                          time:  1:59 p.m. – 2:20 p.m.

**EVIDENCE CLOSED:  2:22 p.m.**

**Out of the presence of the jury, Plaintiff made an oral motion for judgment as a matter of law at the close of plaintiff's case pursuant to Rule 50.**

**Out of the presence of the jury, Plaintiff made an oral motion for judgment as a matter of law at the close of plaintiff's case pursuant to Rule 50.**

**Record is made as to Rule 50 motions.**

Conference for Jury Instructions Held:  3:54 p.m. – 5:07 p.m.

Record made as to instructions.

EVIDENCED CLOSED:  ☒    WITNESSES EXCUSED:  ☒

Jury trial set to reconvene September 30, 2022, at 9:00 a.m. in the East St. Louis Courthouse before Judge Staci M. Yandle.