IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: September 30, 2022    DAY: 5    CASE NO.: 18-cv-966-SMY

PRESIDING: HONORABLE STACI M. YANDLE

| | | |
|---|---|---|
| CATHERINE ALEXANDER, | ) | REPORTER: Chris LaBuwi |
| | ) | COURTROOM DEPUTY: Stacie Hurst |
| Plaintiff, | ) | |
| | ) | CIVIL: X |
| v. | ) | |
| | ) | TIME: 9:07 a.m. – 3:12 p.m. |
| TAKE-TWO INTERACTIVE | ) | |
| SOFTWARE, INC., et al., | ) | |
| | ) | RECESS: 10:44 – 10:56 a.m. |
| Defendants. | ) | |

**APPEARANCES:**
**COUNSEL FOR PLAINTIFF**: Anthony Simon, Paul Tahan, Anthony Friedman, Seth Crompton

**COUNSEL FOR DEFENDANTS, Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports Inc., Visual Concepts Entertainment:** Dale Cendali, Patrick Arnett, Christopher Ilardi, Miranda Means, Michael Nester, Joshua Simmons, Yungmoon Chang

**COUNSEL FOR DEFENDANTS, World Wrestling Entertainment, Inc.:** Curtis Krasik, Michael Nester

**FINAL ARGUMENT:**

Anthony Simon on behalf of Plaintiff

Dale Cendali on behalf of Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports Inc., Visual Concepts Entertainment.

Curtis Krasik on behalf of Defendant World Wrestling Entertainment, Inc.

Anthony Simon on behalf of Plaintiff

**MARSHAL SWORN:** ☒

JURY RETIRES: 11:32 a.m.    JURY RETURNS: 2:58 p.m.

Verdict given to Court: ☒  Verdict Read: ☒   Jury Polled: ☒

Verdict:  Verdict in favor of Plaintiff and against Defendants.

JURY EXCUSED:  3:11 p.m.

**TRIAL CONCLUDED.**

**EXHIBITS RETURNED:**  ☒