# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| CATHERINE ALEXANDER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | Case No. 3:18-cv-00966-SMY |
| TAKE-TWO INTERACTIVE SOFTWARE, | ) | |
| INC., 2K GAMES, INC.; 2K SPORTS, INC.; | ) | |
| WORLD WRESTLING ENTERTAINMENT, | ) | |
| INC.; VISUAL CONCEPTS | ) | |
| ENTERTAINMENT; YUKE'S CO., LTD.; AND | ) | |
| YUKE'S LA INC., | ) | |
| | ) | |
| Defendants. | ) | |

## Exhibit List

| Presiding Judge:<br>STACI M. YANDLE | Plaintiff's Attorney:<br>Anthony G. Simon<br>Anthony R. Friedman<br>Paul J. Tahan<br>The Simon Law Firm, P.C.<br><br>R. Seth Crompton<br>The Holland Law Firm | Defendant's Attorney:<br>Dale M. Cendali<br>Joshua L. Simmons<br>Christopher T. Ilardi<br>Miranda D. Means<br>Yungmoon Chang<br>Kirkland & Ellis LLP<br><br>Michael J. Nester<br>Donovan Rose Nester P.C.<br><br>Attorneys for Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc. and Visual Concepts Entertainment<br><br>Curtis Krasik<br>K&L Gates LLP<br><br>Michael J. Nester<br>Donovan Rose Nester P.C.<br><br>Attorneys for World Wrestling Entertainment, Inc. |
|---|---|---|
| Trial Date: | Court Reporter: | Courtroom Deputy: |

| September 26-30, 2022 | Chris LaBuwi | Stacie Hurst |

| Pltf. No. | Deft. No. | Date Marked | Description | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | | 9/27/22 | Certificate of Registration from the U.S. Copyright Office –Dove [ALEXANDER000060-61] | | X |
| 2 | | 9/27/22 | Certificate of Registration from the U.S. Copyright Office – Rose [ALEXANDER000062] | | X |
| 3 | | 9/27/22 | Certificate of Registration from the U.S. Copyright Office – Skulls [ALEXANDER000063-64] | | X |
| 4 | | 9/27/22 | Certificate of Registration from the U.S. Copyright Office – Tribal Addition [ALEXANDER000065-66] | | X |
| 5 | | 9/27/22 | Certificate of Registration from the U.S. Copyright Office – Tribal Design [ALEXANDER000070-71] | | X |
| 11 | | 9/27/22 | Photograph of Plaintiff and Mr. Orton [ALEXANDER000036] | | X |
| 25 | | 9/27/22 | Article:  The 20 Coolest Tattoos in WWE History [Zagal Depo Exh 3] | | X |
| 26 | | 9/27/22 | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0000982, Snyder Depo Exh 9] | | X |
| 27 | | 9/27/22 | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0000983, Snyder Depo Exh 10] | | X |
| 28 | | 9/27/22 | WWE 2K Franchise Sales Since Apr'2015 [TAKE-TWO_0001332, Snyder Depo Exh 11] | | X |
| 29 | | 9/27/22 | License between Take-Two Interactive Software, Inc. and World Wrestling Entertainment [TAKE-TWO_0000498-542, Little Depo Exh 2] | | X |
| 30 | | 9/27/22 | Amendment 1 to License between Take-Two Interactive Software, Inc. and World Wrestling Entertainment [TAKE-TWO_0000543-559, Little Depo Exh 3] | | X |
| 31 | | 9/27/22 | Master Developer Agreement between Yuke's Co., Ltd. and 2K Sports, Inc. [TAKE-TWO_0000560-609, Little Depo Exh 4] (Confidential) | | X |
| 32 | | 9/27/22 | Images of Mr. Orton [TAKE-TWO_0000798-822, Little Depo Exh 5] | | X |

| 33 |  | 9/27/22 | Images of Mr. Orton [TAKE-TWO_0000909-929, Little Depo Exh 6] |  | X |
|---|---|---|---|---|---|
| 35 |  | 9/27/22 | IndianVideoGamer.com Interview: WWE 2K18 Executive Producer Mark Little [Little Depo Exh 8] |  | X |
| 36 |  | 9/29/22 | United States Securities and Exchange Commission – Form 10-K for Take-Two Interactive Software, Inc. for the fiscal year ended March 31, 2018 [Clark Depo Exh 4] |  | X |
| 37 |  | 9/26/22 | Curriculum Vitae of José Zagal dated March 2018 | X | X |
| 38 |  | 9/27/22 | Curriculum Vitae of Ryan Clark dated February 19, 2019 |  | X |
| 42 |  | 9/26/22 | Physical copy of WWE 2K16, XBOX ONE format [Doc 142-24] |  | X |
| 43 |  | 9/29/22 | Packaging and insert of WWE 2K16 XBOX ONE format [Doc 142-24] |  | X |
| 44 |  | 9/26/22 | Physical copy of WWE 2K17, XBOX ONE format [Doc 142-25] |  | X |
| 46 |  | 9/26/22 | Physical copy of WWE 2K18, XBOX ONE format [Doc 142-26] |  | X |
| 55 |  | 9/27/22 | WWE Source Product Submission #17984 [Kiang Depo Exh 5; WWE_Alexander0000207] |  | X |
| 57 |  | 9/27/22 | Bryce Yang's 8-6-14 Email Chain [Kiang depo Exh 7; WWE_Alexander0000094] |  | X |
| 58 |  | 9/27/22 | Screenshot of WWE 2K15 video of Mr. Orton's tattoos [WWE_Alexander_0000098] |  | X |
| 80 |  | 9/27/22 | Photographs of the rose tattoo on Randy Orton [ALEXANDER000018-19] |  | X |
| 81 |  | 9/27/22 | Photographs of the dove tattoo on Randy Orton [ALEXANDER000012-14] |  | X |
| 82 |  | 9/27/22 | Photographs of the skulls tattoo on Randy Orton [ALEXANDER000023-24] |  | X |
| 83 |  | 9/27/22 | Photographs of the tribal tattoo on Randy Orton [ALEXANDER000028] |  | X |
| 84 |  | 9/27/22 | Photographs of the tribal addition tattoo on Randy Orton [ALEXANDER000004] |  | X |
| 105 |  | 9/28/22 | WWE 2K16 video [TAKE-TWO_0000178.mp4] |  | X |
| 153 |  | 9/27/22 | Video compilation of selected game play sessions from WWE 2K16 (selections from Exhibit 150) |  | X |

| | | | | | |
|---|---|---|---|---|---|
| 154 | | 9/27/22 | Video compilation of selected game play sessions from WWE 2K17 (selections from Exhibit 151) | | X |
| 155 | | 9/27/22 | Video compilation of selected game play sessions from WWE 2K18 (selections from Exhibit 152) | | X |
| 156 | | 9/27/22 | Joint deposition designations of Mark Little | | Admitted as part of the Court record ONLY. |
| 157 | | 9/27/22 | Joint deposition designations of Edward Kiang | | Admitted as part of the Court record ONLY. |
| 158 | | 9/27/22 | Joint deposition designations of Chris Snyder | | Admitted as part of the Court record ONLY. |
| 162 | | 9/28/22 | – Screenshots from Plaintiff's Trial Exhibit 42 | | X |
| 163 | | 9/28/22 | Plaintiff's Trial Exhibit 163 - Copies of page 151 and 153 from Nina G. Jablonski's book | | X |
| 164 | | 9/29/22 | Photograph of Chris Jericho's arm tattoo | X | X |
| | 5 | 9/27/22 | WWE 2K16 Gameplay Image of Randy Orton (Bogost Rpt. at 28) | | X |
| | 7 | 9/28/22 | WWE 2K16 Gameplay - Roman Reigns vs. Randy Orton | | X |
| | 9 | 9/28/22 | WWE 2K16 Gameplay - Royal Rumble | | X |
| | 10 | 9/27/22 | WWE 2K16 Gameplay - Randy Orton vs. John Cena | | X |
| | 11 | 9/27/22 | WWE 2K16 Gameplay - Seth Rollins vs. Stone Cold Steve Austin | | X |
| | 16 | 9/27/22 | WWE 2K17 Gameplay - Royal Rumble | | X |
| | 24 | 9/27/22 | WWE 2K18 Gameplay Image of Randy Orton (Bogost Rpt. at 29) | | X |
| | 28 | 9/27/22 | WWE 2K18 Gameplay - Royal Rumble | | X |
| | 85 | 9/28/22 | September 1, 2009 Booking Contract between World Wrestling Entertainment, Inc. and Randal Orton, Bates stamped WWE_Alexander0000001–WWE_Alexander0000026 (Confidential) | | X |

| | 103 | 9/27/22 | State of Missouri Patron Consent Form (Alexander Dep. Ex. 2) | | X |
|---|---|---|---|---|---|
| | 151 | 9/29/22 | Photo of WWE 2K Gameplay (Bogost Rpt. at 29) | | X |
| | 153 | 9/27/22 | Photo of WWE 2K Gameplay (Bogost Rpt. at 30) | | X |
| | 154 | 9/29/22 | Questionnaire (Sample Web Screenshots) (Jay Report App. D) | | X |
| | 157 | 9/29/22 | Main Reasons and Other Reasons Survey Respondents Gave for Buying a WWE 2K Video Game (Jay Report App. H) | | X |
| | 158 | 9/29/22 | Which Wrestlers' Depiction Was a Reason for Buying a WWE 2K Video Game and What Features of Aspects of Their Appearance Were Important to Depict (Jay Report App. I) | | X |
| | 165 | 9/28/22 | Image of merchandise titled "RANDY ORTON Med THE LEGEND Killer 2002 WWE Wwf WRESTLING Tee Shirt New Deadstock," available at https://www.ebay.com/itm/RANDY-ORTON-Med-THE-LEGEND-Killer-2002-WWE-Wwf-WRESTLING-Tee-Shirt-New-Deadstock/353067731803?hash=item52347a0b5b:g:eaEAAOSw9~xerxug | | X |
| | 166 | 9/28/22 | Image of merchandise titled "2004 WWF UNFORGIVEN Promo T-SHIRT Triple H VS Randy Orton WWE Rare VTG RAW L," available at https://www.ebay.com/itm/2004-WWF-UNFORGIVEN-Promo-T-SHIRT-Triple-H-VS-Randy-Orton-WWE-Rare-VTG-RAW-L/263906290659?hash=item3d720a6be3:g:arcAAOSwKWxbh0Hd | | X |
| | 170 | 9/29/22 | Demonstratives for Use with Ian Bogost, Ph.D. | Demonstrative, Not Produced to Plaintiff | Admitted as part of the Court record ONLY. |
| | 171 | 9/28/22 | Demonstratives for Use with Nina Jablonski, Ph.D. | Demonstrative, Not Produced to Plaintiff | Admitted as part of the Court record ONLY. |

|  | 172 | 9/29/22 | Demonstratives for Use with E. Deborah Jay, Ph.D. | Demonstrative, Not Produced to Plaintiff | Admitted as part of the Court record ONLY. |
|---|---|---|---|---|---|
|  | 173 | 9/28/22 | Demonstratives for Use with Edward Kiang | Demonstrative, Not Produced to Plaintiff | Admitted as part of the Court record ONLY. |
|  | 175 | 9/29/22 | Demonstratives for Use with James Malackowski | Demonstrative, Not Produced to Plaintiff | Admitted as part of the Court record ONLY. |
|  | 176 | 9/28/22 | Demonstratives for Use with Randy Orton | Demonstrative, Not Produced to Plaintiff | Admitted as part of the Court record ONLY. |
|  | 177 | 9/27/22 | Demonstratives for Use with Chris Snyder | Demonstrative, Not Produced to Plaintiff | Admitted as part of the Court record ONLY. |
|  | 183 | 9/29/22 | Spreadsheet titled "WWE 2K Franchise sales since Apr'2015", produced as TAKE-TWO_0001447 (Highly Confidential) |  | X |
|  | 206 | 9/28/22 | Poster Advertising Pay-Per-View Event Titled WWE Vengeance |  | X |
|  | 208 | 9/28/22 | Poster Advertising Pay-Per-View Event Titled WWE No Mercy |  | X |
|  | 209 | 9/28/22 | Poster Advertising Pay-Per-View Event Titled WWE Backlash |  | X |
|  | 214 | 9/28/22 | Poster Advertising Pay-Per-View Event Titled Payback |  | X |
|  | 215 | 9/28/22 | Poster Advertising Pay-Per-View Event Titled The Greatest Wrestling Match Ever: BackLash |  | X |
|  | 255 | 9/28/22 | Photograph of Randy Orton (2002, forearms, front view) |  | X |
|  | 256 | 9/28/22 | Photograph of Randy Orton (2002, biceps, arms crossed, front view) |  | X |

| | | | | |
|---|---|---|---|---|
| | 257 | 9/28/22 | Photograph of Randy Orton (2002, biceps, back view) | | X |
| | 258 | 9/28/22 | Photograph of Randy Orton (2002, left bicep, front view) | | X |
| | 259 | 9/28/22 | Photograph of Randy Orton (2003, biceps, shoulders, back view) | | X |
| | 260 | 9/28/22 | Photograph of Randy Orton (2003, right bicep, back and zoomed-in view) | | X |
| | 261 | 9/28/22 | Photograph of Randy Orton (2003, right shoulder, zoomed-in view) | | X |
| | 262 | 9/28/22 | Photograph of Randy Orton (2004, left bicep, left forearm, side view) | | X |
| | 263 | 9/28/22 | Photograph of Randy Orton (2004, left bicep, partial right bicep, back view) | | X |
| | 264 | 9/28/22 | Photograph of Randy Orton (2005, left bicep, side view) | | X |
| | 265 | 9/28/22 | Photograph of Randy Orton (2005, forearms, hands in air, front view) | | X |
| | 266 | 9/28/22 | Photograph of Randy Orton (2005, forearms, hands in air, back view) | | X |
| | 267 | 9/28/22 | Photograph of Randy Orton (2006, right bicep, partial right forearm, partial back, side view) | | X |
| | 268 | 9/28/22 | Photograph of Randy Orton (2006, back, biceps, hands in air, back view) | | X |
| | 269 | 9/28/22 | Photograph of Randy Orton (2007, back, partial biceps, back view) | | X |
| | 270 | 9/28/22 | Photograph of Randy Orton (2007, right forearm, Samantha) | | X |
| | 271 | 9/28/22 | Photograph of Randy Orton (2008, sleeves, front view) | | X |
| | 272 | 9/28/22 | Photograph of Randy Orton (2008, sleeves, arms crossed, front view) | | X |
| | 273 | 9/28/22 | Photograph of Randy Orton (2008, right sleeve, back view) | | X |
| | 274 | 9/28/22 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) | | X |
| | 275 | 9/28/22 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) | | X |
| | 276 | 9/28/22 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in back view) | | X |
| | 277 | 9/28/22 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in front view) | | X |

| | | | | |
|---|---|---|---|---|
| | 278 | 9/28/22 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in front view) | X |
| | 279 | 9/28/22 | Photograph of Randy Orton (2008, partial right sleeve, zoomed-in side view) | X |
| | 280 | 9/28/22 | Photograph of Randy Orton (2008, partial sleeve, Alanna) | X |
| | 281 | 9/28/22 | Photograph of Randy Orton (2008, partial sleeve, Alanna) | X |
| | 282 | 9/28/22 | Photograph of Randy Orton (2008, left partial sleeve) | X |
| | 283 | 9/28/22 | Photograph of Randy Orton (2008, partial sleeve, dove) | X |
| | 284 | 9/28/22 | Photograph of Randy Orton (2008, partial sleeve, dove) | X |
| | 285 | 9/28/22 | Photograph of Randy Orton (2008, left partial sleeve, dove, back view) | X |
| | 286 | 9/28/22 | Photograph of Randy Orton (2008, sleeves, front view) | X |
| | 287 | 9/28/22 | Photograph of Randy Orton (2008, right sleeve, side view) | X |
| | 288 | 9/28/22 | Photograph of Randy Orton (2008, left sleeve, side view) | X |
| | 289 | 9/28/22 | Photograph of Randy Orton (2008, sleeves, front view) | X |
| | 290 | 9/28/22 | Photograph of Randy Orton (2009, left sleeve, front view) | X |
| | 291 | 9/28/22 | Photograph of Randy Orton (2009, right sleeve, front view) | X |
| | 292 | 9/28/22 | Photograph of Randy Orton (2009, sleeves, back view) | X |
| | 293 | 9/28/22 | Photograph of Randy Orton (2010, sleeves, front view) | X |
| | 294 | 9/28/22 | Photograph of Randy Orton (2010, left sleeve, side view) | X |
| | 295 | 9/28/22 | Photograph of Randy Orton (2010, sleeves, arms crossed, side view) | X |
| | 296 | 9/28/22 | Photograph of Randy Orton (2011, sleeves, front view) | X |
| | 297 | 9/28/22 | Photograph of Randy Orton (2011, sleeves, back view) | X |
| | 298 | 9/28/22 | Photograph of Randy Orton (2011, sleeves, arms crossed, front view) | X |
| | 299 | 9/28/22 | Photograph of Randy Orton (2012, left sleeve, side view) | X |

| | | | | |
|---|---|---|---|---|
| | 300 | 9/28/22 | Photograph of Randy Orton (2012, sleeves, back view) | | X |
| | 301 | 9/28/22 | Photograph of Randy Orton (2012, right sleeve, side view) | | X |
| | 302 | 9/28/22 | Photograph of Randy Orton (2013, right sleeve, side view) | | X |
| | 303 | 9/28/22 | Photograph of Randy Orton (2013, sleeves, back view) | | X |
| | 304 | 9/28/22 | Photograph of Randy Orton (2013, left sleeve, side view) | | X |
| | 305 | 9/28/22 | Photograph of Randy Orton (2014, right sleeve, side view) | | X |
| | 306 | 9/28/22 | Photograph of Randy Orton (2014, sleeves, back view) | | X |
| | 307 | 9/28/22 | Photograph of Randy Orton (2014, left sleeve, side view) | | X |
| | 308 | 9/28/22 | Photograph of Randy Orton (2014, sleeves, front view) | | X |
| | 309 | 9/28/22 | Photograph of Randy Orton (2014, sleeves, front view) | | X |
| | 310 | 9/28/22 | Photograph of Randy Orton (2014, sleeves, back view) | | X |
| | 311 | 9/28/22 | Photograph of Randy Orton (2014, sleeves, arms crossed, zoomed-in front view) | | X |
| | 312 | 9/28/22 | Photograph of Randy Orton (2015, sleeves, back view) | | X |
| | 313 | 9/28/22 | Photograph of Randy Orton (2015, sleeves, wingspan, 3/4 view) | | X |
| | 314 | 9/28/22 | Photograph of Randy Orton (2015, sleeves, front view) | | X |
| | 315 | 9/28/22 | Photograph of Randy Orton (2016, sleeves, back view) | | X |
| | 316 | 9/28/22 | Photograph of Randy Orton (2016, sleeves, front view, wearing sleeveless hoodie) | | X |
| | 317 | 9/28/22 | Photograph of Randy Orton (2016, left sleeve, 3/4 view, wearing sleeveless hoodie) | | X |
| | 318 | 9/28/22 | Photograph of Randy Orton (2016, right sleeve, 3/4 view, wearing sleeveless hoodie) | | X |
| | 319 | 9/28/22 | Photograph of Randy Orton (2016, sleeves, front view, wearing sleeveless hoodie) | | X |
| | 320 | 9/28/22 | Photograph of Randy Orton (2017, sleeves, front view) | | X |
| | 321 | 9/28/22 | Photograph of Randy Orton (2017, sleeves, 3/4 view) | | X |

| | | | | |
|---|---|---|---|---|
| | 322 | 9/28/22 | Photograph of Randy Orton (2017, sleeves, 3/4 view) | | X |
| | 323 | 9/28/22 | Photograph of Randy Orton (2017, sleeves, back view) | | X |
| | 324 | 9/28/22 | Photograph of Randy Orton (2017, sleeves, back view) | | X |
| | 325 | 9/28/22 | Photograph of Randy Orton (2018, sleeves, front view) | | X |
| | 326 | 9/28/22 | Photograph of Randy Orton (2018, right sleeve, side view) | | X |
| | 327 | 9/28/22 | Photograph of Randy Orton (2018, sleeves, back view) | | X |
| | 328 | 9/28/22 | Photograph of Randy Orton (2018, left sleeve, side view) | | X |
| | 329 | 9/28/22 | Photograph of Randy Orton (2018, sleeves, 3/4 view) | | X |
| | 330 | 9/28/22 | Demonstratives for Use with Alfredo Brody | Demonstrative, Not Produced to Plaintiff | Admitted as part of the Court record ONLY. |