IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 18-cv-966-SMY |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, | ) |
| INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR RELEASE OF EXHIBITS**

It is hereby stipulated by and between plaintiffs and defendants, through their respective attorneys, that the exhibits tendered in the above-styled matter be released to the care, custody, and control of the attorney of record for each party, until final judgment, appeal, or motion for new trial has passed.

It is further stipulated that the undersigned attorneys are designated as custodians of the exhibits listed on the Exhibit List, and that upon request of the Clerk of Court, they shall deliver said exhibit(s) to the Clerk forthwith.

_____
Attorney for Plaintiff

_____
Attorney for Defendants Take-Two Interactive
Software, Inc., 2K Games, Inc., 2K Sports Inc.,
Visual Concepts Entertainment

_____
Attorney for Defendant World Wrestling
Entertainment, Inc