IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CATHERINE ALEXANDER, )
)
Plaintiff, )
)
vs. ) Case No. 18-cv-966-SMY
)
TAKE-TWO INTERACTIVE )
SOFTWARE, INC., 2K GAMES, INC., )
2K SPORTS, INC., WORLD )
WRESTLING ENTERTAINMENT, INC., )
VISUAL CONCEPTS )
ENTERTAINMENT, )
)
Defendants. )

# VERDICT FORM

1. As to the five tattoos in question, do you find Defendants have proven that their use constituted fair use?

    No __✓__ (for Plaintiff)

    Yes _____ (for Defendants)

*If your answer to question number 1 is yes, then you shall not answer any additional questions and may proceed to the end of the verdict form.*

2. As to the five tattoos in question, what is the dollar amount of actual losses, if any, that you find that Plaintiff is entitled to recover as a result of Defendants' use?

    $ __3,750__.

3. As to the five tattoos in question, what is the dollar amount, if any, of Defendants' profits that you find is attributable to their use?

    $ __0__.

You have reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. Each juror should then sign and date the verdict form in the spaces below and notify the Marshal that you have reached a verdict.

*Each juror should place his or her signature on the lines below.*

I attest that the foregoing accurately reflects the jury's decision.

