**CIVIL JURY INSTRUCTION CHART**

Case No. 18-966
Case Name: *Catherine Alexander v. Take-Two Interactive Software, Inc., et al.*

C#= Court's instruction number
J# = Joint instruction number
P# = Plaintiff's instruction number
D#= Defendants' instruction number

**COURT'S PROPOSED INSTRUCTIONS**

| Court's | # | Source | Objection | Given |
|---|---|---|---|---|
| Functions of Court & jury | C1 | 1.01 | none | given |
| What is evidence | C2 | 1.04 | none | given |
| What is not evidence | C3 | 1.06 | none | given |
| Notes | C4 | 1.07 | none | given |
| Determining facts | C5 | 1.08 | none | given |
| Weighing evidence – reasonable inferences | C6 | 1.11 | none | given |
| Direct/circumstantial evidence | C7 | 1.12 | none | given |
| Testimony of witnesses | C8 | 1.13 | none | given |
| Number of witnesses | C9 | 1.17 | none | given |
| Use of witnesses or exhibits | C10 | 1.18 | none | given |
| Burden of proof – preponderance of the evidence | C11 | 1.27 | none | given |
| Presiding juror selection | C12 | 1.32 | none | given |
| Communicating with court | C13 | 1.33 | none | given |
| No outside communication | C14 | AO recommendation | none | given |
| Judge's comments to lawyer | C15 | 2.14 | none | given |
| Stipulated facts | C16 | 2.05 | none | given |

| Inconsistent statements | C17 | 1.14 | none | given |
|---|---|---|---|---|
| Corporations | C18 | 1.03 | none | given |
| Copyright – allegation defined | C19 | 12.1.1 | D objects | given |
| Copyright infringement | C20 | 12.2.1 | D objects | given |
| Damages – general | C21 | 12.8.1 | D objects | given |
| Unanimous verdict | C22 | 1.34 | none | given |

## JOINT PROPOSED INSTRUCTIONS

| Joint | # | Source | Objection | Given |
|---|---|---|---|---|
| Waiver | J1 | *Soos & Assocs., Inc. v. Five Guys Enters., LLC,* 425 F.Supp.3d 1004, 1012 (N.D. Ill. 2019); *Design Basics LLC v. Campbellsport Bldg. Supply, Inc.*, No. 13 Civ. 560, 2016 WL 3189202, at *9 (E.D. Wis. June 7, 2016); *Ocean Atl. Woodland Corp. v. DRH Cambridge Homes, Inc.*, No. 02 Civ. 2523, 2003 WL 1720073, at *8 (N.D. Ill. Mar. 31, 2003); *Myers v. Harold*, 279 F. Supp. 3d 778, 799 (N.D. Ill. 2017) | none | refused |
| Damages | J2 | 17 U.S.C. § 504; 7th Cir. 12.8.1 | D objects | refused |
| Demonstrative evidence | J3 | 1.24 | none | given |

## PLAINTIFF'S PROPOSED INSTRUCTIONS

| Plaintiff's | # | Source | Objection | Given |
|---|---|---|---|---|
| Affirmative defenses - intro | P1 | | none | refused |

| Plaintiff's | # | Source | Objection | Given |
|---|---|---|---|---|
| Affirmative defenses – implied license | P2 | 17 U.S.C. §§ 101, 106, 204(a); *Muhammad-Ali v. Final Call, Inc.*, 832 F.3d 755, 762 (7th Cir. 2016); *LimeCoral, Ltd. v. CareerBuilder, LLC*, 889 F.3d 847, 851 (7th Cir. 2018); | none | refused |
| Affirmative defense – fair use | P3 | 7th Cir. 12.7.1; 17 U.S.C. § 107; Ct. Order (Doc. 228); 17 U.S.C. § 107; *Google LLC v. Oracle America, Inc.*, 141 S. Ct. 1183 (2021); | D objects | given as modified |
| Actual damages | P4 | 7th Cir. 12.8.2 and 3.12; *McRoberts Software, Inc. v. Media 100, Inc.*, 329 F.3d 557, 569 (7th Cir. 2003) | D objects | given as modified |
| Defendants' profits | P5 | 7th Cir. 12.8.3; 17 U.S.C. § 504(b); *Taylor v. Meirick,* 712 F.2d 1112, 1120 (7th Cir. 1983); *Petrella v. Metro-Goldwyn-Mayer, Inc.*, 572 U.S. 663, 685–88 (2014); | D objects | given |
| Purpose of awarding damages and disgorgement of profits | P6 | *Deltak, Inc. v. Advanced Systems, Inc.*, 767 F.2d 357, 362-363 n.5. (7th Cir. 1985); *McRoberts Software, Inc. v. Media 100, Inc.*, 329 F3d. 557, 567 (7th Cir. 2003); *Taylor v. Meirick*, 712 F. 2d 1112, 1120 (7th Cir. 1983). | | refused |
| Verdict Form | | | | refused |

3

**DEFENDANTS' PROPOSED INSTRUCTIONS**

| Defendants' | # | Source | Objection | Given |
|---|---|---|---|---|
| Affirmative defenses - intro | D1 | | D objects | refused |
| Affirmative defense – implied license | D2 | Ct. Order (Doc. 228 at 6–7); 17 U.S.C. §§ 101, 106, 204(a); *LimeCoral, Ltd. v. CareerBuilder, LLC*, 889 F.3d 847, 851 (7th Cir. 2018); *ITOFCA, Inc. v. MegaTrans Logistics, Inc.*, 322 F.3d 928, 940 (7th Cir. 2003) | D objects | refused |
| Affirmative defense – license – scope | D3 | Ct. Order (Doc. 228 at 6–7); 17 U.S.C. §§ 101, 106, 204(a); *LimeCoral, Ltd. v. CareerBuilder, LLC*, 889 F.3d 847, 851 (7th Cir. 2018); *ITOFCA, Inc. v. MegaTrans Logistics, Inc.*, 322 F.3d 928, 940 (7th Cir. 2003) | D objects | refused |
| Affirmative defense – fair use | D4 | 7th Cir. 12.7.1; 17 U.S.C. § 107; Ct. Order (Doc. 228); 17 U.S.C. § 107; *Google LLC v. Oracle America, Inc.*, 141 S. Ct. 1183 (2021); *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 583–84 (1994). | D objects | refused |
| Affirmative defense – fair use – considerations | D5 | 17 U.S.C. § 107; Ct. and Order (Doc. 228); 17 U.S.C. § 107; *Google LLC v. Oracle America, Inc.*, 141 S. Ct. 1183 (2021); *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 583–84 (1994); *Kienitz v. Sconnie Nation LLC*, 766 F.3d 756, 758 (7th Cir. 2014) | D objects | refused |

4

| Actual damages | D6 | 7th Cir. 12.8.2 and 3.12; *Polar Bear Prods., Inc. v. Timex Corp.*, 384 F.3d 700, 708 (9th Cir. 2004); *Dash v. Mayweather*, 731 F.3d 303, 317 (4th Cir. 2013); 17 U.S.C. § 504(b). | D objects | refused |
|---|---|---|---|---|
| Defendants' profits | D7 | 7th Cir. 12.8.3; 17 U.S.C. § 504(b); *Taylor v. Meirick,* 712 F.2d 1112, 1120 (7th Cir. 1983); *Petrella v. Metro-Goldwyn-Mayer, Inc.*, 572 U.S. 663, 685–88 (2014). | D objects | refused |
| Verdict Form | | | D objects | given as modified |

5