IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-cv-966-SMY |
| ) | |
| TAKE-TWO INTERACTIVE ) | |
| SOFTWARE, INC. 2K GAMES, INC., ) | |
| 2K SPORTS INC., WORLD ) | |
| WRESTLING ENTERTAINMENT, ) | |
| INC., VISUAL CONCEPTS ) | |
| ENTERTAINMENT, YUKE'S CO., ) | |
| LTD, YUKES LA INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated March 18, 2020 (Doc. 176), Plaintiff Catherine Alexander's claims against Defendants Yuke's Co., Ltd. and Yukes LA, Inc. were **DISMISSED for lack of personal jurisdiction**.

This case was tried by a jury and the jury rendered a verdict on September 30, 2022, in favor of Plaintiff and against Defendants 2K Games, Inc., 2K Sports Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, and World Wrestling Entertainment, Inc. (Doc. 298). Therefore, judgment is entered in favor of Plaintiff in the amount of $3,750.00 and against Defendants 2K Games, Inc., 2K Sports Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, and World Wrestling Entertainment, Inc.

**DATED:  October 3, 2022**

**MONICA STUMP, Clerk of Court**

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

*[signature]*

**STACI M. YANDLE**
**UNITED STATES DISTRICT JUDGE**