IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC., et al.,<br><br>　　　　Defendants. | Case No. 3:18-cv-00966-SMY |

**AFFIDAVIT OF PAUL J. TAHAN REGARDING PLAINTIFF'S BILL OF COSTS**

I, Paul J. Tahan, being duly sworn, states as follows:

1. I am an attorney at The Simon Law Firm, P.C., and represent Plaintiff Catherine Alexander in the above captioned matter.

2. The costs outlined in the bill of costs submitted with this affidavit were necessarily incurred in connection with this matter. I make this affidavit to explain more fully the nature of the various items which appear on the bill of costs.

3. Exhibit A – Fees of the Clerk - The filing fee of $400.00 was incurred and is allowable under 28 U.S.C. § 1923.

4. Exhibit B – Fees for service of summonses in the amount of $477.30 – The fees for service of the summonses were incurred regarding service of the complaint on Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., World Wrestling Entertainment, Inc., Visual Concepts Entertainment, Yuke's Co., Ltd. and Yuke's LA Inc.

5. Exhibit C - Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case in the amount of $6,208.75. Court reporter fees for the depositions

1

of Mr. Mark Little, Mr. Chris Snyder and Mr. Edward Kiang were used during trial and court reporter fees for the daily trial transcripts.

6. Exhibit D – Fees and Disbursements for Printing. Plaintiff incurred $13,442.21 for printing materials used for depositions, witness trial binders, trial exhibits, expert reports, pleadings, demonstratives all used during the duration of this litigation.

For the above reasons the costs set forth in Plaintiff Catherine Alexander's bill of costs were incurred and were necessary expenses in connection to this action.

Further Affiant sayeth not.

Subscribed and sworn to before me this 17th day of October 2022.

_____
Paul J. Tahan
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
(314) 241-2929
Fax: (314) 241-2029
ptahan@simonlawpc.com

STATE OF MISSOURI    )
                     ) SS.
CITY OF SAINT LOUIS  )

On this 17th day of October 2022, before me personally appeared Paul J. Tahan, known to me to be the person who executed the within Affidavit and acknowledged to me that he executed the same for the purposes therein stated.

_____
Notary Public

My Commission Expires:

CARRIE L. ROSEMAN
Notary Public, Notary Seal
State of Missouri
St. Louis City
Commission # 13857662
My Commission Expires 10-03-2025

2