UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| CATHERINE ALEXANDER<br>*Plaintiff(s)*<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC., et al.<br>*Defendant(s)* | Case Number:  3:18-CV-00966-SMY |

# **NOTICE**

**TO**: All Counsel of Record, Attorney for All Defendants

You are notified that a Bill of Costs has been filed in this action. These costs will be adjusted and taxed by this office pursuant to Federal Rule of Civil Procedure 54(d) on November 1, 2022.  Objections to these costs, if any, shall be filed on or before this date pursuant to SDIL-LR 54.2.

Dated: October 18, 2022

MONICA A. STUMP, Clerk of Court

By:   *s/Jennifer Habermehl*
Deputy Clerk