IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC., et al.,<br><br>　　　　Defendants. | Case No.  3:18-cv-0966-SMY |

## MOTION TO WITHDRAW APPEARANCE

COMES NOW Plaintiff, by her attorneys at The Simon Law Firm, P.C. and Holland Law Firm, and respectfully requests that this Court grant leave for Attorney Paul J. Tahan to withdraw his appearance as counsel in this matter pursuant to Local Rule 83.1(g).

1. As of this week, Paul J. Tahan will no longer be employed as an attorney at The Simon Law Firm P.C.

2. Plaintiff will continue to be represented by The Simon Law Firm, P.C. and the Holland Law Firm.

3. This withdrawal will not cause any delay or prejudice.

Therefore, Plaintiff respectfully requests that this Court withdraw Paul J. Tahan as counsel in this matter.

Dated:  July 10, 2023  `                                  Respectfully submitted,

      /s/Anthony G. Simon
Anthony G. Simon, IL 6209056
Anthony R. Friedman, IL 6299795
Paul J. Tahan, IL 6340477
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
afriedman@simonlawpc.com
ptahan@simonlawpc.com

Gregory Jones
**THE HOLLAND LAW FIRM**
211 North Broadway, Suite 2625
St. Louis, Missouri 63101
Phone: (314) 241-8111
Facsimile: (314) 241-5554
gjones@hollandtriallawyers.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 10, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Illinois by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the Southern District CM/ECF system.

                                          */s/ Anthony G. Simon*