IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC., et al.,<br><br>Defendants. | Case No.  3:18-cv-0966-SMY |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO WITHDRAW APPEARANCE**

The Court having considered Plaintiff's Motion to Withdraw Appearance hereby GRANTS said motion and withdraws the appearance of Paul J. Tahan on behalf of Plaintiff.  Mr. Tahan is to also be removed from all notices entered in this matter.

IT IS SO ORDERED.


Dated:  _____          _____
                                        Staci M. Yandle
                                        U.S. District Court Judge