IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER, <br><br> Plaintiff, <br><br> v. <br><br> TAKE-TWO INTERACTIVE SOFTWARE, INC., et al. <br><br> Defendants. | Case No. 3:18-cv-0966-SMY |

## PLAINTIFF'S NOTICE OF ADDITIONAL AUTHORITY

Pursuant to local rule 7.1(c), Plaintiff Catherine Alexander hereby informs the court of new authority with bearing on the pending motions in this case. The case is *Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith,* 143 S.Ct. 1258 (2023). The opinion is attached hereto as Exhibit A.

Dated: August 4, 2023

Respectfully submitted,

*/s/ Anthony G. Simon*
Anthony G. Simon, IL 6209056
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com

Gregory Jones
**THE HOLLAND LAW FIRM**
211 North Broadway, Suite 2625
St. Louis, Missouri 63101
gjones@hollandtriallawyers.com
Phone: (314) 241-8111
Facsimile: (314) 241-5554

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system on August 4, 2023.

*/s/ Anthony G. Simon*