IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K GAMES, INC.; 2K SPORTS, INC.; WORLD WRESTLING ENTERTAINMENT, INC.; VISUAL CONCEPTS ENTERTAINMENT; YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) ) ) ) ) ) ) CASE NO. 3:18-CV-966-SMY-MAB |
| Defendants. | ) ) ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants file this response to Plaintiff's Notice of Supplemental Authority (Dkt-319) concerning *Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith*, 143 S. Ct. 1258 (2023).[1]

*Goldsmith* concerns the application of fair use factor one, the purpose and character of the use, to AWF's use of Goldsmith's photograph of the musician Prince in an Andy Warhol artwork titled "Orange Prince." AWF licensed "Orange Prince" for use on a magazine cover commemorating Prince without Goldsmith's permission. The Supreme Court held that the parties' respective uses of "Orange Prince" "share substantially the same purpose" because Goldsmith had licensed the photograph to illustrate stories about Prince, including in connection with Orange Prince's first magazine appearance. *Id.* at 1280. AWF's use was thus substitutive, "supersede[ing]

---

[1] Local Rule 7.1 incorporates Federal Rule of Appellate Procedure 28(j), which permits this response.

1

the objects" of the original, which weighed against fair use. *Id.* at 1274.

*Warhol* supports Defendants' Motion for JMOL on fair use. Dkt-313. **First**, the Parties' purposes are ***different***. Courts have recognized that showing an artistic work to accurately represent reality is different from the original expressive purpose of the work. Dkt-313 at 6. *Warhol* did not change this precedent. The record establishes that Defendants' purpose was accuracy, which is different from Plaintiff's purpose. *Id.* at 6-7. This fact continues to favor fair use.

**Second**, WWE 2K is ***not a substitute*** for the Tattoos. *Warhol* is consistent with the Seventh Circuit's focus on substitution in *Kienitz v. Sconnie Nation* and does not change that law. 766 F.3d 756, 758 (7th Cir. 2014). Plaintiff does not license tattoos in video games or compete with Defendants, and no customer would purchase *WWE 2K* instead of a tattoo. Dkt-313 at 5. This fact continues to favor fair use.

*Goldsmith* affirmed a finding that factor one favored the plaintiff at summary judgment. This is consistent with *Google LLC v. Oracle Am., Inc.* which found that fair use is a legal question for the court. 141 S.Ct. at 119. Based on the admitted and undisputed facts, *Goldsmith* supports a finding that Defendants are entitled to JMOL on fair use.

Dated: August 18, 2022

Respectfully submitted,

*/s/ Dale M. Cendali*
Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Christopher T. Ilardi (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
chris.ilardi@kirkland.com

Miranda D. Means (admitted *pro hac vice*)
miranda.means@kirkland.com
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500
Facsimile: (617) 552-5900

Michael J. Nester (#02037211)
Donovan Rose Nester P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for Defendants Take-Two Interactive Software, Inc., 2K Games, Inc., 2K Sports, Inc., and Visual Concepts Entertainment*


/s/ Curt Krasik
Jerry McDevitt (admitted *pro hac vice*)
Curtis Krasik (admitted *pro hac vice*)
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-8608
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com

Michael J. Nester (#02037211)
Donovan Rose Nester P.C.
15 North 1st Street, Suite A
Belleville, Illinois 62220
Telephone: (618) 212-6500
mnester@drnpc.com

*Attorneys for World Wrestling Entertainment, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | ) |
| 2K GAMES, INC.; 2K SPORTS, INC.; WORLD | ) Case No. 3:18-cv-966-SMY-MAB |
| WRESTLING ENTERTAINMENT, INC.; | ) |
| VISUAL CONCEPTS ENTERTAINMENT; | ) |
| YUKE'S CO., LTD.; AND YUKE'S LA, INC., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, I electronically filed the foregoing Defendants' Response to Plaintiff's Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Anthony G. Simon | asimon@simonlawpc.com |
| Benjamin R. Askew | baskew@simonlawpc.com |
| Anthony R. Friedman | afriedman@simonlawpc.com |
| Carrie L. Roseman | croseman@simonlawpc.com |
| R. Seth Crompton | seth@ucjustice.com |
| Tracey Blasa | tblasa@allfela.com |
| Jerry McDevitt | jerry.mcdevitt@klgates.com |
| Curtis Krasik | curtis.krasik@klgates.com |
| Gregory R. Jones | jones@hollandtriallawyers.com |

*/s/ Dale M. Cendali*
Dale M. Cendali (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
dale.cendali@kirkland.com

*Attorney for Defendants 2K Games, Inc., 2K Sports, Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment*