IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-966-SMY |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC. 2K GAMES, INC., 2K SPORTS INC., WORLD WRESTLING ENTERTAINMENT, INC., VISUAL CONCEPTS ENTERTAINMENT, YUKE'S CO., LTD, YUKES LA INC., | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## AMENDED JUDGMENT IN A CIVIL ACTION

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated March 18, 2020 (Doc. 176), Plaintiff Catherine Alexander's claims against Defendants Yuke's Co., Ltd. and Yukes LA, Inc. were **DISMISSED for lack of personal jurisdiction**.

This case was tried by a jury and the jury rendered a verdict on September 30, 2022, in favor of Plaintiff and against Defendants 2K Games, Inc., 2K Sports Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, and World Wrestling Entertainment, Inc. (Doc. 298). Judgment was entered in favor of Plaintiff in the amount of $3,750.00 and against Defendants 2K Games, Inc., 2K Sports Inc., Take-Two Interactive Software, Inc., Visual Concepts Entertainment, and World Wrestling Entertainment, Inc.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to Federal Rule of Civil Procedure 50, Defendants' motion for judgment as a matter of law as to Plaintiff's damages award is **GRANTED** (Doc. 321).

**DATED:** September 25, 2024

MONICA STUMP, Clerk of Court

<u>By: s/ Stacie Hurst, Deputy Clerk</u>

Approved:

**STACI M. YANDLE**
**UNITED STATES DISTRICT JUDGE**